UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of DEPOSIT INSURANCE AGENCY for an order to conduct discovery for use in a foreign proceeding.

Petitioner.

Case No.

## DECLARATION OF MARY E. FLYNN IN SUPPORT OF *EX PARTE* PETITION

I, Mary E. Flynn, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner in the law firm Morrison Cohen LLP, and am admitted to practice law in the State of New York and the Southern District of New York. My firm represents Petitioner, Deposit Insurance Agency ("Petitioner"), in this application for discovery pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and Section 1782 of Title 28, United States Code in support of a bankruptcy proceeding filed against Probusinessbank, a large Russian commercial bank, pending in the Commercial Arbitrazh Court of Moscow in Moscow, Russia (the "Russian Bankruptcy Proceeding").

2. Attached hereto as **Exhibit A** is the *subpoena ad testificandum* and *subpoena duces tecum* for deposition testimony and document discovery from Sergey Leontiev ("Leontiev"), which Petitioner intends to serve upon the granting of this application.

A. **SUMMARY OF DISCOVERY DESIRED IN AID OF FOREIGN PROCEEDING**

3. This application seeks a deposition and document discovery from Leontiev concerning his personal knowledge of the operations of Probusinessbank, a Russian bank of which Leontiev was the co-founder, president and largest shareholder.

4. Leontiev resides in New York, New York.

5. On or about May 13, 2016, Leontiev commenced an action in this Court relating to his business dealings while serving as president of Probusinessbank. The action, captioned as *Leontiev v. Varshavsky*, Case No. 16-cv-03595 (JSR), was recently closed. A copy of Leontiev's Complaint is attached hereto as **Exhibit B**. In the action Leontiev filed a declaration dated January 26, 2017, in which he swore he resided in New York, New York. *See* paragraph 25 in the Declaration of Sergey Leontiev, dated January 26, 2017, attached hereto as **Exhibit C**.

6. Leontiev is also presently a defendant in an action pending in the Supreme Court for the State of New York, New York County. In that action, captioned as *Avilon Automotive Group v. Leontiev*, Index No. 656007/2016 (the "State Court Action"), Leontiev is being sued for, among other things, unjust enrichment in connection with certain loans alleged to have been made to him and his business partner Alexander Zheleznyak. A copy of the Amended Complaint in the State Court action is attached hereto as **Exhibit D**.

7. Leontiev has appeared in the State Court Action through counsel. Attached hereto as **Exhibit E** is a copy of the current docket sheet in the State Court Action reflecting numerous filings made on Leontiev's behalf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
October 26, 2017

_____
Mary E. Flynn