# EXHIBIT E

NYSCEF  
New York County Supreme Court

**Document List**  
Index # 656007/2016

Created on: 10/26/2017 02:55 PM

Case Caption: **AVILON AUTOMOTIVE GROUP et al - v. - SERGEY LEONTIEV et al**

Judge Name: **Barry R Ostrager**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS | Processed | 11/16/2016 | Smith, C. |
| 2 | COMPLAINT | Processed | 11/16/2016 | Smith, C. |
| 3 | EXHIBIT(S) <br> List of Shell Companies | Processed | 11/16/2016 | Smith, C. |
| 4 | EXHIBIT(S) <br> Transcription of Recording | Processed | 11/16/2016 | Smith, C. |
| 5 | EXHIBIT(S) <br> Trust Deed | Processed | 11/16/2016 | Smith, C. |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affirmation of Service by Electronic Mail | Processed | 12/02/2016 | Tompkins, N. |
| 7 | SUMMONS - SUPPLEMENTAL (PRE RJI) | Processed | 12/29/2016 | Smith, C. |
| 8 | COMPLAINT (AMENDED) | Processed | 12/29/2016 | Smith, C. |
| 9 | EXHIBIT(S) <br> LIST OF SHELL COMPANIES | Processed | 12/29/2016 | Smith, C. |
| 10 | EXHIBIT(S) <br> TRANSCRIPTION OF RECORDINGS | Processed | 12/29/2016 | Smith, C. |
| 11 | EXHIBIT(S) <br> TRUST DEED | Processed | 12/29/2016 | Smith, C. |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 01/18/2017 | Richards, N. |
| 13 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affidavit of Service by Electronic Mail | Processed | 01/20/2017 | Tompkins, N. |
| 14 | NOTICE OF MOTION | Processed | 02/22/2017 | Smith, C. |
| 15 | MEMORANDUM OF LAW IN SUPPORT | Processed | 02/22/2017 | Smith, C. |
| 16 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Processed | 02/22/2017 | Smith, C. |
| 17 | EXHIBIT(S) <br> Proposed Amended Complaint | Processed | 02/22/2017 | Smith, C. |
| 18 | EXHIBIT(S) <br> Redline version Amended Complaint | Processed | 02/22/2017 | Smith, C. |
| 19 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Corrarino AOS | Processed | 02/22/2017 | Smith, C. |
| 20 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Clapman AOS | Processed | 02/22/2017 | Smith, C. |
| 21 | RJI -RE: NOTICE OF MOTION | Processed | 02/22/2017 | Smith, C. |
| 22 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 02/22/2017 | Smith, C. |

Case 1:17-mc-00414-GBD-SN   Document 3-5   Filed 10/26/17   Page 3 of 12

| NYSCEF | Document List | |
|---|---|---|
| New York County Supreme Court | Index # 656007/2016 | Created on:10/26/2017 02:55 PM |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 23 | EXPARTE ORDER  (PROPOSED)<br>[Proposed] Ex Parte Order Extending Time to Serve Defendants Legion Trust, Southpac Trust Internatio(..) | Processed | 03/08/2017 | Taft, W. |
| 24 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>Affirmation of William H. Taft V in Support of Plaintiffs' Application to Extend Time to Serve Defen(..) | Processed | 03/08/2017 | Taft, W. |
| 25 | EXHIBIT(S)<br>Exhibit A to Taft Affirmation - Affidavits of Service and Receipts Documenting Service Made on New Y(..) | Processed | 03/08/2017 | Taft, W. |
| 26 | EXHIBIT(S)<br>Exhibit B to Taft Affirmation - Receipts Documenting Mailing to the Trust Defendants | Processed | 03/08/2017 | Taft, W. |
| 27 | EXHIBIT(S)<br>Exhibit C to Taft Affirmation - Supplemental Summons and Amended Complaint | Processed | 03/08/2017 | Taft, W. |
| 28 | MEMORANDUM OF LAW IN SUPPORT<br>Memorandum of Law in Support of Plaintiffs' Application to Extend Time to Serve Defendants Legion Tr(..) | Processed | 03/08/2017 | Taft, W. |
