ELECTRONICALLY FILED
NOV 17 20..

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re Application of DEPOSIT INSURANCE :
AGENCY for an order to conduct discovery :
for use in a foreign proceeding, :
:
       Petitioner. : Case No. 1:17-mc-00414-GBD
:
:
:
:
:
:
:
------------------------------------------------------------x

**STIPULATION AND [PROPOSED] ORDER RECOGNIZING SERVICE OF SUBPOENA ON SERGEY LEONTIEV AND SETTING TIME TO RESPOND**

The undersigned counsel for the parties herein submit for the Court's approval the following Stipulation and [Proposed] Order:

WHEREAS, Petitioner Deposit Insurance Agency ("Petitioner") filed an application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery from Sergey Leontiev for use in a foreign proceeding ("Application") on October 26, 2017, annexing a subpoena *duces tecum* and *ad testificandum*;

WHEREAS, this Court issued an Order on November 1, 2017 granting Petitioner's Application and ordering Petitioner to serve Mr. Leontiev with the annexed subpoena *duces tecum* and *ad testificandum* ("November 1 Order");

WHEREAS, the November 1 Order directed Mr. Leontiev to produce documents responsive to Petitioner's annexed subpoena *duces tecum* within 30 days of receiving service of the subpoena and to appear for deposition within 60 days of receiving service of Petitioner's annexed subpoena *ad testificandum*;

1

WHEREAS, in exchange for a modification of the time limits set forth in the November 1 Order, Mr. Leontiev's undersigned counsel has agreed to accept service of the subpoena *duces tecum* and *ad testificandum* ("Subpoena") on Mr. Leontiev's behalf; and

WHEREAS, notwithstanding the November 1 Order, the parties have agreed to modify the time limits set forth in the November 1 Order in accordance with this Stipulation and Order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. Respondent Sergey Leontiev hereby accepts service of the Subpoena, effective as of the date of the Court's approval of this Stipulation and Order (the "Service Date"). Mr. Leontiev stipulates that he currently resides in or is found in New York for the purposes of 28 U.S.C. § 1782 and shall not object to Petitioner's Application on the ground that he does not reside or is not found in New York.

2. Respondent Sergey Leontiev shall submit any responses, objections, or motions addressing Petitioner's Subpoena within 60 days of the Service Date, and any deposition of Mr. Leontiev will be conducted on a mutually convenient date within 30 days of the production of any documents as ordered by the Court upon adjudication of any such responses, objections, or motions.

3. Respondent Sergey Leontiev stipulates that he will maintain his residence in New York until his deposition is complete, unless it is not practicable for him to maintain his residence in New York, in which case he will make himself available to be deposed outside of New York or by video-conference at a mutually convenient date within 30 days of the production of documents as ordered by the Court upon adjudication of any such responses, objections, or motions.

4. This Stipulation and Order is entered without prejudice to any position, claim or defense that any party may assert with respect to the Application or the Subpoena.

IT IS SO STIPULATED.

Dated: November __, 2017

_____
Robert L. Weigel
Marshall R. King
Alison L. Wollin
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-4000
Fax: 212-351-4035

*Attorneys for Respondent Sergey Leontiev*

Dated: November __, 2017

_____
Mary E. Flynn /s
Mary E. Flynn
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4784
Telephone: 212-735-8631
mflynn@morrisoncohen.com

*Attorney for Petitioner Deposit Insurance Agency*

# ORDER

IT IS SO ORDERED.

DATED: NOV 17 2017

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

3