UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re Application of DEPOSIT INSURANCE                      :
AGENCY for an order to conduct discovery                    :
for use in a foreign proceeding,                            :
                                                            :
                              Petitioner.                   :  Case No. 1:17-mc-00414-GBD
                                                            :
                                                            :  **ORAL ARGUMENT REQUESTED**
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x

# NOTICE OF RESPONDENT SERGEY LEONTIEV'S MOTION TO QUASH SUBPOENA ISSUED PURSUANT TO 28 U.S.C. § 1782

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Respondent Sergey Leontiev's Motion to Quash Subpoena Issued Pursuant to 28 U.S.C. § 1782, the accompanying Declaration of Marshall R. King, the accompanying Declaration of Yuri Monastyrsky, the accompanying Declaration of Anders Aslund, the accompanying Declaration of Sergey Leontiev, and all Exhibits annexed to each declaration, Mr. Leontiev, by and through his undersigned counsel, Gibson, Dunn & Crutcher LLP, will move this Court at such time and place as the Court designates, before the Honorable George B. Daniels, at Courtroom 11A of the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order quashing, pursuant to Federal Rule of Civil Procedure 45 and 28 U.S.C. § 1782(a), the subpoena *duces tecum* and *ad testificandum* issued by Petitioner Deposit Insurance Agency to Mr. Leontiev, and for any further relief that the Court may deem just and proper.

Dated: New York, New York  
January 16, 2018

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Marshall R. King*

    Robert L. Weigel  
       rweigel@gibsondunn.com  
    Marshall R. King  
       mking@gibsondunn.com  
    Alison L. Wollin  
       awollin@gibsondunn.com  
    Brad L. Schoenfeldt  
       bschoenfeldt@gibsondunn.com

200 Park Avenue  
New York, NY 10166-0193  
Telephone: 212-351-4000  
Facsimile: 212-351-4035

*Attorneys for Respondent Sergey Leontiev*