# EXHIBIT 1

For official use only
Copy No. 1

**Information about the financial position of**
**OAO AKB Probusinessbank (Reg. No. 2412)**
**As at 06/01/2015**

**1. Main registration information about the credit institution**

| | |
|---|---|
| Full official name of the credit institution (CI) | JOINT STOCK COMMERCIAL BANK PROBUSINESSBANK (OPEN JOINT STOCK COMPANY) |
| Abbreviated name of the CI according to the Statute | OAO AKB Probusinessbank |
| Registration number and registration date by CB RF | No. 2412, registration date by the Central Bank of the Russian Federation: 07/07/1993 |
| Equity capital and its registration date | 3 438 329 thousand rubles, registration date: 07/15/2009 |
| Actual location | 18/2 ul. Petrovka , Moscow, 119285 bld.1 |
| Types of license and date of their issuance | General license (08/1/2012), precious metals license (04/28/2003) |
| Chairman of Management Board (President) | Dylnov Dmitry Gennadievich (from 04/24/2015), before his appointment – Zheleznyak Alexander Dmitrievich from 01/17/1994 |
| Chairman of the Board of directors | Leontiev Sergey Leonidovich from 12/12/2007 (reelection date – 11/12/2013) |
| Chief accountant | Alkhovaya Lyubov Emmanuilovna from11/16/1995 |
| Number of separate divisions, including abroad | The Bank does not have branches. Bank opened representative office of JOINT STOCKCOMMERCIAL BANK "PROBUSINESSBANK" (OPEN JOINT STOCK COMPANY) in Saratov (abbreviated name – Saratov representative office of OAO AKB "Probusinessbank"), location: 1, ul. Lomonosova Saratov, 410041, Russia In 2013: Subsidiary offices – 14, Cash offices outside front office – 1, Lending and cash services offices – 116, Operational offices – 101. |

According to the information contained in the Bank's financial statements on Form 0409801, Banking Group Membership Report as at 04/01/2015 the following members form part of the Life Group (thousand rubles):

| Full name of banking group member | Proportion of stock (shares), owned by main credit organization or members (percent) | Balance Sheet value of stocks (shares), owned by the main credit organization or group members |
|---|---|---|
| JOINT STOCK COMMERCIALBANK PROBUSINESSBANK (OPEN JOINT STOCK COMPANY) | | |
| VUZ-bank Open Joint Stock Co. Stock company | 100.00 | 287,234.81 |
| commercial inter- industry stability and development Bank EXPRESS-VOLGA Joint Stock Company | 99.80 | 881,901.86 |
| NATIONAL SAVINGS BANK CLOSED JOINTSTOCK COMPANY STOCK COMPANY | 100.00 | 121,358.26 |
| Gas and energy joint stock bank of Kaluga (Gasenergobank) (Open joint stock company) | 99.90 | 150,008.37 |
| Poidem! Commercial Bank Open Joint Stock Company | 100.00 | 771,863.46 |

| | | |
|---|---|---|
| Limited liability company Life Factoring Company LLC | 100.00[1] | 220,002.00 |
| Probusiness Development LLC | 100.00 | 230,813.00 |
| PYJOM HOLDINGS LIMITED | 100.00 | 44.97 |
| Solidarnost[2] Commercial Bank OJSC | 0.00 | 0.00 |
| Construction initiative Closed Property Unit Investment Fund | 80.04[3] | 136,815.00 |
| Dom Closed Unit Investment Fund | 100.00 | 176,395.00 |
| Business-South Closed Unit Investment Fund | 100.00 | 530,000.00 |
| Residential Property 01,10 Closed Unit Investment Fund" | 100.00 | 218,000.00 |
| Residential Property 01,10 Closed Unit Investment Fund | 100.00 | 452,764.00 |
| Life Processing Company LLC | 58.89 | 1 060,000.00 |

However, the above statement does not include OAO Bank24.ru, a member of the Life group, whose banking license was revoked by Bank of Russia Order dated 09/1/2014 No. OD-2521. At an earlier date, in response to OAO AKB Probusinessbank request (dated 12/30/2014 No. 20/1-26548) a letter dated 02/25/2015 No. T 40-7-10/25486 was sent to the Bank explaining the need to include OAO Bank24.ru in consolidated statement form 0409801 up until the completion of liquidation proceedings in respect of this credit institution.

Group member profiles:

1. OAO "VUZ-Bank" (Yekaterinburg) – services to individual customers, assistance to small business, services to medium-sized and large businesses.

2. ZAO EXPRESS-VOLGA (Saratov) – financial products and services to legal entities and individuals;

3. ZAO NATIONAL SAVINGS BANK (Ivanovo region) – loans to employees of state-financed organizations, pensioners, bank cards. As reported by the Ivanovo branch, in December 2014 the above credit organization started to perform transactions involving the transfer of claims on individual loans not exceeding 1.6 billion rubles to another bank belonging to the Life Group – OAO CB Solidarnost. Moreover, ZAO NATIONAL SAVINGS BANK closed all of its internal structural divisions servicing sold loan portfolios. According to the data of web portal www.banki.ru "In January 2015 shareholders of the Life Financial Group made a strategic decision to combine the operations of the Samara Solidarnost bank and the Ivanovo NATIONAL SAVINGS BANK within Solidarnost." In its letter No. 37-7544 of 04/16/2015 the Bank informed that it was currently updating the Strategy of Group development, including Development strategy of the Bank and ZAO NATIONAL SAVINGS BANK, but was not planning any changes to the main approaches and directions of the Group development strategy.

4. Gasenergobank (OAO) (Kaluga) – universal range of services to legal entities and individuals.

5. OAO CB Poidem! (Moscow) – retail loans.

6. OAO Bank24.ru (Moscow, previously e Yekaterinburg) – online banking services for small and medium-sized business.

7. OAO CB Solidarnost – shareholders of Life Financial Group act as investors in the process of rehabilitation of the Samara Solidarnost bank. Bank of Russia approves Plan of participation of State Corporation Deposit Insurance Agency in the prevention of bankruptcy of OAO commercial bank Solidarnost,

---

[1] Total shares owned by OAO VUZ-Bank (220,002 thousand rubles or 22%), ZAO CB Express-volga (500,005 thousand rubles or 50%), OAO CB Poidem! (279,993 thousand rubles or 28%).

[2] Features characterizing control: direct or indirect ownership (through wholly owned subsidiary companies) of 20 or more percent of voting rights of the investment vehicle, participation in policy development, including participation in decisions regarding the payment of dividends or other forms of profit distribution; major transactions between the enterprise and members of the banking group; exchange of executive personnel;

[3] Total shares owned by OAO AKB Probusinessbank (136,815 thousand rubles or 20.13%), OAO VUZ-bank (123,741 thousand rubles or 19.97%), ZAO CB Express-Volga (123,741 thousand rubles or 19.97%), OAO Gasenergobank (123,741 thousand rubles or 19.97%).

one of the largest banks of Samara region. OOO Alivikt, the largest shareholder of OAO AKB Probusinessbank, becomes an investor. As from 04/22/2014 it includes OAO CB Solidarnost in Form 0409801 Banking Group Membership Report, showing its status as structured enterprise.

8. OOO Life Factoring Company – core business according to Russian national classifier of economic activities, OKVED, 65.2 Reinsurance; financing of small and medium-sized enterprises. In November 2014 the Bank executed transactions with subsidiary credit institutions ZAO EXPRESS-VOLGA, OAO CB Poidem! and OOO VUZ-Bank, selling its interest in OOO Life Factoring Company.

9. PYJOM HOLDINGS LIMITED (POIDEM HOLDINGS LIMITED) – was established under the project to hive off subsidiary bank OAO CB Poidem! into a parallel holding structure, taking into account that its activities (retail loans) differed from the business model of other banks and required considerable investments in the immediate future. As a result of hiving off OAO "Poidem! its ownership will pass to the shareholders of OAO AKB Probusinessbank, to be exercised through this non-resident company. The Bank considers that the ownership structure resulting from the restructuring will be more simple and transparent. An asset which does not currently form part of the group's core business will be removed from the Group. Restructuring will increase OAO AKB Probusinessbank's return on capital, since investments required for the development of new models of these banks will not influence the performance indicators of OAO AKB Probusinessbank itself. OAO Bank24.ru had already been hived off under this system. A request to provide further plans on developing a separate holding structure of OAO CB Poidem! will be sent to the Bank.

10. OOO "Probusiness-Development" – performance of a wide range of works related to construction and sale of residential housing in Moscow and Moscow region. The Company's website lists the following completed facilities: the club complex FIRSANOVKA LIFE, the club complex KOROLEVSKIE SOSNY, the residential complex SOSNY NIKOLINA GORA, the club complex GRINVILLE PARK, the apartment block GOLITSINO and the gated community IZUMRUD. OOO Izumrud is a specially established legal entity for implementation of construction of "business-class" gated community "Izumrud," the first in the Ivanovo region. The company's website address is www.izumrud37.ru. According to the information posted on the website of OOO "Izumrud" the company is affiliated to the Life Financial Group.

11. OOO Life Processing Company – core business according to the Russian National Classifier of Economic Activities - 72.20, Scientific research and development in the sphere of social sciences and humanities.

12. Construction initiative Closed-End Property Unit Investment Fund – based on the available information the Fund's assets may consist of property received as compensation on quality category 5 previously listed on the balance sheet of a credit institution forming part of the banking Group headed by OAO AKB Probusinessbank - Bank24.ru (OAO) (whose banking license was revoked).

13. DOM Closed-End Investment Fund – OAO AKB Probusinessbank bought from OAO VUZ-bank 92.68% of participation units under sale and purchase agreement No. 300115-1 dated 01/30/2015, thus acquiring 100% ownership of the Fund.

14. 100% of the investments in the three Closed-End Investment Funds (Residential Property, Business Property 01.10 and Business-South) in the amount of 1,200.8 mln rubles, is owned by OAO CB Solidarnost currently in the process of rescue. The Fund's assets include many properties located in Samara region and elsewhere. According to conservative (very "strict") valuation of the Bank's assets, performed in the course of audit of the Bank by representatives of state corporation DIA, the actual value of these units was 803 million rubles. As at 01/01/2015 the Bank should have made provisions for investment in the Funds of at least at least 35% of the balance sheet value of the properties, which constitute the bulk of their assets (as required by Paragraph 2.7.3 of Bank of Russia Regulation No. 283-P) or approximately 335 million rubles,

which would result in a considerable increase of current losses of the Bank, decrease of its capital adequacy ratio to 11.3% (min. 10,0%) and violation of ratio N6 – 26.8% (max. 25%). It should be noted that the offer of OAO CB Solidarnost sent to state corporation DIA in regard to changes to the rehabilitation plan envisages phased (within 3 years) creation of provisions for investments in the Funds in the amount of 771 mln rubles.

The Life Group is a large banking holding uniting OAO AKB Probusinessbank and its subsidiary banks and companies. As from 11/18/2014, according to the recommendation of the Main Directorate of the Bank of Russia for the Central Federal District, closed unit investments funds were included in the Group.

OAO AKB "Probusinessbank" is the parent company of the Group. On May 27, 2015, the international rating agency Moody's assigned the international rating B3 to the Bank – high credit risk, outlook negative.

On 01/30/2015, the Rus-Rating Agency changed its credit rating outlook from "stable" to "possible downgrading." The Bank's credit ratings were confirmed at the level "BBB-" on the international scale and "AA-" on the national scale. In the Agency's opinion the change of outlook from "stable" to "possible downgrading" was caused by the increase of the Bank's sensitivity to the deterioration of macroeconomic conditions due to increased dependency of its activities on speculative sources of income and a reduction of its loan portfolio.

On April 30, 2015 the Rus-Rating Agency downgraded the international credit rating of OAO AKB Probusinessbank from "BBB-" to "BB+" and its national ratings from "AA-" to "A+," forecasting a "possible downgrading." In the Agency's opinion, the downgrading was again caused by the increase of the Bank's sensitivity to the deterioration of macroeconomic conditions due to increased dependency of its activities on speculative sources of income and a reduction of its loan portfolio. The retention of the "possible downgrading" outlook was due to the low probability of the Bank's resuming it lending activities of the Bank in the current macroeconomic climate and increasing its profits.

We note in addition that we continue working with the Bank to determine whether it is a member of the banking holding controlled by OOO ALIVIKT.[4] In particular, while according to the Bank, the credit institution is a member of the banking holding, the holding submits no financial statements in view of the fact that the assets and income of ALIVIKT HOLDINGS LIMITED and OOO ALIVIKT form an insignificant part of the total and do not greatly influence the consolidated financial statements of the banking Group[5]. According to the credit institution, OAO AKB "Probusinessbank as the parent organization of the banking Group manages the activities of OOO ALIVIKT and ALIVIKT HOLDINGS LIMITED. Consolidated financial statements of the Group as at 30/06/2014 include all the assets at the level of ALIVIKT HOLDINGS LIMITED, as these assets are managed by the management of OAO AKB Probusinessbank.

According to the information of the Bank of Russia, if the Bank's position that all the holding company's assets are consolidated as the level of banking Group, is confirmed, the Bank may be acknowledged as the parent credit institution of banking group. Therefore, the relationship between the Bank, OOO ALIVIKT and ALIVIKT HOLDINGS LIMITED should be properly reflected in the consolidated financial statements of the banking group prepared according to IFRS and in prudential consolidated statements prepared according to Russian regulations. However, the legal entities listed in the current form

---

[4] As from 2006, OOO ALIVIKT owned more than 50% of shares of OAO AKB Probusinessbank. Before the effective date of the current version of Art. 4 of Law No. 395-1 OOO ALIVIKT contributed its shares of OAO AKB Probusinessbank to the equity capital of ALIVIKT HOLDINGS LIMITED.

[5] OAO AKB Probusinessbank is the parent credit institution of the Life Financial group.

0409801, Banking Group Membership Report, are not shown. Work with the Bank continues.

Based on the analysis of information about investments in the units of the DOM closed investment unit fund contained in Letter No. 54-9123 of 04/21/2014, a number of factors was identified indicating incorrect determination of fair value of the properties . This being the case, Letter No. 40-7-10/111767dsp of 08/28/2014 invited the Bank to comment on the results of consideration of the defects mentioned in the reports. As a result of consideration of the Bank's letter No. 54-19214 of 09/12/2014 regarding the estimation of the fair value of the properties included in the assets of the DOM and Perspective Property closed investment unit funds, performed by the assessor of OOO SAB Bureau, it was found out that the Bank's comments were of an explanatory nature and could not influence the opinion of the Main Directorate of the Bank of Russia for the Central Federal District regarding the incorrect assessment of the fair value of the properties. Letter No. 40-7-10/164417dsp of 12/05/2014 informed the Bank of this conclusion.

The relevant information (Letter No. 40-7-10/164516dsp of 12/05/2014) was brought to the notice of the Ural Main Directorate of the Bank of Russia, exercising banking supervision of OAO VUZ-bank (reg. No. 1557), the asset holder of the DOM Fund.[6]

At the same time, based on the analysis of Bank report forms 0409711 "Securities Report" and 0409116 "Report on securities acquired by the credit institution" as at 02/01/2015 and 03/01/2015 it was established that investments in units of the DOM Property Fund managed by OOO GERA Management Company in the amount of 19,408 units (100% of issued units) were reflected on the Bank's balance sheet. The units are reflected at the acquisition price in the total amount of 176,395.08 thousand rubles and were assigned by the Bank to the quality category 1. As at 01/01/2015, investments in the above units are recognized in the balance sheet of the credit institution, member of the Life Banking Group, OAO VUZ-bank (reg. No. 1557), in the amount of 193,973 thousand rubles. In view of the above, the Main Directorate of the Bank of Russia for the Central Federal District in its letter No. 40-7-10/41851dsp dated 03/25/2015 requested the Bank to provide a justification of the classification of the investments in the units of the DOM Closed Property Investment Unit Fund enclosing an up-to-date professional judgement of the risk assessment of this asset and other information related to the acquisition. Analysis of the information established that the investments had been undervalued by 87 million rubles (more detailed information see below).

## 2. Key Bank performance indicators

mln. rubles

| Indicator (mln rubles) | As at 01/01/2015 | Previous month (05/01/2015) | Current month (06/01/2015) | Trend of changes within month | Trend of change from the beginning of the year |
|---|---|---|---|---|---|
| Gross balance net | 134,430.4 | 135,578.5 | 138,520.9 | ↑ | ↑ |
| Capital | 11,782.57 | 11,162.7 | 11,088.4 | ↓ | ↓ |
| Borrowings, including | 115,271.5 | 117,226.3 | 119,869.3 | ↑ | ↑ |
| Liabilities to individuals, among them | 27,167.6 | 28,123.1 | 27,964.2 | ↓ | ↑ |
| *Retail deposits* | 26,549.0 | 27,630.3 | 27,503.1 | ↓ | ↑ |
| Liabilities to legal entities, among them | 26,233.4 | 22,636.7 | 23,270.5 | ↑ | ↓ |
| *Deposits of legal entities* | 16,377.5 | 12,178.4 | 12,183.6 | ↑ | ↓ |
| Bank accounts | 28,601.5 | 35,569.5 | 35,671.5 | ↑ | ↑ |
| Interbank loans | 28,245.4 | 25,718.6 | 26,922.6 | ↑ | ↓ |
| Issued securities | 1,760.9 | 1,277.5 | 1,284.6 | ↓ | ↑ |
| Outstanding loans and their equivalents | 40,024.7 | 40,129.8 | 41,299.5 | ↑ | ↓ |
| Accounts receivable | - | 8,113 | 8,113 | - | - |

---

[6] The operations of the Prospective Property Fund were terminated ahead of time.

[7] As per information submitted on Form 0409123 "Calculation of own funds (equity capital) (Basel III)

| Securities portfolio | 50,083.6 | 43,147.8 | 43,814.6 | ↑ | ↓ |
|---|---|---|---|---|---|
| Financial performance as per Balance sheet | 5,558.4 | - 1,157.7 | - 1,378.3 | ↓ | ↓ |
| Classification group | 2.1 | 2.2[8] | 2.2 | - | - |
| Compliance with TCO (total cost ownership) as per formal features | Yes | Yes | Yes | - | - |

The Bank's balance sheet currency increased by 2,942.4 mln rubles or by 2.2% in May 2015. The bulk of the increase was due to:

- in assets: increase of accounts receivable a by 1,816.98 mln rubles or 5.11%, of outstanding loans and their equivalents by 567.6 mln rubles or by 1.73%, of the securities portfolio by 666.8 mln rubles or by 1.55%, interest-bearing derivative financial instruments- by 508 mln rubles or by 5.8%;

- in liabilities: increase of accounts receivablea by 543 mln rubles or by 85%, funds in transaction accounts of legal entities by 628.6 mln rubles or by 6%, interbank loans by 1,204 mln rubles or by 5%.

According to the data provided on Form 0409345 "Information about the daily balance of insurable private deposit funds" as at 04/01/2015 the amount of the Bank's liabilities reimbursable by DIA amounts to 24,275 mln rubles or 88.3% of all liabilities to individuals.

### 3. Key issues and risks associated with the Bank's operations

| Key issues and risks associated with the Bank's operations | Estimate of the supervisory body |
|---|---|
| Quality of assets, transparency | As at 06/01/2015, the assets of the credit institution consisted mainly of: 31.63% - investments in securities (43,814.6 mln rubles); 29.8% - outstanding loans and their equivalents (41,299.5 mln rubles); 27% - accounts receivable (37,370.8 mln rubles), consisting of accounts receivable relating to investment projects (8,113 mln rubles) and debts relating to the Bank's brokerage operations involving securities and other financial assets (14,575 mln rubles). |
| | The Bank's loan portfolio consisted mainly of individual (retail) loans (15,522.9 mln rubles or 37% of total outstanding loans), outstanding loans of legal entities including claims on Letters of Credit (19,381.8 mln rubles or 46%), interbank loans (5,058.6 mln rubles or 12.1%) and also other outstanding loans, acquired under claim assignment agreements (1,316.26 mln rubles or 1.0%). Bills discounted constituted an insignificant share of the loan portfolio (20.8 mln rubles or 0.05%). |
| | Past-due debts represented 13% of loan portfolio or 5,381.8 mln rubles. |
| | Based on Bank statements on Form 0409117 "Information about large loans" as at 06/01/2015 large borrowers included both residents and non-residents of the RF, namely: Midwestern Trading Group (quality category 2), OOO Life Factoring Company (2), OOO Flaund, OOO Metal Invest, OOO Business Partner, OOO IK Realfinance (3), Cross Continental Trading ltd (1), LOUIS DREYFUS COMMODITIES SUISSE SA (1), XANGBO GLOBAL MARKETS PTE. LTD. (2), OOO Reformation (3), OOO Metal Invest (3), OOO Engineering Royalty (credit line) (3), VITYAZ TRI LIMITED (2), etc. |
| | The Bank's securities portfolio (43,814.6 mln rubles or 31.63% of balance sheet total) as at 06/01/2015 consisted mainly of investments in debt securities in the amount of 43,779.4 mln rubles or 99.9% of the securities portfolio. |
| | Among largest issuers of securities in the Bank's loan portfolio according to Form 0409116 "Information about securities acquired by credit institution" as at 06/01/2015 one may note Atlas Investment Solutions (Luxembourg) SA, GOVERNMENT OF THE UNITED STATES OF AMERICA, Mediobanca International (Luxembourg) SA, GBP Eurobond Finance, VTB Capital, SB Capital, VEB Finance, European Investment Bank. Records of these investments are maintained by the depositories Otkritie Capital International Ltd, BrokerCreditService (Cyprus), Vnesheconombank and NKO ZAO NRD. |

---

[8] Assessment as at 04/01/2015 Classified RGD as unsatisfactory

|  |  |
|---|---|
|  | In addition, the securities portfolio included investments in the following <u>investment unit funds:</u><br><br>- Investments in DOM Closed Property Investment Unit Fund managed by OOO GERA Management Company as at 05/01/2015 amounted to 176,395 thousand rubles. Units of the DOM Fund were sold to the Bank by subsidiary credit institution OAO VUZ-bank on 01/30/2015, and were recognized on the balance sheet of OAO "VUZ-bank" as from August 2010;<br><br>- Investments in units of the Construction initiative Property Fund managed by OOO GERA management company as at 05/01/2015 amounted to 136,815 thousand rubles. Based on the available information, the assets of this fund may consist of property received as compensation on loans of quality category 5, previously recognized on the balance sheet of the credit institution forming part of the , banking group headed by OAO AKB Probusinessbank, Bank24.ru (OAO) (whose banking license was revoked).<br><br><u>Accounts receivable</u> generated in the Bank's balance sheet:<br>- by the deferred payment sale of securities to a limited circle of counterparties (8,113 mln rubles), participating in the provision of services to the owners' investment projects.<br>- As part of the settlement by OAO AKB "Probusinessbank" of brokerage operations with securities and other financial assets (balance of accounts No. 30602 in the amount of at least 12,140 mln rubles.).<br><br><u>Investments in shares of the equity capital of OOO Life Processing Company</u> in the amount of 1 060 000 thousand rubles, whose value may have been overestimated. The purchase of these shares by the Bank and the banks of the Life Group is not transparent, since the funds generated by the purchase were credited to the transaction accounts of OOO ELSO, OOO WEST, OOO AstraPlus and OOO Life Collection Agency and partially (in December 2014–January 2015) to the accounts of Vermenda Holdings Limited (the counterparty which provided the funds for the repayment of the accounts receivable) and OOO Personal+, OOO Reformation (participants of transactions conducted within the framework of accounts receivable).<br><br>Moreover, in addition to the above assets a considerable proportion is represented by assets associated with the owners of the credit institution (see below).<br><br>To date, the risk/credit risk relating to the following investments of the credit institution has been found to have been undervalued by the total amount of approximately 1,284 mln rubles:<br><br>- The bonds of Atlas Investments Solutions (Luxembourg) SA, due to the issuer's financial position having been assessed as poor and relegated to the quality category 3 with an estimated provision requirement of 21%;<br><br>- Funds placed at an interbank loan with Falcon Private Bank Ltd., due to the financial position and quality of debt servicing having been assessed as average and relegated to quality category 3 with an estimated provision requirement of 21%;<br><br>- Investments in the units of the DOM Fund, due to the need for additional provision to increase them to 49.4% of investments;<br><br>- Outstanding loan to OOO Zolotaya rybka, due to the existence of grounds for its relegation to quality category 5 with an estimated reserve fund requirementof 100%.<br><br>More detailed information is given below. |
| Risk for owners | The personalized indicators PU1, PU2, PU3 have been assigned a score of 1, which characterizes the structure of Bank ownership as transparent. |

| No. | Name of founder/member | Paid-up interest in equity capital (%) |
|---|---|---|
| 1 | East Capital Financial Fund AB | 19.27 |
| 2 | BLUECREST EMERGING MARKETS FUND LIMITED | 7.68 |
| 3 | Rekha Holdings Limited | 6.98 |
| 4 | BURMASH HOLDINGS LIMITED | 6.28 |
| 5 | HAGGARD FINANCIAL LIMITED | 5.28 |
| 6 | ALIVIKT HOLDINGS LIMITED | 51.20 |
| 7 | OAO AKB "Probusinessbank" | 3.30 |

7

| | |
|---|---|
| | Analysis of Bank financial statements showed that owners of the Bank—which are legal entities are not among the Bank's large borrowers.<br><br>The beneficial owners of OAO AKB Probusinessbank are A.D. Zheleznyak, E.V. Bikmaev and S.L. Leontiev. The Main Directorate of the Bank of Russia for the Central Federal District does not have information about credit institutions controlled by them.<br><br>The level of this risk as per information as at 02/01/2015 is estimated by the Bank itself in the amount of 2.4 billion rubles or 17% of capital value[9] and has been calculated in regard to certain individuals (ultimate beneficiaries) (Zheleznyak A.D., S.L. Leontiev and Panteleev E.V.), OOO FC Life, OOO Life Processing Company and OOO Probusiness-Development.<br><br>At the same time, in accordance with the assessment of the Main Directorate of the Bank of Russia for the Central Federal District based on the information obtained from the Bank as part of its supervision procedures and on the approaches of the Bank of Russia and the results of the last audit of the Bank's activities,[10] it is appropriate to include, in addition to the business risk of the owners of OAO AKB Probusinessbank, also the credit risk (if included in the balance sheet) relating to the debt of the following legal entities, for the following reasons:<br><br>- OOO Money Market – general director of OOO "Money Market" Oveyan I.R. was an employee of the Bank (he occupied the position of Director of regional development), Tokmakov S.V. (shareholder of OOO MoneyMarket) was an employee of the Bank (he occupied the position of Chief Specialist at the Technical Documentation Division of the Finance and Investment Department);<br><br>- OOO Life Broker – leases premises from the Bank on the basis of a commercial premises sublease agreement;<br><br>- DOM Construction Initiative Fund – 80 to 100% control over the management of unit investment funds by the Life Group and the lack of transparency due to absence of a detailed breakdown of the final assets of the Fund and information on the ultimate beneficiaries of the property;<br><br>- OOO Metal Invest, OOO Reformation, OOO IK Realfinance, OOO P&P, OOO Flaund, OOO IK Stolitsa, OOO Life Collection Agency, OOO Business Partner and other entities participating in implementation of investment projects in the interests of the owners of OAO AKB Probusinessbank;<br><br>- OOO IvSpetsGarant, OOO Holmex, OOO Izumrud – developers involved in investment projects in the interests of the owners of OAO AKB Probusinessbank;<br><br>- Falcon Private Bank Ltd – an asset lacking transparency from the point of view of the supervisory body , with doubtful payback prospects;<br><br>In view of the above and based on statements submitted by the credit institution as at 06/01/2015, the business risk for the owners of OAO AKB Probusinessbank amounted to at least 11,770 mln rubles or 106.2% of own funds (capital) of the Bank.<br><br>Moreover, it cannot be ruled out that the business risk for the business owners the will be greater, considering similar investments of the subsidiaries of Life Group.<br><br>In view of the above, Letter No. T1-40-7-10/91163dsp dated 06/16/2015 required the Bank to provide the following documentation to the Main Directorate of the Bank of Russia for the Central Federal District:<br><br>- up-to-date information on the parties and the credit risk on their debts, to be taken into account in the calculation of the business risk to the owners, considering the above approaches and analysis of the investments of subsidiary organizations;<br><br>- the plan of deconcentration of the owners' business risk, taking into account the obligation assumed by the Bank to repay the accounts receivable of companies participating in the implementation of the investment projects of the owners of the credit institution, amounting to 7,000 mln rubles, by September 2015. When developing the plan the Bank has to consider the balance of indebtedness of the debtor companies after the repayment of the total amount of 7,000 mln rubles, as well advising of the possible options for its coverage by the Bank. No reply has been received to date. |
| Quality of own funds (equity capital)/ | As at 06/01/2015, the Bank's own funds (equity capital) according to the statement submitted on Form 0409123 amounted to 11,088.44 mln rubles. The main components of own funds (equity capital) of the Bank as at 06/01/2015 were: undistributed profit of past years (44% |

---

[9] Based on Bank Letter No. 20/1-8956 dated 05/12/2015
[10] Audit Certificate No. A1K-I25-11-19/1574dsp dated 09/04/2014

| | |
|---|---|
| low level of capitalization | of own funds (capital), equity capital (31%), subordinated loan at written-down value (44%), and share premium (11%). At the same time, factors decreasing the amount of capital are the following: current year's loss (17% of own funds (equity capital), investments in stock and shares of subsidiary companies (12%), negative value of additional capital, subordinated loans (deposits, loans, funded loans), including subordinated loans with additional terms, granted to resident credit institutions (2.3%).<br><br>As at 06/01/2015 the Bank's obligatory capital adequacy ratios were maintained: capital adequacy ratio (N1.0) – 12.2%, Tier I capital ratio (N1.1) – 6.3%, equity capital adequacy ratio (N1.2) – 6.4%.<br><br>Items lacking in transparency are, in our opinion, the sources of funds in the amount of 40,000 thousand US dollars, borrowed by the Bank as the first tranche under the subordinated loan agreement concluded with the non-resident company AMBIKA INVESTMENTS LIMITED. |
| The Bank's financial performance/ Currency risk | The estimated financial performance, not including profit of past years as at 06/01/2015, amounted to a loss of 1,378.3 mln rubles, including profit of past years and of 2014 in the amount of 4,892.9 mln rubles.<br><br>Nontransparent sources of income-generating funds:<br><br>1. The sale of the Bank's interest in the equity capital of OOO FC Life, which generated an income of 999,900 thousand rubles for the Bank. However, the value of this company, estimated by an independent appraiser (acting in the interests of the Bank, in the view of the supervisory body), considerably exceeded the company's equity capital (the equity capital is 100 thousand rubles, as compared with its estimated value of 1,000,000 thousand rubles). According to the information of the Department of Banking Control of the Bank of Russia, its analysis of Report No. 091014/01-O dated 10/22/2014 on the assessment of the value of OOO Life Factoring Company, made by appraisers from OOO KSK was indicative of the market value having been overestimated by the valuer by a factor of 1.7. In view of the above, the Main Directorate of the Bank of Russia for the Central Federal District in its letter No. T1-40-7-10/93309dsp dated 06/18/2015 advised the Bank to analyze the above facts, to assess the impact of the overvaluation of the market value of the shares of OOO Life Factoring Company on the financial performance of the Bank and the Group banks, to provide the results of the Bank's calculation and submit a report on the measures it has taken.<br><br>2. Investments in the equity capital of OOO Life Processing Company in the amount of 1,060,000 thousand rubles, which could have been overvalued. The acquisition of these shares by the Bank and banks of the Life Group lacks transparency, since the funds from the acquisition were credited to the transaction accounts of OOO ELSO, OOO WEST, OOO AstraPlus and OOO Life Collection Agency and partially allocated (in December 2014–January 2015) to the accounts of Vermenda Holdings Limited (the counterparty which provided the funds for the repayment of the accounts receivable) and OOO Personal+, OOO Reformation (participants of the transactions involving the accounts receivable). The appraiser's report is under consideration by the Department of Banking Supervision.<br><br>3. Transactions concluded by the Bank with AMBIKA INVESTMENTS LIMITED and AS IBS Renesource Capital. The Main Directorate of the Bank of Russia for the Central Federal District, having analyzed the transactions[11] concluded by the Bank with Ambika Investments Limited in QIII and QIV 2014 and with AS IBS Renesource Capital during the period from 07/01/2014 to 04/01/2015[12] in order to hedge its balance sheet currency position, established that these transactions were devious in their nature and had as their aim formally regulating an open currency position and manipulating the financial outcome of their implementation. In particular, |

[11] Taking into account discussions at the meetings at the Bank of Russia Department of Banking Supervision on 10/23/2014 and 02/05/2015, Bank of Russia Department of Banking Supervision Letter No. 40-2-11/7722dsp, dated 12/24/2014 Bank letter No. 20/1-22878 dated 11/10/2014, information received from the Bank in reply to the request of the authorized representative of the Bank of Russia, No. 38 dated 02/04/2015, No. 40 dated 02/11/2015 and No. 43 dated 04/06/2015.

