# EXHIBIT 7

[...]
## Probusinessbank liquidation to be handled by person who once faced criminal charges

09.10.2015 21:04

Vasily Bednin, Deputy Director of the Lending Institution Liquidations Department for the Deposit Insurance Agency, has been appointed director of the temporary administration at Probusinessbank (which lost its license on August 12). Bednin previously faced charges of extortion. This was reported by RBK, citing its copy of a DIA order dated September 2. The DIA press service confirmed Bednin's appointment as director of the bank's temporary administration. A Probusinessbank representative declined to comment.

"According to the procedure, the Central Bank appoints a temporary administration for the bank once the license has been revoked; they may be employees of the Central Bank and of the DIA, which becomes the bankruptcy manager of the bank and its liquidator. If he is a DIA employee, then he will probably represent the bankruptcy manager," says Igor Dubov, a partner at Yakovlev and Partners.

Vasily Bednin was involved in a corruption scandal in 2007. According to *Kommersant*, in February 2007 the Interior Affairs Office for the Central District filed charges against him under Article 204 of the Criminal Code ("Commercial bribery and extortion"). The complaint against Bednin came from representatives of Centurion bank, which had its license revoked, and its main creditor and shareholder, the Veteran social organization – Boris Sokalsky and Leonid Popov. They claimed that Bednin had refused to include Veteran on the list of creditors. According to Popov, Bednin had demanded half of the stuck assets in exchange for inclusion on the list.

As reported by *Kommersant*, Vasily Bednin's subsequent negotiations with the representative of Veteran, which took place in several stages at restaurants around Moscow and in the Agency's offices on Ul. Novokhokhlovskaya, were monitored by agents of Moscow's Financial Crimes Department. Agents recorded all of the meetings using a hidden video camera. "Veteran was supposed to give up the money in its account at Centurion bank according to the following scheme: RUB 2 million was supposed to go to a firm controlled by Vasily Bednin under an assignment of claim. Furthermore, Veteran was supposed to sign a statement waiving its claim to another RUB 2.7 million in favor of the bankruptcy manager," the newspaper reported.

Bednin was detained and charged, but the court rejected the prosecutor's motion to have him arrested and removed from his position, instead placing travel restrictions on him. At the time, First Deputy Director General of the DIA Valery Miroshnikov told *Kommersant* that he felt that what had happened was an attempt at defaming the DIA by criminal elements engaged in money laundering, asset-stripping and other suspicious transactions in banks being investigated by the DIA.

Prior to the scandal, Bednin had participated in the liquidations of dozens of banks (such as RFG-Bank, Rodnik Bank, NEP-Bank and others). The DIA press service told RBK that the criminal case against Bednin had been closed in April 2007 due to the lack of a crime event and of a legally defined crime.

1/15/2018        Probusinessbank liquidation to be handled by person who once faced criminal charges | banki.ru

Bednin continues to work at the DIA and handle bank liquidations. In that capacity, he has represented the interests of the bankruptcy manager in the bankruptcies of Slavyansky Bank and Trado-Bank (which were part of Matvei Urin's group), and of Printbank, Moscow Pledge Bank, and First Express Bank.

[…]

Россия

banki.ru

Фикс. доходность до 25%!
Инвестируй в МФК Мани Фанни онлайн!
От 1 500 000 р.

