# EXHIBIT 8

**The New York Times** | https://nyti.ms/1nPInkb

INTERNATIONAL BUSINESS

# $50 Billion Awarded in Breakup of Yukos

By STANLEY REED    JULY 28, 2014

An international court has awarded the shareholders of the now-defunct Yukos oil company more than $50 billion, ruling that the Russian government wrongly seized the company from one of the country's most powerful oligarchs.

The award by a tribunal in The Hague — the largest ever in international arbitration — is the latest chapter in a dispute that began in 2003 when Russian authorities arrested Yukos's chairman, Mikhail B. Khodorkovsky, and sold off his company over the next several years.

Mr. Khodorkovsky gained control of Yukos through Russia's privatization auctions in the 1990s, and the attack on the energy company was seen by some as the Kremlin's effort to correct irregularities in that process. Others, including Yukos shareholders, saw the company's troubles and Mr. Khodorkovsky's imprisonment as an effort by Russia's government to punish him for his political ambitions and take back the oil and gas industry.

In siding with the shareholders, the ruling adds to the pressure on Russia, which faces increased scrutiny in the United States and Europe for the escalating crisis in Ukraine. The Yukos case plays into broader concerns that Russia, under the leadership of President Vladimir V. Putin, has looked to stifle opposition and put valuable assets under Kremlin insiders' control.

A three-person panel, in a roughly 600-page ruling, portrayed the seizure and breakup of Yukos as a politically driven campaign to neutralize Mr. Khodorkovsky while taking the lucrative oil company from which he derived most of his wealth. The panel said Russia "was not driven by motives of tax collection" in auctioning off a core business but "by the desire of the state to acquire Yukos' most valuable asset."

"In short," the tribunal said, "it was in effect a devious and calculated expropriation."

"This has to be a considerable source of embarrassment and frustration for the small group of people at the helm" in Russia, said John Lough, a Russia analyst at Chatham House, a research organization in London.

Still, the award, which was less than shareholders sought, may prove a largely symbolic blow. It is unclear how shareholders will collect the money from Russia.

Lawyers for the shareholders said they expected the government to resist paying the award and that the case could drag on for years. If Russia did not pay, the lawyers said, they would go to court outside Russia to seize state-owned commercial assets, focusing in particular on Rosneft, the state-owned oil giant. Rosneft acquired the crown jewel of

3 ARTICLES REMAINING    SIGN UP    Subscriber login

"We are thrilled with this decision, although we know it is not the end of the road," said Tim Osborne, director of GML, the holding company created by the Yukos founder that owned about 60 percent of the oil company.

Russia's Ministry of Finance said it would appeal. "Instead of an objective, impartial consideration of the case, the arbitration court ruled based on current developments and as a result adopted a politically biased decision," it said in a statement on its website.

On Thursday, the European Court of Human Rights will rule on a separate claim for compensation against Russia brought by Yukos management on behalf of all former shareholders.

The potential of a $50 billion payout, even if it took years to collect, could cloud Russia's already weak economic picture in the near term. Analysts said the ruling could eventually hurt Russia's ability to borrow in international markets, which is already under threat from sanctions by the United States and Europe.

"The possibility of losing $50 billion in reserves could be a trigger for the rating agencies to revise their outlook for Russia's financial stability," said Alexey Pogorelov, an economist at Credit Suisse in Moscow.

The Yukos story traces back to the years after the fall of the Soviet Union. In the early 1990s, Moscow allowed a handful of aggressive traders and financiers to take over much of the oil business and other industries previously controlled by the state. Mr. Khodorkovsky, who had founded a bank called Menatep, gained control of Yukos in 1995 at a cheap price through an auction widely considered rigged.

Despite having little industry knowledge, Mr. Khodorkovsky helped revive the company by bringing in Western techniques like water injection and fracking. Production at Yukos almost doubled between 1995 and 2003.

But Mr. Khodorkovsky fell out of favor with Mr. Putin, who is said to have bridled at the chairman's rumored political ambitions and aggressive lobbying on business matters. In October 2003, agents arrested Mr. Khodorkovsky at a Siberian airport. He served 10 years in jail on charges of embezzlement and tax fraud before being pardoned by Mr. Putin late last year.

After its owner's arrest, Yukos's fortunes took a similar dive and the company was sold off. The key asset ended up with Rosneft, turning the state-controlled oil company from an also-ran into a rival to Gazprom, Russia's other energy giant.

On Monday, the tribunal did say that Yukos played an aggressive game on taxes and "could have faced some legitimate claims" and that there was a "shamlike nature" to some of its operations. But ultimately it ruled that the "state apparatus decided to take advantage of that vulnerability" to "bankrupt Yukos and appropriate its assets while at the same time removing Mr. Khodorkovsky from the political arena."

Shareholders viewed the ruling, made on July 18 and unveiled on Monday, as a victory.

"The findings were predictable for any unbiased observer," Mr. Khodorkovsky said in an emailed statement. "From beginning to end, the Yukos case has been an instance of unabashed plundering of a successful company by a mafia with links to the state."

Mr. Osborne, a British tax lawyer who runs GML, said on Monday that he expected Russia to apply to courts in the Netherlands to have the awards set aside. He also indicated that GML would be open to a settlement. "We accept there is a benefit to being paid straight away."

Emmanuel Gaillard, the Shearman & Sterling partner who headed the shareholders' legal team, expressed optimism that if Russia did not pay, it would be possible to round up $50 billion of assets "if we pierce the veil of

Rosneft and Gazprom." In other words, the shareholders could go after refineries, pipelines and other properties of Russia's state energy companies abroad.

Rosneft said on Monday that it "was not a party to and did not participate in the arbitrations and is not bound by the published rulings. Rosneft believes that all of its purchases of former Yukos assets and all other actions taken by it with respect to Yukos were entirely lawful and proper."

It is unlikely Mr. Khodorkovsky will benefit financially from the verdict. He says he handed over his stake to a partner, Leonid B. Nevzlin, in 2005; Mr. Nevzlin owns about 70 percent of GML. The other key beneficiaries include former business associates of Mr. Khodorkovsky — Platon Lebedev, Vasily S. Shakhnovsky, Mikhail B. Brudno and Vladimir M. Dubov — who own 7.5 percent each, and the pension fund for about 30,000 former Yukos employees.

Andrew Roth contributed reporting from Moscow and David Hersenhorn from Kiev. Masha Goncharova contributed research from New York.

A version of this article appears in print on July 29, 2014, on Page B1 of the New York edition with the headline: $50 Billion Awarded in Breakup of Yukos.

© 2018 The New York Times Company