# EXHIBIT 12

[...]

FINANCE AND INVESTMENT/#BANKS                                    3/17/2016 04:31

## Who will remain: What hides behind the mass revocation of banking licenses



**By Pyotr Rudenko**
*Forbes Contributor*



*(Photo Artyom Geodakyan/TASS)*

During the year since Forbes' last rating of banks was published, the Bank of Russia has set a new record, revoking the licenses of 106 banks, as opposed to 82 in the previous year.

For the whole of 2015, Russian bankers, faced with the revocation of their licenses, have practiced coming up with excuses for their clients who had been left without money. There's nothing the financiers didn't mention: "technical problems," the "appearance of a new investor," "hacker attacks," "scheming by competitors." Since the crisis, bank owners and managers have complained about the Central Bank's tacit strategy of reducing the number of lending institutions in Russia to three hundred. The CB denied that charge more than once, but the fact remains: since Elvira Nabiullina's arrival in the position of Governor of the Bank of Russia in April 2013, 252 banks have had their licenses revoked or had to be restructured. Speaking at an economic forum in Krasnoyarsk, billionaire Oleg Deripaska called the CB's actions a purge. "After the CB's purge, there are basically no private banks left, with only two banks actually remaining, and they

[...]

are not in a condition to handle such a big country," Deripaska believes. In his opinion, there should be at least eight or ten major banks, not two.

What do the experts say? "There is no evil CB destroying good banks, but there are bankrupt banks and criminal banks," says Dmitry Miroshnichenko, lead expert at the Center for Development at the Higher School of Economics National Research University. "We can only speak about a purge of openly criminal banks, but they are in the minority, they are small, and they have no effect on the actual state of affairs in the economy. Bankrupt banks clean themselves out of the sector, and the CB is only signing their death certificates."

[...]

Over the year since Forbes' last rating of banks was published, the Bank of Russia has set a new record, revoking licenses from 106 banks, as opposed to 82 in the previous year. What are the results? According to data from Russia's balance of payments, over the past three years the size of dubious operations (those with indications of fabrication or made with the purpose of moving money abroad) fell from USD 38.8 billion to USD 558 million. "Cash-out transactions and the withdrawal of funds will certainly remain, but they may be significantly transformed along the lines of developed countries," Miroshnichenko believes. "Cash-out transactions will give way to money laundering, and the withdrawal of funds will be motivated more by taxes rather than by efforts to protect those funds from expropriation."

The economic crisis continued to reveal serious problems among the top one hundred banks, and this time government entities and clients close to the country's leadership also suffered. Vneshprombank recorded a new low in the ratio of holes on its balance sheet (higher than RUB 187 billion) versus assets (RUB 275 billion). Among its victims were Rosneft, Rosneftegaz, Transneft, the Russian Olympic Committee, and entities belonging to the Russian Orthodox Church and the Ministry of Foreign Affairs. It is not only financial authorities, but also highly placed clients of lending institutions that have an incomplete idea of what is going on inside the "black box" that is called the Russian banking system. The crisis at Vneshprombank harmed Defense Minister Sergey Shoigu's wife Irina, Deputy Prime Minister Dmitry Kozak's spouse Natalia Kvacheva, and Transneft head Nikolay Tokarev's son-in-law Andrey Bolotov. At Nota-Bank, the former companies of the Rotenberg brothers and Gennady Timchenko ran into problems.

In this new year of 2016, banks are also setting new negative records: Payouts to Interkommerts Bank account holders from the Deposit Insurance Agency fund have exceeded RUB 60 billion, the most in history.

[...]

