# EXHIBIT 13

Magnisky-related Designations

# U.S. DEPARTMENT OF THE TREASURY

SECRETARY MNUCHIN      ABOUT TREASURY      POLICY ISSUES      DATA      SERVICES      NEWS

# Resource Center

**Magnisky-related Designations**

12/29/2014
**OFFICE OF FOREIGN ASSETS CONTROL**
**Specially Designated Nationals List Update**

**The following individuals have been added to OFAC's SDN List:**

ALAUDINOV, Apti Kharonovich (a.k.a. ALAUDINOV, Apt Aaronovitch; a.k.a. ALAUDINOV, Apty); DOB 05 Oct 1973; POB Stavropol, Russia; Deputy Minister of Internal Affairs of the Chechen Republic and Major General of the Police (individual) [MAGNIT].

DAUDOV, Magomed Khozhakhmedovich (a.k.a. DAUDOV, Magomed Hojahmedovich; a.k.a. DAUDOV, Magomed Hozhahmedovich); DOB 26 Feb 1980; POB Shpakovskoe, Shpakovsky District, Stravopol, Russia; Chief of Staff of the Executive Office of Head and Government of the Chechen Republic; Chief of Presidential Administration for the Russian North Caucasus Region of Chechnya (individual) [MAGNIT].

GRIN, Victor Yakovlevich (a.k.a. GRIN, Viktor); DOB 01 Jan 1951 (individual) [MAGNIT].

STRIZHOV, Andrei Alexandrovich; DOB 01 Aug 1983 (individual) [MAGNIT].