# EXHIBIT 15

*PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK*
*(OPEN JOINT-STOCK COMPANY)*
*3 ul. Pudovkina, Moscow 119285*

**BALLOT**
*For voting at an Extraordinary General Meeting of Shareholders*
*of Probusinessbank JSCB OJSC*

Meeting place:           18/2 ul. Petrovka, str. 1, Moscow
Meeting date:            April 23, 2014
Meeting time:            10:00 a.m.

Shareholder name (Full name – for an individual):

**BlueCrest Emerging Markets Master Fund Limited**

Shareholder's number of votes: **273128**

| Agenda item for the Meeting and language of resolution put to a vote* | Voting options | Shareholder's number of votes |
|---|---|---|

| Item No. 1. Elect the secretary of the Extraordinary General Meeting of Shareholders. | | |
|---|---|---|
| **Language of the resolution:** Elect Nikolay Nikolayevich Firsov as the Secretary of the Extraordinary General Meeting of Shareholders. | YES | 273,128 |
| | NO | 0 |
| | ABSTAINED | 0 |

| Item No. 2. The Bank's purchase of placed shares |
|---|

| Language of the resolution: | | |
|---|---|---|
| Under Article 72 (clause 2) of Federal Law No. 208-FZ dated December 26, 1995, *On Joint-Stock Companies* and section 11.1 (paragraph two) of the Charter of Probusinessbank JSCB OJSC, pass a resolution for the Bank to purchase from the shareholders placed registered ordinary shares with a nominal value of 1,000 (one thousand) rubles each in an amount not to exceed 113,618 (one hundred thirteen thousand six hundred eighteen) shares. Set the purchase price of 1 (one) placed registered ordinary share of Probusinessbank JSCB OJSC during the purchase thereof by the Bank from the shareholders at the amount set by the resolution of the Board of Directors, in the amount of 2,620 (two thousand six hundred twenty) rubles. The period during which the share purchase will take place is set at 30 calendar days. The commencement date (the first day) of the share purchase period is set as the 36th (thirty-sixth) day from the date on which the General Meeting of Shareholders passed the resolution for the Bank's purchase of its own shares. The end date (the last day) of the share purchase period is set as the 65th (sixty-fifth) day from the date on which the General Meeting of Shareholders passed the resolution for the Bank's purchase of its own shares. Payment for the shares purchased by the Bank from the shareholders shall be made in cash in RF rubles and/or U.S. dollars. If payment is made in U.S. dollars the amount payable shall be determined based on the set price for the purchase of one share in rubles and converted into U.S. dollars at the official Bank of Russia exchange rate on the date of payment by the Bank for the purchased shares. Payment for the purchased shares shall be made by the Bank within the share purchase period. | YES | 273,128 |
| | NO | 0 |
| | ABSTAINED | 0 |

*Shareholder (representative):* [signature]/Linburgh Martin, Director _____
                              *(signature)*                    *(Full name)*

*<u>Voting Rules</u>:

1. The voter may choose only one voting option by crossing out the remaining options, except when voting as directed by persons who have acquired shares after the date of compilation of the list of persons entitled to participate in the general meeting or as directed by the owners of depositary securities;

2. If more than one voting option remains on the ballot, then the number of votes cast for the corresponding voting option must be indicated in the fields for entering the number of votes cast for each voting option, and a mark made to the effect that the voting is being done as directed by purchasers of shares transferred after the date of compilation of the list of persons entitled to participate in the general meeting and/or as directed by the owners of depositary securities;

3. A person voting under a power of attorney issued in relation to shares transferred after the date of compilation of the list of persons entitled to participate in the general meeting, must indicate, in the field for placing the number of votes located opposite the remaining voting option, the number of votes cast for the remaining voting option and make a mark to the effect that the voting is being done under a power of attorney issued in relation to shares transferred after the date of compilation of the list of persons entitled to participate in the general meeting;

4. If, after the date of compilation of the list of persons entitled to participate in the general meeting, not all shares have been transferred, the voter must indicate the number of votes cast for the remaining voting option in the field for placing the number of votes located opposite the remaining voting option and make a mark to the effect that some of the shares were transferred after the date of compilation of the list of persons entitled to participate in the general meeting. If instructions in relation to shares faithful [sic, "transferred"] after the date of compilation of the list of persons entitled to participate in the general meeting are received from the acquirers of those shares, coinciding with the remaining voting option, then those votes shall be totaled;

5. Amendments to the ballot shall be stipulated under the voter's signature;

6. The ballot must be signed by the shareholder;

7. A ballot completed not according to the indicated requirements shall be deemed void.

*АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК»*
*(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)*
*119285, г. Москва, ул. Пудовкина, д.3*

### БЮЛЛЕТЕНЬ
*для голосования на внеочередном Общем собрании акционеров*
*ОАО АКБ «Пробизнесбанк», проводимом в форме собрания*

Место проведения собрания:     г.Москва, ул.Петровка, д.18/2, стр. 1.
Дата проведения собрания:       23 апреля 2014 года.
Время проведения собрания:    10 час. 00 мин.

