# EXHIBIT 16



**CENTRAL BANK
OF THE RUSSIAN FEDERATION
(Bank of Russia)**

12, ul. Neglinnaya, Moscow, 107016

Our ref. *012-33-1/3957*
*9/6/2013*
No. _____ of _____

E.V. Panteleev,

Representative under a power of attorney
of PRIVERA HOLDINGS LIMITED

Probusinessbank JSCB OJSC

3, ul. Pudovkina, Moscow 119285

Decision

The Bank of Russia hereby grants PRIVERA HOLDINGS LIMITED (Modestou Panteli, 4, Mesa Geitonia, 4003, Limassol, Republic of Cyprus), PROBUSINESSINVEST JOINT STOCK COMMERCIAL BANK (OPEN JOINT STOCK COMPANY) (3, ul. Pudovkina, Moscow 119285, the Russian Federation), ALIVIKT Limited Liability Company (6A, ul. Belomorskaya, Moscow 125195, the Russian Federation), KHIMPLAST Research and Production Centre Limited Liability Company (5, ul. Mikhnevskaya, Bldg. 1, Moscow 115547, the Russian Federation), TEPLOENERGOSVYAZ Limited Liability Company (10/8, ul. Kuibyshevskaya, Bldg. 1, Moscow 121351, the Russian Federation), SMU-TETS 19 Limited Liability Company (39, Dmitrovskoye Shosse, Bldg. 1, Moscow 127550, the Russian Federation), Aviastroi Central Design Bureau Limited Liability Company (6A, ul. Belomorskaya, Moscow 125195, the Russian Federation), Sergei Leonidovich Leontiev (5, ul. Veernaya, Block 1, Apt. 8, Moscow 119501, the Russian Federation), Aleksandr Dmitrievich Zheleznyak (21, ul. Probusinessbank JSCB, Moscow Region, Odintsovo District, Nikolina Gora, 143030, the Russian Federation), Marina Mikhailovna Krylova (33, ul. Nizhnyaya Pervomaiskaya, Apt. 13, Moscow 105554, the Russian Federation), Aleksei Gennadievich Saltykov (16, Osennii Blvd, Block 1, Apt. 88-89, Moscow 121614, the Russian Federation), Aleksandr Dmitrievich Tarando (40, ul. Veernaya, Block 4, Apt. 42, Moscow 119501, the Russian Federation), Raisa Aleksandrovna Batalova (7, ul. Batyushkova, Apt. 30, Kemerovo Region, Novokuznetsk, 654041, the Russian Federation) and Anastasiya Borisovna Chernikova (53, ul. Kastanaevskaya, Apt. 84, Moscow 121108, the Russian Federation), preliminary consent to the purchase of 98.758 per cent of the shares of Bank24.ru (Open Joint Stock Company), Bank of Russia License No. 2227, Ekaterinburg.

Of the individuals named above, the person who shall establish control over the shareholder of the lending institution, PRIVERA HOLDINGS LIMITED, shall be Sergei Leonidovich Leontiev.

[stamp:] 047419

2

  PRIVERA HOLDINGS LIMITED may acquire shares in the lending institution representing 98.758 per cent of its authorized capital.
  In concluding transactions leading to the acquisition of the shares in the lending institution, PRIVERA HOLDINGS LIMITED may acquire shares in the lending institution representing 98.758 per cent of its authorized capital, with a total value of RUB ........................
  The above group also includes the following shareholders of the lending institution:  <u>None.</u>

Deputy Chairman
Central Bank
Of the Russian Federation     [signature]    M.I. Sukhov

      [seal:] Central Bank of the Russian Federation

Form No 11SV-Uchet
KND Code [Classifier of Tax Documentation] 1121054



**FEDERAL TAX SERVICE**

FOREIGN ENTITY TAX REGISTRATION CERTIFICATE

This is to confirm that the foreign entity listed below:

Entity status:     **Foreign entity**

Name:              **HAGGARD FINANCIAL LIMITED**

Country of registration: **The Republic of Cyprus**

Was registered for tax purposes in accordance with
The Tax Code of the Russian Federation on                **9/3/2013**

