# EXHIBIT 17



**CENTRAL BANK OF THE
RUSSIAN FEDERATION
(Bank of Russia)**

12 ul. Neglinnaya, Moscow 107016

dated *1/23/2014*            No. *012-33-1/318*

Your Ref No. _____ dated _____

[To:]
Representative under a power of attorney
PRIVERA HOLDINGS LIMITED

M.K. Al-Rubain

Probusinessbank JSCB OJSC

18/2 ul. Petrovka, str. 1,
Moscow 127051

Decision

    The Bank of Russia grants PRIVERA HOLDINGS LIMITED (Modestou Panteli, 4 Mesa Geitonia, Limassol 4003, Republic of Cyprus); ALIVIKT HOLDINGS LIMITED (Modestou Panteli, 4 Mesa Geitonia, Limassol 4003, Republic of Cyprus); ALIVIKT Limited Liability Company (6A ul. Belomorskaya, Moscow 125195, Russian Federation); Research and Production Center KHIMPLAST Limited Liability Company (5 ul. Mikhnevskaya, str. 1, Moscow 115547, Russian Federation); TEPLOENERGOSVYAZ Limited Liability Company (10/8 ul. Kuntsevskaya, Moscow 121351, Russian Federation); SMU-TETs 19 Limited Liability Company (39 Dmitrovskoye shosse, str. 1, Moscow, 127550, Russian Federation); Aviastroy Central Design Bureau Limited Liability Company (6A ul. Belomorskaya, Moscow 125195, Russian Federation); Sergey Leonidovich Leontiev (5 ul. Veyernaya, korpus 1, Apt. 8, Moscow 119501, Russian Federation); Marina Mikhailovna Krylova (33 ul. Nizhnyaya Pervomayskaya, Apt. 13, Moscow 105554, Russian Federation); Aleksey Gennadiyevich Saltykov (16 Osenniy Bulv., korpus 1, Apt. 88-89, Moscow 121614, Russian Federation); Aleksandr Dmitriyevich Tarando (40 ul. Veyernaya, korpus 4, Apt. 42, Moscow 119501, Russian Federation); Raisa Aleksandrovna Batalova (7 ul. Batyushkova, Apt. 30, Kemerovo Oblast, Novokuznetsk 654041, Russian Federation); Anastasiya Borisovna Chernikova (53 ul. Kastanayevskaya, Apt. 84, Moscow 121108, Russian Federation) preliminary consent to the acquisition of 98,758 percent of shares of Bank24.ru (an open joint-stock company), Bank of Russia license No. 2227, Yekaterinburg.

    Within the group of individuals, the individual who has established control over the shareholder of the lending institution—PRIVERA HOLDINGS LIMITED—is Sergey Leonidovich Leontiev.

Deputy Chairman
Central Bank
of the Russian Federation

[seal:]
Central Bank of the Russian
Federation (Bank of Russia)
PSRN [Primary State
Registration Number]
1037700013020
TIN 7702235133 • TIN 7702235133 • TIN 7702235133 • TIN 7702235133 • TIN 7702235133 • TIN 7702235133 • TIN 7702235133
[illegible]

[signature]            M.I. Sukhov

050006



**ЦЕНТРАЛЬНЫЙ БАНК
РОССИЙСКОЙ ФЕДЕРАЦИИ
(Банк России)**

107016, Москва, ул. Неглинная, 12

от 23.01.2014 № 012-33-1/318

на № _____ от _____

Представителю по доверенности
компании PRIVERA HOLDINGS
LIMITED

М.К. Аль-Рубайи

ОАО АКБ «Пробизнесбанк»

ул. Петровка, д. 18/2, стр. 1,
г. Москва, 127051

Решение

Банк России выдает компании PRIVERA HOLDINGS LIMITED (Модесту Пантели, 4, Меса Гейтониа, 4003, Лимассол, Республика Кипр), компании ALIVIKT HOLDINGS LIMITED (Модесту Пантели, 4, Меса Гейтониа, 4003, Лимассол, Республика Кипр), Обществу с ограниченной ответственностью «АЛИВИКТ» (ул. Беломорская, д. 6А, г. Москва, 125195, Российская Федерация), Обществу с ограниченной ответственностью «Научно-производственный центр «ХИМПЛАСТ» (ул. Михневская, д. 5, стр. 1, г. Москва, 115547, Российская Федерация), Обществу с ограниченной ответственностью «ТЕПЛОЭНЕРГОСВЯЗЬ» (ул. Кунцевская, д. 10/8, стр. 1, г. Москва, 121351, Российская Федерация), Обществу с ограниченной ответственностью «СМУ-ТЭЦ 19» (Дмитровское шоссе, д. 39, стр. 1, г. Москва, 127550, Российская Федерация), Обществу с ограниченной ответственностью «Центральное конструкторское бюро «Авиастрой» (ул. Беломорская, д. 6А, г. Москва, 125195, Российская Федерация), Леонтьеву Сергею Леонидовичу (ул. Веерная, дом 5, корпус 1, кв. 8, г. Москва, 119501, Российская Федерация), Крыловой Марине Михайловне (ул. Нижняя Первомайская, дом 33, кв. 13, г. Москва, 105554, Российская Федерация), Салтыкову Алексею Геннадьевичу (Осенний б-р, дом 16, корпус 1, кв. 88-89, г.Москва, 121614, Российская Федерация), Тарандо Александру Дмитриевичу (ул. Веерная, дом 40, корпус 4, кв. 42, г. Москва, 119501, Российская Федерация), Баталовой Раисе Александровне (ул. Батюшкова, д. 7, кв. 30, Кемеровская область, г. Новокузнецк, 654041, Российская Федерация), Черниковой Анастасии Борисовне (ул. Кастанаевская, дом 53, кв. 84, г. Москва, 121108, Российская Федерация) предварительное согласие на приобретение 98,758 процентов акций «Банк24.ру» (Открытое акционерное общество), лицензия Банка России № 2227, г. Екатеринбург.

В составе группы лиц лицом, установившим контроль в отношении акционера кредитной организации, - компании PRIVERA HOLDINGS LIMITED, является Леонтьев Сергей Леонидович.

Заместитель Председателя
Центрального банка
Российской Федерации

М.И. Сухов

050006



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )  ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Decision No. 012-33-1/318 of the Central Bank of the Russian Federation, dated January 23, 2014.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 3rd day of January, 20 18.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York       Washington, D.C.   Chicago          Houston          San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London         Paris              Stockholm        Frankfurt        Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143