# EXHIBIT 18

LIFE PROCESSING COMPANY LLC

## Trademarks

No. 2014743332 12/24/2014



ФРОНТЛАЙФ FRONTLIFE
Trademark Application

No. 2014743331 12/24/2014

ЛАЙФКЛИК LIFECLICK
Trademark Application

No. 2014743335 12/24/2014

ПЭЙСИСЛАЙФ PAYSYSLIFE
Trademark Application

No. 2014741877 12/12/2014

Е-лайф
E-life

Е-ЛАЙФ E-LIFE
Trademark Application

**No.** 2014741879 12/12/2014

Фронт Лайф
Front Life

ФРОНТ ЛАЙФ FRONT LIFE
Trademark Application

No. 2014741878 12/12/2014

ЛАЙФПЭЙСИСТЕМ
LIFEPAYSYSTEM

ЛАЙФПЭЙСИСТЕМ LIFEPAYSYSTEM
Trademark Application

(190)

# RU

(210)

## 2014743332



**THE RUSSIAN FEDERATION**

**FEDERAL INTELLECTUAL PROPERTY SERVICE**
Trademarks, Service Marks and Appellations of Origin

Application for Registration of a Trademark (Service Mark)

As of 12/17/2017 Application Status: It was decided to deem the application withdrawn

(210) *Application No.* **2014743332** (220) *Date application received:* **12/24/2014**

(540) *Image of the designation sought*



(731)                                                                                            *Applicant:*
**RU, Life Processing Company Limited Liability Company, 125195, Moscow, ul. Belomorskaya, 6A**

*Mailing address:*
**127018, Moscow, ul. Oktyabrskaya, 2, First Patent Company LLC**

(511) *Nice Classification classes and list of goods and/or services:*

**09 - magnetic data carriers, recording discs; compact discs, DVDs and other digital recording media; cash registers, calculating machines, data processing equipment, computers; computer software.**

**35 - updating and maintenance of data in computer databases; invoicing; compilation of information into computer databases; advertising; business management assistance.**

**36 - online banking; processing of debit card payments; processing of credit card payments; electronic funds transfer; financing services; loans [financing].**

**38 - providing access to databases; message sending; computer aided transmission of messages and images; transmission of digital files; rental of message sending apparatus.**

**39 - physical storage of electronically stored data or documents.**

**42 - computer virus protection services; installation of computer software; research and development of new products for others; technical research; consultancy in the design and development of computer hardware; computer software consultancy; updating of computer software; monitoring of computer systems by remote access; maintenance of computer software; digitization of documents [scanning]; conversion of data or documents from physical to electronic media; conversion of computer programs and data, other than physical conversion; computer system design; rental of web servers; computer rental; rental of computer software; duplication of computer programs; computer software design; computer programming.**

**45 - licensing of computer software [legal services]; personal background investigations.**

**Facsimile Images**

(190)

# RU

(210)

# 2014743331



**THE RUSSIAN FEDERATION**

**FEDERAL INTELLECTUAL PROPERTY SERVICE**
Trademarks, Service Marks and Appellations of Origin

Application for Registration of a Trademark (Service Mark)

As of 12/18/2017 Application Status: It was decided to deem the application withdrawn

(210) Application No. **2014743331** (220) Date application received: **12/24/2014**

(540) *Image of the designation sought*



(731) *Applicant:*

**RU, Life Processing Company Limited Liability Company, 125195, Moscow ul. Belomorskaya 6A**

*Mailing address:*

**127018, Moscow, 2 ul. Oktyabrskaya, First Patent Company LLC**

(511) *Nice Classification classes and list of goods and/or services:*

**09 - magnetic data carriers, recording discs; compact discs, DVDs and other digital recording media; cash registers, calculating machines, data processing equipment, computers; computer software.**

**35 - updating and maintenance of data in computer databases; invoicing; compilation of information into computer databases; advertising; business management assistance.**

