# EXHIBIT 19

**SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

## LIFE PROCESSING COMPANY LLC

PSRN [Primary State Registration No.] 1107746249786 ● TIN [Taxpayer ID] 7743775191
● OKPO [Russian National Classifier of Enterprises and Organizations] 65362613

| | |
|---|---|
| Full name | LIFE PROCESSING COMPANY LIMITED LIABILITY COMPANY |
| Address | 6A, ul. Belomorskaya, Moscow 125195 |
| Phone | +7(495)9333733, +7(495)9333737 |
| Website | prclife.ru |
| Industry | Computer software development |
| Director | Arsen Akopovich Kasumyan, general director |
| Co-owners (>25%) | PROBUSINESSBANK JSCB OJSC – 58.89% EXPRESS-VOLGA JSCB JSC - 26.11% |
| Authorized capital | RUB 10,010,000, 09.24.2014 |
| Form of ownership | Private ownership |

### Signs of economic activity over a 12-month period

| | |
|---|---|
| Staff | 16 - 50 employees at the company |
| Payments | 4 payments from 1 participant in the SPARK-Payment Monitoring project |

| Finances, RUB thousand | 2014 | | 2015 | | 2016 | |
|---|---|---|---|---|---|---|
| Revenue net of VAT | 678 | | 272,237 | 40,053% | 208,136 | -24% |
| Net profit | 6,483 | 3,869% | 93,598 | 1,344% | -40,264 | -143% |
| Net assets | 16,620 | 11,943% | 283,005 | 1,603% | 70,405 | -75% |

**Going concern**

Registered on 04.02.2010 · 7 years

**Indexes \***

● Risk - Low

○ DDI [due diligence index] – Low- 1

☐ FRI [financial risk index] – Low - 6

○ FDI [financial discipline index] – Not specified

**Risk factors**

⚡ The address is given as the location of several legal entities (companies based on Federal Tax Service data as at 12.08.2017: 16, non-affiliated companies based on SPARK data: 14, in this building: 15)

⚡ The telephone number is given by several legal entities 6

⚡ The co-owner company is on the negative list

⚡ Bankruptcy procedures have been applied to the co-owner company

**Inclusion in risk registers**

none    Legal entities whose executive bodies include disqualified persons

⚡ Addresses given upon state registration by several legal entities

none    Companies not present at the legal address based on Federal Tax Service data

none    Legal entities with tax arrears and/or that have not filed tax reports for more than a year

none    Individuals who are directors or founders (participants) of several legal entities

none    Register of mala fide suppliers

\* The rules on the use of indexes and their description can be found at spark-interfax.ru

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

## Registration data

| | |
|---|---|
| SPARK code | 7484437 |
| PSRN | 1107746249786 |
| TIN | 7743775191 |
| TRC [Tax Registration Code] | 774301001 |
| OKPO | 65362613 |
| OKATO [Russian National Classifier of Administrative Territorial Entities] | 45277583000 |
| OKTMO [Russian National Classifier of Municipal Territories] | 45342000000 |
| OKFS [Russian National Classifier of Forms of Ownership] | Private ownership (16) |
| OKOPF [Russian National Classifier of Forms of Incorporation] | Limited liability companies (12300) |
| OKOGU [Russian National Classifier of Governmental Authorities] | Organizations founded by legal entities or citizens, or jointly by legal entities and citizens (4210014) |

## Information on state registration

| | |
|---|---|
| Date of initial registration | 04.02.2010 |
| Date of registration | 04.02.2010 |
| Registering authority | Inter-District Inspectorate of the Federal Tax Service of Russia No. 46 for the City of Moscow |
| Address of registering authority | Unit 2, 3 Pokhodny proyezd, Moscow 125373 |

## Information on registration with the tax authority

| | |
|---|---|
| Tax authority | Inspectorate of the Federal Tax Service No. 43 for the City of Moscow |
| Date of registration | 04.02.2010 |

## Registration with the Pension Fund, Social Insurance Fund, Compulsory Medical Insurance Fund

| Fund | Date of registration | Date of de-registration | Registration No. | Registering authority |
|---|---|---|---|---|
| Pension Fund | 04.05.2010 | | 087211001173 | State Institution – Chief Administration of the RF Pension Fund No. 5 for the City of Moscow and the Moscow Region, Levoberezhny municipal district, Moscow |
| Social Insurance Fund | 04.05.2010 | | 770104638877011 | Branch No. 1 of the State Institution – Moscow Regional Division of the Social Insurance Fund of the Russian Federation |
| Compulsory Medical Insurance Fund | 04.05.2010 | | 452431000392054 | Moscow Municipal Compulsory Medical Insurance Fund |

## Types of activity

## Industry profile based on OKVED [Russian National Classifier of Types of Economic Activity] (NACE Ed. 2)

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

| Name | OKVED code |
|------|------------|
| Computer software development (primary – Unified State Register of Enterprises and Organizations of the Main Inter-Regional Center of the Federal State Statistics Service, Unified State Register of Legal Entities) | 62.01 |
| Non-specialist wholesale trade | 46.90 |
| Consulting and IT work | 62.02 |
| Other activities connected to the use of computers and IT | 62.09 |
| Data processing, provision of hosting services and associated activities | 63.11 |
| Activities relating to the creation and use of databases and information resources | 63.11.1 |
| Provision of other financial services, except insurance and pension coverage services, not elsewhere classified | 64.99 |
| Market research and opinion polling | 73.20 |
| Supplementary education for children and adults | 85.41 |
| Other activities relating to supplementary vocational education, not elsewhere classified | 85.42.9 |
| Repairs of computers and peripheral computer equipment | 95.11 |

## Industry profile based on OKVED

| Name | OKVED code |
|------|------------|
| Software development and consulting in this sphere (primary - Unified State Register of Enterprises and Organizations of the Main Inter-Regional Center of the Federal State Statistics Service, Unified State Register of Legal Entities, balance-sheets of the Main Inter-Regional Center of the Federal State Statistics Service) | 72.20 |
| Other wholesale trade | 51.70 |
| Financial intermediation, not elsewhere classified | 65.23 |
| Data processing | 72.30 |
| Consulting on computer hardware | 72.10 |
| Maintenance and repair of office equipment and computers | 72.50 |
| Activities relating to the creation and use of databases and information resources, including online resources | 72.40 |
| Other activities relating to the use of computers and information technology | 72.60 |
| Market research and opinion polling | 74.13 |
| Adult education and other types of education, not elsewhere classified | 80.42 |

## Record of changes

### Changes to name and form of incorporation

| Name | TIN | OGRN | Form of incorporation | Date of changes |
|------|-----|------|------------------------|-----------------|
| LIFE PROCESSING COMPANY LIMITED LIABILITY COMPANY | 7743775191 | 1107746249786 | Limited liability companies | 01.14.2015 |

### Changes to authorized capital

| Date of relevance | Value, RUB |
|-------------------|------------|

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

| Date of relevance | Value, RUB |
|---|---|
| 09.24.2014 | 10,010,000 |
| 04.02.2010 | 10,000 |

## Changes to the director

| Full name | Position | Date of receipt of information |
|---|---|---|
| Aleksey Andreyevich Pirogov | General director | 04.02.2010 |

## Telephone numbers

| | | Companies with the same telephone number | | |
|---|---|---|---|---|
| Telephone number | Operator | Affiliated | Non-affiliated | Inactive |
| +7 (495) 9333733 | Vimpel-Communications PJSC (Moscow) | 1 | 3 | 1 |
| +7 (495) 9333737 | Vimpel-Communications PJSC (Moscow) | - | 6 | 3 |

## Addresses

### Registration address

6A ul. Belomorskaya, Moscow
According to Federal Tax Service data as at 12.08.2017, the address "6A BELOMORSKAYA ST., MOSCOW" is given as the location upon state registration of the following number of legal entities: 16.
In total, 19 companies were found, or which 14 are active and 5 are inactive.

