# **EXHIBIT 20**

You are using the Chrome browser Version 63.0
This electronic platform has been optimized to allow viewing with the Microsoft Internet Explorer browser, Version 8 or later. If using other browsers, some elements may not be displayed correctly.

December 20, 2017
9:05:36 (UTC+3)
as at the latest update

**For the attention of Official Receivers: Tender organization and conduct services for RUB 5,000!**
The OOO LEGAL CONSULTANCY AND INVESTMENT CENTER tender organizer offers tender organization and conduct services [text cut off] of the debtor as part of the procedures used in private individuals' bankruptcy proceedings. The cost of our services is RUB 5000! To find out about our services, phone +7 (495) 645-34-74 or e-mail pravcenter01@mail.ru.

**For the attention of Official Receivers and Tender Organizers**

When posting invitations to tender (tender announcements) on the Electronic Trading Platform please make sure that the information contained in the invitation to tender is correct:
- About the debtor (the Unified Federal Register of Bankruptcy Information ("the Register") checks the OGRN [Primary State Registration Number] for legal entities and the SNILS [Individual Personal Account Insurance Number] and TIN [Taxpayer ID Number] for individuals, and the information is checked against the Debtor Card published in the open-access part of the Register)
- About the Official Receiver (the Unified Federal Register of Bankruptcy Information checks the TIN, and the information is checked against the Official Receiver Card published in the open-access part of the Register)
- About the tender organizer (the Unified Federal Register of Bankruptcy Information checks the OGRN for legal entities and the TIN for individuals, and the information is checked against the Tender Organizer Card published on the open-access part of the Register)
- The case number (the information is checked against the Debtor Card published on the open-access part of the Register. The following are taken into account during the check: the register, the character input language and the presence of blank characters (whitespaces). The presence of visually complex but in fact differing characters (e.g. hyphens and dashes) etc. will also affect the result of the check).
- The number of the Register announcement (a search is carried out for an announcement with that number published in the Register, headed "Tender Announcement" or "Tender Modification Announcement." If the announcement is not found, the Register will not accept the tender and will not publish it).

If any part of the above data included in the invitation to tender (tender announcement) is not identical to the information contained in the Register, the tender will fail the verification procedure and the Register will not publish information about it.

If, during the data comparison process, the Register does not find the Debtor Card, the Official Receiver Card or the Auction Organizer Card, the tender will fail the verification procedure and the Register will not publish information about it.

## LOT INFORMATION

| | | Action | Return |
|---|---|---|---|
| **Information on auction No. 0000718** | | | |
| Form of tender, based on Bidder group: | Open tender | Date of publication of open tender invitation (announcement) in official media: | 04/23/2016 |
| Price quotation submission form: | Sealed | Date of publication in printed media in the debtor's location: | 04/23/2016 |
| Description: | Electronic tender in the form of a sealed- bid public auction of the property of Probusinessbank JSCB, Lots 5-15 | Date of publication of notice in the Unified Federal Register of Bankruptcy Information: | 04/19/2016 |
| Additional information: | Detailed information on the content of the financial institution's lots can be found on the Tender Organizer's sites, www.torgiasv.ru and www.asv.org.ru, in the sections on "Bank Liquidation" and "Property Sales." | Register announcement number: | 1042423 |
| Winner identification procedure and criteria: | The Winner of the Tender (hereinafter also "the Winner") shall be the Bidder offering the highest price for the relevant lot, which must not be lower than the starting price. If two or more Bidders offer the same price for the lot, which must not be lower than the starting price, the Winner shall be the Bidder which had applied to participate in the tender earlier than any other Bidders | Retendering: | Not available |
| Application procedure: | Applications for participation in the tender must be submitted online via the electronic document flow system, at http://torgibankrot.ru/. | Payment dates and account details: | The Winner shall pay the Seller the lot selling price achieved by the tender minus the pre-paid deposit, within 30 (Thirty) days of Contract signature, using the following banking particulars: Recipient – State Corporation Deposit Insurance Agency; TIN 7708514824, TRC 775001001, Transaction A/c No. 40503810145250003051 in the Bank of Russia Main Branch for the Central Federal District, Moscow 35, BIC 044525000. In the Payment Reference field, state the name of the financial |
| Property inspection procedure: | The property of the financial institution may be inspected on the premises of the Tender Organizer at: 6A, ul. Belomorskaya, Moscow; +7 (495) 933-37-37, Ext. 941711, between the hours of 9:00 a.m.–6:00 p.m. | | |
| Sale and Purchase Contract signature procedure: | The Winner shall sign the Contract within five days of the invitation to sign the Contract and the Draft Contract being forwarded to its e-mail | | |

