# EXHIBIT 22

**NPO Olimproekt LLC**
**TIN** [Taxpayer ID Number] **/TRC** [Tax Registration Code] **7719610720/771901001**
**Address: 35 ul. Verkhnyaya Pervomaiskaya, Suite 32, Moscow 105264**

| TIN 7719610720 | TRC 771901001 | | |
|---|---|---|---|
| Payee<br>NPO Olimproekt LLC | | Account No. | 40702810602860000928 |
| Payee's bank<br>at ALFA-BANK JSC, Moscow | | BIC | 044525593 |
| | | Acc. No. | 30101810200000000593 |

# INVOICE No. 21/01 DATED September 9, 2015

Customer: Kholmeks LLC, 24 A ul. Smolnaya, office 812, Moscow 125445, Russia
TIN/TRC 7726547734/774301001
Payer: Kholmeks LLC, 24 A ul. Smolnaya, office 812, Moscow 125445, Russia
TIN/TRC 7726547734/774301001

| No. | Product | Unit of Measurement | Quantity | Price (rubles) | Amount (rubles) |
|---|---|---|---|---|---|
| 1 | Advance for work under Agreement No. 21/15 of 9/9/2015 re: "Inspection of the technical condition of the buildings and structures of the Firsanovka Life residential development – townhouses Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and of the water supply facility, located at: Podolino, Kutuzovskoye, Solnechnogorsk District, Moscow Region" | | | 300,000.00 exclusive of VAT | 300,000.00 exclusive of VAT |
| | | | | **Total:** | **300,000 rubles 00 kopeks exclusive of VAT** |
| | | | | **Total due:** | **300,000 rubles 00 kopeks exclusive of VAT** |

Total items 1, for 300,000 rubles 00 kopeks, exclusive of VAT
**Three hundred thousand rubles 00 kopeks.**

General Director _____[signature]_____(N.V. Kovaleva)

Chief Accountant _____[signature]_____(N.V. Kovaleva)

[seal:]
NPO Olimproekt Limited Liability Company, PSRN [Primary State Registration Number] 1067759770517, Moscow
Registered in the Register of Enterprises No. 1067759770917

ООО «НПО «Олимпроект»
ИНН/КПП 7719610720/771901001
Адрес: 105264, г. Москва, ул. Верхняя Первомайская, д. 35, пом. 32

| ИНН 7719610720 | КПП 771901001 | | |
|---|---|---|---|
| Получатель ООО «НПО «Олимпроект» | | Сч. № | 40702810602860000928 |
| Банк получателя в АО «АЛЬФА-БАНК», г. Москва | | БИК | 044525593 |
| | | Сч. № | 30101810200000000593 |

## СЧЕТ № 21/01 ОТ 09 сентября 2015 г.

Заказчик: ООО «Холмэкс», 125445, Россия, г. Москва, ул. Смольная, д.24 А, офис 812
ИНН/КПП 7726547734/774301001
Плательщик: ООО «Холмэкс», 125445, Россия, г. Москва, ул. Смольная, д.24 А, офис 812
ИНН/КПП 7726547734/774301001

| № | Наименование товара | Единица измерения | Кол-во | Цена (руб.) | Сумма (руб.) |
|---|---|---|---|---|---|
| 1 | Аванс на выполнение работ по Договору № 21/15 от 09.09.2015 г. на тему: «Обследование технического состояния зданий и сооружений жилого комплекса «Фирсановка Лайф» - таунхаусов №№ 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12,13, 14,15, 16, 17, 18, 19, 20, водозаборного узла, расположенных по адресу: Московская область, Солнечногорский район, с.п. Кутузовское, дер. Подолино» | | | 300 000,00 без НДС | 300 000,00 без НДС |
| | | | | Итого: | 300 000 руб. 00 коп., без НДС |
| | | | | Всего к оплате: | 300 000 руб. 00 коп., без НДС |

Всего наименований 1, на сумму 300 000 руб. 00 коп., без НДС.
**Триста тысяч рублей 00 копеек.**

Генеральный директор_____ (Н.В. Ковалева)

Главный бухгалтер_____ (Н.В. Ковалева)



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
                  )
                  ) ss
                  )
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Invoice No. 21/01 dated September 9, 2015 from NOP Olimproekt LLC.

_____
Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this __3rd__ day of __January__, 20__18__.

_____
KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York          Washington, D.C.    Chicago            Houston            San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London            Paris              Stockholm          Frankfurt          Hong Kong
t: +44.20.7553.4100  t: +33.1.42.68.51.47  t: +46.8.463.11.87  t: +49.69.7593.8434  t: +852.2159.9143