# EXHIBIT 23



# SBERBANK OF RUSSIA
Founded in 1841

## MOSCOW BANK

6 ul. B. Andronyevskaya, Moscow 109544
Telephone: +7 (495) 500-55-50, 8 (800) 555-55-50
Fax: + 7 (495) 912-84-64
mb@sberbank.ru, www.sberbank.ru

[illegible].*16.2015*  No. *431718*

Re No.                         dated

**To the Moscow Region Administration of the
Federal Service for State Registration,
Cadaster and Cartography**

Sberbank of Russia Public Joint-Stock Company, represented by Moscow Bank (hereinafter, the Bank), hereby:

1. Confirms the performance by KHOLMEKS Limited Liability Company (hereinafter, the Borrower) of all obligations in their entirety under Non-Revolving Credit Line Agreement No. 2017 of January 10, 2013, as subsequently amended and supplemented, concluded between the Bank and the Borrower.

2. Confirms the performance by KHOLMEKS Limited Liability Company (hereinafter, the Mortgagor) of all obligations in their entirety under Mortgage Agreement No. 2017/I-1 of January 10, 2013 (hereinafter, the Mortgage Agreement), registered on 02/04/2013 by the Moscow Region Administration of the Federal Service for State Registration, Cadaster and Cartography under No. 50-50-09/002/2013-052, as subsequently amended and supplemented, concluded between the Bank and the Mortgagor.

3. Requests that an entry be made in the Unified State Register of Real Estate Rights and Transactions on the termination of the mortgage of land parcels and real estate—the apartments which constitute the collateral under the Mortgage Agreement.

**Director of the Real Estate
Financing Division of
Moscow Bank of Sberbank PJSC**                       [signature]        **G.I. Barg**

Kochulova
*(495) 669-07-83*

*Original received
12/18/2015*   [signature]

[stamp:] **T.V. Matytsin**

Moscow Bank, an affiliate of Sberbank of Russia Open Joint-Stock Company, TIN [Taxpayer ID Number] 7707083893, TRC [Tax Registration Code] 775003035, BIC 044525225

Case 1:17-mc-00414-GBD-SN    Document 9-23    Filed 01/16/18    Page 3 of 5



# СБЕРБАНК РОССИИ
Основан в 1841 году

## МОСКОВСКИЙ БАНК

109544, г. Москва, ул. Б. Андроньевская, д. 6
Телефон: +7 (495) 500-55-50, 8 (800) 555-55-50
Факс: +7 (495) 912-84-64
mb@sberbank.ru, www.sberbank.ru

15.12.2015 № 43/712

на № _____ от _____

в Управление Федеральной службы
государственной регистрации, кадастра
и картографии по Московской области

Настоящим Публичное акционерное общество «Сбербанк России» в лице Московского Банка (далее - Банк):

1. Подтверждает исполнение Обществом с ограниченной ответственностью «ХОЛМЭКС» (далее Заемщик) всех обязательств в полном объеме по Договору об открытии невозобновляемой кредитной линии №2017 от «10» января 2013г. с последующими изменениями и дополнениями, заключенному между Банком и Заемщиком.

2. Подтверждает исполнение Обществом с ограниченной ответственностью «ХОЛМЭКС» (далее Залогодатель) всех обязательств в полном объеме по Договору ипотеки №2017/И-1 от «10» января 2013г. (далее Договор ипотеки), зарегистрированному 04.02.2013г. Управлением Федеральной службы государственной регистрации, кадастра и картографии по Московской области за №50-50-09/002/2013-052, с последующими изменениями и дополнениями, заключенному между Банком и Залогодателем.

3. Просит внести в Единый государственный реестр прав на недвижимость и сделок с ними регистрационную запись о прекращении ипотеки земельных участков и объектов недвижимости - квартир, являющихся предметом залога по Договору ипотеки.

Директор Управления
финансирования недвижимости
Московского банка ПАО Сбербанк                                                    Г.И. Барг

Кочунова
(495) 669-07-83

Оригинал получен
18.12.2015
Матыцин Т.В.

Филиал Открытого акционерного общества «Сбербанк России» - Московский банк  ИНН 7707083893, КПП 775003035, БИК 044525225



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached letter to the Moscow Region Administration of the Federal Service for State Registration, Cadaster and Cartography from G.I. Barg of Sberbank PJSC.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 3rd day of January, 20 18.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York              Washington, D.C.         Chicago              Houston              San Francisco
t: +1.212.631.7432    t: +1.202.828.1267       t: +1.312.242.3756   t: +1.713.353.3909   t: +1.415.576.9500

London                Paris                    Stockholm            Frankfurt            Hong Kong
t: +44.20.7553.4100   t: +33.1.42.68.51.47     t: +46.8.463.11.87   t: +49.69.7593.8434  t: +852.2159.9143