# EXHIBIT 24

**AGENCY AGREEMENT No. ZN714-06**

**Moscow**                                                                                            **August 20, 2013**

    **KHOLMEKS LLC Limited Liability Company** (registered on September 1, 2006 by the Inter-District Inspectorate of the Federal Tax Service and assigned PSRN [Primary State Registration No.] 5067746400552, place of domicile: 6A ul. Belomorskaya, Moscow 125195), hereinafter referred to as the "Principal", represented by its general director, Roman Nikolayevich Zemskov, acting on the basis of the Charter, on the one hand,

    and **INKOM-Lend-Novoslobodskoye Limited Liability Company**, entered in the Unified State Register of Legal Entities under Primary State Registration No. 5077746976951 by Inter-District Inspectorate of the Federal Tax Service No. 46 for the City of Moscow, TIN/TRC 7710679615/770701001, place of domicile: Unit 2, 11A ul. Seleznevskaya, Moscow 127473, hereinafter referred to as the "**Agent**", represented by General Director Aleksey Anatolyevich Senchuk, acting on the basis of the Charter, on the other hand,

    hereinafter referred to as the "Parties", have entered into this agreement (hereinafter, the "Agreement") as follows:

## 1.    SUBJECT OF THE AGREEMENT

    1.1    The Agent shall undertake, on the Principal's instructions, for a fee, to carry out actions involving the recruitment of individuals and legal entities (hereinafter, the "Purchasers") wishing to conclude with the Principal (entity designated by the Principal) civil agreements (sale and purchase agreements, agreements on participation in shared construction, hereinafter – acquisition agreements) aimed at the acquisition of proprietary rights to land parcels and real estate properties in the form of apartments and non-residential premises in properties that have been built and that are to be built (hereinafter, the Real Estate Properties) on the land parcels owned by KHOLMEKS LLC (the Rightsholder) and located in the Firsanovka-Life residential complex in the village of Podolino, Kutuzovskoye rural settlement, Solnechnogorsky District, Moscow Region. A list of the Real Estate Properties shall be provided by the Principal to the Agent at a later date, based on their physical existence, in the form presented in Addendum No. 1 to this Agreement. The Principal shall inform the Agent on a timely basis of any changes to the list of the Real Estate Properties, and of the prices of the Real Estate Properties, by notifying the Agent of this in writing no later than 2 (two) business days following the change to said list.

    1.2    The Parties shall understand the conclusion of civil agreements (acquisition agreements) within the framework of this agreement to mean the conclusion of sale and purchase agreements or agreements on participation in shared construction. Rights and obligations under acquisition agreements shall be accrued directly by the parties to these agreements.

    1.3    The agreement shall not grant the Agent the right to conclude any transactions whatsoever, either on behalf of the Principal or on behalf of the Rightsholder of the property, associated with the performance of the terms and conditions of this Agreement.

    1.4    The Principal shall grant the Agent co-exclusive (joint) rights to recruit Purchasers wishing to conclude with the Principal (and/or other entity designated by the Principal) acquisition agreements, i.e., the Customer undertakes not to conclude similar agreements with other Agents in respect of the Real Estate Properties specified in clause 1.1 of the Agreement.

    1.5    The Principal, having analyzed the title documents to the real estate properties being sold and the authorizations and approvals required from the rightsholder, guarantees that

    -    title to the real estate properties was acquired and registered by the rightsholder on the basis of a lawful transaction/documents and pursuant to the procedure established by law,

    -    the real estate properties belong to the rightsholder – KHOLMEKS LLC – on the basis of title documents and documents confirming that it holds such rights, which are up to date and valid and have not been cancelled, amended or disputed,

    -    no agreements have been concluded with third parties aimed at the transfer/termination of the rights of ownership of the real estate properties,

    -    the real estate properties have not been sold, gifted, promised or pledged to anyone, they have not been attached, seized and are not the subject of a dispute, they have not been transferred for rent, lease or other use, they are free from any rights and claims of third parties and have not been otherwise encumbered,

[signature]        Principal                                            [signature]        Agent

- there are no circumstances or facts being withheld by the Customer or the rightsholder which could affect the Agent's decision to conclude this agreement.

1.4    The identity document of the **Purchaser** recruited by the **Agent** shall be the Certificate of Inspection of the Property (Addendum No. 4 – form), which is signed by the potential **Purchaser** following the inspection of the Properties.

## 2.    AGENT'S OBLIGATIONS

2.1    The Agent shall:

- consult the Principal with respect to the subject of this Agreement;
- arrange a set of measures aimed at recruiting **Purchasers**;
- hold initial negotiations with Purchasers;
- where the Principal's participation in the negotiations is required, inform the Principal of this no later than 3 business days prior to the proposed negotiations;
- provide the Principal at its request with all the information on progress in the execution of the mandate;
- be responsible for the safekeeping of the documents and materials transferred to the Agent by the Principal for the performance of the obligations under this Agreement, if such documents were transferred on the basis of a List;

2.1.2    Provide **Purchasers** interested in acquiring the Real Estate Properties with primary information on the terms and conditions of the acquisition agreements planned by the **Principal (entity designated by the Principal)**. The final terms and conditions of the acquisition agreements shall be agreed between the **Purchasers** and the **Principal (entity designated by the Principal)** upon their conclusion.

2.1.3    In the event that the Agent recruits a Purchaser wishing to conclude an acquisition agreement with the Principal, the Parties shall sign bilateral protocols on the approval of the Purchaser, drawn up based on the format of Addendum No. 2 to the Agreement.

2.2    The Agent shall have the right:

2.2.1    To demand that the **Principal** pay for the services rendered on the terms and conditions of this agreement.

2.2.2    To be informed on a timely basis of current changes to the conditions and circumstances affecting the performance of obligations under this agreement.

2.2.3    For the purposes of performing its obligations under this agreement, to conclude service agreements with third parties without coordinating with the Principal the terms and conditions of the agreements to be concluded and the conditions of cooperation with third parties. Everything performed by third parties shall be accepted by the Principal as having been performed by the Agent.

2.2.4    In the event that the Agent conducts an advertising campaign in respect of the properties that are the subject of this Agreement, the Agent shall independently select the source, means and frequency of the advertising, as well as its content.

2.3    The Agent shall approve advertising mock-ups with the Principal by e-mail only for outdoor advertising (billboards and advertising modules in printed periodicals).

## 3.    PRINCIPAL'S OBLIGATIONS

3.1    The Principal shall:

- provide the Agent with the information required for the performance of the Agreement;
- no later than 1 (one) business day following the provision by the Agent of the protocol of approval containing information on the Purchasers, sign said protocol;
- provide the Agent with the documents required for the performance of the mandate;
- pay the Agent the fee established by the Agreement;
- inform the Agent on a timely basis of the conclusion of an acquisition agreement by an entity that is not a Purchaser recruited by the Agent, or of the reserving of Real Estate Properties by such entity.

