# EXHIBIT 25


Firsanovka Life
Move-in ready!
Finished townhouses
Leningradskoye sh.
Development completed!
495 508-11-11
PRBD.RU

# Look everywhere,
# Buy here!

Firsanovka Life

- finished townhouses from 230 $m^2$
- all central utilities
- forest nearby
- from 38,000 rubles/$m^2$




(495) 508 11 11 • prbd.ru


Фирсановка Life
ГОТОВЫ
К ВАШЕМУ
ПЕРЕЕЗДУ!
ГОТОВЫЕ ТАУНХАУСЫ
ЛЕНИНГРАДСКОЕ Ш.
КОМПЛЕКС
СДАН!
495 508-11-11
PRBD.RU

# Смотрят у многих, Покупают здесь!

- + готовые таунхаусы от 230 м$^2$
- + все центральные коммуникации
- + рядом лес
- + от 38 тыс. руб./м$^2$

(495) 508 11 11 • prbd.ru





translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached brochure for Firsanovka Life.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 3rd day of January, 2018.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143