# EXHIBIT 26

DECISION No. 03-02/298/0062

to partially reimburse value added
tax claimed for reimbursement

Moscow                                                                                                  05.08.2015

Having reviewed the materials of an in-office tax audit conducted from 01.26.2015 to 04.27.2015 based on a value added tax return submitted by **Probusiness-Development Limited Liability Company**, TIN [Taxpayer ID Number] 7743629120/TRC [Tax Registration Code] 774301001, for the 4th quarter of 2014, which claims the right to reimbursement of value added tax in the amount of 40,860,472, and the documents submitted by the taxpayer, I.P. Zagorulko, Deputy Head of Moscow Federal Tax Service Inspectorate No. 43 and Counselor, 2nd class, RF Civil Service,

ESTABLISHED:

1. The valid application of tax deductions for value added tax in the amount of 47,147,433.00 rubles.

   Governed by clause 3 of article 176 of the Tax Code of the Russian Federation,

DECIDED:

1. To reimburse **Probusiness-Development Limited Liability Company**, TIN 7743629120/TRC 774301001, value added tax in the amount of 38,745,458 rubles.

Deputy Head
of Moscow Federal Tax Service Inspectorate No. 43
Counselor, 2nd class, RF Civil Service
                               [signature] I.P. Zagorulko
                                    *(signature)*

[stamp:]
FEDERAL TAX SERVICE, Moscow Federal Tax Service Administration, Moscow Federal Tax Service Inspectorate No. 43 (Moscow IFNS of Russia No. 43), PSRN [Primary State Registration Number] 1047743055810, TIN 7743777777

РЕШЕНИЕ №03-02/298/0062

о возмещении частично суммы налога
на добавленную стоимость, заявленной к возмещению

Москва                                                                                          08.05.2015 г.

Заместитель Начальника Инспекции Федеральной налоговой службы № 43 по г. Москве Советник государственной гражданской службы РФ 2 класса Загорулько И.П. рассмотрев материалы камеральной налоговой проверки, проведенной в период с 26.01.2015 по 27.04.2015 на основе налоговой декларации по налогу на добавленную стоимость, в которой заявлено право на возмещение налога на добавленную стоимость в сумме 40860472, представленной за 4 квартал 2014 года

**Общество с ограниченной ответственностью «Пробизнес-Девелопмент»**
ИНН 7743629120 / КПП 774301001
и документов, представленных налогоплательщиком

УСТАНОВИЛ:

1. Обоснованное применение налоговых вычетов по налогу на добавленную стоимость в сумме 47147433.00 руб.

Руководствуясь пунктом 3 статьи 176 Налогового кодекса Российской Федерации

РЕШИЛ:

1. Возместить **Общество с ограниченной ответственностью «Пробизнес-Девелопмент»**, ИНН 7743629120 / КПП 774301001
налог на добавленную стоимость в сумме 38745458 руб.;

Заместитель Начальника
Инспекции Федеральной налоговой службы № 43 по г. Москве
Советник государственной гражданской службы РФ 2 класса
_____ Загорулько И.П.
(подпись)



STATE OF NEW YORK    )
                     )
                     )   ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Decision No. 03-02/298/0062.

Kristen Duffy, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this __3__ day of __January__, 20__18__.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143