# EXHIBIT 27

# FEDERAL CONSUMER RIGHTS AND
# HUMAN WELFARE PROTECTION AND OVERSIGHT SERVICE

Territorial Department of the Directorate of the Federal Consumer Rights and Human Welfare Protection and Oversight Service for the Klinsky and Solnechnogorsky Districts of the Moscow Region

_____

(Name of the Territorial Body)

## PUBLIC HEALTH AND DISEASE CONTROL INSPECTION CERTIFICATE

No. 50.16.04.000.T.000234.08.09 of 08.28.2009

This is to certify that the requirements set in the following project documentation (specify the documents reviewed and the name and address of the developer organization):

Materials of the urban planning study for the location of a low-rise residential development by KHOLMEKS LLC situated in the neighborhood of Podolino Village in Solnechnogorsky District of Moscow Region

Kholmeks LLC (Russian Federation)


DOES ~~DOES NOT~~ comply with the following State public health and disease control rules and norms (cross out as applicable, specify the full name of the applicable health regulations):

SanPiN 2.2.1/2.1.1.1200-03 "Health Protection Zones and the public health classification of Companies, Buildings and Other Facilities"; Radiation Safety Norms (NRB-99)-SP 2.6.1.758-99; SanPiN 2.1.7.287-03 "Public Health and Disease Control Requirements for Soil Quality"


The documents submitted have been deemed COMPLIANT ~~NON COMPLIANT~~ with the applicable State public health and disease control rules and norms based on (specify the documents reviewed):

Public Health and Disease Control Inspection Report of 21.07.08 issued by the Territorial Department of Rospotrebnadzor [Russian Consumer Protection Agency] for Klinsky and Solnechnogorsky Districts; Soil Analysis Certificates Nos. 44, 41, 42 and 43 of 10.05.2007 and Nos. 111–120 of 10.01.07 by the Moscow Region Federal Public Health and Epidemic Control Center (FFGUZ) for the Klinsky and Solnechnogorsky Districts; Radiation Test Certificates No. 33/3 of 09.01.07, No. 33/1 and No. 33/2 of 09.28.07 issued by the by the Moscow Region Federal Public Health and Epidemic Control Center (FFGUZ) for the Klinsky and Solnechnogorsky Districts. Not valid without the Attachment.

| | | |
|---|---|---|
| O.I. Zelenskaya<br>Chief State Public Health Physician<br>(~~Deputy Chief State Sanitary Physician~~) | [seal:]<br><br>AC5803301<br>[illegible] | [seal:]   FOR DOCUMENTS<br><br>Territorial Department of the Directorate of the Federal Consumer Rights and Human Welfare Protection and Oversight Service for the Klinsky and Solnechnogorsky Districts of the Moscow Region<br><br>[signature] |

No. 0843867

Form A4. To be retained for 5 years                                              © ZAO First Printing Facility, Moscow,
2009, Level B

FEDERAL CONSUMER RIGHTS AND
HUMAN WELFARE PROTECTION AND OVERSIGHT SERVICE

Territorial Department of the Directorate of the Federal Consumer Rights and Human Welfare Protection and Oversight Service for the Klinsky and Solnechnogorsky Districts of the Moscow Region

_____
(Name of the Territorial Body)

ATTACHMENT
TO PUBLIC HEALTH AND DISEASE CONTROL INSPECTION CERTIFICATE
No. 50.16.04.000.T.000234.08.09 of 08.28.2009

Materials of the urban planning study for the location of a low-rise residential development by KHOLMEKS LLC situated in the neighborhood vicinity of Podolino Village in Solnechnogorsky District of Moscow Region

Having reviewed the materials of the urban planning study for the location of a low-rise residential development by KHOLMEKS LLC and conducted a public health and disease control inspection of the land parcel, the Territorial Department of Rospotrebnadzor for Klinsky and Solnechnogorsky Districts found as follows.

