# EXHIBIT 34

## DEFINITIONS AND INSTRUCTIONS

1. Except as otherwise specified, the Definitions and Instructions set forth in Attachment A to the Subpoena to Testify at a Deposition in a Civil Action, served by the Deposit Insurance Agency on Sergey Leontiev, shall apply to the following requests.

2. The relevant time period, unless otherwise indicated, shall be from January 1, 2012 through present and shall include all Documents and information which relate in whole or in part to such period, or to events or circumstances during such period, even though dated, prepared, generated, or received prior or subsequent to that period.

## DOCUMENT REQUESTS

1. All Documents and communications concerning (a) the direct or indirect ownership of or investments in each Sham Company, (b) the officers and directors of each Sham Company, and (c) transfers of funds into and out of each Sham Company.

2. All Documents and communications concerning (a) the direct or indirect ownership of or investments in each Leontiev Company, (b) the officers and directors of each Leontiev Company, and (c) transfers of funds into and out of each Leontiev Company.

3. All Documents and communications concerning (a) the direct or indirect ownership of or investments in Wonderworks, (b) the officers and directors of Wonderworks, and (c) transfers of funds into and out of Wonderworks.

4. All Documents and communications concerning (a) the direct or indirect ownership of or investments in the Trust, (b) the officers and directors of the Trust, and (c) transfers of funds into and out of the Trust.

5. All Documents and communications concerning (a) the direct or indirect ownership of or investments in Southpac, (b) the officers and directors of Southpac, and (c) transfers of funds into and out of Southpac.

6. All Documents and communications concerning (a) the direct or indirect ownership of or investments in Holdco, (b) the officers and directors of Holdco, and (c) transfers of funds into and out of Holdco.

7. All Documents and communications concerning (a) the direct or indirect ownership of or investments in NU, (b) the officers and directors of NU, and (c) transfers of funds into and out of NU.

8. All Documents and communications concerning (a) the direct or indirect ownership of or investments in Resheniya, (b) the officers and directors of Resheniya, and (c) transfers of funds into and out of Resheniya.

9. All Documents and communications concerning (a) the direct or indirect ownership of or investments in PK Life, (b) the officers and directors of PK Life, and (c) transfers of funds into and out of PK Life.

10. All Documents and communications concerning the Loans.

11. All Documents and communications concerning the Transfers.

12. All Documents and communications concerning the Indirect Loans.

13. All Documents and communications concerning the Additional Transactions.

14. All Documents and communications concerning the NU Project.

15. All Documents and communications concerning Sergey Leontiev's participation in any of the conduct alleged in the Diachenko Declaration.

16. All Documents and communications concerning the participation of each of the Conspirators in any of the conduct alleged in the Diachenko Declaration.

17. All Documents and communications concerning the allegations set forth in paragraph 18 of the Diachenko Declaration, including Documents sufficient to identify the "former employees" referred to therein.

18. All Documents and communications concerning the allegations set forth in paragraph 22 of the Diachenko Declaration, including Documents sufficient to identify the "[s]ubordinate employees of Probusinessbank" referred to therein.

19. All Documents and communications concerning the allegations set forth in paragraph 23 of the Diachenko Declaration, including Documents sufficient to identify the "accomplices" referred to therein.

20. All Documents and communications concerning the allegations set forth in paragraph 24 of the Diachenko Declaration.

21. All Documents and communications concerning the allegations set forth in paragraph 25 of the Diachenko Declaration.

22. All Documents and communications concerning the allegations set forth in paragraph 29 of the Diachenko Declaration, including Documents sufficient to identify the "[c]ertain Conspirators" referred to therein.

23. All Documents and communications concerning the allegations set forth in paragraph 31 of the Diachenko Declaration.

24. All Documents and communications concerning the allegations set forth in paragraph 33 of the Diachenko Declaration, including Documents sufficient to identify the "Bogus Borrowers" referred to therein.

25. All Documents and communications concerning any effort by Probusinessbank or the DIA to recover the funds that were the subject of the Loans, the Indirect Loans, or the NU Project.

26. All Documents and communications concerning the allegations set forth in paragraph 37 of the Diachenko Declaration.

27. All Documents and communications concerning the allegations set forth in paragraph 38 of the Diachenko Declaration.

28. All Documents and communications concerning the disposition of any of the Bank's assets from August 7, 2015 to the present.

29. All Documents and communications concerning Sergey Leontiev from August 7, 2015 to the present.

30. All communications between the DIA and any Russian government authority concerning Sergey Leontiev or the Bank.

31. All communications between the DIA and PJSC "B&N Bank" (Russian spelling: ПАО «Бинбанк») concerning Sergey Leontiev or the Bank.

32. All communications between the DIA and Bank "Rossiysky Capital" (PJSC) (Russian spelling: АКБ «Российский капитал» (ПАО))  concerning Sergey Leontiev or the Bank.

33. All communications between the DIA and Alexander Varshavsky (Russian spelling: Александр Лазаревич Варшавский), or any of his agents, representatives, or other persons acting or purporting to act on his behalf, concerning Sergey Leontiev or the Bank.

34. All communications between the DIA and Kamo Avagumyan (Russian spelling: Камо Кимович Авагумян), or any of his agents, representatives, or other persons acting or purporting to act on his behalf, concerning Sergey Leontiev or the Bank.

35. All communications between the DIA and Artem Zuev (Russian spelling: Артём Вячеславович Зуев), or any of his agents, representatives, or other persons acting or purporting to act on his behalf, concerning Sergey Leontiev, Alexander Zheleznyak, or the Bank.

36. All communications between the DIA and "Quorum Debt Management Group" LLC (Russian spelling: ООО «Кворум Дебт менеджмент групп») concerning Sergey Leontiev or the Bank.

37. All Documents and communications concerning the ownership, operation, selection, and utilization of http://torgibankrot.ru, the platform for conducting sales of assets in the Bank's bankruptcy, from August 7, 2015 to the present.

38. All Documents and communications concerning OJSC Bank24.ru (Russian spelling: ОАО «Банк24.ру») from January 1, 2014 to the present.

39. All Documents and communications, from August 7, 2015 to the present, concerning OJSC Solidarnost Commercial Bank (Russian spelling: ОАО КБ «Солидарность»), JSC Bank Express-Volga (Russian spelling: ЗАО АКБ "Экспресс-Волга"), OJSC Gazenergobank (Russian spelling: ОАО «Газэнергобанк»), and OJSC VUZ-Bank (Russian spelling: ОАО "ВУЗ-банк"), including but not limited to their: (a) rehabilitation; (b) rehabilitators; and (c) ownership, administration, operations, performance, and valuation.

40. All Documents and communications, concerning OJSC Commercial Bank Poidem! (Russian spelling: ОАО КБ «Пойдём!») and CJSC National Savings Bank (Russian spelling: ЗАО «Национальный Банк Сбережений»), including but not limited to their

5

ownership, administration, operations, performance, and valuation, from August 7, 2015 to the present.

41.     All Documents and communications concerning Factoring Company Life LLC (Russian spelling: ООО «Факторинговая компания «Лайф»), including but not limited to the temporary administration, bankruptcy, transfer of assets, and liquidation of Factoring Company Life LLC, from August 7, 2015 to the present.

42.     All Documents and communications concerning the appointment, role, actions, and involvement of Vasiliy Bednin (Russian spelling: Василий Феликсович Беднин) as the DIA's representative in its role as the Bank's bankruptcy receiver.

43.     All Documents and communications concerning the appointment, role, actions, and involvement of Maxim Khamchich as Bankruptcy Manager/Trustee for the Bank's bankruptcy.