# EXHIBIT 1

Information about legal entity

MOSCOW LAW FIRM QUORUM

PSRN [Primary State Registration No.] 1177700000851
TIN/TRC [Taxpayer ID Number/Tax Registration Code]: 7704386699/770401001
as of 9/20/2017

| | Name | |
|---|---|---|
| 1 | Full name | MOSCOW LAW FIRM QUORUM |
| 2 | Abbreviated name | QUORUM |
| 3 | SRN and date of entry of above information in USRLE [Unified State Register of Legal Entities] | 1177700000851 1/10/2017 |
| | **Information on status of legal entity** | |
| 4 | Status | ACTIVE |
| 5 | SRN and date of entry of above information in USRLE | 1177700000851 1/10/2017 |
| | **Address (place of business)** | |
| 6 | Postal code | 121069 |
| 7 | Constituent region of Russian Federation | CITY OF MOSCOW |
| 8 | Street (avenue, lane, etc.) | ULITSA POVARSKAYA |
| 9 | House (property, etc.) | HOUSE 11 |
| 10 | Building (structure, etc.) | STRUCTURE 1 |
| 11 | SRN and date of entry of above information in USRLE | 1177700000851 1/10/2017 |
| | **Registration information** | |
| 12 | Method of formation | Creation of legal entity based on reorganization in the form of conversion |
| 13 | PSRN | 1177700000851 |
| 14 | Date of assignment of PSRN | 1/10/2017 |
| 15 | SRN and date of entry of above information in USRLE | 1177700000851 1/10/2017 |
| | **Information on registering authority near legal entity's place of business** | |
| 16 | Name of registering authority | Moscow Office of Federal Tax Service [FTS] |
| 17 | Address of registering authority | 12A Khoroshevskoye Shosse, Moscow, 125284 |
| 18 | SRN and date of entry of above information in USRLE | 1177700000851 1/10/2017 |
| | **Information on registration with tax authority** | |
| 19 | TIN | 7704386699 |
| 20 | TRC | 770401001 |

| 21 | Date of tax registration | 1/10/2017 |
|---|---|---|
| 22 | Name of tax authority | Moscow Inspectorate No. 4 of Federal Tax Service |
| 23 | SRN and date of entry of above information in USRLE | 2177700037580<br>1/10/2017 |
| **Information on registration as insured with regional body of**<br>**Russian Federation Pension Fund** | | |
| 24 | Registration No. | 087103141804 |
| 25 | Date of registration | 1/11/2017 |
| 26 | Name of regional body of Pension Fund | State Institution – Main Directorate No. 10 of RF Pension Fund<br>Directorate No. 3 for city of Moscow and Moscow Region, Municipal District Presnenskoye, Arbat, city of Moscow |
| 27 | SRN and date of entry of above information in USRLE | 2177700040791<br>1/14/2017 |
| **Information on registration as insured with regional body of**<br>**Russian Federation Pension Fund** [Translator's Note: This should be "Social Insurance Fund."] | | |
| 28 | Registration No. | 771108288677111 |
| 29 | Date of registration | 1/12/2017 |
| 30 | Name of executive body of Social Insurance Fund | Branch No. 11 of State Institution – Moscow Regional Division of Russian Federation Social Insurance Fund |
| 31 | SRN and date of entry of above information in USRLE | 2177700040593<br>1/14/2017 |
| **Information on person entitled to act on behalf of legal entity**<br>**without power of attorney** | | |
| 32 | SRN and date of entry of information about this person in USRLE | 1177700000851<br>1/10/2017 |
| 33 | Surname | PAVLOV |
| 34 | Given name | ANDREY |
| 35 | Patronymic | ALEKSEYEVICH |
| 36 | TIN | 772643853683 |
| 37 | SRN and date of entry of above information in USRLE | 1177700000851<br>1/10/2017 |
| 38 | Job title | CHAIRMAN OF FIRM |
| 39 | SRN and date of entry of above information in USRLE | 1177700000851<br>1/10/2017 |
| **Information on founders (equity holders) of legal entity** | | |
| **1** | | |

