# EXHIBIT 5

**T 15**

[illegible] *112*

[To:]
D.Kh. Khuramshin

Major of Justice

Investigator for Major Cases
Main Investigations Department
Investigative Committee of the
Russian Federation

[From:]
V.A. Savin

Representative of the victim in
Criminal Case No. 41702007703000004

Petition
(under articles 119 and 120 of the RF Criminal Procedure Code)

You are currently investigating Criminal Case No. 41702007703000004, in which I have been admitted as a representative of the victim—Probusinessbank JSCB.

Previously, on 1/15/2017, pursuant to Article 216 of the RF Criminal Procedure Code, I reviewed Criminal Case File No. 41702007703000004. The case file establishes that on 6/23/2015, S.Yu. Lebedeva was secretary of the Meeting of the Management Board of the Bank when the defendant Ya.V. Alekseyev put forward for consideration information on the actual activities of Tsentr Torgovli LLC, the company through which funds were embezzled from the Bank. S.Yu. Lebedeva was also secretary of the Bank's Management Board, the Chairman of which was the defendant A.D. Zheleznyak, the head of an organized group [involved] in especially large-scale embezzlement of the Bank's funds.

S.Yu. Lebedeva is currently a lawyer and is defending the defendant V.V. Kazantsev in a criminal case pursuant to order No. 61 dated 5/16/2016.

Based on the foregoing, I request that the lawyer S.Yu. Lebedeva be questioned as a witness concerning [her] knowledge of the embezzlement of Bank funds through the granting of fictitious loans, and that a decision be issued disqualifying the lawyer S.Yu. Lebedeva from defending the defendant V.V. Kazantsev.

Victim's Representative          [signature]                    V.A. Savin

5/15/2017

# ORDER
## Granting the Petition

Moscow                                                                                          May 15, 2017

      Senior Lieutenant of Justice M.A. Mayboroda, an investigator with the investigations team of the Main Investigations Department of the Investigative Committee of the Russian Federation, having considered the petition of the victim's representative, V.A. Savin, in Criminal Case No. 41702007703000004,

## FINDS that:

      On 5/15/2017 the victim's representative V.A. Savin, a representative of the State Corporation Deposit Insurance Agency, filed a written petition for S.Yu. Lebedeva to be questioned as a witness concerning [her] knowledge of the embezzlement of Bank funds through the granting of fictitious loans.

      S.Yu. Lebedeva is a lawyer and is defending the defendant V.V. Kazantsev in a criminal case pursuant to order No. 61 dated 5/16/2016.

      It was established that on 6/23/2015 S.Yu. Lebedeva was secretary of the Meeting of the Management Board of the Bank when the defendant Ya.V. Alekseyev put forward for consideration information on the real activities of Tsentr Torgovli LLC, the company through which funds were embezzled from the Bank. S.Yu. Lebedeva was also secretary of the Bank's Management Board, the Chairman of which was the defendant A.D. Zheleznyak, the head of an organized group [involved] in especially large-scale embezzlement of the Bank's funds.

      The petition of the victim's representative should be granted, inasmuch as it is based on law, was filed by a party to the case and constitutes the exercise of a right of the victim's representative, and also inasmuch as the specified investigative action have [sic] evidentiary value in Criminal Case No. 41702007703000004.

      Based on the foregoing and guided by articles 38, 122, 159 and 219 of the RF Criminal Procedure Code, [it was]

## RULED that:

1. The petition of the victim's representative V.A. Savin, a representative of the State Corporation Deposit Insurance Agency, be granted on the grounds stated in the descriptive part of the order.

2. S.Yu. Lebedeva be questioned as a witness concerning [her] knowledge of the embezzlement of Bank funds through the granting of fictitious loans, and a decision be issued to disqualify the lawyer S.Yu. Lebedeva from defending the defendant V.V. Kazantsev.

3. The victim's representative V.A. Savin be notified of the decision by sending him a copy of said order and by explaining that said decision may be appealed in accordance with the procedure specified in Article 16 of the RF Criminal Procedure Code.

Senior Lieutenant of Justice                    [signature]                    M.A. Mayboroda

Investigator, Investigations Team
Main Investigations Department

To V.A. Savin

Representative of the victim
in criminal case
No. 41702007703000004

05.*15*.2017  41702007703000004

      In accordance with Articles 122, 159 and 219 of the RF Criminal Procedure Code, please be advised that your petition dated 05.15.2017 has been reviewed and granted.
      You are entitled to appeal against this decision pursuant to the procedure set forth in Chapter 16 of the RF Criminal Procedure Code.

