# EXHIBIT 6

To:

D.Kh. Khuramshin, Major of Justice
Investigator for Major Cases
Main Investigations Department
Investigative Committee of the
Russian Federation

From:

V.A. Savin
Representative of the victim in
Criminal Case No. 41702007703000004

Petition
(Under articles 119 and 120 of the RF Criminal Procedure Code)

You are currently investigating Criminal Case No. 41702007703000004, in which I have been admitted as a representative of the victim – Probusinessbank JSCB.

Previously, on 1/15/2017, pursuant to Article 216 of the RF Criminal Procedure Code, I reviewed Criminal Case File No. 41702007703000004.

Based on the foregoing, I petition for the following previously unquestioned employees of the Aimak [IMAC; iMac] Group of Companies: Ye.A. Zhuk; A.V. Maksimov; L.M. Tolmacheva; L.A. Ovsyannikova; O.P. Rybakova; and M.A. Kovosa to be questioned as witnesses concerning their knowledge of the criminal acts of O.Ye. Papakhin, O.V. Kravchenko and L.B. Shpagina.

I further petition for D.K. Kovalchuk; Ye.A. Khoroshikh; I.G. Nikolayev; and A.Sh. Shadiev; and also for S.V. Dolgov, A.B. Shcheglyayev; A.S. Brovina; F.F. Brazhnikov; and O.A. Sidorenko to be questioned concerning their knowledge of the embezzlement of Bank funds through the granting of fictitious loans.

Victim's representative            [signature]            V.A. Savin
5/22/2017

ORDER
Granting the Petition

Moscow                                                                                           May 22, 2017

Senior Lieutenant of Justice M.A. Mayboroda, an investigator with the investigations team of the Main Investigative Department of the Investigative Committee of the Russian Federation, having considered the petition of the victim's representative, V.A. Savin, in Criminal Case No. 41702007703000004,

FINDS that:

On 5/22/2017 the victim's representative V.A. Savin, a representative of the State Corporation Deposit Insurance Agency, filed a written petition for the following previously unquestioned employees of the Aimak Group of Companies: Ye.A. Zhuk; A.V. Maksimov; L.M. Tolmacheva; L.A. Ovsyannikova; O.P. Rybakova; and M.A. Kovosa to be questioned concerning their knowledge of the criminal acts of O.Ye. Papakhin, O.V. Kravchenko and L.B. Shpagina, and for D.K. Kovalchuk; Ye.A. Khoroshikh; I.G. Nikolayev; and A.Sh. Shadiev; and also for S.V. Dolgov, A.B. Shcheglyayev; A.S. Brovina; F.F. Brazhnikov; and O.A. Sidorenko to be questioned concerning their knowledge of the embezzlement of Bank funds through the granting of fictitious loans.

The individuals listed in the petition of the victim's representative V.A. Savin have been questioned as of today as witnesses in Criminal Case No. 11602007703000015.

The petition of the victim's representative should be granted, inasmuch as it is based on law, was filed by a party to the case and constitutes the exercise of a right of the victim's representative, and also inasmuch as Criminal Case File No. 11602007703000015 indicated by the victim's representative, V.A. Savin is of evidentiary value in Criminal Case No. 41702007703000004.

Based on the foregoing and guided by articles 38, 122, 159 and 219 of the RF Criminal Procedure Code, [it was]

RULED that:

1. The petition of the victim's representative V.A. Savin, a representative of the State Corporation Deposit Insurance Agency, be granted on the grounds stated in the descriptive part of the order.

2. Duly certified copies of Criminal Case File No. 11602007703000015 – [containing] records of the questioning of the witnesses Ye.A. Zhuk; A.V. Maksimov; L.M. Tolmacheva; L.A. Ovsyannikova; O.P. Rybakova; M.A. Kovosa; S.V. Dolgov, A.B. Shcheglyayev; A.S. Brovina; F.F. Brazhnikov; and O.A. Sidorenko; and the further questioning of the witnesses D.K. Kovalchuk; Ye.A. Khoroshikh; I.G. Nikolayev; and A.Sh. Shadiev, be added to the criminal case file.

3. The victim's representative V.A. Savin be notified of the decision by sending him a copy of said order and by explaining that said decision may be appealed in accordance with the procedures specified in Article 16 of the RF Criminal Procedure Code.

