# EXHIBIT 8



constituteproject.org

# Russian Federation's Constitution of 1993 with Amendments through 2014

This complete constitution has been generated from excerpts of texts from the repository of the Comparative Constitutions Project, and distributed on **constituteproject.org**.

## Article 51

- Regulation of evidence collection
- Protection from self-incrimination

1. Nobody shall be obliged to testify against himself, his (her) spouse or close relatives, the range of whom shall be determined by federal law.
2. Federal law may establish other cases where the obligation to give evidence may be lifted.