# EXHIBIT 10



**Resolution of the RF Constitutional Court No. 5-P dated 02/20/1996** in the Matter of Verifying the Constitutionality of Certain Provisions of Parts One and Two of Article 18, Article 19, and Part Two of Article 20 of the Federal Law dated May 8, 1994 "On the Status of a Member of the Federation Council and the Status of a Member of the State Duma of the Federal Assembly of the Russian Federation"

September 20, 2017    6:24 a.m.

CONSTITUTIONAL COURT OF THE RUSSIAN FEDERATION

RESOLUTION

No. 5-P dated February 20, 1996

IN THE MATTER OF VERIFYING THE CONSTITUTIONALITY

OF CERTAIN PROVISIONS OF PARTS ONE AND TWO OF ARTICLE 18, ARTICLE 19,

AND PART TWO OF ARTICLE 20 OF THE FEDERAL LAW DATED MAY 8, 1994 "ON

THE STATUS OF A MEMBER OF THE FEDERATION COUNCIL AND THE STATUS OF

A MEMBER OF THE STATE DUMA OF THE FEDERAL ASSEMBLY OF THE RUSSIAN

FEDERATION"

The provisions of Article 51 (part 1) of the Constitution of the Russian Federation with reference to Articles 23, 24, 45, 46, and 52 of the Constitution of the Russian Federation imply the inadmissibility of any form of coercion to give testimony against oneself or one's relatives. It follows from the inalienable right of every person to protect himself or his relatives and the right of every person not to give testimony against himself and not to be coerced to give such testimony that both in part 1 and part 2 of Article 51 persons who have confidential information (be it due to kinship or by the nature of professional activities (lawyers, priest, etc.)) shall be included in the list of persons who are released from the duty to give testimony.



## Постановление Конституционного Суда РФ от 20.02.1996 N 5-П "По делу о проверке конституционности положений частей первой и второй статьи 18, статьи 19 и части второй статьи 20 Федерального закона от 8 мая 1994 года "О статусе депутата Совета Федерации и статусе депутата Государственной Думы Федерального Собрания Российской Федерации"

20 сентября 2017 г. 6:24

КОНСТИТУЦИОННЫЙ СУД РОССИЙСКОЙ ФЕДЕРАЦИИ

ПОСТАНОВЛЕНИЕ

от 20 февраля 1996 г. N 5-П

ПО ДЕЛУ О ПРОВЕРКЕ КОНСТИТУЦИОННОСТИ

ПОЛОЖЕНИЙ ЧАСТЕЙ ПЕРВОЙ И ВТОРОЙ СТАТЬИ 18,

СТАТЬИ 19 И ЧАСТИ ВТОРОЙ СТАТЬИ 20 ФЕДЕРАЛЬНОГО

ЗАКОНА ОТ 8 МАЯ 1994 ГОДА "О СТАТУСЕ ДЕПУТАТА СОВЕТА

ФЕДЕРАЦИИ И СТАТУСЕ ДЕПУТАТА ГОСУДАРСТВЕННОЙ ДУМЫ

ФЕДЕРАЛЬНОГО СОБРАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ"

Положение статьи 51 (часть 1) Конституции Российской Федерации в соотнесении со статьями 23, 24, 45, 46 и 52 Конституции Российской Федерации означает недопустимость любой формы принуждения к свидетельству против самого себя или своих близких. Из неотъемлемого права каждого человека на защиту себя или своих близких, права каждого человека не свидетельствовать против самого себя и не быть принуждаемым к даче таких показаний вытекает, что как в части 1, так и в части 2 статьи 51 в число лиц, которые освобождаются от обязанности давать свидетельские показания, включаются те, кто обладает доверительной информацией, будь то в силу родственных связей или по роду своей профессиональной деятельности (адвокат, священник и т.п.).


STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO )        ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached excerpt from the Resolution of

the RF Constitutional Court No. 5-P, dated 2/20/1996.

Katherine Przybus, Project Manager
Geotext Translations, Inc.

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 19th day of January , 20 17 ,

by Katherine Przybus ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: Yalamanchili



P. YALAMANCHILI
COMM. #2136998
Notary Public · California
San Francisco County
My Comm. Expires Dec. 15, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143