# EXHIBIT 11



**Resolution of the RF Constitutional Court No. 13-P dated 06/29/2004 in the Matter of Verifying the Constitutionality of Certain Provisions of Article 7, 15, 107, 234, and 450 of the Criminal Procedure Code of the Russian Federation in Connection with a Request by a Group of Members of the State Duma**

September 19, 2017    6:42 p.m.

CONSTITUTIONAL COURT OF THE RUSSIAN FEDERATION

RESOLUTION

No. 13-P dated June 29, 2004

IN THE MATTER OF VERIFYING THE CONSTITUTIONALITY

OF CERTAIN PROVISIONS OF ARTICLES 7, 15, 107, 234, AND 450

OF THE CRIMINAL PROCEDURE CODE OF THE RUSSIAN FEDERATION

IN CONNECTION WITH A REQUEST BY A GROUP OF MEMBERS

OF THE STATE DUMA

*5. Article 51 of the Constitution of the Russian Federation provides that no one shall be obliged to testify against himself, his or her spouse and close relatives as defined by federal law (part 1); and that federal law may provide for other cases of releasing a person from the obligation to testify (part 2).*

*It is one of the most significant and necessary prerequisites for effective observance of the rights and freedoms of a man and citizen to absolve a person from the obligation to give testimony which could worsen either his own or his close relatives' situation or lead to the disclosure of a legally protected secret entrusted to him, i.e. to grant him witness immunity.*



# Постановление Конституционного Суда РФ от 29.06.2004 N 13-П "По делу о проверке конституционности отдельных положений статей 7, 15, 107, 234 и 450 Уголовно-процессуального кодекса Российской Федерации в связи с запросом группы депутатов Государственной Думы"

19 сентября 2017 г. 18:42

КОНСТИТУЦИОННЫЙ СУД РОССИЙСКОЙ ФЕДЕРАЦИИ

ПОСТАНОВЛЕНИЕ

от 29 июня 2004 г. N 13-П

ПО ДЕЛУ О ПРОВЕРКЕ КОНСТИТУЦИОННОСТИ

ОТДЕЛЬНЫХ ПОЛОЖЕНИЙ СТАТЕЙ 7, 15, 107, 234 И 450

УГОЛОВНО-ПРОЦЕССУАЛЬНОГО КОДЕКСА РОССИЙСКОЙ ФЕДЕРАЦИИ

В СВЯЗИ С ЗАПРОСОМ ГРУППЫ ДЕПУТАТОВ

ГОСУДАРСТВЕННОЙ ДУМЫ

5. В соответствии со статьей 51 Конституции Российской Федерации никто не обязан свидетельствовать против себя самого, своего супруга и близких родственников, круг которых определяется федеральным законом (часть 1); федеральным законом могут устанавливаться иные случаи освобождения от обязанности давать свидетельские показания (часть 2).

Освобождение лица от обязанности давать показания, могущие ухудшить положение его самого или его близких родственников либо привести к разглашению доверенной ему охраняемой законом тайны, т.е. наделение этого лица свидетельским иммунитетом, является одной из важнейших и необходимых предпосылок реального соблюдения прав и свобод человека и гражданина.


STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO )　　ss

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached excerpt from the Resolution of

the RF Constitutional Court No. 13-P, dated 06/29/2004.

Katherine Przybus, Project Manager
Geotext Translations, Inc.

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 14th day of January, 20 17,

by Katherine Przybus,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: Pyalamanchili



P. YALAMANCHILI
COMM. #2136998
Notary Public - California
San Francisco County
My Comm. Expires Dec. 15, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143