# EXHIBIT 1

**Curriculum Vitae**
Anders Åslund
4016 Linnean Avenue, NW
Washington, D.C. 20008
Phone (202) 864-2848
Email: andersaslund1@gmail.com

### EDUCATION
- 1976 BA (*fil. kand.*), University of Stockholm (Russian, History, Polish, Political Science)
- 1976 MSc in Economics (*civilekonom*), Stockholm School of Economics
- 1982 Doctor of Philosophy (Modern Economic History), Oxford University (St. Antony's College).

### DIPLOMATIC WORK
- 1976-77 Completed training course for diplomats at the Swedish Ministry for Foreign Affairs, Stockholm
- 1977-78 Second Secretary, Swedish Embassy, Kuwait
- Summers 1979, 1980, 1981, Temporary Scandinavian Consul, Szczecin, Poland
- 1982-84 First Secretary at the Swedish Permanent Delegation to the International Organizations, Geneva
- 1984-87 First Secretary for Economic Affairs, Swedish Embassy, Moscow
- 1988-89 Head of Section, Political Department, Ministry for Foreign Affairs, Stockholm

### ACADEMIC WORK
- July 1989-August 1994 Associate Professor, from October 1989 Professor, Stockholm School of Economics
- 2002-11 Co-Chairman of the Kyiv School of Economics, then senior advisor.
- August 2002-present Adjunct Professor, School of Foreign Service, Georgetown University
- Given lectures at over 50 universities around the world, including all the top US universities

### GOVERNMENT ADVICE
- 1991-92 Member of the International Baltic Economic Commission,
- November 1991-January 1994 Economic Advisor to the Russian Government and co-director of the Macroeconomic and Finance Unit at the Ministry of Finance of Russia (together with Professor Jeffrey D. Sachs)
- 1992-1999 Founding member of the Board of Directors of the Russian Privatization Center
- August 1994-December 1997 Economic advisor to the Ukrainian Government and Director of the Soros International Economic Advisory Group, Kyiv
- 1998-2004 Economic Advisor to President Askar Akaev of Kyrgyzstan (UNDP)

- July 2004-January 2005 Co-Chaired a Blue Ribbon Commission on a Reform Program for the Next Ukrainian President (UNDP)
- September 2009-February 2010 Co-Chaired an Independent Commission of International Experts on Economic Reform for the Ukrainian Government
- May 2014-April 2016 Advisor to the Ukrainian Minister of Economy

## THINK TANKS

- July 1989-August 1994 Director of the Stockholm Institute of East European Economies at the Stockholm School of Economics
- 1991-1999 Program Fellow of the World Economic Forum
- March-August 1994 Guest Scholar at the Brookings Institution, Washington, DC.
- October 1994-December 2005 Senior Associate, Carnegie Endowment for International Peace, Washington, DC
- Chairman of the Advisory Council of the Center for Social and Economic Research (CASE), Warsaw, 1999-present
- August 2003-December 2005 Director, Russian and Eurasian Program, Carnegie Endowment for International Peace, Washington, DC
- January 2006-April 2015, Senior Fellow, Peterson Institute for International Economics
- Chairman, Board of International Advisors, Bank of Finland Institute of Transition, 2009-present.
- May 2015-present, Senior Fellow, Atlantic Council, Washington, DC

## CORPORATE WORK

**Corporate Boards:**
- 2001-2003 Non-executive director, Vostok Energo
- 2002-2006 Non-executive director, Vostok Nafta
- 2002-present Member of the Global Economic Advisory Council, East Capital
- 2011-13 Member of the International Advisory Board, Ergo Hestia, Gdynia, Poland
- 2016-present Non-executive director, Bank Credit Dnepr, Ukraine

**Consultancies**
- Spoken to the supervisory boards of Goldman Sachs, ADM, Caterpillar, Monsanto, Allied Irish Bank, SEB, Svenska Handelsbanken, Tetra Pak, and Volvo
- Retainers with: Open Society Institute (Ukraine), Brunswick Warburg (Moscow), World Bank, UNDP (Kyrgyzstan and Ukraine), United Financial Group (Moscow), Bombardier, Fiat, Moore Capital, Swedbank, and ADM,
- Repeated consultancies: JP Morgan, Zurich Financial Services, Merrill Lynch, Citigroup, Accenture, Scania, Nestlé, SKF, AGA, Transnational Research Corporation, GLG.

## AWARDS

- 1991 The Golden Sign of the Order of Merit of the Republic of Poland (awarded by President Lech Walesa)
- 1992 Member of the Academy of the Natural Sciences of the Russian Federation
- 1993 Honorary Member of the Academy of Economic Sciences and Entrepreneurship of Russia
- 1999 Honorary Professor of the Kyrgyz National University
- 2008 Leontieff Award, St. Petersburg
- 2013 The Cross of Recognition of the Fourth Class for distinguished contribution in strengthening the international reputation of Latvia, most notably by renewing trust of financial markets in the sovereign of Latvia (awarded by President Andris Berzins)

## LANGUAGES

- Native language: Swedish
- Proficient in English, German, Russian, Polish. and French

