# EXHIBIT 3

[seal]

**CENTRAL BANK
OF THE RUSSIAN FEDERATION
(Bank of Russia)**

**Main Office
for the Central Federal District
City of Moscow**

2 ul. Balchug, Moscow, 115035
www.cbr.ru

Date ___*2/13/2015*_____. No. *40-710/20297DSP*

Reply to No. _____ dated _____

Re: The Bank's classification group

For official use.
Copy No. *1*

[illegible handwriting]
To A. D. Zheleznyak
Chairman, Management Board

Probusinessbank JSCB OJSC
_____
18/2 ul. Petrovka, Bldg. 1,
Moscow, 127051

Dear Aleksandr Dmitriyevich:

The Main Office of the Bank of Russia for the Central Federal District, pursuant to clause 7.1 of Directive No. 2005-U of the Bank of Russia of 4/30/2008 "On Evaluating the Economic Condition of Banks" (hereinafter, Directive No. 2005-U) hereby informs you that Probusinessbank JSCB OJSC (Reg. No. 2412, hereinafter, the Bank), as of 1/1/2015, has been assigned to Classification Group 2, Subgroup 2.1.

The basis for the Bank's classification in Subgroup 2.1 was the "satisfactory" rating of the aggregate results of the set of performance indicators of capital, assets, liquidity and management quality, a "good" rating for the aggregate result of the set of earnings indicators, and a determination that the structure of the Bank's ownership is transparent.[1]

By comparison with the previous classification as of 10/1/2014, the following changes occurred in the performance indicators of capital, earnings and liquidity:

| Indicator | as of 1/1/2015 | |
|---|---|---|
| | Value | Rating |
| **Aggregate result for set of capital performance indicators (RGK)** | **2** | **2** |
| - capital quality ratio (PK3) | 101 | 4 |
| **Aggregate result for set of earnings performance indicators (RGD)** | **1** | **1** |
| - return on assets (PD1(o)) | 1.4 | 1 |
| - expense structure ratio (PD4) | 59 | 1 |
| **Aggregate result for set of liquidity performance indicators (RGL)** | **1.35** | **2** |
| - borrowed funds structure ratio (PL4) | 40 | 2 |
| - interbank market dependence ratio (PL5) | 19 | 3 |

_____
[1] subclause 2.2.1.1 of Directive No. 2005-U

[stamp:]
Probusinessbank JSCB OJSC

Incoming No. *3-226*
of *2/25/15*

2

The Addendum to this letter presents ratings of the indicators of ownership structure transparency, ratings of the indicators showing the quality of management, and the explanatory answers to the questions.

Simultaneously, taking into account clause 7.1 of Directive No. 2005-U, the Main Office of the Bank of Russia for the Central Federal District recommends that this information be provided to the members of the Board of Directors (Supervisory Board) and the collective executive body of the Bank.

Annex: 9 pp, copy No. *1.*

Deputy Head,
Main Office of the Bank of Russia for
the Central Federal District                    [signature]      T. A. Vinogradova

N. V. Pavlovskaya
(495)950-28-55

3

For official use.
Copy No. 1

Addendum to Letter from the Main Office of
the Bank of Russia for the Central Federal
District
dated 2/*13*/2015, No.-40-7-10/*20297*DSP

| Rating of ownership structure transparency | | 1 |
|---|---|---|
| - indicator of sufficiency of information disclosed on ownership structure (PU1) | | 1 |
| - indicator of accessibility of information on persons (groups of persons) with direct or indirect (through third parties) influence on decisions adopted by the bank's management bodies (PU2) | | 1 |
| - indicator of magnitude of influence of residents of offshore zones on bank's management (PU3) | | 1 |

### RISK MANAGEMENT SYSTEM INDICATOR (PU4) – 1.9 (rating of 2)

| No. | Questions | Weight | Rating | Explanation |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 1 | Does the bank have subdivisions (an employee, employees) responsible for assessing the level of risks to be taken? | 2 | 2 | Risk assessment functions are assigned to the Department of Analysis of Corporate Client Risks; the Department of Risk Management and Control; the Risk Analysis Section of the Department of Small and Medium-Size Business; the Directorate of Financial Risks; and the Treasurer's Office. However, violations have been found in the lending institution's activities, including in respect of credit risk assessment; the procedure for preparing and submitting financial statements; maintaining accounting records; and other circumstances and facts that show a heightened level of risks being taken, including credit, operational, reputational, and legal risks. The Bank has taken measures to correct the violations and deficiencies detected during the audit. |
| 2 | Do members of the Board of Directors (Supervisory Board) of the bank have experience working in top executive positions related to financial management? | 2 | 2 | The members of the Board of Directors (Supervisory Board) of the Bank, for the most part, have experience working in top executive positions related to financial management. |
| 3 | Does the Board of Directors (Supervisory Board) of the bank continuously monitor the bank's activities in respect of its compliance with Russian Federation law, including Bank of Russia regulations, internal procedures and policies adopted by the bank in regard to risk management? | 3 | 2 | The internal documents defining the rules and procedures of risk management, for the most part, are approved by the Board of Directors, the Management Board and the Chairman of the Management Board of the Bank. The lending institution holds meetings of the Board of Directors at which, in addition to matters of current operations, reports by the Internal Control Department on fulfillment of the plan for audits and correction of violations are delivered. The frequency of meetings of the Board of Directors and the decisions it adopts in regard to the results of examining the information on the |

