UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of DEPOSIT INSURANCE AGENCY for an order to conduct discovery for use in a foreign proceeding,<br><br>                Petitioner. | Case No. 1:17-mc-00414-GBD<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Petitioner Deposit Insurance Agency in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
       January 17, 2018

                                      MORRISON COHEN LLP

                                      By:    /s/ Valerie Sirota
                                                   Valerie Sirota
                                                   909 Third Avenue
                                                 New York, New York 10022
                                                 (212) 735-8600
                                                 vsirota@morrisoncohen.com

                                      *Attorneys for Petitioner Deposit Insurance Agency*