# EXHIBIT 1

# UNIFIED STATE REGISTER OF LEGAL ENTITIES (USRLE)

Information about the legal entity

MOSCOW BAR BUREAU "QUORUM"

Primary State Registration Number (OGRN): 1147799002790 TIN (INN)/Registration Reason Code (KPP): 7704281858/770401001 as of 01.02.2018.

| No. | Name of the entry | Value of the entry |
|---|---|---|
| 1 | 2 | 3 |
| **Name** | | |
| 1. | Full name | MOSCOW BAR BUREAU "QUORUM" |
| 2. | Short company name | QUORUM |
| 3. | State Registration Number and Date of USRLE entry containing the information | 1147799002790. 14.02.2014 |
| **Address (Location address)** | | |
| 4. | Postal Code | 121069 |
| 5. | Constituent entity of the Russian Federation | MOSCOW |
| 6. | Street (avenue, lane, etc.) | BORISOGLEBSKIY LANE |
| 7. | House No. (premises, etc.) | HOUSE 15 |
| 8. | Building, etc. | BUILDING 3 |
| 9. | State Registration Number and Date of USRLE entry containing the information | 1147799002790. 14.02.2014 |
| **Information on Registration** | | |
| 10. | Form of Incorporation | Incorporation of legal entity |
| 11. | Primary State Registration Number (OGRN) | 1147799002790. |
| 12. | Registration Date | 14.02.2014 |
| 13. | State Registration Number and Date of USRLE entry containing the information | 1147799002790. 14.02.2014 |
| **Information about Registering Authority at the location of the Legal Entity** | | |
| 14. | Name of the Registering Authority | Moscow Administration of the Federal Tax Service |
| 15. | Address of the Registering Authority | 125284, Moscow, Khoroshevskoe shosse, h. 12A. |
| 16. | State Registration Number and Date of USRLE entry containing the information | 1147799002790 14.02.2014 |
| **Termination of Activity** | | |
| 17. | Method of termination | Termination of activity of the legal person via reorganization in the form of corporization |
| 18. | Date of termination | 10.01.2017 |
| 19. | Name of the Authority that made USRLE entry about termination | Moscow Administration of the Federal Tax Service |
| 20. | State Registration Number and Date of USRLE entry containing the information | 2177700037513. 10.01.2017 |
| **Information on Registration with the Tax Authority** | | |
| 21. | TIN (INN) | 7704281858 |

| 22. | KPP | 770401001. |
|---|---|---|
| 23. | Registration Date | 14.02.2014 |
| 24. | Name of the Tax Authority | Inspectorate of the Federal Tax Service of Russia No. 4 in Moscow |
| 25. | State Registration Number and Date of USRLE entry containing the information | 2177700037612. 10.01.2017 |
| **Information on Registration as an Insured Party with the Local Office of the Pension Fund of the Russian Federation** | | |
| 26 | Reg. No. | 087103124570 |
| 27. | Registration Date | 17.02.2014 |
| 28. | Name of the local office of the Pension Fund | State Agency - Main Directorate of the Pension Fund of the Russian Federation No. 10, Directorate No. 3 for Moscow and Moscow Region, Presnenskoe Municipal District, Arbat, of Moscow |
| 29. | State Registration Number and Date of USRLE entry containing the information | 2147799023821 18.02.2014 |
| **Information related to registration as an Insurer with the Executive Body of the Social Insurance Fund of the Russian Federation** | | |
| 30. | Reg. No. | 7711062969771111 |
| 31. | Registration Date | 17.02.2014 |
| 32. | Name of the executive body of the Social Insurance Fund | Branch No. 11 of the State Agency - Moscow Regional Office of the Social Insurance Fund of the Russian Federation |
| 33. | State Registration Number and Date of USRLE entry containing the information | 2147799024063 18.02.2014 |
| **Information on the Person Entitled to Act on Behalf of the Legal Entity without a Power of Attorney** | | |
| 34. | State Registration Number and Date of USRLE entry about the person | 2147799048220. 22.04.2014 |
| 35. | Surname | PAVLOV |
| 36. | Name | ANDREY |
| 37. | Patronymic name | ALEKSEEVICH |
| 38. | TIN (INN) | 772643853683 |
| 39. | State Registration Number and Date of USRLE entry containing the information | 2147799048220 22.04.2014 |
| 40. | Position | MANAGING PARTNER |
| 41. | State Registration Number and Date of USRLE entry containing the information | 2147799048220 22.04.2014 |
| **Information about the Founders (Shareholders) of the Legal Entity** | | |
| **1.** | | |
| 42. | State Registration Number and Date of USRLE entry about the person | 1147799002790. 14.02.2014 |
| 43. | Surname | GAVRYUSHIN |
| 44. | Name | MIKHAIL |
| 45. | Patronymic name | VYACHESLAVOVICH |
| 46. | TIN (INN) | 771402690871. |

