# EXHIBIT 2

UNIFIED STATE REGISTER OF LEGAL ENTITIES (USRLE)

Information about the legal entity

MOSCOW BAR ASSOCIATION QUORUM

Primary State Registration Number (OGRN) 1177700000851
TIN (INN)/Registration Reason Code (KPP) 7704386699/770401001
as of 01.02.2018

| No. | Name of the entry | Value of the entry |
|---|---|---|
| 1 | 2 | 3 |
| **Name** | | |
| 1 | Full name | MOSCOW BAR ASSOCIATION QUORUM |
| 2 | Short company name | QUORUM |
| 3 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |
| **Address (Location address)** | | |
| 4 | Postal Code | **121069** |
| 5 | Constituent entity of the Russian Federation | MOSCOW |
| 6 | Street (avenue, lane, etc.) | POVARSKAYA STREET |
| 7 | House No. (premises, etc.) | HOUSE 11 |
| 8 | Building, etc. | СТРОЕНИЕ 1 |
| 9 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |
| **Information on Registration** | | |
| 10 | Form of Incorporation | Incorporation of the legal person via reorganization in the form of corporization |
| 11 | Primary State Registration Number (OGRN) | 1177700000851 |
| 12 | Registration Date | 10.01.2017 |
| 13 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |
| **Information about Registering Authority at the location of the Legal Entity** | | |
| 14 | Name of the Registering Authority | Moscow Administration of the Federal Tax Service |
| 15 | Address of the Registering Authority | 125284, Moscow, Khoroshevskoe shosse, h. 12A, |
| 16 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |
| **Information on Registration with the Tax Authority** | | |
| 17 | TIN (INN) | 7704386699 |
| 18 | KPP | 770401001 |
| 19 | Registration Date | 10.01.2017 |
| 20 | Name of the Tax Authority | Inspectorate of the Federal Tax Service of Russia No. 4 in Moscow |
| 21 | State Registration Number and Date of USRLE entry containing the information | 2177700037580 10.01.2017 |

| | Information on Registration as an Insured Party with the Local Office of the Pension Fund of the Russian Federation | |
|---|---|---|
| 22 | Reg. No. | 087103141804 |
| 23 | Registration Date | 11.01.2017 |
| 24 | Name of the local office of the Pension Fund | State Agency - Main Directorate of the Pension Fund of the Russian Federation No. 10, Directorate No. 3 for Moscow and Moscow Region, Presnenskoe Municipal District, Arbat, of Moscow |
| 25 | State Registration Number and Date of USRLE entry containing the information | 2177700040791 14.01.2017 |
| | **Information related to registration as an Insurer with the Executive Body of the Social Insurance Fund of the Russian Federation** | |
| 26 | Reg. No. | 771108288677111 |
| 27 | Registration Date | 12.01.2017 |
| 28 | Name of the executive body of the Social Insurance Fund | Branch No. 11 of the State Agency - Moscow Regional Office of the Social Insurance Fund of the Russian Federation |
| 29 | State Registration Number and Date of USRLE entry containing the information | 2177700040593 14.01.2017 |
| | **Information on the Person Entitled to Act on Behalf of the Legal Entity without a Power of Attorney** | |
| 30 | State Registration Number and Date of USRLE entry about the person | 1177700000851 10.01.2017 |
| 31 | Surname | PAVLOV |
| 32 | Name | ANDREY |
| 33 | Patronymic name | ALEKSEEVICH |
| 34 | TIN (INN) | 772643853683 |
| 35 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |
| 36 | Position | CHAIRMAN |
| 37 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |
| | **Information about the Founders (Shareholders) of the Legal Entity** | |
| | **1** | |
| 38 | State Registration Number and Date of USRLE entry about the person | 1177700000851 10.01.2017 |
| 39 | Surname | PAVLOV |
| 40 | Name | ANDREY |
| 41 | Patronymic name | ALEKSEEVICH |
| 42 | TIN (INN) | 772643853683 |
| 43 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |
| | **2** | |
| 44 | State Registration Number and Date of USRLE entry about the person | 1177700000851 10.01.2017 |

| 45 | Surname | ZHIDCHENKO |
|---|---|---|
| 46 | Name | ANASTASIA |
| 47 | Patronymic name | NIKOLAEVNA |
| 48 | TIN (INN) | 773370211326 |
| 49 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |

3

| 50 | State Registration Number and Date of USRLE entry about the person | 1177700000851 10.01.2017 |
|---|---|---|
| 51 | Surname | KIRILENKO |
| 52 | Name | OLEG |
| 53 | Patronymic name | VIKTOROVICH |
| 54 | TIN (INN) | 774339873383 |
| 55 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |

**Information about the Types of Economic Activity under Russian National Classifier of Types of Economic Activity (OKVED)**
*(OKVED OK 029-2014 NACE Ed. 2)*
*Information about Principal Activity*

| 56 | Code and name of the activity | 69.10 Activity in the sphere of Law |
|---|---|---|
| 57 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |

