# EXHIBIT 3

# EXTRACT FROM MINUTES No. 3
## of General Meeting of the members of Moscow Bar Association QUORUM

Place of the General Meeting: 123022, Moscow, Vtoraya Zvenigorodskaya street, h. 13, bld. 43

Place of the General Meeting: February 13, 2018

Quorum: 100% of the members. The meeting shall have a power to settle all the issues of the agenda in accordance with item 7.21 of the Charter.

**Decision regarding second item of the agenda:** Select Anastasia Nikolaevna Zhidchenko a Chairman of *Moscow Bar Association QUORUM* in accordance with provisions of the Charter for the period of 10 (ten) years. Select Yulia Viktorovna Privalova a Secretary of *Moscow Bar Association QUORUM* in accordance with provisions of the Charter for the period of 10 (ten) years.

THIS IS A TRUE EXTRACT
**Chairman**                                                                A.N. Zhidchenko

/STAMP OF Moscow Bar Association QUORUM/

# ПРИЛОЖЕНИЕ 3

# ВЫПИСКА ИЗ ПРОТОКОЛА № 3
## Общего собрания членов Московской коллегии адвокатов «Кворум»

Место проведения общего собрания: 123022, г. Москва, ул. 2-я Звенигородская, д. 13, стр. 43.

Дата проведения общего собрания: 13 февраля 2018 года.

Кворум 100 %, собрание правомочно принимать решения по всем вопросам повестки дня в соответствии с пунктом 7.21. Устава.

**По второму вопросу повестки дня решили**: избрать Председателем Московской коллегии адвокатов «Кворум» Жидченко Анастасию Николаевну в соответствии с положениями Устава сроком на 10 (десять) лет, избрать секретарем Общего собрания Московской коллегии адвокатов «Кворум» Привалову Юлию Викторовну в соответствии с положениями Устава сроком на 10 (десять) лет.

Выписка верна
Председатель  А.Н. Жидченко