# EXHIBIT 4

<b>Form No. P14001</b><br><b>KND code: 1111516</b>

Application regarding implementation of the modifications of information about the legal entity (contained in Unified State Register of Legal Entities - USRLE)

**I.    Information about the legal entity (contained in USRLE)**

1.1. OGRN: 1177700000851        1.2 TIN: 7704386699

1.3. Full name in Russian

# MOSCOW BAR ASSOCIATION QUORUM

**2. The Application presented due to:**

| 1 | 1 - modifications of data regarding legal entity |
|---|---|
|   | 2 - modification of errors made in an application provided earlier |

Primary State Registration Number (PSRN or SRN) which was entered into Unified State Register of Legal Entities (USRLE) were performed on a basis of an application containing errors.

Place reserved for official observations of the registering body

Form No. P14001
KND code:
1111516

**Information on the individuals Entitled to Act on Behalf of the Legal Entity**

1.     Reason to enter the modifications:

        1 - assigning responsibilities
  2  2 - termination responsibilities
        3 - modification of an information about the person

2.     Information about the legal entity (contained in USRLE)
2.1. Last, First and Patronymic name of the individual

2.1.1 Last name PAVLOV

2.1.2 First name A N D R E Y

2.1.3 Patronymic name (if available) ALEKSEEVICH

2.2. TIN (if available) 7 7 2 6 4 3 8 5 3 6 8 3

3.     Information on Entries Included in the Unified State Register of Legal Entities

3.1. Last, First and Patronymic name of the individual
3.1.1. Surname
3.1.2. Name

3.1.3 Patronymic name, (if available)

3.2. TIN (if available).

3.3. Information on birth
3.3.1. Date of birth

3.3.2. Place of birth

3.4. Position

3.5. Data of the document identifying the individual

3.5.1. Type of document
        (Code)
3.5.2. Document serial number

3.5.3. Date of issue:

3.5.4. Issued by:

3.5.5. Subdivision code

## Information on the individuals Entitled to Act on Behalf of the Legal Entity

1. Reason to enter the modifications:

1

 1 - assigning responsibilities
 2 - termination responsibilities
 3 - modification of an information about the person

2. Information about the legal entity (contained in USRLE)

2.1. Last, First and Patronymic name of the individual

2.1.1.   Surname

2.1.2.   Name

2.1.3 Patronymic name, if available

2.2. TIN (if available).

3. Information on Entries Included in the Unified State Register of Legal Entities

3.1. Last, First and Patronymic name of the individual

3.1.1.   Last name Z H I D C H E N K O

3.1.2.   First name A N A S T A S I A

3.1.3 Patronymic name (if available) N I K O L A E V N A

3.2. TIN (if available) 7 7 3 3 7 0 2 1 1 3 2 6

3.3. Information on birth

3.3.1.   Date of birth: 0 1 . 0 5 . 1 9 8 4

3.3.2.   Place of birth

MOSCOW

3.4. Position

CHAIRMAN

3.5. Data of the document identifying the individual

3.5.1.   Type of document: 2   1
    (Code)

3.5.2.   Document serial number 4 5   0 6   7 6 7 2 3 2

3.5.3.   Date of issue: 3 1 . 0 3 . 2 0 0 5

3.5.4.   Issued by:

YUZHNOE TUSHINO District Department of Internal Affairs of Moscow

3.5.5. Subdivision code: 7 7 2 — 0 8 5

Page 004

Form No. P14001
List K of the
application. Page 2.

3.6. Location address
3.6.1. in the Russian Federation (if not available indicate place of stay)

3.6.1.1. Post index 1 2 5 4 7 6          3.6.1.2. Constituent entity of the Russian Federation 7 7

3.6.1.3.                         DistrictName         of         the         district
                                 code

3.6.1.4.         City Name of the city

3.6.1.5. Settlement Name of the settlement

3.6.1.6.                         Street (Avenue etc)   Name of the street (the avenue etc)
VASILY PETUSHKOV STREET

3.6.1.7 House (estate etc)       House No. (estate etc)    3.6.1.8. Building (estate etc)   Building No. (estate etc)
HOUSE              7

3.6.1..Apartment (room etc) APARTMENT   Apartment No. (Room etc)                    2 7 7

3.6.2. Outside of the Russian Federation

3.6.2.1.     Country of the location address
                                          Code
3.6.2.2.     Address of the location address

3.6.            Phone + 7 4 9 5 2 5 8 0 9 0 9

Page 005

70402483

Form No. P14001
List K of the
application. Page 1.