| 29 | MEMORANDUM OF LAW IN OPPOSITION<br>Defendant Sergey Leontiev's Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to File (..) | Processed | 03/08/2017 | Weigel, R. |
| 30 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION<br>Affirmation of Marshall R. King in Opposition to Plaintiffs' Motion for Leave to File a Second Amend(..) | Processed | 03/08/2017 | Weigel, R. |
| 31 | EXHIBIT(S)<br>King Affirmation Exhibit A - Federal Complaint | Processed | 03/08/2017 | Weigel, R. |
| 32 | EXHIBIT(S)<br>King Affirmation Exhibit B - Federal Answer | Processed | 03/08/2017 | Weigel, R. |
| 33 | EXHIBIT(S)<br>King Affirmation Exhibit B - Federal Amended Answer | Processed | 03/08/2017 | Weigel, R. |
| 34 | EXHIBIT(S)<br>King Affirmation Exhibit D - Federal Action Docket Sheet | Processed | 03/08/2017 | Weigel, R. |
| 35 | EXHIBIT(S)<br>King Affirmation Exhibit E - Varshavsky Depo Excerpts | Processed | 03/08/2017 | Weigel, R. |
| 36 | EXHIBIT(S)<br>King Affirmation Exhibit F - 2008 Loan Agreement | Processed | 03/08/2017 | Weigel, R. |
| 37 | EXHIBIT(S)<br>King Affirmation Exhibit G - 2008 Loan Guarantees | Processed | 03/08/2017 | Weigel, R. |
| 38 | EXHIBIT(S)<br>King Affirmation Exhibit H - 2011 Loan Agreement | Processed | 03/08/2017 | Weigel, R. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 39 | EXHIBIT(S)<br>King Affirmation Exhibit I - 2011 Loan Guarantees | Processed | 03/08/2017 | Weigel, R. |
| 40 | EXHIBIT(S)<br>King Affirmation Exhibit J - Promissory Notes | Processed | 03/08/2017 | Weigel, R. |
| 41 | EXHIBIT(S)<br>King Affirmation Exhibit K - Avilon Chart | Processed | 03/08/2017 | Weigel, R. |
| 42 | EXHIBIT(S)<br>King Affirmation Exhibit L - Avagumyan Depo Excerpts | Processed | 03/08/2017 | Weigel, R. |
| 43 | EXHIBIT(S)<br>King Affirmation Exhibit M - Forbes Article | Processed | 03/08/2017 | Weigel, R. |
| 44 | EXHIBIT(S)<br>King Affirmation Exhibit N - Memorandum, Federal Action | Processed | 03/08/2017 | Weigel, R. |
| 45 | EXHIBIT(S)<br>King Affirmation Exhibit O - Federal Action Dft's Responses and Objections | Processed | 03/08/2017 | Weigel, R. |
| 46 | EXHIBIT(S)<br>King Affirmation Exhibit P - Federal Action Final Judgment | Processed | 03/08/2017 | Weigel, R. |
| 47 | EXHIBIT(S)<br>King Affirmation Exhibit Q - Federal Action Reply | Processed | 03/08/2017 | Weigel, R. |
| 48 | MEMORANDUM OF LAW IN REPLY<br>Reply in Support of Plaintiffs' Motion for Leave to File a Second Amended Complaint | Processed | 03/14/2017 | Hecker, S. |
| 49 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affirmation of Sean Hecker | Processed | 03/14/2017 | Hecker, S. |
| 50 | EXHIBIT(S)<br>Search result from database of Russian Ministry of Internal Affairs | Processed | 03/14/2017 | Hecker, S. |
| 51 | EXHIBIT(S)<br>Email from Russian Ministry of Internal Affairs | Processed | 03/14/2017 | Hecker, S. |
| 52 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service by Electronic Mail on Wonderworks Investments Limited | Processed | 03/14/2017 | Hecker, S. |
| 53 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service by Mail on Legion Trust and Southpac Trust International Inc. | Processed | 03/14/2017 | Hecker, S. |
| 54 | DECISION + ORDER ON MOTION | Processed | 03/15/2017 | Court User |
| 55 | COURT NOTICE<br>Filing on Behalf of - Hon. Barry R. Ostrager | Processed | 03/16/2017 | Court User |
| 56 | LETTER ROGATORY - ( REQUEST FOR SIGNATURE ) | Processed | 03/31/2017 | Taft, W. |
| 57 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 03/31/2017 | Taft, W. |