[12] After the bank had terminated its currency exchange transactions with Ambika Investments Limited in Q1 2015, the bulk of its transactions in 2015 was with AS IBS Renesource Capital.

9

these consisted in the following: the currency, amount, exchange rate (for deferred payment transactions – the forward rate) and date of payment are fixed at the time of conclusion of the transaction; the time period of the deferred payment contacts is in general 1 business day; on the value date the actual delivery of the underlying asset (the foreign currency) does not take place, the Bank's liabilities on the sale of foreign currency are settled by concluding offset (reverse) transactions for the purchase of foreign currency; in general the currency exchange rate on the reverse transaction coincides with the forward rate, which is not typical for the market, taking into account the high volatility of exchange rates in QIII 2014, and when performing two opposite transactions the counterparties do not make either a profit or a loss, which contradicts the essence of hedging transactions taking the form of forward transactions undertaken to compensate the risks of a balance sheet position which consists in the hedger receiving income in one market to cover a lossmaking transaction in another.

   In view of the circumstances established by the Directorate, including the payment of liabilities and discharge of claims in full by mutual offset without the generation of a non-zero financial result, it is our opinion that the regulation of open currency positions by the Bank does not comply with the requirements of Paragraph 2.2 of Bank of Russia Instruction No. 124-I dated 06/15/2005 "On the determination of the amounts (limits) of open currency positions, the methods of their calculation and the special features of supervision of their observance by credit institutions" (hereinafter "Instruction No. 124-I"), according to which regulation by means of foreign currency sale and purchase transactions and (or) other transactions with financial instruments in foreign currency is allowed if there is every reason to believe that the relevant transaction will be performed or there are no reasons preventing its performance.

   Based on the available information, the Bank's currency operations could have been "friendly" in their nature, as the counterparties are not credit institutions or large financial companies (information about counterparties of Ambika Investments Limited and AS IBS Renesource Capital is not available in Bloomberg), specializing in currency trading, and could be related to the Bank.

| Liquidity risk | As at 06/01/2015, the mandatory liquidity ratios were as follows: N2 – 47% (min 15%) and N3 – 63% (min 50%), N4 – 20.4% (max 120%). |
| --- | --- |
| | At the same time, the results of monitoring the financial statements submitted by OAO AKB Probusinessbank on a daily basis showed a considerable decrease of the value of the mandatory quick ratio (N2) starting from the reporting date of 01/27/2015 until to 02/06/2015. In this respect the Bank was requested, in Letter No. 40-7-10/22048dsp dated 02/18/2015 to provide information about the decrease in the value of the N2 ratio and to provide a detailed breakdown of the high liquidity assets and liabilities on the on-call accounts used in the calculation of the N2 ratio for the period 01/30/2015–02/03/2015. Preliminary analysis of the information provided by the bank showed that the Bank had wrongfully included in code 8972 claims on the bonds of Mediobanca International (Luxembourg) SA in the amount of 3,454,496.73 thousand rubles (as at 02/01/2015). The exclusion of these claims from the calculation of the N2 ratio as at 06/01/2015 will not result in the distortion of its value as at the above date. |
| | In general, starting from 10/01/2014, a negative downward trend of the N2 ratio could be observed. |
| Risk of a high degree of involvement of the credit organization in the conduct of doubtful operations | In QI and QII 2014, the Main Directorate of the Bank of Russia for the Central Federal District received information indicating a high degree of involvement of OAO AKB Probusinessbank in the conduct of doubtful non-cash and cash transactions. Based on the QIII and QIV 2014 performance the risk of the Bank's involvement was nonexistent. At the same time, analysis of the flow of funds through its correspondent account and also of information received from other sources identified a number of the Bank's clients whose activities according to formalized criteria showed them to be at least somewhat doubtful. We are currently working with the Bank in regard to these clients. |
| | Moreover, according to the information provided by the Bank of Russia (Letter No. 12-2-2/398dsp dated 03/02/2015), the operations of 343 of the Bank's customers performed in QIV 2014 are estimated by the Bank of Russia to bear the hallmarks of transit operations. The gross volume of transit operations conducted by these customers amounted to 27,082 mln rubles. In QI 2015 the Bank was not included into the list of credit institutions whose customers were involved in transit operations. Nevertheless, according to Letter No. VN-12-2-2/1025dsp dated 04/21/2015 from the Department of Financial Monitoring and Currency Control the volume of doubtful transit operations performed by the Bank's customers in QI 2015 amounted to 11 billion rubles. |
| | In view of this, the Main Directorate of the Bank of Russia for the Central Federal District is taking action to identify customers which in QI 2015 carried out operations meeting the criteria listed in Bank of Russia Letter No. 236-T dated 12/31/2014 "On raising credit institutions' awareness of certain of their customers' operations." Based on the results of this action, further response measures will be developed. |
| | In addition we note that as based on the review of the current version of AML/CFT Regulations, specific violations of Regulation No. 375-P were identified. |
| Market/interest risk | Based on the Bank's balance sheet statements as at 06/01/2015, the downward revaluation of securities amounted to 1,086.2 mln rubles or 10% of capital of the Bank. |

Having analyzed assets of OAO AKB Probusinessbank, they can be divided into the following types:

*1) market (working) assets to the total amount of <u>63,199.2 mln. rub. or 45.6% of assets</u>:*

- cash on hand - 3,840.2 mln. rubles. The Bank's need to keep a significant amount of cash money is due to its lack of branches, combined with a large and widespread network of lending and cash services offices;

- money in the correspondent account in the Bank of Russia – 776.6 mln. rubles;

- correspondent accounts in non-resident credit institutions –3,247.9 mln. rubles: balance of funds in NOSTRO accounts as at 06/01/2015 in the non-resident banks LATVIJAS PASTA BANKA (1,721.5 mln rubles), STANDARD CHARTERED BANK (GERMANY) GMBH and STANDARD CHARTERED BANK

(123.9 mln rubles), OST-WEST HANDELSBANK AG (264.9 mln rubles), COMMERZBANK AG (249.3 mln rubles), BANQUE CRAMER ET CIE SA (874.3 mln rubles). The Main Directorate of the Bank of Russia for the Central Federal District knows nothing derogatory about those non-resident banks, and therefore we consider it appropriate to regard those as assets as real (working). Moreover, on the basis of information provided by the Bank of Russia the balance of funds in the correspondent account of the Bank in LATVIJAS PASTA BANKA is not encumbered, and this has been officially confirmed;

- Correspondent accounts in resident credit institutions - 206 mln rubles: these funds have been placed in banks/resident credit institutions such as GLOBAL PAYMENT SYSTEM, LIDER, NRD, UNISTREAM, INTERBANK CREDIT UNION, PAYMENT CENTRE, Vnesheconombank Moscow, Vneshtorgbank, AKB RUSSLAVBANK and others. In the above credit institutions turnover on the accounts exceeds the balances placed in them;

- Interbank loans (except for funds placed in the non-resident bank Falcon Private Bank Ltd.) in the amount of 2,410 mln. rubles – nothing points to these assets being encumbered: funds have been placed with AKIB OBRAZOVANIE (AO), ZAO AKB ALEF-BANK, ZAO AKB EXPRESS-VOLGA, LIQUIDATOR OF BANK24.RU (OAO) – SC DIA, OAO VUZ-BANK, OAO CB POIDEM!, ZAO AKB INTERPROMBANK, NOTA- BANK (OAO).

- Funds provided to individuals – 12,080.4 mln. rubles. The bulk of the Bank's retail loans portfolio as at 06/01/2015 has been grouped into uniform loan portfolios which amounted to 14,454.5 thousand rubles or 93.1% of outstanding retail loans.

- Acquired claims – 1,316.3 mln. rubles. During the period 07/01/2012–07/01/2014 the Bank acquired outstanding loans from OAO AKB Poidem! under a cession of rights agreement relating to credit agreements with private individuals. The value of the transaction was 77,167.72 thousand rubles. The reason for the acquisition of the portfolio from Poidem! Bank was the physical presence of a network of OAO AKB "Probusinessbank outlets in the towns in which the portfolio was acquired. The profitability of the acquired portfolio corresponds to the average profitability of OAO AKB Probusinessbank's credit products;

- Outstanding debts of legal entities – 14,725 mln. rubles. We are currently examining information about outstanding loans to specific borrowers. The examination will result in a conclusion concerning their allocation to the appropriate asset category. At the moment there are no grounds for allocating them to a different category;

- Securities held in the depository NKO ZAO NRD and in Vnesheconombank (except for investments in the warrants of Mediobanca International (Luxembourg) SA) – 12,804 mln. rubles;

- Ownership interest (except for OOO Life Processing Company) – 2,443 mln. rubles. This is mainly ownership interest in the capital of the subsidiaries of legal entities (except for investments in Investment Unit Funds in the amount of 313,210 thousand rubles): member banks of the Life Group – AKB Express-Volga, OAO CB Poidem!, ZAO "NATIONAL SAVINGS BANK, OAO Gasenergobank, CB VUZ-bank in the total amount of 2,212,366 thousand rubles and the companies OOO Tonus-club Samara, OOO Probusiness-Development, OOO Tonus, OOO Tonus-Park and OOO Alpha Technologies;

- Derivative financial instruments – 9,269.8 mln. rubles. In Q2 2015 transactions with derivative financial instruments were mainly concluded with NKTS Bank (AO), as well as OTKRITIE CAPITAL INTERNTAIONAL LIMITED, AO AKB EXPRESS- VOLGA and OAO VUZ-bank.

***2) non-transparent assets in the amount of 42,090.6 mln rubles or 30.4% of assets:***

- Balance of account No. 30602 "Settlements with client credit organizations – relating to brokerage operations with securities and other financial assets" (12,140 mln rubles).

- Securities (federal loan bonds and Eurobonds) in the amount of approximately 29,950.6 mln rubles whose ownership records are maintained by the non-resident depositories BROKERCREDITSERVICE (CYPRUS) LIMITED, Otkritie Capital International Ltd., and Vnesheconombank, including:

* The Eurobonds of Atlas Investments Solutions (Luxembourg) SA for the amount of 2,784.7 mln rubles, bearing in mind the lack of public sources of information about this issuer and lack of open market trading, which indicates their low liquidity;

* The warrants of Mediobanca International (Luxembourg) SA (whose ownership records are maintained by Vnesheconombank) - for the amount of 2,685.6 mln rubles, reclassified as this instrument from the bonds of nonresidents as part of their transfer to the Vnesheconombank depository, which confirms the Bank's title to these Eurobonds; at the same time, records continue to be maintained by the non-resident depository;

*3) non-marketable assets for the total amount of 14,686.5 mln rubles or 10.6% of assets:*

- accounts receivable generated by deferred-payment sale and purchase of securities (federal loan bonds) concluded between the Bank and a limited number of counterparties, due to the participation of debtor companies in the implementation of investment projects of the Bank's owners (the amount of these accounts receivable was 8,113 mln. rubles);

- Investments in the equity capital of OOO Life Processing Company in the amount of 1,060 mln rubles. Moreover, according to the Bank's information OOO Life Processing Company (included into calculation by the Bank itself), had accounts receivable of 6 mln rubles as at 05/01/2015;

- Investments in the units of the Construction Initiative Fund – 136 mln. rubles. The assets of this fund may be generated by properties received as compensation under loans of quality category 5, previously recognized in the balance sheet of a credit institution, which is a member of the banking Group headed by OAO AKB Probusinessbank, Bank 24.ru (OAO);

- Investments in units of the DOM Property Fund – 176.4 mln. rubles – there are grounds to assume that a reserve fund will need to be created for these investments in the amount of 49.4%;

- Funds placed at the nonresident bank Falcon Private Bank Ltd. (Interbank loans) for the total amount of 50 mln US dollars or 2,648.6 mln rubles in ruble equivalent;

- Outstanding loans, unused limit and guarantees of beneficiary S.L. Leontiev in the amount of 15 mln. rubles;

- Outstanding loans and guarantees of the ultimate owner, Zheleznyak A.D. in the amount of 39 mln. rubles;

- Outstanding loans and guarantees of member of the Board of Directors Panteleev E.V. in the amount of 154 mln. rubles (included into calculation by the Bank itself);

- OOO FC Life (type of activities – provision of factoring services), previously a subsidiary of the Bank (Outstanding loans as at 06/01/2015 as per information submitted on Form 0409118, amounted to 1,607.9 mln. rubles);

- OOO Probusiness-Development (included into calculation by the Bank itself), outstanding loans as per information submitted on Form 0409118 as at 06/01/2016 amounted to 0.015 mln. rubles);

- OOO Money Market – the general director of OOO Money Market is Oveyan I.R., previously an employee of the Bank (as Director for Regional Development), Tokmakov S.V. (shareholder of OOO Money Market), previously an employee of the Bank (as Senior Specialist at the Technical Documentation Division of the Finance and Investment Department)). Information about outstanding loans is unavailable;

- OOO Life Broker – leases premises from the Bank under a commercial premises sublease agreement. Information about outstanding loans is not available;

- OOO IvSpetsGarant, OOO Holmex, OOO Izumrud – developers of investment projects in the interest of the owners of OAO AKB Probusinessbank (total outstanding loans – 730.6 mln. rubles).

*4) non-performing assets for the total amount of 5,572.5 mln. rubles or 4% of assets:*

- past-due debts of legal entities and individuals on the repayment of loan capital and interest in the amount of 5,551.7 mln. rubles, including loans grouped into uniform loan portfolios (overdue by 1 day and over) 3,204.3 mln. rubles;

- Promissory note debt consists of past due notes – 20.8 mln. rubles. The Bank has made a 100% provision for this asset - the amount of provision of 20.8 mln. rubles is shown in balance sheet account 51510 "Potential loan loss provisions."

*5) unexamined assets for the total amount of 9,603.6 mln. rubles or 6.9% of assets:*

- accounts receivable of 5,680.8 mln. rubles – balance of account No. 47406 "Settlements with customers on the sale and purchase of foreign currency" will be examined as part of remote supervision;

- assets in the amount of 2,980.5 mln. rubles, mainly represented by capital assets in that amount, which examined as part of remote supervision;

- other assets in the amount of 942.3 mln. rubles, mainly represented by the balance of account No. 61403 "Expenses of future periods," which will be examined as part of remote supervision.

**4. Bank supervision during the reporting month, its results and main conclusions.**

**1.** The Bank is being monitored in order to check on the obligations assumed by it relating to the repayment of the receivables arising out of the deferred-payment sale of securities to specified counterparties participating in the implementation of its owners' investment projects

In order to repay the above accounts receivable the Bank has undertaken to repay this asset within a 6-month period by selling its capital projects by September 2015, the total amount of the transaction expected to yield at least 7 billion rubles, according to the schedule in the following stages: March – 700 mln. rubles; April – 700 mln. rubles; May – August 2015 – 1,400 mln rubles monthly. In respect to the repayment of the accounts receivable of 1,400 mln. rubles in March–April 2015 it was found that the original repayment plan proposed by the Bank calling for the sale of the capital projects of ZAO KR Properties (the buyer reported earlier by the Bank) was not in fact going to take place. The buyers of the assets are Kevina Holdings Limited and FERVAULT ASSETS LIMITED (residents of the Republic of Cyprus). The funds for the first stage of the transaction were received, through a number of companies acting as intermediate links, from nonresidents VERMENDA HOLDINGS LIMITED (Republic of Cyprus) and AMBIKA INVESTMENTS LIMITED (Republic of Cyprus) under loan agreements. The funds for the second stage of the transaction were received from the non-residents ATESSACO HOLDING LIMITED (Republic of Cyprus) also under a loan agreement. These non-resident companies are very likely to be affiliated to the owners of the Bank, which does not exclude the possibility of using the Bank's own funds to pay the accounts receivable. The ultimate sources of funds used to pay the accounts receivable in the 1st and 2nd stages of the transaction in March 2015 and April 2015 were not disclosed by the Bank. Moreover, in its Letter No. 20/1-11000 dated 06/10/2015 the Bank advised of changes[13] to the terms of the planned sale of its investment developer business, which resulted in

---

[13] The payment of 578 mln. rubles under the Letter of Intent to Sell/Purchase property rights dated 04/27/2015, concluded between "KEVINA HOLDINGS LIMITED" and Realfinance Investment Company LLC was transferred from May to September 2015;

changes in the previous account receivable repayment schedule: June – 1,400 mln. rubles; July – 1,400 mln. rubles; August – 1,400 mln. rubles, September – 1,400 mln. rubles, i.e. no repayment of accounts receivables was to be made in May 2015. The supervisory agency does not regard the reasons for the change of the repayment schedule provided by the Bank as informative. At the present time the Main Directorate of the Bank of Russia for the Central Federal District cannot confirm the prospects of OAO AKB Probusinessbank fulfilling is obligation to repay the accounts receivable.

**2.** Since the date of the last audit (Audit Certificate No. A1K-I25-11-19/1574dsp dated 09/04/2014) the Bank has been made aware of the need to transfer securities whose ownership records are maintained by non-resident depositories, to resident depositories, bearing in mind that the supervisory body does not regard these investments as transparent.

Following consideration of information regarding transfer of securities reflected in the Bank's balance sheet from non-resident to resident depositaries, provided by the Bank in its Letter No. 26-5276 dated 03/19/2015 and taking into account the analysis of the credit institution's financial statements submitted on Form 0409711 "Report on securities" for the period from 11/01/2014 to 05/01/2014 we wish to advise as follows.

The Bank is taking s some steps to transfer securities from non-resident to resident depositories: as at 06/01/2015 in comparison to 11/01/2014 a considerable part of the securities had been transferred: the ruble volume of federal loan bonds decreased from 12 billion rubles to 5.6 billion rubles, and the foreign currency volume of federal loan bonds from 13 billion rubles to 4.4 billion rubles. At the same time, the value of Eurobonds held by other nonresidents grew significantly from 3.7 billion rubles to 17.3 billion rubles. Information about the migration of the securities during the period 11/01/2014–06/01/2015 showing the names of the non-resident depositories maintaining their records is provided in Table 1.

Table 1, thousand rubles

- A payment of 822m rubles relating to the Letter of Intent to Sell/ Purchase property rights dated 04/27/2015 concluded between KEVINA HOLDINGS LIMITED and Business Partner Limited Liability Company was transferred from May to September 2015. Supplemental agreements were signed by the parties on May 25, 2015.

| Type of securities Custodial depository | | 11/01/2014 | 12/01/2014 | 01/01/2015 | 02/01/2015 | 03/01/2015 | 04/01/2015* | 05/01/2015* | 06/01/2015* |
|---|---|---|---|---|---|---|---|---|---|
| **Federal loan bonds** | | **12,289,505** | **7,045,360** | **10,657,042** | **6,419,150** | **5,818,236** | **5,633,000** | **5,633,000** | **5,633,000** |
| Custodial depository | BROKERCREDITSERVICE (CYPRUS) LIMITED | 8,091,436 | 4,719,512 | 6,432,814 | 4,059,423 | 3,498,290 | 3,313,000 | 3,313,000 | 3,313,000 |
| | Okritie Capital International Ltd | 4,198,069 | 2,325,848 | 4,224,228 | 2,359,727 | 2,319,946 | 2,320,000 | 2,320,000 | 2,320,000 |
| **Eurobonds held by the Ministry of Finances of the RF** | | **13,033,670** | **13,642,651** | **12,844,692** | **11,949,051** | **9,759,828** | **2,315,186** | **4,270,660** | **4,375,453.8** |
| Custodial depository | BROKERCREDITSERVICE (CYPRUS) LIMITED | 3,638,375 | 4,321,293 | 4,061,943 | 1,666,151 | 495,362 | 584,643 | 1,189,166.7 | 1,218,346.8 |
| | Okritie Capital International Ltd | 9,395,295 | 9,321,358 | 8,782,749 | 10,282,900 | 9,264,466 | 1,730,543 | 3,081,492.8 | 3,157,107 |
| **Eurobonds held by non-residents** | | **3,670,508** | **9,889,172** | **7,564,227** | **15,695,414** | **16,090,503** | **19,045,914** | **16,843,254** | **17,256,558** |
| Custodial depository | BANK JULIUS BAER AND CO LTD ZURICH | - | 2,964,139 | 2,592,810 | 3,639,929 | 3,242,151 | - | - | - |
| | BROKERCREDITSERVICE (CYPRUS) LIMITED | - | 2,927,301 | 1,028,418 | 7,150,148 | 8,049,273 | 7,196,955 | 6,364,626.9 | 6,520,804 |
| | Okritie Capital International Ltd | 3,670,508 | 3,997,732 | 3,942,999 | 4,905,337 | 4,799,079 | 11,848,959 | 10,478,626.7 | 10,735,754 |
| **Eurobonds held by non-resident banks nonresidents** | | **2,194,522** | **1,145,187** | **1,001,113** | **1,381,799** | **1,231,631** | **-** | **-** | **-** |
| Custodial depository | BANK JULIUS BAER AND CO LTD ZURICH | 2,194,522 | 1,145,187 | 1,001,113 | 1,381,799 | 1,231,631 | - | - | - |
| **Shares held by nonresidents** | | **82,484** | **-** | **874,701** | **-** | **-** | **-** | **-** | **-** |
| Custodial depository | Okritie Capital International Ltd | 82,484 | - | 874,701 | - | - | - | - | - |
| **TOTAL of the portfolio of non-resident depositories** | | **31,270,689** | **32,941,775** | **31,722,370** | **35,445,414** | **32,900,198** | **26,994,100** | **26,746,913** | **27,265,011.8** |

\* The amounts were determined independently on the basis of the nominal value of securities and without taking into account the cost of depositary receipts

In view of the above the portfolio currently retains a considerable proportion of securities, whose ownership records are maintained by non-resident depositories, – approximately 27 billion rubles (at nominal value) or 63% of the securities portfolio, including ruble-denominated federal loan bonds – 5.6 billion rubles or 13%, foreign currency-denominated federal loan bonds – 4.4 billion rubles or 10%, and Eurobonds held by other nonresidents – 17.3 billion rubles or 40%.

During the meeting with representatives of the Bank which took place in the Department of Banking Supervision of the Bank of Russia on May 21, 2015, it was noted by the credit institution that the requirement to maintain a record of securities denominated in foreign currency held in non-resident depositories is caused by the fact that most foreign depositories do not have a relationship with Russian banks and also by the specific character of their record-keeping. As a result, the Bank's securities portfolio currently consists of three parts: Treasury, trading and investment. The ZAO NKO NRD depository cannot keep separate records of different securities subportfolios. If securities denominated in foreign currencies, whose ownership records are maintained by non-resident depositories are transferred to Russian depositories, it will not be possible to sell them from the Bank's account in a resident depository, which creates risks for the Bank in case of potential sale of securities, because it increases the period of sale due to the reverse transfer of the record to the foreign depository. In addition, the Bank does not consider that the fact that there is no movement on the portfolio means that movement does not take place, since the portfolio is an investment. This was also stated in the Bank's Letter No. 20/1-10538 dated 06/04/2015, advising that it was planning to transfer ruble-denominated securities with a value of at least 5.5 billion rubles and with ownership records maintained by non-resident depositories to NKO ZAO NRD by August 2015.

To confirm the existence of the Bank's securities with ownership records maintained by non-resident depositories, the credit institution provided statements from the above depositories. In spite of this, we consider the documents provided by the Bank to be insufficient to form an opinion as to the "reality" of this securities portfolio, in view of the need for additional confirmation of the cost-effectiveness of maintaining the Bank's Eurobond investments in such large amounts.

**3.** The Main Directorate of the Bank of Russia for the Central Federal District is currently examining the Bank's claims as part of settlements for broker operations with securities and other financial assets, shown in account No. 30602.

According to information provided by the Bank, the funds required for forthcoming settlements for the purchase/sale of securities, as well as the clear balance remaining after completions of the securities transactions are accumulated in accounts No. 30602. Accounts No. 30602 were opened for the purpose of settlement with the following counterparties: OTKRITIE CAPITAL INTERNATIONAL LIMITED (the balance of debt as at 01/01/2015 is 468 mln. rubles); LGT BANK AG (85 thousand rubles); Interactive Brokers LLC (2.7 mln. rubles); DINOSAUR MERCHANT BANK LIMITED (8,790 mln. rubles); R.J.O Brien & Associates LLC (165.7 mln. rubles); BANK JULIUS BAER AND CO.LTD., ZURICH (566.5 mln. rubles); BROKERCREDITSERVICE (CYPRUS) LIMITED (415 mln. rubles); LATVIJAS PASTA BANKA (1,101.4 mln. rubles); Brokercreditservice Company OOO (220 thousand rubles) etc.

The information provided by the Bank led to the following conclusions: the professional opinions submitted to us are concise and do not make it possible to form a full opinion about the nature of these accounts receivable and activities and the business reputation of the individual counterparties. For instance, there is no information about the nature of the financial instruments on which these accounts receivable are based or the specific purpose of the transfer of funds by the Bank to accounts No. 30602; the statements of account submitted to us also do not reflect this information, considering that in December 2014 there were no operations on the majority of the accounts, except for debiting the broker's fee. Consequently, it is not absolutely clear why large amounts were placed in accounts No. 30602 of specific brokers, for example, DINOSAUR MERCHANT BANK LIMITED, and why there were no operations on them in December 2014; there are reasons to regard the financial position of DINOSAUR MERCHANT BANK LIMITED as poor, taking into account the increase of accounts receivable, the lack of diversity of liabilities/assets and loss-making activities.

Additional information was requested from the bank.

**4.** The Main Directorate of the Bank of Russia for the Central Federal District has analyzed the Bank's investments in the bonds of Alta Investments Solutions (Luxembourg) S.A. and the warrants of Mediobanca International (Luxembourg) S.A.

Starting from 12/01/2014, investments in bonds of Atlas Investment Solutions (Luxembourg) S.A. have been included in OAO AKB Probusinessbank statements. The amount of investments is 2,784,717,010 thousand rubles (50 bonds, nominal value 1,000,000 US dollars), these bonds have been valued by the Bank at their acquisition cost and have been classified in quality category 1 without provisions being made.

The start date of the issuance of securities of Atlas Investment Solutions (Luxembourg) S.A. is 11/12/2014, maturity date 11/12/2019.

These securities according to the Bank's Letter No. 2011-10086 dated 05/27/2015 were acquired from Bank Julius Baer & Co. Ltd. on 11/12/2014, i.e. on their date of issuance, with their ownership records maintained as from 04/01/2015 by Vnesheconombank (previously by Bank Julius Baer & Co. Ltd. As reported by the Bank, the decision to invest in these financial instruments was related to the interest rate, the frequency of payments and the absence of price risk. At an earlier date, the Bank, in its Letter No. 20/1-21008 dated 02/09/2015 informed that the economic rationale of the purchase of these securities was the acquisition of an asset denominated in US dollars to balance potential losses of the bank due to the depreciation of ruble exchange rate in relation to foreign currencies as well as factors related to the weakening of the ruble such as a fall in the value of securities listed on the Moscow stock exchange, or a fall in the value of ruble- and foreign currency-denominated government securities.

Dividends are paid once in half a year (May 12 and November 12 of every year). The dividend is made up of the interest rate of 2.8% p.a. plus possible additional income. Since the occurrence of an event

which would produce additional income seems unlikely, the Bank considers the dividend to be 2.8%. The likely annual income which the Bank may receive in the form of a dividend amounts to 1,400,000 US dollars (according to the information provided by the credit institution, on 05/14/2015 the Bank received a dividend of 700 thousand US dollars (in ruble equivalent 34.7 mln. rubles). Taking into account that the acquisition price of these securities was 105% of their nominal value, the Bank is planning to hold these securities for at least 2 years.

According to information provided by the Bank, the debt securities of Atlas Investment Solutions (Luxembourg) S.A. have never had a reliably defined current fair value from the moment of their original recognition up to present moment. Their current (fair) value cannot be determined in view of absence of reliable sources of information on which to base observable baseline information about the price of the asset, complying with criteria of reliability of assessment of fair value of securities, set by internal documents. In view of this, the Bank assesses the risk of these investments from the date of their original recognition until the present in accordance with the requirements of Bank of Russia Regulation No. 283-P dated 03/20/2006 "On the procedure for loan-loss provisioning by credit institutions" (hereinafter "Regulation No. 283-P").

Taking into account the absence of open market trading in these securities (there is no financial information about the value of Atlas Investment Solutions (Luxembourg) S.A. debt securities) either in public sources of information or in BLOOMBERG), these investments are risky and of low liquidity.