Вхс

БАНКИ    СТРАХОВАНИЕ    ИНВЕСТИЦИИ    СВЯЗЬ И ИНТЕРНЕТ    БОНУСНЫЙ КЛУБ

НОВОСТИ    БАНКИ И КОМПАНИИ    ПРОДУКТЫ И УСЛУГИ    РЕЙТИНГИ    ОБЩЕНИЕ    СЕРВИСЫ

Главная • Новости • Лента новостей • Банки • Ликвидацией Пробизнесбанка займется бывший фигурант уголовного дела

# Ликвидацией Пробизнесбанка займется бывший фигурант уголовного дела

10.09.2015 21:04 • 9396 💬 7

Руководителем временной администрации Пробизнесбанка (лишился лицензии 12 августа) назначен заместитель директора департамента ликвидации кредитных организаций АСВ Василий Беднин, которого ранее обвиняли в вымогательстве. Об этом пишет РБК, ссылаясь на имеющийся в его распоряжении приказ АСВ от 2 сентября. В пресс-службе АСВ подтвердили назначение Беднина главой временной администрации этого банка. Официальный представитель Пробизнесбанка от комментариев отказался.

«По процедуре ЦБ назначает временную администрацию в банке после отзыва лицензии, это могут быть сотрудники как ЦБ, так и АСВ, которое потом становится конкурсным управляющим банком и его ликвидатором. Если это сотрудник АСВ, то, скорее всего, потом он будет представителем конкурсного управляющего», — говорит партнер компании «Яковлев и партнеры» Игорь Дубов.

Василий Беднин стал участником коррупционного скандала в 2007 году. Как писал «Коммерсант», в феврале 2007 года УВД Центрального округа предъявило ему обвинение по статье 204 Уголовного кодекса («Коммерческий подкуп и вымогательство»). На Беднина пожаловались представители лишившегося лицензии банка «Центурион» и его главного кредитора и акционера — общественной организации «Ветеран» — Борис Сокальский и Леонид Попов. Они утверждали, что Беднин отказался включать «Ветеран» в число кредиторов. Чтобы попасть в реестр, Беднин, по словам Попова, требовал половину зависших активов.

Как писал «Коммерсант», дальнейшие переговоры Василия Беднина и представителя «Ветерана», которые прошли в несколько этапов в московских ресторанах, а также в помещении самого агентства на Новохохловской улице, велись уже под контролем оперативников столичного УБЭП. Все встречи оперативники записывали на скрытую видеокамеру. «Отказаться от своих денег на счете в банке «Центурион» «Ветеран» должен был по следующей схеме: 2 млн рублей по договору о переуступке прав требования должны были перейти фирме, подконтрольной Василию Беднину. Кроме того, «Ветеран» должен был подписать заявление об отказе от прав требования еще на 2,7 млн рублей в пользу самого конкурсного управляющего», — писала газета.

Беднин был задержан, ему предъявили обвинение, но суд отказал прокуратуре в аресте и отстранении от должности Беднина, оставив его под подпиской о невыезде. Первый заместитель гендиректора АСВ Валерий Мирошников тогда сказал «Коммерсанту», что считает случившееся оговором АСВ со стороны криминальных элементов, занимающихся отмыванием средств, выводом активов и прочими сомнительными операциями в банках, расследованием деятельности которых как раз и занимается АСВ.

До скандала Беднин участвовал в ликвидации десятка банков (например, РФГ-Банка, банка «Родник», НЭП-Банка и др.). Пресс-служба АСВ сообщила РБК, что уголовное дело в отношении Беднина было закрыто в апреле 2007 года из-за отсутствия события и состава преступления.

Беднин продолжает работать в АСВ и отвечать за ликвидацию банков. Так, он представлял интересы конкурсного управляющего при банкротстве Славянского Банка и Традо-Банка (входили в банковскую группу Матвея Урина), а также Принтбанка, Московского Залогового Банка, банка «Первый Экспресс».



Подписывайтесь на Телеграм бот Банки.ру!
@banki_ru_bot

ПОДПИСАТЬСЯ

Банки: Пробизнесбанк в «Книге Памяти»

Источник: РБК

| | 5 | 4 | | |
|---|---|---|---|---|

0



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )   ss
                    )
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached article titled "Probusinessbank liquidation to be handled by person who once faced criminal charges," dated September 10, 2015.

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 16th day of January, 2018.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York           Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432 t: +1.202.828.1267    t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500
London             Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143