Analysts expect 2016 to bring a continuing decrease in the number of banks, and their continuing consolidation. The banking industry is losing money. Over the past two years, return on equity in the banking sector has been reduced to a sixth of its previous levels, and if we disregard help from their owners, the reduction is to one tenth, to 1.6%. The number of loss-making banks grew by 60% to 206, according to information from RAEX. Even given that the average value of the capital adequacy ratio has been at a minimum level over the past four years (12.7%), in order to meet it, banks are spending all their income on reserves. Banks are delaying their admission of the problems so as to create them gradually from profits, as their ability to absorb losses through capital is limited due to low capital adequacy ratios, says Aleksander Danilov from the rating agency Fitch. RAEX's baseline prediction says that in 2016 banking sector assets will grow by only 2% to RUB 82.5 trillion, or, disregarding changes in the exchange rate, will be reduced by 3%. Loans to small and medium-sized business will be reduced by 3%, to RUB 4.8 trillion, while unsecured consumer credits will be reduced by 6% to RUB 5.6 trillion. "Under these conditions, private owners of banks lose the incentive to invest in business development and the temptation arises to either scale back business, sell (if a buyer can be found), or in the worst case take all the money out and run away," says NAFI managing partner Pavel Samiyev.

## Just the numbers

| | | | |
|---|---|---|---|
| **252** | **banks** had licenses revoked or were reorganized over the past three years | **60%** over the past two years, return on equity in the banking sector, disregarding help from owners, reduced by a factor of **10** | growth in number of loss-making banks |
| **64.3** | **billion rubles** Interkommerts Bank sets a record for Deposit Insurance Agency payouts to accoun tholders | | volumes of dubious transactions for the purpose of moving funds abroad decreased by a factor of **70** from USD 38.8 billion to USD 558 million |
| Vneshprombank sets a record on deficit size | | | |
| **187.4** | **billion rubles** with declared bank assets of RUB 275 billion | | |

How many banks will remain? Danilov believes that the 50 biggest would be sufficient. "Ninety percent of banking system assets already belongs to these banks," the expert explains. Samiyev believes that even after the reduction in the total number of banks, the main problem will remain the hidden issues of the top 50 banks' corporate borrowers.

"Foreign-currency mortgage borrowers and consumer borrowers are just drops in the bucket," Samiyev says. "Big and medium-sized borrowers will also demonstrate growth in bad debts, which are not reflected in banks' balance sheets in full. Forced restructuring and rescheduling are also 'bad assets', and even if they partially become performing loans, a significant portion of them will still have to be written off or strictly regulated. For many borrowers experiencing problems, repayment dates have not yet arrived. It's possible that they could service the interest, but it's not a given they will be able to handle paying down the principal." Devaluation did not seriously increase manufacturing and investment in it. And so far, no measures to overcome the crisis have been put in place. "Loans made during economic stagnation are new bad debts, and a fall in loans means bad debts on the old portfolio. Banks will be experiencing problems with new borrowers, and will also be trying to put off for the future problems with the existing ones," Samiyev maintains.

According to the Bank of Russia, during 2015 loans to legal entities fell by 10% to RUB 29.9 trillion, while past-due debt rose by 52% to RUB 1.68 trillion. Miroshnichenko believes that the end of the crisis is nowhere in sight. "The configuration of the banking system is a reflection of the overall socioeconomic situation in the country," he says. "The question of the future of the banking system, essentially, is a question of the future of the country. I personally wouldn't risk making a prediction here."

[…]

 НОВОЕ   ПОПУЛЯРНОЕ   РЕЙТИНГИ   ВИДЕО   МНЕНИЯ   ВЫБОР РЕДАКЦИИ



Кто останется: что скрывается за массовым отзывом банковских лицензий

$59.47   ММВБ 2146.09
€63.94   BRENT 55.55

SHARE

**ЧИТАЙТЕ ТАКЖЕ**

 Правительство решило передать банкам функцию выдачи российских и заграничных паспортов

 Кризис скорректировал мандат банков развития

 Что год грядущий нам готовит? Взгляд банковского аналитика

*На правах рекламы*

 Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать

Татарское домино: почему рушатся банки

ФИНАНСЫ И ИНВЕСТИЦИИ /#БАНКИ   17.03.2016 04:31

# Кто останется: что скрывается за массовым отзывом банковских лицензий

Скрыть рекламу:

Не интересуюсь этой темой

Навязчивое и надоело

Сомнительного содержания или спам

Мешает просмотру контента

 Петр Руденко
*Forbes Contributor*



(Фото Артема Геодакяна / ТАСС)

За год, с момента выхода предыдущего рейтинга банков Forbes, Банк России обновил рекорд, отозвав лицензии у 106 банков против 82 годом ранее

Весь 2015 год российские банкиры перед отзывом лицензии тренировались в выдумывании оправданий для оставшихся без денег клиентов. О чем финансисты только не рассказывали: «технических проблемах», «появлении нового инвестора», «атаках хакеров», «происках конкурентов». После краха владельцы и руководители банков жаловались на негласную стратегию ЦБ – сокращение количества кредитных организаций в России до трех сотен. ЦБ неоднократно опровергал такую версию, но остается факт – после прихода Эльвиры Набиуллиной на пост председателя Банка России в апреле 2013 года 252 банка лишились лицензий или были санированы. Миллиардер Олег Дерипаска на экономическом форуме в Красноярске назвал действия ЦБ зачисткой. «После зачистки ЦБ частных банков вообще не осталось, осталось фактически два банка, а они не

РЕЙТИНГИ    ВИДЕО    МНЕНИЯ    ВЫБОР РЕДАКЦИИ

НОВОЕ    ПОПУЛЯРНОЕ

Кто останется: что скрывается за массовым отзывом банковских лицензий

SHARE

ЧИТАЙТЕ ТАКЖЕ


Правительство решило передать банкам функцию выдачи российских и заграничных паспортов


Кризис скорректировал мандат банков развития


Что год грядущий нам готовит? Взгляд банковского аналитика

*На правах рекламы*


Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать


Татарское домино: почему рушатся банки

в состоянии потянуть такую большую страну», — считает Дерипаска. По его оценке, основных банков должно быть не два, а хотя бы восемь-десять.

Что думают эксперты? «Нет злого ЦБ, уничтожающего добрые банки, а есть банки-банкроты и криминальные банки, — считает ведущий эксперт «Центра развития» НИУ ВШЭ Дмитрий Мирошниченко. — Можно говорить лишь о зачистке откровенно криминальных банков, но их меньшинство, они мелкие и на реальное положение дел в экономике никак не влияют. Банки-банкроты сами от себя зачищают сектор, ЦБ лишь выписывает свидетельства о смерти».

Скрыть рекламу:

Не интересуюсь этой темой
Навязчивое и надоело
Сомнительного содержания или спам
Мешает просмотру контента

## ВАС ТАКЖЕ МОЖЕТ ЗАИНТЕРЕСОВАТЬ

  

За год, с момента выхода предыдущего рейтинга банков Forbes, Банк России обновил рекорд, отозвав лицензии у 106 банков против 82 годом ранее. Что в результате? По данным платежного баланса России, за последние три года объемы сомнительных операций (с признаками фиктивности и целью вывода средств за рубеж) сократились с $38,8 млрд до $558 млн. «Обналичка и вывод средств непременно останутся, но могут существенно трансформироваться по образцу развитых стран, — считает Мирошниченко. — Обналичка уступит место легализации денег, а вывод средств будет мотивирован скорее налоговыми делами, а не стремлением защититься от экспроприации».

Экономический кризис продолжил вскрывать серьезные проблемы банков из первой сотни, и на этот раз пострадали и госструктуры, и клиенты, близкие к руководству страны. Внешпромбанк побил антирекорд по отношению размера дыры в балансе (свыше 187 млрд рублей) к активам (275 млрд рублей). Среди его жертв — «Роснефть», «Роснефтегаз», «Транснефть», Олимпийский комитет России, структуры Русской православной церкви и Министерства иностранных дел. О происходящем в «черном ящике» под названием «российская банковская система» до конца не знают не только финансовые власти, но и высокопоставленные клиенты кредитных организаций. От краха Внешпромбанка пострадала жена министра обороны Сергея Шойгу Ирина, супруга вице-премьера Дмитрия Козака Наталья Квачева и зять главы «Транснефти« Николая Токарева Андрей Болотов. В Нота-банке с проблемами столкнулись бывшие компании братьев Ротенбергов и Геннадия Тимченко.