Наименование акционера (Ф.И.О. - для физического лица):

**БлюКрест Эмерджинг Маркетс Мастер Фанд Лимитед/ BlueCrest Emerging Markets Master Fund Limited**

Количество голосов, принадлежащих акционеру: **273128**

| Вопрос повестки дня собрания и формулировка решения, поставленная на голосование* | Варианты голосования | Количество голосов, принадлежащих акционеру |
|---|---|---|
| **Вопрос №1.**<br>Об избрании секретаря внеочередного Общего собрания акционеров. | | |
| **Формулировка решения:**<br>Избрать секретарем внеочередного Общего собрания акционеров Банка Фирсова Николая Николаевича. | **«ЗА»** | 273 128 |
| | **«ПРОТИВ»** | 0 |
| | **«ВОЗДЕРЖАЛСЯ»** | 0 |
| **Вопрос №2.**<br>О приобретении Банком размещенных акций | | |
| **Формулировка решения:**<br>В соответствии с пунктом 2 статьи 72 Федерального закона от 26 декабря 1995 года N 208-ФЗ «Об акционерных обществах», абзацем вторым пункта 11.1 | **«ЗА»** | 273 128 |
| | **«ПРОТИВ»** | 0 |

| | | |
|---|---|---|
| Устава ОАО АКБ «Пробизнесбанк» принять решение о приобретении Банком у акционеров размещенных обыкновенных именных акций номинальной стоимостью 1000 (Одна тысяча) рублей каждая в количестве, не превышающем 113 618 (Сто тринадцать тысяч шестьсот восемнадцать) штук. Определить цену приобретения 1 (Одной) размещенной обыкновенной именной акции ОАО АКБ «Пробизнесбанк» при приобретении их Банком у акционеров в сумме, определенной решением Совета директоров, в размере 2 620 (Две тысячи шестьсот двадцать) рублей. Срок, в течение которого осуществляется приобретение акций, устанавливается в 30 календарных дней. Дата начала (первый день) срока приобретения акций устанавливается как 36 (Тридцать шестой) день со дня принятия общим собранием акционеров решения о приобретении Банком собственных акций. Дата окончания (последний день) срока приобретения акций устанавливается как 65 (Шестьдесят пятый) день со дня принятия общим собранием акционеров решения о приобретении Банком собственных акций. Оплата акций, приобретаемых Банком у акционеров, осуществляется в денежной форме в рублях РФ и/или долларах США. При оплате в долларах США подлежащая выплате сумма определяется исходя из установленной цены приобретения одной акции в рублях с пересчетом в доллары США по официальному курсу Банка России на дату оплаты Банком приобретаемых акций. Оплата приобретаемых акций производится Банком в течение срока приобретения акции. | **«ВОЗДЕРЖАЛСЯ»** | 0 |

**Акционер (представитель):** _____ / Linburgh Martin, Director_____
*(подпись)*            *(Ф.И.О.)*

***Правила голосования:***

*1. голосующий вправе выбрать только один вариант голосования, вычеркнув оставшиеся варианты, кроме случаев голосования в соответствии с указаниями лиц, которые приобрели акции после даты составления списка лиц, имеющих право на участие в общем собрании, или в соответствии с указаниями владельцев депозитарных ценных бумаг;*

*2. если в бюллетене оставлены более одного варианта голосования, то в полях для проставления числа голосов, отданных за каждый вариант голосования, должно быть указано число голосов, отданных за соответствующий вариант голосования, и сделана отметка о том, что голосование осуществляется в соответствии с указаниями приобретателей акций, переданных после даты составления списка, имеющих право на участие в общем собрании, и (или) в соответствии с указаниями владельцев депозитарных ценных бумаг;*

*3. голосующий по доверенности, выданной в отношении акций, переданных после даты составления списка лиц, имеющих право на участие в общем собрании, в поле для проставления числа голосов, находящемся напротив оставленного варианта голосования, должен указать число голосов, отданных за оставленный вариант голосования, и сделать отметку о том, что голосование осуществляется по доверенности, выданной в отношении акций, переданных после даты составления списка лиц, имеющих право на участие в общем собрании;*

*4. если после даты составления списка лиц, имеющих право на участие в общем собрании, переданы не все акции, голосующий в поле для проставления числа голосов, находящемся напротив оставленного варианта голосования, должен указать число голосов, отданных за оставленный вариант голосования, и сделать отметку о том, что часть акций передана после даты составления списка лиц, имеющих право на участие в общем собрании. Если в отношении акций, преданных после даты составления списка лиц, имеющих право на участие в общем собрании, получены указания приобретателей таких акций, совпадающие с оставленным вариантом голосования, то такие голоса суммируются;*

*5. исправления в бюллетене оговариваются за подписью голосующего;*

*6. бюллетень должен быть подписан акционером;*

*7. бюллетень, заполненный не в соответствии с указанными требованиями, считается недействительным.*



translations@geotext.com
www.geotext.com

STATE OF NEW YORK     )
                               )
                               )    ss

COUNTY OF NEW YORK   )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true
and accurate translation from Russian into English of the attached Ballot.

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this  _3_  day of  _January_ , 20_18_ .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143