With the tax authority listed below:
**Moscow Inter-District Federal Tax Service Inspectorate No. 50**        **7|7|5|0**

Following the opening of an account with a Russian Federation bank

And has been allocated the

   TIN/TRC number  **9|9|0|9|3|9|8|1|4|5** / **7|7|5|0|8|7|0|0|1**

**Deputy Manager**
**Moscow Inter-District Federal Tax Service**
**Inspectorate No. 50**                      [signature]         N.M. Feliksova

**Seal here**
[seal:] Moscow Inter-District Inspectorate No. 50

Series 77 No. 014644068

**Form No 11SV-Uchet**
KND Code 1121054



**FEDERAL TAX SERVICE**

**FOREIGN ENTITY TAX REGISTRATION CERTIFICATE**

This is to confirm that the foreign entity listed below

Entity status:    **Foreign entity**

Name:    **PRIVERA HOLDINGS LIMITED**

Country of registration: **The Republic of Cyprus**

Was registered for tax purposes in accordance with
The Tax Code of the Russian Federation on    **9/3/2013**

With the tax authority listed below:
**Moscow Inter-District Federal Tax Service Inspectorate No. 50**    7|7|5|0

Following the opening of an account with a Russian Federation bank

And has been allocated the

   TIN/TRC number  9|9|0|9|3|9|8|1|6|0 / 7|7|5|0|8|7|0|0|1

**Deputy Manager
Moscow Inter-District Federal Tax Service
Inspectorate No. 50**                    [signature]        **N.M. Feliksova**

**Seal here**
[seal:] Moscow Inter-District Inspectorate No. 50

Series 77 No. 014644069

Case 1:17-mc-00414-GBD-SN Document 9-16 Filed 01/16/18 Page 6 of 11



ЦЕНТРАЛЬНЫЙ БАНК
РОССИЙСКОЙ ФЕДЕРАЦИИ
(Банк России)

107016, Москва, ул. Неглинная, 12

от 06.09.2013 № 012-33-1/3957

на № _____ от _____

Представителю по доверенности
компании PRIVERA HOLDINGS
LIMITED

Э.В. Пантелееву

ОАО АКБ «Пробизнесбанк»

ул. Пудовкина, д. 3, г. Москва,
119285

Решение

Банк России выдает компании PRIVERA HOLDINGS LIMITED (Модесту Пантели, 4, Меса Гейтониа, 4003, Лимассол, Республика Кипр), АКЦИОНЕРНОМУ КОММЕРЧЕСКОМУ БАНКУ «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (ул. Пудовкина, д. 3, г. Москва, 119285, Российская Федерация), Обществу с ограниченной ответственностью «АЛИВИКТ» (ул. Беломорская, д. 6А, г. Москва, 125195, Российская Федерация), Обществу с ограниченной ответственностью «Научно-производственный центр «ХИМПЛАСТ» (ул. Михневская, д. 5, стр. 1, г. Москва, 115547, Российская Федерация), Обществу с ограниченной ответственностью «ТЕПЛОЭНЕРГОСВЯЗЬ» (ул. Кунцевская, д. 10/8, стр. 1, г. Москва, 121351, Российская Федерация), Обществу с ограниченной ответственностью «СМУ-ТЭЦ 19» (Дмитровское шоссе, д. 39, стр. 1, г. Москва, 127550, Российская Федерация), Обществу с ограниченной ответственностью «Центральное конструкторское бюро «Авиастрой» (ул. Беломорская, д. 6А, г. Москва, 125195, Российская Федерация), Леонтьеву Сергею Леонидовичу (ул. Веерная, дом 5, корпус 1, кв. 8, г. Москва, 119501, Российская Федерация), Железняку Александру Дмитриевичу (ул. АКБ «Пробизнесбанк», дом 21 «А», Московская обл., Одинцовский район, пос. Николина Гора, 143030, Российская Федерация), Крыловой Марине Михайловне (ул. Нижняя Первомайская, дом 33, кв. 13, г. Москва, 105554, Российская Федерация), Салтыкову Алексею Геннадьевичу (Осенний б-р, дом 16, корпус 1, кв. 88-89, г.Москва, 121614, Российская Федерация), Тарандо Александру Дмитриевичу (ул. Веерная, дом 40, корпус 4, кв. 42, г. Москва, 119501, Российская Федерация), Баталовой Раисе Александровне (ул. Батюшкова, д. 7, кв. 30, Кемеровская область, г. Новокузнецк, 654041, Российская Федерация), Черниковой Анастасии Борисовне (ул. Кастанаевская, дом 53, кв. 84, г.Москва, 121108, Российская Федерация) предварительное согласие на приобретение 98,758 процентов акций «Банк24.ру» (Открытое акционерное общество), лицензия Банка России № 2227, г. Екатеринбург.