**36 - online banking; processing of debit card payments; processing of credit card payments; electronic funds transfer; financing services; loans [financing].**

**38 - providing access to databases; message sending; computer aided transmission of messages and images; transmission of digital files; rental of message sending apparatus.**

**39 - physical storage of electronically stored data or documents.**

**42 - computer virus protection services; installation of computer software; research and development of new products for others; technical research; consultancy in the design and development of computer hardware; computer software consultancy; updating of computer software; monitoring of computer systems by remote access; maintenance of computer software; digitization of documents [scanning]; conversion of data or documents from physical to electronic media; conversion of computer programs and data, other than physical conversion; computer system design; rental of web servers; computer rental; rental of computer software; duplication of computer programs; computer software design; computer programming.**

**45 - licensing of computer software [legal services]; personal background investigations.**

**Facsimile Images**

Page 1, Page 2

(190)

# RU

(210)

# 2014743335

**THE RUSSIAN FEDERATION**



**FEDERAL INTELLECTUAL PROPERTY SERVICE**

Trademarks, Service Marks and Appellations of Origin

Application for Registration of a Trademark (Service Mark)

As of 12/18/2017 Application Status: It was decided to deem the application withdrawn

(210) *Application No.* **2014743335** (220) *Date application received:* **12/24/2014**

(540) *Image of the designation sought*



(731)                                                                                                              *Applicant:*

**RU, Life Processing Company Limited Liability Company, 125195, Moscow, ul. Belomorskaya, 6A**

*Mailing address:*
**127018, Moscow, ul. Oktyabrskaya, 2, First Patent Company LLC**

(511) *Nice Classification classes and list of goods and/or services:*

**09 - magnetic data carriers, recording discs; compact discs, DVDs and other digital recording media; cash registers, calculating machines, data processing equipment, computers; computer software.**

**35 - updating and maintenance of data in computer databases; invoicing; compilation of information into computer databases; advertising; business management assistance.**

**36 - online banking; processing of debit card payments; processing of credit card payments; electronic funds transfer; financing services; loans [financing].**

**38 - providing access to databases; message sending; computer aided transmission of messages and images; transmission of digital files; rental of message sending apparatus.**

**39 - physical storage of electronically stored data or documents.**

**42 - computer virus protection services; installation of computer software; research and development of new products for others; technical research; consultancy in the design and development of computer hardware; computer software consultancy; updating of computer software; monitoring of computer systems by remote access; maintenance of computer software; digitization of documents [scanning]; conversion of data or documents from physical to electronic media; conversion of computer programs and data, other than physical conversion; computer system design; rental of web servers; computer rental; rental of computer software; duplication of computer programs; computer software design; computer programming.**

**45 - licensing of computer software [legal services]; personal background investigations.**

**Facsimile Images**

Page 1, Page 2

(190)

# RU

(210)

# 2014741877

**THE RUSSIAN FEDERATION**

**FEDERAL INTELLECTUAL PROPERTY SERVICE**
Trademarks, Service Marks and Appellations of Origin
Application for Registration of a Trademark (Service Mark)

As of 12/18/2017 Application Status: It was decided to deem the application withdrawn

(210) *Application No.* **2014741877** (220) *Date application received:* **12/12/2014**

(540) *Image of the designation sought*

Е-лайф

E-life

(731)                                                                                                                                    *Applicant:*
**RU, Life Processing Company Limited Liability Company, 125195, Moscow, ul. Belomorskaya, 6A**

(740) *Patent agent (full name, registration number, location):*
**Abduraimova            Jannet                    Agamuradovna,                    1588**

*Mailing address:*
**127018, Moscow, ul. Oktyabrskaya, 2, First Patent Company LLC**

(511) *Nice Classification classes and list of goods and/or services:*

**09 - magnetic data carriers, recording discs; compact discs, DVDs and other digital recording media; cash registers, calculating machines, data processing equipment, computers; computer software.**