## Co-owners

### Unified State Register of Legal Entities

| Name | Location | Share in authorized capital, RUB | Share in authorized capital, % | Date of entry in the Unified State Register of Legal Entities |
|---|---|---|---|---|
| PROBUSINESSBANK JSCB OJSC | 3 ul. Pudovkina, Moscow | 5,894,778 | 58.89 | 01.29.2015 |
| EXPRESS-VOLGA BANK JSCB JSC | 46 prospekt Tekstilshchikov, Kostroma, Kostroma Region | 2,613,722 | 26.11 | 12.27.2014 |
| VUZ-BANK JSC | Office 432, 49 ul. 8 Marta, Yekaterinburg, Sverdlovsk Region | 778,556 | 7.78 | 12.27.2014 |
| POYDYOM COMMERCIAL BANK JSC | Block 4, 76 Prospekt Leningradsky, Moscow | 722,944 | 7.22 | 12.27.2014 |

### Federal State Statistics Service

*Updated on: 09.18.2017*

| Name | Location / Comments | Share in authorized capital, RUB | Share in authorized capital, % |
|---|---|---|---|
| PROBUSINESSBANK JSCB OJSC | 3 ul. Pudovkina, Moscow | 5,894,778 | 58.89 |

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

| Name | Location / Comments | Share in authorized capital, RUB | Share in authorized capital, % |
|------|---------------------|----------------------------------|--------------------------------|
| EXPRESS-VOLGA JSCB JSC | 46 prospekt Tekstilshchikov, Kostroma, Kostroma Region | 2,613,722 | 26.11 |
| VUZ-BANK JSC | Office 432, 49 ul. 8 Marta, Yekaterinburg, Sverdlovsk Region | 778,556 | 7.78 |
| POYDYOM COMMERCIAL BANK JSC | Block 4, 76 Prospekt Leningradsky, Moscow | 722,944 | 7.22 |

## Structure of owners

Share of direct ownership of at least 25%

| Name | Location | Hierarchy | Share of direct ownership*, % | Share of indirect ownership*, % |
|------|----------|-----------|-------------------------------|---------------------------------|
| PROBUSINESSBANK JSCB OJSC | 3 ul. Pudovkina, Moscow, Russian Federation | 1 | 58.89 | - |
| ALIVIKT LLC | 6A ul. Belomorskaya, Moscow, Russian Federation | 1.1 | 52.95 | 31.18 |
| EXPRESS-VOLGA JSCB JSC | 46 prospekt Tekstilshchikov, Kostroma, Kostroma Region, Russian Federation | 2 | 26.11 | - |
| PROBUSINESSBANK JSCB OJSC | 3 ul. Pudovkina, Moscow, Russian Federation | 2.1 | 99.80 | 26.06 |
| ALIVIKT LLC | 6A ul. Belomorskaya, Moscow, Russian Federation | 2.1.1 | 52.95 | 31.18 |

*\* Share of direct ownership of the authorized capital of the company at the previous level of the hierarchy chain. If the share is not known with certainty, specify the range that it is in; in this case the subsequent calculation of the share of indirect ownership of the company will be impossible.*

## Branches

## Federal State Statistics Service

| Name | Location | Director | Comments |
|------|----------|----------|----------|
| Life Processing Company OBP LLC | 103 ul. Astrakhanskaya, Saratov, Saratov Region | Aleksey Andreyevich Pirogov | Excluded from the Statistical Register of Economic Agents of the Federal State Statistics Service |
| Life Processing Company OP LLC | 33 ul. Truda, Kaluga, Kaluga Region | | |

## Company's links

### Dependent and affiliated entities

| Name | Location | Cause of link |
|------|----------|---------------|
| ALIVIKT LLC | 6A ul. Belomorskaya, Moscow | Directly or indirectly controlling legal entities or individual owners (share of ownership in each link throughout the entire chain of over 50%) |
| BANK NBS JSC | 2 ul. Palekhskaya, Ivanovo, Ivanovo Region | Legal entities in which a direct or indirect shareholder with a share of over 50% also owns a share of over 50% directly or indirectly throughout the chain |

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

| Name | Location | Cause of link |
|---|---|---|
| VUZ-BANK JSC | Office 432, 49 ul. 8 Marta, Yekaterinburg, Sverdlovsk Region | Legal entities in which a direct or indirect shareholder with a share of over 50% also owns a share of over 50% directly or indirectly throughout the chain |
| Gennady Viktorovich Izevlin | - | Director of a controlled or controlling legal entity |
| Arsen Akopovich Kasumyan | - | Director (sole executive body) |
| Vladimir Nikolayevich Krasnoslobodtsev | - | Director of a controlled or controlling legal entity |
| PROBUSINESS-DEVELOPMENT LLC | 6A ul. Belomorskaya, Moscow | Legal entities in which a direct or indirect shareholder with a share of over 50% also owns a share of over 50% directly or indirectly throughout the chain |
| PROBUSINESSBANK JSCB OJSC | 3 ul. Pudovkina, Moscow | Co-owners with a share equal to or greater than 20% |
| Sergey Ivanovich Savrasov | - | Director of a controlled or controlling legal entity |
| Aleksey Gennadyevich Saltykov | - | Director of a controlled or controlling legal entity |
| Aleksandr Nikolayevich Suvorov | - | Director of a controlled or controlling legal entity |
| FG LIFE CJSC | 6A ul. Belomorskaya, Moscow | Legal entities in which a direct or indirect shareholder with a share of over 50% also owns a share of over 50% directly or indirectly throughout the chain |
| Maksim Aleksandrovich Khamchich | - | Director of a controlled or controlling legal entity |
| Roman Stanislavovich Chernukha | - | Director of a controlled or controlling legal entity |
| EXPRESS-VOLGA JSCB JSC | 46 prospekt Tekstilshchikov, Kostroma, Kostroma Region | Co-owners with a share equal to or greater than 20% |

## Persons entitled to act without a power of attorney

| Full name | Position |
|---|---|
| Arsen Akopovich Kasumyan | General Director |

*Date of most recent change to the Unified State Register of Legal Entities based on SPARK data: 12.07.2015*

## Record of changes

| Full name | Position | Date of update to the Unified State Register of Legal Entities |
|---|---|---|
| Aleksey Andreyevich Pirogov | General director | 04.02.2010 |

## Domains

| Domain | Telephone number | Email | Date of registration | Date of expiry | Delegated |
|---|---|---|---|---|---|
| The company has no current domains | | | | | |

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

**Balance-sheet, x RUB 1,000**

| Name | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Intangible assets | | | 8,356 | 5,046 | 2,626 |
| Fixed assets | | | 355 | 168 | 76 |
| Non-current assets | | | 12,994 | 6,318 | 12,306 |
| Inventory | | | 180 | 4 | 2 |
| VAT on acquired assets | | | | | 55 |
| Accounts receivable | 26 | 22 | 386 | 180,066 | 24,319 |
| Short-term financial investments | | | | 40,000 | 14,000 |
| Cash | 285 | 116 | 3,061 | 57,874 | 426 |
| Other current assets | | | | 5,570 | 20,971 |
| Current assets | 310 | 138 | 3,627 | 283,514 | 59,773 |
| Total assets | 310 | 138 | 16,621 | 289,832 | 72,078 |
| **Liabilities** | | | | | |
| Authorized capital | 10 | 10 | 10,010 | 10,010 | 10,010 |
| Additional capital | | | | | 800 |
| Retained earnings (uncovered loss) | 300 | 128 | 6,611 | 100,209 | 59,595 |
| Capital and reserves | 310 | 138 | 16,621 | 110,219 | 70,405 |
| Accounts payable | | | 1 | 2,423 | 1,036 |
| Deferred income | | | | 172,786 | |
| Short-term liabilities | | | 1 | 179,613 | 1,673 |
| Total liabilities | 310 | 138 | 16,621 | 289,832 | 72,078 |