| | | | |
|---|---|---|---|
| | address specified in its Application for Participation in the Tender (Public Auction), and shall forward it to the Tender Organizer not later than two days after the date of signature. The Winner shall inform the Tender Organizer of Contract signature without delay, using any means available thereto. | | institution and the Winner, the contract particulars and the date of the tender (the Public Auction period). |

**Information on Lot No. 6**

| | | | |
|---|---|---|---|
| Lot number | 6 | Tender date: | 06/22/2016, 2:00 p.m. |
| Name: | 58.889% of the authorized capital of the Life Processing Company LLC, TIN 7743775191, face value RUB 5,894,778, Moscow | Start date for the submission of tender applications: | 04/27/2016 12:00 a.m. |
| Status | Abandoned | Last date for the submission of tender applications: | 06/17/2016 2:00 p.m. |
| Tender results announcement date | 06/22/2016 2:00 p.m. | Starting price: | 1,060,000,000.00 |
| | | Information about the debtor's property, its composition, attributes, description and inspection procedure: | Share of authorized capital: |
| Tender participation application procedure, list of documents to be submitted by applicants and document completion requirements: | As set out in RF Ministry of Economic Development Order No. 495 of July 23, 2015 | Register classification: | [99] Others |
| Lot category: | Not specified | | |

**Security deposit**

| | | | |
|---|---|---|---|
| Security deposit calculation method: | 10% of the initial price of the lot | Bank name: | Bank of Russia Main Branch for the Central Federal District, Moscow 35 |
| Deposit amount, RUB | 106,000,000.00 | Transaction A/c No.: | 40503810845250002051 |
| Deposit payment date: | As specified in the Deposit Agreement | Correspondent Account No.: | 00000000000000000000 |
| Deposit refund date: | As specified in the Deposit Agreement | BIC: | 044525000 |
| Deposit payment and refund procedure: | The Applicant shall lodge the deposit at the time specified in this announcement and in accordance with the Deposit Payment Agreement, by transferring the funds to the Tender Organizer's Deposit Funds Accumulation Account, naming the recipient as State Corporation Deposit Insurance Agency; TIN 7708514824, TRC 775001001, Transaction A/c No. 40503810845250002051 in the Bank of Russia Main Branch for the Central Federal District, Moscow 35, BIC 044525000. In the Payment Reference field, state the name of the financial institution and the Applicant, the date of the tender (the Public Auction period) to which the deposit relates and the lot number. | Recipient: | State Corporation Deposit Insurance Agency |
| | | Recipient TIN: | 7708514824 |
| | | Recipient TRC: | |

**Documents**

Actions

| | No. | Date received | Document name | e-sign | Comments | Type |
|---|---|---|---|---|---|---|
| ☐ | 0066122 | 06/21/2016 | Протокол об определении участников торгов № 15309.doc [Bidder identification report No. 15309.doc] | Signed electronically | | Bidder identification report |
| ☐ | 0066204 | 06/22/2016 | Протокол торгов №15309.doc [Tender report No. 15309.doc] | Signed electronically | | Lot report |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Actions　　　　　　Return

Created on the FogSoft
iTender Platform

**Вы используете браузер Chrome версии 63.0**
Электронная площадка оптимизирована для просмотра обозревателем Microsoft Internet Explorer версии 8 и выше. При использовании других обозревателей отдельные элементы могут отображаться некорректно.

**20 декабря 2017**
**9:05:36 (UTC+3)**
на момент последнего обновления

**Вниманию Арбитражных управляющих! Услуги по организации и проведению торгов за 5 000 рублей!**
ООО «ПРАВОВОЙ ЦЕНТР КОНСАЛТИНГА И ИНВЕСТИЦИЙ» - Организатор торгов, предлагает услуги по организации и проведению т должника в ходе процедур, применяемых в деле о банкротстве гражданина (физического лица). Стоимость услуг 5 000 рублей! Получить информацию по оказываемым услугам можно по телефону +7 (495) 645-34-74 или по электронной почте pravcenter01@mail.ru.