## 4.    SETTLEMENT PROCEDURE

4.1    The amount of the Agent's fee for performing the actions specified in clause 1.2 of the Agreement shall total 5% (five percent) of the total value of the Real Estate Properties under all the acquisition agreements (sale and purchase, participation in shared construction) to be concluded between the Principal (entity designated by the Principal) and the Purchasers recruited by the Agent. The Agent's fee shall not be subject to VAT pursuant to Article 346.12 of the RF Tax Code.

[signature]    Principal                                    [signature]    Agent

4.2     The Agent's fee shall include compensation for its costs associated with the performance of its obligations under the Agreement. The Agent's costs associated with the performance of the mandate entrusted to it that exceed the amount of the Agent's fee shall not be reimbursed by the Principal.

4.3     The **Agent's** obligations under this agreement shall be deemed to have been duly performed following the conclusion of an acquisition agreement between the **Principal (entity designated by the Principal)** and the **Purchaser**.

4.4     The Principal shall pay the Agent the fee for its work as provided for by this Agreement within 5 (five) days of the date of signature by the Parties of a Certificate on the Transfer and Acceptance of Work (Services) Performed in the form set out in Addendum No. 3 to the Agreement. These certificates shall be signed by the Parties in respect of each separate Purchaser after the conditions set forth below have been met:

- the performance by the Purchasers recruited by the Agent of their obligations to pay for the Real Estate Property acquired in the amount of at least 50 (fifty) % of the value of the Agreement;
- the state registration of the transfer of title to the Real Estate Properties (if a sale and purchase agreement has been concluded with the Purchaser) or the state registration of the agreement on participation in shared construction (if an agreement on participation in shared construction has been concluded with the Purchaser).

4.5     The Principal shall pay the Agent its fee by transferring the amount of the fee to the Agent's transaction account as specified in Section 7, Details and Signatures of the Parties.

## 5.     TERM OF THE AGREEMENT

5.5 [sic]  The Agreement shall enter into force upon signing and shall remain valid until December 31 of the calendar year in which the Agreement was concluded.

5.6     The term of the Agreement shall be considered each time to have been extended by one calendar year unless one of the parties requests the rescission of the Agreement 14 (fourteen) days prior to its expiration.

5.7     Each of the Parties shall be entitled unilaterally to withdraw from the Agreement by sending the other Party written notice to this effect. Upon the expiration of 14 (Fourteen) calendar days from the date of such notice, the Agreement shall be deemed to have been rescinded.

5.8     This Agreement is signed in two counterparts, one for each of the Parties, with identical legal force.

## 6.     LIABILITY OF THE PARTIES

6.5 [sic]  The Parties shall be liable for failing to perform or improperly performing their obligations under this Agreement in accordance with applicable law.

6.6     Violation by the Agent of the obligations provided for by clause 2.3 of this Agreement shall constitute grounds for the unilateral rescission of this Agreement.

6.7     The Parties shall be released from their responsibility for failing to perform their obligations under the Agreement if such non-performance was caused by force majeure circumstances (war, natural disasters, the actions of government authorities, changes to applicable law, illness or other circumstances materially restricting the legal competence of the participants of a transaction) for the duration of such circumstances.

6.8     All disputes and disagreements arising from this Agreement shall, where possible, be resolved by the Parties during negotiations. Where they cannot be resolved, disputes shall be referred to the Moscow Arbitrazh Court.

**Addenda:**
Addendum No. 1 – Form of the list of Real Estate Properties;
Addendum No. 2 – Protocol of Approval of a Purchaser;
Addendum No. 3 – Certificate of Transfer and Acceptance of Work (Services) Performed;
Addendum No. 4 – Certificate of Inspection

## 7.     DETAILS AND SIGNATURES OF THE PARTIES

[signature]     Principal                                    [signature]     Agent

**PRINCIPAL:**

**KHOLMEKS Limited Liability Company**
Place of domicile: 6a ul. Belomorskaya, Moscow, Russia 125195
TIN 7726547734, TRC 774301001, PSRN 5067746400552
Transaction Account 40702810800000020373 at Probusinessbank JSCB OJSC, correspondent account 30101810600000000986 at the Operations Department of the Moscow Main Territorial Administration of the Bank of Russia, BIC 044525986

**General Director**

[signature]    **R.N. Zemskov**

[seal:] KHOLMEKS Limited Liability Company, Moscow

**AGENT:**

**INKOM-Lend-Novoslobodskoye LLC**
**Legal and actual address:**
Unit 2, 11A ul. Seleznevskaya, Moscow 127473
TIN 7710679615; TRC 770701001
**Transaction Account 40702810800010000324**
**Banking details:**
Moskovsky branch of Kredeksbank CB LLC, Moscow
TIN/TRC 6165032005/775002001
Correspondent account 30101810600000000550
at Branch No. 3 of the Moscow Main Territorial Administration of the Bank of Russia
BIC 044599550; OKPO [Russian National Classifier of Enterprises and Organizations] of the bank 40510544

**General Director**

[signature]    **A.A. Senchuk**

[seal:] INKOM-Lend-Novoslobodskoye Limited Liability Company, Moscow, PSRN 5077746976951, Moscow, for agreements

[signature]    Principal

[signature]    Agent

**Addendum No. 1**
**to Agency Agreement No. ZN714-06**
**dated August 20, 2013**

**Price list of townhouses in the Firsanovka Life club complex**

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 1 | 1 | ✓ | 264.52 | **SOLD** | |
| 1 | 2 | ✓ | 242.25 | **SOLD** | |
| 1 | 3 | ✓ | 242.25 | **SOLD** | |
| 1 | 4 | ✓ | 242.25 | **SOLD** | |
| 1 | 5 | ✓ | 261.06 | RUB 18,040,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 2 | 1 | ✓ | 264.52 | RUB 17,820,000 | for sale |
| 2 | 2 | ✓ | 242.25 | RUB 12,100,000 | for sale |
| 2 | 3 | ✓ | 242.25 | **SOLD** | |
| 2 | 4 | ✓ | 242.25 | RUB 12,100,000 | for sale |
| 2 | 5 | ✓ | 261.06 | RUB 17,600,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 3 | 1 | ✓ | 264.52 | RUB 17,270,000 | for sale |
| 3 | 2 | ✓ | 242.25 | **SOLD** | |
| 3 | 3 | ✓ | 242.25 | **SOLD** | |
| 3 | 4 | ✓ | 242.25 | RUB 11,660,000 | for sale |
| 3 | 5 | ✓ | 261.06 | RUB 17,380,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 4 | 1 | ✓ | 264.52 | RUB 17,380,000 | for sale |
| 4 | 2 | ✓ | 242.25 | RUB 11,660,000 | for sale |
| 4 | 3 | ✓ | 242.25 | **SOLD** | |
| 4 | 4 | ✓ | 242.25 | **SOLD** | |
| 4 | 5 | ✓ | 261.06 | RUB 17,270,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 5 | 1 | ✓ | 264.52 | RUB 15,600,000 | for sale |
| 5 | 2 | ✓ | 242.25 | RUB 10,600,000 | for sale |
| 5 | 3 | ✓ | 242.25 | **SOLD** | |
| 5 | 4 | ✓ | 242.25 | RUB 10,600,000 | for sale |
| 5 | 5 | ✓ | 261.06 | RUB 15,600,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 6 | 2 | ✓ | 242.25 | RUB 12,760,000 | for sale |
| 6 | 3 | ✓ | 242.25 | **SOLD** | |
| 6 | 4 | ✓ | 242.25 | RUB 12,760,000 | for sale |
| 6 | 5 | ✓ | 261.06 | RUB 17,380,000 | for sale |