The land parcel sought has a total area of 6.28 ha, comprises 4 sections and is part of a larger land holding by Kholmeks LLC.

The Territorial Department of Rospotrebnadzor for Klinsky and Solnechnogorsky Districts has previously issued a public health and disease control permit based on the materials of the urban planning study for the location of a single-family residential development by Kholmeks LLC, No. 50.16.04.000.T.000366.07.08 of 07.21.2008.

According to the materials submitted (urban planning study No. 50:09/GPR.0073.09 of August 17, 2009, Scaled 1:10,000, conducted by the Architecture and Urban Planning Directorate (UAiG) of Solnechnogorsky District; State Title Registration Certificates of  November 30, 2006, Series 50 HAN 1359974, Series 50 HAN 1359976, HAN 1359973, HAN 1359977), Section No. 1 with an area of 2.9996 ha borders on the following lands: in the north—Goslesfond [State Forestry Fund] lands; in the northeast—Goslesfond lands, 170 m of a residential development parcel of A.O. Pilot-2 and 450 m of an existing warehousing facility; in the east—an immediately adjoining residential development parcel of A.O. Pilot-2, 150 m of power lines and then the territory of Khimkinsky District; in the south—immediately adjoining Sections No. 2 and No. 4 under development and a low-rise residential development parcel of AO Invest-Chernobyl; in the southwest—immediately adjoining Section No. 3 and 500 m of residential development in the township of Firsanovka; in the northwest—Goslesfond lands and then 400–450 m of residential development in the township of Firsanovka.

Section No. 2 with a total area of .15 ha borders the following lands: in the north—immediately adjoining Section No. 1 and then Goslesfond lands; in the northeast—an immediately adjoining residential development parcel of TOO Pilot-2 firm; in the east—a low-rise residential development parcel of AO Invest-Chernobyl; in the south—immediately adjoining Section No. 4 and then a low-rise residential development parcel of AO Invest-Chernobyl; in the west—an immediately adjoining parcel under development and then Goslesfond lands and 540 m of residential development in the township of Firsanovka;

Section No. 3 with a total area of 2.9781 ha borders the following lands: in the north and west—Goslesfond lands and then 300–450 m of residential development in the township of Firsanovka; in the northeast—immediately adjoining Section No. 1 and then a residential development parcel of TOO Pilot-2 firm; in the east and southeast—immediately adjoining Sections No. 2 and No. 4 and a low-rise residential development parcel of AO Invest-Chernobyl; 150–200 m of power lines and then the territory of Khimkinsky District; in the southwest—Goslesfond lands and 350 m of residential development in the township of Firsanovka;

Section No. 4 with a total area of .15 ha borders the following lands: in the north—immediately adjoining Section No. 2 under development and then Section No. 1; in the east and south—an immediately adjoining low-rise residential development parcel of AO Invest-Chernobyl; in the southwest —the immediately adjoining low-rise residential development parcel of AO Invest-Chernobyl and then Section No. 3.

According to Radiation Testing Certificates No. 33/3 of 09.01.07, No. 33/1 and No. 33/2 of 09.28.07 issued by the FFGUZ of the Moscow Region Hygiene and Epidemic Control Center for the in Klinsky and Solnechnogorsky Districts

|  | [seal:]<br>AC5803300<br>[illegible] | [seal:]   FOR DOCUMENTS<br>Territorial Department of the Directorate of the Federal Consumer Rights and Human Welfare Protection and Oversight Service for the Klinsky and Solnechnogorsky Districts of the Moscow Region [signature] |
|---|---|---|
| O.I. Zelenskaya<br>Chief State Sanitary Physician<br>(~~Deputy Chief State Sanitary Physician~~) |  |  |

Form A4. To be retained for 5 years                                       © ZAO First Printing Facility, Moscow, 2009, Level B