| 40 | SRN and date of entry of information about this person in USRLE | 1177700000851<br>1/10/2017 |
|---|---|---|
| 41 | Surname | PAVLOV |
| 42 | Given name | ANDREY |
| 43 | Patronymic | ALEKSEYEVICH |
| 44 | TIN | 772643853683 |
| 45 | SRN and date of entry of above information in USRLE | 1177700000851<br>1/10/2017 |
| | **2** | |
| 46 | SRN and date of entry of information about this person in USRLE | 1177700000851<br>1/10/2017 |
| 47 | Surname | ZHIDCHENKO |
| 48 | Given name | ANASTASIYA |
| 49 | Patronymic | NIKOLAYEVNA |
| 50 | TIN | 773370211326 |
| 51 | SRN and date of entry of above information in USRLE | 1177700000851<br>1/10/2017 |
| | **3** | |
| 52 | SRN and date of entry of information about this person in USRLE | 1177700000851<br>1/10/2017 |
| 53 | Surname | KIRILENKO |
| 54 | Given name | OLEG |
| 55 | Patronymic | VIKTOROVICH |
| 56 | TIN | 774339873383 |
| 57 | SRN and date of entry of above information in USRLE | 1177700000851<br>1/10/2017 |
| | **Information on types of economic activities according to Russian Classifier of Types of Economic Activities<br>RCTEA OK 029-2014 (KDES Ver. 2)** | |
| | ***Information on core business*** | |
| 58 | Code and name of type of activity | 69.10 Activities in the field of law |
| 59 | SRN and date of entry of above information in USRLE | 1177700000851<br>1/10/2017 |
| | **Information on legal predecessors** | |
| 60 | PSRN | 1147799002790 |
| 61 | TIN | 7704281858 |
| 62 | Full name of legal entity | CITY OF MOSCOW LAW BUREAU QUORUM |
| 63 | SRN and date of entry of above information in USRLE | 1177700000851<br>1/10/2017 |
| | **Information on entries made in USRLE** | |
| | **1** | |

| 64 | SRN and date of entry in USRLE | 1177700000851<br>1/10/2017 |
|---|---|---|
| 65 | Reason for entry in USRLE | (R12001) Creation of NPO during conversion (based on Justice Ministry documents) |
| 66 | Name of registering authority that made entry in USRLE | Moscow Office of Federal Tax Service |
| | | |
| | Information on documents submitted when entry was made in USRLE | |
| 67 | Title of document | (R12001) APPLICATION FOR CREATION OF NONPROFIT ENTITY DURING CONVERSION |
| | | |
| 68 | Title of document | DECISION ON REGISTRATION ADOPTED BY BODY OF RUSSIAN JUSTICE MINISTRY |
| 69 | Document No. | 11443 |
| 70 | Date of document | 12/29/2016 |
| | | |
| 71 | Title of document | DECISION ON REORGANIZATION OF LEGAL ENTITY |
| 72 | Document No. | 12 |
| 73 | Date of document | 9/1/2016 |
| | | |
| 74 | Title of document | FOUNDERS' AGREEMENT OF LEGAL ENTITY |
| 75 | Date of document | 9/1/2016 |
| | | |
| 76 | Title of document | CERTIFICATE OF TRANSFER |
| 77 | Date of document | 9/1/2016 |
| | | |
| 78 | Title of document | CHARTER OF LEGAL ENTITY |
| | **2** | |
| 79 | SRN and date of entry in USRLE | 2177700037580<br>1/10/2017 |
| 80 | Reason for entry in USRLE | Entry of information on registration with tax authority |
| 81 | Name of registering authority that made entry in USRLE | Moscow Office of Federal Tax Service |
| | **3** | |
| 82 | SRN and date of entry in USRLE | 2177700040593<br>1/14/2017 |
| 83 | Reason for entry in USRLE | Entry of information on registration with RF Social Insurance Fund |
| 84 | Name of registering authority that made entry in USRLE | Moscow Office of Federal Tax Service |

| 4 | | |
|---|---|---|
| 85 | SRN and date of entry in USRLE | 2177700040791<br>1/14/2017 |
| 86 | Reason for entry in USRLE | Entry of information on registration with RF Pension Fund |
| 87 | Name of registering authority that made entry in USRLE | Moscow Office of Federal Tax Service |