Enclosure: copy of the order granting the petition on 1 page

Investigator of the investigations team
of the Main Investigations Department        [signature]        M.A.  Mayboroda

[To:]
Attorney S.Yu. Lebedeva
Bar association Moscow City Bar
Association
Zheleznyak and Partners
Law firm No. 6

1-y Volkonskiy per., 9, str. 1,
office 103, Moscow
127473

05.*16*.2017    41702007703000004

## SUMMONS
for questioning in the capacity of a witness

    Pursuant to Article 188 of the RF Criminal Procedure Code, you are required to appear at 12:00 pm on May 17, 2017 at the Main Investigations Department of the Investigative Committee of the Russian Federation at Tekhnicheskiy pereulok 2, Moscow, before the investigator of the investigations team of the Main Investigations Department of the Investigative Committee of the Russian Federation, Maxim Anatolyevich Mayboroda, for the performance of an investigative action – questioning in the capacity of a witness, in criminal case No. 41702007703000004.

    You should have with you a passport or other ID.
    At the same time, I wish to inform you that you have the right to appear for your questioning in the capacity of a witness with a lawyer pursuant to Part Five of Article 189 of the RF Criminal Procedure Code.
    Should there be reasons preventing your appearance at the scheduled time, you should notify the investigator beforehand on tel. 8-920-802-00-01, tel. 8(495)966-91-72 or by other means.
    Should you fail to appear at the scheduled time without valid reasons pursuant to Article 113 of the RF Criminal Procedure Code, you may be compelled to appear or, pursuant to Article 118 of the RF Criminal Procedure Code, you may be subject to a fine.

Investigator of the Investigations Team
Main Investigations Department                               M.A. Mayboroda

[signature]

*Summons received*
*05.17.2017*
[signature]



Следователю по особо важным делам
Главного следственного управления
Следственного комитета
Российской Федерации

майору юстиции

Д.Х. Хурамшину

от представителя потерпевшего по
уголовному делу № 41702007703000004

В.А. Савина

Ходатайство
(в порядке ст.ст. 119, 120 УПК РФ)

В Вашем производстве находится уголовное дело № 41702007703000004, по которому я допущен в качестве представителя потерпевшего – АКБ «Пробизнесбанк».

Ранее, 15.01.2017 в порядке ст. 216 УПК РФ я был ознакомлен с материалами уголовного дела № 41702007703000004. Материалами уголовного дела установлено, что 23.06.2015 Лебедева С.Ю. являлась секретарем собрания Правления Банка при внесении на рассмотрение обвиняемым Алексеевым Я.В. информации о реальной деятельности компании – ООО «Центр Торговли», через которую у Банка были похищены денежные средства. Также Лебедева С.Ю. являлась секретарем Правления Банка, Председателем которого являлся обвиняемый Железняк А.Д. - руководитель организованной группы в хищении денежных средств Банка в особо крупном размере.

В настоящее время Лебедева С.Ю. является адвокатом и осуществляет защиту обвиняемого Казанцева В.В. по уголовному делу на основании ордер № 61 от 16.05.2016.

На основании вышеизложенного прошу допросить адвоката Лебедеву С.Ю. в качестве свидетеля на предмет осведомленности о хищении денежных средств Банка путем выдачи фиктивных кредитов, а также принять решение об отводе адвоката Лебедевой С.Ю. от защиты обвиняемого Казанцева В.В.

Представитель потерпевшего                    В.А. Савин

15.05.2017

# ПОСТАНОВЛЕНИЕ
## об удовлетворении ходатайства

гор. Москва                                                    15 мая 2017 года

Следователь следственной группы Главного следственного управления Следственного комитета Российской Федерации старший лейтенант юстиции Майборода М.А., рассмотрев ходатайство представителя потерпевшего Савина В.А. по уголовному делу № 41702007703000004,

## УСТАНОВИЛ:

15.05.2017 представителем потерпевшего – представителем Государственной корпорации «Агентство по страхованию вкладов» Савиным В.А., письменно заявлено ходатайство допросить в качестве свидетеля Лебедеву С.Ю., на предмет осведомленности о хищении денежных средств Банка путем выдачи фиктивных кредитов.

Лебедева С.Ю. является адвокатом и осуществляет защиту обвиняемого Казанцева В.В. по уголовному делу на основании ордер № 61 от 16.05.2016.