Senior Lieutenant of Justice                    [signature]              M.A. Mayboroda
Investigator, Investigations Team
Main Investigations Department

Следователю по особо важным делам
Главного следственного управления
Следственного комитета
Российской Федерации

майору юстиции

Д.Х. Хурамшину

от представителя потерпевшего по
уголовному делу № 41702007703000004

В.А. Савина

Ходатайство
(в порядке ст.ст. 119, 120 УПК РФ)

В Вашем производстве находится уголовное дело № 41702007703000004 по которому я допущен в качестве представителя потерпевшего – АКБ «Пробизнесбанк».

Ранее, 15.01.2017 в порядке ст. 216 УПК РФ я был ознакомлен с материалами уголовного дела № 41702007703000004.

На основании изложенного ходатайствую о допросе в качестве свидетелей, ранее не допрошенных сотрудников группы компаний аймак - Жука Е.А., Максимова А.В., Толмачеву Л.М., Овсянникову Л.А., Рыбакову О.П., Косову М.А. на предмет осведомленности о преступных действиях Папахина О.Е., Кравченко О.В. и Шпагиной Л.Б.

Дополнительно допросить Ковальчука Д.К., Хороших Е.А., Николаева И.Г., Шадиева А.Ш., а также допросить Долгова С.В., Щегляева А.Б., Бровину А.С., Бражникова Ф.Ф., Сидоренко О.А. на предмет осведомленности о хищении денежных средств Банка путем выдачи фиктивных кредитов.

Представитель потерпевшего                    В.А. Савин

22.05.2017

# ПОСТАНОВЛЕНИЕ
### об удовлетворении ходатайства

гор. Москва

22 мая 2017 года

Следователь следственной группы Главного следственного управления Следственного комитета Российской Федерации старший лейтенант юстиции Майборода М.А., рассмотрев ходатайство представителя потерпевшего Савина В.А. по уголовному делу № 41702007703000004,

### УСТАНОВИЛ:

22.05.2017 представителем потерпевшего – представителем Государственной корпорации «Агентство по страхованию вкладов» Савиным В.А., письменно заявлено ходатайство допросить в качестве свидетелей, ранее не допрошенных сотрудников группы компаний аймак - Жука Е.А., Максимова А.В., Толмачеву Л.М., Овсянникову Л.А., Рыбакову О.П., Косову М.А. на предмет осведомленности о преступных действиях Папахина О.Е., Кравченко О.В. и Шпагиной Л.Б., также дополнительно допросить Ковальчука Д.К., Хороших Е.А., Николаева И.Г., Шадиева А.Ш., а также допросить Долгова С.В., Щеглева А.Б., Бровину А.С., Бражникова Ф.Ф., Сидоренко О.А. на предмет осведомленности о хищении денежных средств Банка путем выдачи фиктивных кредитов.

Указанные лица в ходатайстве представителя потерпевшего Савина В.А. на сегодняшний день допрошены в качестве свидетелей по уголовному делу № 11602007703000015.

Ходатайство представителя потерпевшего подлежит удовлетворению, поскольку оно основано на законе, заявлено участвующим в деле лицом, является реализацией права представителя потерпевшего, а также указанные представителем потерпевшего Савиным В.А. материалы уголовного дела № 11602007703000015 имеют доказательное значение по уголовному делу № 41702007703000004.

На основании изложенного и руководствуясь ст.ст. 38, 122 ,159 и 219 УПК РФ,

### ПОСТАНОВИЛ:

1. Удовлетворить ходатайство представителя потерпевшего – представителя Государственной корпорации «Агентство по страхованию вкладов» Савина В.А., по основаниям указанным в описательной части постановления.

2. Приобщить к материалам уголовного дела, заверенные надлежащим образом копии материалов уголовного дела № 11602007703000015 – допросы свидетелей Жука Е.А., Максимова А.В., Толмачевой Л.М., Овсянниковой Л.А., Рыбаковой О.П., Косовой М.А., Долгова С.В., Щеглева А.Б., Бровиной А.С., Бражникова Ф.Ф., Сидоренко О.А.; дополнительные допросы свидетелей Ковальчука Д.К., Хороших Е.А., Николаева И.Г., Шадиева А.Ш.

3. О принятом решении уведомить представителя потерпевшего Савина В.А. направив ему копию данного постановления и разъяснив, что данное решение может быть обжаловано в порядке, предусмотренном главой 16 УПК РФ.

Следователь следственной группы
Главного следственного управления
старший лейтенант юстиции

М.А. Майборода



STATE OF NEW YORK    )
                                )
                                )    ss
COUNTY OF NEW YORK   )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached Petition and Order Granting the

Petition.

Jeff Careton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this _3rd_ day of _January_, 20 _18_.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143