## PUBLICATIONS

**Author of 14 Books**
- *Private Enterprise in Eastern Europe. The Non-Agricultural Private Sector in Poland and the GDR, 1945-83*, Macmillan, London, 1985, 294 pp.
- *Gorbachev's Struggle for Economic Reform*, Pinter, London, and Cornell University Press, Ithaca, 1989, 219 pp. 1991; 2nd ed., Pinter, London, and Cornell University Press, Ithaca, 1991, 262 pp.
- *Post-Communist Economic Revolutions: How Big a Bang?* The Center for Strategic and International Studies, Washington, DC, and Westview, 1992, 106 pp. (
- *How Russia Became a Market Economy*, Brookings, Washington, DC, 1995, 368 pp.
- with Martha Brill Olcott and Sherman W. Garnett, *Getting It Wrong: Regional Cooperation and the Commonwealth of Independent States*, Carnegie Endowment for International Peace, Washington, D.C., 1999.
- *Building Capitalism: The Transformation of the Former Soviet Bloc*, Cambridge and New York: Cambridge University Press, 2002.
- *How Capitalism Was Built: The Transformation of Central and Eastern Europe, Russia, and Central Asia*, New York: Cambridge University Press, 2007. Second Edition, 2013.
- *Russia's Capitalist Revolution: Why Market Reform Succeeded and Democracy Failed*, Washington, DC: Peterson Institute for International Economics, Washington, D.C., 2007.
- *How Ukraine Became a Market Economy and Democracy*, Peterson Institute for International Economics, Washington, D.C., 2009.
- With Andrew Kuchins, *The Russia Balance Sheet*, Peterson Institute for International Economics and the Center for Strategic and International Studies, Washington, D.C., 2009.

- *The Last Shall Be the First: the East European Financial Crisis, 2008-10*, Washington, DC: Peterson Institute for International Economics, 2010.
- With Valdis Dombrovskis, *How Latvia Came through the Financial Crisis*, Washington, DC: Peterson Institute for International Economics, 2011.
- *Ukraine: What Went Wrong and How to Fix It,* Washington, DC: Peterson Institute for International Economics, 2015.
- With Simeon Djankov, *Europe's Growth Challenge*, Oxford University Press, New York, 2017.

**Editor of 16 Books**
- *Market Socialism or the Restoration of Capitalism?*, Cambridge University Press, Cambridge, 1992.
- *The Post-Soviet Economy: Soviet and Western Perspectives*, Pinter, London, and St. Martin's, New York, 1992.
- with Richard Layard, eds., *The Change of Economic System in Russia*, Pinter, London, and St. Martin's, New York, 1993.
- *Economic Transformation in Russia*, Pinter, London, 1994.
- *Russian Economic Reform at Risk*, Pinter, London, 1995.
- with Mikhail Dmitriev, eds., *Sotsialnaya politika v period perekhoda k rynku: problemy i resheniya (Social Policy in the Transition to a Market Economy: Problems and Solutions)*, Carnegie Endowment for International Peace, Moscow, 1996.
- *Russia's Transformation in the 1990s*, Pinter, London and Washington, 1998
- With Martha Brill Olcott, eds., *Russia after Communism*, Carnegie Endowment for International Peace, Washington, D.C., 1999
- With Georges de Ménil, eds., *Economic Reform in Ukraine: The Unfinished Agenda*, Armonk, New York: M.E. Sharpe, 2000
- with Tatyana Maleva, eds., *Ocherki o mirovoi ekonomike. Vydayushchiesya ekonomisty mira v Moskovskom Tsentre Carnegie*. (*Series of Lectures on Economics: Leading World Experts at the Carnegie Moscow Center*), Moscow: Carnegie Moscow Center, 2003
- With Hannes Adomeit, eds., *Russia versus the United States and Europe – or "Strategic Triangle"?*, SWP, Stiftung für Wissenschaft und Politik, and Carnegie Endowment for International Peace, Berlin, Washington, and Moscow, October 2005.
- With Michael McFaul, eds., *Revolution in Orange: the Origins of Ukraine's Democratic Breakthrough*, Washington, D.C.: Carnegie Endowment for International Peace, 2006
- With Marek Dabrowski, eds., *Europe After Enlargement*, New York: Cambridge University Press, 2007
- With Marek Dabrowski, eds., *Challenges of Globalization: Imbalances and Growth*, Washington, DC: Peterson Institute for International Economics, 2008
- With Sergei Guriev and Andrew Kuchins, eds., *Russia after the Global Economic Crisis*, Peterson Institute for International Economics and the Center for Strategic and International Studies, Washington, D.C., 2010

- With Simeon Djankov, eds., *The Great Rebirth: Lessons from the Victory of Capitalism over Communism*, Washington, DC: Peterson Institute for International Economics, 2014

Five of my books have sold more than 15,000 copies and my books have been translated into 12 languages

Academic articles: 75
Articles in books: 101
Policy briefs and working papers: 80
Book reviews: 46
Op. eds.: 782
Followers on Twitter: 15,000

## EDITORIAL TASKS

Member of the Board of Overseers of the Project Syndicate of the Open Society Institute, 1995-2005.
Contributing Editor, Editor, and member of editorial board, *Eurasian Geography and Economics*, 1997-present
Associate Editor of the journal *Post-Soviet Affairs*, 2012-present, Member of the Editorial Board, 1992-2012
Member of the Editorial Board of *Journal of Comparative Economics*, 1994-1997
Member of the Editorial Board of *Monetary Studies* (Lithuania), 2008-present
Member of the Editorial Board of *Journal of Soviet and Post-Soviet Politics and Society*, 2015-present
Member of the International Advisory Board of the journal *Acta Oeconomica* (Budapest), 2002-present
Member of the Advisory Board of the *South-Eastern Europe Journal of Economics*, 2002-present
Member of the Advisory Board of *The Journal of Comparative Economic Studies* (Japan), 2009-present