4

| | | | | |
|---|---|---|---|---|
| | | | | Bank's major risks, on the whole, make it possible to perform its functions in a timely manner. However, the monitoring procedures on the part of the Board of Directors over compliance with RF law, Bank of Russia regulations, internal procedures and policies adopted by the lending institution in regard to risk management are not sufficiently productive, since violations have been found in the lending institution's activities, including in respect of credit risk assessment; the procedure for preparing and submitting financial statements; maintaining accounting records; and other circumstances and facts that show a heightened level of risks being taken, including credit, operational, reputational and legal risks. The Bank has taken measures to correct the violations and deficiencies detected during the audit. |
| 4 | Is information provided in a timely manner at the bank to members of the Board of Directors (Supervisory Board), executive management bodies and the top executives of the relevant bank subdivisions about the bank's current condition, including the risks being taken by the bank, among them transactions executed by the bank's branches? | 2 | 2 | On the whole, information is provided in a timely manner to members of the Board of Directors, executive management bodies and the top executives of the relevant Bank subdivisions about the bank's current condition. |
| 5 | Does the bank have internal documents in regard to management of the principal risks associated with the bank's activities (credit risks, market risks, interest risks, liquidity-loss risk, operational and other risks that are important to the bank's activities), including in the transactions of the bank's branches? | 2 | 2 | The lending institution, on the whole, has formulated internal documents for management of the principal risks that are taken. There are criticisms of certain documents (the Regulation on the Main Principles of Management of Assets and Liabilities, Foreign-Exchange and Interest Risks, and on the Interest Pricing System (approved by Order No. 2626/1 of 12/9/2014) and the Development Strategy for 2015)). |
| 6 | Are the internal documents specified in Question 5 followed by the bank? | 3 | 2 | The internal documents for management of bank risks are not followed closely enough, since violations have been found in the lending institution's activities, including in respect of credit risk assessment; the procedure for preparing and submitting financial statements; maintaining accounting records; and other circumstances and facts that show a heightened level of risks being taken, including credit, operational, reputational and legal risks. The Bank has taken measures to correct the violations and deficiencies detected during the audit. |
| 7 | Does the bank have formalized procedures for assessing the potential impact on the bank's financial position of a number of predefined | 1 | 2 | Pursuant to internal documents, the lending institution, for the most part, conducts stress testing of the principal banking risks. |

| | | Weight | Rating | |
|---|---|---|---|---|
| | changes in risk factors, which involve exceptional but likely events (stress test)? | | | |
| 8 | Does the bank's risk management system make it possible to limit the bank's risks to a level consistent with a satisfactory rating for the set of performance indicators for capital, assets, earnings, and liquidity specified by this Directive and to ensure compliance on a daily basis with the required ratios, including open currency position limits? | 3 | 2 | The Bank's risk management system, for the most part, makes it possible to limit the Bank's risks to a level consistent with a satisfactory rating for the set of performance indicators for capital, assets and liquidity specified by Directive No. 2005-U and to ensure compliance on a daily basis with the required ratios, including open currency position limits.<br>The 4 rating for the sets of performance indicators of capital, asset quality, earnings and liquidity is less than or equal to 2 when the rating is worse than 2 for specific indicators within the sets. |
| 9 | Has the bank drawn up action plans for the contingency of unforeseen circumstances arising that could undermine its financial condition, provoke a loss of solvency and have a significant negative impact on the bank's capital and/or financial performance? | 2 | 1 | |

## INDICATOR OF CONDITION OF INTERNAL CONTROL (PU5) – 1.87 (rating of 2)

| No. | Questions | Weight | Rating | Explanation |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 1 | Do the bank's internal documents regulating the rules for organizing the internal control system meet the Bank of Russia's requirements? | 1 | 1 | |
| 2 | Do the bank's management bodies conduct internal controls in accordance with the requirements and authority defined by the bank's constitutional and internal documents? | 2 | 3 | The control procedures by the lending institutions' management bodies are not always effective, since violations have been found in the lending institution's activities, including in respect of credit risk assessment; the procedure for preparing and submitting financial statements; maintaining accounting records; and other circumstances and facts that show a heightened level of risks being taken, including credit, operational, reputational and legal risks.<br>The Bank has taken measures to correct the violations and deficiencies detected during the audit. |
| 3 | Does the bank monitor the distribution of authority in regard to the execution of transactions (deals)? | 2 | 2 | The lending institution, on the whole, has drawn up internal documents that regulate the monitoring of the distribution of authority in regard to the execution of transactions (deals), but the preliminary, current and follow-up monitoring procedures are inadequate.<br>Violations have been found in the lending institution's activities, including in respect of |

| | | | | credit risk assessment; the procedure for preparing and submitting financial statements; maintaining accounting records; and other circumstances and facts that show a heightened level of risks being taken, including credit, operational, reputational, and legal risks.<br>The Bank has taken measures to correct the violations and deficiencies detected during the audit. |
|---|---|---|---|---|
| 4 | Does the bank conduct monitoring of the management of information flows? | 2 | 2 | The lending institution, on the whole, has drawn up internal documents that regulate monitoring of the management of information flows. |
| 5 | Have internal documents (rules, procedures, regulations, directives, decisions, orders, methodologies, job descriptions and other documents) regulating internal control been adopted for all areas of operations (bank products)? | 1 | 2 | The lending institution, on the whole, has drawn up internal documents regulating internal controls. There are criticisms of certain documents (the Regulation on the Main Principles of Management of Assets and Liabilities, Foreign-Exchange and Interest Risks, and on the Interest Pricing System (approved by Order No. 2626/1 of 12/9/2014) and the Development Strategy for 2015). |
| 6 | Does the organization of the bank's internal control department make it possible to effectively perform its functions? | 3 | 3 | Audits of the Internal Control Department are conducted in accordance with work plans, and reports from the Internal Control Department on performance are submitted to the Bank's Board of Directors on a regular basis.<br>However, violations have been found in the lending institution's activities, including in respect of credit risk assessment; the procedure for preparing and submitting financial statements; maintaining accounting records; and other circumstances and facts not detected by the internal control department that show a heightened level of risks being taken, including credit, operational, reputational and legal risks, which also lead to the conclusion that the audits conducted by the Internal Control Department are not fully effective.<br>The Bank has taken measures to correct the violations and deficiencies detected during the audit. |
| 7 | Does the Board of Directors (Supervisory Board) of the bank monitor the activities of the internal control department? | 2 | 2 | The Board of Directors approves plans for audits of the internal control department and reviews reports from the internal control department.<br>The control procedures on the part of the Board of Directors over the activities of the Internal Control Department are inadequate, since violations have been found in the lending institution's activities, including in respect of credit risk assessment; the procedure for preparing and submitting financial statements; maintaining accounting records; and |