| 47. | State Registration Number and Date of USRLE entry containing the information | 1147799002790. 14.02.2014 |
|---|---|---|
| | **2.** | |
| 48. | State Registration Number and Date of USRLE entry about the person | 1147799002790. 14.02.2014 |
| 49. | Surname | ZHIDCHENKO |
| 50. | Name | ANASTASIA |
| 51. | Patronymic name | NIKOLAEVNA |
| 52. | TIN (INN) | 773370211326. |
| 53. | State Registration Number and Date of USRLE entry containing the information | 1147799002790. 14.02.2014 |
| | **Information about the Types of Economic Activity under Russian National Classifier of Types of Economic Activity (OKVED)** (OKVED OK 029-2014 NACE Ed. 2). | |
| | *Information about Principal Activity* | |
| 54. | Code and name of the activity | 69.10 Activity in the sphere of Law |
| 55. | State Registration Number and Date of USRLE entry containing the information | 1147799002790. 14.02.2014 |
| | **Information regarding branches and representative offices** | |
| | *Branches* | |
| 56. | State Registration Number and Date of USRLE entry about the person | 2147799048230. 22.04.2014 |
| 57. | Name | BRANCH OF QUORUM LAW FIRM (MOSCOW) IN KAZAN CITY |
| 58. | State Registration Number and Date of USRLE entry containing the information | 2147799048230 22.04.2014 |
| 59. | Postal Code | 420127 |
| 60. | Constituent entity of the Russian Federation | REPUBLIC TATARSTAN |
| 61. | City (town. etc) | KAZAN |
| 62. | Street (avenue, lane, etc.) | VOSSTANIYA STREET |
| 63. | House No. (premises, etc.) | HOUSE 67A |
| 64. | State Registration Number and Date of USRLE entry containing the information | 2147799048230 22.04.2014 |
| | **Information about the legal successor** | |
| 65. | Primary State Registration Number (OGRN) | 1177700000851 |
| 66. | Full company name | QUORUM ATTORNEYS AT LAW (MOSCOW) |
| 67. | State Registration Number and Date of USRLE entry containing the information | 2177700037513 10.01.2017 |
| | **Information on Entries Included in the Unified State Register of Legal Entities** | |
| | **1.** | |
| 68. | State Registration Number and Date of USRLE entry | 1147799002790 14.02.2014 |
| 69. | Reason of entry into USRLE | (P11001) Incorporation of non-commercial entity (according to documents from Ministry of Justice) |

| 70. | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |
|---|---|---|
| | Information about the documents submitted when making USRLE entry | |
| 71. | Document Name | P11001 STATEMENT OF INCORPORATION OF THE LEGAL ENTITY |
| 72. | Document Name | DECISION REGARDING REGISTRATION ISSUED BY MINISTRY OF JUSTICE |
| 73. | Document No. | 380. |
| 74. | Document Date | 22.01.2014 |
| 75. | Document Name | PROTOCOL ON THE INCORPORATION OF THE LEGAL ENTITY |
| 76. | Document No. | 1. |
| 77. | Document Date | 23.12.2013 |
| 78. | Document Name | MEMORANDUM OF ASSOCIATION OF THE LEGAL ENTITY |
| 79. | Document Name | CHARTER OF THE LEGAL ENTITY |
| | Information about the certificate confirming USRLE entry | |
| 80. | Series, No., and Date of the certificate | 77 015102402 14.02.2014 |
| 2 | | |
| 81. | State Registration Number and Date of USRLE entry | 2147799022655 14.02.2014 |
| 82. | Reason of entry into USRLE | Entering information about registration with the Tax Authority |
| 83. | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |
| 3. | | |
| 84. | State Registration Number and Date of USRLE entry | 2147799023821 18.02.2014 |
| 85. | Reason of entry into USRLE | Entering information about registration with the Pension Fund |
| 86. | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |
| 4. | | |
| 87. | State Registration Number and Date of USRLE entry | 2147799024063 18.02.2014 |
| 88. | Reason of entry into USRLE | Entering information about registration with Social Insurance Fund |
| 89. | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |
| 5. | | |
| 90. | State Registration Number and Date of USRLE entry | 2147799048220 22.04.2014 |