**Information about the legal predecessor**

| 58 | Primary State Registration Number (OGRN) | 1147799002790 |
|---|---|---|
| 59 | TIN (INN) | 7704281858 |
| 60 | Full name | QUORUM LAW FIRM (MOSCOW) |
| 61 | State Registration Number and Date of USRLE entry containing the information | 1177700000851 10.01.2017 |

**Information on Entries Included in the Unified State Register of Legal Entities**

1

| 62 | State Registration Number and Date of USRLE entry | 1177700000851 10.01.2017 |
|---|---|---|
| 63 | Reason of entry into USRLE | (P12001) Incorporation of non-commercial entity at the time of corporization (according to documents from Ministry of Justice) |
| 64 | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |
|  | Information about the documents submitted when making USRLE entry |  |
| 65 | Document Name | (P12001) STATEMENT OF INCORPORATION OF NON-COMMECIAL ENTITY AT THE TIME OF CORPORIZATION |
| 66 | Document Name | RESOLUTION REGARDING REGISTRATION ISSUED BY BODY OF THE MINISTRY OF JUSTICE OF RUSSIA |

| 67 | Document No. | 11443 |
|---|---|---|
| 68 | Document Date | 29.12.2016 |

| 69 | Document Name | RESOLUTION TO REORGANIZE THE LEGAL ENTITY |
|---|---|---|
| 70 | Document No. | 12 |
| 71 | Document Date | 01.09.2016 |

| 72 | Document Name | MEMORANDUM OF ASSOCIATION OF THE LEGAL ENTITY |
|---|---|---|
| 73 | Document Date | 01.09.2016 |

| 74 | Document Name | DEED OF TRANSFER |
|---|---|---|
| 75 | Document Date | 01.09.2016 |

| 76 | Document Name | CHARTER OF THE LEGAL ENTITY |
|---|---|---|

| 2 | | |
|---|---|---|
| 77 | State Registration Number and Date of USRLE entry | 2177700037580 10.01.2017 |
| 78 | Reason of entry into USRLE | Entering information about registration with the Tax Authority |
| 79 | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |

| 3 | | |
|---|---|---|
| 80 | State Registration Number and Date of USRLE entry | 2177700040593 14.01.2017 |
| 81 | Reason of entry into USRLE | Entering information about registration with Social Insurance Fund |
| 82 | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |

| 4 | | |
|---|---|---|
| 83 | State Registration Number and Date of USRLE entry | 2177700040791 14.01.2017 |
| 84 | Reason of entry into USRLE | Entering information about registration with the Pension Fund |
| 85 | Name of the Registration Authority that made this USRLE entry | Moscow Administration of the Federal Tax Service |

This information has been produced via Federal Tax Service website, using *Information on state registration of legal entities, individual entrepreneurs, peasant (farming) households'* service.

# ПРИЛОЖЕНИЕ 2

ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ

Сведения о юридическом лице

МОСКОВСКАЯ КОЛЛЕГИЯ АДВОКАТОВ «КВОРУМ»

ОГРН 1177700000851
ИНН/КПП 7704386699/770401001
по состоянию на 01.02.2018

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| Наименование ||| 
| 1 | Полное наименование | МОСКОВСКАЯ КОЛЛЕГИЯ АДВОКАТОВ «КВОРУМ» |
| 2 | Сокращенное наименование | КВОРУМ |
| 3 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| Адрес (место нахождения) |||
| 4 | Почтовый индекс | 121069 |
| 5 | Субъект Российской Федерации | ГОРОД МОСКВА |
| 6 | Улица (проспект, переулок и т.д.) | УЛИЦА ПОВАРСКАЯ |
| 7 | Дом (владение и т.п.) | ДОМ 11 |
| 8 | Корпус (строение и т.п.) | СТРОЕНИЕ 1 |
| 9 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| Сведения о регистрации |||
| 10 | Способ образования | Создание юридического лица путем реорганизации в форме преобразования |
| 11 | ОГРН | 1177700000851 |
| 12 | Дата регистрации | 10.01.2017 |
| 13 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| Сведения о регистрирующем органе по месту нахождения юридического лица |||
| 14 | Наименование регистрирующего органа | Управление Федеральной налоговой службы по г.Москве |
| 15 | Адрес регистрирующего органа | 125284, г.Москва, Хорошевское ш., 12А |
| 16 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| Сведения об учете в налоговом органе |||
| 17 | ИНН | 7704386699 |
| 18 | КПП | 770401001 |
| 19 | Дата постановки на учет | 10.01.2017 |
| 20 | Наименование налогового органа | Инспекция Федеральной налоговой службы № 4 по г.Москве |
| 21 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177700037580 10.01.2017 |

| | Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации | |
|---|---|---|
| 22 | Регистрационный номер | 087103141804 |
| 23 | Дата регистрации | 11.01.2017 |
| 24 | Наименование территориального органа Пенсионного фонда | Государственное учреждение - Главное Управление Пенсионного фонда РФ №10 Управление №3 по г. Москве и Московской области муниципальный район Пресненское, Арбат г.Москвы |
| 25 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177700040791 14.01.2017 |
| | Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации | |
| 26 | Регистрационный номер | 771108288677111 |
| 27 | Дата регистрации | 12.01.2017 |
| 28 | Наименование исполнительного органа Фонда социального страхования | Филиал №11 Государственного учреждения - Московского регионального отделения Фонда социального страхования Российской Федерации |
| 29 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177700040593 14.01.2017 |
| | Сведения о лице, имеющем право без доверенности действовать от имени юридического лица | |
| 30 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1177700000851 10.01.2017 |
| 31 | Фамилия | ПАВЛОВ |
| 32 | Имя | АНДРЕЙ |
| 33 | Отчество | АЛЕКСЕЕВИЧ |
| 34 | ИНН | 772643853683 |
| 35 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| 36 | Должность | ПРЕДСЕДАТЕЛЬ КОЛЛЕГИИ |
| 37 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | Сведения об учредителях (участниках) юридического лица | |
| | 1 | |
| 38 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1177700000851 10.01.2017 |
| 39 | Фамилия | ПАВЛОВ |
| 40 | Имя | АНДРЕЙ |
| 41 | Отчество | АЛЕКСЕЕВИЧ |
| 42 | ИНН | 772643853683 |
| 43 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |
| | 2 | |
| 44 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1177700000851 10.01.2017 |

| 45 | Фамилия | ЖИДЧЕНКО |
|---|---|---|
| 46 | Имя | АНАСТАСИЯ |
| 47 | Отчество | НИКОЛАЕВНА |
| 48 | ИНН | 773370211326 |
| 49 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |

| 3 | | |
|---|---|---|
| 50 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1177700000851 10.01.2017 |
| 51 | Фамилия | КИРИЛЕНКО |
| 52 | Имя | ОЛЕГ |
| 53 | Отчество | ВИКТОРОВИЧ |
| 54 | ИНН | 774339873383 |
| 55 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |

**Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности**
*(ОКВЭД ОК 029-2014 КДЕС. Ред. 2)*

*Сведения об основном виде деятельности*

| 56 | Код и наименование вида деятельности | 69.10 Деятельность в области права |
|---|---|---|
| 57 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |

*Сведения о правопредшественнике*

| 58 | ОГРН | 1147799002790 |
|---|---|---|
| 59 | ИНН | 7704281858 |
| 60 | Полное наименование | АДВОКАТСКОЕ БЮРО ГОРОДА МОСКВЫ "КВОРУМ" |
| 61 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1177700000851 10.01.2017 |

**Сведения о записях, внесенных в Единый государственный реестр юридических лиц**

| 1 | | |
|---|---|---|
| 62 | ГРН и дата внесения записи в ЕГРЮЛ | 1177700000851 10.01.2017 |
| 63 | Причина внесения записи в ЕГРЮЛ | (Р12001) Создание НКО при преобразовании (по документам из Минюста) |
| 64 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 65 | Наименование документа | (Р12001) ЗАЯВЛЕНИЕ О СОЗДАНИИ НО ПРИ ПРЕОБРАЗОВАНИИ |
| 66 | Наименование документа | РЕШЕНИЕ О РЕГИСТРАЦИИ, ПРИНЯТОЕ ОРГАНОМ МИНЮСТА РОССИИ |

| 67 | Номер документа | 11443 |
|---|---|---|
| 68 | Дата документа | 29.12.2016 |
| 69 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮЛ |
| 70 | Номер документа | 12 |
| 71 | Дата документа | 01.09.2016 |
| 72 | Наименование документа | УЧРЕДИТЕЛЬНЫЙ ДОГОВОР ЮЛ |
| 73 | Дата документа | 01.09.2016 |
| 74 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 75 | Дата документа | 01.09.2016 |
| 76 | Наименование документа | УСТАВ ЮЛ |
| 2 | | |
| 77 | ГРН и дата внесения записи в ЕГРЮЛ | 2177700037580 10.01.2017 |
| 78 | Причина внесения записи в ЕГРЮЛ | Внесение сведений об учете в налоговом органе |
| 79 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| 3 | | |
| 80 | ГРН и дата внесения записи в ЕГРЮЛ | 2177700040593 14.01.2017 |
| 81 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ФСС РФ |
| 82 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |
| 4 | | |
| 83 | ГРН и дата внесения записи в ЕГРЮЛ | 2177700040791 14.01.2017 |
| 84 | Причина внесения записи в ЕГРЮЛ | Внесение сведений о регистрации в ПФ РФ |
| 85 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Управление Федеральной налоговой службы по г.Москве |

Сведения сформированы с сайта ФНС России с использованием сервиса «Сведения о государственной регистрации юридических лиц, индивидуальных предпринимателей, крестьянских (фермерских) хозяйств».