7040 2483

## Information regarding Applicant

### 1. The applicant is:

01

| | | |
|---|---|---|
| | 01 | Head of the standing executive body |
| | 02 | Other person acting on behalf of the legal entity without power of attorney |
| | 03 | Person acting on a basis of authority specified by Federal Law, act, specially assigned by a state body or through the act of local authority |
| | 04 | - individual - member of limited liability company |
| | 05 | - executor of a will |
| | 06 | - Notary officer |
| | 07 | - Individual - founder (member) of liquidated legal entity of the member of limited liability company |
| | 08 | - Head of standing executive body of the legal entity - member of Limited Liability Company |
| | 9 | - Other person acting without power of attorney on behalf of legal entity of the member of limited liability company |
| | 10 | - Person acting on a basis of power of attorney on behalf of legal entity of the member of limited liability company |
| | 11 | - Head of standing executive body of the legal entity - legal successor of reorganized legal entity - member of limited liability company |
| | 12 | - Other person acting without power of attorney on behalf of legal entity - legal successor of reorganized legal entity - the member of limited liability company |
| | 13 | - Person acting on a basis of power of attorney on behalf of legal entity of the member - legal successor of reorganized legal entity - limited liability company |
| | 14 | - Head of standing executive body of the legal entity founder (member) of liquidated legal entity - member of limited liability company |
| | 15 | - Other person acting without power of attorney on behalf of legal entity founder (member) of liquidated legal entity - the member of limited liability company |
| | 16 | - Person acting on a basis of power of attorney on behalf of legal entity founder (member) of liquidated legal entity - limited liability company |

2. Information about the legal entity on whose behalf the Applicant is acting

2.1. OGRN[1] 1 1 7 7 7 0 0 0 0 0 8 5 1    2.2. TIN 7 7 0 4 3 8 6 6 9 9

2.3. Full name

**MOSCOW BAR ASSOCIATION QUORUM**

2  Information about the Managing Company

a.  OGRN[1]                                               3.2 TIN (INN)

   3.3 Full name

---

[1] Shall be indicated for Russian legal entity
[2] Shall be indicated for foreign legal entity (if available)

Form No. P14001
List P of the
application. Page 2.

7040 2490

**3**    **Information regarding Applicant**

    a.   Last, First and Patronymic name of the individual

        4.1.1 Last name Z H I D C H E N K O

        4.1.2 First name A N A S T A S I A

    i.   Patronymic name (if available)

        N I K O L A E V N A

        4.2   TIN (if available)   7 7 3 3 7 0 2 1 1 3 2 6

        4.3   Information on birth

        4.3.1 Date of birth   0 1 . 0 5 . 1 9 8 4

        4.3.2 Place of birth

MOSCOW

        4.4   Data of the document identifying the individual

        4.4.1 Type of document: 2   1
                              (code)

        4.4.2. Document serial number 4 5   0 6   7 6 7 2 3 2

        4.4.3 Date of issue:   3 1 . 0 3 . 2 0 0 5

        4 . 4 . 4                                                                       Issued
by: YUZHNOE TUSHINO District Department of Internal Affairs of Moscow

        4.4.5 Subdivision code: 7 7 2  —  0 8 5

Page 007

FORM P14001
List P of the application.
Page 3

4.5 Address of the location address

4.5.1. in the Russian Federation (if not available indicate place of stay)

4.5.1.1.
Post index 1 2 5 4 7 6          4.5.1.2. Constituent entity of the Russian Federation 7  7
4.5.1.3. District          Name of the district                                          Code

4,5.1.5. Settlement Name of the settlement
        4.5.1.4. City (town. etc)          Name of the city (town. etc)

4.5.1.6.          Street (Avenue etc) Name   of the street(the avenue etc)
VASILY PETUSHKOV STREET

4.5.1.7 House (estate etc)     House No.(estate etc)   4.5.1.8.Building(estate                    etc) BuildingNo.(estate etc)

HOUSE                  7

4.5.1.9. Apartment (room etc) APARTMENT  Apartment No. (Room etc) 2 7  7

4.5.2. Outside of the Russian Federation

4.5.2.1. Country of the location address
                           (code)
        4.5 2.2. Address of the location address

4.6 Contact details 4.6.1. Phone + 7 4 9 5 2 5 8 0 9 0 9

4 6.2. Email:

**5  I,**                ZHICHENKO ANASTASIA NIKOLAEVNA

Last, First and Patronymic name (if available) of the Applicant in Russian

Confirm that:

- modifications implemented into the state register comply with requirements specified by the legislation of the Russian Federation;
- the information in the application is correct;
- there's an approval from the person (who is not the applicant) to process his \ her personal data (indicated in the application).