| 58 | EXPARTE ORDER (PROPOSED)<br>FOR LETTERS ROGATORY (RE-FILED PER COURT'S INSTRUCTIONS) | Processed | 04/04/2017 | Taft, W. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 59 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>William H. Taft V | Processed | 04/04/2017 | Taft, W. |
| 60 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 04/04/2017 | Taft, W. |
| 61 | COURT NOTICE<br>Filing on Behalf of - Rose Ann Magaldi, Principal Law Clerk to Justice Ostrager | Processed | 04/06/2017 | Court User |
| 62 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 04/06/2017 | Taft, W. |
| 63 | STIPULATION - OTHER - ( REQUEST TO SO ORDER ) | Processed | 04/06/2017 | Taft, W. |
| 64 | LETTER ROGATORY - ( REQUEST FOR SIGNATURE ) | Processed | 04/06/2017 | Taft, W. |
| 65 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 04/06/2017 | Taft, W. |
| 66 | DECISION + ORDER ON MOTION | Processed | 04/07/2017 | Court User |
| 67 | TRANSCRIPT - SO ORDERED | Processed | 04/07/2017 | Court User |
| 68 | LETTER / CORRESPONDENCE TO JUDGE<br>re Southern District Court decisions, orders and transcripts | Processed | 04/10/2017 | Hecker, S. |
| 69 | EXHIBIT(S)<br>Court Transcript of June 17, 2016 Conference | Processed | 04/10/2017 | Hecker, S. |
| 70 | EXHIBIT(S)<br>Court Transcript of August 4, 2016 Oral Argument on Motion to Dismiss | Processed | 04/10/2017 | Hecker, S. |
| 71 | EXHIBIT(S)<br>Memorandum Order Granting Motion to Dismiss Second Cause of Action | Processed | 04/10/2017 | Hecker, S. |
| 72 | EXHIBIT(S)<br>Protective Order and Modification to Protective Order | Processed | 04/10/2017 | Hecker, S. |
| 73 | EXHIBIT(S)<br>Court Transcript of September 21, 2016 Oral Argument on Judgment on the Pleadings | Processed | 04/10/2017 | Hecker, S. |
| 74 | EXHIBIT(S)<br>Order Denying Motion for Judgment on the Pleadings | Processed | 04/10/2017 | Hecker, S. |
| 75 | EXHIBIT(S)<br>Memorandum on Motion for Judgment on the Pleadings | Processed | 04/10/2017 | Hecker, S. |
| 76 | EXHIBIT(S)<br>Order Denying Motion to Compel Production | Processed | 04/10/2017 | Hecker, S. |
| 77 | EXHIBIT(S)<br>Court Transcript of March 1, 2017 Oral Argument on Motion for Summary Judgment | Processed | 04/10/2017 | Hecker, S. |
| 78 | EXHIBIT(S)<br>Final Judgment (March 1, 2017) | Processed | 04/10/2017 | Hecker, S. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 79 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>re email service to counsel for Defendant Wonderworks Investments Limited | Processed | 04/10/2017 | Hecker, S. |
| 80 | LETTER / CORRESPONDENCE TO JUDGE<br>re addressing the four issues in Your Honor's Court Notice of 4/6/17 | Processed | 04/10/2017 | Hecker, S. |
| 81 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>re email service to counsel for Defendant Wonderworks Investments Limited | Processed | 04/10/2017 | Hecker, S. |
| 82 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter to Hon. Ostrager in Response to April 6, 2017 Notice | Processed | 04/10/2017 | Tendler, C. |
| 83 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter to Justice Barry R. Ostrager re Answers to the Court's Questions of April 6, 2017 | Processed | 04/10/2017 | Weigel, R. |
| 84 | EXHIBIT(S)<br>Attachment - SDNY Docket | Processed | 04/10/2017 | Weigel, R. |
| 85 | TRANSCRIPT - SO ORDERED | Processed | 04/27/2017 | Court User |