According to a professional opinion dated 04/30/2015 Atlas Investment Solutions (Luxembourg) S.A. is a company registered in Luxembourg on 10/07/2014 with registration number B191301, i.e. it is a newly formed company. The professional opinion about these investments provided by the Bank does not contain any other information about the activities of this company, its founders, business area or other material information. Nor is information about this company available in the Internet: there is a link to the website www.atlas-invest.com, but at the moment it is not functioning.

According to information provided by the Bank as required by the terms of issuance of securities of Atlas Investment Solutions (Luxembourg) S.A., the issuer must acquire a guarantor to the issue, which should consist of a pool (syndicate) of insurers nominated by the issuer, each of which should have a credit rating awarded by at least one international rating agency at a level not lower than A2 according to the Moody's Investor Service classification or "A" according to Standard & Poor's or Fitch Rating classification

According to the guarantee agreement, the sum insured is 50,000 thousand US dollars, and the insurance contract was concluded for the period 11/12/2014–11/11/2015 renewable annually until the maturity date of the securities (11/12/2019). Companies such as Antares, Pembroke, Novae, Brit, The Channel Syndicate, Agro International (these companies are part of a Lloyd's Syndicate), Nexus Underwriting Limited on behalf of PartnerRe Ireland Insurance Ltd., Zurich Company, XL Insurance Company SE are acting as insurers until 11/11/2015. As confirmation the Bank provided a guarantee of the prospectus of the issue of these securities and the insurers' financial statements in English.

These companies have a Standard & Poor's ratings from "A-" to "A+."

The financial position of the issuer itself was not evaluated due, in our opinion, to the absence of its financial statements (according to the legislation of the Duchy of Luxembourg, S.A companies are required to submit financial statements to the Luxembourg Register of Trade and Companies within 7 months of the end of financial year) (explanations were not provided by the Bank).

Consequently, neither financial nor non-financial information about the issuer is available.

However, the Bank has analyzed the consolidated financial statements of insurers or groups of which they are members. According to the analysis, the companies are largely profitable (except for Pembroke, The Channel Syndicate, Antares), have sufficient own funds and a good business reputation. In view of the above,

the Bank has qualified the financial position of the insurers as good.

In view of this, in the opinion of the supervisory body, the financial position of the issuer, taking into account the date of its foundation, absence of financial statements and published information, based on the principles of conservatism and reasonable prudence, should be estimated as not better than "poor" until the time of receipt and analysis of the issuer's financial statements for 2014 and the auditor's report prepared on the basis of this analysis.

In view of the above, having evaluated the financial position of the issuer Atlas Investment Solutions (Luxembourg) S.A. as "poor," investments in securities issued by it should be allocated to quality category 3 with provisions estimated at 21%.

The amount of the required additional provisions (based on the information contained in the financial statements on Form 0409116), as at 06/01/2015 was at least 584,790.57 thousand rubles.

The Main Directorate of the Bank of Russia for the Central Federal District currently agrees with the Bank's evaluation of the warrants of Mediobanca International (Luxembourg) S.A. and their assignment to quality category 1 without provisions. Nevertheless, several aspects will require additional work.

**5.** The Main Directorate of the Bank of Russia for the Central Federal District analyzed the new version of OAO AKB Probusinessbank Internal Audit Regulations designed to combat the legitimation (laundering) of the proceeds of crime and financing of terrorism, dated 03/27/2015.

Analysis of the Internal Audit Regulations for the purposes of AML/CFT identified the following violations of Bank of Russia Regulation No. 375-P dated 03/02/2012 "On the requirements for credit institutions' Internal Audit Regulations Internal Audit Regulations designed to combat the legitimation (laundering) of proceeds of crimes and financing terrorism" (hereinafter "Regulation No. 375-P"):

1. Violation of Paragraph. 1.4 of Regulation No. 375-P: in Subsection 1.2 of the Internal Audit Regulations the definition of the phrase "List of extremists and terrorists" is given by the Bank in such a way that contents of the Paragraph 3.2.3.1 of the Program of freezing (blocking) customers' money or other assets does not comply with the requirements of Subparagraph 6 Paragraph 1 Article 7 of Federal Law No. 115-FZ;

2. Violation of Paragraph 2.5 of Regulation No. 375-P: Paragraph 2.12 of the Internal Audit Regulations provides for the        CEO of the credit institution to be informed by a responsible employee about violations of RF AML/CFT legislation known to them committed by employees and executives of the credit institution, if required.

In addition, separate shortcomings were also identified.

**6.** The Main Directorate of the Bank of Russia for the Central Federal District analyzed loans issued by the Bank to a non-resident bank- Falcon Private Bank Ltd.

The Bank provided 2 loans for the total amount of 50,000 mln US dollars (or 2,648,580 thousand rubles in ruble equivalent as at 06/01/2015) to the nonresident bank Falcon Private Bank Ltd (according to the Bank's professional opinion dated 03/19/2015 concerning the evaluation of credit risk of the funds placed with Falcon Private Bank Ltd., the borrower's debt in the total amount of 50,000 thousand US dollars was allocated by the Bank to quality category 1 (financial position "good," quality of debt service "good"), which the supervisory body regards as non-transparent and giving rise to doubts concerning their recoverability.

Examination of the documents provided by the Bank and information, including the data contained in the borrower's financial statements as at 01/01/2014 identified negative circumstances which reduced the financial position of Falcon Private Bank Ltd. to not better than "average" according to the Paragraph 3.3 of Bank of Russia Regulation No. 254-P dated 03/26/2004 ""On the procedure for loan, outstanding loan and equivalent loss provisioning by credit institutions" " (hereinafter "Regulation No. 254-P"). At the same time,

when evaluating the financial position of the borrower as "average," the quality of debt service on the loan should be evaluated as not better than "average," e, taking into account Paragraph 3.8 of Regulation No. 254-P, because according to the terms of the loan, the borrower pays the interest at the end of the term of the loan so that in fact the debt on newly granted loans is not serviced.

Consequently, if we combine the two classification criteria (financial position "average," quality of debt service "average") the outstanding loan of the non-resident bank Falcon Private Bank Ltd. should be allocated to quality category 3 with provisions of at least 21%.

The required additional provision as at 06/01/2015 was at least 556,201.8 thousand rubles.

In view of the fact that making comparable (as at 05/01/2015) additional provisions could also provide grounds for the application of insolvency (bankruptcy) measures to the credit institution, for violation of the requirements of Paragraph 1.4 and Paragraph 2.5 of Regulation No. 375-P committed by the bank when preparing Internal Audit Regulations designed to combat the legitimation (laundering) of proceeds of crimes and financing terrorism" dated 03/27/2015, Letter No. 40-7-10/83345dsp, dated 06/03/2015 forwarded to the Department of Banking Supervision of the Bank of Russia (hereinafter "the Department") contained, alongside the recommendation to request reclassification and to make additional provisions for the investments in Flacon Private Bank Ltd, (bearing in mind that the Bank has not put in place effective measures for transferring securities whose ownership records are maintained by non-resident depositories to resident depositories, and the simultaneous increase of the securities of other nonresidents in the Bank's portfolio), the recommendation that a 6-moth restriction should be placed on the purchase and sale of OTC securities and of securities not included into the Lombard list of the Bank of Russia (it was suggested that these operations should be restricted to not more than 10 billion rubles a month).

In its Letter No. 40-2-11/5045dsp dated 06/05/2015 the Department advised that it would be appropriate to consider the introduction of enforcement measures following receipt from the Bank and consideration of a guarantee letter confirming the Bank's ownership of securities registered with non-resident depositories and their freedom from encumbrances, and the provision of similar information about funds placed with the non-resident bank Falcon Private Bank Ltd., which the Bank was requested to provide in its the Letter No. AT1-40-7-10/90993dsp dated 06/15/2015. A reply was to be provided by **06/17/2015**. On 06/18/2015, enclosed with its Letter No. 1/1-11498 dated 06/17/2015 OAO AKB Probusinessbank provided guarantee letter No. 1-10720 dated 06/08/2015 signed by one of the ultimate beneficiaries of the Bank, S.L. Leontiev, which, however, did not make it absolutely clear that investments in securities whose ownership records are maintained, by non-resident depositories and the loan granted to Falcon Private Bank Ltd are not encumbered.

**7.** The Main Directorate of the Bank of Russia for the Central Federal District analyzed the Bank's investments into the units of the DOM Fund managed by "OOO GERA Management Company."

As from 02/01/2015 the financial statements of OAO AKB Probusinessbank submitted on Form 0409116 "Information about securities acquired by the credit institution" and 0409711 "Report about securities," have included investments in the units of the DOM Fund (19,408 units for the amount of 176,395.08 thousand rubles) (100% of the Fund units), carried at the purchase price and classified in quality category 1 without provisions (the percentage of these investments in the Banks' assets as at 05/01/2015 was 0.13%).

The units were acquired by the Bank from its subsidiary company OOO VUZ-bank[14] in January 2015 under Purchase and Sale Agreement No. 300115-01 dated 01/30/2015, and were, in their turn, included in the balance sheet of this credit institution in the largest quantity, starting from 10/07/2010 (17,900 units.),[15] i.e. for more than 4 years. It should be noted that OAO VUZ-bank classified investments in these Fund units at the

---

[14] Member of the banking group since 04/01/2003.
[15] On 08/06/2010, OAO "VUZ-bank" acquired 2,500 units for 25,000 thousand rubles; on 10/07/2010 – 17,900 units for 178,233.38 thousand rubles; On 05/21/2012 – 540 units for 6,051 thousand rubles; On 12/24/2013 a part of the units was sold to OAO "GASENERGOBANK" - 1,532 units for 15,002.6 thousand rubles, which were subsequently redeemed before maturity.

time of conclusion of the transaction with OAO AKB Probusinessbank with as requiring a provision of 32%. At the time when the units were written-off from the balance sheet of OAO VUZ-bank their value was 193,973.4 thousand rubles, i.e. the transaction resulted in a loss of 17,579.3 thousand rubles for the subsidiary organization. The units were paid for via the LORO correspondent account of OAO VUZ- bank in OAO AKB Probusinessbank. From the date of acquisition the Bank became the sole owner of these investments.

The Fund's property consists of the following assets:

(thousand rubles, as at 02/27/2015)

| | |
|---|---|
| Money at bank held in ruble accounts in OAO VUZ-bank | 240 |
| Real estate: premises with total area of 1,803 sq.m. at the following address: 5, per. Krasnyi, bldg.1, Yekaterinburg, 5, (part of the premises on the 2nd and 3rd floors) (next to the Dinamo metro station) | 175,999 |
| Other accounts receivable (nature and vehicle not disclosed) | 5,077 |
| TOTAL assets | 181,317 |
| Outstanding loans and provisions for future payroll costs | 1,022 |
| Total value of net assets | 180,295 |

According to a professional opinion dated 03/31/2015 the investment risk was assessed to quality category 1without provisions. Based on the information contained in the Bank's financial statements as at 05/01/2015 and 06/01/2015 the assessment of these investments by the Bank did not change.

In view of the above, due to the investments in the units of the DOM Fund being assessed to quality category 1, the Bank committed a violation of the requirements of Paragraph 2.6 and Paragraphs 2.7.3 and 2.7 of Regulation No. 283-P, and in particular:

- Paragraph 2.6 of Regulation No. 283-P – provisions for potential losses relating to the part of the investment in DOM Fund units representing accounts receivable (2.8% of the Fund's assets), should have been at least 21% (a shortfall of 1,037.2 thousand rubles);

- Paragraphs 2.7.3 and 2.7 of Regulation No. 283-P – provisions for potential losses relating to the part of the investment in DOM Fund units representing capital assets (97.62% of the Fund's assets), included both in the balance sheets of OAO AKB Probusinessbank and OAO VUZ-bank for a period of 4–5 years; the provision should have been at least 50% (a shortfall of 86,098.4 thousand rubles);

Thus, the cumulative provision shortfall (based on the information contained in financial statements submitted on Form 0409116) as at 05/01/2015 and 06/01/2015 was at least 87,135.6 thousand rubles or 49.4% of the amount of the Bank's investments.

**8.** Based on the results of analysis of transactions concluded by the Bank with Ambika Investments Limited during QIII and QIV 2014 and with AS IBS Renesource Capital during the period 07/01/2014–04/01/2015 in order to hedge the balance sheet currency positions, the Main Directorate of the Bank of Russia for the Central Federal District established that these transactions were devious in their nature and had as their aim formally regulating an open currency position and manipulating the financial outcome of their implementation. (a detailed analysis appears in Annex 3 to this letter).

In particular, the nature of these transactions consisted in the following:

- the currency, amount, and exchange rate (for deferred payment transactions – the forward rate) and the date of payment were defined (fixed) on the date of the transaction;

- the time period of deferred payment contracts was in general 1 business day;

- on the value date actual delivery of the underlying asset (foreign currency) did not take place, the Bank's liabilities generated by the sale and purchase of the foreign currency were settled by concluding offset (reverse) transactions for the purchase of foreign currency;

21

- in general the foreign currency exchange rate of the reverse transaction coincided with the forward exchange rate, which is not typical for the market, taking into account the high volatility of currency exchange rates in QIII 2014 and when performing two opposite transactions counterparties do not make either a profit or a loss, which contradicts the essence of hedging transactions taking the form of forward transactions to compensate the risks of a balance sheet position, which consists in the hedger making a profit in one market, to cover the loss-making transaction in another.

In view of the circumstances established by the Directorate, including full repayment of liabilities and discharge of claims by mutual offset without the generation of a non-zero financial result, it is our opinion that the regulation of open currency positions by the Bank does not comply with the requirements of Paragraph 2.2 of Bank of Russia Instruction No. 124-I dated 06/15/2005 "On the determination of the amounts (limits) of open currency positions, the methods of their calculation and the special features of supervision of their observance by credit institutions" (hereinafter "Instruction No. 124-I"), according to which regulation by means of foreign currency sale and purchase transactions and (or) other transactions with financial instruments in foreign currency is allowed if there is every reason to believe that the relevant transaction will be performed or there are no reasons preventing its performance.

The nature of these transactions points to the existence of a relationship between Ambika Investments Limited and AS IBS "Renesource Capital and the Bank. This was also confirmed by representatives of the Bank at a meeting at the Bank of Russia, which took place on 05/21/2015.

At the same time, in the opinion of the Main Directorate of the Bank of Russia for the Central Federal District, the Bank's currency operations could have been of a "friendly" nature, since the counterparties were not credit institutions or large financial companies (there is no information about Ambika Investments Limited and AS IBS Renesource Capital in Bloomberg), which are specializing in currency trading and may be affiliated to the Bank.

*Thus, it is our view that the hedging transactions with Ambika Investments Limited and AS IBS Renesource Capital do not comply with the collateral requirements set by Chapter 6 of Regulation No. 254-P, namely Indent 2, f Paragraph 6.5.2[16] of Regulation No. 254-P and transactions with these counterparties have to be excluded from calculations of net forward positions made in accordance with Indent 4, Paragraph 1.7.2 of Instruction No. 124-I.*

If hedging transactions concluded with Ambika Investments Limited and AS IBS Renesource Capital are excluded from the calculation of open currency positions, this could result in exceeding the limits of open currency positions during the period under review (07/01/2014–04/01/2015). However, under the terms of Paragraph 4.2 of Instruction No. 124-I the Bank of Russia has the right to apply enforcement measures to credit institutions if they exceed the amounts (limits) of open currency positions in specific foreign currencies and specific precious metals, as well as balancing positions in rubles and the amount of open positions in specific foreign currencies and specific precious metals (including their control values) in a total of 6 or more transaction days within any 30 consecutive transaction days.

After the Bank terminated currency exchange operations with Ambika Investments Limited the bulk of operations in 2015 was carried out with AS IBS Renesource Capital.

---

[16] Provision is calculated taking into account the amount (value) of security offered by a third party provided that: there are no circumstances which may lead a credit institution to abandon its intention to exercise its rights arising out of the loan security provided to it, including subjective circumstances (a conflict of interest between the signatories of the loan agreement and (or) of the loan security agreement, or a relationship (direct or indirect) of the third party with credit institution)

Taking into account the above, there are grounds for requesting the Bank to exclude foreign currency sale and purchase transactions with Ambika Investments Limited and AS IBS Renesource Capital from calculations of open currency positions.

**9.** Having analyzed the outstanding loans to OOO Zolotaya Rybka ("Goldfish"), under Agreement No. 22.12.2014 dated 12/22/2014, the Main Directorate of the Bank of Russia for the Central Federal District found as follows:

As at 01/04/2015, the outstanding loan to OOO Zolotaya Rybka in the amount of 56,280 thousand rubles (or 0.4% of assets) was assigned to quality category 2 (financial position average, quality of debt service good) with provisions of 562.8 thousand rubles or 1%.

The outstanding loan to OOO Zolotaya Rybka under Agreement No. 22.12.2014 dated 12/22/2014 appearing in the Bank's balance sheet resulted from the purchase of the borrower's debt from a third party, OOO Dengi by the credit institution under claim assignment (cession) agreement No. 28 dated 01/28/2015. The debt of OOO "Zolotaya Rybka" to OOO Dengi (62,648.7 thousand rubles) arose under interest-bearing loan agreement No. 22.12.2014 dated 12/22/2014. (resulting from the conclusion of a small loan set-off agreement dated 12/22/2014 between borrower and creditor combining 8 loan agreements and the interest payable under these agreements and converting them into 1 loan of 62,648.7 thousand rubles. The grant of the loans is confirmed by statements of the borrower's account provided by the Bank).

In the opinion of the Main Directorate of the Bank of Russia for the Central Federal District the documents provided by the Bank do not confirm that the Bank has the right to demand repayment of the loan by OOO "Zolotaya Rybka."

According to Paragraph 9.5 of Bank of Russia Regulation No. 254-P dated 03/26/2004 "On the procedure for potential loan loss, outstanding loan and equivalent loss provisioning by credit institutions" (hereinafter "Regulation No. 254-P"), if the Bank of Russia established that the loan is shown in the accounting balance sheet and financial statements unsupported by documents confirming the transaction with the borrower, the Bank of Russia may require the credit institution to classify this loan at not higher than quality category 5 with provisions of 100%.

Taking into account the above, the amount of additional provisions on the borrower's outstanding loan under agreement No. 22.12.2014 dated 12/22/2014, based on the debt as at 04/01/2015, was 55,717.2 thousand rubles as at 06/01/2015.

The total provision shortfall on potential losses and loan losses on the above investments (Paragraphs 4, 6, 7, 9 of this analysis) as at 06/01/2015 could amount to at least 1,283,845 thousand rubles and eliminating it would result in violation of ratio N1.1 "Bank Tier I capital adequacy ratio" and N1.2 "Bank common equity adequacy ratio" (their values are 4.93% and 5.0% with a minimum value of 5% and 6%, respectively), but would not lead to a violation of ratio N1.0, as a fall in the value of capital in comparison with its maximum value in the last 12 months (as at 02/01/2015) may be 28%.

Thus, making additional provisions in the total amount based on information as at 06/01/2015 could provide grounds for the application of bankruptcy prevention measures to the bank in accordance with Paragraphs 3 and 4 Art. 189.10 of Federal Law No. 127-FZ dated 10/26/2002 "On insolvency (bankruptcy)." On the basis of Paragraph 2.5.1 of Bank of Russia Instruction No. 2005-U dated 04/30/2008 "On the assessment of the economic position of banks," where this is the case, the credit institution is assigned to the classification group 5.

Bearing in mind that making additional provisions in the amount of 1,283,845 thousand rubles as at 06/01/2015 could provide grounds for the application of bankruptcy prevention measures to the bank, taking into account its failure to put in place effective measures to transfer securities whose ownership records are maintained by non-resident depositories to resident depositories and the simultaneous increase in its portfolio

of securities of other nonresidents, and its failure to confirm it ownership of securities investments and their lack of encumbrance and further taking into account the loans granted to Falcon Private Bank Ltd, the Main Directorate of the Bank of Russia for the Central Federal District, basing itself on art. 72 and Part 1 art. 74 of Federal Law No. 86-FZ dated 06/27/2002 "On the Central Bank of the Russian Federation (Bank of Russia)" made the following recommendations in its letter No. 40-7-10/96218dsp dated 06/23/2015 to the Department of Banking Supervision of the Bank of Russia , relating to the violation by the Bank of the requirements of Paragraph 1.4, 2.5 of Regulation No. 375-P, Paragraph 2.6, 2.7.3 and 2.7 of Regulation No. 283-P :

I. to introduce a 6-month restriction on:

1) Raising funds from individuals and individual entrepreneurs who are not shareholders of OAO AKB Probusinessbank for placement in the deposit accounts (on call and term deposits) and in current accounts and, transaction accounts of individuals and individual entrepreneurs.

*It was suggested that the volume of these operations should be limited to the balance of funds raised from individual entrepreneurs and individuals in transaction and current accounts existing on the date of imposition of this restriction.*

2) Raising funds from individual entrepreneurs and individuals who are not shareholders of OAO AKB Probusinessbank by selling them its own securities of all types (bonds, promissory notes, checks, saving certificates, certificates of deposit etc.).

*It was suggested that the volume of these operations should be limited to the balance of funds raised from individual entrepreneurs and individual by selling to them its own securities, existing on the date of imposition of the restriction;*

Moreover, taking into account large amount of funds raised from individuals in the Group, their concentration on the balance sheet of OAO AKB Probusinessbank and investment in risky assets, the Main Directorate of the Bank of Russia for the Central Federal District suggests considering the imposition of these restrictions on members of the Life Group.

3) Sale and purchase of OTC securities and securities not included in the Lombard list of the Bank of Russia.

*It was suggested that the volume of these operations should be limited to an amount not exceeding 10 billion rubles (or its equivalent in foreign currency) per month;*

II. To require the Bank to:

1) eliminate violations of Paragraph 1.4, Paragraph 2.5 of Regulation No. 375-P committed by the Bank when developing its Internal Audit Regulations;

2) Based on Paragraph 8.2 of Regulation No. 283-P: eliminate violations of Paragraph 2.6 and Paragraph 2.7.3 and 2.7 of Regulation No. 283-P and make additional provision for its investment in the units of the DOM Fund until it reaches at least 49.4% of the investment amount (the provision shortfall as at 06/01/2015 was at least **87,135.6** thousand rubles), not later than the day following the day of receipt of the instruction;

3) Based on Paragraph 2.2 and Indent 4, Paragraph 1.7.2 of Instruction No. 124-I in conjunction with Indent 2, Paragraph 6.5.2 of Regulation No. 254-P: to exclude from the calculation of the open currency position the sale and purchase of foreign currency transactions with Ambika Investments Limited and AS IBS Renesource Capital;

III. Guided by Paragraph 9.5 of Regulation No. 254-P and Paragraph 8.2 of Regulation No. 283-3, to submit the following requirements to OAO AKB Probusinessbank for implementation not later than on the day following the day of receipt of the instruction:

- taking into account requirements of Paragraph 3.3 and 3.8 of Regulation No. 254-P, to reclassify the outstanding loan of Falcon Private Bank Ltd., to quality category 3 (by assessing its financial position as average and loan servicing quality as average) and to set the estimated provisions at least 21% (based on the borrower's debt the amount of additional provisions on potential loan losses (as at 05/01/2015 was at least **556,201.8** thousand rubles);

- to reclassify the outstanding loan of OOO "Zolotaya Rybka" under agreement No. 22.12.2014 dated 12/22/2014 as quality category 5 debt with estimated provisions of 100% (the shortfall based on borrower's

debt as at 04/01/2015 was **55,717** thousand rubles);

- to reclassify investments in the securities of Atlas Investment Solutions (Luxembourg) S.A. as quality category 3 with estimated provisions of 21% and reclassify the issuer's financial position as "poor" (provision shortfall as at 06/01/2015 amounts to at least **584,790.57** thousand rubles).

**10.** In view of the need to analyze the sources of funds used by the nonresident to acquire units of the Business Estate Fund from the Bank and from OAO Gasenergobank, the Main Directorate of the Bank of Russia for the Central Federal District asked the Department of Banking Supervision of the Bank of Russia for assistance in obtaining a transaction account statement for the ALTOBELLO SECURITIES APS account in JSC NORVIK BANKA.

According to the information provided by the Department of Banking Supervision (dated 11/17/2014, No. 40-2-11/6785dsp) the source of the funds in the non-resident's transaction account was the amount of 607,500 thousand rubles transferred from the special non-resident customer broker account opened with OAO "PROMSVYAZBANK" under brokerage agreement No. 2612/12 with OOO IK VELES Capital. These operations carry increased risks, as in our opinion they are non-transparent.

In view of this, the Main Directorate of the Bank of Russia for the Central Federal District requested the Bank of Russia Systemically Important Credit Institutions Supervision Department (Letter No. 40-7-10/176723dsp dated 12/24/2014) to provide a brokerage account statement for the non-resident customer of OOO IK VELES Capital in OAO PROMSVYAZBANK, disclosing the sources of funds of 607,500 thousand rubles as at 06/23/2014.

Having examined the information provided by the Bank of Russia Systemically Important Credit Institutions Supervision Department (Letter No. 42-4-10/1863dsp dated 01/30/2015) the Directorate found that the source of funds subsequently used by ALTOBELLO SECURITIES APS to acquire units of the Business Estate Fund were mainly funds in the amount of 521,000 thousand rubles, transferred on 06/23/2014, as instructed by the non-resident, from the account of OOO IK VELES Capital in NKO ZAO NRD as redistribution of funds for current payments.

Based on the above, the Main Directorate of the Bank of Russia for the Central Federal District applied to the Department of Banking Supervision of the Bank of Russia for assistance in obtaining a broker's report from OOO "IK VELES Capital," containing a register of transactions conducted by ALTOBELLO SECURITIES APS in 2014 showing the dates of the transactions, the types of financial instruments, the currency and amount of transaction, and the counterparties.

The statement has been received from the Department of Banking Supervision of the Bank of Russia and is under consideration.

**11.** Based on the results of analysis of information from the financial statements of OAO AKB Probusinessbank (ZAO) (reg. No. 2412, hereinafter "the Bank") submitted on Forms 0409117 "Information about large loans," 0409118 "Information about concentration of credit risk," 0409115 "Information about the quality of assets of credit institution (banking group)" as at 12/01/2014 and 01/01/2015, major changes were identified in the components and structure of the Bank's loan portfolio, as well as an increased number of borrowers, in respect to which the Bank's authorized management body made the decision provided for by Paragraph 3.10, 3.12.3, 3.14.3. of Regulation No. 254-P.

Taking into account the above and as part of its banking supervision functions, in order to assess the components and quality of the Bank's loan portfolio in terms of its risk level and adequacy of provisions, the Main Directorate of the Bank of Russia for the Central Federal District requested the Bank to provide up-to-date information and documents relating to the assessment of the outstanding loans of the Bank's borrowers OOO ISKRA, OOO Flaver, OOO Vanilla, OOO Euromag, OOO Avtoreal, XANGBO GLOBAL MARKETS PTE. LTD., Cross Continental Trading ltd., LOUIS DREYFUS COMMODITIES SUISSE SA, Midwestern

Trading Group, OOO Prominvest+, OOO Centre of innovative solutions, OOO Scientific and production complex Nanosystem, OOO BaltAvtoTrade F, OOO IRVIN 2, OOO Life Processing Company, OOO USP Compulink, OOO NOVAFARM, OOO Business Partner, OOO Innovation company Realfinance (request No. 40-7-10/19631dsp dated 02/13/2015).

The information was provided by the Bank in its Letter No. 21-4982 dated 03/17/2015, and based on the results of its analysis we wish to advise as follows:

**11.1** In general, based on the results of analysis of information about Letters of Credit opened by the Bank at the end of 2014 for non-resident companies we note that the credit risk assessment performed by the Bank meets the requirements of Regulation No. 254-P. The terms of the LOC agreements correspond to market terms. However, the Bank's professional opinions on the risk represented by these assets contain no information about the sources of funds used to pay commission and interest on the letters of credit. Consequently, the authorized representative of the Bank of Russia is working to identify these sources and to confirm the payment of interest on the letters of credit by the borrowers at the scheduled times. Moreover, in Letter No. T1-40-7-10/72761dsp dated 05/18/2015 the Bank was requested to provide up-to-date information about the risk assessment of these assets.

In addition, the authorized representative of the Bank of Russia asked the credit institution to justify the Bank's participation in the issue of irrevocable transferable letters of credit to non-residents Midwestern Trading Company, LOUIS DREYFUS COMMODITIES SUISSE SA, XANGBO GLOBAL MARKETS PTE. LTD. and Cross Continental Trading ltd., taking into account the special features of the contracts secured on those LOCs. The information received is under consideration.

**11.2** The purpose of the Bank loan obtained by OOO Vanilla, OOO Flaver, OOO Avtoreal and OOO Euromag was the purchase of securities, namely promissory notes.

However, the purchase of promissory notes does not correspond to their declared business: OOO Vanilla, OOO Flaver and OOO Euromag are wholesale traders in clothing and associated goods and OOO Avtoreal is a wholesale trader of automobile parts.

According to the materials provided by the Bank all these borrowers acquired the promissory notes under sales and purchase agreements concluded with OOO IK Stolitsa. However, the promissory notes of a number of credit institutions acquired by the borrowers in December 2014 were pledged to the issuing banks as at 06/01/2015.

It should be noted that the counterparty of the borrowers, OOO IK Stolitsa, is mentioned in the Bank's audit certificate No. A1K-I25-11-19/1574dsp dated 09/04/2014 as the customer involved in OTC deferred-payment sale and purchase of securities (federal loan bonds). As part of these transactions the Bank bought the securities at the end of each month analyzed during the audit, and the payments for the bonds were transferred to the counterparties' transaction accounts in the Bank (OOO P and P, OOO Reformation, OOO Flaund, OOO IK Stolitsa, OOO Life Collection Agency, OOO Metal Invest, OOO FC Life). Agreements for the sale of securities were concluded with counterparties on the day following the purchase, and the securities sold by the Bank were delivered in accordance with the terms of agreement at the beginning of the following month simultaneously with part payment. The securities were sold on partially deferred payment terms and with settlement within the month.

Thus, there is every reason to suspect that the purchase of these promissory notes by OOO Vanilla, OOO Flaver and OOO Euromag was fictitious.

The promissory notes could possibly have been back-to-back instruments, taking into account that

some of them are shown in the financial statements of OAO URALSIB and OAO Bank VTB as having been pledged against the loans, and some of the promissory notes issued by OOO ALPHA-Bank are shown in financial statements of the above credit institution as discharged, but it should also be taken into account that the same promissory notes were used in the purchase and sale transaction between OOO Vanilla, OOO Flaver, OOO Euromag and their counterparty OOO IK Stolitsa.