Банки и в наступившем 2016 году ставят новые антирекорды: выплаты вкладчикам банка «Интеркоммерц» из фонда АСВ превысили 60 млрд рублей — исторический максимум.

НОВОЕ   ПОПУЛЯРНОЕ   РЕЙТИНГИ   ВИДЕО   МНЕНИЯ   ВЫБОР РЕДАКЦИИ

**Кто останется: что скрывается за массовым отзывом банковских лицензий**

SHARE

ЧИТАЙТЕ ТАКЖЕ


Правительство решило передать банкам функцию выдачи российских и заграничных паспортов


Кризис скорректировал мандат банков развития


Что год грядущий нам готовит? Взгляд банковского аналитика

На правах рекламы


Зимний отдых вашей мечты, каков он? Пройдите тест, чтобы узнать


Татарское домино: почему рушатся банки

Аналитики ожидают, что в 2016 году продолжится сокращение числа банков и их консолидация. Банковская отрасль убыточна. За два последних года рентабельность капитала по банковскому сектору сократилась в шесть раз, без учета помощи собственников — почти в 10 раз, до 1,6%. Число убыточных банков выросло на 60%, до 206, по данным агентства RAEX. Даже притом что среднее значение норматива достаточности капитала находится на минимальном за последние четыре года уровне (12,7%), чтобы выполнить его, банки тратят всю свою прибыль на резервы. Банки оттягивают признание проблем, чтобы резервировать их постепенно из прибыли, так как возможность абсорбировать убытки через капитал у них ограничена из-за низких коэффициентов достаточности капитала, говорит Александр Данилов из рейтингового агентства Fitch. По базовому прогнозу агентства RAEX, в 2016 году активы банковского сектора вырастут только на 2%, до 82,5 трлн рублей, а без учета изменения валютного курса сократятся на 3%. На 3% сократятся портфели кредитов малому и среднему бизнесу, до 4,8 трлн рублей, на 6% — необеспеченные потребительские кредиты, до 5,6 трлн рублей. «В таких условиях у частных владельцев банков теряется мотивация в продолжении бизнеса и появляется соблазн либо свернуть бизнес, продать его (если найдется покупатель), а в худшем случае вообще вывести деньги и сбежать», — говорит управляющий партнер НАФИ Павел Самиев.

**Только цифры**

**252** банка за последние три года были лишены лицензий или санированы.

**64,3 млрд рублей** банк «Интеркоммерц» ставит рекорд по выплатам вкладчикам от АСВ.

**187,4 млрд рублей** Внешпромбанк ставит рекорд по размеру дыры при заявленных банком активах 275 млрд рублей.

**60%** так выросло количество убыточных банков.

**в 10 раз** за последние два года сократилась рентабельность капитала по банковскому сектору без учета помощи собственников.

**в 70 раз** сократились объемы сомнительных операций с целью вывода средств за рубеж — с $38,8 млрд до $558 млн.

Сколько банков останется? По мнению Данилова, 50 крупнейших достаточно. «90% активов банковской системы уже приходится на эти банки», — объясняет эксперт. По мнению Самиева, и после сокращения общего числа банков главной проблемой останутся скрытые проблемы корпоративных заемщиков первых 50 банков.

«Валютные ипотечники и потребительские заемщики — это капля в море, — говорит Самиев. — Крупные и средние заемщики еще покажут рост плохих долгов, которые не отражаются на балансах банков в полной мере. Вынужденные реструктуризации и пролонгации — это тоже «плохие активы», и даже если они частично станут работающими кредитами, значимую часть из них все равно придется списывать или жестко урегулировать. По ряду заемщиков, испытывающих проблемы, сроки погашения еще не наступили. Возможно, они могут обслуживать процентные платежи, но с погашением не факт, что справятся». Девальвация не так сильно увеличила производство и инвестиции в него. А антикризисных мер пока нет. «Кредитование при стагнации экономики — это новые плохие долги, падение кредитования — это плохие долги по старому портфелю. Банки будут и испытывать проблемы с новыми заемщиками, и пытаться отложить на будущее проблемы с действующими», — уверен Самиев.