В составе группы лиц лицом, которое установит контроль в отношении акционера кредитной организации компании PRIVERA HOLDINGS LIMITED является Леонтьев Сергей Леонидович.

047419

2

    Приобретение акций кредитной организации может быть осуществлено компанией PRIVERA HOLDINGS LIMITED в размере 98,758 процентов от уставного капитала кредитной организации.

    При осуществлении сделок по приобретению акций кредитной организации компания PRIVERA HOLDINGS LIMITED вправе приобрести 98,758 процентов от уставного капитала кредитной организации на общую сумму __-__ рублей.

    В состав указанной группы лиц также входят следующие акционеры кредитной организации: нет.

Заместитель Председателя  
Центрального банка  
Российской Федерации                                                                            М.И. Сухов



**Форма № 11СВ-Учет**
Код по КНД 1121054

## Федеральная налоговая служба

# СВИДЕТЕЛЬСТВО

### О ПОСТАНОВКЕ НА УЧЕТ ИНОСТРАННОЙ ОРГАНИЗАЦИИ В НАЛОГОВОМ ОРГАНЕ

Настоящее свидетельство подтверждает, что иностранная организация

Статус организации: **Иностранная организация**

Наименование: **ХАГГАРД ФАЙНЕНШИАЛ ЛИМИТЕД**

Страна регистрации: **Республика Кипр**

поставлена на учет в соответствии с Налоговым кодексом Российской Федерации   **03.09.2013 г.**

в налоговом органе
**Межрайонная инспекция Федеральной налоговой службы №50 по г.Москве**   7 7 5 0

В связи с открытием счета в банке Российской Федерации

И ей присвоен

ИНН/КПП   9 9 0 9 3 9 8 1 4 5 / 7 7 5 0 8 7 0 0 1

Заместитель начальника Межрайонной
ИФНС России №50 по г. Москве                                          Н.М. Феликсова

М.П.

серия 77  №014644068



Форма № 11СВ-Учет
Код по КНД 1121054

## Федеральная налоговая служба

# СВИДЕТЕЛЬСТВО

### О ПОСТАНОВКЕ НА УЧЕТ ИНОСТРАННОЙ ОРГАНИЗАЦИИ В НАЛОГОВОМ ОРГАНЕ

Настоящее свидетельство подтверждает, что иностранная организация

Статус организации: **Иностранная организация**

Наименование: **ПРИВЕРА ХОЛДИНГС ЛИМИТЕД**

Страна регистрации: **Республика Кипр**

поставлена на учет в соответствии с
Налоговым кодексом Российской Федерации      **03.09.2013 г.**

в налоговом органе
**Межрайонная инспекция Федеральной налоговой службы №50 по г.Москве**   7 7 5 0

В связи с открытием счета в банке Российской Федерации

И ей присвоен

ИНН/КПП   9 9 0 9 3 9 8 1 6 0 / 7 7 5 0 8 7 0 0 1

Заместитель начальника Межрайонной
ИФНС России №50 по г. Москве                    Н.М. Феликсова

М.П.

серия 77   №014644069

ЗАО «Полиграф-защита», Москва, 2010, уровень «В»



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )  ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Decision of the Central Bank of the Russian Federation.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 3rd day of January, 20 18.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York          Washington, D.C.      Chicago              Houston              San Francisco
t: +1.212.631.7432  t: +1.202.828.1267   t: +1.312.242.3756  t: +1.713.353.3909   t: +1.415.576.9500

London            Paris                 Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143