**35  - updating and maintenance of data in computer databases; invoicing; compilation of information into computer databases; advertising; business management assistance.**

**36 - online banking; processing of debit card payments; processing of credit card payments; electronic funds transfer; financing services; loans [financing].**

**38 - providing access to databases; message sending; computer aided transmission of messages and images; transmission of digital files; rental of message sending apparatus.**

**39  - physical storage of electronically stored data or documents.**

**42 - computer virus protection services; installation of computer software; research and development of new products for others; technical research; consultancy in the design and development of computer hardware; computer software consultancy; updating of computer software; monitoring of computer systems by remote access; maintenance of computer software; digitization of documents [scanning]; conversion of data or documents from physical to electronic media; conversion of computer programs and data, other than physical conversion; computer system design; rental of web servers; computer rental; rental of computer software; duplication of computer programs; computer software design; computer programming.**

45 - licensing of computer software [legal services]; personal background investigations.

**Facsimile Images**

Page 1, Page 2

(190)

# RU

(210)

# 2014741879

**THE RUSSIAN FEDERATION**



**FEDERAL INTELLECTUAL PROPERTY SERVICE**
Trademarks, Service Marks and Appellations of Origin

Application for Registration of a Trademark (Service Mark)

As of 12/18/2017 Application Status: It was decided to deem the application withdrawn

(210) *Application No.* **2014741879** (220) *Date application received:* **12/12/2014**

(540) *Image of the designation sought*

Фронт Лайф
Front Life

(731)                                                                                                    *Applicant:*
**RU, Limited Liability Company Life Processing Company, 125195, Moscow, ul. Belomorskaya, 6A**

(740) *Patent agent (full name, registration number, location):*
**Abduraimova          Jannet          Agamuradovna,          1588**

*Mailing address:*
**127018, Moscow, ul. Oktyabrskaya, 2, First Patent Company LLC**

(511) *Nice Classification classes and list of goods and/or services:*

**09 - magnetic data carriers, recording discs; compact discs, DVDs and other digital recording media; cash registers, calculating machines, data processing equipment, computers; computer software.**

**35   - updating and maintenance of data in computer databases; invoicing; compilation of information into computer databases; advertising; business management assistance.**

**36 - online banking; processing of debit card payments; processing of credit card payments; electronic funds transfer; financing services; loans [financing].**

**38 - providing access to databases; message sending; computer aided transmission of messages and images; transmission of digital files; rental of message sending apparatus.**

**39 - physical storage of electronically stored data or documents.**

**42 - computer virus protection services; installation of computer software; research and development of new products for others; technical research; consultancy in the design and development of computer hardware; computer software consultancy; updating of computer software; monitoring of computer systems by remote access; maintenance of computer software; digitization of documents [scanning]; conversion of data or documents from physical to electronic media; conversion of computer programs and data, other than physical conversion; computer system design; rental of web servers; computer rental; rental of computer software; duplication of computer programs; computer software design; computer programming.**

**45 - licensing of computer software [legal services]; personal background investigations.**

**Facsimile Images**

Page 1, Page 2

(190)

# RU

(210)

# 2014741878

**THE RUSSIAN FEDERATION**



**FEDERAL INTELLECTUAL PROPERTY SERVICE**
Trademarks, Service Marks and Appellations of Origin
Application for Registration of a Trademark (Service Mark)

As of 12/18/2017 Application Status: It was decided to deem the application withdrawn

(210) *Application No.* **2014741878** (220) *Date application received:* **12/12/2014**

(540) *Image of the designation sought*

LIFEPAYSYSTEM

(731)                                                                                                          *Applicant:*
**RU, Limited Liability Company Life Processing Company, 125195, Moscow, ul. Belomorskaya, 6A**

(740) *Patent agent (full name, registration number, location):*
**Abduraimova              Jannet              Agamuradovna,              1588**

*Mailing address:*
**127018, Moscow, 2 ul. Oktyabrskaya, First Patent Company LLC**

(511) *Nice Classification classes and list of goods and/or services:*

**09** - magnetic data carriers, recording discs; compact discs, DVDs and other digital recording media; cash registers, calculating machines, data processing equipment, computers; computer software.