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

*The financial information presented is the result of the automated processing of the company's accounts and may not reflect the full picture. Additional information can be obtained from the "Financial Statements" and "Issuer's reports" sections.*

| Name | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| **Income and expenses on ordinary activities** | | | | |
| Revenue from sales (less VAT, excise tax ...) | | 678 | 272,237 | 208,136 |
| Cost of goods, output, work, services sold | | 13,281 | 9,953 | 83,647 |
| Gross profit | | -12,603 | 262,284 | 124,489 |
| Administrative costs | 166 | 8,661 | 144,356 | 129,805 |
| Profit (loss) from sales | -166 | -21,264 | 117,928 | -5,316 |
| **Operating income and expenditure** | | | | |
| Interest receivable | | | | 3,453 |
| Other income | | 23,700 | 800 | |
| Other expenditure | 6 | 236 | 1,877 | 46,755 |
| **Non-operating income and expenses** | | | | |
| Pre-tax profit (loss) | -172 | 2,200 | 116,851 | -48,618 |
| Current profit tax | | | 20,075 | 145 |
| **Extraordinary income and expenses** | | | | |
| Net profit (loss) | -172 | 6,483 | 93,598 | -40,264 |

*The financial information presented is the result of the automated processing of the company's accounts and may not reflect the full picture. Additional information can be obtained from the "Financial Statements" and "Issuer's reports" sections.*

## Ratios

| Name | 2012 | 2013 | 2014 | 2015 | 2016 | Arithmetical average | CV | Average for industry | Deviation from average for industry |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

SPARK-Profile. Information for internal use only, without any right to further distribution

 SPARK

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

| Name | 2012 | 2013 | 2014 | 2015 | 2016 | Arithmetical average | CV | Average for industry | Deviation from average for industry |
|---|---|---|---|---|---|---|---|---|---|
| **Liquidity** | | | | | | | | | |
| Current liquidity ratio | N/A | N/A | 3627 | 1.5785 | 35.728 | 1221.44 | 2.84 | 4.35 | 1217.09 |
| Quick asset ratio | N/A | N/A | 3627 | 1.5784 | 35.7268 | 1221.44 | 2.84 | 3.92 | 1217.52 |
| Absolute liquidity ratio | N/A | N/A | 3061 | 0.5449 | 8.6228 | 1023.39 | 2.87 | 1.53 | 1021.86 |
| **Business activity** | | | | | | | | | |
| Receivables turnover (by times) | N/A | N/A | 3.3235 | 3.0173 | 2.0358 | 2.79 | 0.4 | 15.03 | -12.24 |
| Receivables collection period (in days) | N/A | N/A | 110 | 121 | 179 | 137 | 0 | 102 | 35 |
| Inventory turnover (by times) | N/A | N/A | 4976.5 | 27882.3333 | 16429.42 | 2.46 | 234.13 | 16195.29 |
| Inventory turnover period (in days) | N/A | N/A | N/A | 0 | 0 | 0 | 2 | 43 | -43 |
| Payables turnover (by times) | N/A | N/A | 26562 | 8.212 | 46.1755 | 8872.13 | 2.88 | 15.57 | 8856.56 |
| Average payment period (in days) | N/A | N/A | 0 | 44 | 8 | 17 | 2 | 132 | -114 |
| Inventory turnover (by times) – for revenue | N/A | N/A | N/A | 136118.5 | 69378.6667 | 102748.58 | 1.15 | 342.24 | 102406.34 |
| Inventory turnover period (in days) – for revenue | N/A | N/A | N/A | 0 | 0 | 0 | 1 | 27 | -27 |
| Payables turnover (by times) | N/A | N/A | 1356 | 224.618 | 114.897 | 565.17 | 2.03 | 20.6 | 544.57 |
| Average payment period (in days) - for revenue | N/A | N/A | 0 | 2 | 3 | 2 | 1 | 84 | -82 |
| Net working capital turnover (by times) | N/A | N/A | 0.3603 | 5.0636 | 2.57 | 2.66 | 1.47 | 11.65 | -8.99 |
| Fixed asset turnover (by times) | N/A | N/A | 3.8197 | 1041.0593 | 1513.7164 | 852.87 | 1.51 | 243.36 | 609.51 |
| Current asset turnover (by times) | N/A | N/A | 0.3602 | 1.8962 | 1.2121 | 1.16 | 1.11 | 5.2 | -4.04 |
| Total asset turnover (by times) | N/A | N/A | 0.0809 | 1.7767 | 1.1483 | 1 | 1.43 | 4.59 | -3.59 |
| Financial cycle (in days) | N/A | N/A | N/A | 77 | 171 | 124 | 1 | 11 | 113 |
| Operating cycle (in days) | N/A | N/A | N/A | 121 | 179 | 150 | 1 | 163 | -13 |
| **Financial solvency** | | | | | | | | | |
| Financial leverage (Total assets to equity based on book value) | 1 | 1 | 1 | 2.6296 | 1.0238 | 1.33 | 0.55 | 2.78 | -1.45 |

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

| Name | 2012 | 2013 | 2014 | 2015 | 2016 | Arithmetical average | CV | Average for industry | Deviation from average for industry |
|---|---|---|---|---|---|---|---|---|---|
| Retained earnings to total assets | 0.9677 | 0.9275 | 0.3977 | 0.3457 | 0.8268 | 0.69 | 0.43 | 0.18 | 0.51 |
| Current assets to total assets | 1 | 1 | 0.2182 | 0.9782 | 0.8293 | 0.81 | 0.42 | 0.95 | -0.14 |
| Net working capital to total assets | 1 | 1 | 0.2182 | 0.3585 | 0.8061 | 0.68 | 0.54 | 0.5 | 0.18 |
| Equity (book value) to total liabilities | N/A | N/A | 16621 | 0.6136 | 42.0831 | 5554.57 | 2.88 | 3.34 | 5551.23 |
| Ratio of concentration of debt capital | N/A | N/A | 0.0001 | 0.6197 | 0.0232 | 0.21 | 2.73 | 0.72 | -0.51 |
| Equity coverage of non-current assets (based on book value) | N/A | N/A | 1.2791 | 17.4452 | 5.7212 | 8.15 | 1.71 | 16.51 | -8.36 |
| Current assets coverage ratio | 1 | 1 | 1 | 0.3665 | 0.972 | 0.87 | 0.32 | 0.26 | 0.61 |
| Current assets to equity ratio | 1 | 1 | 0.2182 | 0.9427 | 0.8252 | 0.8 | 0.42 | 0.94 | -0.14 |
| **Profitability** | | | | | | | | | |
| Gross profit margin (as a %) | N/A | N/A | -1858.8496 | 96.344 | 59.8114 | -567.56 | -3.28 | 46.16 | -613.72 |
| EBIT margin (as a %) | N/A | N/A | 324.4838 | 42.9225 | -25.0178 | 114.13 | 2.71 | 10.41 | 103.72 |
| EBIT margin (as a %) | N/A | N/A | 324.4838 | 42.9225 | -23.3588 | 114.68 | 2.68 | 10.48 | 104.2 |
| Net profit margin, ROS (as a %) | N/A | N/A | 956.1947 | 34.3811 | -19.345 | 323.74 | 2.82 | 8.42 | 315.32 |
| Gross return on costs (%) | N/A | N/A | -94.895 | 2635.2256 | 148.8266 | 896.39 | 2.81 | 104.45 | 791.94 |
| Return on costs (%) | N/A | -100 | -96.91 | 76.4233 | -2.4905 | -30.74 | -3.44 | 14.97 | -45.71 |
| Gross return on business and administrative costs (%) | N/A | N/A | -145.5144 | 181.6925 | 95.9046 | 44.03 | 6.42 | 159.09 | -115.06 |
| Return on equity, ROE (as a %) | N/A | -76.7857 | 77.3674 | 147.5844 | -44.4724 | 25.92 | 5.05 | 72.9 | -46.98 |
| Return on invested capital, ROIC (as a %) | N/A | - | 95.4646 | 722.625 | -10.24 | -73.34 | 43.03 | -53.27 | |
| | | 731.9149 | | | 127.1323 | | | | |