**Вниманию Арбитражных управляющих и организаторов торгов**

**При размещении заявок (сообщений) о проведении торгов на ЭТП просим убедиться в корректности содержащихся в заявке на проведение торгов данных:**
• должника (ЕФРСБ осуществляет проверку по ОГРН для юр. лица, по СНИЛС, ИНН для физ. лица, данные сверяются по карточке должника, размещенной в открытой части ЕФРСБ)
• АУ (ЕФРСБ осуществляет проверку по ИНН, данные сверяются по карточке АУ, размещенной в открытой части ЕФРСБ)
• организатора торгов (ЕФРСБ осуществляет проверку по ОГРН для юр. лица, по ИНН для физ. лица, данные сверяются по карточке ОТ, размещенной в открытой части ЕФРСБ)
• номер судебного дела (данные сверяются по карточке должника, размещенной в открытой части ЕФРСБ. При сравнении учитываются: регистр, язык ввода символов, наличие пробельных (неотображаемых) символов. Наличие визуально схожих, но фактически различающихся символов (например, дефис и тире) и т.п., также влияет на результат сравнения).
• номер сообщения в ЕФРСБ (производится поиск опубликованного в ЕФРСБ сообщения с данным номером с типом «Объявление о проведении торгов» или «Сообщение об изменении сообщения об объявлении торгов». Если сообщение не найдено, ЕФРСБ торги не примет и не опубликует).

Если что-либо из выше перечисленных данных, указанных в заявке (сообщении) на проведение торгов не будет полностью идентично данным, содержащимся в ЕФРСБ, торги не пройдут проверку и ЕФРСБ не опубликует сведения о них.

Если при сверке данных ЕФРСБ не найдет карточку должника, АУ или ОТ, торги не пройдут проверку и ЕФРСБ не опубликует сведения о них.

# Информация о лоте

Действия     Вернуться

## Информация об аукционе №0000718

| | | | |
|---|---|---|---|
| Форма торга по составу участников: | Открытая | Дата публикации сообщения о проведении открытых торгов в официальном издании: | 23.04.2016 |
| Форма представления предложений о цене: | Закрытая | Дата публикации в печатном органе по месту нахождения должника: | 23.04.2016 |
| Наименование: | Электронные торги в форме открытого аукциона с закрытой формой представления предложений по цене приобретения имущества ОАО АКБ «Пробизнесбанк» состоятся по лотам № 5 – 15 | Дата размещения сообщения в Едином федеральном реестре сведений о банкротстве: | 19.04.2016 |
| Дополнительные сведения: | С подробной информацией о составе лотов финансовой организации можно ознакомиться на сайтах Организатора торгов www.torgiasv.ru, а также www.asv.org.ru в разделах «Ликвидация Банков» и «Продажа имущества». | Номер сообщения в ЕФРСБ: | 1042423 |
| Порядок и критерии определения победителя торгов: | Победителем Торгов (далее также – Победитель) признается Участник, предложивший наибольшую цену за лот, но не ниже начальной цены продажи лота. В случае, если равную цену за лот, но не ниже начальной цены продажи лота, предложили два и более Участника, Победителем среди них признается Участник, ранее других указанных Участников представивший заявку на участие в Торгах. | Повторные торги: | Нет |
| Порядок представления заявок на участие в торгах: | Заявки на участие в торгах подаются в электронной форме посредством системы электронного документооборота на сайте в сети Интернет по адресу: http://torgibankrot.ru/. | Сроки платежей, реквизиты счетов: | Победитель обязан уплатить Продавцу в течение 30 (Тридцати) дней с даты заключения Договора определенную на Торгах (Торгах ППП) цену продажи лота за вычетом внесенного ранее задатка по следующим реквизитам: получатель платежа - Государственная корпорация «Агентство по страхованию вкладов», ИНН 7708514824, КПП 775001001, расчетный счет № 40503810145250003051 в ГУ Банка России по ЦФО, г. Москва 35, БИК 044525000. В назначении платежа необходимо указывать наименование финансовой организации и |
| Порядок ознакомления с имуществом: | Ознакомиться с имуществом финансовой организации можно у Организатора торгов с 09:00 по 18:00 часов по адресу: г. Москва, ул. Беломорская, д. 6А; +7 (495) 933-37-37 доб. 941711. | | |
| Порядок и срок заключения договора купли-продажи: | Победитель обязан в течение пяти дней с даты направления на адрес его электронной почты, указанный в заявке на участие в Торгах (Торгах | | |