[signature]    Principal                              [signature]    Agent

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 7 | 1 | ✓ | 264.52 | RUB 17,380,000 | for sale |
| 7 | 4 | ✓ | 242.25 | **SOLD** | |
| 7 | 2 | ✓ | 242.25 | RUB 12,980,000 | for sale |
| 7 | 3 | ✓ | 242.25 | **SOLD** | |
| 7 | 5 | ✓ | 261.06 | RUB 17,380,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 8 | 1 | ✓ | 264.52 | RUB 17,600,000 | for sale |
| 8 | 2 | ✓ | 242.25 | RUB 13,200,000 | for sale |
| 8 | 3 | ✓ | 242.25 | **SOLD** | |
| 8 | 4 | ✓ | 242.25 | RUB 13,200,000 | for sale |
| 8 | 5 | ✓ | 261.06 | RUB 17,820,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 9 | 1 | ✓ | 264.52 | RUB 17,820,000 | for sale |
| 9 | 2 | ✓ | 242.25 | RUB 13,420,000 | for sale |
| 9 | 3 | ✓ | 242.25 | **SOLD** | |
| 9 | 4 | ✓ | 242.25 | RUB 13,420,000 | for sale |
| 9 | 5 | ✓ | 261.06 | RUB 18,150,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 10 | 1 | x | 232.93 | RUB 15,180,000 | for sale |
| 10 | 2 | x | 211.92 | RUB 11,000,000 | for sale |
| 10 | 3 | x | 211.72 | **SOLD** | |
| 10 | 4 | x | 211.92 | **SOLD** | |
| 10 | 5 | x | 231.89 | RUB 14,520,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 11 | 1 | x | 232.93 | RUB 14,960,000 | for sale |
| 11 | 2 | x | 211.99 | RUB 10,780,000 | for sale |
| 11 | 3 | x | 211.99 | RUB 10,780,000 | for sale |
| 11 | 4 | x | 211.99 | **SOLD** | |
| 11 | 5 | x | 211.72 | RUB 10,780,000 | for sale |
| 11 | 6 | x | 231.89 | RUB 14,740,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 12 | 1 | x | 232.93 | RUB 14,630,000 | for sale |
| 12 | 2 | x | 211.92 | **RUB 9,000,000** | **SPECIAL OFFER!** |
| 12 | 3 | x | 211.9 | **SOLD** | |
| 12 | 4 | x | 211.99 | **SOLD** | |
| 12 | 5 | x | 211.72 | **SOLD** | |
| 12 | 6 | x | 211.72 | RUB 10,560,000 | for sale |
| 12 | 7 | x | 231.89 | RUB 14,740,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 13 | 1 | x | 232.93 | RUB 14,740,000 | for sale |
| 13 | 2 | x | 211.92 | RUB 10,340,000 | for sale |
| 13 | 3 | x | 211.9 | RUB 10,340,000 | for sale |
| 13 | 4 | x | 211.99 | **SOLD** | |

[signature]       Principal                                          [signature]       Agent

| 13 | 5 | x | 211.72 | RUB 10,340,000 | for sale |
| 13 | 6 | x | 211.72 | **RUB 9,000,000** | **SPECIAL OFFER!** |
| 13 | 7 | x | 231.89 | RUB 14,740,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 14 | 1 | x | 232.93 | SOLD | |
| 14 | 2 | x | 211.92 | **RUB 9,000,000** | **SPECIAL OFFER!** |
| 14 | 3 | x | 211.72 | RUB 10,120,000 | for sale |
| 14 | 4 | x | 211.9 | SOLD | |
| 14 | 5 | x | 211.99 | SOLD | |
| 14 | 6 | x | 211.72 | RUB 10,120,000 | for sale |
| 14 | 7 | x | 211.72 | RUB 10,120,000 | for sale |
| 14 | 8 | x | 231.89 | RUB 13,000,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 15 | 1 | x | 232.93 | RUB 13,000,000 | for sale |
| 15 | 2 | x | 211.92 | RUB 10,120,000 | for sale |
| 15 | 3 | x | 212.07 | SOLD | |
| 15 | 4 | x | 211.82 | SOLD | |
| 15 | 5 | x | 211.72 | SOLD | |
| 15 | 6 | x | 212.07 | RUB 10,120,000 | for sale |
| 15 | 7 | x | 211.82 | **RUB 9,000,000** | **SPECIAL OFFER!** |
| 15 | 8 | x | 211.72 | SOLD | |
| 15 | 9 | x | 231.89 | SOLD | |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 16 | 1 | x | 232.93 | SOLD | |
| 16 | 2 | x | 211.92 | **RUB 9,000,000** | **SPECIAL OFFER!** |
| 16 | 3 | x | 211.9 | RUB 10,120,000 | for sale |
| 16 | 4 | x | 211.99 | RUB 10,120,000 | for sale |
| 16 | 5 | x | 211.72 | RUB 10,120,000 | for sale |
| 16 | 6 | x | 211.72 | **RUB 9,000,000** | **SPECIAL OFFER!** |
| 16 | 7 | x | 231.89 | RUB 13,000,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 17 | 1 | ✓ | 264.52 | RUB 15,600,000 | for sale |
| 17 | 2 | ✓ | 242.25 | RUB 10,600,000 | for sale |
| 17 | 3 | ✓ | 242.25 | SOLD | |
| 17 | 4 | ✓ | 242.25 | RUB 10,600,000 | for sale |
| 17 | 5 | ✓ | 261.06 | RUB 15,600,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 18 | 1 | ✓ | 264.52 | RUB 15,700,000 | for sale |
| 18 | 2 | ✓ | 242.25 | RUB 10,600,000 | for sale |
| 18 | 3 | ✓ | 242.25 | SOLD | |
| 18 | 4 | ✓ | 242.25 | RUB 10,600,000 | for sale |
| 18 | 5 | ✓ | 261.06 | SOLD | |

[signature]        Principal                                    [signature]        Agent