Page number: 2

FEDERAL CONSUMER RIGHTS AND
HUMAN WELFARE PROTECTION AND OVERSIGHT SERVICE

Territorial Department of the Directorate of the Federal Consumer Rights and Human Welfare Protection and Oversight Service for the Klinsky and Solnechnogorsky Districts of the Moscow Region

_____

(Name of the Territorial Body)

ATTACHMENT
TO PUBLIC HEALTH AND DISEASE CONTROL INSPECTION CERTIFICATE
No. 50.16.04.000.T.000234.08.09 of 08.28.2009

Materials of the urban planning study for the location of a low-rise residential development by KHOLMEKS LLC situated in the neighborhood of Podolino Village in the Solnechnogorsky District of Moscow Region

… the parcel is safe and meets the applicable radiation safety norms (NRB-99) – CP 2.6.1. 758-II 99;

According to Soil Analysis Certificates Nos. 44, 41, and 43 of 10.05.07 and No. 111 and No. 120 of 10.01.07 issued by the FFGUZ of the Moscow Region Hygiene and Epidemic Control Center for the Klinsky and Solnechnogorsky Districts, the soil samples tested meet the microbiology and parasitology requirements of SanPiN 2.1.7.287-03 "Public Health and Disease Control Requirements for Soil Quality" [and] fall within the "clean" category.

According to SanPiN 2.2.1/2.1.1.1200-03 "Health Protection Zones and Public Health Classification of Companies, Buildings and Other Facilities" (new version), this property need not be categorized.

Materials of the urban planning study for the location of a low-rise residential development by Kholmeks LLC situated in the neighborhood of Podolino Village in Solnechnogorsky District of Moscow Region are compliant with SanPiN 2.2.1/2.1.1.1200-03 "Health Protection Zones and Public Health Classification of Companies, Buildings and Other Facilities."

The following measures should be implemented during the development of this land parcel:

1. Develop a Construction and Construction Work Master Plan as required by Section II–III of SanPiN 2.2.3.1384-03 "Hygiene Requirements for the Construction and Construction Work Master Plan;

2. Locate and equip a temporary parking lot compliant with SanPiN 2.2.1/2.1.1.1200-03 "Health Protection Zones and Public Health Classification of Companies, Buildings and Other Facilities";

3. Supply drinking water of guaranteed quality to the facility;

4. Build a wastewater treatment facility to be shared by all the developers, any runoff to be treated to meet the sanitary requirements of SanPiN 2.1.5.980-00 "Sanitary Requirements for Surface Water Protection";

5. Resolve the issue of storm water discharge, treatment and drainage from the territory;

6. Have Rosprirodnadzor [Russian Environment Protection Agency] approve the route and dumping site for treated liquid waste and surface runoff;

7. Provide for site landscaping, resolve the issue of storm water discharge, treatment and drainage, and arrange for vehicle access;

8. Develop and implement a work oversight program for the duration of construction work, to be compliant with SP 1.1.1058-01 "Organization and Administration of Industrial Oversight of Compliance with Sanitary Norms and the Implementation of (Preventive) Public Health and Disease Control Measures" and SanPiN 2.2.3.1384-03 "Hygiene Requirements for the Construction and Construction Work Master Plan."

O.I. Zelenskaya
Chief State Sanitary Physician
(~~Deputy Chief State Sanitary Physician~~)

[seal:]
AC5803299
[illegible]

[seal:]   FOR DOCUMENTS
Territorial Department of the Directorate of the Federal Consumer Rights and Human Welfare Protection and Oversight Service for the Klinsky and Solnechnogorsky Districts of the Moscow Region
[signature]

Form A4. To be retained for 5 years
2009, Level B

© ZAO First Printing Facility, Moscow,

Case 1:17-mc-00414-GBD-SN   Document 9-27   Filed 01/16/18   Page 5 of 9



## ФЕДЕРАЛЬНАЯ СЛУЖБА ПО НАДЗОРУ
## В СФЕРЕ ЗАЩИТЫ ПРАВ ПОТРЕБИТЕЛЕЙ И БЛАГОПОЛУЧИЯ ЧЕЛОВЕКА

Территориальный отдел Управления Федеральной службы по надзору в сфере защиты прав потребителей и благополучия человека по Московской области в Клинском, Солнечногорском районах Московской области

(наименование территориального органа)

## САНИТАРНО-ЭПИДЕМИОЛОГИЧЕСКОЕ ЗАКЛЮЧЕНИЕ

№ 50.16.04.000.Т.000234.08.09   от   28.08.2009 г.