Сведения о юридическом лице

МОСКОВСКАЯ КОЛЛЕГИЯ АДВОКАТОВ «КВОРУМ»

ОГРН: 1177700000851
ИНН/КПП: 7704386699/770401001
по состоянию на 20.09.2017

| | Наименование | |
|---|---|---|
| 1 | Полное наименование | МОСКОВСКАЯ КОЛЛЕГИЯ АДВОКАТОВ «КВОРУМ» |
| 2 | Сокращенное наименование | КВОРУМ |
| 3 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | Сведения о состоянии юридического лица | |
| 4 | Состояние | ДЕЙСТВУЮЩЕЕ |
| 5 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | Адрес (место нахождения) | |
| 6 | Почтовый индекс | 121069 |
| 7 | Субъект Российской Федерации | ГОРОД МОСКВА |
| 8 | Улица (проспект, переулок и т.п.) | УЛИЦА ПОВАРСКАЯ |
| 9 | Дом (владение и т.п.) | ДОМ 11 |
| 10 | Корпус (строение и т.п.) | СТРОЕНИЕ 1 |
| 11 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | Сведения о регистрации | |
| 12 | Способ образования | Создание юридического лица путем реорганизации в форме преобразования |
| 13 | ОГРН | 1177700000851 |
| 14 | Дата присвоения ОГРН | 10.01.2017 |
| 15 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | Сведения о регистрирующем органе по месту нахождения юридического лица | |
| 16 | Наименование регистрирующего органа | Управление Федеральной налоговой службы по г.Москве |
| 17 | Адрес регистрирующего органа | 125284, г.Москва, Хорошевское ш., 12А |
| 18 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | Сведения об учете в налоговом органе | |
| 19 | ИНН | 7704386699 |
| 20 | КПП | 770401001 |

| 21 | Дата постановки на учет | 10.01.2017 |
|---|---|---|
| 22 | Наименование налогового органа | Инспекция Федеральной налоговой службы № 4 по г.Москве |
| 23 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177700037580 10.01.2017 |

<table>
<tr><td colspan="3" align="center"><b>Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации</b></td></tr>
<tr><td>24</td><td>Регистрационный номер</td><td>087103141804</td></tr>
<tr><td>25</td><td>Дата регистрации</td><td>11.01.2017</td></tr>
<tr><td>26</td><td>Наименование территориального органа Пенсионного фонда</td><td>Государственное учреждение - Главное Управление Пенсионного фонда РФ №10 Управление №3 по г. Москве и Московской области муниципальный район Пресненское, Арбат г.Москвы</td></tr>
<tr><td>27</td><td>ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения</td><td>2177700040791 14.01.2017</td></tr>
<tr><td colspan="3" align="center"><b>Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации</b></td></tr>
<tr><td>28</td><td>Регистрационный номер</td><td>771108288677111</td></tr>
<tr><td>29</td><td>Дата регистрации</td><td>12.01.2017</td></tr>
<tr><td>30</td><td>Наименование исполнительного органа Фонда социального страхования</td><td>Филиал №11 Государственного учреждения - Московского регионального отделения Фонда социального страхования Российской Федерации</td></tr>
<tr><td>31</td><td>ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения</td><td>2177700040593 14.01.2017</td></tr>
<tr><td colspan="3" align="center"><b>Сведения о лице, имеющем право без доверенности действовать от имени юридического лица</b></td></tr>
<tr><td></td><td></td><td></td></tr>
<tr><td>32</td><td>ГРН и дата внесения в ЕГРЮЛ сведений о данном лице</td><td>1177700000851 10.01.2017</td></tr>
<tr><td>33</td><td>Фамилия</td><td>ПАВЛОВ</td></tr>
<tr><td>34</td><td>Имя</td><td>АНДРЕЙ</td></tr>
<tr><td>35</td><td>Отчество</td><td>АЛЕКСЕЕВИЧ</td></tr>
<tr><td>36</td><td>ИНН</td><td>772643853683</td></tr>
<tr><td>37</td><td>ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения</td><td>1177700000851 10.01.2017</td></tr>
<tr><td>38</td><td>Должность</td><td>ПРЕДСЕДАТЕЛЬ КОЛЛЕГИИ</td></tr>
<tr><td>39</td><td>ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения</td><td>1177700000851 10.01.2017</td></tr>
<tr><td colspan="3" align="center"><b>Сведения об учредителях (участниках) юридического лица</b></td></tr>
<tr><td colspan="3" align="center"><b>1</b></td></tr>
</table>