Установлено, что 23.06.2015 Лебедева С.Ю. являлась секретарем собрания Правления Банка при внесении на рассмотрение обвиняемым Алексеевым Я.В. информации о реальной деятельности компании – ООО «Центр Торговли», через которую у Банка были похищены денежные средства. Также Лебедева С.Ю. являлась секретарем Правления Банка, Председателем которого являлся обвиняемый Железняк А.Д. - руководитель организованной группы в хищении денежных средств Банка в особо крупном размере.

Ходатайство представителя потерпевшего подлежит удовлетворению, поскольку оно основано на законе, заявлено участвующим в деле лицом, является реализацией права представителя потерпевшего, а также указанное следственное действие имеют доказательное значение по уголовному делу № 41702007703000004.

На основании изложенного и руководствуясь ст.ст. 38, 122 ,159 и 219 УПК РФ,

## ПОСТАНОВИЛ:

1. Удовлетворить ходатайство представителя потерпевшего – представителя Государственной корпорации «Агентство по страхованию вкладов» Савина В.А., по основаниям указанным в описательной части постановления.

2. Допросить Лебедеву С.Ю. в качестве свидетеля на предмет осведомленности о хищении денежных средств Банка путем выдачи фиктивных кредитов, а также принять решение об отводе адвоката Лебедевой С.Ю. от защиты обвиняемого Казанцева В.В.

3. О принятом решении уведомить представителя потерпевшего Савина В.А. направив ему копию данного постановления и разъяснив, что данное решение может быть обжаловано в порядке, предусмотренном главой 16 УПК РФ.

Следователь следственной группы
Главного следственного управления
старший лейтенант юстиции                          М.А. Майборода

Представителю потерпевшего
по уголовному делу
№ 41702007703000004

В.А. Савину

15.05.2017       41702007703000004

В соответствии со ст.ст. 122, 159, 219 УПК РФ сообщаю, что Ваше ходатайство от 15.05.2017, рассмотрено и удовлетворено.

Данное решение Вы вправе обжаловать в порядке, предусмотренном главой 16 УПК РФ.

Приложение:    копия    постановления    об    удовлетворении    ходатайства
                    на 1 л.

Следователь следственной группы
Главного следственного управления                        М.А. Майборода

Коллегия адвокатов «Московская
городская коллегия адвокатов»
Адвокатская контора «ЖЕЛЕZНЯК
И ПАРТНЕРЫ» № 6

адвокату Лебедевой С.Ю.

16.05.2017    41702007703000004

1-й Волконский пер, д. 9, стр. 1,
офис 103, Москва
127473

## ПОВЕСТКА
о вызове на допрос в качестве свидетеля

В соответствии со ст. 188 УПК РФ Вам надлежит прибыть
17 мая 2017 года к 12 ч 00 мин в Главное следственное управление
Следственного комитета Российской Федерации по адресу: Технический
переулок 2, город Москва, к следователю следственной группы Главного
следственного управления Следственного комитета Российской Федерации
Майборода Максиму Анатольевичу для производства следственного действия -
допроса в качестве свидетеля, по уголовному делу № 41702007703000004.

При себе необходимо иметь паспорт или иной документ,
удостоверяющий личность.

Одновременно сообщаю, что на допрос в качестве свидетеля Вы вправе
явиться с адвокатом в соответствии с частью пятой ст. 189 УПК РФ.

При наличии причин, препятствующих явке по вызову в назначенный
срок, Вам необходимо заранее уведомить следователя по тел. 8-920-802-00-01,
тел. 8(495)966-91-72 или иным способом.

В случае неявки в указанный срок без уважительных причин на
основании ст. 113 УПК РФ Вы можете быть подвергнуты приводу либо на
основании ст. 118 УПК РФ на Вас может быть наложено денежное взыскание.

Следователь следственной группы
Главного следственного управления                    М.А. Майборода

*Повестку получила
17.05.2017г.*



translations@geotext.com
www.geotext.com

STATE OF CALIFORNIA
)
)
)
COUNTY OF SAN FRANCISCO )      ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached Petition, Order Granting the

Petition, and Summons.

Mel Valentin, Project Manager
Geotext Translations, Inc.

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 16th day of January, 20 18,

by Mel Valentin,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



KURT ADAM SHULENBERGER
Commission No. 2208160
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires AUGUST 27, 2021

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143