| | | | | |
|---|---|---|---|---|
| | | | | other circumstances and facts not detected by the internal control department that show a heightened level of risks being taken, including credit, operational, reputational, and legal risks. The Bank has taken measures to correct the violations and deficiencies detected during the audit. |
| 8 | Does the bank have a functioning subdivision (a responsible employee) to combat the legalization (laundering) of income received by criminal means and the financing of terrorism? | 1 | 2 | The single-member executive body of the Bank (the Chairman of the Management Board) is responsible for organizing at the Bank the system of combating the legalization (laundering) of income received by criminal means and the financing of terrorism. The functions of monitoring the organization of work at the Bank to combat the legalization (laundering) of income received by criminal means and the financing of terrorism are entrusted to the Chairman of the Management Board. Pursuant to Order No. 1014-k of 6/26/2006 of the Chairman of the Bank's Management Board, a Financial Monitoring Directorate was established at the Bank on 6/26/2006. It reports directly to the single-member executive body of the Bank. The audit established that actions by the Bank were in noncompliance with the requirements of Article 7(1)(3) of Law No. 115-FZ; clauses 1.4, 2.6, 2.8, and 7.1 of Bank of Russia Regulation No. 375-P (as amended by the Bank's Internal Control Rules of 6/30/2014); and clauses 2.3, 2.9, and 2.11 of Bank of Russia Regulation No. 262-P. These deficiencies were corrected by the Bank during the audit. In addition, a working group analyzed the transactions of 184 corporate customers of the Bank; the total amount of the transactions during the audited period was RUB 682,496,000,000 (13% of the total debit transactions in all customer accounts), and of that total 166 customers of the Bank carried out transactions that were of a "dubious" character (aimed at moving funds out of the Russian Federation), appeared to be "pass-through" (technical) transactions and were aimed at cashing in funds at the Bank. The total amount of these transactions during the reviewed period was RUB 194,992,720,000, or 3.7% of all customer transactions. The transactions of these customers met the criteria of transactions cited in points 1 and 5 of Letter No. 161-T from the Bank of Russia. According to information in the Audit Report, a significant portion of the customers' transactions was carried out over an extended period of time. During the audit and as part of offsite monitoring, the Bank provided a significant volume of information on measures that had been implemented in order to enhance the effectiveness of the actions taken in the area of AML/CFT [Anti-Money Laundering and Combating the Financing of Terrorism], including steps taken by |

8

| | | | | the Bank to close the accounts of all customers who had been noted as conducting "dubious" transactions.<br>Offsite monitoring of the Bank's activities revealed a violation of Article 7(1)(4) of Law No. 115-FZ, for which Case No. 45-14-Yu/0536 regarding an administrative offense was instituted against the Bank. |
|---|---|---|---|---|
| 9 | Does the responsible employee (employees of the subdivision) for combating the legalization (laundering) of income received by criminal means and the financing of terrorism meet the Bank of Russia's requirements? | 3 | 1 | |
| 10 | Does the bank have internal control rules for purposes of combating the legalization (laundering) of income received by criminal means and the financing of terrorism? | 2 | 1 | |
| 11 | Does the internal control system for purposes of combating the legalization (laundering) of income received by criminal means and the financing of terrorism make it possible to devote greater attention to the transactions of customers with a higher degree (level) of risk and to ensure the documenting of information in accordance with the requirements of the Federal Law "On Combating the Legalization (Laundering) of Income Received by Criminal Means and the Financing of Terrorism" (Collected Legislation of the Russian Federation, 2001, No. 33, item 3418; 2002, No. 30, item 3029; No. 44, item 4296; 2004, No. 31, item 3224; 2005, No. 47, item 4828; 2006, No. 31, item 3446, item 3452; 2007, No. 16, item 1831; No. 31, item 3993, item 4011; No. 49, item 6036)? | 3 | 2 | The fact that customers of the Bank carried out dubious transactions shows that the Bank is not ensuring the application of the necessary set of procedures for managing the risk of the legalization (laundering) of income received by criminal means and the financing of terrorism, as well as that the organization of the internal control system for AML/CFT is inadequate for the Bank to meet the requirements of Russian Federation federal laws in regard to AML/CFT and does not allow for maintaining the effectiveness of the internal control system in combating the legalization (laundering) of income received by criminal means and the financing of terrorism at a level sufficient to manage the risk of the legalization (laundering) of income received by criminal means and the financing of terrorism, which in turn entails a violation of the requirements of clauses 1.2 and 1.5 of Regulation No. 375-P.<br>During the audit and as part of offsite monitoring, the Bank provided a significant volume of information on measures that had been implemented in order to enhance the effectiveness of the actions taken in the area of AML/CFT, including steps taken by the Bank to close the accounts of all customers who had been noted as conducting "dubious" transactions. |
| 12 | Are the internal control rules for purposes of combating the legalization (laundering) of income received by criminal means and the financing of terrorism followed? | 3 | 1 | |
| 13 | Does the bank ensure, in the course of its activities, compliance with the requirements of Russian Federation law and Bank of Russia regulations, including those defining the procedure and deadlines for submitting financial statements, as well as the procedure for the creation of required reserves? | 3 | 2 | For the past six months the measures specified by Article 74(1) of the Federal Law "On the Central Bank of the Russian Federation (Bank of Russia)" have been imposed on the Bank. |

| 14 | Does the bank ensure timely fulfillment of the Bank of Russia requirements concerning the correction of violations and deficiencies detected in its activities, as well as the implementation of the Bank of Russia's recommendations? | 3 | 2 | For the most part, the lending institution fulfills the requirements and recommendations of the Bank of Russia. However, a correspondence is being conducted with the Bank in regard to certain issues. |