| 91. | Reason of entry into USRLE | (P14001) Implementation of amendments not related to incorporation documents of non-commercial entity (according to the documents from Ministry of Justice) |
|---|---|---|
| 92. | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |
| | Information about the documents submitted when making USRLE entry | |
| 93. | Document Name | P14001 Statement regarding modification of the information, not related to modification of the incorporation documents |
| 94. | Document Name | The order of main department of the ministry of justice of the Russian Federation for the city of Moscow |
| 95. | Document No. | 2893. |
| 96. | Document Date | 16.04.2014 |
| 97. | Document Name | MINUTES OF THE GENERAL MEETING OF ATTORNEYS-PARTNERS |
| 98. | Document No. | 2. |
| 99. | Document Date | 01.03.2014 |
| | 6. | |
| 100. | State Registration Number and Date of USRLE entry | 2147799048230<br>22.04.2014 |
| 101. | Reason of entry into USRLE | (P13001) Introduction of amendments into incorporation documents of non-commercial entity (according to the documents from Ministry of Justice) |
| 102. | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |
| | Information about the documents submitted when making USRLE entry | |
| 103. | Document Name | P13001 STATEMENT OF AMENDMENTS TO INCORPORATION DOCUMENTS |
| 104. | Document Name | Charter of the legal entity |
| 105. | Document Date | 01.03.2014 |
| 106. | Document Name | Memorandum of association of the legal entity |
| 107. | Document Date | 01.03.2014 |
| 108. | Document Name | The order of Main Department of the Ministry of Justice of the Russian Federation for the city of Moscow |
| 109. | Document No. | 2893 |
| 110. | Document Date | 16.04.2014 |
| 111. | Document Name | MINUTES OF THE GENERAL MEETING OF ATTORNEYS-PARTNERS |

| | | |
|---|---|---|
| 112. | Document No. | 2. |
| 113. | Document Date | 01.03.2014 |
| | **7.** | |
| 114. | State Registration Number and Date of USRLE entry | 2167700493354. 29.09.2016 |
| 115. | Reason of entry into USRLE | (P12003) Entering information about the start of reorganization of the non-commercial entity in the form of corporization (according to the documents from Ministry of Justice) |
| 116. | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |
| | Information about the documents submitted when making USRLE entry | |
| 117. | Document Name | P12003 NOTICE OF REORGANIZATION |
| 118. | Document Name | THE ORDER OF MAIN DEPARTMENT OF THE MINISTRY OF JUSTICE OF THE RUSSIAN FEDERATION FOR THE CITY OF MOSCOW |
| 119. | Document No. | 7953. |
| 120. | Document Date | 22.09.2016 |
| 121. | Document Name | MINUTES OF THE MEETING |
| 122. | Document No. | 12. |
| 123. | Document Date | 01.09.2016 |
| | **8.** | |
| 124. | State Registration Number and Date of USRLE entry | 2177700037513. 10.01.2017 |
| 125. | Reason of entry into USRLE | (P12001) TERMINATION OF THE ACTIVITY OF THE LEGAL ENTITY DURING CORPORIZATION |
| 126. | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |
| | Information about the documents submitted when making USRLE entry | |
| 127. | Document Name | (P12001) STATEMENT OF INCORPORATION OF NON-COMMECIAL ENTITY AT THE TIME OF CORPORIZATION |
| 128. | Document Name | RESOLUTION REGARDING REGISTRATION ISSUED BY MINISTRY OF JUSTICE |
| 129. | Document No. | 11443. |
| 130. | Document Date | 29.12.2016 |
| 131. | Document Name | Resolution to reorganize the legal entity |
| 132. | Document No. | 12. |
| 133. | Document Date | 01.09.2016 |
| 134. | Document Name | Memorandum of association of the legal entity |

| 135. | Document Date | 01.09.2016 |
|---|---|---|
| 136. | Document Name | DEED OF TRANSFER |
| 137. | Document Date | 01.09.2016 |
| 138. | Document Name | CHARTER OF THE LEGAL ENTITY |

**9.**

| 139. | State Registration Number and Date of USRLE entry | 2177700037612. 10.01.2017 |
|---|---|---|
| 140. | Reason of entry into USRLE | Entering information about registration with the Tax Authority |
| 141. | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |

This information has been produced via Federal Tax Service website, using *Information on state registration of legal entities, individual entrepreneurs, peasant (farming) households'* service.