I am aware that in the case I shall provide incorrect data to the registering body, I shall bear responsibility as set forth by laws of the Russian Federation.

I ask to provide the documents confirming entering registration in the Uniform State Register of Legal Entities or solution regarding denial of state registration to provide to:

| 2 | | |
|---|---|---|
| | 1 | - the Applicant |
| | 2 | - the Applicant or to the person acting on a basis of a power of attorney |
| | 3 | - send by mail |

\ SIGNATURE \

Signature of the Applicant

**6  Information about the person who authenticated the signature of the applicant under a notarial procedure**

6.1 Person who authenticated the signature of the applicant is:

| 1 | |
|---|---|
| | 1 notary officer |
| | 2. person temporarily substituting temporarily absent notary officer |
| | 3 - Person authorized to perform notary procedure |

6.2   TIN of the person who authenticated the signature of the Applicant **771976582004**

**Russian Federation Moscow**
**The Fourteenth of the February Two Thousand Eighteen**
**I, Nataliya Nikolaevna Pospelova, a notary officer of Moscow** hereby authenticated the signature of the
**Zhidchenko Anastasia Nikolaevna**
The signature is affixed in my presence.
Identity of the person who signed the document
ascertained. Authority of the person who signed the
document checked.
Registered in the register under the No. 77/851-н/77-2018-3-464
State fee collected: RUB 200.
Paid for legal and technical services: RUB 1500.

**STAMP AND SIGNATURE OF NOTARY OFFICER OF MOSCOW N.N. Pospelova**

[1]authenticity of signature of the Applicant shall be authentificated under a notarial procedure

In total 8 (eight) pages are stitched, numbered and stamped

\STAMP of the Notary officer of Moscow N.N. Pospelova\
\Signature N.N. Pospelov\

# ПРИЛОЖЕНИЕ 4





стр. 001

Форма № Р14001
Код по КНД 1111516

### Заявление
о внесении изменений в сведения о юридическом лице,
содержащиеся в Едином государственном реестре юридических лиц

1. Сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц

1.1. ОГРН  1 1 7 7 7 0 0 0 0 0 8 5 1     1.2. ИНН  7 7 0 4 3 8 6 6 9 9

1.3. Полное наименование на русском языке

**МОСКОВСКАЯ КОЛЛЕГИЯ АДВОКАТОВ «КВОРУМ»**

2. Заявление представлено:

**1**  1 – в связи с изменением сведений о юридическом лице
    2 – в связи с исправлением ошибок, допущенных в ранее представленном заявлении

Государственный регистрационный номер записи (ОГРН или ГРН),
внесение которой в Единый государственный реестр
юридических лиц было осуществлено на основании
заявления, содержащего ошибки

---

Для служебных отметок регистрирующего органа







стр. 002

Сведения о физическом лице, имеющем право без доверенности действовать от имени юридического лица

Форма № Р14001
Лист К заявления
страница 1

1. Причина внесения сведений

   2
   1 – возложение полномочий
   2 – прекращение полномочий
   3 – изменение сведений о лице

2. Сведения, содержащиеся в Едином государственном реестре юридических лиц

   2.1. Фамилия, имя, отчество физического лица

   2.1.1. Фамилия  ПАВЛОВ

   2.1.2. Имя  АНДРЕЙ

   2.1.3. Отчество (при наличии)  АЛЕКСЕЕВИЧ

   2.2. ИНН (при наличии)  772643853683

3. Сведения, подлежащие внесению в Единый государственный реестр юридических лиц

   3.1. Фамилия, имя, отчество физического лица

   3.1.1. Фамилия

   3.1.2. Имя

   3.1.3. Отчество (при наличии)

   3.2. ИНН (при наличии)

   3.3. Сведения о рождении

   3.3.1. Дата рождения

   3.3.2. Место рождения

   3.4. Должность

   3.5. Данные документа, удостоверяющего личность

   3.5.1. Вид документа
                        (код)
   3.5.2. Серия и номер документа

   3.5.3. Дата выдачи

   3.5.4. Кем выдан

   3.5.5. Код подразделения



Сведения о физическом лице, имеющем право без доверенности действовать от имени юридического лица

Форма № Р14001
Лист К заявления
страница 1

1. Причина внесения сведений

   **1**  1 – возложение полномочий
   2 – прекращение полномочий
   3 – изменение сведений о лице

2. Сведения, содержащиеся в Едином государственном реестре юридических лиц

   2.1. Фамилия, имя, отчество физического лица

   2.1.1. Фамилия

   2.1.2. Имя

   2.1.3. Отчество
   (при наличии)