| 86 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter from Sean Hecker of Debevoise & Plimpton LLP to Justice Ostrager requesting that the Court so(..) | Processed | 05/09/2017 | Hecker, S. |
| 87 | STIPULATION - OTHER<br>Stipulation to Settlement of Transcript | Processed | 05/09/2017 | Hecker, S. |
| 88 | EXHIBIT(S)<br>Exhibit A to Stipulation: Errata to Transcript of Hearing of April 11, 2017 | Processed | 05/09/2017 | Hecker, S. |
| 89 | TRANSCRIPT OF PROCEEDINGS<br>Transcript of Hearing of April 11, 2017 | Processed | 05/09/2017 | Hecker, S. |
| 90 | AFFIDAVIT<br>of Compliance with New York BCL 207 for Service on Southpac Trust International Inc. | Processed | 05/12/2017 | Corrarino, M. |
| 91 | EXHIBIT(S)<br>Affidavit of Service of Denise Dooley | Processed | 05/12/2017 | Corrarino, M. |
| 92 | EXHIBIT(S)<br>Affidavit of Service of Wilkie Rasmussen | Processed | 05/12/2017 | Corrarino, M. |
| 93 | EXHIBIT(S)<br>Copy of Process | Processed | 05/12/2017 | Corrarino, M. |
| 94 | AFFIDAVIT<br>Affidavit of Compliance with New York BCL 307 for Service on Defendant Legion Trust | Processed | 05/12/2017 | Corrarino, M. |
| 95 | EXHIBIT(S)<br>Affidavit of Service of Denise Dooley | Processed | 05/12/2017 | Corrarino, M. |
| 96 | EXHIBIT(S)<br>Affidavit of Service of Wilkie Rasmussen | Processed | 05/12/2017 | Corrarino, M. |
| 97 | EXHIBIT(S)<br>Copy of Process | Processed | 05/12/2017 | Corrarino, M. |
| 98 | NOTICE OF MOTION<br>FOR ADDITIONAL TIME TO SERVE | Processed | 05/15/2017 | Taft, W. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 99 | ORDER ( PROPOSED ) EXTENDING TIME | Processed | 05/15/2017 | Taft, W. |
| 100 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Processed | 05/15/2017 | Taft, W. |
| 101 | EXHIBIT(S) Email, March 27, 2017 | Processed | 05/15/2017 | Taft, W. |
| 102 | EXHIBIT(S) Email, April 10, 2017 | Processed | 05/15/2017 | Taft, W. |
| 103 | EXHIBIT(S) FedEx Waybill, April 14, 2017 | Processed | 05/15/2017 | Taft, W. |
| 104 | EXHIBIT(S) Letter, April 21, 2017 | Processed | 05/15/2017 | Taft, W. |
| 105 | EXHIBIT(S) FedEx Proof of Delivery, April 24, 2017 | Processed | 05/15/2017 | Taft, W. |
| 106 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 05/15/2017 | Taft, W. |
| 107 | NOTICE OF MOTION Notice of Motion to Dismiss | Processed | 05/16/2017 | Tendler, C. |
| 108 | MEMORANDUM OF LAW IN SUPPORT Memorandum of Law in Support of Wonderworks Investments Limited's Motion to Dismiss | Processed | 05/16/2017 | Tendler, C. |
| 109 | NOTICE OF MOTION Notice of Defendant Sergey Leontiev's Motion to Dismiss Plaintiff's Amended Complaint | Processed | 05/16/2017 | Weigel, R. |
| 110 | MEMORANDUM OF LAW IN SUPPORT Memorandum of Law in Support of Defendant Sergey Leontiev's Motion to Dismiss Plaintiff's Amended Co(..) | Processed | 05/16/2017 | Weigel, R. |
| 111 | AFFIDAVIT OR AFFIRMATION IN SUPPORT Affirmation of Robert L. Weigel in Support of Defendant Sergey Leontiev's Motion to Dismiss Plaintif(..) | Processed | 05/16/2017 | Weigel, R. |
| 112 | EXHIBIT(S) Weigel Affirmation Exhibit A - Amended Complaint | Processed | 05/16/2017 | Weigel, R. |
| 113 | EXHIBIT(S) Weigel Affirmation Exhibit B - Complaint | Processed | 05/16/2017 | Weigel, R. |