The same may be assumed to be true of OOO Avtoreal, because the terms of the loan agreements and the purposes of the loans are the same for all four borrowers.

In view of this, in order to conduct further work to identify the sources and application of the credit granted by the Bank and the use or otherwise of back-to-back recognition of the promissory notes, request were sent via structural divisions of the Bank of Russia:

- to Natsinvestprombank (AO) – to confirm the fact of continuous ownership of the above promissory notes from the date of issue until 01/01/2015 and in case of sale or buyback – copies of the relevant agreements;

- to OAO URALSIB, OAO ALPHA-Bank, OAO Bank VTB and OAO AIKB Tatfondbank – to provide copies of the above promissory notes, to OAO URALSIB and OAO Bank VTB – information about the date from which promissory notes were pledged (if the promissory notes of OAO AIKB Tatfondbank were also pledged as at 01/01/2015, request similar information from this Bank).

**12.** Based on the examination of the information provided by OAO AKB Probusinessbank (Letter No. 20/1-2097dated 02/09/2015) regarding the reasons for the increase of the credit institution's mandatory common equity (capital) adequacy ratio N1 during the period 06/01/2015–08/01/2014 from 10.44% to 13% respectively and the reasons for the change of the above ratio as at 12/01/2014 it was established that:

The earlier monitoring of the changes of the Bank's common equity (capital) adequacy ratio (N1.0) showed that the growth of the N1.0 ratio during the period from 06/01/2014 to 08/01/2014 was mainly caused by the disposal of investments in the subsidiary company, cession of assets, decrease of interest risk and decrease of Group 3 assets due to the decrease of assets in codes 8954[17] and 8960[18]; the growth of the N1.0 ratio during the period from 10/01/2014 to 12/01/2014 was due mainly to the growth of the value of equity due to the profit generated in November 2014 and increase of the residual value of the foreign currency-denominated subordinated loan due to the rise of the US dollar exchange rate, as well as an increase of Group 4 assets.

Analysis of the above facts showed that the credit institution had by and large acknowledged the information. The main factor in the improvement of the ratios was the growth of equity capital together with the increase of risk weighted assets within an unchanged asset structure. At the same time, we continued

---

[17] Requirements concerning loans and the payment of accrued interest relating to credit institutions, with no long-term creditworthiness ratings awarded by international rating agencies, resident in the countries with a country rating of exposure "0" or "12" or rich countries, members of OECD and (or) the Eurozone, and also for credit institutions resident in countries with a country rating of "2" (accounts (or their parts): Nos. 20316, 30114, 30119, 30221, 30233, 30427, 30602, 321A, 323A, 456A, 473A, 47408, 47410, 47423, 47427, 478A, 47901, 50109, 50118, (50121-50120), 50210, 50218, (50221-50220), 50310, 50318, 50618, (50621-50620), 50718, (50721-50720), 51801...51807).

[18] Requirements concerning loans and the payment of accrued interest denominated and (or) funded in foreign currency in the Russian Federation, federal executive agencies, including Ministry of Finances of the Russian Federation, constituent territories of the Russian Federation, municipal units of the Russian Federation, Bank of Russia (accounts (or their parts): Nos. 32902 (with respect to requirements concerning the return on securities denominated in foreign currency transferred under transactions on a repayable basis), 441A, 442A, 460A, 461A, 47431, 47427, 47802, 47803, 47901, 50104, 50105, 50116, 50118, (50121-50120), 50205, 50206, 50214, 50218, (50221-50220), 50205, 50306, 50313,50318, 50618, (50621-50620), 50718, (50721-50720), 51201...51207, 51301...51307).

working with the Bank on reasons of the reduced interest risk as at 08/01/2014 and the reasons for the fall in code 8954 assets.

Taking into account that the reason for the fall of interest risk as at 08/01/2014 was the Bank's conclusion of two opposing forward transactions for the purchase and sale of 153 RF Ministry of Finance Eurobonds (ISIN XS0767472458) with AMBIKA INVESTMENTS LIMITED, maturing on 08/01/2014 and the reason for the decrease of Group 3 was basically the removal of the balance of Dinosaur Merchant Bank Limited account No. 30602 from code 8954 and its transfer to code 8953.[19] This balance mistakenly included by the Bank in the calculation of code 8954 as at 06/01/2014 and the credit institution was asked to provide in addition (request No. 40-7-10/45197dsp dated 03/31/2015):

- explanations concerning the need to show the profit/loss on derivative financial instruments both for the purchase and sale of the underlying asset and in case of actual movement of the assets - documents, confirming the purchase/sale of securities, as provided by the Bank of Russia Regulation No. 385-P dated 07/16/2012 "On the rules of maintenance of accounting records by credit institutions located in the Russian Federation";

- detailed breakdown of assets included by the Bank in the calculation of codes 8954, 8953 during the period from 06/01/2014 to 08/01/2014; correct calculation of the mandatory capital ratios (by including the balance of Dinosaur Merchant Bank Limited account No. 30602 in code 8953) as at 06/01/2014; assessment of the impact of code 8953 on the improvement of the mandatory equity capital ratio N1.0 as at 06/01/2014 and on the reliability of information contained in the Bank's financial statements submitted on Form 0409135 "Information about mandatory ratios and other credit institution performance indicators" as at the specified reporting date.

At the same time, the Main Directorate of the Bank of Russia for the Central Federal District noted that ratio N1.0 had increased on intra month dates in December 2014 (as at 12/17/2014 in comparison with 12/16/2014), and had therefore asked for the relevant explanations of the reasons for the improvement of value of N1.0 as at 12/17/2014 in comparison with 12/16/2014.

Based on our consideration of the Bank's reply we wish to advise as follows:

1. Concerning the opposing transactions concluded by the Bank with AMBIKA INVESTMENTS LIMITED for the delivery of Ministry of Finance Eurobonds maturing on 08/01/2014:

According to information provided by the Bank, the Bank concluded two opposing transactions on 04/30/2014 and 07/17/2014 for the sale and purchase respectively of 153 Ministry of Finance Eurobonds (ISIN XS0767472458) with settlements with counterparty AMBIKA INVESTMENTS LIMITED on 08/01/2014. The transactions were settled by offsetting mutual claims and liabilities. As a result of the offset of mutual claims the bank paid to the company AMBIKA INVESTMENTS LIMITED 1,683 thousand US dollars (or 60,128.7 thousand rubles).

*In this respect we note that in general, taking into account the earlier conclusions concerning the non-transparency of transactions concluded by the Bank with AMBIKA INVESTMENTS LIMITED and relating to the purchase and sale of foreign currency, the signs of manipulation of financial results and also the non-transparent nature of transactions whose risks are hedged in this way, taking into account the discussion of this issue during meetings with representatives of the Bank which took place in the Department of Banking Supervision of the Bank of Russia on 05/21/2015 and 05/28/2015, the Large Credit Institutions Supervision*

---

[19] Requirements concerning loans and the payment of accrued interest relating to credit institutions with long-term creditworthiness ratings awarded by international rating agencies resident in countries having country ratings of "0" or "1" or rich countries, members of OECD and (or) the Eurozone (accounts (or their parts): Nos. 20316, 30114, 30119, 30221, 30233, 30427, 30602, 321A, 323A, 456A, 473A, 47408, 47410, 47423, 47427, 478A, 47901, 50109, 50118, (50121-50120), 50210, 50218, (50221-50220), 50310, 50318, 50618, (50621-50620), 50718, (50721-50720), 51801...51807).

*Directorate is currently working on determining the validity/correspondence to market conditions of the Bank's transactions with the above non-resident counterparty and determining whether the transactions were concluded in order to minimize the currency risk, used to regulate open currency positions.*

2. Concerning the Bank's mistaken inclusion of the balance of Dinosaur Merchant Bank Limited Account No. 30602 as at 06/01/2014 in code 8954, used for the calculation of ratios N1.0, N1.1: N1.2.

According to information provided by the Bank, after the transfer of the balance of Dinosaur Merchant Bank Limited account No. 30602 in the amount of 5,388,846 thousand rubles from code 8954 to code 8953, the capital adequacy ratios as at 06/01/2014 would have been as follows: N1.0 – 10.67% (the previous value was 10,4%); N1.1 – 6.48% (6.3%); N1.2 – 6.68% (6,5%);

Thus, the correction will result in improved of capital adequacy ratios as at 06/01/2014.

*Taking into account the fact that based on the Bank's correction of the composition of codes 8953 and 8954, as at 06/01/2014 the ratios N1.0, N1.1, N1.2 on the above reporting date would differ from those provided in financial statements submitted on Form 0409135, the information provided by the Bank on the above financial statements as at 06/01/2014 is distorted.*

In view of the above, work relating to the Bank's customer referred to above continues, and a request for additional information No. T1-40-7-10/84223dsp dated 06/03/2015 has been sent to the Bank.

Concerning the improvement of the intra month value of the N1.0 ratio as at 12/17/2014 as compared with its value on 12/16/2014, we acknowledge the information.

At the same time we wish to advise that during the period from 01/01/2015 to 05/01/2015 we observed a steady downward trend in the values of the mandatory capital adequacy ratios, and therefore this information will be brought to the attention of the Bank. At the same time we intend to ask the Bank for its proposed measures to increase the amount of own funds (equity capital).

**13.** Following examination of OAO AKB Probusinessbank Audit Certificate No. AK3-I25-11-19/1211dsp dated 07/09/2014) of in terms of "The conduct of audits in accordance with the requirements of articles 27 and 32 of Federal Law No. 177-FZ dated 12/23/2003 "On the insurance of deposits placed by individuals in the banks of the Russian Federation" as well as the Bank's undated and unnumbered objections to Audit Certificate No. AK3-I25-11- 19/1211dsp dated 07/09/2014, the following violations were identified:

1. violation of requirements of Paragraph 1.8, Part I and Paragraph 2.4, Part III of the Annex to Bank of Russia Regulation No. 385-P dated 07/16/2012 "On the rules of maintenance of accounting records by credit institutions located in the Russian Federation":

- in the list of balances on personal accounts provided by the Bank the total amounts of sub-ledger balance accounts Nos. 40817, 40820, 42301 did not correspond to the information on the Bank's balance sheet, i.e. there was difference in synthetic and analytic accounting;

2. violation of the requirements of Annex 1 to Bank of Russia Instruction No. 1417-U dated 04/01/2004 "On the form of the register of the Bank's liabilities towards its depositors" (hereinafter "Direction No. 1417-U"),

and also individual defects.

In view of the above, work with the Bank to bring the Register of liabilities to depositors in compliance with requirements of Instruction No. 1417-U continues.

Following the work with OAO AKB Probusinessbank to eliminate the defects identified by the State

Corporation Deposit Insurance Agency in the course of analysis of the Register of the Bank's liabilities towards its depositors (hereinafter "the Register") for QIV 2014, we wish to advise as follows:

The analysis conducted by the Agency identified a discrepancy between the information about the number of individuals' accounts in the Register and information in the "For reference only" section of the financial statement submitted on Form 0409345 "Information about daily insurable balance of individuals' funds on deposit" as at 01/01/2015. The difference was 11,882 accounts. Moreover, the Bank included in the liabilities contained in the Register balance account No. 60307, "Settlements with employees on out-of-pocket expenses," which does not fall into the category of insurable funds.

In its letter No. 13-6120 dated 03/25/2015 the Bank advised that the discrepancy between the information about the number of individual accounts in the Register (305,613 accounts) and information in the "For reference only" section of financial statements on Form 0409345 as at 01/01/2015 (293,731 accounts) occurred for the following reasons:

- in column 2 of the "For reference only" section of financial statements on Form 0409345, the information about the total number of accounts, whose balances were included in the calculation of the form was wrong. It should have been 305,601;

- the balances of 4 personal accounts opened for non-resident individual entrepreneurs- as balance account No. 40807 "Non-resident legal entities" were mistakenly included in the register;

- the balances of 8 personal accounts opened as balance account No. 60307 were mistakenly included in the register.

We note a decrease in the number of mistakes in virtually all codes (except for a small increase in codes 106 and 108).

The total number of mistakes identified by the Bank's tests of the Register on 03/23/2015 was 86,499, which is 4,690 mistakes less than identified in a previous test conducted on 02/03/2015 (when the total number of mistakes was 91,189). Of the above number of mistakes:

- In the case of 13,474 mistakes the Bank is working to reduce their number them through service offices and information and communication channels (codes 101, 102, 103, 104, 105, 106, 121);

- In the case of 73,025 mistakes we deem it possible to accept the Bank's explanations.[20]

Nevertheless, taking into account that a considerable number of mistakes are currently identified by Register tests, the Register does not fully comply with requirements of Instruction No. 1417-U. Consequently, Letter No. 40-7-10/54099dsp dated 04/14/2015 was sent to OAO AKB Probusinessbank asking for the work to be continued. In its Letter No. 13-10761 dated 06/08/2015 the Bank provided the results of current tests of the Register, which are under consideration.

**14.** In view of the discovery in the operation s of OAO AKB Probusinessbank in Q1 2014[21] and QII 2014[22] of indications of the Bank's high involvement in doubtful operations and also taking into account the results of the audit performed at the Bank,[23] including assessment of its compliance with the requirements of the legislation of the Russian Federation and Bank of Russia regulations relating to combatting the legitimation (laundering) of the proceeds of crime and financing of terrorism (hereinafter "AML/CFT"), the Bank has been regularly informing the Main Directorate of the Bank of Russia for the Central Federal District about the practical implementation of the package of measures developed by it and designed to prevent its involvement

---

[20] Taking into account information provided by the Bank earlier in its Letter No. 13-2686 dated 02/16/2015, results of consideration of which were brought to the attention of the Bank of Russia Credit Institutions Licensing and Financial Rehabilitation Department in Letter No. 40-7-10/28585dsp dated 03/02/2015.

[21] The Department's Letter No. 12-2-1/1077dsp dated 05/23/2014.

[22] The Department's Letter No. 12-2-2/2019dsp dated 08/22/2014.

[23] Certificate No. A1K-I25-11-19/1574dsp dated 09/04/2014, relating to the "Assessment of compliance with the requirements of the laws of the Russian Federation and Bank of Russia regulations in the area of combatting the legitimation (laundering) of the proceeds of crime and financing of terrorism" – No. A3K-I25-11-19/1550dsp dated 09/02/2014.

of the Bank in doubtful operations.[24]

In its letter No. 24-2505 dated 02/12/2015 the Bank informed the Department of Financial Monitoring and Currency Control of the Bank of Russia[25] and the Main Directorate of the Bank of Russia for the Central Federal District about refocusing its existing AML/CFT system towards a proactive risk-oriented approach and improvement of the application of the "Know your client" principle. According to this letter the Bank is currently taking systematic steps to improve the quality of its customer base and simultaneously measures to improve the quality of new customer flow, which has resulted in the number of closed accounts exceeding the number of new ones. Thus, for example, according to the letter of the Bank dated 03/06/2015 No. 24-4173 during the period from 02/02/2015 to 02/27/2015 the accounts of 113 customers were closed.

In this context, in response to request No. 40-7-10/13488 dated 02/02/2015 the Bank informed the Main Directorate of the Bank of Russia for the Central Federal District[26] about its plan to grow the customer base and the period of its implementation, which calls for increasing the number of new accounts for legal entities in 2015 to 13,932.[27] During the period from 10/01/2014 to 02/19/2015 it opened 3,217 accounts for legal entities. The main business areas of the customers accepted during this time included – service provision, wholesale and retail trading, etc. In addition, the Bank advised the introduction of a number of changes in its operational activities, related to more detailed identification of customers at the time of opening transaction accounts, in accordance with the requirements of AML/CFT.

According to information provided by OAO AKB Probusinessbank the Bank will continue to implement measures focusing on reducing its involvement in its customers' doubtful operations[28] and will inform regularly about the results of these measures.

At a meeting with representatives of the Bank held on 03/05/2015 at the Department of Banking Supervision of the Bank of Russia, the minutes of which were sent to the Main Directorate of the Bank of Russia for the Central Federal District with Letter No. 40-2-11/2914dsp dated 03/27/2015, the Bank of Russia Department of Financial Monitoring and Currency Control noted the effective prevention by the Bank of the conduct of doubtful operations by its customers and the absence of grounds for further work with the Bank on the terms of Letter No. 172-T.

Nevertheless, the Main Directorate of the Bank of Russia for the Central Federal District continues to receive information from various sources about customers of the Bank, whose activities display the hallmarks of doubtful operations (transit payments) and about customers not conducting any actual business.[29] In addition, while monitoring transactions conducted by the Bank's customers on its correspondent account in the Bank of Russia, the Main Directorate of the Bank of Russia for the Central Federal District identified customers whose activities, based on formalized criteria, displayed some suspect features (minimum tax

---

[24] Information on the measures taken by the Bank in respect to AML/CFT was brought to the attention of the Bank of Russia Credit Institutions Licensing and Financial Rehabilitation Department Financial Monitoring and Currency Control Department, Department of Banking Supervision in the Main Directorate of the Bank of Russia for the Central Federal District Letter No. 40-7-10/13512dsp dated 02/02/2015.

[25] Brought to the attention of the Main Directorate of the Bank of Russia for the Central Federal District by Letter No. 12-5-1/336dsp dated 02/25/2015.

[26] Bank Letter No. 20/1-4054 dated 03/05/2015.

[27] According to the information contained in the financial statements submitted by the Bank on Form 0409251 "Information on customer accounts and payments conducted via the credit institution (its branch)" as at 01/01/2015, The Bank had opened 48,404 ruble-denominated accounts and 9,514 foreign-currency denominated accounts for legal entities (non-credit institutions).

[28] According to the information provided by the Bank of Russia Department of Financial Monitoring and Currency Control, No. VN-12-5-1/2980 dated 11/20/2014 OAO AKB Probusinessbank was not involved in any doubtful operations of its customers in QIII 2014.

[29] Letter No. 12-2-2/2993dsp dated 12/15/2014 from the Bank of Russia Department of Financial Monitoring and Currency Control, Request No. O-29368 dated 12/05/2014, Federal Tax Agency Inspectorate Letter No. 1-32187dsp dated 12/01/2014, etc.

payments, payments flowing in one direction only).[30] In respect of those customers, which continue to use transaction accounts opened with OAO AKB Probusinessbank, the Directorate will continue its work with the Bank.

We note separately that according to Letter No. 12-2-2/398dsp dated 03/02/2015 received from the Bank of Russia Department of Financial Monitoring and Currency Control, the operations of 343 of the Bank's customers, performed in QIV 2014 are considered by the Bank of Russia to display the features of transit operations. The gross value of these customers' transit operations amounted to 27,082 mln rubles. The Main Directorate of the Bank of Russia for the Central Federal District is currently analyzing the activities of the customers listed in the above letter based on materials provided by the Bank.

It should be noted that of the above list of 343 customers, the accounts of 226 have been closed, including the accounts of 86 customers closed in QI 2015, i.e. after the publication of Bank of Russia Letter No. 236-T dated 12/31/2014 "On raising credit institutions' awareness of certain of their customers' operations." In general, the Bank is taking steps to close the accounts of customers involved in suspect activities. However, it carries out the work mainly after the Bank of Russia has informed it of the discovery of such customers. This indicates that the Bank does not undertake proper identification of its customers at the time of their application for service provision.

At the present time, the Bank's analysis of the operations of all 343 customers has been completed. As a result, 249 accounts were closed, in the case of 67 customers, the Bank decided to exercise its right to refuse to provide a service , the operations of 27 customers were found not to be suspect, and it was decided to continue providing them with a service. The Main Directorate of the Bank of Russia for the Central Federal District is currently analyzing the above 27 customers of the Bank.

In addition it should be noted that, based on Bank of Russia Department of Financial Monitoring and Currency Control Letter No. VH-12-2-2-/1025DSP dated 04/21/2015, the value of suspect transit operations carried out by the Bank's customers in QI 2015 was 11 bn rubles.

This being the case, the Main Directorate of the Bank of Russia for the Central Federal District is working to identify the customers which had performed operations meeting the criteria specified in Bank of Russia Letter No. 236-T dated 12/31/2014 "On raising credit institutions' awareness of certain of their customers' operations" in QI 2015." The work will result in the development of additional supervisory measures to be applied to the Bank.


To summarize the above we wish to note that the analysis of the financial statements of OAO AKB Probusinessbank as at 06/01/2015 does not indicate the existence of significant negative trends in its operations. At the same time, analysis of its investments in some instruments suggests that they have been significantly undervalued. If adequate provision were to be made for them (as at 06/01/2015) this would give the Bank grounds for the application of insolvency (bankruptcy) measures. What is more, if the bank is required to make additional provision of 100% for assets of doubtful collectability/repayment, it could provide grounds for the revocation of its banking license.

As at 06/01/2015, OAO AKB Probusinessbank complies with requirements for participation in the deposit insurance system.

However, credit institutions are exposed to high levels of the following types of risks: credit, operational, legal and market risks as well as reputational risk.

---

[30] Information from the Bank, No. 24-4162 dated 03/06/2015, No. 24-2112 dated 02/09/2015, No. 24-2010 dated 02/06/2015, No. 24-2836 dated 02/17/2015, No. 24-1226 dated 01/27/2015, No. 24-3609 dated 02/27/2015, as well as from the Rostov-on-Don Branch, No. 9-2- 1/5994dsp dated 03/17/2015.

If the Bank of Russia does require it to make additional provisions for the non-transparent assets, the bank will violate the prudential standards set by the Bank of Russia for credit institutions, which may serve as a reason for the revocation of its license.

Для служебного пользования
Экз. № 1

**Информация о финансовом состоянии
ОАО АКБ «Пробизнесбанк» (рег. №2412)
на 01.06.2015**

**1. Основная регистрационная информация о кредитной организации**

| | |
|---|---|
| Полное официальное наименование КО | АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) |
| Сокращенное наименование КО по Уставу | ОАО АКБ «Пробизнесбанк» |
| Регистрационный номер и дата регистрации ЦБ РФ | № 2412, дата регистрации Центральным банком Российской Федерации: 07.07.1993 |
| Уставный капитал и дата его регистрации | 3 438 329 тыс. рублей, дата регистрации 15.07.2009 |
| Фактическое местонахождение | 119285, г. Москва, ул. Петровка, д.18/2, стр.1 |
| Виды лицензий и даты их выдачи | Генеральная лицензия (13.08.2012), Лицензия на осуществление операций с драгоценными металлами (28.04.2003) |
| Председатель Правления (Президент) | Дыльнов Дмитрий Геннадьевич (с 24.04.2015), до назначения - Железняк Александр Дмитриевич с 17.01.1994 |
| Председатель Совета | Леонтьев Сергей Леонидович с 12.12.2007 (дата переизбрания – 12.11.2013) |
| Главный бухгалтер | Альховая Любовь Эммануиловна с 16.11.1995 |
| Кол-во обособленных подразделений, в т. ч. за рубежом | Банк не имеет филиалов. Банком открыто Представительство АКЦИОНЕРНОГО КОММЕРЧЕСКОГО БАНКА «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) в городе Саратове (сокращенное наименование – Саратовское представительство ОАО АКБ «Пробизнесбанк»), местонахождение: Россия, 410041, г. Саратов, ул. Ломоносова, д. 1.В 2013. Дополнительных офисов – 14, Операционных касс вне кассового узла – 1, Кредитно-кассовых офисов – 116, Операционных офисов – 101. |

По данным отчетности Банка по форме 0409801 «Отчет о составе участников банковской группы» по состоянию на 01.04.2015 в состав Группы «Лайф» входят (тыс.руб.):

| Полное наименование участника банковской группы | Удельный вес акций (долей), принадлежащих головной КО или участникам, (процентов | Балансовая сть акций (долей), принадлежащих головной КО или участникам группы |
|---|---|---|
| АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) | | |
| Открытое акционерное общество «ВУЗ-банк» | 100,00 | 287 234,81 |
| Акционерное общество коммерческий межотраслевой банк стабилизации и развития «ЭКСПРЕСС-ВОЛГА» | 99,80 | 881 901,86 |
| ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ БАНК СБЕРЕЖЕНИЙ | 100,00 | 121 358,26 |
| Калужский газовый и энергетический акционерный банк «Газэнергобанк» (открытое акционерное общество) | 99,90 | 150 008,37 |
| Открытое акционерное общество коммерческий банк «Пойдем !» | 100,00 | 771 863,46 |

| | | |
|---|---|---|
| Общество с ограниченной ответственностью «Факторинговая компания «Лайф» | 100,00[1] | 220 002,00 |
| Общество с ограниченной ответственностью «Пробизнес-Девелопмент» | 100,00 | 230 813,00 |
| PYJOM HOLDINGS LIMITED (ПОЙДЕМ ХОЛДИНГС ЛИМИТЕД) | 100,00 | 44,97 |
| Открытое акционерное общество коммерческий банк «Солидарность»[2] | 0,00 | 0,00 |
| Закрытый паевой инвестиционный фонд недвижимости «Строительная инициатива» | 80,04[3] | 136 815,00 |
| Закрытый паевой инвестиционный фонд «Дом» | 100,00 | 176 395,00 |
| Закрытый паевой инвестиционный фонд «Бизнес-Юг» | 100,00 | 530 000,00 |
| Закрытый паевой инвестиционный фонд недвижимости «Жилая недвижимость 01,10» | 100,00 | 218 000,00 |
| Закрытый паевой инвестиционный фонд недвижимости «Бизнес-недвижимость 01,10» | 100,00 | 452 764,00 |
| Общество с ограниченной ответственностью «Процессинговая компания «Лайф» | 58,89 | 1 060 000,00 |

При этом в указанной форме отчетности Банком не отражен участник Группы «Лайф» ОАО «Банк24.ру», у которого на основании Приказа Банка России от 16.09.2014 № ОД-2521 отозвана лицензия на осуществление банковских операций. Ранее, в соответствии с запросом ОАО АКБ «Пробизнесбанк» (от 30.12.2014 № 20/1-26548) в Банк направлены разъяснения от 25.02.2015 № 40-7-10/25486 о необходимости отражения в консолидированной отчетности по ф. 0409801 ОАО «Банк24.ру» до момента завершения ликвидационных процедур в отношении данной кредитной организации.

Характеристика участников группы:
1. ОАО «ВУЗ-Банк» (г. Екатеринбург) – обслуживание частных клиентов, содействие малому бизнесу, обслуживание предприятий среднего и крупного бизнеса.
2. ЗАО «ЭКСПРЕСС-ВОЛГА» (г. Саратов) – предоставление финансовых продуктов и услуг для юридических и физических лиц.
3. ЗАО НАЦИОНАЛЬНЫЙ БАНК СБЕРЕЖЕНИЙ (Ивановская область) – кредитование работников бюджетной сферы, пенсионеров, банковские карты. При этом, по сообщению Отделения Иваново, в декабре 2014 года указанная кредитная организация начала проводить сделки по передаче прав требования по кредитам физических лиц на общую сумму не более 1,6 млрд. руб. другому банку Группы «Лайф» – ОАО КБ «Солидарность». Кроме того, ЗАО НАЦИОНАЛЬНЫЙ БАНК СБЕРЕЖЕНИЙ провел закрытие всех своих внутренних структурных подразделений, обслуживавших реализованные кредитные портфели. По данным портала www.banki.ru «В январе 2015 года акционеры Финансовой группы «Лайф» приняли стратегическое решение об объединении бизнеса самарского банка «Солидарность» и ивановского НАЦИОНАЛЬНОГО БАНКА СБЕРЕЖЕНИЙ на базе «Солидарности»«. В письме от 16.04.2015 № 37-7544 Банка проинформировал, что в настоящее время проводится актуализация действующей Стратегии развития Группы, в том числе Стратегии развития Банка и ЗАО НАЦИОНАЛЬНЫЙ БАНК СБЕРЕЖЕНИЙ. При этом изменений основных подходов и направлений Стратегии развития Группы не планируется.
4. «Газэнергобанк» (ОАО) (г. Калуга) – предоставление универсального спектра услуг юридическим и физическим лицам.
5. ОАО КБ «Пойдем!» (г. Москва) – розничное кредитование.
6. ОАО «Банк24.ру» (г. Москва, ранее г. Екатеринбург) – он-лайн банковский сервис для малого и среднего бизнеса.
7. ОАО КБ «Солидарность» – акционеры финансовой группы «Лайф» выступают инвесторами при санации самарского банка «Солидарность». Банк России утвердил План участия государственной корпорации «Агентство по страхованию вкладов» в предупреждении банкротства ОАО коммерческий банк «Солидарность» – одного из крупнейших банков

---

[1] Совокупность долей, принадлежащих ОАО «Вуз-банк» (220 002 тыс. руб. или 22%), ЗАО КБ «Экспресс-Волга» (500 005 тыс. руб. или 50%), ОАО КБ «Пойдем» (279 993 тыс. руб. или 28%).
[2] Признаки, характеризующие наличие контроля: владение прямо или косвенно (через дочерние предприятия) 20 и более процентов прав голоса в отношении объекта инвестиций; участие в процессе выработки политики, в том числе участие в принятии решений о выплате дивидендов или ином распределении прибыли; наличие существенных операций между предприятием и участником банковской группы; обмен руководящим персоналом.
[3] Совокупность долей, принадлежащих ОАО АКБ «Пробизнесбанк» (136 815 тыс. руб. или 20,13%), ОАО «ВУЗ-банк» (123 741 тыс. руб. или 19,97%), ЗАО КБ «Экспресс-Волга» (123 741 тыс. руб. или 19,97%), ОАО «Газэнергобанк» (123 741 тыс. руб. или 19,97%).

2

Самарской области. Инвестором выступает ООО «Аливикт» – крупнейший акционер ОАО АКБ «Пробизнесбанк». Начиная с 22.04.2014, Банк отражает ОАО КБ «Солидарность» в отчетности по форме 0409801 «Отчет о составе участников банковской группы», со статусом участника банковской группы – структурированное предприятие.

8. ООО «Факторинговая компания «Лайф» – вид деятельности по ОКВЭД 65,2 Перестрахование; финансирование компаний малого и среднего бизнеса. В ноябре 2014 года Банк заключил сделки с дочерними кредитными организациями ЗАО «ЭКСПРЕСС-ВОЛГА», ОАО КБ «Пойдём!», ООО «ВУЗ-банк» по продаже доли участия в ООО «Факторинговая компания «Лайф».