По данным Банка России, объемы кредитования юрлиц за 2015 год снизились на 10%, до 29,9 трлн рублей, а просроченная задолженность увеличилась на 52%, до 1,68 трлн рублей. По мнению Мирошниченко, конца кризиса не видно и в телескоп. «Конфигурация банковской системы — это отражение общей социально-экономической ситуации в стране, — говорит эксперт. — Вопрос о будущем банковской системы, по-сути, есть вопрос о будущем страны. Я лично не рискну давать здесь прогноз».

| | НОВОЕ | ПОПУЛЯРНОЕ | РЕЙТИНГИ | ВИДЕО | МНЕНИЯ | ВЫБОР РЕДАКЦИИ |

Подробнее о 100 самых надежных банках страны читайте в материале «Кредит доверия: рейтинг надежности банков».

Кто останется: что скрывается за массовым отзывом банковских лицензий

**SHARE**

**ЧИТАЙТЕ ТАКЖЕ**


Правительство решило передать банкам функцию выдачи российских и заграничных паспортов


Кризис скорректировал мандат банков развития



## ДРУГИЕ НОВОСТИ ПО ТЕМЕ

Банки столкнулись с проблемами при проведении налоговых платежей

ЦБ отозвал лицензии у двух банков

Банки попросят ЦБ отменить переход бюджетников на карту «Мир»

СМИ сообщили о новом зампреде ЦБ

Татфондбанк ввел ограничения на выдачу вкладов и снятие наличных

Скрыть рекламу:
Не интересуюсь этой темой
Навязчивое и надоело
Сомнительного содержания или спам
Мешает просмотру контента

## ВАС ТАКЖЕ МОЖЕТ ЗАИНТЕРЕСОВАТЬ

  

Старая закалка: миллиардеры любят ... 30%

Жизнь после ядерной войны: Россия нашла ... политические рецепты ...

Банки с квантовой защитой: физики против хакеров

## НОВОСТИ NATIONAL NEWS NETWORK

    

Порошенко предложил сделку жителям Донбасса и Крыма | Еще одна страна просит российского президента о помощи | Кличко вновь "проиграл": на этот раз в Давосе | После крушения Ту-154 Шойгу принял серьезное решение | Захаровой пришлось извиниться перед американцем

    

Благодаря Трампу россияне обогатились на 29 миллиардов долларов | Игорь Краснов озвучил стоимость имущества арестованного Улюкаева | Трамп осудил действия России в Сирии | Новый президент обойдется россиянам в огромную сумму | Своей победой на выборах Трамп обязан Жириновскому

## НОВОСТИ ПАРТНЕРОВ

    

Видео: Сын Трампа грубо отказался взять Меланью за руку | Саакашвили в странной одежде попал на видео в аэропорту ... | WFB: Разведка США бьет тревогу – в России строят ядерные ... | Анна Чапман высказалась о Клинтон | Трамп назвал дату встречи с Путиным



translations@geotext.com
www.geotext.com

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO ) ss

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached article titled "Who will remain: What hides behind the mass revolution of banking licenses," dated March 17, 2016.

Manuel Carreiro, Managing Editor
Geotext Translations, Inc.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 26th day of January, 20 17, by Manuel Carreiro, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: [signed]

P. YALAMANCHILI
COMM. #2136998
Notary Public - California
San Francisco County
My Comm. Expires Dec. 15, 2019

New York t: +1.212.631.7432
Washington, D.C. t: +1.202.828.1267
Chicago t: +1.312.242.3756
Houston t: +1.713.353.3909
San Francisco t: +1.415.576.9500
London t: +44.20.7553.4100
Paris t: +33.1.42.68.51.47
Stockholm t: +46.8.463.11.87
Frankfurt t: +49.69.7593.8434
Hong Kong t: +852.2159.9143