**35** - updating and maintenance of data in computer databases; invoicing; compilation of information into computer databases; advertising; business management assistance.

**36** - online banking; processing of debit card payments; processing of credit card payments; electronic funds transfer; financing services; loans [financing].

**38** - providing access to databases; message sending; computer aided transmission of messages and images; transmission of digital files; rental of message sending apparatus.

**39** - physical storage of electronically stored data or documents.

**42** - computer virus protection services; installation of computer software; research and development of new products for others; technical research; consultancy in the design and development of computer hardware; computer software consultancy; updating of computer software; monitoring of computer systems by remote access; maintenance of computer software; digitization of documents [scanning]; conversion of data or documents from physical to electronic media; conversion of computer programs and data, other than physical conversion; computer system design; rental of web servers; computer rental; rental of computer software; duplication of computer programs; computer software design; computer programming.

**45** - licensing of computer software [legal services]; personal background investigations.

**Facsimile Images**

Page 1, Page 2

# Товарные знаки

№ 2014743332 24.12.2014

ФРОНТЛАЙФ FRONTLIFE
Заявка на товарный знак

№ 2014743331 24.12.2014

ЛАЙФКЛИК LIFECLICK
Заявка на товарный знак

№ 2014743335 24.12.2014

ПЭЙСИСЛАЙФ PAYSYSLIFE
Заявка на товарный знак

№ 2014741877 12.12.2014

Е-ЛАЙФ E-LIFE
Заявка на товарный знак

№ 2014741879 12.12.2014

ФРОНТ ЛАЙФ FRONT LIFE
Заявка на товарный знак

№ 2014741878 12.12.2014

ЛАЙФПЭЙСИСТЕМ LIFEPAYSYSTEM
Заявка на товарный знак



(190)
# RU
(210)
# 2014743332

**РОССИЙСКАЯ ФЕДЕРАЦИЯ**



**ФЕДЕРАЛЬНАЯ СЛУЖБА
ПО ИНТЕЛЛЕКТУАЛЬНОЙ СОБСТВЕННОСТИ**
Товарные знаки, знаки обслуживания и наименования мест происхождения товаров

---

Заявка на регистрацию товарного знака (знака обслуживания)

---

По данным на 17.12.2017 состояние делопроизводства: Принято решение о признании заявки отозванной
(210) *Номер заявки:* **2014743332** (220) *Дата поступления заявки:* **24.12.2014**
(540)          *Изображение          заявляемого          обозначения*



(731)                                                                                          *Заявитель:*
**RU, Общество с ограниченной ответственностью "Процессинговая компания "Лайф", 125195,
Москва,                          ул.                          Беломорская,                          6А**

*Адрес                                          для                                          переписки:*
**127018,     Москва,     ул.     Октябрьская,     2,     ООО     "Первая     патентная     компания"**

(511) *Классы МКТУ и перечень товаров и/или услуг:*

**09 - магнитные носители информации, диски звукозаписи; компакт-диски, dvd и другие
цифровые носители информации; кассовые аппараты, счетные машины, оборудование для
обработки информации и компьютеры; программное обеспечение.**

**35 - ведение автоматизированных баз данных; выписка счетов; сбор информации в
компьютерных базах данных: реклама; менеджмент в сфере бизнеса.**

**36 - обслуживание банковское удаленное; обслуживание по дебетовым карточкам;
обслуживание по кредитным карточкам; перевод денежных средств в системе электронных
расчетов; финансовая деятельность; кредитно-денежные операции.**

**38 - обеспечение доступа к базам данных; передача сообщений; передача сообщений и
изображений с использованием компьютера; передача цифровых файлов; прокат аппаратуры
для передачи сообщений.**

39 - хранение данных или документов в электронных устройствах.