SPARK-Profile. Information for internal use only, without any right to further distribution

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

| Name | 2012 | 2013 | 2014 | 2015 | 2016 | Arithmetical average | CV | Average for industry | Deviation from average for industry |
|---|---|---|---|---|---|---|---|---|---|
| Return on assets, ROA (as a %) | N/A | 76.7857 9 | 77.3674 | 61.0847 | -22.2132 | 9.86 | 9.17 | 19 | -9.14 |
| Return on total assets, ROTA (as a %) | N/A | -76.7857 | 26.2545 | 76.2603 | -28.7269 | -0.75 | 110.74 | 27.65 | -28.4 |
| Effective rate of profit tax (as a %) | N/A | N/A | -194.6818 | 19.8997 | 17.1829 | -52.53 | -3.91 | 17.33 | -69.86 |

**Industry**: Computer software development (OKVED 62.01)
**CV** (Coefficient of variation) – a relative measure of spread, expressed as a percentage and equal to the standard deviation divided by the average value.
*The financial information presented is the result of the automated processing of the company's accounts and may not reflect the full picture. Additional information can be obtained from the "Financial Statements" and "Issuer's reports" sections.*

**Assessment of financial condition**

**Financial statistics, 2016, x RUB 1,000**

| Item | Value | For Russia | Company's share, % | Moscow | Company's share, % | Value | Company's share, % |
|---|---|---|---|---|---|---|---|
| | | | | Cumulative value for the industry | | Cumulative value of item for the region: Moscow | |
| Assets | 72,078 | 435,285,112 | 0 | 271,281,337 | 0 | 162,431,826,342 | 0 |
| Gross profit | 124,489 | 142,023,904 | 0 | 93,147,690 | 0 | 13,871,932,175 | 0 |
| Non-current assets | 12,306 | 99,384,935 | 0 | 59,055,174 | 0 | 91,350,785,464 | 0 |
| Revenue from sales | 208,136 | 562,585,289 | 0 | 331,649,521 | 0 | 97,315,783,528 | 0 |
| Accounts receivable | 24,319 | 153,916,580 | 0 | 91,563,054 | 0 | 31,647,677,624 | 0 |
| Cash | 426 | 75,338,992 | 0 | 48,336,827 | 0 | 5,731,435,368 | 0 |
| Loans and credits (long-term) | 0 | 27,729,597 | 0 | 18,083,263 | 0 | 25,656,914,173 | 0 |
| Loans and credits (short-term) | 0 | 28,704,404 | 0 | 14,922,368 | 0 | 12,460,918,334 | 0 |

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

| Item | Value | For Russia | Cumulative value for the industry | | Cumulative value of item for the region: Moscow | |
|---|---|---|---|---|---|---|
| | | | Company's share, % | Moscow | Company's share, % | Value | Company's share, % |
| Capital and reserves | 70,405 | 190,833,696 | 0 | 123,931,720 | 0 | 66,981,704,441 | 0 |
| Accounts payable | 1,036 | 168,020,177 | 0 | 102,491,138 | 0 | 35,837,584,015 | 0 |
| Current assets | 59,773 | 335,787,696 | 0 | 212,226,267 | 0 | 71,058,789,554 | 0 |
| Pre-tax profit | 0 | 76,641,337 | 0 | 47,107,754 | 0 | 7,292,605,535 | 0 |
| Profit from sales | 0 | 78,438,936 | 0 | 45,900,218 | 0 | 5,523,087,654 | 0 |
| Cost of goods and services sold | 83,647 | 406,981,885 | 0 | 233,028,535 | 0 | 83,755,769,089 | 0 |
| Net profit | -40,264 | 45,964,618 | 0 | 29,307,880 | 0 | 4,477,155,575 | 0 |
| Loss from sales | 5,316 | 9,594,077 | 0 | 6,197,667 | 0 | 971,173,896 | 0 |
| Pre-tax loss | 48,618 | 17,130,743 | 0 | 8,711,217 | 1 | 1,902,183,994 | 0 |

**Estimates, 2016**

**Calculation method**

| Item | Company | Value for industry, companies' revenue RUB 100-300 million | |
|---|---|---|---|
| | | For Russia | Moscow |
| Share of non-current assets in assets | 17.07 | 24.76 | 27.97 |
| Equity ratio (autonomy), % | 97.68 | 47.71 | 34.73 |
| Quick asset ratio | 35.73 | 0.8 | 1.03 |
| Ratio of concentration of debt capital, % | 2.32 | 52.89 | 66.61 |
| Inventory turnover (days) | 0.13 | 25.83 | 27.39 |
| Receivables turnover (days) | 176.76 | 82.21 | 101.41 |
| Return on assets (based on book profit) | -26.87 | 13.18 | 7.77 |
| Return on all operations (based on book profit) | -23.36 | 9.61 | 5.25 |

 **SPARK**

LIFE PROCESSING COMPANY LLC, 12.18.2017, 13:36 MOSCOW TIME

| Item | Company | Value for industry, companies' revenue RUB 100-300 million | |
| --- | --- | --- | --- |
| | | For Russia | Moscow |
| Return on equity (based on book profit) | -53.83 | 28.05 | 22.51 |
| Industry-average level of own working capital (as a % of revenue) | 38.92 | 20.93 | 7.23 |

**Industry**: Computer software development (OKVED 62.01)

Summarized data obtained by adding the values of the selected figures for the companies within the region and/or industry.

[stamp:] SPARK
Document signed by enhanced encrypted digital signature
Certificate: b3b736417e91334bf073a93ceba99058355d76ad
Owner: Interfax CJSC
Valid from 06.09.2017 up to 06.09.2018



# ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ"

ОГРН 1107746249786 · ИНН 7743775191 · ОКПО 65362613

| | |
|---|---|
| Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ" |
| Адрес | 125195, г. Москва, ул. Беломорская, д. 6А |
| Телефон | +7(495)9333733, +7(495)9333737 |
| Сайт | prclife.ru |
| Отрасль | Разработка компьютерного программного обеспечения |
| Руководитель | Касумян Арсен Акопович , генеральный директор |
| Совладельцы (>25%) | ПРОБИЗНЕСБАНК, ОАО АКБ · 58,89 % ЭКСПРЕСС-ВОЛГА, АО АКБ · 26,11 % |
| Уставный капитал | 10 010 000 руб. 24.09.2014 |
| Форма собственности | Частная собственность |

## Признаки хозяйственной деятельности за 12 мес

| | |
|---|---|
| Персонал | 16 - 50 человек в компании |
| Платежи | 4 платежа от 1 участнику проекта «СПАРК-Мониторинг платежей» |

## Финансы, тыс. ₽

| | 2014 | | 2015 | | 2016 | |
|---|---|---|---|---|---|---|
| Выручка без НДС | 678 | | 272 237 | 40 053 % | 208 136 | -24 % |
| Чистая прибыль | 6 483 | 3 869 % | 93 598 | 1 344 % | -40 264 | -143 % |
| Чистые активы | 16 620 | 11 943 % | 283 005 | 1 603 % | 70 405 | -75 % |

### Действующее
Зарегистрирована 02.04.2010 · 7 лет

### Индексы *

 Риск · Низкий

 ИДО · Низкий · 1

☐ ИФР · Низкий · 6

○ ИПД · Не определен

### Факторы риска

⚡ Адрес указан как место нахождения нескольких ЮЛ (компаний по данным ФНС от 08.12.2017: 16, по данным СПАРК не аффилированных компаний: 14, в этом здании: 15)

⚡ Телефон указан несколькими юридическими лицами 6

⚡ Компания-совладелец входит в негативный список

⚡ В отношении совладельца компании применена процедура банкротства

### Наличие в рисковых реестрах

нет · Юридические лица, в состав исполнительных органов которых входят дисквалифицированные лица