| | |
|---|---|
| ППП), предложения заключить Договор и проекта Договора, подписать Договор и не позднее двух дней с даты подписания направить его Организатору торгов. О факте подписания Договора Победитель любым доступным для него способом обязан немедленно уведомить Организатора торгов. | Победителя, реквизиты Договора и дату проведения Торгов (период проведения Торгов ППП). |

## Информация о лоте №6

| | | | |
|---|---|---|---|
| Номер: | 6 | Дата проведения: | 22.06.2016 14:00 |
| Наименование: | Доля в уставном капитале ООО "Процессинговая компания "Лайф" ИНН 7743775191: в размере 58,889%, номинальная стоимость - 5 894 778 руб., г. Москва | Дата начала представления заявок на участие: | 27.04.2016 00:00 |
| Статус: | Не состоялся | Дата окончания представления заявок на участие: | 17.06.2016 14:00 |
| Дата подведения результатов: | 22.06.2016 14:00 | Начальная цена, руб.: | 1 060 000 000,00 |
| | | Сведения об имуществе должника, его составе, характеристиках, описание, порядок ознакомления: | Доли участия в уставном капитале: |
| Порядок оформления участия в торгах, перечень представляемых заявителями документов и требования к их оформлению: | В соответствии с приказом Министерства экономического развития Российской Федерации от 23 июля 2015г. №495 | Классификатор ЕФРСБ: | [99] Прочее |
| Категория лота: | Не определена | | |

## Обеспечение задатка

| | | | |
|---|---|---|---|
| Способ расчета обеспечения: | 10% от начальной цены лота | Название банка: | ГУ Банка России по ЦФО, г. Москва 35 |
| Размер задатка, руб.: | 106 000 000,00 | Расчетный счет: | 40503810845250002051 |
| Дата внесения задатка: | Согласно Договору о задатке | Кор. счет: | 00000000000000000000 |
| Дата возврата задатка: | Согласно Договору о задатке | БИК: | 044525000 |
| Порядок внесения и возврата задатка: | Заявитель обязан в срок, указанный в настоящем сообщении, и в соответствии с договором о внесении задатка внести задаток путем перечисления денежных средств на счет для зачисления задатков Организатора торгов: получатель платежа - Государственная корпорация «Агентство по страхованию вкладов», ИНН 7708514824, КПП 775001001, расчетный счет 40503810845250002051 в ГУ Банка России по ЦФО, г. Москва 35, БИК 044525000. В назначении платежа необходимо указывать наименование финансовой организации, наименование Заявителя, дату проведения Торгов (период проведения Торгов ППП), за участие в которых вносится задаток, номер лота. | Получатель: | Государственная корпорация «Агентство по страхованию вкладов» |
| | | ИНН получателя: | 7708514824 |
| | | КПП получателя: | |

## Документы

Действия

| | № | Дата поступления | Название документа | ЭП | Комментарий | Тип |
|---|---|---|---|---|---|---|
| ☐ | 0066122 | 21.06.2016 | Протокол об определении участников торгов № 15309.doc | Подписано ЭП | | Протокол об определении участников торгов |
| ☐ | 0066204 | 22.06.2016 | Протокол торгов №15309.doc | Подписано ЭП | | Протокол лота |

Действия      Вернуться

Разработано на платформе iTender компании Fogsoft (ФогСофт)



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    )   ss
                    )
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached document titled "Lot Information: Southern Electronic Trading Platform."

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this __3__ day of __January__, 20__18__.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York          Washington, D.C.     Chicago             Houston             San Francisco
t: +1.212.631.7432 t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500
London            Paris                Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143