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 19 | 1 | ✓ | 264.52 | RUB 15,600,000 | for sale |
| 19 | 2 | ✓ | 242.25 | RUB 10,600,000 | for sale |
| 19 | 3 | ✓ | 242.25 | SOLD | |
| 19 | 4 | ✓ | 242.25 | RUB 10,600,000 | for sale |
| 19 | 5 | ✓ | 261.06 | RUB 15,700,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 20 | 1 | ✓ | 264.52 | RUB 15,800,000 | for sale |
| 20 | 2 | ✓ | 242.25 | RUB 10,600,000 | for sale |
| 20 | 3 | ✓ | 242.25 | SOLD | |
| 20 | 4 | ✓ | 242.25 | SOLD | |
| 20 | 5 | ✓ | 261.06 | RUB 15,600,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 21 | 1 | ✓ | 264.52 | SOLD | |
| 21 | 2 | ✓ | 242.25 | SOLD | |
| 21 | 3 | ✓ | 242.25 | RUB 12,320,000 | for sale |
| 21 | 4 | ✓ | 242.25 | SOLD | |
| 21 | 5 | ✓ | 261.06 | RUB 17,820,000 | for sale |

| Building No. | Section | Garage | Area | Price | Status |
|---|---|---|---|---|---|
| 22 | 1 | ✓ | 264.52 | RUB 16,300,000 | for sale |
| 22 | 2 | ✓ | 242.25 | RUB 12,000,000 | for sale |
| 22 | 3 | ✓ | 242.25 | RUB 12,000,000 | for sale |
| 22 | 4 | ✓ | 242.25 | RUB 12,000,000 | for sale |
| 22 | 5 | ✓ | 261.06 | RUB 16,500,000 | for sale |

*The final value of the Properties shall be specified in the agreements to be concluded between the Principal (entity designated by the Principal) and the Purchaser*

**Principal:**                                          **Agent:**

[signature]     **R.N. Zemskov**          [signature]     **A.A. Senchuk**

[seal:] KHOLMEKS Limited Liability Company, Moscow          [seal:] INKOM-Lend-Novoslobodskoye Limited Liability Company, Moscow, PSRN 5077746976951, Moscow, for agreements

[signature]     Principal                              [signature]     Agent

**Addendum No. 2**
**to Agency Agreement No. ZN714-06**
**dated August 20, 2013**

**Protocol of Approval of a Purchaser**

**Moscow**                                                    **_____ ___, 2013**

We, the undersigned:

**KHOLMEKS LLC Limited Liability Company** (registered on September 1, 2006 by the Inter-District Inspectorate of the Federal Tax Service and assigned PSRN 5067746400552, place of domicile: 6A ul. Belomorskaya, Moscow 125195), hereinafter referred to as the "Principal", represented by its general director, Roman Nikolayevich Zemskov, acting on the basis of the Charter, on the one hand,

and INKOM-Lend-Novoslobodskoye Limited Liability Company, entered in the Unified State Register of Legal Entities under Primary State Registration No. 5077746976951 by Inter-District Inspectorate of the Federal Tax Service No. 46 for the City of Moscow, TIN/TRC 7710679615/770701001, place of domicile: Unit 2, 11A ul. Seleznevskaya, Moscow 127473, hereinafter referred to as the "**Agent**", represented by General Director Aleksey Anatolyevich Senchuk, acting on the basis of the Charter, on the other hand, hereinafter referred to as the "Parties", have drawn up this protocol as follows:

The Agent and the Principal have hereby approved the recruitment by the Agent of the following Purchasers for the acquisition of the properties listed:

| Pt. No. | Full name of Purchaser | Address of apartment, premises | Price of apartment, premises |
|---------|------------------------|-------------------------------|------------------------------|
| 1.      |                        |                               |                              |
| 2.      |                        |                               |                              |

Form approved by:

**Principal:**                                    **Agent:**

[signature]      **R.N. Zemskov**                [signature]        **A.A. Senchuk**

[seal:] KHOLMEKS Limited Liability Company, Moscow      [seal:] INKOM-Lend-Novoslobodskoye Limited Liability Company, Moscow, PSRN 5077746976951, Moscow, for agreements

[signature]      Principal                              [signature]        Agent

**Addendum No. 3**
**to Agency Agreement No. ZN714-06**
**dated August 20, 2013**

**Certificate of Transfer and Acceptance**
**of Work (Services) Performed**

**Moscow**                                                    **_____ ____, 2013**

We, the undersigned:

**KHOLMEKS LLC Limited Liability Company** (registered on September 1, 2006 by the Inter-District Inspectorate of the Federal Tax Service and assigned PSRN 5067746400552, place of domicile: 6A ul. Belomorskaya, Moscow 125195), hereinafter referred to as the "Principal", represented by its general director, Roman Nikolayevich Zemskov, acting on the basis of the Charter, on the one hand,

and INKOM-Lend-Novoslobodskoye Limited Liability Company, entered in the Unified State Register of Legal Entities under Primary State Registration No. 5077746976951 by Inter-District Inspectorate of the Federal Tax Service No. 46 for the City of Moscow, TIN/TRC 7710679615/770701001, place of domicile: Unit 2, 11A ul. Seleznevskaya, Moscow 127473, hereinafter referred to as the "**Agent**", represented by General Director Aleksey Anatolyevich Senchuk, acting on the basis of the Charter, on the other hand, hereinafter referred to as the "Parties", have drawn up this Certificate of Transfer and Acceptance of Work (Services) Performed as follows:

1.      The Agent, on the instructions of the Principal, has recruited the following Purchasers for the acquisition of an apartment, premises:

| Pt. No. | Full name of Purchaser | Address of apartment, premises | Price of apartment, premises | Date of payment of full cost of apartment, premises | Date of state registration of agreement |
|---------|------------------------|-------------------------------|------------------------------|-----------------------------------------------------|-----------------------------------------|
| 1.      |                        |                               |                              |                                                     |                                         |

**Form approved by:**

**Principal:**                                              **Agent:**

[signature]      **R.N. Zemskov**              [signature]      **A.A. Senchuk**

[seal:] KHOLMEKS Limited Liability Company, Moscow      [seal:] INKOM-Lend-Novoslobodskoye Limited Liability Company, Moscow, PSRN 5077746976951, Moscow, for agreements

[signature]      Principal                      [signature]      Agent

**Addendum No. 4**
**to Agency Agreement No. ZN714-06**
**dated August 20, 2013**

**CERTIFICATE OF INSPECTION**

Moscow Region                                                    _____ ___, 20____

**I.** _____,
a representative of **INKOM-Lend-Novoslobodskoye Limited Liability Company** (hereinafter, the **Contractor**), and
**II.** _____,
a representative of the **owner** (hereinafter, the **Principal**), hereby certify that
**III.** _____,
hereinafter referred to as the **Purchaser**, has inspected the following Real Estate Properties located at the address:
_____ village, _____ district, _____ region:

1. _____
                                            (land parcel)
No. of parcel:        _____, land parcel with an area of _____ m$^2$, with a value of _____
(_____) rubles 00 kopecks.

2. _____
                                            (land parcel)
No. of parcel:        _____, land parcel with an area of _____ m$^2$, with a value of _____
(_____) rubles 00 kopecks.

3. _____
                                            (land parcel)
No. of parcel:        _____, land parcel with an area of _____ m$^2$, with a value of _____
(_____) rubles 00 kopecks.

**I.**        Agent        _____ (_____)
**II.**       Principal    _____ (_____)
**III.**      Purchaser            _____ (_____)

**Form approved by:**

**Principal:**                                    **Agent:**

[signature]        **R.N. Zemskov**              [signature]        **A.A. Senchuk**

[seal:] KHOLMEKS Limited Liability Company, Moscow        [seal:] INKOM-Lend-Novoslobodskoye Limited Liability
                                                          Company, Moscow, PSRN 5077746976951, Moscow,
                                                          for agreements

[signature]        Principal                                      [signature]        Agent

# АГЕНТСКИЙ ДОГОВОР № 3Н714-06

г. Москва

«20» августа 2013г.