Настоящим санитарно-эпидемиологическим заключением удостоверяется, что требования, установленные в проектной документации (перечислить рассмотренные документы, указать наименование и адрес организации-разработчика):

Материалы градостроительной проработки размещения малоэтажной жилой застройки для ООО "ХОЛМЭКС", расположенной по адресу: Московская область, Солнечногорский район, в районе д. Подолино.

ООО "Холмэкс"" ("Российская Федерация")"

**СООТВЕТСТВУЮТ** (НЕ СООТВЕТСТВУЮТ) государственным санитарно-эпидемиологическим правилам и нормативам (ненужное зачеркнуть, указать полное наименование санитарных правил)

СанПиН 2.2.1/2.1.1.1200 - 03 "Санитарно - защитные зоны и санитарная классификация предприятий, сооружений и иных объектов"; Нормы радиационной безопасности (НРБ - 99) - СП 2.6.1. 758 - 99; СанПиН 2.1.7.287 - 03 "Санитарно - эпидемиологические требования к качеству почвы".

Основанием для признания представленных документов соответствующими (не соответствующими) государственным санитарно-эпидемиологическим правилам и нормативам являются (перечислить рассмотренные документы):

Акт санитарно - эпидемиологического обследования от 21.07.08г., выданный ТО Роспотребнадзора в Клинском, Солнечногорском районах. Протоколы лабораторного исследования почвы №44, № 41, № 42, № 43 от 05.10.2007г, № 111-120 от 01.10.07г, выданные ФФГУЗ "Центр гигиены и эпидемиологии в М.О." в Клинском, Солнечногорском районах. Протоколы радиационного обследования № 33/3от 01.09.07г., № 33/1, № 33/2 от 28.09.07г., выданные ФФГУЗ "Центр гигиены и эпидемиологии в М.О." в Клинском, Солнечногорском районах. Санитарно - эпидемиологическое заключение без приложения недействительно.

Главный государственный санитарный врач
(заместитель главного государственного санитарного врача)   О.И. Зеленская

№ 0843867

© ЗАО «Первый печатный двор», г. Москва, 2009 г., уровень «В».

Номер листа: 1



# ФЕДЕРАЛЬНАЯ СЛУЖБА ПО НАДЗОРУ
## В СФЕРЕ ЗАЩИТЫ ПРАВ ПОТРЕБИТЕЛЕЙ И БЛАГОПОЛУЧИЯ ЧЕЛОВЕКА

Территориальный отдел Управления Федеральной службы по надзору в сфере защиты прав потребителей и благополучия человека по Московской области в Клинском, Солнечногорском районах Московской области

*(наименование территориального органа)*

## ПРИЛОЖЕНИЕ
## К САНИТАРНО-ЭПИДЕМИОЛОГИЧЕСКОМУ ЗАКЛЮЧЕНИЮ

№ 50.16.04.000.Т.000234.08.09   от   28.08.2009 г.

Материалы градостроительной проработки размещения малоэтажной жилой застройки для ООО "ХОЛМЭКС", расположенной по адресу: Московская область, Солнечногорский район, в районе д. Подолино.