| 40 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1177700000851 10.01.2017 |
|---|---|---|
| 41 | Фамилия | ПАВЛОВ |
| 42 | Имя | АНДРЕЙ |
| 43 | Отчество | АЛЕКСЕЕВИЧ |
| 44 | ИНН | 772643853683 |
| 45 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | **2** | |
| 46 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1177700000851 10.01.2017 |
| 47 | Фамилия | ЖИДЧЕНКО |
| 48 | Имя | АНАСТАСИЯ |
| 49 | Отчество | НИКОЛАЕВНА |
| 50 | ИНН | 773370211326 |
| 51 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | **3** | |
| 52 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1177700000851 10.01.2017 |
| 53 | Фамилия | КИРИЛЕНКО |
| 54 | Имя | ОЛЕГ |
| 55 | Отчество | ВИКТОРОВИЧ |
| 56 | ИНН | 774339873383 |
| 57 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| colspan | **Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности ОКВЭД ОК 029-2014 (КДЕС Ред. 2)** | |
| | *Сведения об основном виде деятельности* | |
| 58 | Код и наименование вида деятельности | 69.10 Деятельность в области права |
| 59 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | **Сведения о правопредшественниках** | |
| 60 | ОГРН | 1147799002790 |
| 61 | ИНН | 7704281858 |
| 62 | Полное наименование юридического лица | АДВОКАТСКОЕ БЮРО ГОРОДА МОСКВЫ "КВОРУМ" |
| 63 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | **Сведения о записях, внесенных в ЕГРЮЛ** | |
| | **1** | |

| 64 | ГРН и дата внесения записи в ЕГРЮЛ | 1177700000851<br>10.01.2017 |
|---|---|---|
| 65 | Причина внесения записи в ЕГРЮЛ | (Р12001) Создание НКО при преобразовании (по документам из Минюста) |
| 66 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 67 | Наименование документа | (Р12001) ЗАЯВЛЕНИЕ О СОЗДАНИИ НО ПРИ ПРЕОБРАЗОВАНИИ |
| 68 | Наименование документа | РЕШЕНИЕ О РЕГИСТРАЦИИ, ПРИНЯТОЕ ОРГАНОМ МИНЮСТА РОССИИ |
| 69 | Номер документа | 11443 |
| 70 | Дата документа | 29.12.2016 |
| 71 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮЛ |
| 72 | Номер документа | 12 |
| 73 | Дата документа | 01.09.2016 |
| 74 | Наименование документа | УЧРЕДИТЕЛЬНЫЙ ДОГОВОР ЮЛ |
| 75 | Дата документа | 01.09.2016 |
| 76 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 77 | Дата документа | 01.09.2016 |
| 78 | Наименование документа | УСТАВ ЮЛ |
| | **2** | |
| 79 | ГРН и дата внесения записи в ЕГРЮЛ | 2177700037580<br>10.01.2017 |
| 80 | Причина внесения записи в ЕГРЮЛ | Внесение сведений об учете в налоговом органе |
| 81 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| | **3** | |
| 82 | ГРН и дата внесения записи в ЕГРЮЛ | 2177700040593<br>14.01.2017 |
| 83 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ФСС РФ |
| 84 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |

| | 4 | |
|----|-------------------------------------------------------------------------|-----------------------------------------------------------------------|
| 85 | ГРН и дата внесения записи в ЕГРЮЛ | 2177700040791<br>14.01.2017 |
| 86 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ПФ РФ |
| 87 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |



translations@geotext.com
www.geotext.com

STATE OF NEW YORK      )
                       )
                       )      ss
COUNTY OF NEW YORK     )


## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached information about legal entity,

"Moscow Law Firm Quorum."


Laura Musich, Senior Proofreader
Geotext Translations, Inc.


Sworn to and subscribed before me

this 14th day of January, 20 18.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143