## STRATEGIC RISK MANAGEMENT INDICATOR (PU6) – 2.77 (rating of 3)

| No. | Questions | Weight | Rating | Explanation |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 1 | Does the bank have a Bank Development Strategy? | 2 | 3 | The Bank has a Development Strategy for 2015, which has not been approved by the General Shareholders' Meeting or the Board of Directors (Supervisory Board) of the Bank. |
| 2 | Did the bank take into account in the Bank Development Strategy the results of the SWOT analysis, which identifies and structures a bank's strengths and weaknesses, as well as the potential opportunities for its development and threats that could neutralize these opportunities? | 3 | 4 | The Bank's Strategy did not take the results of the SWOT analysis into account. |
| 3 | Does the Bank Development Strategy define the priority products and areas of operations for the bank that the bank intends to develop? | 2 | 3 | The strategic areas of development do not contain an assessment of the potential impact of new bank products on the Bank's performance and capital or on the values of mandatory ratios. The Strategy does not present either an analysis of the condition of the banking-services market in the regions in which lending and cash services offices of the Bank operate or the competitive advantages of these regions. |
| 4 | Does the Bank Development Strategy define the methods by which the bank plans to achieve its strategic objective? | 2 | 3 | The Strategy defines the strategic areas of operation. It does not, however, identify the resources (financial, materials, equipment or personnel) that the Bank plans to use to implement the actions needed to achieve the priority areas of operations. The Strategy does not define the methods for achieving the goals set in all areas of operation. |
| 5 | Does the bank have plans for implementing the Bank Development Strategy? | 1 | 1 | |
| 6 | Are the plans drawn up by the bank for achieving the strategic objective being implemented? | 2 | 2 | The Bank, on the whole, is implementing the plans drawn up for achieving the strategic objectives. |
| 7 | Does the bank conduct regular monitoring of the degree to which the goals set in the Bank | 1 | 1 | |

| | Development Strategy are being achieved? | | | |
|---|---|---|---|---|

## RISK MANAGEMENT INDICATOR FOR FINANCIAL
## MOTIVATION OF PERSONNEL (PU7) – 2 (rating of 2)

| No. | Questions | Weight | Rating | Explanation |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 1 | Does the Board of Directors (Supervisory Board) of the bank consider issues related to the organization, operation, monitoring and control of the remuneration system and assessment of its adherence to the bank's strategy and the nature and scale of its activities? | 3 | 2 | The Chairman of the Board of Directors of the Bank considers and approves documents prescribing the procedure for determining the salaries of the single-member executive body. The Board of Directors of the Bank does not approve the procedure for determining the amount, forms and calculation of compensatory and incentive payments. Currently awaiting approval by the general meeting is a new version of the Charter, which provides for a significant expansion of the authority of the Board of Directors, including: - approval of the procedure for preventing conflicts of interest; a plan for restoring financial stability in the event of a significant deterioration in the Bank's financial condition; an action plan designed to ensure continuity of operation and/or a restoration of the Bank's operations in the event of abnormal situations and emergencies; approval of the chief of the Bank's internal audit department; a plan for the work of the lending institution's internal audit department; and approval of the Bank's wage policy and monitoring of its implementation. |
| 2 | Is the content of the bank's internal documents establishing the wage policy definitely complete, and is it strictly complied with? | 3 | 1 | |
| 3 | When determining the wage amounts of bank employees, are the levels of risks to which the bank is (was) subject as a result of their actions taken into account? | 3 | 3 | The Bank does not distribute incentive payments for the bank's subdivisions that conduct banking transactions, considering the risks the bank takes as part of the activities of these subdivisions; the amount of internal funds required to cover the risks; and the amount and cost of borrowed and other funds raised to cover an unforeseen shortfall of liquidity. At least 50 percent of the remuneration for members of the executive bodies is required to be provided in the form of incentive payments. For members of executive bodies, the amount of their remuneration does not depend on the position they hold or the qualitative indicators of their job performance. |

| | | | | |
|---|---|---|---|---|
| | | | | Members of executive bodies are not covered by a deferral and subsequent adjustment of at least 40 percent of the amount of incentive payments, based on the time when their financial performance results are received, if a negative financial performance result for the Bank as a whole is received. Members of executive bodies are not covered by a combination of monetary and nonmonetary compensation that is sensitive to the Bank's performance. |
| 4 | Are the activities of subdivisions conducting internal control, specified in subclauses 2.2.1-2.2.3 of clause 2.2 of the Bank of Russia Regulation No. 242-P (hereinafter, subdivisions conducting internal control) and risk management (in the absence of a specific subdivision, the activities of bank employees who have the relevant risk-management duties) properly organized in regard to matters related to the remuneration system? | 2 | 3 | Subdivisions engaged in internal control and risk management do not formulate proposals and recommendations regarding the indicators to be used for the deferral and adjustment of incentive payments. In none of the subdivisions engaged in internal control and risk management does the payroll depend on the financial performance of the subdivisions under their control or risk-taking subdivisions. The remuneration system does not take into account the quality of performance by employees of the subdivisions engaged in internal control and risk management of the tasks assigned to them by regulations (similar internal documents) on the bank's relevant subdivisions. Wages make up more than 50% in the total amount of remuneration paid to employees of subdivisions engaged in internal control and risk management. Nevertheless, audits detected deficiencies in the Bank's internal control activities. The audit, however, detected deficiencies in the Bank's internal control activities. |
| 5 | Does the bank regularly disclose full and accurate information about the remuneration system? | 2 | 1 | |



**ЦЕНТРАЛЬНЫЙ БАНК**
**РОССИЙСКОЙ ФЕДЕРАЦИИ**
(Банк России)

**Главное управление**
**по Центральному федеральному округу**
**г. Москва**

115035, г. Москва, ул. Балчуг, 2
www.cbr.ru

от _13.02.2015_      № _40-7-10/20207дсп_

На № _____ от _____

О классификационной группе Банка

Для служебного пользования.
Экз. № _1_

ОАО АКБ «Пробизнесбанк»

Председателю Правления
А.Д. Железняку

ул. Петровка, д. 18/2, стр. 1,
г. Москва, 127051

Уважаемый Александр Дмитриевич!

ГУ Банка России по Центральному федеральному округу в соответствии с п. 7.1 Указания Банка России от 30.04.2008 № 2005-У «Об оценке экономического положения банков» (далее – Указание № 2005-У) информирует об отнесении ОАО АКБ «Пробизнесбанк» (рег. № 2412, далее – Банк) по состоянию на 01.01.2015 ко 2 классификационной группе, подгруппе 2.1.