# ПРИЛОЖЕНИЕ 1

ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ

Сведения о юридическом лице

АДВОКАТСКОЕ БЮРО ГОРОДА МОСКВЫ "КВОРУМ"

ОГРН 1147799002790
ИНН/КПП 7704281858/770401001
по состоянию на 01.02.2018

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| **Наименование** | | |
| 1 | Полное наименование | АДВОКАТСКОЕ БЮРО ГОРОДА МОСКВЫ "КВОРУМ" |
| 2 | Сокращенное наименование | "КВОРУМ" |
| 3 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1147799002790 14.02.2014 |
| **Адрес (место нахождения)** | | |
| 4 | Почтовый индекс | 121069 |
| 5 | Субъект Российской Федерации | ГОРОД МОСКВА |
| 6 | Улица (проспект, переулок и т.д.) | ПЕРЕУЛОК БОРИСОГЛЕБСКИЙ |
| 7 | Дом (владение и т.п.) | ДОМ 15 |
| 8 | Корпус (строение и т.п.) | СТРОЕНИЕ 3 |
| 9 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1147799002790 14.02.2014 |
| **Сведения о регистрации** | | |
| 10 | Способ образования | Создание юридического лица |
| 11 | ОГРН | 1147799002790 |
| 12 | Дата регистрации | 14.02.2014 |
| 13 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1147799002790 14.02.2014 |
| **Сведения о регистрирующем органе по месту нахождения юридического лица** | | |
| 14 | Наименование регистрирующего органа | Управление Федеральной налоговой службы по г.Москве |
| 15 | Адрес регистрирующего органа | 125284, г.Москва, Хорошевское ш., 12А |
| 16 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1147799002790 14.02.2014 |
| **Сведения о прекращении** | | |
| 17 | Способ прекращения | Прекращение деятельности юридического лица путем реорганизации в форме преобразования |
| 18 | Дата прекращения | 10.01.2017 |
| 19 | Наименование органа, внесшего запись о прекращении юридического лица | Управление Федеральной налоговой службы по г.Москве |
| 20 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177700037513 10.01.2017 |
| **Сведения об учете в налоговом органе** | | |
| 21 | ИНН | 7704281858 |

| 22 | КПП | 770401001 |
|---|---|---|
| 23 | Дата постановки на учет | 14.02.2014 |
| 24 | Наименование налогового органа | Инспекция Федеральной налоговой службы № 4 по г.Москве |
| 25 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177700037612 10.01.2017 |

### Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации

| 26 | Регистрационный номер | 087103124570 |
|---|---|---|
| 27 | Дата регистрации | 17.02.2014 |
| 28 | Наименование территориального органа Пенсионного фонда | Государственное учреждение - Главное Управление Пенсионного фонда РФ №10 Управление №3 по г. Москве и Московской области муниципальный район Пресненское, Арбат г.Москвы |
| 29 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2147799023821 18.02.2014 |

### Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации

| 30 | Регистрационный номер | 771106296977111 |
|---|---|---|
| 31 | Дата регистрации | 17.02.2014 |
| 32 | Наименование исполнительного органа Фонда социального страхования | Филиал №11 Государственного учреждения - Московского регионального отделения Фонда социального страхования Российской Федерации |
| 33 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2147799024063 18.02.2014 |

### Сведения о лице, имеющем право без доверенности действовать от имени юридического лица

| 34 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 2147799048220 22.04.2014 |
|---|---|---|
| 35 | Фамилия | ПАВЛОВ |
| 36 | Имя | АНДРЕЙ |
| 37 | Отчество | АЛЕКСЕЕВИЧ |
| 38 | ИНН | 772643853683 |
| 39 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2147799048220 22.04.2014 |
| 40 | Должность | УПРАВЛЯЮЩИЙ ПАРТНЕР |
| 41 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2147799048220 22.04.2014 |