   2.2. ИНН (при наличии)

3. Сведения, подлежащие внесению в Единый государственный реестр юридических лиц

   3.1. Фамилия, имя, отчество физического лица

   3.1.1. Фамилия  ЖИДЧЕНКО

   3.1.2. Имя  АНАСТАСИЯ

   3.1.3. Отчество
   (при наличии)  НИКОЛАЕВНА

   3.2. ИНН (при наличии)  773370211326

   3.3. Сведения о рождении

   3.3.1. Дата рождения  01.05.1984

   3.3.2. Место рождения
   Г. МОСКВА

   3.4. Должность
   ПРЕДСЕДАТЕЛЬ

   3.5. Данные документа, удостоверяющего личность

   3.5.1. Вид документа  21
   (код)

   3.5.2. Серия и номер документа  45 06 767232

   3.5.3. Дата выдачи  31.03.2005

   3.5.4. Кем выдан  РОВД "ЮЖНОЕ ТУШИНО" ГОР. МОСКВЫ

   3.5.5. Код подразделения  772-085

 

Форма № Р14001
Лист К заявления
страница 2

3.6. Адрес места жительства

3.6.1. В Российской Федерации (при отсутствии указывается место пребывания)

3.6.1.1. Почтовый индекс **125476**  3.6.1.2. Субъект Российской Федерации **77** (код)

3.6.1.3. Район (улус и т.п.)   Наименование района (улуса и т.п.)

3.6.1.4. Город (волость и т.п.)   Наименование города (волости и т.п.)

3.6.1.5. Населённый пункт (село и т.п.)   Наименование населённого пункта (села и т.п.)

3.6.1.6. Улица (проспект и т.п.)   Наименование улицы (проспекта и т.п.)
**УЛ**   **ВАСИЛИЯ ПЕТУШКОВА**

3.6.1.7. Дом (владение и т.п.)   Номер дома (владения и т.п.)   3.6.1.8. Корпус (строение и т.п.)   Номер корпуса (строения и т.п.)
**ДОМ**   **7**

3.6.1.9. Квартира (комната и т.п.)   **КВАРТИРА**   Номер квартиры (комнаты и т.п.)   **277**

3.6.2. За пределами территории Российской Федерации

3.6.2.1. Страна места жительства   (код)

3.6.2.2. Адрес места жительства

3.7. Контактный телефон   **+74952580909**







Сведения о заявителе

Форма № Р14001
Лист Р заявления
страница 1

1. Заявителем является

   **0 1**

   01 – руководитель постоянно действующего исполнительного органа
   02 – иное лицо, действующее от имени юридического лица без доверенности
   03 – лицо, действующее на основании полномочия, предусмотренного федеральным законом, актом специально уполномоченного на то государственного органа или актом органа местного самоуправления
   04 – физическое лицо - участник общества с ограниченной ответственностью
   05 – исполнитель завещания
   06 – нотариус
   07 – физическое лицо - учредитель (участник) ликвидированного юридического лица – участника общества с ограниченной ответственностью
   08 – руководитель постоянно действующего исполнительного органа юридического лица – участника общества с ограниченной ответственностью
   09 – иное лицо, действующее без доверенности от имени юридического лица – участника общества с ограниченной ответственностью
   10 – лицо, действующее на основании доверенности от имени юридического лица – участника общества с ограниченной ответственностью
   11 – руководитель постоянно действующего исполнительного органа юридического лица – правопреемника реорганизованного юридического лица – участника общества с ограниченной ответственностью
   12 – иное лицо, действующее без доверенности от имени юридического лица – правопреемника реорганизованного юридического лица – участника общества с ограниченной ответственностью
   13 – лицо, действующее на основании доверенности от имени юридического лица – правопреемника реорганизованного юридического лица – участника общества с ограниченной ответственностью
   14 – руководитель постоянно действующего исполнительного органа юридического лица – учредителя (участника) ликвидированного юридического лица – участника общества с ограниченной ответственностью
   15 – иное лицо, действующее без доверенности от имени юридического лица – учредителя (участника) ликвидированного юридического лица – участника общества с ограниченной ответственностью
   16 – лицо, действующее на основании доверенности от имени юридического лица – учредителя (участника) ликвидированного юридического лица – участника общества с ограниченной ответственностью

2. Сведения о юридическом лице, от имени которого действует заявитель

   2.1. ОГРН[1]  **1 1 7 7 7 0 0 0 0 0 8 5 1**    2.2. ИНН[2]  **7 7 0 4 3 8 6 6 9 9**

   2.3. Полное наименование
   **МОСКОВСКАЯ КОЛЛЕГИЯ АДВОКАТОВ «КВОРУМ»**

3. Сведения об управляющей организации

   3.1. ОГРН[1]                                   3.2. ИНН[2]

   3.3. Полное наименование

---

[1] Указывается в отношении российского юридического лица.
[2] В отношении иностранного юридического лица указывается при наличии.