| 114 | EXHIBIT(S) Weigel Affirmation Exhibit C - Affirmation Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 115 | EXHIBIT(S) Weigel Affirmation Exhibit D - Affirmation Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 116 | EXHIBIT(S) Weigel Affirmation Exhibit E - Affirmation Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 117 | EXHIBIT(S) Weigel Affirmation Exhibit F - Affirmation Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 118 | EXHIBIT(S) Weigel Affirmation Exhibit G - Affirmation Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 119 | EXHIBIT(S) Weigel Affirmation Exhibit H - Transcript | Processed | 05/16/2017 | Weigel, R. |

Case 1:17-mc-00414-GBD-SN   Document 3-5   Filed 10/26/17   Page 8 of 12

NYSCEF
New York County Supreme Court
**Document List**
Index # 656007/2016
Created on:10/26/2017 02:55 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 120 | EXHIBIT(S)<br>Weigel Affirmation Exhibit I - Answer | Processed | 05/16/2017 | Weigel, R. |
| 121 | EXHIBIT(S)<br>Weigel Affirmation Exhibit J - Memorandum of Law | Processed | 05/16/2017 | Weigel, R. |
| 122 | EXHIBIT(S)<br>Weigel Affirmation Exhibit K - Request for Documents | Processed | 05/16/2017 | Weigel, R. |
| 123 | EXHIBIT(S)<br>Weigel Affirmation Exhibit L - Amended Answer | Processed | 05/16/2017 | Weigel, R. |
| 124 | EXHIBIT(S)<br>Weigel Affirmation Exhibit M - Memorandum of Law | Processed | 05/16/2017 | Weigel, R. |
| 125 | EXHIBIT(S)<br>Weigel Affirmation Exhibit N - Declaration | Processed | 05/16/2017 | Weigel, R. |
| 126 | EXHIBIT(S)<br>Weigel Affirmation Exhibit O - Declaration | Processed | 05/16/2017 | Weigel, R. |
| 127 | EXHIBIT(S)<br>Weigel Affirmation Exhibit P - Letter | Processed | 05/16/2017 | Weigel, R. |
| 128 | EXHIBIT(S)<br>Weigel Affirmation Exhibit Q - Transcript | Processed | 05/16/2017 | Weigel, R. |
| 129 | EXHIBIT(S)<br>Weigel Affirmation Exhibit R - Order | Processed | 05/16/2017 | Weigel, R. |
| 130 | EXHIBIT(S)<br>Weigel Affirmation Exhibit S - Order | Processed | 05/16/2017 | Weigel, R. |
| 131 | EXHIBIT(S)<br>Weigel Affirmation Exhibit T - Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 132 | EXHIBIT(S)<br>Weigel Affirmation Exhibit U - Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 133 | EXHIBIT(S)<br>Weigel Affirmation Exhibit V - Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 134 | EXHIBIT(S)<br>Weigel Affirmation Exhibit W - Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 135 | EXHIBIT(S)<br>Weigel Affirmation Exhibit X - Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 136 | EXHIBIT(S)<br>Weigel Affirmation Exhibit Y - Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 137 | EXHIBIT(S)<br>Weigel Affirmation Exhibit Z - Declaration | Processed | 05/16/2017 | Weigel, R. |
| 138 | EXHIBIT(S)<br>Weigel Affirmation Exhibit AA - Declaration | Processed | 05/16/2017 | Weigel, R. |
| 139 | EXHIBIT(S)<br>Weigel Affirmation Exhibit BB - Exhibit | Processed | 05/16/2017 | Weigel, R. |
| 140 | EXHIBIT(S)<br>Weigel Affirmation Exhibit CC - Judgment | Processed | 05/16/2017 | Weigel, R. |
| 141 | EXHIBIT(S)<br>Weigel Affirmation Exhibit DD - Request for Documents | Processed | 05/16/2017 | Weigel, R. |
| 142 | EXHIBIT(S)<br>Weigel Affirmation Exhibit EE - Letter | Processed | 05/16/2017 | Weigel, R. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 143 | EXHIBIT(S) <br> Weigel Affirmation Exhibit FF - Transcript | Processed | 05/16/2017 | Weigel, R. |
| 144 | EXHIBIT(S) <br> Weigel Affirmation Exhibit GG - Order | Processed | 05/16/2017 | Weigel, R. |
| 145 | EXHIBIT(S) <br> Weigel Affirmation Exhibit HH - Letter Brief | Processed | 05/16/2017 | Weigel, R. |
| 146 | EXHIBIT(S) <br> Weigel Affirmation Exhibit II - Article | Processed | 05/16/2017 | Weigel, R. |