9. PYJOM HOLDINGS LIMITED (ПОЙДЕЬ ХОЛДИНГС ЛИМИТЕД) – было создано в рамках проекта для выведения в параллельную холдинговую структуру дочернего банка ОАО КБ «Пойдем!», учитывая, что его деятельность (розничное кредитование) отличается от бизнес модели остальных банков и требует в ближайшее время существенных инвестиций. В результате проведенных действий по отделению владение ОАО «Пойдем!» будет осуществляться акционерами ОАО АКБ «Пробизнесбанк» через данного нерезидента. По данным Банка, такая структура собственности в результате данной реструктуризации будет более простой и прозрачной. Из Группы будет выведен актив, бизнес которого не является в настоящий момент частью основного бизнеса группы. Реструктуризация позволит повысить возврат на капитал ОАО АКБ «Пробизнесбанк» за счет того, что инвестиции, необходимые для развития новых моделей данных банков, не будут оказывать влияние на показатели деятельности самого ОАО АКБ «Пробизнесбанк». По данной схеме уже был выведен ОАО «Банк24.ру». В Банк будет направлен запрос о дальнейших планах по формированию отдельной холдинговой структуры ОАО КБ «Пойдём!».

10. ООО «Пробизнес-Девелопмент» – осуществление широкого спектра работ, связанных со строительством и реализацией жилья в Москве и Московской области. На сайте организации в сети Интернет, среди построенных объектов: Клубный комплекс ФИРСАНОВКА ЛАЙФ, Клубный комплекс КОРОЛЕВСКИЕ СОСНЫ, ЖК СОСНЫ НИКОЛИНА ГОРА, Клубный комплекс ГРИНВИЛЛЬ ПАРК, Жилой дом ГОЛИЦИНО, Коттеджный поселок ИЗУМРУД. ООО «Изумруд» является специально созданным юридическим лицом для реализации проекта по строительству первого в Ивановской области закрытого инфраструктурного коттеджного поселка «бизнес-класса» «Изумруд». Сайт компании в интернете www.izumrud37.ru. Согласно информации размещенной на сайте ООО «Изумруд», общество, относится к Финансовой группе Лайф.

11. ООО «Процессинговая компания «Лайф» – основной вид деятельности по ОКВЭД 72.20 Научные исследования и разработки в области общественных и гуманитарных наук.

12. ЗПИФН «Строительная инициатива» – активы данного ЗПИФН, исходя из имеющихся сведений, могут быть сформированы недвижимым имуществом, полученным в качестве отступного по ссудам 5 категории качества, учитываемым ранее на балансе кредитной организации, входящей в банковскую Группу, возглавляемую ОАО АКБ «Пробизнесбанк», Банк24.ру (ОАО) (отозвана лицензия на осуществление банковских операций).

13. ЗПИФ «Дом» – на основании договора купли-продажи № 300115-01 от 30.01.2015 ОАО АКБ «Пробизнесбанк» выкупил у ОАО «ВУЗ-банк» 92,68% паев. Таким образом, доля владения Банком указанным ЗПИФ составила 100%;

14. Вложения в три ЗПИФН («Жилая недвижимость», «Бизнес-недвижимость 01.10», «Бизнес-Юг») в сумме 1 200,8 млн руб. в 100% объеме принадлежат санируемой кредитной организации ОАО КБ «Солидарность». В состав активов ЗПИФН входит множество объектов недвижимости, расположенных как на территории Самарской области, так и за ее пределами. Согласно консервативной (крайне «жесткой») оценке активов Банка, осуществленной в ходе обследования Банка представителями ГК АСВ, реальная стоимость данных паев была определена в размере 803 млн руб. По состоянию на 01.01.2015 Банк должен был сформировать резервы под вложения в данные ЗПИФН в размере не менее 35% от балансовой стоимости недвижимого имущества, составляющего преобладающую часть их активов (в соответствии с п. 2.7.3 Положения Банка России № 283-П), или около 335 млн руб., что

3

привело бы к существенному увеличению текущего убытка Банка, снижению норматива достаточности его собственных средств (капитала) до уровня 11,3% (min 10,0%) и нарушению норматива Н6 – 26,8% (max 25%). Следует отметить, что в направленных ОАО КБ «Солидарность» в ГК АСВ предложениях по изменению ПФО предусматривается поэтапное (в течение 3-х лет) формирование резервов под вложения в ЗПИФН в размере 771 млн руб.

Группа «Лайф» является крупным банковским холдингом, объединяющим ОАО АКБ «Пробизнесбанк» и его дочерние банки и компании. Начиная с 18.11.2014, в соответствии с рекомендациями ГУ Банка России по Центральному федеральному округу, в состав Группы включены также Закрытые паевые инвестиционные фонды.

ОАО АКБ «Пробизнесбанк» является материнской компанией Группы. Международное рейтинговое агентство Moody's 27.05.2015 года присвоило Банку рейтинг на уровне В3 по международной шкале – высокий кредитный риск, прогноз – негативный.

Агентство «Рус-Рейтинг» 30.01.2015 изменило прогноз по кредитным рейтингам Банка со «стабильного» на «возможное понижение». Кредитные рейтинги Банка подтверждены на уровне «ВВВ-» по международной шкале, «АА-» - по национальной шкале. По мнению агентства, изменение прогноза рейтингов со «стабильный» на «возможное понижение» обусловлено ростом чувствительности Банка к ухудшению макроэкономических условий на фоне усиления зависимости его деятельности от спекулятивных источников доходов и сокращения кредитного портфеля.

30.04.2015 Агентство «Рус-Рейтинг» понизило кредитные рейтинги ОАО АКБ «Пробизнесбанк» по международной шкале с «ВВВ-» до «ВВ+», по национальной шкале – с «АА-» до «А+», прогноз «возможное понижение». По мнению агентства, понижение рейтингов как и в предыдущий раз обусловлено ростом чувствительности Банка к ухудшению макроэкономических условий на фоне усиления зависимости его деятельности от спекулятивных источников доходов и сокращения кредитного портфеля. Сохранение прогнозов по рейтингам «возможное понижение» обусловлено низкой вероятностью возобновления кредитной активности Банка в текущих макроэкономических условиях и наращивания доходов.

Дополнительно отмечаем, что с Банком продолжается работа в отношении выявления признака участия Банка в банковском холдинге, подконтрольном ООО «АЛИКВИТ»4. В частности, по данным Банка, в кредитная организация является участником банковского холдинга, вместе с тем отчетность по банковскому холдингу не составляется, учитывая, что доля активов и доходов компании АЛИВИКТ ХОЛДИНГС ЛИМИТЕД и ООО «АЛИВИКТ» не значительна в общем объеме и не существенно влияет на данные консолидированной финансовой отчетности банковской Группы5. По информации кредитной организации, ОАО АКБ «Пробизнесбанк», являясь головной кредитной организацией банковской Группы, управляет деятельностью ООО «АЛИВИКТ» и АЛИВИКТ ХОЛДИНГС ЛИМИТЕД. В состав консолидированной отчетности Группы по состоянию на 30.06.2014 включены все активы на уровне АЛИВИКТ ХОЛДИНГС ЛИМИТЕД, так как управление данными активами ведется руководством ОАО АКБ «Пробизнесбанк».

По информации Банка России, в случае подтверждения позиции Банка, состоящей в том, что все активы холдинга консолидированы на уровне банковской Группы, Банк может быть признан головной кредитной организацией банковской группы. При этом взаимоотношения Банка, ООО «АЛИВИКТ» и АЛИВИКТ ХОЛДИНГС ЛИМИТЕД должны быть надлежащим образом отражены в консолидированной финансовой отчетности банковской группы, составленной в соответствии с МСФО, и в прудециальной консолидированной отчетности, составленной по российским правилам. Вместе с тем, на текущий момент указанные юридические лица в отчетности по форме 0409801 «Отчет о составе участников банковской

---

[4] ООО «АЛИВИКТ» с 2006 года было владельцем более 50% акций ОАО АКБ «Пробизнесбанк». До вступления в силу действующей в настоящее время редакции ст. 4 Закона № 395-1 ООО «АЛИВИКТ» вложил акции ОАО АКБ «Пробизнесбанку» в уставный капитал АЛИВИКТ ХОЛДИНГС ЛИМИТЕД

[5] ОАО АКБ «Пробизнесбанк» является головной кредитной организацией банковской Группы «Лайф».

группы» не отражены. Работа с Банком продолжается.

По результатам анализа представленных в письме от 21.04.2014 №54-9123 сведений о вложениях в паи ЗПИФ «ДОМ» выявлен ряд факторов, свидетельствующих о некорректном определении справедливой стоимости оцениваемых объектов. В данной связи письмом от 28.08.2014 №40-7-10/111767ДСП Банку было предложено представить информацию о результатах рассмотрения отмеченных недостатков в отчетах. По результатам рассмотрения письма Банка от 12.09.2014 № 54-19214 относительно оценки справедливой стоимости недвижимого имущества, входящего в состав активов ЗПИФов «ДОМ» и «Перспективная недвижимость», осуществленной оценщиком ООО «САБ Бюро», установило, что комментарии Банка носят пояснительный характер и не могут оказать влияние на мнение ГУ Банка России по Центральному федеральному округу в части некорректной оценки справедливой стоимости объектов оценки, о чем Банк был информирован письмом от 05.12.2014 №40-7-10/164417ДСП.

Соответствующая информация (письмом от 05.12.2014 №40-7-10/164516ДСП) доведена до сведения Уральского ГУ Банка России, осуществляющего функции банковского надзора в отношении ОАО «ВУЗ-банк» (рег. № 1557) – балансодержателя актива ЗПИФ «ДОМ»6.

При этом, на основании данных анализа отчетности Банка по формам 0409711 «Отчет по ценным бумагам» и 0409116 «Сведения о ценных бумагах, приобретенных кредитной организацией» по состоянию на 01.02.2015 и 01.03.2015 установлено, что на балансе Банка учтены вложения в паи ЗПИФ недвижимости «ДОМ» под управлением ООО УК «ГЕРА» в количестве 19 408 шт. (100% выпущенных паев). Паи учтены по цене приобретения в общей сумме 176 395,08 тыс. руб. и отнесены Банком в I категорию качества. По состоянию на 01.01.2015 вложения в указанные паи учитывались на балансе кредитной организации – участника банковской Группы «Лайф», ОАО ВУЗ-банк» (рег. № 1557), в сумме 193 973 тыс. руб. Учитывая вышеизложенное, ГУ Банка России по Центральному федеральному в письме от 25.03.2015 № 40-7-10/41851ДСП запросило у Банка обоснование классификации вложений в паи ЗПИФ недвижимости «ДОМ» с приложением актуального профессионального суждения об оценке риска по данному активу и иную информацию, касающуюся сделки приобретения. По результатам рассмотрения представленных сведений установлена недооценка данных вложений на сумму 87 млн руб. (более подробная информация далее по тексту).

## 2. Основные показатели деятельности Банка.

млн руб.

| Показатель (млн руб.) | На 01.01.2015 | Предыдущий месяц (01.05.2015) | Текущий месяц (01.06.2015) | Тенденция изменения за месяц | Тенденция изменения с начала года |
|---|---|---|---|---|---|
| ВБ-нетто | 134 430,4 | 135 578,5 | 138 520,9 | ↑ | ↑ |
| Капитал | 11 782,57 | 11 162,7 | 11 088,4 | ↓ | ↓ |
| Привлеченные средства, в т.ч. | 115 271,5 | 117 226,3 | 119 869,3 | ↑ | ↑ |
| Обязательства перед физическими лицами, из них: | 27 167,6 | 28 123,1 | 27 964,2 | ↓ | ↑ |
| вклады населения | 26 549,0 | 27 630,3 | 27 503,1 | ↓ | ↑ |
| Обязательства перед юридическими лицами, из них | 26 233,4 | 22 636,7 | 23 270,5 | ↑ | ↓ |
| депозиты юр. лиц | 16 377,5 | 12 178,4 | 12 183,6 | ↑ | ↓ |
| Счета банков | 28 601,5 | 35 569,5 | 35 671,5 | ↑ | ↑ |
| МБК | 28 245,4 | 25 718,6 | 26 922,6 | ↓ | ↑ |
| Выпущенные ценные бумаги | 1 760,9 | 1 277,5 | 1 284,6 | ↓ | ↓ |
| Ссудная и приравненная к ней задолженность | 40 024,7 | 40 129,8 | 41 299,5 | ↑ | ↓ |
| Дебиторская задолженность | - | 8 113 | 8 113 | - | - |

---

6 Деятельность ЗПИФ «Перспективная недвижимость» досрочно прекращена.
7 По данным формы 0409123 «Расчет собственных средств (капитала) (Базель III)

| | | | | |
|---|---|---|---|---|
| Портфель ценных бумаг | 50 083,6 | 43 147,8 | 43 814,6 | ↑ | ↓ |
| Финансовый результат по балансу | 5 558,4 | -1 157,7 | -1 378,3 | ↓ | ↓ |
| Классификационная группа | 2.1 | 2.2[8] | 2.2 | - | - |
| Соответствие ССВ по формализованным признакам | Да | Да | Да | - | - |

Валюта баланса Банка за май 2015 года увеличилась на  2 942,4 млн  руб. или на 2,2%. Основное увеличение обусловлено:

- по активу: ростом средств в расчетах на 1 816,98 млн руб. или 5,11%, ссудной и приравненной к ней задолженности на 567,6 млн руб. или 1,73%, портфеля ценных бумаг – 666,8 млн руб. или 1,55%, производных финансовых инструментов, по которым ожидается получение дохода, – на 508 млн руб. или 5,8%;

- по пассиву: ростом средств в расчетах на 543 млн руб. или 85%, средств на расчетных счетах юридических лиц на 628,6 млн руб. или 6%,  привлеченных МБК на 1 204 млн руб. или 5%.

Согласно данным отчетности по форме 0409345 «Данные о ежедневных остатках подлежащих страхованию денежных средств физических лиц, размещенных во вклады» по состоянию на 01.04.2015, сумма обязательств Банка, подлежащая возмещению АСВ, составляет 24 275 млн  руб. или 88,3% всех обязательств перед физическими лицами.

### 3. Основные проблемы и риски деятельности банка.

| Основные проблемы и риски деятельности Банка | Надзорная оценка |
|---|---|
| Качество активов, транспорентность | По состоянию на 01.06.2015 активы кредитной организации представлены, в основном: на 31,63% вложениями в ценные бумаги (43 814,6 млн руб.); на 29,8% ссудной и приравненной к ней задолженностью (41 299,5 млн руб.); на 27% средствами в расчетах (37 370,8 млн руб.)., которые представлены дебиторской задолженностью в рамках инвестиционных проектов (8 113 млн руб.) и задолженностью в рамках расчетов Банка  по брокерским операциям с ценными бумагами и другими финансовыми активами (14 575 млн руб.). |
| | Кредитный портфель Банка представлен, в основном, кредитами физическим лицам (15 522,9 млн руб. или 37% от объема всей ссудной задолженности), ссудной задолженностью юридических лиц, включая требования по аккредитивам (19 381,8 млн  руб. или 46%), межбанковскими кредитами (5 058,6 млн руб. или 12,1%),а также прочей ссудной задолженностью, приобретенной по договорам уступки прав требования (1 316,26 млн руб. или 1,0%). Учтенные векселя составляют несущественную долю кредитного портфеля (20,8 млн руб. или 0,05%). |
| | Просроченная задолженность составляет 13% кредитного портфеля или 5 381,8 млн руб. Состав крупных заемщиков исходя из отчетности Банка по форме 0409117 «Данные о крупных ссудах» по состоянию на 01.06.2015 представлен как резидентами, так и нерезидентами РФ, а именно: Midwestern Trading Group (2 категория качества), ООО «Факторинговая компания «Лайф» (2), ООО «Флаунд», ООО «Металл Инвест», ООО «Бизнес Партнер», ООО «ИК»Реалфинанс (3), Cross Continental Trading ltd. (1), LOUIS DREYFUS COMMODITIES SUISSE SA (1), XANGBO GLOBAL MARKETS PTE. LTD. (2), ООО «Реформация» (3), ООО «Металл Инвест» (3), ООО 'Инжиниринг-Роялти' (Кредитная линия) (3), ВИТЯЗЬ ТРИ ЛИМИТЕД (2) и прочие. |
| | Портфель ценных бумаг Банка (43 814,6 млн руб. или 31,63% валюты баланса) по состоянию на 01.06.2015 представлен, в основном, вложениями в долговые обязательства в размере 43 779,4 млн руб. или 99,9% портфеля ценных бумаг. |
| | Среди крупнейших эмитентов ценных бумаг, находящихся в портфеле Банка, в соответствии с формой отчетности 0409116 «Сведения о ценных бумагах, приобретенных кредитной организацией» по состоянию на 01.06.2015 можно выделить Atlas Investment Solutions (Luxembourg) SA, GOVERNMENT OF THE UNITED STATES OF AMERICA, Mediobanca International (Luxembourg) SA, GBP Eurobond Finance, VTB Capital, SB Capital, VEB Finance, European Investment Bank. Учет данных вложений ведется, депозитариями Otkritie Capital International Ltd, BrokerCreditService (Cyprus), Внешэкономбанк, НКО ЗАО НРД. |

---

[8] В связи с оценкой на 01.04.2015 РГД как неудовлетворительно

Кроме того, в портфель ценных бумаг включены вложения в паи инвестиционных фондов:

- вложения Банка в паи ЗПИФ недвижимости «ДОМ» под управлением ООО Управляющая компания «ГЕРА» по состоянию на 01.05.2015 составили 176 395 тыс. руб. Паи ЗПИФН «ДОМ» проданы Банку дочерей кредитной организацией ОАО «ВУЗ-банк» 30.01.2015, которые учитывались на балансе ОАО «ВУЗ-банк» с августа 2010 года;

- вложения в паи ЗПИФ недвижимости «Строительная инициатива» под управлением ОООО Управляющая компания «ГЕРА» по состоянию на 01.05.2015 составили 136 815 тыс. руб. Активы данного ЗПИФН, исходя из имеющихся сведений, могут быть сформированы недвижимым имуществом, полученным в качестве отступного по ссудам 5 категории качества, учитываемым ранее на балансе кредитной организации, входящей в банковскую Группу, возглавляемую ОАО АКБ «Пробизнесбанк», Банк24.ру (ОАО) (отозвана лицензия на осуществление банковских операций).

Дебиторская задолженность, образованная на балансе Банка:

- путем осуществления сделок по продаже ценных бумаг с отсрочкой платежа с ограниченным кругом контрагентов (8 113 млн руб.), участвующая в обслуживании инвестиционных проектов собственников.

- в рамках расчетов ОАО АКБ «Пробизнесбанк» по брокерским операциям с ценными бумагами и другими финансовыми активами (остатки на счетах №30602 в сумме не менее 12 140 млн руб.).

Вложения в доли уставного капитала ООО «Процессинговая компания «Лайф» в сумме  1 060 000 тыс. руб., оценка которой может быть завышена. Сделка по приобретению данных долей Банком и банками Группы «Лайф» не является прозрачной, а именно: средства от приобретения были зачислены на расчетные счета ООО «ЭЛСО», ООО «ВЕСТ», ООО «АстраПлюс» и ООО «Коллекторское агентство «Лайф» и частично были направлены (в декабре 2014 года – январе 2015 года) на счета Верменда холдингс лимитед (контрагент, со счета которого поступили средства для выкупа дебиторской задолженности) и ООО «Персонал+», ООО «Реформация» (участники сделок в рамках дебиторской задолженности).

Кроме того, помимо вышеперечисленных активов существенную долю занимают активы, связанные с собственниками кредитной организации, сведения о которых приведены далее по тексту.

На текущий момент установлена недооценка риска/ кредитного риска в отношении следующих вложений кредитной организации на общую сумму порядка 1 284 млн.руб.:

- облигаций Atlas Investment Solutions (Luxembourg) SA, в связи с необходимостью оценки финансового положения эмитента как плохое и отнесению в 3 категорию качества с величиной расчетного резерва в размере 21%;

- средств, размещенных в межбанковский кредит Falcon Private Bank Ltd., в связи с необходимостью оценки финансового положения и качества обслуживания долга как среднее и отнесению вложений в 3 категорию качества с величиной расчетного резерва в размере 21%;

- вложений в паи ЗПИФ «ДОМ», в связи с необходимостью доформирования резервов до размера 49,4% от вложений;

- ссудной задолженностью ООО «Золотая рыбка», вследствие наличия оснований для классификации ссуды в 5 категорию качества с величиной резерва в размере 100%.

Более подробная информация приведена далее.

| | |
|---|---|
| Риск на собственников | Показателям ПУ1, ПУ2, ПУ3 присвоены оценки в 1 балл, что характеризует структуру собственности Банка как прозрачную. |

| № п/п | Наименование учредителя/участника | Оплаченная доля участия в уставном капитале(%) |
|---|---|---|
| 1 | «Ист Кэпитал Файнэншиэлз Фанд АБ» (East Capital Financials Fund AB) | 19,27 |
| 2 | BLUECREST EMERGING MARKETS FUND LIMITED/ БЛУКРЕСТ ИМЕДЖИНГ МАРКЕТС МАСТЕР ФАЕД ЛИМИТЕД | 7,68 |
| 3 | Реха Холдингс Лимитед (Rekha Holdings Limited) | 6,98 |
| 4 | БУРМАШ ХОЛДИНГС ЛИМИТЕД/BURMASH HOLDINGS LIMITED | 6,28 |
| 5 | ХАГГАРД ФАЙНЕНШИАН ЛИМИТЕД | 5,28 |
| 6 | АЛИВИКТ ХОЛДИНГС ЛИМИТЕД | 51,20 |
| 7 | ОАО АКБ «Пробизнесбанк» | 3,30 |

7

Анализ отчетности Банка показал, что в составе крупных заемщиков Банка не значатся собственники Банка – юридические лица.

Конечными собственниками ОАО АКБ «Пробизнесбанк» являются А.Д. Железняк, Э.В. Бикмаев, С.Л. Леонтьев. Информацией о кредитовании организаций, им поднадзорных, ГУ Банка России по Центральному федеральному округу не располагает.

Уровень данного риска, по данным на 01.02.2015, оценивается самим Банком в размере 2,4 млрд. руб. или 17% от величины капитала[9] и рассчитывается в отношении отдельных физических лиц (конечных бенефициаров) (Железняка А.Д., С.Л. Леонтьева, Пантелеев Э.Д.), ООО ФК «Лайф», ООО «Процессинговая компания «Лайф» и ООО «Пробизнес-Девелопмент».

Вместе с тем, по оценке ГУ Банка России по Центральному федеральному округу, исходя из полученной от Банка в рамках надзора информации, на основании подходов Банка России, результатов последней инспекционной проверки деятельности Банка[10], дополнительно в риск на бизнес собственников ОАО АКБ «Пробизнесбанк» целесообразно включать величину кредитного риска (в случае наличия на балансе) по задолженности следующих юридических лиц, с учетом приведенных ниже оснований:

- ООО «МаниМаркет» - генеральный директор ООО «МаниМаркет» Овеян И.Р. являлся сотрудником Банка (занимаемая должность - Директор по региональному развитию). Токмаков С.В. (участник ООО «МаниМаркет») – являлся сотрудником Банка (занимаемая должность - старший специалист отдела технической документации Инвестиционно-финансового департамента);

- ООО «Лайф Брокер» - арендует помещение у Банка на основании договора субаренды нежилого помещения;

- ЗПИФН «Строительная инициатива», ЗПИФН «ДОМ» - контроль над управлением паевыми инвестиционными фондами от 80 до 100% со стороны Группы «ЛАЙФ» и их непрозрачный характер, вследствие отсутствия расшифровки конечных активов ЗПИФ и информации о конечных собственниках недвижимого имущества;

- ООО «Металл Инвест», ООО «Реформация», ООО «ИК «Реалфинанс», ООО «Пи энд Пи», ООО «Флаунд», ООО «ИК Столица», ООО «Коллекторское агентство «Лайф», ООО «Бизнес Партнер» и иные лица, участвующие в реализации инвестиционных проектов в интересах собственников ОАО АКБ «Пробизнесбанк»;

- ООО «ИвСпецГарант», ООО «Холмэкс», ООО «Изумруд» - застройщики по инвестиционным проектам в интересах собственников ОАО АКБ «Пробизнесбанк»;

- Falcon Private Bank Ltd - непрозрачный для надзорного органа актив, возвратность которого вызывает сомнения.

С учетом изложенного, исходя из отчетности кредитной организации по состоянию на 01.06.2015, риск на бизнес собственников ОАО АКБ «Пробизнесбанк» составил не менее 11 770 млн руб. или 106,2% от собственных средств (капитала) Банка.

При этом не исключаем, что риск на бизнес собственников составляет более значимую величину, с учетом аналогичных вложений дочерних организаций Группы «Лайф».

В данной связи Банку письмом от 16.06.2015 №Т1-40-7-10/91163ДСП представить в ГУ Банка России по Центральному федеральному округу:

- актуальную информацию в отношении субъектов и размера кредитного риска по их задолженности, подлежащей учету при расчете риска на бизнес собственников, с учетом вышеописанных подходов и анализа вложений дочерних организаций;

- план по деконцентрации риска на бизнес собственников, с учетом принятого Банком обязательства по погашению дебиторской задолженности компаний, участвующих в реализации инвестиционных проектов собственников кредитной организации, на сумму 7 000 млн руб. до сентября 2015 года. При разработке плана Банку следует учесть остаток задолженности компаний-дебиторов после ее погашения на совокупную сумму в размере 7 000 млн руб., а также сообщить возможные варианты ее покрытия Банком. Ответ на текущий момент не поступал.

| Качество собственных средств (капитала) / | По состоянию на 01.06.2015 величина собственных средств (капитала) Банка по данным отчетности по ф. 0409123 составила 11 088,4 млн руб. Основными составляющими собственных средств (капитала) Банка по состоянию на 01.06.2015 являлись: нераспределенная прибыль предшествующих лет (44% от величины |
| --- | --- |

---

[9] Исходя из письма Банка от 12.05.2015 №20/1-8956
[10] Акт проверки № А1К-И25-11-19/1574ДСП от 04.09.2014

| | |
|---|---|
| низкий уровень капитализации | собственных средств (капитала)), уставный капитал (31%), субординированный кредит по остаточной стоимости (44%), эмиссионный доход (11%). При этом к показателям, уменьшающим величину капитала, относятся: убыток текущего года (17% от собственных средств (капитала)), вложения в доли и акции дочерних компаний (12%), отрицательная величина добавочного капитала, субординированные кредиты (депозиты, займы, облигационные займы), в том числе субординированные займы с дополнительными условиями, предоставленные кредитным организациям – резидентам (2,3%). |
| | По состоянию на 01.06.2015 обязательные нормативы достаточности капитала Банка соблюдались: норматив достаточности собственных средств капитала банка (H1.0) – 12,2%, норматив базового капитала (H1.1) – 6,3%, норматив достаточности основного капитала банка (H1.2) – 6,4%. |
| | Непрозрачными, по нашей оценке, являются источники денежных средств в сумме 40 000 тыс. долларов США, привлеченных Банком 18.11.2014 в качестве первого транша по договору субординированного займа, заключенного с компанией-нерезидентом AMBIKA INVESTMENTS LIMITED. |
| Финансовый результат деятельности Банка/ Валютный риск | Расчетный финансовый результат без учета прибыли прошлых лет по состоянию на 01.06.2015 составил составил убыток в размере 1 378,3 млн  руб., с учетом прибыли прошлых лет и 2014 года – в размере 4 892,9 млн руб. |
| | Непрозрачные источники денежных средств по формированию Банком доходов: |
| | 1. Сделка по продаже Банком доли в уставном капитале ООО «ФК «Лайф», по которой Банком сформирован доход в сумме 999 900 тыс. руб. При этом оценка стоимости указанной компании, проведенная независимым оценщиком (осуществляющим свою деятельность, по оценке надзорного органа, в интересах Банка), в существенной степени превышает размер уставного капитала общества (УК равен 100 тыс. руб. при оценке стоимости компании в 1 000 000 тыс. руб.). По информации Департамента банковского надзора Банка России, проведенный анализ отчета от 22.10.2014 № 091014/01-О об оценке стоимости доли ООО «Факторинговая компания «Лайф», выполненного оценщиками ООО «КСК» позволил сделать вывод о наличии завышения результата рыночной стоимости, определенной оценщиком, в 1,7 раза. Учитывая вышеизложенное, ГУ Банка России по Центральному федеральному округу письмом от 18.06.2015 №Т1-40-7-10/93309ДСП рекомендовало Банку провести анализ вышеуказанных фактов; оценить влияние указанного завышения оценки рыночной стоимости долей в ООО «Факторинговая компания «Лайф» на финансовый результат Банка и банков Группы; представить результаты расчетов Банка; представить отчет о принятых мерах. |
| | 2. Вложения в доли уставного капитала ООО «Процессинговая компания «Лайф» в сумме    1 060 000 тыс. руб., оценка которой может быть завышена. Сделка по приобретению данных долей Банком и банками Группы «Лайф» не является прозрачной, а именно: средства от приобретения были зачислены на расчетные счета ООО «ЭЛСО», ООО «ВЕСТ», ООО «АстраПлюс» и ООО «Коллекторское агентство «Лайф» и частично были направлены (в декабре 2014 года – январе 2015 года) на счета Вермеда холдингс лимитед (контрагент, со счета которого поступили средства для выкупа дебиторской задолженности) и ООО «Персонал+», ООО «Реформация» (участники сделок в рамках дебиторской задолженности). Отчет оценщика находится на рассмотрении в Департаменте банковского надзора. |
| | 3.Сделки, заключаемые Банком с AMBIKA INVESTMENTS LIMITED и AS IBS «Renesource Capital». ГУ Банка России по Центральному федеральному округу по результатам  анализа сделок[11], заключенных Банком с контрагентами Ambika Investments Limited в течение III и IV кварталов 2014 года и AS IBS «Renesource Capital» в период с 01.07.2014 по 01.04.2015[12] в целях хеджирования балансовой валютной позиции, установлено, что данные сделки носят схемный характер, целью которых является формальное регулирование открытой валютной позиции и манипулирование финансовым результатом от их исполнения В частности, характер операций с вышерассмотренными |

---

[11] С учетом обсуждений на совещаниях в Департаменте банковского надзора Банка России 23.10.2014, 05.02.2015, письма Департамента банковского надзора Банка России от 24.12.2014 №40-2-11/7722ДСП, писем Банком от 10.11.2014 № 20/1-22878, информации, полученной от Банка в ответ на заявки уполномоченного представителя Банка Росси в Банке №38 от 04.02.2015, №40 от 11.02.2015, №43 от 06.04.2015

[12] После прекращения Банком в 1 квартале 2015 года осуществления валютообменных операций с контрагентом Ambika Investments Limited основной объем операций в 2015 году приходится на сделки с контрагентом AS IBS «Renesource Capital»

сделками Банка заключается в следующем: валюта, сумма, обменный курс (для сделок с отсрочкой платежа – форвардный курс) и дата платежа фиксируются в момент заключения сделки; срок контрактов с отсрочкой платежа составляет, в основном, 1 рабочий день; в дату валютирования реальная поставка базисного актива (иностранная валюта) не осуществляется, обязательства Банка по сделкам на продажу иностранной валюты погашаются путем заключения офсетных (обратных) сделок на покупку иностранной валюты; в основном, валютообменный курс обратной сделки совпадает с форвардным курсом, что является нехарактерным для рынка, учитывая высокую волатильность валютных курсов в III квартале 2014 года, и при исполнении пары разнонаправленных сделок контрагенты не получают ни прибыли, ни убытка, что противоречит сути хеджирующих сделок в виде срочных сделок для компенсации рисков балансовой позиции, которая заключается в получении хеджером дохода на одном рынке, перекрывающего убыточную сделку на другом.