42 - защита информационных систем от вирусов; инсталляция программного обеспечения; исследования и разработка новых товаров для третьих лиц; исследования технические; консультации в области разработки и развития компьютерной техники; консультации по вопросам программного обеспечения; модернизация программного обеспечения; мониторинг компьютерных систем с удаленным доступом; обслуживание программного обеспечения; оцифровка документов [сканирование]; перенос данных или документов с физического носителя на электронный; преобразование данных и информационных программ [не физическое преобразование]; проектирование компьютерных систем; прокат веб-серверов; прокат компьютеров; прокат программного обеспечения; размножение компьютерных программ; разработка программного обеспечения; составление программ для компьютеров.

45 - лицензирование программного обеспечения [услуги юридические]; сбор информации о физических лицах.

**Факсимильные изображения**

(190)
RU
(210)
2014743331

**РОССИЙСКАЯ ФЕДЕРАЦИЯ**



**ФЕДЕРАЛЬНАЯ СЛУЖБА
ПО ИНТЕЛЛЕКТУАЛЬНОЙ СОБСТВЕННОСТИ**
Товарные знаки, знаки обслуживания и наименования мест происхождения товаров

---

Заявка на регистрацию товарного знака (знака обслуживания)

---

По данным на 18.12.2017 состояние делопроизводства: Принято решение о признании заявки отозванной

(210) *Номер заявки:* **2014743331** (220) *Дата поступления заявки:* **24.12.2014**
(540)          *Изображение          заявляемого          обозначения*



(731)                                                                                                    *Заявитель:*
**RU, Общество с ограниченной ответственностью "Процессинговая компания "Лайф", 125195, Москва,                    ул.                    Беломорская,                    6А**

*Адрес                              для                                                                      переписки:*
**127018,    Москва,    ул.    Октябрьская,    2,    ООО    "Первая    патентная    компания"**

(511) *Классы МКТУ и перечень товаров и/или услуг:*

09 - магнитные носители информации, диски звукозаписи; компакт-диски, dvd и другие цифровые носители информации; кассовые аппараты, счетные машины, оборудование для обработки информации и компьютеры; программное обеспечение.

35 - ведение автоматизированных баз данных; выписка счетов; сбор информации в компьютерных базах данных; реклама; менеджмент в сфере бизнеса.

36 - обслуживание банковское удаленное; обслуживание по дебетовым карточкам; обслуживание по кредитным карточкам; перевод денежных средств в системе электронных расчетов; финансовая деятельность; кредитно-денежные операции.

38 - обеспечение доступа к базам данных; передача сообщений; передача сообщений и изображений с использованием компьютера; передача цифровых файлов; прокат аппаратуры для передачи сообщении.

39 - хранение данных или документов в электронных устройствах.

42 - защита информационных систем от вирусов; инсталляция программного обеспечения; исследования и разработка новых товаров для третьих лиц; исследования технические; консультации в области разработки и развития компьютерной техники; консультации по вопросам программного обеспечения; модернизация программного обеспечения; мониторинг компьютерных систем с удаленным доступом; обслуживание программного обеспечения; оцифровка документов [сканирование]; перенос данных или документов с физического носителя на электронный; преобразование данных и информационных программ [не физическое преобразование]; проектирование компьютерных систем; прокат веб-серверов; прокат компьютеров; прокат программного обеспечения; размножение компьютерных программ; разработка программного обеспечения; составление программ для компьютеров.

45 - лицензирование программного обеспечения [услуги юридические]; сбор информации о физических лицах.