⚡ Адреса, указанные при гос. регистрации несколькими юридическими лицами

нет · Компании, отсутствующие по юр. адресу по данным ФНС

нет · Юр. лица, имеющие задолженность по уплате налогов и/или не представляющие налоговую отчетность более года

нет · Физические лица, являющиеся руководителями или учредителями (участниками) нескольких юр.лиц

нет · Реестр недобросовестных поставщиков

* Правила использования индексов и их описание находится по адресу spark-interfax.ru


ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ", 18.12.2017 13:36 МСК

# Регистрационные данные

| | |
|---|---|
| Код СПАРК | 7484437 |
| ОГРН | 1107746249786 |
| ИНН | 7743775191 |
| КПП | 774301001 |
| ОКПО | 65362613 |
| ОКАТО | 45277583000 |
| ОКТМО | 45342000000 |
| ОКФС | Частная собственность (16) |
| ОКОПФ | Общества с ограниченной ответственностью (12300) |
| ОКОГУ | Организации, учрежденные юридическими лицами или гражданами, или юридическими лицами и гражданами совместно (4210014) |

## Сведения о государственной регистрации

| | |
|---|---|
| Дата первичной регистрации | 02.04.2010 |
| Дата регистрации | 02.04.2010 |
| Регистрирующий орган | Межрайонная инспекция ФНС России №46 по г.Москве |
| Адрес регистрирующего органа | 125373,Москва г,Походный проезд, домовладение 3, стр.2 |

## Сведения об учете в налоговом органе

| | |
|---|---|
| Налоговый орган | Инспекция Федеральной налоговой службы № 43 по г. Москве |
| Дата постановки на учет | 02.04.2010 |

## Регистрация в ПФ, ФСС, ФОМС

| Фонд | Дата постановки на учет | Дата снятия с учета | Регистрационный номер | Регистрирующий орган |
|---|---|---|---|---|
| ПФ | 05.04.2010 | | 087211001173 | Государственное учреждение - Главное Управление Пенсионного фонда РФ №5 по г. Москве и Московской области муниципальный район Левобережный г.Москвы |
| ФСС | 05.04.2010 | | 770010463877011 | Филиал №1 Государственного учреждения - Московского регионального отделения Фонда социального страхования Российской Федерации |
| ФОМС | 05.04.2010 | | 452431000392054 | Московский городской фонд обязательного медицинского страхования |

# Виды деятельности

## Отраслевая принадлежность по ОКВЭД (КДЕС Ред. 2)

СПАРК-Профиль. Информация только для внутреннего использования, без права дальнейшего распространения.



ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ", 18.12.2017 13:36 МСК

| Наименование | Код ОКВЭД |
|---|---|
| Разработка компьютерного программного обеспечения (основной - ЕГРПО ГМЦ Росстата, ЕГРЮЛ) | 62.01 |
| Торговля оптовая неспециализированная | 46.90 |
| Деятельность консультативная и работы в области компьютерных технологий | 62.02 |
| Деятельность, связанная с использованием вычислительной техники и информационных технологий, прочая | 62.09 |
| Деятельность по обработке данных, предоставление услуг по размещению информации и связанная с этим деятельность | 63.11 |
| Деятельность по созданию и использованию баз данных и информационных ресурсов | 63.11.1 |
| Предоставление прочих финансовых услуг, кроме услуг по страхованию и пенсионному обеспечению, не включенных в другие группировки | 64.99 |
| Исследование конъюнктуры рынка и изучение общественного мнения | 73.20 |
| Образование дополнительное детей и взрослых | 85.41 |
| Деятельность по дополнительному профессиональному образованию прочая, не включенная в другие группировки | 85.42.9 |
| Ремонт компьютеров и периферийного компьютерного оборудования | 95.11 |

## Отраслевая принадлежность по ОКВЭД

| Наименование | Код ОКВЭД |
|---|---|
| Разработка программного обеспечения и консультирование в этой области (основной - ЕГРПО ГМЦ Росстата, ЕГРЮЛ, Балансы ГМЦ Росстата) | 72.20 |
| Прочая оптовая торговля | 51.70 |
| Финансовое посредничество, не включенное в другие группировки | 65.23 |
| Обработка данных | 72.30 |
| Консультирование по аппаратным средствам вычислительной техники | 72.10 |
| Техническое обслуживание и ремонт офисных машин и вычислительной техники | 72.50 |
| Деятельность по созданию и использованию баз данных и информационных ресурсов, в том числе ресурсов сети Интернет | 72.40 |
| Прочая деятельность, связанная с использованием вычислительной техники и информационных технологий | 72.60 |
| Маркетинговые исследования и выявление общественного мнения | 74.13 |
| Образование для взрослых и прочие виды образования, не включенные в другие группировки | 80.42 |

# История изменений

## Изменения в наименовании и организационно-правовой форме

| Наименование | ИНН | ОГРН | Организационно-правовая форма | Дата изменений |
|---|---|---|---|---|
| ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ" | 7743775191 | 1107746249786 | Общества с ограниченной ответственностью | 14.01.2015 |

## Изменения уставного капитала

| Дата актуальности | Значение, руб. |
|---|---|

 СПАРК-Профиль. Информация только для внутреннего использования, без права дальнейшего распространения.



| Дата актуальности | Значение, руб. |
|---|---|
| 24.09.2014 | 10 010 000 |
| 02.04.2010 | 10 000 |

### Изменения руководителя

| ФИО | Должность | Дата получения информации |
|---|---|---|
| Пирогов Алексей Андреевич | генеральный директор | 02.04.2010 |

# Телефоны

| | | Компаний с совпадающим телефоном | | |
|---|---|---|---|---|
| Телефон | Оператор | Аффилированных | Неаффилированных | Недействующих |
| +7 (495) 9333733 | ПАО "Вымпел-Коммуникации" (г. Москва) | 1 | 3 | 1 |
| +7 (495) 9333737 | ПАО "Вымпел-Коммуникации" (г. Москва) | - | 6 | 3 |

# Адреса

## Адрес регистрации

г. Москва, ул. Беломорская, д. 6А
По данным ФНС на 08.12.2017 адрес "МОСКВА Г,БЕЛОМОРСКАЯ УЛ, дом (владение) 6А" указан в качестве места нахождения при государственной регистрации у юридических лиц: 16.
Всего найдено компаний: 19 из них действующих: 14 недействующих: 5

# Совладельцы

### ЕГРЮЛ

| | Наименование | Местонахождение | Доля в УК, руб. | Доля в УК, % | Дата внесения в ЕГРЮЛ |
|---|---|---|---|---|---|
| 🔴 | ПРОБИЗНЕСБАНК, ОАО АКБ | г. Москва, ул. Пудовкина, д. 3 | 5 894 778 | 58.89 | 29.01.2015 |
| 🟢 | ЭКСПРЕСС-ВОЛГА, АО АКБ | Костромская обл, г. Кострома, проспект Текстильщиков, д. 46 | 2 613 722 | 26.11 | 27.12.2014 |
| 🟢 | ВУЗ-БАНК, АО | Свердловская обл, г. Екатеринбург, ул. 8 Марта, д. 49 офис 432 | 778 556 | 7.78 | 27.12.2014 |
| 🟢 | ПОЙДЁМ!, АО КБ | г. Москва, проспект Ленинградский, д. 76 корп. 4 | 722 944 | 7.22 | 27.12.2014 |

### Росстат

*Дата обновления: 18.09.2017*

| | Наименование | Местонахождение / Комментарий | Доля в УК, руб. | Доля в УК, % |
|---|---|---|---|---|
| 🔴 | ПРОБИЗНЕСБАНК, ОАО АКБ | г. Москва, ул. Пудовкина, д. 3 | 5 894 778 | 58.89 |

СПАРК-Профиль. Информация только для внутреннего использования, без права дальнейшего распространения.



ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ", 18.12.2017 13:36 МСК

| | Наименование | Местонахождение / Комментарий | Доля в УК, руб. | Доля в УК, % |
|---|---|---|---|---|
| 🟢 | ЭКСПРЕСС-ВОЛГА, АО АКБ | Костромская обл, г. Кострома, проспект Текстильщиков, д. 46 | 2 613 722 | 26.11 |
| 🟢 | ВУЗ-БАНК, АО | Свердловская обл, г. Екатеринбург, ул. 8 Марта, д. 49 офис 432 | 778 556 | 7.78 |
| 🟢 | ПОЙДЁМ!, АО КБ | г. Москва, проспект Ленинградский, д. 76 корп. 4 | 722 944 | 7.22 |

## Структура собственников

Доля прямого владения не менее 25%

| | Наименование | | Местонахождение | Иерархия | Доля прямого владения *, % | Доля косвенного владения, % |
|---|---|---|---|---|---|---|
| 🔴 | ПРОБИЗНЕСБАНК, ОАО АКБ | 🇷🇺 | Российская Федерация, г. Москва, ул. Пудовкина, д. 3 | 1 | 58.89 | — |
| 🔴 | АЛИВИКТ, ООО | 🇷🇺 | Российская Федерация, г. Москва, ул. Беломорская, д. 6А | 1.1 | 52.95 | 31.18 |
| 🟢 | ЭКСПРЕСС-ВОЛГА, АО АКБ | 🇷🇺 | Российская Федерация, Костромская обл, г. Кострома, проспект Текстильщиков, д. 46 | 2 | 26.11 | — |
| 🔴 | ПРОБИЗНЕСБАНК, ОАО АКБ | 🇷🇺 | Российская Федерация, г. Москва, ул. Пудовкина, д. 3 | 2.1 | 99.80 | 26.06 |
| 🔴 | АЛИВИКТ, ООО | 🇷🇺 | Российская Федерация, г. Москва, ул. Беломорская, д. 6А | 2.1.1 | 52.95 | 31.18 |

*\* Доля прямого владения уставным капиталом компании, находящейся на предшествующем уровне в иерархической цепочке. В случае, если доля точно не известна, указывается диапазон, в котором она находится, в этом случае дальнейший расчет доли косвенного владения компании становится невозможным.*

## Филиалы

### Росстат

| Наименование | Местонахождение | Руководитель | Комментарий |
|---|---|---|---|
| Процессинговая Компания Лайф, ОБП ООО | Саратовская обл., г. Саратов, ул. Астраханская, д. 103 | Пирогов Алексей Андреевич | Исключен из Статрегистра Росстата |
| Процессинговая компания Лайф, ОП ООО | Калужская обл., г. Калуга, ул. Труда, д. 33 | | |

## Связи компании

### Зависимые и аффилированные лица

| Наименование | Местонахождение | Причина связи |
|---|---|---|
| АЛИВИКТ, ООО | г. Москва, ул. Беломорская, д. 6А | Прямо или косвенно контролирующие юридические лица или физические лица-владельцы (доля владения в каждом звене по всей цепочке больше 50%) |
| БАНК НБС, АО | Ивановская обл, г. Иваново, ул. Палехская, д. 2 | Юридические лица, в которых прямой или косвенный акционер с долей больше 50% также владеет долей больше 50% прямо или косвенно по всей цепочке |



| Наименование | Местонахождение | Причина связи |
|---|---|---|
| ВУЗ-БАНК, АО | Свердловская обл, г. Екатеринбург, ул. 8 Марта, д. 49 офис 432 | Юридические лица, в которых прямой или косвенный акционер с долей больше 50% также владеет долей больше 50% прямо или косвенно по всей цепочке |
| Изевлин Геннадий Викторович | — | Руководитель контролируемого или контролирующего юридического лица |
| Касумян Арсен Акопович | — | Руководитель (единоличный исполнительный орган) |
| Краснослободцев Владимир Николаевич | — | Руководитель контролируемого или контролирующего юридического лица |
| ПРОБИЗНЕС-ДЕВЕЛОПМЕНТ, ООО | г. Москва, ул. Беломорская, д. 6А | Юридические лица, в которых прямой или косвенный акционер с долей больше 50% также владеет долей больше 50% прямо или косвенно по всей цепочке |
| ПРОБИЗНЕСБАНК, ОАО АКБ | г. Москва, ул. Пудовкина, д. 3 | Совладельцы с долей равной или больше 20% |
| Саврасов Сергей Иванович | — | Руководитель контролируемого или контролирующего юридического лица |
| Салтыков Алексей Геннадьевич | — | Руководитель контролируемого или контролирующего юридического лица |
| Суворов Александр Николаевич | — | Руководитель контролируемого или контролирующего юридического лица |
| ФГ ЛАЙФ, ЗАО | г. Москва, ул. Беломорская, д. 6А | Юридические лица, в которых прямой или косвенный акционер с долей больше 50% также владеет долей больше 50% прямо или косвенно по всей цепочке |
| Хамчич Максим Александрович | — | Руководитель контролируемого или контролирующего юридического лица |
| Чернуха Роман Станиславович | — | Руководитель контролируемого или контролирующего юридического лица |
| ЭКСПРЕСС-ВОЛГА, АО АКБ | Костромская обл, г. Кострома, проспект Текстильщиков, д. 46 | Совладельцы с долей равной или больше 20% |

## Лица, имеющие право действовать без доверенности

| ФИО | Должность |
|---|---|
| Касумян Арсен Акопович | Генеральный директор |

*Дата последнего изменения в ЕГРЮЛ по данным СПАРК: 07.12.2015*

### История изменений

| ФИО | Должность | Дата обновления в ЕГРЮЛ |
|---|---|---|
| Пирогов Алексей Андреевич | Генеральный директор | 02.04.2010 |

## Домены

| Домен | Телефон | Email | Дата регистрации | Дата истечения срока | Делегирован |
|---|---|---|---|---|---|
| У компании нет актуальных доменов | | | | | |

СПАРК-Профиль. Информация только для внутреннего использования, без права дальнейшего распространения.



ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ", 18.12.2017 13:36 МСК

# Баланс, x 1 000 RUB

| Наименование | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| **Актив** | | | | | |
| Нематериальные активы | | | 8 356 | 5 046 | 2 626 |
| Основные средства | | | 355 | 168 | 76 |
| Внеоборотные активы | | | 12 994 | 6 318 | 12 306 |
| Запасы | | | | 4 | 2 |
| НДС по приобретенным ценностям | | | 180 | | 55 |
| Дебиторская задолженность | 26 | 22 | 386 | 180 066 | 24 319 |
| Краткосрочные финансовые вложения | | | | 40 000 | 14 000 |
| Денежные средства | 285 | 116 | 3 061 | 57 874 | 426 |
| Прочие оборотные активы | | | | 5 570 | 20 971 |
| Оборотные активы | 310 | 138 | 3 627 | 283 514 | 59 773 |
| Активы всего | 310 | 138 | 16 621 | 289 832 | 72 078 |
| **Пассив** | | | | | |
| Уставный капитал | 10 | 10 | 10 010 | 10 010 | 10 010 |
| Добавочный капитал | | | | | 800 |
| Нераспределенная прибыль (непокрытый убыток) | 300 | 128 | 6 611 | 100 209 | 59 595 |
| Капитал и резервы | 310 | 138 | 16 621 | 110 219 | 70 405 |
| Кредиторская задолженность | | | 1 | 2 423 | 1 036 |
| Доходы будущих периодов | | | | 172 786 | |
| Краткосрочные обязательства | | | 1 | 179 613 | 1 673 |
| Пассивы всего | 310 | 138 | 16 621 | 289 832 | 72 078 |

ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ", 18.12.2017 13:36 МСК

*Представленная финансовая информация является результатом автоматизированной обработки бухгалтерской отчетности компании и может не отражать всей полноты картины. Дополнительную информацию можно получить из разделов "Бухгалтерская отчетность" и "Отчеты эмитента".*

## Отчет о финансовых результатах, x 1 000 RUB

| Наименование | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| **Доходы и расходы по обычным видам деятельности** | | | | |
| Выручка от продажи (за минусом НДС, акцизов ...) | | 678 | 272 237 | 208 136 |
| Себестоимость проданных товаров, продукции, работ, услуг | | 13 281 | 9 953 | 83 647 |
| Валовая прибыль | | -12 603 | 262 284 | 124 489 |
| Управленческие расходы | 166 | 8 661 | 144 356 | 129 805 |
| Прибыль (убыток) от продажи | -166 | -21 264 | 117 928 | -5 316 |
| **Операционные доходы и расходы** | | | | |
| Проценты к получению | | | | 3 453 |
| Прочие доходы | | 23 700 | 800 | |
| Прочие расходы | 6 | 236 | 1 877 | 46 755 |
| **Внереализационные доходы и расходы** | | | | |
| Прибыль (убыток) до налогообложения | -172 | 2 200 | 116 851 | -48 618 |
| Текущий налог на прибыль | | | 20 075 | 145 |
| **Чрезвычайные доходы и расходы** | | | | |
| Чистая прибыль (убыток) | -172 | 6 483 | 93 598 | -40 264 |

*Представленная финансовая информация является результатом автоматизированной обработки бухгалтерской отчетности компании и может не отражать всей полноты картины. Дополнительную информацию можно получить из разделов "Бухгалтерская отчетность" и "Отчеты эмитента".*

## Коэффициенты

| Наименование | 2012 | 2013 | 2014 | 2015 | 2016 | Арифм. средняя | CV | Средняя по отрасли | Отклонение от средней по отрасли |
|---|---|---|---|---|---|---|---|---|---|



ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ", 18.12.2017 13:36 МСК

| Наименование | 2012 | 2013 | 2014 | 2015 | 2016 | Арифм. средняя | CV | Средняя по отрасли | Отклонение от средней по отрасли |
|---|---|---|---|---|---|---|---|---|---|
| **Ликвидность** | | | | | | | | | |
| Коэффициент текущей ликвидности | N/A | N/A | 3627 | 1.5785 | 35.728 | 1221.44 | 2.84 | 4.35 | 1217.09 |
| Коэффициент быстрой ликвидности | N/A | N/A | 3627 | 1.5784 | 35.7268 | 1221.44 | 2.84 | 3.92 | 1217.52 |
| Коэффициент абсолютной ликвидности | N/A | N/A | 3061 | 0.5449 | 8.6228 | 1023.39 | 2.87 | 1.53 | 1021.86 |
| **Деловая активность** | | | | | | | | | |
| Оборачиваемость дебиторской задолженности (в разах) | N/A | N/A | 3.3235 | 3.0173 | 2.0358 | 2.79 | 0.4 | 15.03 | -12.24 |
| Период погашения дебиторской задолженности (в днях) | N/A | N/A | 110 | 121 | 179 | 137 | 0 | 102 | 35 |
| Оборачиваемость запасов (в разах) | N/A | N/A | N/A | 4976.5 | 27882.3333 | 16429.42 | 2.46 | 234.13 | 16195.29 |
| Период оборота запасов (в днях) | N/A | N/A | N/A | 0 | 0 | 0 | 2 | 43 | -43 |
| Оборачиваемость кредиторской задолженности (в разах) | N/A | N/A | 26562 | 8.212 | 46.1755 | 8872.13 | 2.88 | 15.57 | 8856.56 |
| Период погашения кредиторской задолженности (в днях) | N/A | N/A | 0 | 44 | 8 | 17 | 2 | 132 | -114 |
| Оборачиваемость запасов (в разах) - по выручке | N/A | N/A | N/A | 136118.5 | 69378.6667 | 102748.58 | 1.15 | 342.24 | 102406.34 |
| Период оборота запасов (в днях) - по выручке | N/A | N/A | N/A | 0 | 0 | 0 | 1 | 27 | -27 |
| Оборачиваемость кредиторской задолженности (в разах) - по выручке | N/A | N/A | 1356 | 224.618 | 114.897 | 565.17 | 2.03 | 20.6 | 544.57 |
| Период погашения кредиторской задолженности (в днях) - по выручке | N/A | N/A | 0 | 2 | 3 | 2 | 1 | 84 | -82 |
| Оборачиваемость чистого рабочего капитала (в разах) | N/A | N/A | 0.3603 | 5.0636 | 2.57 | 2.66 | 1.47 | 11.65 | -8.99 |
| Оборачиваемость основных средств (в разах) | N/A | N/A | 3.8197 | 1041.0593 | 1513.7164 | 852.87 | 1.51 | 243.36 | 609.51 |
| Оборачиваемость оборотных активов (в разах) | N/A | N/A | 0.3602 | 1.8962 | 1.2121 | 1.16 | 1.11 | 5.2 | -4.04 |
| Оборачиваемость совокупных активов (в разах) | N/A | N/A | 0.0809 | 1.7767 | 1.1483 | 1 | 1.43 | 4.59 | -3.59 |
| Финансовый цикл (в днях) | N/A | N/A | N/A | 77 | 171 | 124 | 1 | 11 | 113 |
| Операционный цикл (в днях) | N/A | N/A | N/A | 121 | 179 | 150 | 1 | 163 | -13 |
| **Платежеспособность** | | | | | | | | | |
| Финансовый рычаг (Совокупные активы к собственному капиталу по | 1 | 1 | 1 | 2.6296 | 1.0238 | 1.33 | 0.55 | 2.78 | -1.45 |

СПАРК-Профиль. Информация только для внутреннего использования, без права дальнейшего распространения.

ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ", 18.12.2017 13:36 МСК

| Наименование | 2012 | 2013 | 2014 | 2015 | 2016 | Арифм. средняя | CV | Средняя по отрасли | Отклонение от средней по отрасли |
|---|---|---|---|---|---|---|---|---|---|
| балансовой стоимости) | | | | | | | | | |
| Нераспределенная прибыль к совокупным активам | 0.9677 | 0.9275 | 0.3977 | 0.3457 | 0.8268 | 0.69 | 0.43 | 0.18 | 0.51 |
| Оборотные активы к совокупным активам | 1 | 1 | 0.2182 | 0.9782 | 0.8293 | 0.81 | 0.42 | 0.95 | -0.14 |
| Чистый оборотный капитал к совокупным активам | 1 | 1 | 0.2182 | 0.3585 | 0.8061 | 0.68 | 0.54 | 0.5 | 0.18 |
| Собственный капитал (балансовая стоимость) к совокупным обязательствам | N/A | N/A | 16621 | 0.6136 | 42.0831 | 5554.57 | 2.88 | 3.34 | 5551.23 |
| Коэффициент концентрации заемного капитала | N/A | N/A | 0.0001 | 0.6197 | 0.0232 | 0.21 | 2.73 | 0.72 | -0.51 |
| Покрытие внеоборотных активов собственным капиталом (по балансовой стоимости) | N/A | N/A | 1.2791 | 17.4452 | 5.7212 | 8.15 | 1.71 | 16.51 | -8.36 |
| Коэффициент обеспеченности собственными оборотными средствами | 1 | 1 | 1 | 0.3665 | 0.972 | 0.87 | 0.32 | 0.26 | 0.61 |
| Коэффициент маневренности собственных оборотных средств | 1 | 1 | 0.2182 | 0.9427 | 0.8252 | 0.8 | 0.42 | 0.94 | -0.14 |
| **Рентабельность** | | | | | | | | | |
| Рентабельность по валовой прибыли (в %) | N/A | N/A | -1858.8496 | 96.344 | 59.8114 | -567.56 | -3.28 | 46.16 | -613.72 |
| Рентабельность по EBIT (в %) | N/A | N/A | 324.4838 | 42.9225 | -25.0178 | 114.13 | 2.71 | 10.41 | 103.72 |
| Рентабельность по EBT (в %) | N/A | N/A | 324.4838 | 42.9225 | -23.3588 | 114.68 | 2.68 | 10.48 | 104.2 |
| Рентабельность по чистой прибыли, ROS (в %) | N/A | N/A | 956.1947 | 34.3811 | -19.345 | 323.74 | 2.82 | 8.42 | 315.32 |
| Валовая рентабельность затрат (%) | N/A | N/A | -94.895 | 2635.2256 | 148.8266 | 896.39 | 2.81 | 104.45 | 791.94 |
| Рентабельность затрат (%) | N/A | -100 | -96.91 | 76.4233 | -2.4905 | -30.74 | -3.44 | 14.97 | -45.71 |
| Валовая рентабельность коммерческих и управленческих расходов (%) | N/A | N/A | -145.5144 | 181.6925 | 95.9046 | 44.03 | 6.42 | 159.09 | -115.06 |
| Доходность собственного капитала, ROE (в %) | N/A | -76.7857 | 77.3674 | 147.5844 | -44.4724 | 25.92 | 5.05 | 72.9 | -46.98 |
| Доходность инвестированного капитала, ROIC (в %) | N/A | -731.914 | 95.4646 | 722.625 | -127.1323 | -10.24 | -73.34 | 43.03 | -53.27 |