**Общество с ограниченной ответственностью ООО «ХОЛМЭКС»** (зарегистрированное «01» сентября 2006 г. Межрайонной инспекцией Федеральной налоговой службы с присвоением ОГРН 5067746400552, место нахождения 125195, г. Москва, ул. Беломорская, д. 6А), именуемое в дальнейшем «Принципал», в лице генерального директора Земскова Романа Николаевича, действующего на основании Устава, с одной стороны,

и **Общество с ограниченной ответственностью «ИНКОМ-Лэнд-Новослободское»**, внесено в Единый государственный реестр юридических лиц за основным государственным регистрационным номером 5077746976951 Межрайонной инспекцией Федеральной налоговой службы № 46 по г. Москве, ИНН/КПП 7710679615/770701001, место нахождения: 127473, г. Москва, ул. Селезневская, д.11А, стр.2, именуемое в дальнейшем «Агент» в лице Генерального директора Сенчука Алексея Анатольевича, действующего на основании Устава, с другой стороны,

вместе именуемые «Стороны», заключили настоящий договор (далее – «Договор») о нижеследующем:

## 1. ПРЕДМЕТ ДОГОВОРА

1.1.Агент принимает на себя обязательства по поручению Принципала за вознаграждение осуществлять действия по поиску физических и юридических лиц (далее «Покупателей»), желающих заключить с Принципалом (лицом по его указанию) договоры гражданско-правового характера (договоры купли-продажи, договоры участия в долевом строительстве, далее- договоры приобретения) , направленные на приобретении имущественных прав на земельные участки и объекты недвижимости в виде квартир и нежилых помещений, в возведенных и возводимых домовладениях (далее- Объекты недвижимости), , на земельных участках, принадлежащих ООО «ХОЛМЭКС» (Правообладатель) на праве собственности и находящихся по адресу: Московская область, Солнечногорский район, сельское поселение Кутузовское д.Подолино в жилом комплексе «Фирсановка-лайф». Перечень Объектов недвижимости предоставляется Принципалом Агенту дополнительно, исходя из фактического наличия, по форме, представленной в Приложении № 1 к настоящему Договору. Принципал обязан своевременно информировать Агента об изменениях в перечне Объектов недвижимости, а также цен на них, письменно уведомляя об этом Агента, не позднее 2 (двух) рабочих дней с момента изменения указанного перечня.

1.2.Под заключением гражданско-правовых договоров (договоров приобретения) в рамках настоящего договора Стороны понимают заключение договоров купли – продажи либо договоров участия в долевом строительстве. Права и обязанности по договорам приобретения возникают непосредственно у сторон этих договоров.

1.3. Договор не предоставляет Агенту права на заключение, каких бы то ни было сделок, как от имени Принципала, так и от имени Правообладателя объекта, связанных с выполнением условий настоящего Договора.

1.4. Принципал предоставляет Агенту соэксклюзивные (совместные) права по поиску Покупателей, желающих заключить с Принципалом (и/или иным лицом по его указанию) договоры приобретения, т.е. Заказчик обязуется не заключать аналогичных договоров с иными Агентами в отношении Объектов недвижимости, указанных в п.1.1. договора.

1.5. Принципал, проанализировав затребованные от правообладателя правоустанавливающие документы на реализуемые объекты недвижимости и разрешительную документацию, гарантирует, что

- право собственности на объекты недвижимости было приобретено и оформлено правообладателем на основании правомерной сделки/документов и в установленном законом порядке,

- объекты недвижимости принадлежат правообладателю - ООО «ХОЛМЭКС» на основании правоустанавливающих и правоподтверждающих документов, которые являются актуальными и действительными, не отменены, не изменены и не оспорены,

- никаких соглашений с третьими лицами, направленных на передачу/прекращение прав собственности на объекты недвижимости, не заключалось,

- объекты недвижимости никому не проданы, не подарены, не обещаны, не заложены, под арестом, запрещением или в споре не состоят, не переданы в ренту, аренду или другое пользование, свободны от любых прав и правопритязаний третьих лиц, ничем иным не обременены,

_____ Принципал

_____ Агент

- отсутствуют обстоятельства и факты, которые умалчиваются Заказчиком или правообладателем, но могли бы повлиять на решение Агента о заключении настоящего договора.

1.4. Документом идентификации **Покупателя**, найденного **Агентом**, является Акт осмотра Объекта (Приложение № 4 - форма), который подписывается потенциальным **Покупателем** после осмотра Объектов.

## 2. ОБЯЗАННОСТИ АГЕНТА

2.1. Агент обязуется:

- осуществлять консультирование Принципала по предмету настоящего Договора;
- организовать комплекс мероприятий, направленных на поиск **Покупателей**;
- проводить предварительные переговоры с Покупателями;
- в случае необходимости участия в переговорах Принципала, не позднее, чем за 3 рабочих дня до предполагаемых переговоров информировать его об этом;
- сообщить Принципалу по его требованию все сведения о ходе исполнения поручения;
- нести ответственность за сохранность документов и материалов, переданных ему Принципалом для исполнения обязательств по настоящему Договору, если такие документы были переданы по Описи;

2.1.2. Предоставлять **Покупателям**, заинтересовавшимся приобретением Объектов недвижимости, первичную информацию о планируемых **Принципалом (лицом по его указанию)** условиях договоров приобретения. Окончательные условия договоров приобретения согласовываются между **Покупателями** и **Принципалом (лицом по его указанию)** при их заключении.

2.1.3. В случае подбора Агентом Покупателя, изъявившего желание заключить с Принципалом договор приобретения, Стороны подписывают двусторонние протоколы согласования Покупателя, составленные по форме Приложения № 2 к Договору.

2.2. Агент имеет право:

2.2.1. Требовать от **Принципала** оплаты оказанных услуг на условиях настоящего договора.

2.2.2. Быть своевременно проинформированным о текущих изменениях в условиях и обстоятельствах, влияющих на исполнение обязательств по настоящему договору.

2.2.3. В целях исполнения обязательств по настоящему договору заключать договоры на оказание услуг с третьими лицами без согласования с Принципалом условий заключаемых договоров и условий сотрудничества с третьими лицами. Все исполненное третьими лицами принимается Принципалом как исполненное Агентом.

2.2.4. В случае проведения Агентом рекламной кампании в отношении объектов, являющихся предметом настоящего Договора, Агент самостоятельно выбирает источник, способ и периодичность рекламы, а также её содержание.

2.3. Агент обязан согласовывать макеты рекламы с Принципалом посредством электронной почты только в случае размещения наружной рекламы (рекламные щиты и рекламные модули в периодичных печатных изданиях).