Территориальный отдел Роспотребнадзора в Клинском, Солнечногорском районах, рассмотрев представленные материалы градостроительной проработки размещения малоэтажной жилой застройки для ООО "ХОЛМЭКС", и проведя санитарно - эпидемиологическое обследование земельного участка, установил:
Испрашиваемый земельный участок, общей площадью - 6,28га, состоит из 4-х участков и расположен на землях ООО "Холмэкс".
Ранее ТО Роспотребнадзора в Клинском, Солнечногорском районах выдано положительное санитарно-эпидемиологическое заключение по материалам градостроительной проработки размещения индивидуальной жилой застройки для ООО "Холмэкс" № 50.16.04.000.Т.000366.07.08 от 21.07.2008г.
Согласно представленным материалам (градостроительная проработка № 50:09/GPR.0073.09 от 17 августа 2009года в М 1: 10000, выполненная УАиГ Солнечногорского района, свидетельства государственной регистрации права от 30 ноября 2006года серии 50 НАН 1359974, серии 50 НАН 1359976, НАН 1359973, НАН 1359977), участок № 1, площадью - 2,9996га граничит: север - земли Гослесфонда; северо - восток - земли Гослесфонда , 170м участок под жилищное строительство для А.О. "Пилот - 2" и 450м существующий складской комплекс; восток - вплотную участок под жилищное строительство для А.О "Пилот - 2", 150м линия ЛЭП и далее территория Химкинского района; юг - вплотную проектируемый участок № 2 и № 4 и участок под малоэтажное жилищное строительство для АО "Инвест - Чернобыль"; юго - запад - вплотную участок № 3 и 500м жилая застройка пос. Фирсановки; северо - запад - земли Гослесфонда и далее 400- 450м жилая застройка пос. Фирсановки.
Участок № 2, общей площадью - 0,15га, граничит: север - вплотную проектируемый участок № 1 и далее земли Гослесфонда; северо - восток - вплотную участок под жилищное строительство для ТОО фирма "Пилот - 2"; восток - участок под малоэтажное жилищное строительство для АО "Инвест - Чернобыль"; юг - вплотную проектируемый участок № 4 и далее участок под малоэтажное жилищное строительство для АО "Инвест - Чернобыль"; запад - вплотную проектируемый участок, далее земли Гослесфонда и 540м жилая застройка пос. Фирсановки.
Участок № 3, общей площадью - 2,9781га граничит: север и запад - земли Гослесфонда и далее от 300 до 450м жилая застройка пос. Фирсановка; северо - восток - вплотную проектируемый участок № 1 и далее участок под жилищное строительство для ТОО фирма "Пилот - 2"; восток и юго - восток - вплотную участки № 2 и 4 и участок под малоэтажное жилищное строительство для АО "Инвест - Чернобыль", 150 - 200м линия ЛЭП и далее территория Химкинского района; юг о - запад - земли Гослесфонда и 350м жилая застройка пос. Фирсановкаи.
Участок № 4, площадью 0,15га граничит: север - вплотную проектируемый участок №2 и далее проектируемый участок № 1; восток и юг - вплотную участок под малоэтажное жилищное строительство для АО "Инвест - Чернобыль"; юго - запад - вплотную участок под малоэтажное жилищное строительство для АО "Инвест - Чернобыль" и далее участок №3.
Согласно протоколам радиационного обследования № 33/3 от 01.09.07г., 33/1 и 33/2 от 28.09.07г., выданным ФФГУЗ "Центр гигиены и эпидемиологии в Московской области" в Клинском, Солнечногорском районах



Главный государственный санитарный врач   О.И. Зеленская
(заместитель главного государственного санитарного врача)

Формат А4. Бланк. Срок хранения 5 лет.   © ЗАО «Первый печатный двор», г. Москва, 2009 г., уровень «В».

Номер листа: 2



## ФЕДЕРАЛЬНАЯ СЛУЖБА ПО НАДЗОРУ
## В СФЕРЕ ЗАЩИТЫ ПРАВ ПОТРЕБИТЕЛЕЙ И БЛАГОПОЛУЧИЯ ЧЕЛОВЕКА

Территориальный отдел Управления Федеральной службы по надзору в сфере защиты прав потребителей и благополучия человека по Московской области в Клинском, Солнечногорском районах Московской области

*(наименование территориального органа)*

# ПРИЛОЖЕНИЕ
# К САНИТАРНО-ЭПИДЕМИОЛОГИЧЕСКОМУ ЗАКЛЮЧЕНИЮ

№ 50.16.04.000.Т.000234.08.09     от 28.08.2009 г.