Основанием для классификации Банка в подгруппу 2.1 явилась «удовлетворительная» оценка обобщающих показателей по группе показателей оценки капитала, активов, ликвидности и качества управления, «хорошая» оценка обобщающего результата по группе показателей доходности, а также признание структуры собственности Банка прозрачной.[1]

По сравнению с предыдущей классификацией по состоянию на 01.10.2014 произошли следующие изменения оценок показателей капитала, доходности и ликвидности:

| Наименование показателей | на 01.01.2015 | |
|---|---|---|
| | Значение | Балл |
| Обобщающий результат по группе показателей оценки капитала (РГК) | 2 | 2 |
| - показатель оценки качества капитала (ПК3) | 101 | 4 |
| Обобщающий результат по группе показателей оценки доходности (РГД) | 1 | 1 |
| - показатель прибыльности активов (ПД1(о)) | 1.4 | 1 |
| - показатель структуры расходов (ПД4) | 59 | 1 |
| Обобщающий результат по группе показателей оценки ликвидности (РГЛ) | 1.35 | 2 |
| - показатель структуры привлеченных средств (ПЛ4) | 40 | 2 |
| - показатель зависимости от межбанковского рынка (ПЛ5) | 19 | 3 |

[1] п.п. 2.2.1.1, Указания № 2005-У.

2

В Приложении к настоящему письму представлены оценки показателей прозрачности структуры собственности, оценки показателей, составляющих качество управления, и содержание обосновывающих ответов на вопросы.

Одновременно, учитывая п. 7.1 Указания № 2005-У, ГУ Банка России по Центральному федеральному округу рекомендует довести настоящую информацию до членов Совета директоров (наблюдательного совета) и коллегиального исполнительного органа Банка.

Приложение: на 9 л., экз. № 1

Заместитель начальника
ГУ Банка России по Центральному
федеральному округу

Т.А. Виноградова

Павловская Н.В.
(495)950-28-55

3

Для служебного пользования
Экз. №1

Приложение к письму ГУ Банка России
по Центральному федеральному округу
от 13.02.2015 № 40-7-10/20197 ДСП

| Оценка прозрачности структуры собственности | | 1 |
|---|---|---|
| - показатель достаточности раскрываемой информации о структуре собственности (ПУ1) | | 1 |
| - показатель доступности информации о лицах (группах лиц), оказывающих прямо или косвенно (через третьи лица), существенное влияние на решения, принимаемые органами управления банка (ПУ2) | | 1 |
| - показатель значительности влияния на управление банком резидентов оффшорных зон (ПУ3) | | 1 |

## ПОКАЗАТЕЛЬ СИСТЕМЫ УПРАВЛЕНИЯ РИСКАМИ (ПУ4) – 1,9 (2 балла)

| № п/п | Вопросы | Вес | Балл | Обоснование |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 1 | Имеются ли в банке подразделения (сотрудник, сотрудники), ответственные за оценку уровня принимаемых рисков? | 2 | 2 | Функции по оценке уровня принимаемых рисков возложены на Департамент анализа рисков корпоративных клиентов, Департамент управления и контроля рисков, Отдел анализа рисков Департамента малого и среднего бизнеса, Управление финансовых рисков и Казначейство. Вместе с тем, в деятельности кредитной организации установлены нарушения, в том числе в части оценки кредитного риска, порядка составления и представления отчетности, ведения бухгалтерского учета, иные обстоятельства и факты, свидетельствующие о повышенном уровне принимаемых рисков, в том числе, кредитного, операционного, репутационного и правового. Банком приняты меры по устранению выявленных в ходе проверки нарушений и недостатков. |
| 2 | Обладают ли члены совета директоров (наблюдательного совета) банка опытом работы на руководящих должностях в области управления финансами? | 2 | 2 | Члены Совета директоров (наблюдательного совета) Банка, в основном, обладают опытом работы на руководящих должностях в области управления финансами. |
| 3 | Осуществляет ли совет директоров (наблюдательный совет) банка постоянный контроль за деятельностью банка в части соблюдения им законодательства Российской Федерации, в том числе нормативных актов Банка России, внутренних процедур и политик, принятых в банке в области управления рисками? | 3 | 2 | Внутренние документы, определяющие правила и процедуры управления рисками, в основном, утверждаются Советом директоров, Правлением, Председателем Правления Банка. В кредитной организации проводятся заседания Совета директоров, на которых, помимо вопросов текущей деятельности, в том числе заслушиваются отчеты Службы внутреннего контроля о выполнении плана проверок, устранении нарушений. Периодичность проведения заседаний Совета директоров и принимаемые им решения по результатам рассмотрения |

.4

| | | | | |
|---|---|---|---|---|
| | | | | информации о существенных рисках Банка, в целом, позволяют своевременно реализовывать возложенные на него функции. Вместе с тем, контрольные процедуры со стороны Совета директоров за соблюдением законодательства РФ, нормативных актов Банка России, внутренних процедур и политик, принятых в кредитной организации в области управления рисками, осуществляются недостаточно результативно, поскольку в деятельности кредитной организации установлены нарушения, в том числе в части оценки кредитного риска, порядка составления и представления отчетности, ведения бухгалтерского учета, иные обстоятельства и факты, свидетельствующие о повышенном уровне принимаемых рисков, в том числе кредитного, операционного, репутационного и правового. Банком приняты меры по устранению выявленных в ходе проверки нарушений и недостатков. |
| 4 | Обеспечивается ли в банке своевременное информирование членов совета директоров (наблюдательного совета), исполнительных органов управления, руководителей соответствующих структурных подразделений банка о текущем состоянии банка, в том числе принимаемых банком рисках, включая операции, совершаемые филиалами банка? | 2 | 2 | В целом, обеспечивается своевременное информирование членов Совета директоров, исполнительных органов управления, руководителей соответствующих подразделений Банка о текущем состоянии Банка. |
| 5 | Имеются ли у банка внутренние документы по управлению основными рисками, присущими деятельности банка (кредитным, рыночным, процентным, риском потери ликвидности, операционным и иным рискам, существенным для деятельности банка), в том числе по операциям филиалов банка? | 2 | 2 | В кредитной организации, в целом, разработаны внутренние документы по управлению основными принимаемыми рисками. К отдельным документам (Положение об основных принципах управления активами и пассивами, валютными и процентными рисками, системе процентного ценообразования (утверждено Приказом № 2626/1 от 09.12.2014), Стратегия развития на 2015 год имеются замечания). |
| 6 | Соблюдаются ли банком указанные в вопросе 5 внутренние документы? | 3 | 2 | Внутренние документы по управлению банковскими рисками соблюдаются недостаточно, поскольку в деятельности кредитной организации установлены нарушения, в том числе в части оценки кредитного риска, порядка составления и представления отчетности, ведения бухгалтерского учета, иные обстоятельства и факты, свидетельствующие о повышенном уровне принимаемых рисков, в том числе, кредитного, операционного, репутационного и правового. Банком приняты меры по устранению выявленных в ходе проверки нарушений и недостатков. |
| 7 | Существуют ли в банке формализованные процедуры оценки потенциального воздействия на финансовое состояние банка ряда заданных изменений в факторах | 1 | 2 | В соответствии с внутренними документами в кредитной организации, в основном, осуществляется стресс-тестирование основных банковских рисков. |