### Сведения об учредителях (участниках) юридического лица

#### 1

| 42 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1147799002790 14.02.2014 |
|---|---|---|
| 43 | Фамилия | ГАВРЮШИН |
| 44 | Имя | МИХАИЛ |
| 45 | Отчество | ВЯЧЕСЛАВОВИЧ |
| 46 | ИНН | 771402690871 |

| 47 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1147799002790 14.02.2014 |
|---|---|---|
| 2 | | |
| 48 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1147799002790 14.02.2014 |
| 49 | Фамилия | ЖИДЧЕНКО |
| 50 | Имя | АНАСТАСИЯ |
| 51 | Отчество | НИКОЛАЕВНА |
| 52 | ИНН | 773370211326 |
| 53 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1147799002790 14.02.2014 |
| **Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности** *(ОКВЭД ОК 029-2014 КДЕС. Ред. 2)* | | |
| *Сведения об основном виде деятельности* | | |
| 54 | Код и наименование вида деятельности | 69.10 Деятельность в области права |
| 55 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1147799002790 14.02.2014 |
| **Сведения о филиалах и представительствах** | | |
| *Филиалы* | | |
| 56 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 2147799048230 22.04.2014 |
| 57 | Наименование | ФИЛИАЛ АДВОКАТСКОГО БЮРО ГОРОДА МОСКВЫ "КВОРУМ" В ГОРОДЕ КАЗАНЬ |
| 58 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2147799048230 22.04.2014 |
| 59 | Почтовый индекс | 420127 |
| 60 | Субъект Российской Федерации | РЕСПУБЛИКА ТАТАРСТАН |
| 61 | Город (волость и т.п.) | ГОРОД КАЗАНЬ |
| 62 | Улица (проспект, переулок и т.д.) | УЛИЦА ВОССТАНИЯ |
| 63 | Дом (владение и т.п.) | ДОМ 67А |
| 64 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2147799048230 22.04.2014 |
| **Сведения о правопреемнике** | | |
| 65 | ОГРН | 1177700000851 |
| 66 | Полное наименование | МОСКОВСКАЯ КОЛЛЕГИЯ АДВОКАТОВ «КВОРУМ» |
| 67 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177700037513 10.01.2017 |
| **Сведения о записях, внесенных в Единый государственный реестр юридических лиц** | | |
| 1 | | |
| 68 | ГРН и дата внесения записи в ЕГРЮЛ | 1147799002790 14.02.2014 |
| 69 | Причина внесения записи в ЕГРЮЛ | (Р11001) Создание НКО (по документам из Минюста) |

| 70 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
|---|---|---|
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 71 | Наименование документа | Р11001 ЗАЯВЛЕНИЕ О СОЗДАНИИ ЮЛ |
| 72 | Наименование документа | РЕШЕНИЕ О РЕГИСТРАЦИИ, ПРИНЯТОЕ ОРГАНОМ МИНЮСТА РОССИИ |
| 73 | Номер документа | 380 |
| 74 | Дата документа | 22.01.2014 |
| 75 | Наименование документа | ПРОТОКОЛ ОБ УЧРЕЖДЕНИИ ЮЛ |
| 76 | Номер документа | 1 |
| 77 | Дата документа | 23.12.2013 |
| 78 | Наименование документа | УЧРЕДИТЕЛЬНЫЙ ДОГОВОР ЮЛ |
| 79 | Наименование документа | УСТАВ ЮЛ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 80 | Серия, номер и дата выдачи свидетельства | 77 015102402 14.02.2014 |
| 2 | | |
| 81 | ГРН и дата внесения записи в ЕГРЮЛ | 2147799022655 14.02.2014 |
| 82 | Причина внесения записи в ЕГРЮЛ | Внесение сведений об учете в налоговом органе |
| 83 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| 3 | | |
| 84 | ГРН и дата внесения записи в ЕГРЮЛ | 2147799023821 18.02.2014 |
| 85 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ПФ РФ |
| 86 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| 4 | | |
| 87 | ГРН и дата внесения записи в ЕГРЮЛ | 2147799024063 18.02.2014 |
| 88 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ФСС РФ |
| 89 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| 5 | | |
| 90 | ГРН и дата внесения записи в ЕГРЮЛ | 2147799048220 22.04.2014 |

| 91 | Причина внесения записи в ЕГРЮЛ | (Р14001) Внесение изменений не связанных с учредительными документами НКО (по документам из Минюста) |
|---|---|---|
| 92 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 93 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| 94 | Наименование документа | РАСПОРЯЖЕНИЕ ГЛАВНОГО УПРАВЛЕНИЯ МИНИСТЕРСТВА ЮСТИЦИИ РФ ПО МОСКВЕ |
| 95 | Номер документа | 2893 |
| 96 | Дата документа | 16.04.2014 |
| 97 | Наименование документа | ПРОТОКОЛ ОБЩЕГО СОБРАНИЯ АДВОКАТОВ-ПАРТНЕРОВ |
| 98 | Номер документа | 2 |
| 99 | Дата документа | 01.03.2014 |