 

Форма № Р14001
Лист Р заявления
страница 2

4. Сведения о заявителе

4.1. Фамилия, имя, отчество физического лица

4.1.1. Фамилия   ЖИДЧЕНКО

4.1.2. Имя   АНАСТАСИЯ

4.1.3. Отчество (при наличии)   НИКОЛАЕВНА

4.2. ИНН (при наличии)   773370211326

4.3. Сведения о рождении

4.3.1. Дата рождения   01.05.1984

4.3.2. Место рождения
Г. МОСКВА

4.4. Данные документа, удостоверяющего личность

4.4.1. Вид документа   21
(код)

4.4.2. Серия и номер документа   45 06 767232

4.4.3. Дата выдачи   31.03.2005

4.4.4. Кем выдан   РОВД "ЮЖНОЕ ТУШИНО" ГОР. МОСКВЫ

4.4.5. Код подразделения   772-085



 

4.5. Адрес места жительства

4.5.1. В Российской Федерации (при отсутствии указывается место пребывания)

4.5.1.1. Почтовый индекс   125476    4.5.1.2. Субъект Российской Федерации   77   (код)

4.5.1.3. Район (улус и т.п.)    Наименование района (улуса и т.п.)

4.5.1.4. Город (волость и т.п.)    Наименование города (волости и т.п.)

4.5.1.5. Населённый пункт (село и т.п.)    Наименование населённого пункта (села и т.п.)

4.5.1.6. Улица (проспект и т.п.)    Наименование улицы (проспекта и т.п.)
УЛ    ВАСИЛИЯ ПЕТУШКОВА

4.5.1.7. Дом (владение и т.п.)    Номер дома (владения и т.п.)    4.5.1.8. Корпус (строение и т.п.)    Номер корпуса (строения и т.п.)
ДОМ    7

4.5.1.9. Квартира (комната и т.п.)    КВАРТИРА    Номер квартиры (комнаты и т.п.)   277

4.5.2. За пределами территории Российской Федерации

4.5.2.1. Страна места жительства   (код)

4.5.2.2. Адрес места жительства

4.6. Контактные данные    4.6.1. Телефон   +74952580909

4.6.2. E-mail



5. Я *Жидченко Анастасия Николаевна*
(Фамилия, имя, отчество (при наличии) заявителя на русском языке)

подтверждаю, что:

- изменения, вносимые в государственный реестр, соответствуют установленным законодательством Российской Федерации требованиям;
- содержащиеся в заявлении сведения достоверны;
- согласие лица, не являющегося заявителем, на обработку его персональных данных, содержащихся в настоящем заявлении, имеется.

Мне известно, что в случае представления в регистрирующий орган недостоверных сведений, я несу ответственность, установленную законодательством Российской Федерации.

Прошу документы, подтверждающие факт внесения записи в Единый государственный реестр юридических лиц, или решение об отказе в государственной регистрации:

**2**
1 – выдать заявителю
2 – выдать заявителю или лицу, действующему на основании доверенности
3 – направить по почте

Подпись заявителя _____

6. Сведения о лице, засвидетельствовавшем подлинность подписи заявителя в нотариальном порядке

6.1. Лицом, засвидетельствовавшим подлинность подписи заявителя, является

**1**
1 – нотариус
2 – лицо, замещающее временно отсутствующего нотариуса
3 – должностное лицо, уполномоченное на совершение нотариального действия

6.2. ИНН лица, засвидетельствовавшего подлинность подписи заявителя   *7719765820004*

**Российская Федерация.**
**Город Москва.**
**Четырнадцатого февраля две тысячи восемнадцатого года.**
Я, Поспелова Наталия Николаевна, нотариус города Москвы, свидетельствую подлинность подписи гр.
**Жидченко Анастасии Николаевны.**
Подпись сделана в моем присутствии.
Личность подписавшего документ установлена.
Полномочия подписавшего документ проверены.
Зарегистрировано в реестре за № 77/851-н/77-2018- *3-464*
Взыскано государственной пошлины (по тарифу): 200 руб.
Уплачено за оказание услуг правового и технического характера: 1500 руб.

Н.Н. Поспелова



[1] Подлинность подписи заявителя должна быть засвидетельствована в нотариальном порядке.