| 147 | EXHIBIT(S) <br> Weigel Affirmation Exhibit JJ - Article | Processed | 05/16/2017 | Weigel, R. |
| 148 | EXHIBIT(S) <br> Weigel Affirmation Exhibit KK - Article | Processed | 05/16/2017 | Weigel, R. |
| 149 | EXHIBIT(S) <br> Weigel Affirmation Exhibit LL - Article | Processed | 05/16/2017 | Weigel, R. |
| 150 | DECISION + ORDER ON MOTION | Processed | 06/05/2017 | Court User |
| 151 | MEMORANDUM OF LAW IN OPPOSITION <br> Plaintiffs' Opposition to Motion of Defendant Wonderworks Investments Limited to Dismiss the Amended(..) | Processed | 06/16/2017 | Hecker, S. |
| 152 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION <br> Affirmation of Sean Hecker | Processed | 06/16/2017 | Hecker, S. |
| 153 | EXHIBIT(S) <br> Plaintiffs' Proposed Second Amended Complaint | Processed | 06/16/2017 | Hecker, S. |
| 154 | EXHIBIT(S) <br> Wonderworks Audited Financial Statements, June 20 - December 31, 2011 | Processed | 06/16/2017 | Hecker, S. |
| 155 | EXHIBIT(S) <br> Wonderworks Audited Financial Statements, 2012 | Processed | 06/16/2017 | Hecker, S. |
| 156 | EXHIBIT(S) <br> Wonderworks Audited Financial Statements, 2013 | Processed | 06/16/2017 | Hecker, S. |
| 157 | EXHIBIT(S) <br> Wonderworks Audited Financial Statements, 2014 | Processed | 06/16/2017 | Hecker, S. |
| 158 | EXHIBIT(S) <br> Wonderworks Audited Financial Statements, 2015 | Processed | 06/16/2017 | Hecker, S. |
| 159 | EXHIBIT(S) <br> Excerpts of Sergey Leontiev deposition | Processed | 06/16/2017 | Hecker, S. |
| 160 | EXHIBIT(S) <br> Excerpts of Vadim Kolotnikov deposition | Processed | 06/16/2017 | Hecker, S. |
| 161 | EXHIBIT(S) <br> Excerpts of Irina Zubiy deposition | Processed | 06/16/2017 | Hecker, S. |
| 162 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affirmation of Service by Mail on Defendants Legion Trust and Southpac Trust International Inc. | Processed | 06/16/2017 | Hecker, S. |
| 163 | MEMORANDUM OF LAW IN OPPOSITION <br> Plaintiffs' Opposition to Motion of Defendant Sergey Leontiev to Dismiss the Amended Complaint | Processed | 06/16/2017 | Hecker, S. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 164 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION<br>Affirmation of William H. Taft V | Processed | 06/16/2017 | Hecker, S. |
| 165 | EXHIBIT(S)<br>Plaintiffs' Proposed Second Amended Complaint | Processed | 06/16/2017 | Hecker, S. |
| 166 | EXHIBIT(S)<br>Leontiev's Memorandum of Law in Support of Judgment on the Pleadings (S.D.N.Y., 16-cv-03595) | Processed | 06/16/2017 | Hecker, S. |
| 167 | EXHIBIT(S)<br>Leontiev's Reply Memorandum of Law in Support of Judgment on the Pleadings (S.D.N.Y., 16-cv-03595) | Processed | 06/16/2017 | Hecker, S. |
| 168 | EXHIBIT(S)<br>Transcript of Sept. 21, 2016 oral argument (S.D.N.Y., 16-cv-03595) | Processed | 06/16/2017 | Hecker, S. |
| 169 | EXHIBIT(S)<br>Leontiev's Memorandum of Law in Support of Motion for Summary Judgment (S.D.N.Y., 16-cv-03595) | Processed | 06/16/2017 | Hecker, S. |
| 170 | EXHIBIT(S)<br>Varshavsky's Memorandum of Law in Opposition to Motion for Summary Judgment (S.D.N.Y., 16-cv-03595) | Processed | 06/16/2017 | Hecker, S. |
| 171 | EXHIBIT(S)<br>Leontiev's Reply Memorandum of Law in Support of Motion for Summary Judgment (S.D.N.Y., 16-cv-03595) | Processed | 06/16/2017 | Hecker, S. |
| 172 | EXHIBIT(S)<br>Transcript of Mar. 1, 2017 oral argument (S.D.N.Y., 16-cv-03595) | Processed | 06/16/2017 | Hecker, S. |