В связи с выявленными обстоятельствами, в том числе погашением контрагентами требований и обязательств в полном объеме путем взаимозачета без формирования финансового результата, отличного от нуля, по нашему мнению, регулирование Банком открытых валютных позиций не соответствует требованиям п.2.2 Инструкции Банка России от 15.06.2005 №124-И «Об установлении размеров (лимитов) открытых валютных позиций, методике их расчета и особенностях осуществления надзора за их соблюдением кредитными организациями» (далее – Инструкция №124-И), согласно которому регулирование с использованием сделок покупки-продажи иностранной валюты и (или) иных сделок с финансовыми инструментами в иностранной валюте допускается в случае, если есть все основания полагать, что соответствующая сделка будет исполнена либо отсутствуют какие-либо причины, препятствующие ее исполнению.

Исходя из имеющихся сведений, валютные операции Банка могли носить «дружественный» характер, так как контрагенты не являются кредитными организациями или крупными финансовыми компаниями (информация о контрагентах Ambika Investments Limited и AS IBS «Renesource Capital» отсутствует в информационной системе Bloomberg), которые специализируются на торговле валютой, и могут быть связаны с Банком.

| | |
|---|---|
| Риск ликвидности | По состоянию на 01.06.2015 значения показателей обязательных нормативов ликвидности составили: Н2 – 47% (min 15%) и Н3 – 63% (min 50%), Н4 – 20,4% (max 120%). |
| | При этом по результатам мониторинга отчетности, представляемой ОАО АКБ «Пробизнесбанк» на ежедневной основе, отмечается существенное снижение значения обязательного Норматива мгновенной ликвидности (Н2), начиная с отчетной даты 27.01.2015 по 06.02.2015. В данной связи у Банка в письме от 18.02.2015 № 40-7-10/22048ДСП о причинах отмеченного снижения значения норматива Н2 с приведением расшифровок высоколиквидных активов и обязательств по счетам до востребования, участвующих в расчете норматива Н2, за период с 30.01.2015 по 03.02.2015. По результатам предварительного рассмотрения представленных Банком сведений установлено, что Банком неправомерно в код 8972 включены требования по облигациям Mediobanca International (Luxembourg) SA в сумме 3 454 496,73 тыс.руб. (на 01.02.2015) Исключение данных требований из расчета норматива Н2 на 01.06.2015 не приведет к нарушению его значения на указанную дату. |
| | В целом, начиная с 01.10.2014, наблюдается негативная тенденция снижения значения норматива Н2. |
| Риск высокой вовлеченности кредитной организации в проведение сомнительных операций | В I и II кварталах 2014 года в ГУ Банка России по ЦФО поступала информация о наличии признаков высокой вовлеченности ОАО АКБ «Пробизнесбанк» в проведение сомнительных безналичных и наличных операций. По итогам III и IV кварталов 2014 года риск вовлеченности Банка был нулевым. Вместе с тем, анализ движения денежных средств по корреспондентскому счету Банка, а также информации, поступившей из других источников, выявлен ряд клиентов Банка, деятельности которых по формализованным критериям присущи отдельные признаки сомнительности. В настоящее время с Банком проводится работа в отношении указанных клиентов. |
| | Кроме того, по информации Банка России (письмо от 02.03.2015 № 12-2-2/398ДСП), операции 343 клиентов Банка, совершенные в IV квартале 2014 года, по оценке Банка России, обладают признаками транзитных. Объемы валового транзита данных клиентов составили 27 082 млн руб. В I квартале 2015 года Банк не попал в список кредитных организаций, клиенты которых осуществляют транзитные операции. Вместе с тем, исходя из письма Департамента финансового мониторинга и валютного контроля от 21.04.2015 №ВН-12-2-2/1025ДСП, объем сомнительных транзитных операций, проведенных клиентами Банка в I квартале 2015 года, составил 11 млрд руб. |
| | В данной связи, ГУ Банка России по Центральному федеральному округу проводит работу по определению перечня клиентов, проводивших в I квартале 2015 года операции, подпадающие под критерии Письма Банка России от 31.12.2014 № 236-Т «О повышении внимания кредитных организаций к отдельным операциям клиентов». По результатам проведенной работы будут выработаны меры дальнейшего надзорного реагирования к Банку. |
| | Дополнительно отмечаем, что по результатам рассмотрения действующей редакции Правил по ПОД/ФТ установлены отдельные нарушения требований Положения №375-П |
| Рыночный/ процентный риск | Исходя из балансовой отчетности Банка на 01.06.2015, отрицательная переоценка ценных бумаг составила 1 086,2 млн руб. или 10% капитала Банка. |

Проанализировав активы ОАО АКБ «Пробизнесбанк», их можно подразделить на следующие виды:

*1) рыночные (работающие) активы в общей сумме* <u>*63 119,2 млн.руб. или 45,6%*</u> <u>*активов:*</u>

- денежные средства в кассе – 3 840,2 млн руб. потребность Банка в поддержании существенного объема наличных денежных средств обусловлена тем, что Банк не имеет филиалов, однако, обладает крупной сетью кредитно-кассовых подразделений с широкой географией присутствия;

- денежные средства на корреспондентском счете в Банке России – 776,6 млн руб.;

- корреспондентские счета в кредитных организациях – нерезидентах – 3 247,9 млн руб.: остатки денежных средств на счетах «НОСТРО» по состоянию на 01.06.2015 размещены в банках-нерезидентах LATVIJAS PASTA BANKA (в объеме 1 721,5 млн руб.), STANDARD

CHARTERED BANK (GERMANY) GMBH и STANDARD CHARTERED BANK (в объеме 123,9 млн руб.)., OST-WEST HANDELSBANK AG (264,9 млн руб.), COMMERZBANK AG (249,3 млн руб.), BANQUE CRAMER ET CIE SA (в объеме 874,3 млн руб.). ГУ Банка России по Центральному федеральному округу не располагает какой-либо негативной информацией в отношении перечисленных банков-нерезидентов, в связи с чем считаем возможным признать данный вид активов реальным (работающим). Кроме того, исходя из имеющихся сведений Банка России, остаток средств на корреспондентском счете Банка в LATVIJAS PASTA BANKA не обременен, о чем получено официальное подтверждение;

- корреспондентские счета в кредитных организациях – резидентах – 206 млн руб.: средства размещены в таких Банках/ кредитных организациях-резидентах, как ОБЪЕДИНЕННАЯ РАСЧЕТНАЯ СИСТЕМА, ЛИДЕР, НРД, ЮНИСТРИМ, МЕЖБАНКОВСКИЙ КРЕДИТНЫЙ СОЮЗ, ПЛАТЕЖНЫЙ ЦЕНТР, Внешэкономбанк Москва, Внешторгбанк, АКБ РУССЛАВБАНК и другие. В указанных кредитных организациях обороты по счетам превышают размещаемые на них остатки;

- межбанковские кредиты (за исключением средств, размещенных в Банке нерезиденте Falcon Private Bank Ltd.) в сумме 2 410 млн руб. – отсутствуют основания для признания данных активов обремененными: средства размещены в АКИБ «ОБРАЗОВАНИЕ» (АО), ЗАО АКБ «АЛЕФ-БАНК», ЗАО АКБ «ЭКСПРЕСС-ВОЛГА», ЛИКВИДАТОР «БАНК24.РУ» (ОАО) - ГК «АСВ», ОАО «ВУЗ-БАНК», ОАО КБ «ПОЙДЁМ!», ЗАО АКБ «ИНТЕРПРОМБАНК», «НОТА-БАНК» (ОАО).

- средства, предоставленные физическим лицам, - 12 080,4 млн руб. Основная доля кредитного портфеля физических лиц Банка на 01.06.2015 сгруппирована в портфели однородных ссуд, объем которой составил 14 454, 5тыс. руб. или 93,1% ссудной задолженности физических лиц.

- приобретенные права требования – 1 316,3 млн руб. В период с 01.07.2012 по 01.07.2014 Банком была приобретена ссудная задолженность по договору уступки прав у ОАО КБ «Пойдем!» по кредитным договорам, заключенным с физическими лицами. Цена сделки составила 77 167,72 тыс. руб. Приобретение портфеля у Банка «Пойдем!» было обусловлено наличием сети физического присутствия ОАО АКБ «Пробизнесбанк» в городах приобретения портфеля. Доходность приобретенного портфеля соответствует средней доходности по кредитным продуктам ОАО АКБ «Пробизнесбанк»;

- ссудная задолженность юридических лиц – 14 725 млн руб. На текущий момент находятся на рассмотрении сведения о ссудной задолженности отдельных заемщиков. По результатам рассмотрения, будет сделан вывод о необходимости отнесения их в соответствующую категорию активов. На текущий момент не установлены основания для их отнесения в иную категорию;

- ценные бумаги, учитываемые в НКО ЗАО НРД, Внешэкономбанк (за исключением вложений в варранты Mediobanca International (Luxembourg) SA) – 12 804 млн руб.;

- участия (за исключением ООО «Процессинговая компания Лайф») – 2 443 млн руб. В основном участие в капиталах дочерних организаций юридических лиц (за исключением вложение в ПИФ в размере 313 210 тыс. руб.): банков-участников Группы «Лайф» – АКБ «Экспресс-Волга», ОАО КБ «Пойдём!», ЗАО «НАЦИОНАЛЬНЫЙ БАНК СБЕРЕЖЕНИЙ», ОАО «Газэнергобанк», КБ «ВУЗ-банк» в общем объеме 2 212 366 тыс. руб. и компаний ООО «Тонус-клуб Самара», ООО «Пробизнес-Девелопмент», ООО «Тонус», ООО «Тонус-Парк», ООО «Альфа-Технологии»;

- производные финансовые инструменты 9 269,8 млн руб. В основном, на протяжении 2 квартала 2015 года сделки с производными финансовыми инструментами заключались с Банком НКЦ (АО), а также OTKRITIE CAPITAL INTERNATIONAL LIMITED, АО АКБ "ЭКСПРЕСС-ВОЛГА", ОАО "ВУЗ-банк".

*2) непрозрачные активы в общей сумме 42 090,6 млн руб. или 30,4% активов:*
- остатки на счете № 30602 «Расчеты кредитных организаций-доверителей (комитентов) по брокерским операциям с ценными бумагами и другими финансовыми активами» (12 140 млн руб.).

12

- ценные бумаги (ОФЗ и еврооблигации) в объеме порядка 29 950,6 млн руб., учет прав на которые осуществляют депозитарии-нерезиденты BROKERCREDITSERVICE (CYPRUS) LIMITED, Otkritie Capital International Ltd., Внешэкономбанке в т.ч.:

\* еврооблигации Atlas Investment Solutions (Luxembourg) SA на сумму 2 784,7 млн руб., принимая во внимание отсутствие в публичных источниках информации сведений об указанном эмитенте и отсутствие торгов на открытом рынке, что свидетельствует об их низкой ликвидности;

\* варранты Mediobanca International (Luxembourg) SA (учет прав осуществляет Внешэкономбанк) на сумму 2 685,6 млн руб., переклассифицированные в данный инструмент из облигаций нерезидентов при переводе в депозитарий Внешэкономбанка, что подтверждает права Банка на указанные еврооблигации, при этом фактический учет продолжает осуществляться в депозитарии – нерезиденте;

### 3) нерыночные активы в общей сумме 14 686,5 млн руб. или 10,6% активов:

- дебиторская задолженность, возникающая по сделкам купли-продажи ценных бумаг (ОФЗ) между Банком и ограниченным кругом контрагентов с отсрочкой платежа, обусловленная участием компаний-дебиторов в реализации инвестиционных проектов собственников Банка (объем указанной дебиторской задолженности составил 8 113 млн руб.);

- вложения в уставный капитал ООО «Процессинговая компания «Лайф» в сумме 1 060, млн руб. Кроме того, ООО «Процессинговая компания «Лайф» (включается в расчет самим Банком) имеет, по данным Банка, дебиторскую задолженность на 01.05.2015 составила 6 млн руб.;

- вложения в паи ЗПИФ недвижимости  «Строительная инициатива» – 136 млн.руб. Активы данного ЗПИФ могут быть сформированы недвижимым имуществом, полученным в качестве отступного по ссудам 5 категории качества, учитываемым ранее на балансе кредитной организации, входящей в банковскую Группу, возглавляемую ОАО АКБ «Пробизнесбанк», Банк24.ру (ОАО);

- вложения в паи ЗПИФ недвижимости «ДОМ» - 176,4 млн руб. – имеются основания для формирования под данные вложения резерва в размере 49,4%;

- денежные средства, размещенные в банке-нерезиденте Falcon Private Bank Ltd. (МБК) на общую сумму 50 млн долл. США или 2 648,6 млн руб. в рублевом эквиваленте;

- ссудная задолженность, неиспользованный лимит и гарантии конечного собственника Леонтьева С.Л. в размере 15 млн руб.;

- ссудная задолженность и гарантии конечного собственника Железняка А.Д. в размере 39 млн руб.;

- ссудная задолженность и гарантии члена Совета директоров Пантелеева Э.В. в размере 154 млн руб. (включается в расчет самим Банком);

- ООО ФК «Лайф» (вид деятельности - предоставление факторинговых услуг), которая ранее являлась дочерней компанией Банка (КРЗ на 01.06.2015 по данным отчетности по ф. 0409118 составил 1 607,9 млн руб.);

- ООО «Пробизнес-Девелопмент» (включается в расчет самим Банком), КРЗ по данным отчетности по ф. 0409118 на 01.06.2015 составил 0,015 млн руб.;

- ООО «МаниМаркет» - генеральный директор ООО «МаниМаркет» Овеян И.Р. являлся сотрудником Банка (занимаемая должность - Директор по региональному развитию). Токмаков С.В. (участник ООО «МаниМаркет») – являлся сотрудником Банка (занимаемая должность - старший специалист отдела технической документации Инвестиционно-финансового департамента). Сведения о наличии ссудной задолженности отсутствуют;

- ООО «Лайф Брокер»  - арендует помещение у Банка на основании договора субаренды нежилого помещения. Сведения о наличии ссудной задолженности отсутствуют;

- ООО «ИвСпецГарант», ООО «Холмэкс», ООО «Изумруд» - застройщики по инвестиционным проектам в интересах собственников ОАО АКБ «Пробизнесбанк» (Совокупное КРЗ 730,6 млн.руб.).

### 4)  неработающие активы в общей сумме 5 572,5 млн руб. или 4%  активов:

13

- просроченная задолженность юридических и физических лиц по оплате задолженности и погашению процентов - 5 551,7 млн руб., в т.ч. по ссудам, сгруппированным в ПОС (с просроченными платежами от 1 дня) 3 204,3 млн руб.;

- объем вексельной задолженности представлен векселями, не оплаченными в срок - 20,8 млн руб. Банком сформирован резерв по данному активу в размере 100% - по балансовому счету 51510 «Резервы на возможные потери» отражена величина сформированного резерва в размере 20,8 млн руб.

*5) нерассмотренные активы в общей сумме 9 603,6 млн руб. или 6,9% активов:*

- дебиторская задолженность в сумме 5 680,8 млн руб.- остатки на счете № 47406 «Расчеты с клиентами по покупке и продаже иностранной валюты» будут исследованы в рамках дистанционного надзора;

- имущество в сумме - 2 980,5 млн руб. основном, представлено основными средствами в размере и будут исследованы в ходе дистанционного надзора;

- прочие активы в сумме 942,3 млн руб., в основном, представлены остатками на счете № 61403 «Расходы будущих периодов», которые будут исследованы в ходе дистанционного надзора.

## 4. Надзорная работа, проведенная с Банком в отчетном месяце, ее результат и основные выводы.

**1.** С Банком проводится работа в отношении осуществления контроля принятых кредитной организацией на себя обязательств по погашению дебиторской задолженности, возникающей при заключении Банком сделок по продаже ценных бумаг с отсрочкой платежа с определенным кругом контрагентов и участвующей в реализации инвестиционных проектов собственников.

В целях закрытия указанной дебиторской задолженности, Банком были приняты обязательства по погашению данного вида актива в 6-месячный срок путем реализации инвестиционных объектов до сентября 2015 года, общая сумма сделки ожидалась в размере не менее 7 млрд. руб., согласно графику по следующим этапам: март – 700 млн. руб.; апрель – 700 млн. руб., май – август 2015 года – 1 400 млн. руб. ежемесячно. В отношении погашения дебиторской задолженности в общем объеме 1 400 млн. руб. в марте-апреле 2015 года установлено, что заявленная Банком изначально схема погашения путем продажи объектов инвестирования компании ЗАО «KR Properties» (ранее заявленный Банком покупатель) фактически не осуществляется. Покупателями активов являются Kevina Holdings Limited и FERVAULT ASSETS LIMITED (резиденты республики Кипр). Денежные средства по первому этапу сделки через ряд компаний – промежуточных звеньев поступили от нерезидентов VERMENDA HOLDINGS LIMITED (Республика Кипр) и AMBIKA INVESTMENTS LIMITED (Республика Кипр) по договорам займов. Денежные средства по второму этапу сделки поступили от нерезидента ATESSACO HOLDING LIMITED (Республика Кипр) также по договору займа. Указанные компании-нерезиденты с большой долей вероятности связаны с собственниками Банка, что не исключает возможности использования собственных средств Банка при погашении дебиторской задолженности. Конечные источники денежных средств, направленных на выкуп дебиторской задолженности по первому и второму этапам сделки в марте 2015 года и в апреле 2015 года, соответственно, Банком не раскрыты. Кроме того, письмом от 10.06.2015 №20/1-11000 Банк информировал об изменениях[13] в параметры

---

[13] - платеж в сумме 578 млн. руб. по Договору о намерениях купли-продажи имущественных прав от 27.04.2015г., заключенному между «КЕВИНА ХОЛДИНГС ЛИМИТЕД» (KEVINA HOLDINGS LIMITED) и Обществом с ограниченной ответственностью «Инвестиционная компания «Реалфинанс», перенесен с мая на сентябрь 2015г.;

планируемой сделки по продаже инвестиционного девелоперского бизнеса, с учетом которых претерпел изменения ранее разработанный график погашения дебиторской задолженности: июнь – 1 400 млн. руб., июль – 1 400 млн. руб., август – 1 400 млн. руб., сентябрь – 1 400 млн. руб., т.е. погашение дебиторской задолженности в мае 2015 года не осуществлялось. Заявленные Банком причины переноса графика погашения не являются для надзорного органа информативными. На текущий момент ГУ Банка России по Центральному федеральному округу подтвердить перспективы исполнения ОАО АКБ «Пробизнесбанк» взятых на себя обязательств по погашению дебиторской задолженности.

**2.** С даты окончания последней инспекционной проверки (Акт проверки от 04.09.2014 № А1К-И25-11-19/1574ДСП) с Банком проводилась работа о необходимости перевода ценных бумаг, учет прав на которые осуществляется депозитариями-нерезидентами, в депозитарии-резиденты, учитывая, что, по оценкам надзорного органа, данные вложения нельзя относить к транспарентным.

По результатам рассмотрения информации по вопросу перевода числящихся на балансе ценных бумаг из депозитариев-нерезидентов в депозитарии-резиденты, представленной Банком в письме от 19.03.2015 № 26-5276, с учетом анализа отчетности кредитной организации по форме 0409711 «Отчет по ценным бумагам» за период с 01.11.2014 по 01.05.2015, сообщаем следующее.

Банком проводится определенная работа по переводу ценных бумаг из депозитариев-нерезидентов в депозитарии-резиденты, в том числе на 01.06.2015 по сравнению с 01.11.2014 переведена существенная часть ценных бумаг: объем ОФЗ в рублях снизился с 12 млрд руб. до 5,6 млрд руб., объем ОФЗ в иностранной валюте – с 13 млрд руб. до 4,4 млрд руб. При этом отмечается существенный рост еврооблигаций прочих нерезидентов с 3,7 млрд руб. до 17,3 млрд руб. Сведения о миграции бумаг за период с 01.11.2014 по 01.06.2015 с указанием наименований депозитариев-нерезидентов, ведущих их учет, представлены в Таблице №1.

Таблица №1, тыс. руб.

---

- платеж в сумме 822 млн. руб. по Договору о намерениях купли-продажи имущественных прав от 27.04.2015г., заключенному между «КЕВИНА ХОЛДИНГС ЛИМИТЕД» (KEVINA HOLDINGS LIMITED) и Обществом с ограниченной ответственностью «Бизнес Партнер», перенесен с мая на сентябрь 2015г. Дополнительные соглашения подписаны сторонами 25 мая 2015 года.

| Вид бумаги/место хранения | | 01.11.2014 | 01.12.2014 | 01.01.2015 | 01.02.2015 | 01.03.2015 | 01.04.2015* | 01.05.2015* | 01.06.2015* |
|---|---|---|---|---|---|---|---|---|---|
| **ОФЗ** | | 12 289 505 | 7 045 360 | 10 657 042 | 6 419 150 | 5 818 236 | 5 633 000 | 5 633 000 | 5 633 000 |
| Депозитарии хранения | BROKERCREDITSERVICE (CYPRUS) LIMITED | 8 091 436 | 4 719 512 | 6 432 814 | 4 059 423 | 3 498 290 | 3 313 000 | 3 313 000 | 3 313 000 |
| | Otkritie Capital International Ltd | 4 198 069 | 2 325 848 | 4 224 228 | 2 359 727 | 2 319 946 | 2 320 000 | 2 320 000 | 2 320 000 |
| **Еврооблигации Министерство Финансов РФ** | | 13 033 670 | 13 642 651 | 12 844 692 | 11 949 051 | 9 759 828 | 2 315 186 | 4 270 660 | 4 375 453,8 |
| Депозитарии в хранения | BROKERCREDITSERVICE (CYPRUS) LIMITED | 3 638 375 | 4 321 293 | 4 061 943 | 1 666 151 | 495 362 | 584 643 | 1 189 166,7 | 1 218 346,8 |
| | Otkritie Capital International Ltd | 9 395 295 | 9 321 358 | 8 782 749 | 10 282 900 | 9 264 466 | 1 730 543 | 3 081 492,8 | 3 157 107 |
| **Еврооблигации нерезидентов** | | 3 670 508 | 9 889 172 | 7 564 227 | 15 695 414 | 16 090 503 | 19 045 914 | 16 843 254 | 17 256 558 |
| Депозитарий хранения | BANK JULIUS BAER AND CO.LTD., ZURICH | - | 2 964 139 | 2 592 810 | 3 639 929 | 3 242 151 | - | - | - |
| | BROKERCREDITSERVICE (CYPRUS) LIMITED | - | 2 927 301 | 1 028 418 | 7 150 148 | 8 049 273 | 7 196 955 | 6 364 626,9 | 6 520 804 |
| | Otkritie Capital International Ltd | 3 670 508 | 3 997 732 | 3 942 999 | 4 905 337 | 4 799 079 | 11 848 959 | 10 478 626,7 | 10 735 754 |
| **Еврооблигации банков-нерезидентов** | | 2 194 522 | 1 145 187 | 1 001 113 | 1 381 799 | 1 231 631 | - | - | - |
| Депозитарий хранения | BANK JULIUS BAER AND CO.LTD., ZURICH | 2 194 522 | 1 145 187 | 1 001 113 | 1 381 799 | 1 231 631 | - | - | - |
| **Акции нерезидентов** | | 82 484 | - | 874 701 | - | - | - | - | - |
| Депозитарий хранения | Otkritie Capital International Ltd | 82 484 | - | 874 701 | - | - | - | - | - |
| **ИТОГО по портфелю депозитариев-нерезидентов** | | 31 270 689 | 32 941 775 | 31 722 370 | 35 445 414 | 32 900 198 | 26 994 100 | 26 746 913 | 27 265 011,8 |

\* суммы определены самостоятельно, исходя из номинальной стоимости ценных бумаг и без учета стоимости депозитарных расписок

С учетом изложенного, на текущий момент в портфеле ценных бумаг существенной остается доля ценных бумаг, учет прав на которые осуществляется депозитариями-нерезидентами – порядка 27 млрд руб. (по номинальной стоимости) или 63% портфеля ценных бумаг, в том числе ОФЗ в рублях – 5,6 млрд руб. или 13%, ОФЗ в валюте – 4,4 млрд руб. или 10%, еврооблигации прочих нерезидентов – 17,3 млрд руб. или 40%.

В ходе совещания, состоявшегося с представителями Банка в Департаменте банковского надзора Банка России 21.05.2015, со стороны кредитной организации было отмечено, что необходимость учета ценных бумаг, номинированных в иностранной валюте, в депозитариях-нерезидентах обусловлена тем, что большинство иностранных депозитариев не работают с российскими банками, а также спецификой их учета. Так, в настоящее время портфель ценных бумаг Банка состоит из трех частей: казначейский, торговый, инвестиционный. ЗАО НКО НРД не может обеспечить раздельный учет разных субпортфелей ценных бумаг. В случае перевода в российские депозитарии ценных бумаг, номинированных в иностранной валюте и учитываемых в депозитариях-нерезидентах, такие бумаги не могут быть проданы со счета Банка в депозитарии-резиденте, что создает риски для Банка в случае потенциальной продажи бумаг, так как увеличивается срок реализации за счет обратного перевода учета в зарубежный депозитарий. При этом отсутствие движения указанного портфеля, по оценке Банка, не говорит о его отсутствии, поскольку указанный портфель является инвестицией. Указанное также было изложено в письме Банка от 04.06.2015 №20/1-10538, при этом Банк информировал, что до августа 2015 года планирует перевести рублевые ценные бумаги, учитываемые в депозитариях нерезидентах, в НКО ЗАО НРД в сумме не менее 5,5 млрд руб.

В подтверждение факта наличия ценных бумаг Банка, учет прав на которые осуществляют депозитарии-нерезиденты, кредитная организация представляла выписки из указанных депозитариев. Вместе с тем, полагаем предоставленные Банком документы недостаточными для формирования мнения о «реальности» указанного портфеля ценных бумаг Банка, учитывая необходимость дополнительного подтверждения экономической целесообразности поддержания вложений Банка в еврооблигации в существенных объемах.

16

**3.** В настоящий момент ГУ Банка России по Центральному федеральному округу рассматриваются требования Банка в рамках расчетов по брокерским операциям с ценными бумагами и другими финансовыми активами, отраженных на счете №30602.

По данным Банка, на счетах №30602 аккумулируются денежные средства, необходимые для предстоящих расчетов по покупке/ продаже ценных бумаг, а также свободные остатки денежных средств, оставшиеся после проведения операций с ценными бумагами. Счета №30602 открыты для проведения расчетов со следующими контрагентами: OTKRITIE CAPITAL INTERNATIONAL LIMITED (остаток задолженности на 01.01.2015 468 млн руб.); LGT BANK AG (85 тыс. руб.); Interactive Brokers LLC (2,7 млн руб.); DINOSAUR MERCHANT BANK LIMITED (8 790 млн руб.); R.J.O Brien & Associates LLC (165,7 млн руб.); BANK JULIUS BAER AND CO.LTD., ZURICH (566,5 млн руб.); BROKERCREDITSERVICE (CYPRUS) LIMITED (415 млн руб.); LATVIJAS PASTA BANKA (1 101,4 млн руб.); Брокеркредитсервис Компания ООО (220 тыс.руб.); прочие.

Исходя из представленной Банком информации были сделаны следующие выводы: представленные профессиональные суждения являются сжатыми и не позволяют полноценно сформировать мнение о характере данной дебиторской задолженности и деятельности и деловой репутации отдельных контрагентов. Так, отсутствуют сведения о характере финансовых инструментах, лежащих в основе данной задолженности или конкретной цели перечисления Банком средств на счета №30602; представленные выписки по счетам также не отражают данную информацию, учитывая, что в декабре 2014 года операции по большинству счетов не осуществлялись, за исключением списания комиссии брокера. Таким образом, не в полной мере понятны причины размещения средств в существенны размерах на счетах №30602 отдельных брокеров, например DINOSAUR MERCHANT BANK LIMITED, и непроведение по нему операций в течение декабря 2014 года; имеются основания для оценки финансового положения DINOSAUR MERCHANT BANK LIMITED как плохое с учетом роста дебиторской задолженности, недеверсифицированности пассивов/ активов, убыточной деятельности.

У Банка запрошены дополнительные сведения.

**4.** ГУ Банка России по Центральному федеральному округу проанализированы вложения Банка в облигации Atlas Investment Solutions (Luxembourg) S.A. и варранты Mediobanca International (Luxembourg) S.A.

Начиная с 01.12.2014, в отчетности ОАО АКБ «Пробизнесбанк» числятся вложения в облигации Atlas Investment Solutions (Luxembourg) S.A. Сумма вложений составляет 2 784 717,010 тыс.руб. (50 шт., номинал 1 000 000 долл.США), данные облигации оцениваются Банком по цене приобретения и классифицируются в 1 категорию качества без формирования резерва.

Датой начала выпуска ценных бумаг Atlas Investment Solutions (Luxembourg) S.A. является 12.11.2014, датой погашения 12.11.2019.

Данные ценные бумаги, согласно письму Банка от 27.05.2015 №2011-10086, были приобретены у Bank Julius Baer & Co. Ltd. 12.11.2014, т.е. в дату выпуска ценных бумаг, учет прав на данные ценные бумаги осуществляется с 01.04.2015 Внешэкономбанком, до указанной даты - Bank Julius Baer & Co. Ltd. Принятие решения об инвестировании денежных средств в данные финансовые инструменты было связано, по сообщению Банка, с размером ставки купона, периодичностью его выплаты и отсутствием риска изменения цены. Ранее, письмом от 09.02.2015 №20/1-21008 Банк сообщал, что экономическим смыслом приобретения данных ценных бумаг является приобретение актива, номинированного в долларах США для балансировки возможных потерь Банка из-за ослабления курса рубля по отношению к иностранным валютам, а также связанных с ослаблением рубля факторов, таких как падение стоимости ценных бумаг, котируемых на Московской бирже, падение стоимости государственных ценных бумаг, номинированных в рублях и иностранной валюте.