**Факсимильные изображения**

Лист 1, Лист 2

(190)

# RU

(210)

# 2014743335

**РОССИЙСКАЯ ФЕДЕРАЦИЯ**



**ФЕДЕРАЛЬНАЯ СЛУЖБА
ПО ИНТЕЛЛЕКТУАЛЬНОЙ СОБСТВЕННОСТИ**
Товарные знаки, знаки обслуживания и наименования мест происхождения товаров

Заявка на регистрацию товарного знака (знака обслуживания)

По данным на 18.12.2017 состояние делопроизводства: Принято решение о признании заявки отозванной
(210) *Номер заявки:* **2014743335**(220) *Дата поступления заявки:* **24.12.2014**
(540)         *Изображение*         *заявляемого*         *обозначения*



(731)                                                                                                                    *Заявитель:*
**RU, Общество с ограниченной ответственностью "Процессинговая компания "Лайф", 125195, Москва,                                    ул.                                    Беломорская,                                    6А**

*Адрес                                                                        для                                                                        переписки:*
**127018,      Москва,      ул.      Октябрьская,      2,      ООО      "Первая      патентная      компания"**

(511) *Классы МКТУ и перечень товаров и/или услуг:*

**09 - магнитные носители информации, диски звукозаписи; компакт-диски, dvd и другие цифровые носители информации; кассовые аппараты, счетные машины, оборудование для обработки информации и компьютеры; программное обеспечение.**

**35 - ведение автоматизированных баз данных; выписка счетов; сбор информации в компьютерных базах данных; реклама; менеджмент в сфере бизнеса.**

**36 - обслуживание банковское удаленное; обслуживание по дебетовым карточкам; обслуживание по кредитным карточкам; перевод денежных средств в системе электронных расчетов; финансовая деятельность; кредитно-денежные операции.**

**38 - обеспечение доступа к базам данных; передача сообщений; передача сообщений и изображений с использованием компьютера; передача цифровых файлов; прокат аппаратуры для передачи сообщений.**

**39 - хранение данных или документов в электронных устройствах.**

**42 - защита информационных систем от вирусов; инсталляция программного обеспечения; исследования и разработка новых товаров для третьих лиц; исследования технические; консультации в области разработки и развития компьютерной техники; консультации по вопросам программного обеспечения; модернизация программного обеспечения; мониторинг компьютерных систем с удаленным доступом; обслуживание программного обеспечения; оцифровка документов [сканирование]; перенос данных или документов с физического носителя на электронный; преобразование данных и информационных программ [не физическое преобразование]; проектирование компьютерных систем; прокат веб-серверов; прокат компьютеров; прокат программного обеспечения; размножение компьютерных программ; разработка программного обеспечения; составление программ для компьютеров.**

**45 - лицензирование программного обеспечения [услуги юридические]; сбор информации о физических лицах.**

**Факсимильные изображения**

Лист 1, Лист 2

(190)
# RU
(210)
# 2014741877



**РОССИЙСКАЯ ФЕДЕРАЦИЯ**

**ФЕДЕРАЛЬНАЯ СЛУЖБА
ПО ИНТЕЛЛЕКТУАЛЬНОЙ СОБСТВЕННОСТИ**
Товарные знаки, знаки обслуживания и наименования мест происхождения товаров

Заявка на регистрацию товарного знака (знака обслуживания)

По данным на 18.12.2017 состояние делопроизводства: Принято решение о признании заявки отозванной
(210) *Номер заявки:* **2014741877**(220) *Дата поступления заявки:* **12.12.2014**
(540)              *Изображение              заявляемого              обозначения*

**E-лайф
E-life**

(731)                                                                                          *Заявитель:*
**RU, Общество с ограниченной ответственностью "Процессинговая компания "Лайф", 125195, Москва,                           ул.                    Беломорская,                           6А**

(740) *Патентный  поверенный  (полное  имя,  регистрационный  номер,  местонахождение):*
**Абдураимова              Дженнет              Агамурадовна,              1588**

*Адрес                                              для                                      переписки:*
**127018,  Москва,  ул.  Октябрьская,  2,  ООО  "Первая  патентная  компания"**

(511) *Классы МКТУ и перечень товаров и/или услуг:*

**09 - магнитные носители информации, диски звукозаписи; компакт-диски, DVD и другие цифровые носители информации; кассовые аппараты, счетные машины, оборудование для обработки информации и компьютеры; программное обеспечение.**