**СПАРК**

| Наименование | 2012 | 2013 | 2014 | 2015 | 2016 | Арифм. средняя | CV | Средняя по отрасли | Отклонение от средней по отрасли |
|---|---|---|---|---|---|---|---|---|---|
| | | 9 | | | | | | | |
| Рентабельность активов, ROA (в %) | N/A | - 76.7857 | 77.3674 | 61.0847 | -22.2132 | 9.86 | 9.17 | 19 | -9.14 |
| Доходность активов по EBIT, ROTA (в %) | N/A | - 76.7857 | 26.2545 | 76.2603 | -28.7269 | -0.75 | - 110.74 | 27.65 | -28.4 |
| Эффективная ставка налога на прибыль (в %) | N/A | N/A | -194.6818 | 19.8997 | 17.1829 | -52.53 | -3.91 | 17.33 | -69.86 |

**Отрасль**: Разработка компьютерного программного обеспечения (ОКВЭД 62.01).
**CV** (Coefficient of variation) – относительный показатель разброса, выраженный в процентах и равный стандартному отклонению, деленному на среднее значение.

*Представленная финансовая информация является результатом автоматизированной обработки бухгалтерской отчетности компании и может не отражать всей полноты картины. Дополнительную информацию можно получить из разделов "Бухгалтерская отчетность" и "Отчеты эмитента".*

# Оценка финансового состояния

## Финансовая статистика, 2016 год, x 1 000 RUB

| Наименование показателя | Значение | Суммарное значение по отрасли | | | | Суммарное значение показателя по региону: Город Москва | |
|---|---|---|---|---|---|---|---|
| | | По России | Доля компании, % | Город Москва | Доля компании, % | Значение | Доля компании, % |
| Активы | 72 078 | 435 285 112 | 0 | 271 281 337 | 0 | 162 431 826 342 | 0 |
| Валовая прибыль | 124 489 | 142 023 904 | 0 | 93 147 690 | 0 | 13 871 932 175 | 0 |
| Внеоборотные активы | 12 306 | 99 384 935 | 0 | 59 055 174 | 0 | 91 350 785 464 | 0 |
| Выручка от продажи | 208 136 | 562 585 289 | 0 | 331 649 521 | 0 | 97 315 783 528 | 0 |
| Дебиторская задолженность | 24 319 | 153 916 580 | 0 | 91 563 054 | 0 | 31 647 677 624 | 0 |
| Денежные средства | 426 | 75 338 992 | 0 | 48 336 827 | 0 | 5 731 435 368 | 0 |
| Займы и кредиты (долгосрочные) | 0 | 27 729 597 | 0 | 18 083 263 | 0 | 25 656 914 173 | 0 |
| Займы и кредиты (краткосрочные) | 0 | 28 704 404 | 0 | 14 922 368 | 0 | 12 460 918 334 | 0 |

ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ", 18.12.2017 13:36 МСК

| Наименование показателя | Значение | Суммарное значение по отрасли | | | | Суммарное значение показателя по региону: Город Москва | |
|---|---|---|---|---|---|---|---|
| | | По России | Доля компании, % | Город Москва | Доля компании, % | Значение | Доля компании, % |
| Капитал и резервы | 70 405 | 190 833 696 | 0 | 123 931 720 | 0 | 66 981 704 441 | 0 |
| Кредиторская задолженность | 1 036 | 168 020 177 | 0 | 102 491 138 | 0 | 35 837 584 015 | 0 |
| Оборотные активы | 59 773 | 335 787 696 | 0 | 212 226 267 | 0 | 71 058 789 554 | 0 |
| Прибыль до налогообложения | 0 | 76 641 337 | 0 | 47 107 754 | 0 | 7 292 605 535 | 0 |
| Прибыль от продажи | 0 | 78 438 936 | 0 | 45 900 218 | 0 | 5 523 087 654 | 0 |
| Себестоимость проданных товаров и услуг | 83 647 | 406 981 885 | 0 | 233 028 535 | 0 | 83 755 769 089 | 0 |
| Чистая прибыль | -40 264 | 45 964 618 | 0 | 29 307 880 | 0 | 4 477 155 575 | 0 |
| Убыток от продажи | 5 316 | 9 594 077 | 0 | 6 197 667 | 0 | 971 173 896 | 0 |
| Убыток до налогообложения | 48 618 | 17 130 743 | 0 | 8 711 217 | 1 | 1 902 183 994 | 0 |

## Расчетные показатели, 2016 год

### Методика расчета

| Наименование показателя | Значение показателя компании | Значение по отрасли, Объем выручки компаний 100-300 млн руб. | |
|---|---|---|---|
| | | По России | Город Москва |
| Доля внеоборотных активов в активах | 17.07 | 24.76 | 27.97 |
| Коэффициент концентрации собственного капитала (автономии), % | 97.68 | 47.71 | 34.73 |
| Коэффициент быстрой ликвидности | 35.73 | 0.8 | 1.03 |
| Коэффициент концентрации заемного капитала, % | 2.32 | 52.89 | 66.61 |
| Оборачиваемость запасов (дни) | 0.13 | 25.83 | 27.39 |
| Оборачиваемость средств в расчетах (дни) | 176.76 | 82.21 | 101.41 |
| Рентабельность активов (по балансовой прибыли) | -26.87 | 13.18 | 7.77 |
| Рентабельность всех операций (по балансовой прибыли) | -23.36 | 9.61 | 5.25 |



ООО "ПРОЦЕССИНГОВАЯ КОМПАНИЯ "ЛАЙФ", 18.12.2017 13:36 МСК

| | | Значение по отрасли, Объем выручки компаний 100-300 млн руб. | |
|---|---|---|---|
| Наименование показателя | Значение показателя компании | По России | Город Москва |
| Рентабельность собственного капитала (по балансовой прибыли) | -53.83 | 28.05 | 22.51 |
| Среднеотраслевой уровень собственного оборотного капитала (в % к выручке) | 38.92 | 20.93 | 7.23 |

**Отрасль:** Разработка компьютерного программного обеспечения (ОКВЭД 62.01)
Суммарные данные получены путем суммирования значений выбранных показателей по компаниям входящим в регион и/или отрасль.



СПАРК-Профиль. Информация только для внутреннего использования, без права дальнейшего распространения.



translations@geotext.com
wvvw.geotext.com

STATE OF NEW YORK          )
                          )          ss
                          )
COUNTY OF NEW YORK        )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Life Processing Company LLC document.

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this __3__ day of _January_, 20 _18_ .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143