## 3. ОБЯЗАННОСТИ ПРИНЦИПАЛА

3.1. Принципал обязуется:

- предоставлять Агенту информацию, необходимую для исполнения Договора;
- не позднее 1 (одного) рабочего дня с момента представления Агентом протокола согласования, содержащего сведения о Покупателях, подписать указанный протокол;
- обеспечить Агента документами, необходимыми для выполнения поручения;
- уплатить Агенту установленное Договором вознаграждение;
- своевременно сообщить Агенту о заключении договора приобретения лицом, не являющимся Покупателем, привлеченным Агентом, либо о бронировании Объектов недвижимости таким лицом.

## 4. ПОРЯДОК РАСЧЕТОВ

4.1. Размер вознаграждения Агента за совершение действий, указанных в п.1.2 Договора, составляет 5 % (пять процентов) % от общей стоимости Объектов недвижимости по всем договорам приобретения (купли-продажи, участия в долевом строительстве), заключаемым между Принципалом (лицом по его указанию) и Покупателями, найденными Агент. Вознаграждение Агента не облагается НДС согласно статье 346.12 НК РФ.

_____ Принципал                                    _____ Агент

4.2. Вознаграждение Агента включает в себя возмещение его расходов, связанных с исполнением обязательств по Договору. Расходы Агента, связанные с исполнением данного ему поручения, сверх размеров вознаграждения Агента, Принципалом не возмещаются.

4.3. Обязательства **Агента** по настоящему договору считаются выполненными надлежащим образом после заключения договора приобретения между **Принципалом (лицом по его указанию)** и **Покупателем**

4.4. Выплата Агенту вознаграждения за исполнение, предусмотренного настоящим Договором, производится Принципалом в течение 5 (пяти) дней с даты подписания Сторонами Акта приема – передачи выполненных работ (услуг) по форме Приложения № 3 к Договору. Указанные акты в отношении каждого отдельного Покупателя подписываются Сторонами после выполнения нижеперечисленных условий:

- исполнения Покупателями, найденными Агентом, в объеме своих обязанностей по оплате стоимости приобретенного Объекта недвижимости не менее 50 (пятидесяти)% от стоимости Договора;
- государственной регистрации перехода права собственности на Объекты недвижимости (если с Покупателем заключен договор купли – продажи) либо государственной регистрации договора участия в долевом строительстве (если с Покупателем заключен договор участия в долевом строительстве).

4.5. Выплата Агенту вознаграждения производится Принципалом путем перечисления суммы вознаграждения на расчетный счет Агента, указанный в Разделе 7.Реквизиты и Подписи Сторон.

## 5.  СРОК ДЕЙСТВИЯ ДОГОВОРА

5.5. Договор вступает в силу с момента его подписания и действует до 31 декабря календарного года, в котором Договор был заключен.

5.6. Срок Договора каждый раз считается продленным на один календарный год, если ни одна из сторон не заявит о расторжении Договора за 14 (четырнадцать) дней до истечения срока его действия,

5.7. Каждая из Сторон вправе в одностороннем порядке отказаться от Договора направив другой Стороне письменное уведомление об этом. По истечении 14 (Четырнадцати) календарных дней с даты такого уведомления Договор считается расторгнутым.

5.8. Настоящий Договор подписан в двух экземплярах, по одному для каждой из Сторон, имеющих одинаковую юридическую силу.

## 6.  ОТВЕТСТВЕННОСТЬ СТОРОН

6.5. Стороны несут ответственность за невыполнение или ненадлежащее выполнение обязательств по настоящему Договору в соответствии с действующим законодательством.

6.6. Нарушение Агентом обязательств, предусмотренных п. 2.3. настоящего Договора является основанием для его одностороннего расторжения.

6.7. Стороны освобождаются от ответственности за неисполнение своих обязательств по Договору в случае, если такое неисполнение было вызвано действием обстоятельств непреодолимой силы (война, стихийные бедствия, действия органов власти, изменение действующего законодательства, болезнь или иные обстоятельства, существенно ограничивающие дееспособность участников сделки) на время действия этих обстоятельств.

6.8. Все споры и разногласия, вытекающие из настоящего Договора, по возможности разрешаются Сторонами в ходе переговоров. В случае невозможности разрешения, споры передаются на рассмотрение Арбитражного суда г.Москвы.

**Приложения:**
Приложение № 1 – Форма перечня Объектов недвижимости;
Приложение № 2 – Протокол согласования Покупателя;
Приложение № 3 – Акт приема - передачи выполненных работ(услуг).
Приложение № 4 – Акт просмотра

## 7. РЕКВИЗИТЫ И ПОДПИСИ СТОРОН

_____ Принципал                                    _____ Агент

**ПРИНЦИПАЛ:**

**Общество с ограниченной ответственностью «ХОЛМЭКС»**

Местонахожение: 125195, Россия, г.Москва, ул. Беломорская, д.6а,
ИНН 7726547734, КПП 774301001, ОГРН 5067746400552,
р/с 40702810800000020373 в ОАО АКБ «Пробизнесбанк», к/с 30101810600000000986 в ОПЕРУ Московского ГТУ Банка России, БИК 044525986

**АГЕНТ:**

**ООО «ИНКОМ-Лэнд-Новослободское»**
  **Юридический и фактический адрес:**
  127473, г. Москва, ул. Селезневская, д.11А, стр.2
  ИНН 7710679615; КПП 770701001;
  **Р/с 40702810800010000324**
  **Банковские реквизиты:**
  Филиал «Московский» ООО КБ «Кредэксбанк»
  г. Москвы
  ИНН/КПП 6165032005/775002001
  К/с 30101810600000000550
  в Отделении №3 Московского ГТУ Банка России
  БИК 044599550; ОКПО банка 40510544;

**Генеральный директор**

/Земсков Р.Н./

**Генеральный директор**

/Сенчук А.А./

Принципал

Агент

Приложение № 1
к агентскому договору № ЗН714-06
от «20» августа 2013 г.

### Прайс-лист таунхаусов в клубном комплексе «Фирсановка Life»

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 1 | 1 | Есть | 264,52 | ПРОДАНО | |
| 1 | 2 | Есть | 242,25 | ПРОДАНО | |
| 1 | 3 | Есть | 242,25 | ПРОДАНО | |
| 1 | 4 | Есть | 242,25 | ПРОДАНО | |
| 1 | 5 | Есть | 261,06 | 18 040 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 2 | 1 | Есть | 264,52 | 17 820 000р. | в продаже |
| 2 | 2 | Есть | 242,25 | 12 100 000р. | в продаже |
| 2 | 3 | Есть | 242,25 | ПРОДАНО | |
| 2 | 4 | Есть | 242,25 | 12 100 000р. | в продаже |
| 2 | 5 | Есть | 261,06 | 17 600 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 3 | 1 | Есть | 264,52 | 17 270 000р. | в продаже |
| 3 | 2 | Есть | 242,25 | ПРОДАНО | |
| 3 | 3 | Есть | 242,25 | ПРОДАНО | |
| 3 | 4 | Есть | 242,25 | 11 660 000р. | в продаже |
| 3 | 5 | Есть | 261,06 | 17 380 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 4 | 1 | Есть | 264,52 | 17 380 000р. | в продаже |
| 4 | 2 | Есть | 242,25 | 11 660 000р. | в продаже |
| 4 | 3 | Есть | 242,25 | ПРОДАНО | |
| 4 | 4 | Есть | 242,25 | ПРОДАНО | |
| 4 | 5 | Есть | 261,06 | 17 270 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 5 | 1 | Есть | 264,52 | 15 600 000р. | в продаже |
| 5 | 2 | Есть | 242,25 | 10 600 000р. | в продаже |
| 5 | 3 | Есть | 242,25 | ПРОДАНО | |
| 5 | 4 | Есть | 242,25 | 10 600 000р. | в продаже |
| 5 | 5 | Есть | 261,06 | 15 600 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 6 | 2 | Есть | 242,25 | 12 760 000р. | в продаже |
| 6 | 3 | Есть | 242,25 | ПРОДАНО | |
| 6 | 4 | Есть | 242,25 | 12 760 000р. | в продаже |
| 6 | 5 | Есть | 261,06 | 17 380 000р. | в продаже |