Материалы градостроительной проработки размещения малоэтажной жилой застройки для ООО "ХОЛМЭКС", расположенной по адресу: Московская область, Солнечногорский район, в районе д. Подолино.

участок безопасный и соответствует требованиям норм радиационной безопасности (НРБ - 99) - СП 2.6.1. 758 - 99;
Согласно протоколам лабораторного обследования почвы № 44, 41, 43 от 05.10.07г. № 111 и № 120 от 01.10.07г., выданным ФФГУЗ "Центр гигиены и эпидемиологии в Московской области" в Клинском, Солнечногорском районах испытанные образцы почвы по микробиологическим и паразитологическим показателям в соответствии с СанПиН 2.1.7.287 - 03 "Санитарно - эпидемиологические требования к качеству почвы" относятся к следующей категории загрязнения - "чистая".
Согласно требованиям СанПиН 2.2.1/2.1.1.1200 - 03 "Санитарно - защитные зоны и санитарная классификация предприятий, сооружений и иных объектов" (новая редакция) данный объект не классифицируется.
Материалы градостроительной проработки размещения малоэтажной жилой застройки для ООО "Холмэкс", расположенной по адресу: Московская область, Солнечногорский район, д. Подолино, соответствуют СанПиН 2.2.1/2.1.1.1200 - 03 "Санитарно - защитные зоны и санитарная классификация предприятий, сооружений и иных объектов".
    При освоении земельного участка выполнить следующие мероприятия:
1. Разработать проект организации строительства и строительных работ в соответствии с требованиями раздела II - III СанПиН 2.2.3.1384 - 03 "Гигиенические требования к организации строительного производства и строительных работ".
2. Разместить и оборудовать стоянку для временной парковки автотранспорта в соответствии с требованиями СанПиН 2.2.1/2.1.1.1200 - 03 "Санитарно - защитные зоны и санитарная классификация предприятий, сооружений и иных объектов".
3. Обеспечить объект питьевой водой гарантированного качества.
4. Осуществить строительство единых для всех застройщиков очистных сооружений хозяйственно - фекальных сточных вод с качеством очистки сточных вод до уровня гигиенических нормативов, определенных СанПиН 2.1.5.980 - 00 "Гигиенические требования к охране поверхностных вод".
5. Решить вопрос сброса, очистки и отвода ливнестоков с территории.
6. Трассу и место сброса очищенных хозяйственно - фекальных сточных вод и поверхностного стока согласовать с Росприроднадзором.
7. Предусмотреть благоустройство территории с решением вопроса сбора, отвода и очистки поверхностных вод, а также организации подъездных путей.
8. На период строительства разработать и реализовать программу производственного контроля в соответствии с требованиями СП 1.1.1058 - 01 "Организация и проведение производственного контроля за соблюдением санитарных правил и выполнением санитарно - эпидемиологических (профилактических) мероприятий" и СанПиН 2.2.3.1384 - 03 "Гигиенические требования к организации строительного производства и строительных работ".



Главный государственный санитарный врач     О.И. Зеленская
(заместитель главного государственного санитарного врача)

Формат А4. Бланк. Срок хранения 5 лет.     © ЗАО «Первый печатный двор», г. Москва, 2009 г., уровень «В».



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )    ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Public Health and Disease Control Inspection Certificate No. 50.16.04.000.T.000234.08.09 of 08.28.2009.

_____
Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this __3rd__ day of __January__, 20__18__.

_____
KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York           Washington, D.C.    Chicago             Houston             San Francisco
t: +1.212.631.7432 t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London             Paris               Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143