5

| № п/п | Вопросы | Вес | Балл | Обоснование |
|---|---|---|---|---|
| | риска, которые соответствуют исключительным, но вероятным событиям (стресс-тест)? | | | |
| 8 | Позволяет ли система управления рисками банка ограничивать риски банка уровнем, соответствующим удовлетворительной оценке групп показателей оценки капитала, активов, доходности и ликвидности, предусмотренных настоящим Указанием, а также обеспечивать соблюдение на ежедневной основе обязательных нормативов, включая лимиты открытых валютных позиций? | 3 | 2 | Система управления рисками Банка, в основном позволяет ограничивать риски Банка уровнем, соответствующим удовлетворительной оценке групп показателей оценки капитала, активов и ликвидности, предусмотренных Указанием № 2005-У, а также обеспечивать соблюдение на ежедневной основе обязательных нормативов, включая лимиты открытых валютных позиций. Оценка 4 групп показателей из показателей оценки капитала, качества активов, доходности и ликвидности меньше либо равна 2 баллам при оценке хуже, чем в 2 балла отдельных показателей внутри групп. |
| 9 | Разработаны ли в банке планы мероприятий на случай возникновения непредвиденных обстоятельств, способных подорвать его финансовое положение, спровоцировать потерю платежеспособности, оказать существенное негативное влияние на капитал и (или) финансовые результаты деятельности банка? | 2 | 1 | |

## ПОКАЗАТЕЛЬ СОСТОЯНИЯ ВНУТРЕННЕГО КОНТРОЛЯ (ПУ5) – 1,87 (2 балла)

| № п/п | Вопросы | Вес | Балл | Обоснование |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 1 | Соответствуют ли внутренние документы банка, регламентирующие правила организации системы внутреннего контроля, требованиям Банка России? | 1 | 1 | |
| 2 | Осуществляют ли органы управления банка внутренний контроль в соответствии с требованиями и полномочиями, определенными учредительными и внутренними документами банка? | 2 | 3 | Контрольные процедуры со стороны органов управления кредитной организации не всегда являются эффективными, поскольку в деятельности кредитной организации установлены нарушения, в том числе в части оценки кредитного риска, порядка составления и представления отчетности, ведения бухгалтерского учета, иные обстоятельства и факты, свидетельствующие о повышенном уровне принимаемых рисков, в том числе, кредитного, операционного, репутационного и правового. Банком приняты меры по устранению выявленных в ходе проверки нарушений и недостатков. |
| 3 | Осуществляется ли в банке контроль за распределением полномочий при совершении операций (сделок)? | 2 | 2 | В кредитной организации, в целом, разработаны внутренние документы, регламентирующие контроль за распределением полномочий при совершении операций (сделок), однако процедуры в рамках предварительного, текущего и последующего контроля являются недостаточными. В деятельности кредитной организации установлены нарушения, в том числе в |

6

| | | | | |
|---|---|---|---|---|
| | | | | части оценки кредитного риска, порядка составления и представления отчетности, ведения бухгалтерского учета, иные обстоятельства и факты, свидетельствующие о повышенном уровне принимаемых рисков, в том числе, кредитного, операционного, репутационного и правового. Банком приняты меры по устранению выявленных в ходе проверки нарушений и недостатков. |
| 4 | Осуществляется ли в банке контроль за управлением информационными потоками? | 2 | 2 | В кредитной организации, в целом, разработаны внутренние документы, регламентирующие контроль за управлением информационными потоками. |
| 5 | По всем ли направлениям деятельности (банковским продуктам) приняты внутренние документы (правила, процедуры, положения, распоряжения, решения, приказы, методики, должностные инструкции и иные документы), регламентирующие осуществление внутреннего контроля? | 1 | 2 | В кредитной организации, в целом, разработаны внутренние документы, регламентирующие осуществление внутреннего контроля. К отдельным документам имеются замечания (Положение об основных принципах управления активами и пассивами, валютными и процентными рисками, системе процентного ценообразования (утверждено Приказом № 2626/1 от 09.12.2014), Стратегия развития на 2015 год). |
| 6 | Позволяет ли организация службы внутреннего контроля банка эффективно осуществлять возложенные на нее функции? | 3 | 3 | Проверки Службы внутреннего контроля осуществляются в соответствии с планами работы, отчеты службы внутреннего контроля об итогах деятельности представляются Совету директоров Банка на регулярной основе. Вместе с тем, в деятельности кредитной организации установлены нарушения, в том числе, в части оценки кредитного риска, порядка составления и представления отчетности, ведения бухгалтерского учета, иные обстоятельства и факты, не выявленные службой внутреннего контроля, свидетельствующие о повышенном уровне принимаемых рисков, в том числе, кредитного, операционного, репутационного и правового, также позволяют сделать вывод, что результативность проводимых Службой внутреннего контроля проверок обеспечивается не в полной мере. Банком приняты меры по устранению выявленных в ходе проверки нарушений и недостатков. |
| 7 | Осуществляет ли совет директоров (наблюдательный совет) банка контроль за деятельностью службы внутреннего контроля? | 2 | 2 | Советом директоров утверждаются планы проверок службы внутреннего контроля и рассматриваются отчеты службы внутреннего контроля. Контрольные процедуры со стороны Совета директоров за деятельностью Службы внутреннего контроля недостаточны, поскольку в деятельности кредитной организации установлены нарушения, в том числе, в части оценки кредитного риска, порядка составления и представления отчетности, ведения бухгалтерского учета, иные обстоятельства и факты, не |