6

| 100 | ГРН и дата внесения записи в ЕГРЮЛ | 2147799048230 22.04.2014 |
|---|---|---|
| 101 | Причина внесения записи в ЕГРЮЛ | (Р13001) Внесение изменений в учредительные документы НКО (по документам из Минюста) |
| 102 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 103 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| 104 | Наименование документа | УСТАВ ЮЛ |
| 105 | Дата документа | 01.03.2014 |
| 106 | Наименование документа | УЧРЕДИТЕЛЬНЫЙ ДОГОВОР ЮЛ |
| 107 | Дата документа | 01.03.2014 |
| 108 | Наименование документа | РАСПОРЯЖЕНИЕ ГЛАВНОГО УПРАВЛЕНИЯ МИНИСТЕРСТВА ЮСТИЦИИ РФ ПО МОСКВЕ |
| 109 | Номер документа | 2893 |
| 110 | Дата документа | 16.04.2014 |
| 111 | Наименование документа | ПРОТОКОЛ ОБЩЕГО СОБРАНИЯ АДВОКАТОВ-ПАРТНЕРОВ |

| 112 | Номер документа | 2 |
| 113 | Дата документа | 01.03.2014 |

### 7

| 114 | ГРН и дата внесения записи в ЕГРЮЛ | 2167700493354 29.09.2016 |
| --- | --- | --- |
| 115 | Причина внесения записи в ЕГРЮЛ | (Р12003) Внесение сведений о начале реорганизации НКО в форме преобразования (по документам из Минюста) |
| 116 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |

| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| --- | --- | --- |
| 117 | Наименование документа | Р12003 УВЕДОМЛЕНИЕ О НАЧАЛЕ ПРОЦЕДУРЫ РЕОРГАНИЗАЦИИ |

| 118 | Наименование документа | РАСПОРЯЖЕНИЕ ГУ МИНИСТЕРСТВА ЮСТИЦИИ РФ ПО МОСКВЕ |
| --- | --- | --- |
| 119 | Номер документа | 7953 |
| 120 | Дата документа | 22.09.2016 |

| 121 | Наименование документа | ПРОТОКОЛ |
| --- | --- | --- |
| 122 | Номер документа | 12 |
| 123 | Дата документа | 01.09.2016 |

### 8

| 124 | ГРН и дата внесения записи в ЕГРЮЛ | 2177700037513 10.01.2017 |
| --- | --- | --- |
| 125 | Причина внесения записи в ЕГРЮЛ | (Р12001) Прекращение деятельности ЮЛ при преобразовании |
| 126 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |

| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| --- | --- | --- |
| 127 | Наименование документа | (Р12001) ЗАЯВЛЕНИЕ О СОЗДАНИИ НО ПРИ ПРЕОБРАЗОВАНИИ |

| 128 | Наименование документа | РЕШЕНИЕ О РЕГИСТРАЦИИ, ПРИНЯТОЕ ОРГАНОМ МИНЮСТА РОССИИ |
| --- | --- | --- |
| 129 | Номер документа | 11443 |
| 130 | Дата документа | 29.12.2016 |

| 131 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮЛ |
| --- | --- | --- |
| 132 | Номер документа | 12 |
| 133 | Дата документа | 01.09.2016 |

| 134 | Наименование документа | УЧРЕДИТЕЛЬНЫЙ ДОГОВОР ЮЛ |

| 135 | Дата документа | 01.09.2016 |
|---|---|---|
| 136 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 137 | Дата документа | 01.09.2016 |
| 138 | Наименование документа | УСТАВ ЮЛ |

9

| 139 | ГРН и дата внесения записи в ЕГРЮЛ | 2177700037612 10.01.2017 |
|---|---|---|
| 140 | Причина внесения записи в ЕГРЮЛ | Внесение сведений об учете в налоговом органе |
| 141 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |

Сведения сформированы с сайта ФНС России с использованием сервиса «Сведения о государственной регистрации юридических лиц, индивидуальных предпринимателей, крестьянских (фермерских) хозяйств».