| 173 | EXHIBIT(S)<br>May 1, 2017 Stipulation to Settle Transcript of April 11, 2017 | Processed | 06/16/2017 | Hecker, S. |
| 174 | EXHIBIT(S)<br>Email of search result from the Russian Ministry of Internal Affairs | Processed | 06/16/2017 | Hecker, S. |
| 175 | EXHIBIT(S)<br>Mar. 5, 2017 "L!FE" article | Processed | 06/16/2017 | Hecker, S. |
| 176 | EXHIBIT(S)<br>Mar. 1, 2017 "The Banker" article | Processed | 06/16/2017 | Hecker, S. |
| 177 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service by Mail on Defendants Legion Trust and Southpac Trust International Inc. | Processed | 06/16/2017 | Hecker, S. |
| 178 | MEMORANDUM OF LAW IN REPLY | Processed | 07/07/2017 | Tendler, C. |
| 179 | MEMORANDUM OF LAW IN REPLY<br>Defendant Sergey Leontiev's Reply Memorandum of Law in Further Support of His Motion to Dismiss Plai(..) | Processed | 07/07/2017 | Weigel, R. |
| 180 | NOTICE OF MOTION<br>for further extension of time to serve Defendant Leonid Leontiev | Processed | 07/14/2017 | Taft, W. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 181 | MEMORANDUM OF LAW IN SUPPORT | Processed | 07/14/2017 | Taft, W. |
| 182 | AFFIRMATION<br>of William H. Taft, V in Support | Processed | 07/14/2017 | Taft, W. |
| 183 | EXHIBIT(S)<br>7/7/17 Email from U.S. Consulate in Vienna | Processed | 07/14/2017 | Taft, W. |
| 184 | ORDER ( PROPOSED ) | Processed | 07/14/2017 | Taft, W. |
| 185 | COURT NOTICE<br>Filing on Behalf of - Hon. Barry R. Ostrager | Processed | 07/25/2017 | Court User |
| 186 | DECISION + ORDER ON MOTION | Processed | 08/02/2017 | Court User |
| 187 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>of the operative Supplemental Summons and First Amended Complaint upon Defendant Leonid Leontiev | Processed | 10/03/2017 | Corrarino, M. |
| 188 | COURT NOTICE<br>Filing on Behalf of - Rose Ann Magaldi, Law Clerk to Justice Ostrager | Processed | 10/04/2017 | Court User |
| 189 | DECISION + ORDER ON MOTION | Processed | 10/05/2017 | Court User |
| 190 | DECISION + ORDER ON MOTION | Processed | 10/05/2017 | Court User |
| 191 | DECISION + ORDER ON MOTION | Processed | 10/05/2017 | Court User |
| 192 | NOTICE OF ENTRY<br>Notice of Entry - Decision and Order, Motion Seq. Nos. 001, 005 and 006 | Processed | 10/11/2017 | Weigel, R. |
| 193 | NOTICE OF ENTRY | Processed | 10/23/2017 | Hecker, S. |
| 194 | EXHIBIT(S)<br>October 5, 2017 Order on Motion Seq. 1 (NYSCEF Doc. No. 189) | Processed | 10/23/2017 | Hecker, S. |
| 195 | EXHIBIT(S)<br>October 5, 2017 Decision and Order on Motion Seq. 5 & 6 (NYSCEF Doc. No. 190) | Processed | 10/23/2017 | Hecker, S. |
| 196 | EXHIBIT(S)<br>October 5, 2017 Decision and Order on Motion Seq. 5 & 6 (NYSCEF Doc. No. 191) | Processed | 10/23/2017 | Hecker, S. |
| 197 | JUDGMENT -TO COUNTY CLERK (PROPOSED)<br>Judgment [Proposed] | Pending | 10/24/2017 | King, M. |
| 198 | AFFIRMATION<br>Affirmation in Support | Processed | 10/24/2017 | King, M. |
| 199 | BILL OF COSTS (PROPOSED)<br>Bill of Costs [Proposed] | Processed | 10/24/2017 | King, M. |
| 200 | AFFIRMATION<br>Affirmation in Support of Bill of Costs | Processed | 10/24/2017 | King, M. |
| 201 | NOTICE OF APPEAL | Pending | 10/24/2017 | Hecker, S. |



NYSCEF
New York County Supreme Court

**Document List**
**Index #  656007/2016**   Created on:10/26/2017 02:55 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 202 | PRE-ARGUMENT STATEMENT | Processed | 10/24/2017 | Hecker, S. |
| 203 | EXHIBIT(S)<br>Notice of Entry and Orders | Processed | 10/24/2017 | Hecker, S. |