Купонные платежи осуществляются один раз в полугодие (12 мая и 12 ноября каждого года). Купон состоит из ставки 2,8% годовых плюс возможный дополнительный доход. Так как

наступление события для получения дополнительного дохода не является вероятным, то Банк считает ставку купона равной 2,8%. Вероятный годовой доход, который Банк может получить в виде купонного дохода равен 1 400 000 долларов США (по информации кредитной организации, 14.05.2015 Банком получен купон в размере 700 тыс.долл.США (в рублевом эквиваленте 34,7 млн руб.). Учитывая, что цена приобретения ценных бумаг составляла 105% от номинала, Банк планирует владеть данной ценной бумагой минимум 2 года.

По информации Банка, долговые ценные бумаги Atlas Investment Solutions (Luxembourg) S.A. с момента первоначального признания до настоящего времени не имеют надежно определяемой текущей справедливой стоимости. Текущая (справедливая) стоимость не может быть определена, в связи с отсутствием надежных источников информации для получения наблюдаемых исходных данных о ценах на актив, соответствующих критериям уровня надежности оценки справедливой стоимости ценных бумаг, установленных внутренними документами. В этой связи, Банк осуществляет оценку риска указанных вложений с момента первоначального признания и до текущего момента в соответствии с требованиями Положения Банка России от 20.03.2006 № 283-П «О порядке формирования кредитными организациями резервов на возможные потери» (далее – Положение № 283-П).

Учитывая отсутствие торгов данными ценными бумагами на открытом рынке (финансовая информация о стоимости долговых обязательств эмитента Atlas Investment Solutions (Luxembourg) S.A. как в общедоступных источниках информации, так и в данных информационного агентства BLOOMBERG, отсутствует), указанные вложения являются рискованными и низколиквидными.

Согласно профессиональному суждению от 30.04.2015,    Atlas Investment Solutions (Luxembourg) S.A. – компания, зарегистрированная в Люксембурге 07.10.2014 с регистрационным номером B191301. Таким образом, компания является вновь образованной. Представленное Банком профессиональное суждение по данным вложениям не содержит иных сведений о деятельности данной компании, ее учредителях, сферах деятельности и прочей существенной информации. Сведения о данной компании также не представлены в сети Интернет: имеется ссылка на сайт www.atlas-invest.com, в настоящий момент не функционирующий.

По данным Банка, в соответствии с условиями выпуска ценных бумаг Atlas Investment Solutions (Luxembourg) S.A. эмитент обеспечивает наличие гаранта выпуска, который представляет собой пул  (синдикат) страховщиков, определяемых эмитентом, каждый из которых имеет кредитный рейтинг, присвоенный минимум одним международным рейтинговым агентством на уровне не ниже «А2» по классификации Moody's Investor Service или «А» по классификации «Standard & Poor's» или «Fitch Ratings».

В соответствии с гарантийным соглашением сумма страхования составляет  50 000 тыс.долл.США, договор страхования заключен на срок с 12.11.2014 по 11.11.2015 включительно с ежегодным продлением до момента погашения бумаг (до 12.11.2019). Страховщиками до 11.11.2015 выступают такие компании, как Antares, Pembroke, Novae, Brit, The Channel Syndicate, Agro International (перечисленные компании являются частью Lloyd's Syndicate), Nexus Umderwriting Limited on behalf PartnerRe Ireland Insurance Ltd., Zurich Company, XL Insurance Company SE. В подтверждение Банком представлена гарантия проспекта выпуска данных ценных бумаг и отчетности страховщиков на английском языке.

Данные компании по классификации «Standard & Poor's» имеют рейтинг от А- до А+.

Финансовое положение самого эмитента не оценивалось, вследствие, по нашим оценкам, отсутствия его отчетности (по законодательству Королевства Люксембург, отчетность компаниями S.A. подается в течение 7 месяцев по окончании финансового года в Регистр торговли и компаний Люксембурга (пояснения Банка не представлены)).

Таким образом, в отношении эмитента отсутствует как финансовая, так и нефинансовая информация.

При этом Банком проанализирована отчетность страховщиков/ или групп, в которые они входят, на консолидированной основе. Согласно анализу, в основном, компаниям характерна прибыльная деятельность (кроме Pembroke, The Channel Syndicate, Antares) достаточность

18

собственного капитала, положительная деловая репутация. С учетом изложенного, финансовое положение страховщиков оценено Банком как хорошее.

В данной связи, по мнению надзорного органа, финансовое положение эмитента, учитывая дату его образования, отсутствие отчетности, публикуемых сведений, исходя из принципа консерватизма и разумной осторожности, следует оценивать не лучше, чем «плохое», до момента получения и анализа отчетности эмитента по итогам 2014 года и составленного на основании его анализа аудиторского заключения.

С учетом изложенного, при оценке финансового положения эмитента Atlas Investment Solutions (Luxembourg) S.A. как «плохое», вложения в ценные бумаги, эмитированные им, подлежат отнесению в 3 категорию качества с величиной расчетного резерва в размере 21%.

Величина резерва, требуемого к доформированию (исходя из данных отчетности по форме 0409116), по состоянию на 01.06.2015 составила не менее 584 790,57 тыс. руб.

На текущий момент ГУ Банка России по Центральному федеральному округу согласилось с оценкой Банка варрантов Mediobanca International (Luxembourg) S.A. в 1 категорию качества без формирования резервов. Вместе с тем, требуется проведение дополнительной работы по отдельным аспектам.

**5.** ГУ Банка России по Центральному федеральному округу проанализирована новая редакция Правил внутреннего контроля ОАО АКБ «Пробизнесбанк» в целях противодействия легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма от 27.03.2015.

По результатам рассмотрения ПВК в целях ПОД/ФТ установлены следующие нарушения Положении Банка России от 02.03.2012 № 375-П «О требованиях к правилам внутреннего контроля кредитной организации в целях противодействия легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма» (далее – Положение № 375-П):

1. Нарушение п. 1.4 Положения № 375-П: в подразделе 1.2 ПВК определение термина «Перечень экстремистов и террористов» приведено Банком таким образом, что содержание п.3.2.3.1 Программы по замораживанию (блокированию) денежных средств или иного имущества клиентов не соответствует требованиям подпункта 6 пункта 1 статьи 7 Федерального закона №115-ФЗ;

2. Нарушение п. 2.5 Положения № 375-П: пункт 2.12 ПВК предусматривает информирование ответственным сотрудником руководителя кредитной организации о ставших ему известных фактах нарушения законодательства Российской Федерации в сфере ПОД/ФТ, допущенных сотрудниками и руководителями кредитной организации, при необходимости.

Кроме того, установлены отдельные недостатки.

**6.** ГУ Банка России по Центральному федеральному округу проанализированы предоставленные Банком ссуды банку-нерезиденту Falcon Private Bank Ltd.

Банком предоставлены 2 кредита на общую сумму 50 000 млн долларов США (или 2 648 580 тыс.руб. в рублевом эквиваленте на 01.06.2015) банку-нерезиденту Falcon Private Bank Ltd (согласно профессиональному суждению Банка от 19.03.2015 об оценке кредитного риска по средствам, размещенным в Falcon Private Bank Ltd., задолженность заемщика в общем размере 50 000 тыс. долл. США отнесена Банком в 1 категорию качества (финансовое положение «хорошее», качество обслуживания долга «хорошее»), которые, по оценкам надзорного органа, являются непрозрачными и имеются сомнения в возвратности данных вложений.

По результатам рассмотрения представленных Банком документов и информации, в т.ч. данных отчетности заемщика по состоянию на 01.01.2014, были выявлены негативные обстоятельства, с учетом которых финансовое положение заемщика Falcon Private Bank Ltd. следует оценивать не лучше, чем «среднее», в соответствии с п. 3.3 Положения Банка России от 26.03.2004 № 254-П «О порядке формирования кредитными организациями резервов на возможные потери по ссудам, по ссудной и приравненной к ней задолженности» (далее – Положение № 254-П). При этом при оценке финансового положения заемщика как «среднее»

качество обслуживания долга по указанной задолженности следует оценивать не лучше, чем «среднее» с учетом п. 3.8 Положения № 254-П, поскольку согласно условиям кредитования, уплата процентов заемщиком предусмотрена в конце срока кредитования и фактически обслуживание долга в рамках вновь выданных кредитов не осуществляется.

Таким образом, при комбинации двух классификационных критериев (финансовое положение «среднее», качество обслуживания долга «среднее») ссудная задолженность банка-нерезидента Falcon Private Bank Ltd. должна быть отнесена в 3 категорию качества с формированием резерва в размере не менее 21%.

Величина резерва, требуемого к доформированию по состоянию на 01.06.2015, составила не менее 556 201,8 тыс. руб.

Учитывая, что доформирование резервов в сопоставимом размере на 01.05.2015 также могло привести к возникновению оснований для осуществления мер по предупреждению несостоятельности (банкротства) кредитной организации, за нарушение требований п. 1.4 и п. 2.5 Положении № 375-П, допущенных Банком при разработке Правил внутреннего контроля ОАО АКБ «Пробизнесбанк» в целях противодействия легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма от 27.03.2015 в составе письма от 03.06.2015 №40-7-10/83345ДСП, направленного в Департамент банковского надзора Банка России (далее - Департамент), наряду с предложением о предъявлении требований по реклассификации и доформированию резервов по вложениям в Falcon Private Bank Ltd, учитывая отсутствие со стороны Банка действенных мер по переводу ценных бумаг, учет прав на которые осуществляется депозитариями-нерезидентами, в депозитарии-резиденты при одновременном росте в портфеле Банка ценных бумаг прочих нерезидентов было предложено ввести в отношении кредитной организации сроком на 6 месяцев ограничение на куплю-продажу ценных бумаг на внебиржевом рынке и ценных бумаг, не входящих в Ломбардный список Банка России (ограничить данные операции было предложено объемом не более 10 млрд руб. в месяц).

Письмом от 05.06.2015 №40-2-11/5045ДСП Департамент информировал о целесообразности рассмотрения вопроса о применении мер воздействия по итогам получения от Банка и рассмотрения гарантийного письма, подтверждающего наличие в собственности Банка ценных бумаг, учитываемых в депозитариях-нерезидентах, и отсутствие обременения по ним, а также о предоставлении аналогичной информации в отношении денежных средств, размещенных в банке-нерезиденте Falcon Private Bank Ltd., которое было запрошено у Банка письмом от 15.06.2015 №АТ1-40-7-10/90993ДСП. Установленный для предоставления ответа срок - **до 17.06.2015.** 18.06.2015 письмом от 17.06.2015 №1/1-11498 поступило гарантийное письмо ОАО АКБ «Пробизнесбанк» от 08.06.2015 №1-10720, подписанное одним из конечных собственников Банка С.Л.Леонтьевым, согласно которому четко не следует, что вложения в ценные бумаги, учет прав на которые осуществляют депозитарии-нерезиденты и ссуда, предоставленная Falcon Private Bank Ltd, не обременены.

**7.** ГУ Банка России по Центральному федеральному округу проанализировало вложения Банка в паи ЗПИФН «ДОМ» под управлением ООО «Управляющая компания «ГЕРА».

Начиная с 01.02.2015, в отчетности ОАО АКБ «Пробизнесбанк» по форме 0409116 «Данные о ценных бумагах, приобретенных кредитной организацией» и 0409711 «Отчет по ценным бумагам» числятся вложения в паи ЗПИФН «ДОМ» в количестве 19 408 паев на сумму 176 395,08 тыс.руб. (100% паев ЗПИФ), учитываемые по цене приобретения и классифицированные в 1 категорию качества без формирования резерва (доля данных вложений в активах Банка на 01.05.2015 составляла 0,13%).

Данные паи были приобретены Банком у дочерней кредитной организации ОАО «ВУЗ-банк»[14] в январе 2015 года в рамках договора купли-продажи №300115-01 от 30.01.2015, которые, в свою очередь, учитывались на балансе данной кредитной организации в наибольшем объеме, начиная с 07.10.2010 (в количестве паев 17 900 шт.)[15], т.е. более 4 лет. Следует отметить, что ОАО

---

[14] Является участником банковской группы с 01.04.2003.

[15] 06.08.2010 ОАО «ВУЗ-банк» было приобретено 2 500 шт.паев на сумму 25 000 тыс.руб.; 07.10.2010 – в количестве 17 900 шт. на сумму 178 233,38 тыс.руб.; 21.05.2012 – 540 шт. на сумму 6 051 тыс.руб.; 24.12.2013

«ВУЗ-банк» вложения в данные паи ЗПИФН классифицировались на момент заключения сделки с ОАО АКБ «Пробизнесбанк» с величиной сформированного резерва в размере 32%. На момент списания с баланса ОАО «ВУЗ-банк» паев данного ЗПИФН, их стоимость была равна 193 973,4 тыс.руб., т.е. сделка для дочерней кредитной организации реализована с убытком в сумме 17 579,3 тыс.руб. Оплата приобретенных паев осуществлена через корреспондентский счет ЛОРО ОАО «ВУЗ-банк» в ОАО АКБ «Пробизнесбанк». С даты приобретения паев Банк стал единственным владельцем данных вложений.

Имущество ЗПИФН представлено следующими активами:

(тыс.руб., на 27.02.2015)

| | |
|---|---|
| Денежные средства на банковских счетах в рублях в ОАО «ВУЗ-банк» | 240 |
| Недвижимое имущество: помещения общей площадью 1 803 кв. м, по адресу г.Екатеринбург, пер.Красный, д.5 корп.1 (часть помещений на 2 и 3 этажах) (рядом с метро Динамо) | 175 999 |
| Прочая дебиторская задолженность (характер и сущность не раскрыты) | 5 077 |
| ИТОГО активов | 181 317 |
| Кредиторская задолженность и резерв предстоящих расходов на выплату вознаграждения | 1 022 |
| Итого стоимость чистых активов | 180 295 |

Согласно профессиональному суждению от 31.03.2015, риск вложений оценен в 1 категорию качества без формирования резерва. Исходя из данных отчетности на 01.05.2015 и 01.06.2015, оценка данных вложений Банком не изменилась.

С учетом изложенного, в связи с классификацией вложений в паи ЗПИФН «ДОМ» в 1 категорию качества Банком допущено нарушение требований п. 2.6 и пп. 2.7.3 п.2.7 Положения №283-П, в частности:

- п.2.6 Положения №283-П – резерв на возможные потери под часть вложений в паи ЗПИФН «ДОМ», представляющую собой дебиторскую задолженность (2,8% имущества ЗПИФН), следовало сформировать в размере не менее 21% (недоформированный резерв в размере 1 037,2 тыс.руб.);

- пп. 2.7.3 п.2.7 Положения №283-П - резерв на возможные потери под часть вложений в паи ЗПИФН «ДОМ», представляющую собой основные средства (97,62% имущества ЗПИФН), учитываемые как на балансе ОАО АКБ «Пробизнесбанк», так и ОАО «ВУЗ-банк» в течение срока от 4 до 5 лет, следовало сформировать в размере не менее 50% (недоформированный резерв в размере 86 098,4 тыс.руб.);

Таким образом, совокупная величина недоформированного резерва (исходя из данных отчетности по форме 0409116) по состоянию на 01.05.2014 и 01.06.2015 составила не менее 87 135,6 тыс. руб. или 49,4% от суммы вложений Банка.

**8.** ГУ Банка России по Центральному федеральному округу по результатам анализа сделок, заключенных Банком с контрагентами Ambika Investments Limited в течение III и IV кварталов 2014 года и AS IBS «Renesource Capital» в период с 01.07.2014 по 01.04.2015 целях хеджирования балансовой валютной позиции, установлено, что данные сделки носят схемный характер, целью которых является формальное регулирование открытой валютной позиции и манипулирование финансовым результатом от их исполнения (подробный анализ приведен в Приложении 3 к настоящему письму).

В частности, характер операций с вышерассмотренными сделками Банка заключается в следующем:

- валюта, сумма, обменный курс (для сделок с отсрочкой платежа – форвардный курс) и дата платежа фиксируются в момент заключения сделки;

- срок контрактов с отсрочкой платежа составляет, в основном, 1 рабочий день;

- в дату валютирования реальная поставка базисного актива (иностранная валюта) не осуществляется, обязательства Банка по сделкам на продажу иностранной валюты погашаются путем заключения офсетных (обратных) сделок на покупку иностранной валюты;

_____

часть паев была реализована ОАО «ГАЗЭНЕРГОБАНК» в количестве 1 532 шт. на сумму 15 002,6 тыс.руб., которые в последующем были досрочно погашены

21

- в основном, валютообменный курс обратной сделки совпадает с форвардным курсом, что является нехарактерным для рынка, учитывая высокую волатильность валютных курсов в III квартале 2014 года, и при исполнении пары разнонаправленных сделок контрагенты не получают ни прибыли, ни убытка, что противоречит сути хеджирующих сделок в виде срочных сделок для компенсации рисков балансовой позиции, которая заключается в получении хеджером дохода на одном рынке, перекрывающего убыточную сделку на другом.

В связи с выявленными обстоятельствами, в том числе погашением контрагентами требований и обязательств в полном объеме путем взаимозачета без формирования финансового результата, отличного от нуля, по нашему мнению, регулирование Банком открытых валютных позиций не соответствует требованиям п.2.2 Инструкции Банка России от 15.06.2005 №124-И «Об установлении размеров (лимитов) открытых валютных позиций, методике их расчета и особенностях осуществления надзора за их соблюдением кредитными организациями» (далее – Инструкция №124-И), согласно которому регулирование с использованием сделок покупки-продажи иностранной валюты и (или) иных сделок с финансовыми инструментами в иностранной валюте допускается в случае, если есть все основания полагать, что соответствующая сделка будет исполнена либо отсутствуют какие-либо причины, препятствующие ее исполнению.

Установленный характер сделок свидетельствует о связи контрагентов Ambika Investments Limited и AS IBS «Renesource Capital» с Банком. О связанности с компанией Ambika Investments Limited также заявили представители Банка на совещании в Банке России, состоявшемся 21.05.2015.

При этом, по мнению ГУ Банка России по Центральному федеральному округу, валютные операции Банка могли носить «дружественный» характер, так как контрагенты не являются кредитными организациями или крупными финансовыми компаниями (информация о контрагентах Ambika Investments Limited и AS IBS «Renesource Capital» отсутствует в информационной системе Bloomberg), которые специализируются на торговле валютой, и могут быть связаны с Банком.

*Таким образом, хеджирующие сделки с Ambika Investments Limited и AS IBS «Renesource Capital», по нашему мнению, не соответствуют требованиям к обеспечению, установленным главой 6 Положения №254-П, а именно абз. 2 п. 6.5.2[16] Положения №254-П и сделки с указанными контрагентами подлежат исключению при расчете чистой срочной позиции согласно абз. 4 п. 1.7.2 Инструкции №124-И.*

Исключение из расчета открытых валютных позиций хеджирующих сделок, заключенных Банком с контрагентами Ambika Investments Limited и AS IBS «Renesource Capital», могло привести к превышению лимитов открытых валютных позиций в течение рассмотренного периода (с 01.07.2014 по 01.04.2015). При этом, в соответствии с п. 4.2 Инструкции №124-И, Банк России может применять к кредитным организациям принудительные меры воздействия в случае превышения размеров (лимитов) открытых валютных позиций в отдельных иностранных валютах и отдельных драгоценных металлах, а также балансирующей позиции в рублях и суммы открытых валютных позиций в отдельных иностранных валютах и отдельных драгоценных металлах (в том числе их контрольных значений) за 6 и более операционных дней в совокупности в течение любых 30 последовательных операционных дней.

После прекращения Банком осуществления валютообменных операций с контрагентом Ambika Investments Limited основной объем операций в 2015 году приходится на сделки с контрагентом AS IBS «Renesource Capital».

---

[16] Резерв определяется с учетом суммы (стоимости) обеспечения, предоставленного третьим лицом, при условии, что: отсутствуют обстоятельства, которые могут привести к отказу кредитной организации от намерения реализовать права, вытекающие из предоставленного обеспечения по ссуде, включая субъективные обстоятельства (конфликт интересов сторон - участников по договору о предоставлении ссуды и (или) по договору об обеспечении ссуды, связь (прямая или косвенная) третьего лица с кредитной организацией)

С учетом изложенного, имеются основания предъявить Банку требование об исключении из расчета открытой валютной позиции сделок на покупку-продажу иностранной валюты с контрагентами Ambika Investments Limited и AS IBS «Renesource Capital».

**9.** ГУ Банка России по Центральному федеральному округу, проанализировав ссудную задолженность ООО «Золотая рыбка» в рамках договора от 22.12.2014 №22/12/2014, установило следующее.

По состоянию на 01.04.2015 ссудная задолженность ООО «Золотая рыбка в сумме 56 280 тыс.руб. (или 0,4% от активов) отнесена во 2 категорию качества (финансовое положение среднее, качество обслуживания долга хорошее) с величиной сформированного резерва в размере 562,8 тыс.руб. или 1%.

Ссудная задолженность ООО «Золотая рыбка» в рамках договора от 22.12.2014 №22/12/2014 образовалась на балансе Банка вследствие выкупа кредитной организацией задолженности заемщика у третьего лица ООО «Деньги» по договору уступки требования (цессии) от 28.01.2015 №28. Задолженность ООО «Золотая рыбка» перед ООО «Деньги» в сумме 62 648,7 тыс.руб. образовалась в рамках договора процентного займа от 22.12.2014 №22/12/2014. (Возникла вследствие заключения межу заемщиком и займодавцем соглашения о зачете от 22.12.2014 мелких займов по 8 договорам займов и причитающихся процентов и их трансформации в 1 займ в сумме 62 648,7 тыс.руб. Представление займов подтверждается представленными Банком выписками по счету заемщика).

По мнению ГУ Банка России по Центральному федеральному округу, представленные Банком документы не подтверждают наличие у Банка права требования возврата суммы займа с ООО «Золотая рыбка».

В соответствии с п. 9.5. Положения Банка России от 26.03.2004 № 254-П «О порядке формирования кредитными организациями резервов на возможные потери по ссудам, по ссудной и приравненной к ней задолженности» (далее – Положение № 254-П) если Банк России устанавливает, что ссуда отражена в бухгалтерском балансе и отчетности без документов, подтверждающих осуществление сделки с заемщиком, Банк России требует от кредитной организации классифицировать такую ссуду не выше, чем в V категорию качества с формированием резерва в размере 100 процентов.

С учетом изложенного, размер резерва к доформированию по ссудной задолженности заемщика в рамках договора от 22.12.2014 №22/12/2014, исходя из задолженности на 01.04.2015, составляет на 01.06.2015 55 717,2 тыс.руб.

Совокупный размер недосознанного РВП и РВПС по перечисленным выше вложениям (п.п. 4, 6, 7, 9 настоящего анализа) по состоянию на 01.06.2015, мог составить не менее 1 283 845 тыс.руб. и его доформирование приведет к нарушению нормативов Н1.1 «Норматив достаточности базового капитала банка» и Н1.2 «Норматив достаточности основного капитала банка» (значение которых составит 4,93% и 5,0% при минимальном значении 5% и 6%, соответственно), но не приведет к нарушению норматива Н1.0, снижение капитала по сравнению с максимальным за последние 12 месяцев величиной (на 01.02.2015) может составить 5%.

Таким образом, доформирование резервов в общей сумме, исходя из данных на 01.06.2015, могло привести к возникновению оснований для осуществления мер по предупреждению несостоятельности (банкротства) кредитной организации в соответствии с п. 3, 4 ст. 189.10 Федерального закона от 26.10.2002 № 127-ФЗ «О несостоятельности (банкротстве)». На основании п. 2.5.1 Указания Банка России от 30.04.2008 № 2005-У «Об оценке экономического положения банков», при наличии указанного обстоятельства кредитная организация соответствует 5 классификационной группе.

Учитывая, что доформирование по состоянию на 01.06.2015 резервов в размере 1 283 845 тыс.руб. могло привести к возникновению оснований для осуществления мер по предупреждению банкротства кредитной организации, принимая во внимание отсутствие действенных мер по переводу ценных бумаг, учет прав на которые осуществляется депозитариями-нерезидентами, в депозитарии-резиденты при одновременном росте в портфеле

23

Банка ценных бумаг прочих нерезидентов, в связи с неподтверждением со стороны Банка наличия в собственности вложений в ценные бумаги и отсутствием обременения по ним, а также в отношении ссуд, предоставленных Falcon Private Bank Ltd,    ГУ Банка России по Центральному федеральному округу, на основании ст. 72 и ч. 1 ст. 74 Федерального закона от 27.06.2002 № 86-ФЗ «О Центральном банке Российской Федерации (Банке России)» за нарушения Банком требований п.п. 1.4, 2.5 Положения № 375-П, п.2.6, пп. 2.7.3 п.2.7 Положения № 283-П  в Департамент банковского надзора Банка России было направлено письмо от 23.06.2015 №40-7-10/96218ДСП с предложением:

I. ввести в отношении кредитной организации ограничения сроком на 6 месяцев на:

1)    привлечение   денежных   средств   физических   лиц   и   индивидуальных предпринимателей, не являющихся акционерами ОАО АКБ «Пробизнесбанк»,  на счета по вкладам (депозитам) (до востребования и на определенный срок) и на текущие, расчетные счета физических лиц и индивидуальных предпринимателей.

*Объем данных операций было предложено ограничить остатками привлеченных средств индивидуальных предпринимателей и физических лиц на расчетных и текущих счетах  и счетах по учету вкладов (депозитов), сложившимися на дату введения ограничения.*

2) привлечение денежных средств индивидуальных предпринимателей и физических лиц, не являющихся акционерами ОАО АКБ «Пробизнесбанк»,  путем продажи им собственных ценных бумаг всех видов (облигаций, векселей, чеков, сберегательных, депозитных сертификатов и др.).

*Объем данных операций было предложено ограничить остатками привлеченных средств индивидуальных предпринимателей и физических лиц путем продажи им собственных ценных бумаг, сложившимися на дату введения ограничения.*

Кроме того, учитывая существенную долю привлеченных средств физических лиц в Группе, их сосредоточение на балансе ОАО АКБ «Пробизнесбанк» и размещение в рискованные активы, ГУ Банка России по Центральному федеральному округу предлагаем рассмотреть вопрос о введении данных ограничений в банках-участниках Группы «Лайф».

3) куплю-продажу ценных бумаг на внебиржевом рынке и ценных бумаг, не входящих в Ломбардный список Банка России.

*Объем данных операций было предложено ограничить суммой, не превышающей 10 млрд руб. (либо эквивалент в иностранной валюте) в месяц;*

II. предъявить Банку требование:

1)   устранить    допущенные   Банком при разработке ПВК нарушения п. 1.4, п. 2.5 Положения № 375-П;

2) на основании п. 8.2 Положения №283-П: не позднее дня, следующего за днем получения предписания, устранить нарушения требований п.2.6 и пп.2.7.3 п.2.7 Положения №283-П и доформировать резерв под вложения в паи ЗПИФН «ДОМ» до размера не менее 49,4% от суммы вложений (недосозданный резерв на 01.06.2015 составляет не менее **87 135,6** тыс.руб.);

3) на основании п. 2.2 и абз. 4 п. 1.7.2 Инструкции №124-И, с учетом  абз. 2 п. 6.5.2 Положения №254-П: исключить из расчета открытой валютной позиции сделки на покупку-продажу иностранной валюты с контрагентами Ambika Investments Limited  и  AS  IBS «Renesource Capital»;

III. руководствуясь п. 9.5 Положения № 254-П, п.8.2 Положения №283-П предъявить ОАО  АКБ  «Пробизнесбанк»  требования  не  позднее  дня,  следующего  за  днем  получения предписания:

- реклассифицировать ссудную задолженность Falcon Private Bank Ltd. с учетом требований п.п. 3.3 и 3.8 Положения №254-П,  в 3 категорию качества (оценив финансовое положение как «среднее», качество обслуживания долга как «среднее») с установлением расчетного резерва в размере не менее 21% (сумма РВПС к доформированию, исходя из задолженности заемщика на 01.05.2015, составила не менее **556 201,8** тыс. руб.);

- реклассифицировать ссудную задолженность ООО «Золотая рыбка» в рамках договора от 22.12.2014 №22/12/2014  в 5 категорию качества с величиной расчетного резерва в размере 100% (размер недоформированного резерва, исходя из задолженности заемщика на 01.04.2015,

составляет **55 717** тыс.руб.);

- реклассифицировать вложения в ценные бумаги Atlas Investment Solutions (Luxembourg) S.A. в 3 категорию качества с величиной расчетного резерва в размере 21%, оценив финансовое положение эмитента как «плохое» (недосозданный резерв на 01.06.2015 составляет не менее **584 790,57** тыс.руб.).

**10.** В связи с необходимостью анализа источников денежных средств, направленных нерезидентом на приобретение паев ЗПИФ «БизнесЭстейт» у Банка и ОАО «Газэнергобанк», ГУ Банка России по Центральному федеральному округу обратилось в Департамент банковского надзора Банка России с просьбой оказать содействие в получении выписки по расчетному счету компании ALTOBELLO SECURITIES APS, открытому в JSC «NORVIK BANKA».

Исходя из представленной Департаментом банковского надзора Банка России информации (от 17.11.2014 № 40-2-11/6785ДСП), источником денежных средств на расчетном счете нерезидента являлись денежные средства в размере 607 500 тыс. рублей, перечисленные со специального брокерского счета клиента-нерезидента, открытого в ОАО «ПРОМСВЯЗЬБАНК», по брокерскому договору №2612/12 с ООО «ИК ВЕЛЕС Капитал». Данные операции несут повышенные риски, так как, по нашему мнению, являются нетранспарентными.

В данной связи ГУ Банка России по Центральному федеральному округу в адрес Департамента за системно значимыми кредитными организациями Банка России был направлен запрос от 24.12.2014 № 40-7-10/176623ДСП о представлении выписки по брокерскому счету клиента-нерезидента ООО «ИК ВЕЛЕС Капитал», открытого в ОАО «ПРОМСВЯЗЬБАНК», раскрывающей источники формирования денежных средств в сумме 607 500 тыс. рублей на 23.06.2014.

По результатам рассмотрения представленной Департаментом надзора за системно значимыми кредитными организациями Банка России информации (письмо от 30.01.2015 № 42-4-10/1863ДСП) установлено, что источником денежных средств, направленных впоследствии ALTOBELLO SECURITIES APS на приобретение паев ЗПИФ «БизнесЭстейт», являются, в основном, средства в размере 521 000 тыс. рублей, перечисленные 23.06.2014 по поручению нерезидента со счета ООО «ИК ВЕЛЕС КАПИТАЛ» в НКО ЗАО НРД в качестве перераспределения денежных средств для текущих платежей.