**35 - ведение автоматизированных баз данных; выписка счетов; сбор информации в компьютерных базах данных; реклама; менеджмент в сфере бизнеса.**

**36 - обслуживание банковское удаленное; обслуживание по дебетовым карточкам; обслуживание по кредитным карточкам; перевод денежных средств в системе электронных расчетов; финансовая деятельность; кредитно-денежные операции.**

**38 - обеспечение доступа к базам данных; передача сообщений; передача сообщений и изображений с использованием компьютера; передача цифровых файлов; прокат аппаратуры для передачи сообщений.**

**39 - хранение данных или документов в электронных устройствах.**

**42 - защита информационных систем от вирусов; инсталляция программного обеспечения; исследования и разработка новых товаров для третьих лиц; исследования технические; консультации в области разработки и развития компьютерной техники; консультации по вопросам программного обеспечения; модернизация программного обеспечения; мониторинг компьютерных систем с удаленным доступом; обслуживание программного обеспечения; оцифровка документов [сканирование]; перенос данных или документов с физического носителя на электронный; преобразование данных и информационных программ [не физическое преобразование]; проектирование компьютерных систем; прокат веб-серверов; прокат компьютеров; прокат программного обеспечения; размножение компьютерных программ; разработка программного обеспечения; составление программ для компьютеров.**

**45** - лицензирование программного обеспечения [услуги юридические] ; сбор информации о физических лицах.

**Факсимильные изображения**

Лист 1, Лист 2

(190)
# RU
(210)
# 2014741879

**РОССИЙСКАЯ ФЕДЕРАЦИЯ**



**ФЕДЕРАЛЬНАЯ СЛУЖБА**
**ПО ИНТЕЛЛЕКТУАЛЬНОЙ СОБСТВЕННОСТИ**
Товарные знаки, знаки обслуживания и наименования мест происхождения товаров

Заявка на регистрацию товарного знака (знака обслуживания)

По данным на 18.12.2017 состояние делопроизводства: Принято решение о признании заявки отозванной
(210) *Номер заявки:* **2014741879**(220) *Дата поступления заявки:* **12.12.2014**
(540)            *Изображение*            *заявляемого*            *обозначения*

Фронт Лайф
Front Life

(731)                                                                                   *Заявитель:*
**RU, Общество с ограниченной ответственностью "Процессинговая компания "Лайф", 125195, Москва,                         ул.                         Беломорская,                         6А**

(740) *Патентный поверенный (полное имя, регистрационный номер, местонахождение):*
**Абдураимова                 Дженнет                 Агамурадовна,                 1588**

*Адрес                                     для                                     переписки:*
**127018,     Москва,     ул.     Октябрьская,     2,     ООО     "Первая     патентная     компания"**

(511) *Классы МКТУ и перечень товаров и/или услуг:*

**09** - магнитные носители информации, диски звукозаписи; компакт-диски, DVD и другие цифровые носители информации; кассовые аппараты, счетные машины, оборудование для обработки информации и компьютеры; программное обеспечение.

**35** - ведение автоматизированных баз данных; выписка счетов; сбор информации в компьютерных базах данных; реклама; менеджмент в сфере бизнеса.

**36** - обслуживание банковское удаленное; обслуживание по дебетовым карточкам; обслуживание по кредитным карточкам; перевод денежных средств в системе электронных расчетов; финансовая деятельность; кредитно-денежные операции.

**38** - обеспечение доступа к базам данных; передача сообщений; передача сообщений и изображений с использованием компьютера; передача цифровых файлов; прокат аппаратуры для передачи сообщений.