_____ Принципал            _____ Агент

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 7 | 1 | Есть | 264,52 | 17 380 000р. | в продаже |
| 7 | 4 | Есть | 242,25 | | ПРОДАНО |
| 7 | 2 | Есть | 242,25 | 12 980 000р. | в продаже |
| 7 | 3 | Есть | 242,25 | | ПРОДАНО |
| 7 | 5 | Есть | 261,06 | 17 380 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 8 | 1 | Есть | 264,52 | 17 600 000р. | в продаже |
| 8 | 2 | Есть | 242,25 | 13 200 000р. | в продаже |
| 8 | 3 | Есть | 242,25 | | ПРОДАНО |
| 8 | 4 | Есть | 242,25 | 13 200 000р. | в продаже |
| 8 | 5 | Есть | 261,06 | 17 820 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 9 | 1 | Есть | 264,52 | 17 820 000р. | в продаже |
| 9 | 2 | Есть | 242,25 | 13 420 000р. | в продаже |
| 9 | 3 | Есть | 242,25 | | ПРОДАНО |
| 9 | 4 | Есть | 242,25 | 13 420 000р. | в продаже |
| 9 | 5 | Есть | 261,06 | 18 150 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 10 | 1 | Нет | 232,93 | 15 180 000р. | в продаже |
| 10 | 2 | Нет | 211,92 | 11 000 000р. | в продаже |
| 10 | 3 | Нет | 211,72 | | ПРОДАНО |
| 10 | 4 | Нет | 211,92 | | ПРОДАНО |
| 10 | 5 | Нет | 231,89 | 14 520 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 11 | 1 | Нет | 232,93 | 14 960 000р. | в продаже |
| 11 | 2 | Нет | 211,99 | 10 780 000р. | в продаже |
| 11 | 3 | Нет | 211,99 | 10 780 000р. | в продаже |
| 11 | 4 | Нет | 211,99 | | ПРОДАНО |
| 11 | 5 | Нет | 211,72 | 10 780 000р. | в продаже |
| 11 | 6 | Нет | 231,89 | 14 740 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 12 | 1 | Нет | 232,93 | 14 630 000р. | в продаже |
| 12 | 2 | Нет | 211,92 | 9 000 000р | АКЦИЯ! |
| 12 | 3 | Нет | 211,9 | | ПРОДАНО |
| 12 | 4 | Нет | 211,99 | | ПРОДАНО |
| 12 | 5 | Нет | 211,72 | | ПРОДАНО |
| 12 | 6 | Нет | 211,72 | 10 560 000р. | в продаже |
| 12 | 7 | Нет | 231,89 | 14 740 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 13 | 1 | Нет | 232,93 | 14 740 000р. | в продаже |
| 13 | 2 | Нет | 211,92 | 10 340 000р. | в продаже |
| 13 | 3 | Нет | 211,9 | 10 340 000р. | в продаже |
| 13 | 4 | Нет | 211,99 | | ПРОДАНО |

_____ Принципал

_____ Агент

| | | | | | |
|---|---|---|---|---|---|
| 13 | 5 | Нет | 211,72 | 10 340 000р. | в продаже |
| 13 | 6 | Нет | 211,72 | 9 000 000р | АКЦИЯ! |
| 13 | 7 | Нет | 231,89 | 14 740 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 14 | 1 | Нет | 232,93 | ПРОДАНО | |
| 14 | 2 | Нет | 211,92 | 9 000 000р. | АКЦИЯ! |
| 14 | 3 | Нет | 211,72 | 10 120 000р. | в продаже |
| 14 | 4 | Нет | 211,9 | ПРОДАНО | |
| 14 | 5 | Нет | 211,99 | ПРОДАНО | |
| 14 | 6 | Нет | 211,72 | 10 120 000р. | в продаже |
| 14 | 7 | Нет | 211,72 | 10 120 000р. | в продаже |
| 14 | 8 | Нет | 231,89 | 13 000 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 15 | 1 | Нет | 232,93 | 13 000 000р. | в продаже |
| 15 | 2 | Нет | 211,92 | 10 120 000р. | в продаже |
| 15 | 3 | Нет | 212,07 | ПРОДАНО | |
| 15 | 4 | Нет | 211,82 | ПРОДАНО | |
| 15 | 5 | Нет | 211,72 | ПРОДАНО | |
| 15 | 6 | Нет | 212,07 | 10 120 000р. | в продаже |
| 15 | 7 | Нет | 211,82 | 9 000 000р. | АКЦИЯ! |
| 15 | 8 | Нет | 211,72 | ПРОДАНО | |
| 15 | 9 | Нет | 231,89 | ПРОДАНО | |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 16 | 1 | Нет | 232,93 | ПРОДАНО | |
| 16 | 2 | Нет | 211,92 | 9 000 000р. | АКЦИЯ! |
| 16 | 3 | Нет | 211,9 | 10 120 000р. | в продаже |
| 16 | 4 | Нет | 211,99 | 10 120 000р. | в продаже |
| 16 | 5 | Нет | 211,72 | 10 120 000р. | в продаже |
| 16 | 6 | Нет | 211,72 | 9 000 000р. | АКЦИЯ! |
| 16 | 7 | Нет | 231,89 | 13 000 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 17 | 1 | Есть | 264,52 | 15 600 000р. | в продаже |
| 17 | 2 | Есть | 242,25 | 10 600 000р. | в продаже |
| 17 | 3 | Есть | 242,25 | ПРОДАНО | |
| 17 | 4 | Есть | 242,25 | 10 600 000р. | в продаже |
| 17 | 5 | Есть | 261,06 | 15 600 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 18 | 1 | Есть | 264,52 | 15 700 000р. | в продаже |
| 18 | 2 | Есть | 242,25 | 10 600 000р. | в продаже |
| 18 | 3 | Есть | 242,25 | ПРОДАНО | |
| 18 | 4 | Есть | 242,25 | 10 600 000р. | в продаже |
| 18 | 5 | Есть | 261,06 | ПРОДАНО | |