| | | | | |
|---|---|---|---|---|
| | | | | выявленные службой внутреннего контроля, свидетельствующие о повышенном уровне принимаемых рисков, в том числе, кредитного, операционного, репутационного и правового. Банком приняты меры по устранению выявленных в ходе проверки нарушений и недостатков. |
| 8 | Функционирует ли в банке структурное подразделение (ответственный сотрудник) по противодействию легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма? | 1 | 2 | Ответственным за организацию в Банке системы противодействия легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма является единоличный исполнительный орган Банка (Председатель Правления). Функции контроля за организацией в Банке работы по противодействию легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма возлагаются на Председателя Правления. В соответствии с приказом Председателя Правления Банка от 26.06.2006 № 1014-к с 26.06.2006 в Банке создано Управление финансового мониторинга, которое подчиняется непосредственно единоличному исполнительному органу Банка. В ходе проверки установлены несоответствия действий Банка требованиям пп. 3 п. 1 ст. 7 Закона № 115-ФЗ, п. 1.4, 2.6, 2.8, 7.1 Положения Банка России № 375-П (в редакции ПВК Банка от 30.06.2014), п. 2.3, 2.9, 2.11 Положения Банка России № 262-П. Данные недостатки были устранены Банком в ходе проверки. Кроме того, рабочей группой проанализированы операции 184 клиентов Банка – юридических лиц, совокупный объем операций за проверяемый период составил 682 496 млн. руб. (13% от общего дебетового оборота по всем клиентским счетам), из них 166 клиентов Банка осуществляли операции, имеющие «сомнительный» характер (направленный на вывод денежных средств за пределы территории Российской Федерации), носящие «транзитный» (технический), а также направленные на «обналичивание» денежных средств в Банке. Общий объем данных операций за рассматриваемый период составил 194 992,72 млн. руб. или 3,7% от всех клиентских операций. Операции рассмотренных клиентов соответствовали критериям операций, приведенных в пунктах 1, 5 письма Банка России № 161-Т. По информации Акта проверки, значительная часть операций клиентов осуществлялась в течение значительного промежутка времени. Банк представил в ходе проверки и в рамках дистанционного надзора существенный объем информации о принятых мерах в целях повышения эффективности реализуемых мероприятий в области ПОД/ФТ, в т.ч. Банк провел работу по |

8

| № | | | | |
|---|---|---|---|---|
| | | | | закрытию счетов всех клиентов, отмеченных как проводящие «сомнительные» операции.<br>В ходе дистанционного надзора за деятельностью Банка было выявлено нарушение подпункта 4 пункта 1 статьи 7 Закона № 115-ФЗ, за которые в отношении Банка было возбуждено дело об административном правонарушении № 45-14-Ю/0536. |
| 9 | Соответствует ли ответственный сотрудник (сотрудники структурного подразделения) по противодействию легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма требованиям Банка России? | 3 | 1 | |
| 10 | Имеются ли в банке правила внутреннего контроля в целях противодействия легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма? | 2 | 1 | |
| 11 | Позволяет ли система внутреннего контроля в целях противодействия легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма уделять повышенное внимание операциям клиентов с повышенной степенью (уровнем) риска и обеспечить документальное фиксирование информации в соответствии с требованиями Федерального закона «О противодействии легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма» (Собрание законодательства Российской Федерации, 2001, N 33, ст. 3418; 2002, N 30, ст. 3029; N 44, ст. 4296; 2004, N 31, ст. 3224; 2005, N 47, ст. 4828; 2006, N 31, ст. 3446; ст.3452; 2007, N 16, ст. 1831; N 31, ст. 3993; ст. 4011; N 49, ст. 6036)? | 3 | 2 | Проведение клиентами Банка сомнительных операций свидетельствует о том, что Банком не обеспечивается применение необходимого комплекса процедур управления риском легализации (отмывания) доходов, полученных преступным путем, и финансирования терроризма, а также, то, что организация системы внутреннего контроля по ПОД/ФТ является недостаточной для выполнения Банком требований федеральных законов Российской Федерации в сфере ПОД/ФТ и не позволяет поддерживать эффективность системы внутреннего контроля по противодействию легализации (отмывания) доходов, полученных преступным путем, и финансирования терроризма на уровне, достаточном для управления риском легализации (отмывания) доходов, полученных преступным путем, и финансирования терроризма, что в свою очередь влечет нарушение требований пунктов 1.2 и 1.5 Положения № 375-П.<br>Банк представил в ходе проверки и в рамках дистанционного надзора существенный объем информации о принятых мерах в целях повышения эффективности реализуемых мероприятий в области ПОД/ФТ, в т.ч. Банк провел работу по закрытию счетов всех клиентов, отмеченных как проводящие «сомнительные» операции. |
| 12 | Соблюдаются ли правила внутреннего контроля в целях противодействия легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма? | 3 | 1 | |
| 13 | Обеспечивает ли банк в процессе своей деятельности соблюдение требований законодательства Российской Федерации и нормативных актов Банка России, в том числе определяющих порядок и сроки представления отчетности, а также порядок | 3 | 2 | В течение последних 6 месяцев к Банку применялись меры, предусмотренные частью 1 статьи 74 Федерального закона «О Центральном банке Российской Федерации (Банке России)». |

9

| | | | | |
|---|---|---|---|---|
| | обязательного резервирования? | | | |
| 14 | Обеспечивает ли банк своевременное выполнение требований Банка России в части устранения выявленных в его деятельности нарушений и недостатков, а также реализацию рекомендаций Банка России? | 3 | 2 | В основном, кредитной организацией выполняются требования и рекомендации Банка России. Вместе с тем, с Банком ведется переписка по отдельным вопросам. |