На основании изложенного ГУ Банка России по Центральному федеральному округу обратилось в Департамент банковского надзора Банка России оказать содействие в получении брокерского отчета ООО «ИК ВЕЛЕС КАПИТАЛ», содержащего реестр сделок клиента ALTOBELLO SECURITIES APS за 2014 год, с указанием даты совершения сделки, типа финансового инструмента, валюты и суммы сделки, контрагентов.

Запрошенная выписка поступила из Департамента банковского надзора Банка России и находится на рассмотрении.

**11.** По результатам анализа данных отчетности ОАО АКБ «Пробизнесбанк» (ЗАО) (рег. № 2412, далее – Банк) по формам 0409117 «Данные о крупных ссудах», 0409118 «Данные о концентрации кредитного риска», 0409115 «Информация о качестве активов кредитной организации (банковской группы)» по состоянию на 01.12.2014 и 01.01.2015 были отмечены существенные изменения в составе и структуре кредитного портфеля Банка, а также возросшее количество заемщиков, в отношении которых уполномоченным органом управления Банка принято решение в соответствии с пп. 3.10, 3.12.3, 3.14.3 Положения № 254-П.

Учитывая вышеизложенное, в рамках осуществления функций банковского надзора, с целью оценки состава и качества кредитного портфеля Банка по уровню риска и адекватности сформированных резервов, ГУ Банка России по Центральному федеральному округу запросило у Банка актуальные информацию и документы в отношении оценки действующих ссудных задолженностей заемщиков Банка ООО «ИСКРА», ООО «Флавер», ООО «Ванилла», ООО «Евромаг», ООО «Автореал», XANGBO GLOBAL MARKETS PTE. LTD., Cross Continental Trading ltd., LOUIS DREYFUS COMMODITIES SUISSE SA, Midwestern Trading Group, ООО

«Проминвест+», ООО «Центр инновационных решений», ООО «Научно-Производственный Комплекс «Наносистема», ООО «БалтАвтоТрейд Ф», ООО «ИРВИН 2», ООО «Процессинговая компания «Лайф», ООО «УСП Компьюлинк», ООО «НОВАФАРМ», ООО «Бизнес Партнер», ООО «Инновационная компания «Реалфинанс» (запрос от 13.02.2015  № 40-7-10/19631ДСП).

Запрошенная информация представлена Банком в письме от 17.03.2015 № 21-4982, по результатам рассмотрения которой сообщаем следующее.

**11.1** В целом, по итогам рассмотрения информации об открытых Банком в конце 2014 года аккредитивах компаниям-нерезидентам, отмечаем, что проведенная Банком оценка кредитного риска адекватна требованиям Положения № 254-П. Условия договоров об открытии аккредитивов соответствуют рыночным. При этом в профессиональных суждениях Банка по оценке риска по данным активам отсутствует информация об источниках денежных средств по уплате комиссии  и процентов по аккредитивам. В данной связи уполномоченным представителем Банка России проводится работа по определению указанных источников и подтверждению уплаты заемщиками процентов по аккредитивам в соответствии с установленными графиками. Кроме того, в письме от 18.05.2015 № Т1-40-7-10/72761ДСП у Банка запрошена актуальная информация об оценке риска по данным активам.

Кроме того, уполномоченным представителем Банка России у кредитной организации запрошено обоснование участия Банка в сделках по выпуску безотзывных переводных аккредитивов нерезидентам Midwestern Trading Group, LOUIS DREYFUS COMMODITIES SUISSE SA, XANGBO GLOBAL MARKETS PTE. LTD., Cross Continental Trading ltd., учитывая специфику контрактов, в обеспечение финансирования которых они выпущены. Представленная информация находится на рассмотрении.

**11.2** Цель получения в Банке кредита заемщиками ООО «Ванилла», ООО «Флавер», ООО «Автореал», ООО «Евромаг» – приобретение ценных бумаг, а именно векселей.

При этом покупка векселей не соответствует заявленным видам деятельности заемщиков: ООО «Ванилла», ООО «Флавер» и ООО «Евромаг» – деятельность в сфере оптовой торговли одеждой и сопутствующими товарами, ООО «Автореал» – оптовая торговля автомобильными деталями.

Согласно представленным Банком материалам, всеми перечисленными заемщиками векселя были приобретены в соответствии с договорами купли-продажи, заключенными с ООО «ИК Столица». При этом приобретенные заемщиками в декабре 2014 года векселя ряда кредитных организаций по состоянию на 01.06.2015 числились в закладе банков-векселедателей.

Следует отметить, что контрагент заемщиков ООО «ИК Столица» отмечен в акте проверки Банка от 04.09.2015 № А1К-И25-11-19/1574ДСП как клиент, задействованный в схеме купли-продажи ценных бумаг (ОФЗ) с отсрочкой платежа на внебиржевом рынке. В рамках данных сделок покупка ценных бумаг осуществлялась Банком в конце каждого рассмотренного месяца, средства в оплату за облигации перечислялись  на открытые в Банке расчетные счета контрагентов (ООО «Пи энд Пи», ООО «Реформация», ООО «Флаунд», ООО «ИК Столица», ООО «Коллекторское агентство «Лайф», ООО «Металл Инвест», ООО «ФК» Лайф»), на следующий день после приобретения ценных бумаг с контрагентами заключались договоры на продажу, поставка продаваемых Банком ценных бумаг в соответствии с условиями договоров осуществлялась в начале следующего месяца одновременно с их частичной оплатой контрагентами, продажа ценных бумаг осуществлялась на условиях отсрочки части платежа, расчеты по сделкам осуществлялись внутри месяца.

Таким образом, имеются основания предположить, что сделки по приобретению заемщиками ООО «Ванилла», ООО «Флавер» и ООО «Евромаг» вышеперечисленных векселей являются фиктивными.

Указанные векселя, возможно, являются «зеркальными», учитывая, что часть их

отражена в отчетности ОАО «УРАЛСИБ» и ОАО Банк ВТБ как находящиеся в залоге (закладе) по ссудам, часть векселей эмитента ОАО «АЛЬФА-Банк» отражена в отчетности указанной кредитной организации как погашенные, и одновременно принимая во внимание, что те же векселя были использованы в сделке купли-продажи между ООО «Ванилла», ООО «Флавер», ООО «Евромаг» и их контрагентом ООО «ИК Столица».

Аналогичный вывод можно предположить и в отношении ООО «Автореал», поскольку условия кредитных договоров и цели использования кредитных средств у всех четырех заемщиков совпадают.

В данной связи в целях проведения дальнейшей работы по установлению источников направлений использования кредитных средств Банка и факта наличия/отсутствия «зеркального» учета указанных векселей, через структурные подразделения Банка России были направлены запросы:

- в «Нацинвестпромбанк» (АО) – о подтверждении факта непрерывного владения перечисленными векселями с даты составления по 01.01.2015, в случае реализации или обратного выкупа – копии соответствующих договоров;

- в ОАО «УРАЛСИБ», ОАО «АЛЬФА-Банк», ОАО Банк ВТБ и ОАО «АИКБ «Татфондбанк» – о предоставлении копий перечисленных векселей, а также в ОАО «УРАЛСИБ» и ОАО Банк ВТБ – информацию о дате, начиная с которой векселя находились в закладе (в случае, если векселя ОАО «АИКБ «Татфондбанк» также на 01.01.2015 находились в закладе, запросить у указанного Банка аналогичные сведения).

**12.** По результатам рассмотрения представленной ОАО АКБ «Пробизнесбанк» информации (письмо от 09.02.2015 № 20/1-2097) о причинах роста значения обязательного норматива достаточности собственных средств (капитала) кредитной организации Н1 в период с 01.06.2014 по 01.08.2014 с 10,44% до 13% соответственно и о причинах изменения указанного норматива на 01.12.2014 установлено следующее.

По результатам ранее проведенной с Банком работы в отношении контроля за изменением значений норматива достаточности собственных средств (капитала) (Н1.0) Банка было установлено, что <u>рост норматива Н1.0 в период с 01.06.2014 по 01.08.2014</u> был обусловлен, в основном, выбытием вложений в дочернюю компанию, переуступкой активов, снижением процентного риска и сокращением активов 3 группы вследствие уменьшения объема активов, отраженных по кодам 8954[17] и 8960[18]; <u>рост норматива Н1.0 в период с 01.10.2014 по 01.12.2014</u> - в основном, ростом величины собственных средств вследствие полученной в ноябре 2014 года прибыли и увеличением остаточной стоимости субординированного займа в иностранной валюте за счет роста курса доллара США, а также ростом активов 4 группы.

Согласно итогам проведенного анализа в отношении вышеуказанных фактов, в целом, информация кредитной организацией принята к сведению. Основное влияние на улучшение нормативов оказало увеличение собственных средств наряду с увеличением активов, взвешенных с учетом риска, при постоянной структуре активов. Вместе с тем, с Банком была

---

[17] Кредитные требования и требования по получению начисленных (накопленных) процентов к кредитным организациям, не имеющим рейтингов долгосрочной кредитоспособности, присвоенных международными рейтинговыми агентствами, и являющимся резидентами стран, имеющих страновую оценку «0» и «1», или стран с высоким уровнем доходов, являющихся членами ОЭСР и (или) Еврозоны, а также к кредитным организациям - резидентам стран, имеющих страновую оценку «2» (счета (их части): №№ 20316, 30114, 30119, 30221, 30233, 30427, 30602, 321А, 323А, 456А, 473А, 47408, 47410, 47423, 47427, 478А, 47901, 50109, 50118, (50121 - 50120), 50210, 50218, (50221 - 50220), 50310, 50318, 50618, (50621 - 50620), 50718, (50721 - 50720), 51801 ... 51807).

[18] Номинированные и (или) фондированные в иностранной валюте кредитные требования и требования по получению начисленных (накопленных) процентов к Российской Федерации, федеральным органам исполнительной власти, в том числе Министерству финансов Российской Федерации, субъектам Российской Федерации, муниципальным образованиям Российской Федерации, Банку России (счета (их части): №№ 32902 (в части требований по возврату ценных бумаг, номинированных в иностранной валюте, переданных по сделкам на возвратной основе), 441А, 442А, 460А, 461А, 47431, 47427, 47802, 47803, 47901, 50104, 50105, 50116, 50118, (50121 - 50120), 50205, 50206, 50214, 50218, (50221 - 50220), 50305, 50306, 50313, 50318, 50618, (50621 - 50620), 50718, (50721 - 50720), 51201 ... 51207, 51301 ... 51307).

27

продолжена работа в отношении причин установленного снижения процентного риска по состоянию на 01.08.2014 и причинах уменьшения объема активов, отраженных по коду 8954.

С учетом того, что причиной снижения процентного риска по состоянию на 01.08.2014 послужило заключение Банком с контрагентом AMBIKA INVESTMENTS LIMITED двух противоположных срочных сделок на покупку и продажу 153 еврооблигаций Министерства финансов Российской Федерации (ISIN XS0767472458) со сроком исполнения 01.08.2014, а причиной сокращения 3 группы активов явилось, в основном, исключение из состава кода 8954 и включение в код 8953[19] остатка по балансовому счету № 30602 клиента Dinosaur Merchant Bank Limited, который на 01.06.2014 был включен Банком в расчет кода 8954 ошибочно, у кредитной организации дополнительно были запрошены (запрос от 31.03.2015 № 40-7-10/45197ДСП):

- пояснения относительно предусмотренной Положением Банка России  от 16.07.2012 №385-П «О правилах ведения бухгалтерского учета в кредитных организациях, расположенных на территории Российской Федерации» необходимости отражения финансового результата от ПФИ как на покупку, так и на продажу базисного актива и, в случае фактического движения активов, документы, подтверждающие приобретение/продажу ценных бумаг;

- расшифровка активов, включенных Банком в расчет кодов 8954, 8953 в период с 01.06.2014 по 01.08.2014; корректный расчет обязательных нормативов капитала (путем включения остатков по балансовому счету № 30602 клиента Dinosaur Merchant Bank Limited в код 8953) по состоянию на 01.06.2014; оценка степени влияния кода 8953 на улучшение обязательного норматива собственных средств (капитала) Н1.0 на 01.06.2014 и достоверность данных отчетности Банка по форме 0409135 «Информация об обязательных нормативах и о других показателях деятельности кредитной организации» по состоянию на указанную отчетную дату.

Одновременно ГУ Банка России по Центральному федеральному округу был отмечен рост норматива Н1.0 на внутримесячные даты декабря 2014 года (на 17.12.2014 в сравнении с 16.12.2014), в связи с чем запрошены соответствующие пояснения о причинах, послуживших основанием для улучшения значения Н1.0 на 17.12.2014 в сравнении с 16.12.2014.

По итогам рассмотрения ответа Банка сообщаем следующее.

1. По вопросу заключенных Банком противоположных сделок с контрагентом AMBIKA INVESTMENTS LIMITED на поставку еврооблигаций Минфина со сроком исполнения 01.08.2014.

По информации Банка, Банком были заключены две противоположные сделки 30.04.2014 и 17.07.2014 на продажу и покупку соответственно 153 еврооблигаций Минфина (ISIN XS0767472458) с расчетами на 01.08.2014 с контрагентом AMBIKA INVESTMENTS LIMITED. Расчеты по данным сделкам были осуществлены путем зачета встречных требований и обязательств. По итогам взаимозачета Банк уплатил компании AMBIKA INVESTMENTS LIMITED 1 683 тыс. долл. США (или 60 128,7 тыс. руб.).

*В отношении изложенного отмечаем, что в целом, с учетом ранее сформированных выводов о непрозрачности сделок, заключаемых Банком с AMBIKA INVESTMENTS LIMITED по купле-продаже иностранной валюты, признаках манипулирования финансовым результатом, а также о непрозрачном характере сделок, риски которых хеджируются указанным образом, принимая во внимание обсуждение данного вопроса в ходе совещаний с представителями Банка, состоявшихся в Департаменте банковского надзора Банка России 21.05.2015 и 28.05.2015, Управлением надзора за крупными кредитными организациями в настоящее время*

---

19 Кредитные требования и требования по получению начисленных (накопленных) процентов к кредитным организациям, имеющим рейтинги долгосрочной кредитоспособности, присвоенные международными рейтинговыми агентствами, и являющимся резидентами стран, имеющих страновые оценки "0", "1", или стран с высоким уровнем доходов, являющихся членами ОЭСР и (или) Еврозоны (счета (их части): N N 20316, 30114, 30119, 30221, 30233, 30427, 30602, 321А, 323А, 456А, 473А, 47408, 47410, 47423, 47427, 478А, 47901, 50109, 50118, (50121 - 50120), 50210, 50218, (50221 - 50220), 50310, 50318, 50618, (50621 - 50620), 50718, (50721 - 50720), 51801 ... 51807).

*ведется работа по определению правомерности/соответствия рыночным условиям заключаемых Банком сделок с указанным контрагентом-нерезидентом и установлению фактов возможного заключения данных сделок в целях минимизации валютного риска, используемого для регулирования ОВП.*

2. По вопросу допущенной Банком ошибки при включении по состоянию на 01.06.2014 в состав кода 8954, входящего в расчета нормативов H1.0, H1.1, H1.2, остатков по счету № 30602 клиента Dinosaur Merchant Bank Limited.

По информации Банка, после переноса остатков балансового счета № 30602 клиента Dinosaur Merchant Bank Limited в размере 5 388 846 тыс. руб. из кода 8954 в код 8953 нормативы достаточности капитала Банка по состоянию на 01.06.2014 сложились бы следующим образом: H1.0 – 10,67% (ранее представленное значение составило 10,4%); H1.1 – 6,48% (6,3%); H1.2 – 6,68% (6,5%);

Таким образом, внесенная корректировка приведет к улучшению значений нормативов достаточности капитала по состоянию на 01.06.2014.

*С учетом того, что на основании проведенной Банком корректировки состава кодов 8953 и 8954 по состоянию на 01.06.2014 значения нормативов H1.0, H1.1, H1.2 на указанную отчетную дату примут иное значение, нежели отраженное в отчетности по ф. 0409135, данные указанной отчетности по состоянию на 01.06.2014 представлены Банком в искаженном виде.*

С учетом изложенного работа в отношении указанного клиента Банка продолжается, в Банк направлен запрос от 03.06.2015 № T1-40-7-10/84223 ДСП о предоставлении дополнительной информации.

В отношении улучшения значения норматива H1.0 по состоянию на внутримесячную дату 17.12.2014 в сравнении с показателем на 16.12.2014, информация принята к сведению.

Одновременно сообщаем, что в период с 01.01.2015 по 01.05.2015 наблюдается устойчивая тенденция снижения значений обязательных нормативов достаточности капитала, в связи с чем данная информация будет доведена до сведения Банка. Одновременно предполагается запросить планируемые мероприятия по наращиванию объема собственных средств (капитала).

**13**. По результатам рассмотрения Акта проверки от 09.07.2014 № АЗК-И25-11-19/1211ДСП) ОАО АКБ «Пробизнесбанк» по вопросу «Проверка в соответствии с требованиями статей 27 и 32 Федерального закона от 23.12.2003 №177-ФЗ «О страховании вкладов физических лиц в банках Российской Федерации», а также возражения Банка б/н б/д по Акту проверки от 09.07.2014 № АЗК-И25-11-19/1211ДСП, были установлены следующие нарушения:

1. нарушение требований п.1.8 части I и п.2.4 части III Приложения к Положению Банка России от 16.07.2012 №385-П «О правилах ведения бухгалтерского учета в кредитных организациях, расположенных на территории Российской Федерации»:

- в представленной Банком ведомости остатков по лицевым счетам итоговые суммы по балансовым счетам второго порядка №№ 40817, 40820, 42301 не соответствовали данным баланса Банка, т.е. имело место расхождение данных аналитического и синтетического учета;

2. нарушение требований Приложения 1 к Указанию Банка России от 01.04.2004 № 1417-У «О форме реестра обязательств банка перед вкладчиками» (далее – Указание № 1417-У),

а также отдельные недостатки.

В данной связи с Банком продолжается работа в целях приведения Реестра обязательств перед вкладчиками в соответствие с требованиями Указания №1417-У.

По результатам проведенной с ОАО АКБ «Пробизнесбанк» работы по устранению Банком недостатков, выявленных государственной корпорацией «Агентство по страхованию

вкладов» по итогам проведенного анализа реестра обязательств Банка перед вкладчиками (далее – Реестр) за IV квартал 2014 года, сообщаем следующее.

По результатам проведенного агентством анализа было установлено расхождение сведений о количестве счетов физических лиц в Реестре с данными раздела «Справочно» отчетности по форме 0409345 «Данные о ежедневных остатках подлежащих страхованию денежных средств физических лиц, размещенных во вклады» по состоянию на 01.01.2015 на 11 882 шт. Кроме того, в Реестр в состав обязательств Банком включен балансовый счет № 60307 «Расчеты с работниками по подотчетным суммам», который по своей характеристике не относится к счетам по учету денежных средств, подлежащих страхованию.

Банк письмом от 25.03.2015 № 13-6120 сообщил, что расхождение сведений о количестве счетов физических лиц в Реестре (305 613 шт.) с данными раздела «Справочно» отчетности по ф. 0409345 по состоянию на 01.01.2015 (293 731 шт.) обусловлено следующими причинами:

- в графе 2 раздела «Справочно» отчетности по ф. 0409345 неверно отражена информация об общем количестве счетов, остатки по которым включены в расчет формы. Следовало отразить 305 601 шт.;

- в Реестр ошибочно включены остатки по 4 лицевым счетам, открытым индивидуальным предпринимателям – нерезидентам на балансовом счете № 40807 «Юридические лица – нерезиденты»;

- в Реестр ошибочно включены остатки по 8 лицевым счетам, открытым на балансовом счете № 60307.

Отмечается сокращение ошибок практически по всем кодам (за исключением несущественного роста по кодам 106 и 108).

Общее количество ошибок по итогам тестирования Банком Реестра на 23.03.2015 составило 86 499, что на 4 690 меньше, чем по итогам проведенного Банком предыдущего тестирования реестра по состоянию на 03.02.2015 (общее количество ошибок составило 91 189). Из указанного количества ошибок:

- по 13 474 Банком проводится работа по их сокращению через офисы обслуживания и информационно-коммуникационные каналы связи (коды 101, 102, 103, 104, 105, 106, 121);

- по 73 025 считаем возможным принять во внимание пояснения Банка[20].

Вместе с тем, учитывая, что на текущий момент сохраняется значительное количество возникающих при тестировании Реестра ошибок, Реестр не в полной мере соответствует требованиям Указания № 1417-У, в связи с чем в ОАО АКБ «Пробизнесбанк» направлено письмо от 14.04.2015 № 40-7-10/54099ДСП о продолжении соответствующей работы. Письмом от 08.06.2015 № 13-10761 Банк представил результаты тестирования реестра на актуальную дату, которые находятся на рассмотрении.

**14.** В связи с установлением в деятельности ОАО АКБ «Пробизнесбанк» по итогам I квартала 2014 года[21] и II квартала 2014 года[22] признаков высокой вовлеченности в проведение сомнительных операций, а также с учетом результатов проведенной в Банке проверки[23], в том числе по вопросу оценки выполнения требований законодательства Российской Федерации и нормативных актов Банка России в области противодействия легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма (далее – ПОД/ФТ), Банк с регулярной периодичностью информирует ГУ Банка России по Центральному федеральному округу о реализации на практике разработанного комплекса мероприятий,

---

[20] С учетом информации, ранее представленной Банком в письме от 16.02.2015 № 13-2686, результаты рассмотрения которого доведены до Департамента лицензирования деятельности и финансового оздоровления кредитных организаций Банка России письмом от 02.03.2015 № 40-7-10/28585ДСП.

[21] Письмо Департамента от 23.05.2014 №12-2-2/1077ДСП.

[22] Письмо Департамента от 22.08.2014 №12-2-2/2019ДСП.

[23] Акт от 04.09.2014 № АIK-И25-11-19/1574ДСП, акт, составленный по отдельному вопросу «Оценка выполнения требований законодательства Российской Федерации и нормативных актов Банка России в области противодействия легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма» - от 02.09.2014 № АЗК-И25-11-19/1550ДСП.

направленных на исключение вовлечения Банка в проведение сомнительных операций[24].

В письме от 12.02.2015 № 24-2505 Банк проинформировал Департамент финансового мониторинга и валютного контроля Банка России[25] и ГУ Банка России по Центральному федеральному округу о переориентации существовавшей в кредитной организации системы ПОД/ФТ на проактивный риск-ориентированный подход и совершенствование применения принципа «Знай своего клиента». Согласно указанному письму в настоящее время Банк осуществляет системные шаги в отношении улучшения качества клиентской базы и одновременные меры по повышению качества входящего потока новых клиентов, что привело к превышению количества закрытых счетов клиентов над открытыми. Так, например, в соответствии с письмом Банка от 06.03.2015 № 24-4173 за период с 02.02.2015 по 27.02.2015 закрыты счета 113 клиентам.

В данной связи, в соответствии с запросом от 02.02.2015 № 40-7-10/13488, Банк информировал ГУ Банка России по Центральному федеральному округу[26] о плане по наращиванию клиентской базы и сроках его реализации, согласно которому количество открытых счетов клиентам – юридическим лицам за 2015 год должно составить 13 932[27]. За период с 01.10.2014 по 19.02.2015 в Банке открыто 3 217 счетов юридических лиц. Основные направления деятельности клиентов, принятых на обслуживание в указанном периоде – предоставление услуг, деятельность в сфере оптовой и розничной торговли и пр. При этом Банк сообщил о внедрении ряда изменений в операционной деятельности, связанных с более детальной идентификацией клиентов при открытии расчетных счетов в соответствии с требованиями по ПОД/ФТ.

По информации ОАО АКБ «Пробизнесбанк», Банк и в дальнейшем будет проводить мероприятия, направленные на снижение уровня вовлеченности в проведение сомнительных операций клиентов[28] и на регулярной основе информировать о результатах проведенных мероприятий.

На совещании, состоявшемся с представителями Банка 05.03.2015 в Департаменте банковского надзора Банка России, протокол которого направлен в адрес ГУ Банка России по Центральному федеральному округу письмом от 27.03.2015 № 40-2-11/2914ДСП, Департамент финансового мониторинга и валютного контроля Банка России отметил эффективную работу Банка по предотвращению осуществления его клиентами сомнительных операций и отсутствие оснований для дальнейшей работы с Банком в рамках Письма № 172-Т.

Вместе с тем, в ГУ Банка России по Центральному федеральному округу из различных источников продолжает поступать информация о клиентах Банка, деятельность которых характеризуется признаками осуществления сомнительных операций (проведение транзитных платежей), а также о клиентах, не осуществляющих реальной деятельности[29]. Кроме того, в ходе осуществления ГУ Банка России по Центральному федеральному округу мониторинга операций клиентов, проводимых по корреспондентскому счету Банка, открытому в Банке России, были выявлены некоторые клиенты, деятельности которых по формализованным критериям присущи отдельные признаки сомнительности (минимальный уровень налоговых

---

[24] Информация в отношении принятых Банком мер в части ПОД/ФТ доведена до сведения Департамента лицензирования деятельности и финансового оздоровления кредитных организаций, Департамента финансового мониторинга и валютного контроля, Департамента банковского надзора Банка России в письме ГУ Банка России по Центральному федеральному округу от 02.02.2015 № 40-7-10/13512ДСП.

[25] Доведено до сведения ГУ Банка России по Центральному федеральному округу письмом от 25.02.2015 № 12-5-1/336ДСП.

[26] Письмо Банка от 05.03.2015 № 20/1-4054.

[27] Согласно данным отчетности Банка по форме 0409251 «Сведения о счетах клиентов и платежах, проведенных через кредитную организацию (ее филиал)» по состоянию на 01.01.2015 в Банке открыто счетов юридическим лицам (некредитным организациям) в количестве: 48 404 – в рублях, 9 514 – в валюте.

[28] Согласно информации Департамента финансового мониторинга и валютного контроля Банка России от 20.11.2014 № ВН-12-5-1/2980ДСП показатель вовлеченности ОАО АКБ «Пробизнесбанк» в проведение сомнительных операций клиентов в III квартале 2014 года был нулевым.

[29] Письмо Департамента финансового мониторинга и валютного контроля Банка России от 15.12.2014 № 12-2-2/2993ДСП, обращение от 05.12.2014 № О-29368, письмо ИФНС от 01.12.2014 № 1-32187ДСП и др.

платежей, однонаправленность платежей)[30]. В отношении клиентов, которые продолжают проводить операции по расчетным счетам, открытым в ОАО АКБ «Пробизнесбанк», с Банком будет продолжена работа.

Отдельно отмечаем, что в соответствии с письмом Департамента финансового мониторинга и валютного контроля Банка России от 02.03.2015 № 12-2-2/398ДСП операции 343 клиентов Банка, совершенные в IV квартале 2014 года, по оценке Банка России, обладают признаками транзитных. Объемы валового транзита данных клиентов составили 27 082 млн руб. В настоящее время ГУ Банка России по Центральному федеральному округу проводит анализ деятельности перечисленных в указанном письме клиентов на основе представленных Банком материалов.

Следует отметить, что из указанного списка 343 клиентов счета 226 клиентам закрыты, в том числе счета 86 клиентов были закрыты в I квартале 2015 года, то есть после издания Письма Банка России от 31.12.2014 № 236-Т «О повышении внимания кредитных организаций к отдельным операциям клиентов». В целом, Банк проводит мероприятия, направленные на закрытие счетов клиентов, осуществляющих «сомнительную» деятельность. Однако, в основном, соответствующая работа проводится Банком после информирования Банком России кредитной организации о выявлении таких клиентов. Указанное свидетельствует о том, что Банк не осуществляет должную идентификацию клиентов на этапе рассмотрения заявки о приеме на обслуживание.

В настоящее время анализ операций всех 343 клиентов Банком завершен. По итогам анализа закрыто 249 счетов, в отношении операций 67 клиентов Банком принято решение о реализации права на отказ в проведении операций, в операциях 27 клиентов признаков сомнительности не обнаружено, принято решение о продолжении сотрудничества. В настоящий момент ГУ Банка России по Центральному федеральному округу проводится анализ указанных 27 клиентов Банка.

Дополнительно отмечаем, что, исходя из письма Департамента финансового мониторинга и валютного контроля Банка России от 21.04.2015 №ВН-12-2-2/1025ДСП, объем сомнительных транзитных операций, проведенных клиентами Банка в I квартале 2015 года, составил 11 млрд руб.

В данной связи, ГУ Банка России по Центральному федеральному округу проводит работу по определению перечня клиентов, проводивших в I квартале 2015 года операции, подпадающие под критерии Письма Банка России от 31.12.2014 № 236-Т «О повышении внимания кредитных организаций к отдельным операциям клиентов». По результатам проведенной работы будут выработаны меры дальнейшего надзорного реагирования к Банку.


Обобщая вышеизложенное отмечаем, что анализ отчетности ОАО АКБ «Пробизнесбанк» по состоянию на 01.06.2015 не свидетельствует о наличии существенных негативных тенденций в деятельности кредитной организации. При этом анализ вложений кредитно организации в отдельные инструменты свидетельствует об их существенной недооценке. В случае доформирования по ним адекватных резервов (по состоянию на 01.06.2015) у Банка возникнут основания для осуществления мер по предупреждению несостоятельности (банкротства). Более того, при предъявлении требований о доформировании резервов в размере 100% под активы, возвратность/ погашение которых вызывает сомнения, у кредитной организации могут возникнуть основания для отзыва лицензии на осуществление банковских операций.

По состоянию на 01.06.2015 ОАО АКБ «Пробизнесбанк» соответствует требованиям к участию в системе страхования вкладов.

Вместе с тем, деятельности кредитной организации характерны повышенные уровни следующих видов рисков: кредитный, операционный, правовой, рыночный риски и риск потери

---

[30] Информация Банка от 06.03.2015 № 24-4162, от 09.02.2015 № 24-2112, от 06.02.2015 № 24-2010, от 17.02.2015 № 24-2836, от 27.01.2015 № 24-1226, от 27.02.2015 № 24-3609, а также Отделения Ростов-на-Дону от 17.03.2015 № 9-2-1/5994ДСП.

деловой репутации.

В случае направления Банком России требования о доформировании резервов по непрозрачным активам, Банком будут нарушены пруденциальные нормы деятельности кредитных организаций, установленные Банком России для кредитных организаций, что может послужить основанием для отзыва лицензии.



translations@geotext.com
wwww.geotext.com

STATE OF NEW YORK          )
                          )    ss
COUNTY OF NEW YORK         )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached Information about the financial

position of OAO AKB Probusinessbank as at 06/01/2015..

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 12ᵗʰ day of January, 2018 .

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143