**39** - хранение данных или документов в электронных устройствах.

**42** - защита информационных систем от вирусов; инсталляция программного обеспечения; исследования и разработка новых товаров для третьих лиц; исследования технические; консультации в области разработки и развития компьютерной техники; консультации по вопросам программного обеспечения; модернизация программного обеспечения; мониторинг компьютерных систем с удаленным доступом; обслуживание программного обеспечения; оцифровка документов [сканирование]; перенос данных или документов с физического носителя на электронный; преобразование данных и информационных программ [не физическое преобразование]; проектирование компьютерных систем; прокат веб-серверов; прокат компьютеров; прокат программного обеспечения; размножение компьютерных программ; разработка программного обеспечения; составление программ для компьютеров.

**45** - лицензирование программного обеспечения [услуги юридические] ; сбор информации о физических лицах.

**Факсимильные изображения**

[Лист 1](), [Лист 2]()

(190)

# RU
(210)

# 2014741878

**РОССИЙСКАЯ ФЕДЕРАЦИЯ**



**ФЕДЕРАЛЬНАЯ СЛУЖБА
ПО ИНТЕЛЛЕКТУАЛЬНОЙ СОБСТВЕННОСТИ**

Товарные знаки, знаки обслуживания и наименования мест происхождения товаров

---

Заявка на регистрацию товарного знака (знака обслуживания)

---

По данным на 18.12.2017 состояние делопроизводства: Принято решение о признании заявки отозванной

(210) *Номер заявки:* **2014741878**(220) *Дата поступления заявки:* **12.12.2014**

(540)        *Изображение*        *заявляемого*        *обозначения*

ЛАЙФПЭЙСИСТЕМ
LIFEPAYSYSTEM

(731)        *Заявитель:*
**RU, Общество с ограниченной ответственностью "Процессинговая компания "Лайф", 125195, Москва,        ул.        Беломорская,        6А**

(740) *Патентный поверенный (полное имя, регистрационный номер, местонахождение):* **Абдураимова        Дженнет        Агамурадовна,        1588**

*Адрес        для        переписки:*
**127018,    Москва,    ул.    Октябрьская,    2,    ООО    "Первая    патентная    компания"**

(511) *Классы МКТУ и перечень товаров и/или услуг:*

**09** - магнитные носители информации, диски звукозаписи; компакт-диски, dvd и другие цифровые носители информации; кассовые аппараты, счетные машины, оборудование для обработки информации и компьютеры; программное обеспечение.

**35** - ведение автоматизированных баз данных; выписка счетов; сбор информации в компьютерных базах данных; реклама; менеджмент в сфере бизнеса.

**36** - обслуживание банковское удаленное; обслуживание по дебетовым карточкам; обслуживание по кредитным карточкам; перевод денежных средств в системе электронных расчетов; финансовая деятельность; кредитно-денежные операции.

**38** - обеспечение доступа к базам данных; передача сообщений; передача сообщений и изображений с использованием компьютера; передача цифровых файлов; прокат аппаратуры для передачи сообщений.

**39** - хранение данных или документов в электронных устройствах.

**42** - защита информационных систем от вирусов; инсталляция программного обеспечения; исследования и разработка новых товаров для третьих лиц; исследования технические; консультации в области разработки и развития компьютерной техники; консультации по вопросам программного обеспечения; модернизация программного обеспечения; мониторинг компьютерных систем с удаленным доступом; обслуживание программного обеспечения; оцифровка документов [сканирование]; перенос данных или документов с физического носителя на электронный; преобразование данных и информационных программ [не физическое преобразование]; проектирование компьютерных систем; прокат веб-серверов; прокат компьютеров; прокат программного обеспечения; размножение компьютерных программ; разработка программного обеспечения: составление программ для компьютеров.

**45** - лицензирование программного обеспечения [услуги юридические] ; сбор информации о физических лицах.

**Факсимильные изображения**

Лист 1, Лист 2



GEOTEXT
Translations

translations@geotext.com
www.geotext.com

STATE OF NEW YORK        )
                         )
                         )    ss
COUNTY OF NEW YORK       )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached Application for Registration of

a Trademark.

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this __3__ day of _January_, 20 _18_ .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143