Принципал                                    Агент

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 19 | 1 | Есть | 264,52 | 15 600 000р. | в продаже |
| 19 | 2 | Есть | 242,25 | 10 600 000р. | в продаже |
| 19 | 3 | Есть | 242,25 | ПРОДАНО | |
| 19 | 4 | Есть | 242,25 | 10 600 000р. | в продаже |
| 19 | 5 | Есть | 261,06 | 15 700 000р | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 20 | 1 | Есть | 264,52 | 15 800 000р | в продаже |
| 20 | 2 | Есть | 242,25 | 10 600 000р. | в продаже |
| 20 | 3 | Есть | 242,25 | ПРОДАНО | |
| 20 | 4 | Есть | 242,25 | ПРОДАНО | |
| 20 | 5 | Есть | 261,06 | 15 600 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 21 | 1 | Есть | 264,52 | ПРОДАНО | |
| 21 | 2 | Есть | 242,25 | ПРОДАНО | |
| 21 | 3 | Есть | 242,25 | 12 320 000р. | в продаже |
| 21 | 4 | Есть | 242,25 | ПРОДАНО | |
| 21 | 5 | Есть | 261,06 | 17 820 000р. | в продаже |

| Номер дома | Секция | Гараж | Площадь | Цена | Статус |
|---|---|---|---|---|---|
| 22 | 1 | Есть | 264,52 | 16 300 000р. | в продаже |
| 22 | 2 | Есть | 242,25 | 12 000 000р. | в продаже |
| 22 | 3 | Есть | 242,25 | 12 000 000р. | в продаже |
| 22 | 4 | Есть | 242,25 | 12 000 000р. | в продаже |
| 22 | 5 | Есть | 261,06 | 16 500 000р. | в продаже |

*Окончательная стоимость Объектов указывается в договорах, заключаемых между Принципалом (лицом по его указанию) и Покупателем*

**Принципал:**

_____ /Земсков Р.Н./

**Агент:**

_____ /Сенчук А.А./

_____ Принципал

_____ Агент

**Приложение № 2
к агентскому договору № ЗН714-06
от «20» августа  2013 г.**

### Протокол согласования покупателя

**г.Москва**                                                                    «____» _____ 2013 г.

Мы, нижеподписавшиеся:

**Общество с ограниченной ответственностью ООО «ХОЛМЭКС»** (зарегистрированное «01» сентября 2006 г. Межрайонной инспекцией Федеральной налоговой службы с присвоением ОГРН 5067746400552, место нахождения 125195, г. Москва, ул. Беломорская, д. 6А), именуемое в дальнейшем «Принципал», в лице генерального директора Земскова Романа Николаевича, действующего на основании Устава, с одной стороны,

и Общество с ограниченной ответственностью «ИНКОМ-Лэнд-Новослободское», внесено в Единый государственный реестр юридических лиц за основным государственным регистрационным номером 5077746976951 Межрайонной инспекцией Федеральной налоговой службы № 46 по г. Москве, ИНН/КПП 7710679615/770701001, место нахождения: 127473, г. Москва, ул. Селезневская, д.11А, стр.2, именуемое в дальнейшем «Агент» в лице Генерального директора Сенчука А.А., действующего на основании Устава, с другой стороны,  вместе именуемые «Стороны», составили настоящий протокол о нижеследующем:

Агент и Принципал настоящим согласовали привлечение Агентом следующих Покупателей на приобретение перечисленных объектов:

| № п/п | ФИО Покупателя | Адрес квартиры, помещения | Цена квартиры, помещения |
|-------|----------------|---------------------------|--------------------------|
| 1.    |                |                           |                          |
| 2.    |                |                           |                          |

Форма согласована:

**Принципал:**                                                              **Агент:**

_____ /Земсков Р.Н./                          _____ /Сенчук А.А./

_____ /Принципал                               _____ /Агент

Приложение № 3
к агентскому договору № ЗН714-06
от «20» августа 2013 г.

**Акт приема-передачи
выполненных работ(услуг)**

г. Москва                                                    «___» _____ 2013 г.

Мы, нижеподписавшиеся:

**Общество с ограниченной ответственностью ООО «ХОЛМЭКС»** (зарегистрированное «01» сентября 2006 г. Межрайонной инспекцией Федеральной налоговой службы с присвоением ОГРН 5067746400552, место нахождения 125195, г. Москва, ул. Беломорская, д. 6А), именуемое в дальнейшем «Принципал», в лице генерального директора Земскова Романа Николаевича, действующего на основании Устава, с одной стороны,
и Общество с ограниченной ответственностью «ИНКОМ-Лэнд-Новослободское», внесено в Единый государственный реестр юридических лиц за основным государственным регистрационным номером 5077746976951 Межрайонной инспекцией Федеральной налоговой службы № 46 по г. Москве, ИНН/КПП 7710679615/770701001, место нахождения: 127473, г. Москва, ул. Селезневская, д.11А, стр.2, именуемое в дальнейшем «Агент» в лице Генерального директора Сенчука А.А., действующего на основании Устава, с другой стороны, вместе именуемые «Стороны», составили настоящий Акт приема-передачи выполненных работ (услуг) о нижеследующем:

1.    Агент по поручению Принципала осуществил привлечение следующих Покупателей на приобретение квартиры, помещения:

| №  п/п | ФИО Покупателя | Адрес квартиры, помещения | Цена квартиры, помещения | Дата оплаты полной стоимости квартиры, помещения | Дата государственной регистрации договора |
|---|---|---|---|---|---|
| 1. |  |  |  |  |  |

**Форма согласована:**

**Принципал:**                                          **Агент:**

_____ /Земсков Р.Н./          _____ /Сенчук А.А./

_____ Принципал                _____ Агент

Приложение № 4
к агентскому договору № ЗН714-06
от «20»августа 2013 г.

## АКТ ПРОСМОТРА

Московская область                                                                «___» _____ 20___ г.

I. _____,

являющийся представителем **ООО «ИНКОМ-Лэнд-Новослободское»** (далее по тексту – **Исполнитель**), и

II. _____,

являющийся представителем **собственника** (далее по тексту – **Принципал**), настоящим свидетельствуют, что

III. _____,

именуемый в дальнейшем **Покупатель**, произвел осмотр следующих Объектов недвижимости, расположенных по адресу: _____ область, _____ район, дер. _____:

1. _____

(земельный участок)

№ участка: ___, земельный участок площадью _____ кв. м., стоимостью _____

(_____) рублей 00 копеек;

2. _____

(земельный участок)

№ участка: ___, земельный участок площадью _____ кв. м., стоимостью _____

(_____) рублей 00 копеек;

3. _____

(земельный участок)

№ участка: _____, земельный участок площадью _____ кв. м., стоимостью _____

(_____) рублей 00 копеек.

**I.** Агент _____ (_____)

**II.** Принципал _____ (_____)

**III.** Покупатель _____ (_____)

**Форма согласована:**

**Принципал:**                                                    **Агент:**

_____ /Земсков Р.Н./              _____ /Сенчук А.А./

_____ Принципал                      _____ Агент



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
 )
 ) ss
COUNTY OF NEW YORK )


### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached Agency Agreement No.

ZN714-06.


Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.


Sworn to and subscribed before me

this  3  day of  January , 20 18 .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143