### ПОКАЗАТЕЛЬ УПРАВЛЕНИЯ СТРАТЕГИЧЕСКИМ РИСКОМ (ПУ6) – 2,77 (3 балла)

| № п/п | Вопросы | Вес | Балл | Обоснование |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 1 | Имеется ли у банка Стратегия развития банка? | 2 | 3 | В Банке имеется Стратегия развития на 2015 год, - которая не утверждена Общим собранием акционеров либо Советом директоров (Наблюдательным советом) Банка. |
| 2 | Учел ли банк в Стратегии развития банка результаты SWOT-анализа, позволяющего выявить и структурировать сильные и слабые стороны банка, а также потенциальные возможности своего развития и угрозы, способные нейтрализовать данные возможности? | 3 | 4 | В Стратегии Банка не учтены результаты SWOT-анализа. |
| 3 | Определены ли в Стратегии развития банка приоритетные для банка продукты, направления деятельности, которые банк намерен развивать? | 2 | 3 | Стратегические направления развития не содержат оценку потенциального влияния новых банковских продуктов на результаты деятельности и капитал Банка, значения обязательных нормативов. В Стратегии не представлен анализ состояния рынка банковских услуг в регионах, в которых действуют ККО Банка, а также конкурентные преимущества данных регионов. |
| 4 | Определены ли в Стратегии развития банка методы, при помощи которых банк предполагает достигнуть стратегической цели? | 2 | 3 | В Стратегии определены стратегические направления деятельности. При этом не обозначены ресурсы (финансовые, материально-технические, кадровые), за счет которых Банк планирует осуществлять мероприятия, необходимые для достижения приоритетных направлений деятельности. Методы для достижения поставленных задач определены не по всем направлениям деятельности. |
| 5 | Имеются ли у банка планы реализации Стратегии развития банка? | 1 | 1 | |
| 6 | Выполняются ли планы, разработанные банком для реализации стратегической цели? | 2 | 2 | В Банке, в целом, выполняются планы, разработанные для реализации стратегических целей. |
| 7 | Проводится ли банком регулярный мониторинг степени достижения поставленных в Стратегии развития банка | 1 | 1 | |

10

| целей? | | | |
|---|---|---|---|

## ПОКАЗАТЕЛЬ УПРАВЛЕНИЯ РИСКОМ МАТЕРИАЛЬНОЙ МОТИВАЦИИ ПЕРСОНАЛА (ПУ7) – 2 (2 балла)

| № п/п | Вопросы | Вес | Балл | Обоснование |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 1 | Рассматриваются ли советом директоров (наблюдательным советом) банка вопросы организации, функционирования, мониторинга и контроля системы оплаты труда, оценки ее соответствия стратегии банка, характеру и масштабам его деятельности? | 3 | 2 | Председатель Совета Директоров Банка рассматривает и утверждает документы, устанавливающие порядок определения размеров окладов единоличного исполнительного органа. Совет директоров Банка не утверждает порядок определения размера, форм и начисления компенсационных и стимулирующих выплат. На утверждении общего собрания находится новая редакция Устава, которая предусматривает значительное расширение компетенции Совета Директоров, в том числе: - утверждение порядка предотвращения конфликтов интересов, плана восстановления финансовой устойчивости в случае существенного ухудшения финансового состояния Банка, плана действий, направленных на обеспечение непрерывности деятельности и (или) восстановление деятельности Банка в случае возникновения нестандартных и чрезвычайных ситуаций, утверждение руководителя службы внутреннего аудита Банка, плана работы службы внутреннего аудита кредитной организации, утверждение политики Банка в области оплаты труда и контроль ее реализации. |
| 2 | Обеспечена ли полнота содержания внутренних документов банка, устанавливающих систему оплаты труда, а также неукоснительность ее соблюдения? | 3 | 1 | |
| 3 | Учитываются ли при определении размеров оплаты труда работников банка уровни рисков, которым подвергается (подвергся) банк в результате их действий? | 3 | 3 | Банком не производится распределение стимулирующих выплат для подразделений банка, осуществляющих банковские операции, с учетом принимаемых банком в рамках деятельности этих подразделений рисков, величины собственных средств, необходимых для покрытия принятых рисков, объема и стоимости заемных и иных привлеченных средств, необходимых для покрытия непредвиденного дефицита ликвидности. Для членов исполнительных органов предусмотрено не менее 50 процентов вознаграждений в виде стимулирующих выплат. Для членов исполнительных органов не определяется размер оплаты труда, в зависимости от занимаемой должности, а также качественных показателей исполнения трудовых обязанностей. |

11

| | | | | |
|---|---|---|---|---|
| | | | | Для членов исполнительных органов не предусмотрена отсрочка и последующая корректировка не менее 40 процентов размера стимулирующих выплат, исходя из сроков получения финансовых результатов их деятельности, при получении негативного финансового результата в целом по Банку. К членам исполнительных органов не применяют сочетание денежной и неденежной формы оплаты труда, чувствительной к результатам деятельности Банка. |
| 4 | Должным ли образом организована деятельность подразделений, осуществляющих внутренний контроль, указанных в подпунктах 2.2.1 - 2.2.3 пункта 2.2 Положения Банка России №242-П (далее - подразделения, осуществляющие внутренний контроль), и управление рисками (при отсутствии отдельного структурного подразделения - деятельность работников банка, имеющих соответствующие функции по управлению рисками) в части вопросов системы оплаты труда? | 2 | 3 | Подразделения, осуществляющие внутренний контроль и управление рисками, не разрабатывают предложения и рекомендации по показателям, используемым для отсрочки и корректировки стимулирующих выплат. Фонд оплаты труда всех подразделений, осуществляющих внутренний контроль и управление рисками, не зависит от финансового результата подконтрольных структурных подразделений и структурных подразделений, принимающих риски. В системе оплаты труда не учитывается качество выполнения работниками подразделений, осуществляющих внутренний контроль и управление рисками, задач, возложенных на них положениями (аналогичными внутренними документами) о соответствующих подразделениях банка. В общем объеме вознаграждений, выплачиваемых работникам подразделений, осуществляющих внутренний контроль и управление рисками, оклады составляют более 50%. При этом по результатам проверки (выявлены недостатки в деятельности внутреннего контроля Банка. |
| 5 | Раскрывает ли банк регулярно полную и достоверную информацию о системе оплаты труда? | 2 | 1 | |



translations@geotext.com
www.geotext.com

STATE OF NEW YORK          )
                           )
                           )    ss
COUNTY OF NEW YORK         )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Russian into English of the attached letter dated February 13, 2015,

and enclosures thereto.


Nathan Haselby, Project Manager
Geotext Translations, Inc.


Sworn to and subscribed before me

this _15th_ day of _January_, 20 _18_ .

KRISTIN B SANTIZO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SA6235999
Qualified in New York County
My Commission Expires February 22, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143