# EXHIBIT 5

**Deposit Insurance Agency**

Hotline
**8 800 200 08-05**
Toll-free inside Russia

Main / Procurement /

# Legal counsels

| No. No. | Name of entity | Accreditation period | Name of chief officer, position | Postal address | Tel., fax, e-mail |
|---|---|---|---|---|---|
| 1 | OOO Delo | 28.08.2019 | T.A. Soletskaya, CEO | Pudovkin 4/22 Kosmodamianskaya nab., bld. 4, Moscow, 115035 | 8-(495)-685-93-26, 8-(495)-685-93-27 onlydelo@mail.ru |
| 2 | Private legal practice of Pozdnyakov Aleksandr Petrovich | 24.01.2020 | A.P. Pozdnyakov, Attorney | 9 Obolenskiy pereulok, block 2, apt. 7, Moscow 111021 | 8-(985)-929-85-44 fax: 8-(499)-203-35-52 moskowadvokat@rambler.ru |
| 3 | Moscow Bar Bureau Quorum | 28.08.2019 | A.A. Pavlov, Managing Partner | 15 Borisoglebskiy, bld. 3, Moscow, 121069 | Tel./fax 8(495) 645-39-01, 8-(495)-645-39-02, ricevimento@qdmg.ru |
| 4 | Strategiya prava (law office) | 22.03.2018 | T.D. Koltsova, Director | 75 Fridrikha Engelsa, bld. 5, Moscow, 105182 | Tel./fax: 921-08-36 Uk152@lawconsult.ru |
| 5 | Yakovlev & Partners (law offices) | 22.03.2018 | A.Yu. Yakovlev, Chairman | 2 Bolshoi Kazenniy per., Moscow, 105062 | Tel./fax: (495) 956-29-92 (93) matec@aha.ru |
| 6 | ZAO GR Management | 22.03.2018 | M.S. Morozova, CEO | 1A Perviy Varshavskiy pr-d, Moscow, 115201 | Tel./fax (495) 641-53-76, info@grmanagement.ru |
| 7 | Yukov & Partners (law office) | 28.08.2019 | V.I. Yukova, Chairperson | 44 Baumanskaya, bld. 1, room 7, Moscow, 107045 | tel./fax 8-(495)-645-80-10 info@yukov.ru |
| 8 | GR Legal (law office) | 22.03.2018 | Ya.Yu. Sumina, Chairperson | 19 Smolchakova, bld. A, office 408-412, Saint-Petersburg, 194044 | tel./fax 7(812) 320-70-35, 7(911)964-24-60, sumina@gr-legal.ru |
| 9 | De-ure (law office) | 28.08.2019 | A.V. Filippov, Head | 4 Sharikopodshipnikovskaya, block 1 «A», office 401, Moscow, 115088 | tel./fax 8-(495)-786-68-35 info@de-ure.ru |
| 10 | For & Against (law office) | 28.08.2019 | N.V. Vedenkina, Chairperson | 19 Rozhdestvenskiy bulvar, Moscow, 107045. | tel./fax 8-(495)-621-59-31 office@forandagainst.ru natalivedenkina@gmail.com |

| # | Name | Date | Representative | Address | Contacts |
|---|---|---|---|---|---|
| 11 | YUST Law Firm | 28.08.2019 | Yu.S. Pilipenko, Board's Chairman | 43 Sivtsev Vrazhek per., Moscow, 119002 | tel./fax 8-(495)-795-32-72, 8-(495)-795-08-45, bolomatov@yust.ru, welcome@yust.ru |
| 12 | Pravovoi Alyans (Legal Alliance) (law office) | 25.08.2018 | A.S. Guldina, Chairperson | 3 Novoslobodskaya, bld. 3, office 200-1, Moscow, 127055 | Tel./fax: 8(495)911-68-89, alimova-gs@rambler.ru, alimova@moka24.ru, guldina@moka24.ru |
| 13 | Doctor prava (NCO, law office) | 22.03.2018 | I.V. Khizhnyak, Managing Partner | 12 Nikitskiy b-r, bld. 3, Moscow, 119019 | Tel./fax 8(495)287-7869, 8(495)287-7870, advprava@yandex.ru |
| 14 | OOO Vympel-Expert | 28.08.2019 | A.Kh. I, CEO | 29 Usacheva, block 9, Moscow, 119048 | tel./fax 8-(495)-416-33-34 law@vympel-a.ru |
| 15 | OOO NTP Group (consulting firm) | 28.08.2019 | Yu.V. Maksimenko, CEO | 24 Radio, block 1, office 604-605, Moscow, 105005 | tel./fax 8-(495)-921-37-71 ntp@ntpgroup.ru |
| 16 | OOO Sozidaniye i Razvitiye | 28.08.2019 | V.V. Koshelev, President | 5 Perviy Derbenevskiy per., bld. 2, office 202, Moscow, 115114 | tel./fax 8-(495)-411-94-19 info@sora-group.ru |
| 17 | OOO Tsentr pravovoi podderzhki | 28.08.2019 | G.I. Simonova, CEO | 111A Suvorova, office 206, Penza, 440000 | tel./fax 8-(8412)-68-47-83 centerpp@mail.ru |
| 18 | OOO Tsentr problem bankrotstva | 28.08.2019 | V.V. Belchenko, Director | 8-10 Gasheka, bld. 8, Moscow, 125047 | tel. (495) 544-50-78, incoming@bankrots.ru |
| 19 | OOO Ekspert | 28.08.2019 | I.L. Galatov, Director | 264 Pushkinskaya, Izhevsk, Udmurt Republic, 426008 | tel./fax 8-(3412)-43-90-05 ekspert_region18@mail.ru |
| 20 | OOO Yuridicheskiy tsentr: pravo i konsalting (Law Centre: Legal Advice and Consulting) | 28.08.2019 | A.N. Khardikova, Chief officer | 62 Plyushchikha, bld. 1, Moscow, 119121 | tel./fax 8-(495)-621-14-58 8-(495)-628-43-72 info@legal.msk.ru |
| 21 | OOO Vector prava | 22.03.2018 | A.M. Dronov, CEO | 3 Novoslobodskaya, bld. 3, office 200, Moscow, 127055 | Tel./fax: 8(495) 911-6889, starikova@vekprava.ru, starikoval@bk.ru, дronoy@vekpra va. ru, yuferov@vekprava.ru |
| 22 | OOO MIZERIKORD | 22.03.2018 | V.V. Bashkirtsev, CEO | 1A Perviy Varshavskiy pr-d, bld. 10, Moscow, 115201 | Tel./fax (495) 916-74-06 misericorde.llc@yandex.ru |
| 23 | OOO Real (industrial and production concern) | 22.03.2018 | G.G. Lyudkov, CEO | 264 Pushkinskaya, Udmurt Republic, Izhevsk, 426008 | Tel./fax: (3412)43-90-09 43-90-09 real@real.udm.ru |
| 24 | OOO Sovmestnaya uridicheskaya kompaniya | 22.03.2018 | O.V. Lynova, CEO | 9 Kashirskiy pr., block P.O. Box 76, Moscow, 115201 | tel./fax 8 (495) 258-2066, Sovurkom@bk.ru |
| 25 | OOO Uridicheskoe soprovozhdenie biznesa | 28.08.2019 | D.Z. Episheva, CEO | 16 Khalturina, Kursk, 305004 | tel./fax 8-(4712)-31-08-69 8-(4712)-56-79-07 u_s_b@list.ru |

List of accredited entities

# ПРИЛОЖЕНИЕ 5




Горячая линия
**8 800 200-08-05**
звонок по России бесплатный

Главная / Закупки /

# Юридические консультанты

| № п/п | Наименование организации | Срок действия аккредитации | Ф.И.О. руководителя, должность | Почтовый адрес | Телефон, факс, электронный адрес |
|---|---|---|---|---|---|
| 1 | ООО «Дело» | 28.08.2019 | Т.А. Солецкая, Генеральный директор | ул. Космодамианская наб., д. 4/22, стр. 4, г. Москва, 115035 | тел. 8-(495)-685-93-26, 8-(495)-685-93-27 onlydelo@mail.ru |
| 2 | Адвокатский кабинет адвоката Позднякова Александра Петровича | 24.01.2020 | А.П. Поздняков, Адвокат | Оболенский переулок, д.9, кор.2, кв.7, г. Москва, 111021 | 8-(985)-929-85-44 факс: 8-(499)-203-35-52 moskowadvokat@rambler.ru |
| 3 | Адвокатское бюро города Москвы «Кворум» | 28.08.2019 | А.А.Павлов, Управляющий партнер | Борисоглебский пер., д. 15, стр. 3, г. Москва,121069 | Тел./факс 8(495) 645-39-01, 8-(495)-645-39-02, ricevimento@qdmg.ru |
| 4 | Адвокатское бюро «Стратегия права» | 22.03.2018 | Т.Д. Кольцова, Директор | ул. Фридриха Энгельса, д.75, стр. 5, г. Москва, 105182 | Тел/факс: 921-08-36 Uk152@lawconsult.ru |
| 5 | Ассоциация адвокатов «Московская коллегия адвокатов «Яковлев и Партнёры» | 22.03.2018 | А.Ю. Яковлев, Председатель Московской коллегии адвокатов | Большой Казённый пер., д. 2, г. Москва, 105062 | Тел./факс: (495) 956-29-92 (93) matec@aha.ru |
| 6 | ЗАО «Джи Ар Менеджмент» | 22.03.2018 | М.С. Морозова, Генеральный директор | 1-й Варшавский пр-д, д. 1А, г. Москва, 115201 | Тел/факс (495) 641-53-76, info@grmanagement.ru |
| 7 | Коллегия адвокатов "Юков и Партнеры" | 28.08.2019 | В.И. Юкова, Председатель Коллегии адвокатов | ул. Бауманская, д. 44, стр. 1, комн. 7, г. Москва, 107045 | тел./факс 8-(495)-645-80-10 info@yukov.ru |
| 8 | Коллегия адвокатов города Москвы «Джи Ар Лигал» | 22.03.2018 | Я.Ю.Сумина, Председатель Коллегии адвокатов | ул. Смолячкова, д. 19, литер А, офис 408-412, г. Санкт-Петербург, 194044 | тел./факс 7(812) 320-70-35, 7(911) 964-24-60, sumina@gr-legal.ru |
| 9 | Московская городская коллегия адвокатов «Бюро адвокатов «Де-юре» | 28.08.2019 | А.В. Филиппов, Заведующий Московской городской коллегии адвокатов | ул. Шарикоподшипниковская, д. 4, корп. 1 «А», офис 401, г. Москва, 115088 | тел./факс 8-(495)-786-68-35 info@de-ure.ru |
| 10 | Московская коллегия адвокатов «За и Против» | 28.08.2019 | Н.В. Веденкина, Председатель Московской | Рождественский бульвар, д. 19, г. Москва, 107045 | тел./факс 8-(495)-621-59-31 office@forandagainst.ru nataliveденkina@gmail.com |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | коллегии адвокатов |
| 11 | Московская коллегия адвокатов «Юридическая фирма «ЮСТ» | 28.08.2019 | Ю.С. Пилипенко, Председатель Совета Московской коллегии адвокатов | пер. Сивцев Вражек, д. 43, г. Москва, 119002 | тел./факс 8-(495)-795-32-72, 8-(495)-795-08-45, bolomatov@yust.ru, welcome@yust.ru |
| 12 | Московская областная коллегия адвокатов «Правовой альянс» | 25.08.2018 | А.С.Гульдина, Председатель коллегии | ул. Новослободская, д. 3, стр. 3, офис 200-1, г. Москва, 127055 | Тел./факс: 8(495) 911-68-89, alimova-gs@rambler.ru, alimova@moka24.ru, guldina@moka24.ru |
| 13 | Некоммерческая организация Адвокатское бюро «Доктор права» г. Москвы | 22.03.2018 | И.В. Хижняк, Управляющий партнер | ул. Никитский б-р, д. 12, стр. 3, г. Москва, 119019 | Тел./факс 8(495)287-7869, 8(495)287-7870, advprava@yandex.ru |
| 14 | ООО "Вымпел-Эксперт" | 28.08.2019 | А.Х. И, Генеральный директор | ул. Усачева, д. 29, корп. 9, г. Москва, 119048 | тел./факс 8-(495)-416-33-34 law@vympel-a.ru |
| 15 | ООО "Консалтинговая компания "НТП Груп" | 28.08.2019 | Ю.В.Максименко, Генеральный директор | ул. Радио, д. 24, корп. 1, оф. 604-605, г. Москва, 105005 | тел./факс 8-(495)-921-37-71 ntp@ntpgroup.ru |
| 16 | ООО "Созидание и Развитие" | 28.08.2019 | В.В. Кошелев, Президент | 1-й Дербеневский пер., д. 5, стр. 2, офис 202, г. Москва, 115114 | тел./факс 8-(495)-411-94-19 info@sora-group.ru |
| 17 | ООО "Центр правовой поддержки" | 28.08.2019 | Г.И. Симонова, Генеральный директор | ул. Суворова, д. 111А, офис 206, г. Пенза, 440000 | тел./факс 8-(8412)-68-47-83 centerpp@mail.ru |
| 18 | ООО "Центр проблем банкротства" | 28.08.2019 | В.В. Бельченко, Директор | ул. Гашека, д. 8-10, стр. 8, г. Москва, 125047 | тел.(495) 544-50-78, incoming@bankrots.ru |
| 19 | ООО "Эксперт" | 28.08.2019 | И.Л. Галатов, Директор | ул. Пушкинская, д. 264, г. Ижевск, Удмуртская республика, 426008 | тел./факс 8-(3412)-43-90-05 ekspert_region18@mail.ru |
| 20 | ООО "Юридический центр: право и консалтинг" | 28.08.2019 | А.Н. Хардикова, Исполнительный директор | ул. Плющиха, д. 62, стр. 1, г. Москва, 119121 | тел./факс 8-(495)-621-14-58 8-(495)-628-43-72 info@legal.msk.ru |
| 21 | ООО «Вектор права» | 22.03.2018 | А.М. Дронов, Генеральный директор | ул. Новослободская, д. 3, стр. 3, офис 200, г. Москва, 127055 | Тел./факс: 8(495) 911-68-89, starikova@vekprava.ru, starikoval@bk.ru, dronov@vekprava.ru, yuferov@vekprava.ru |
| 22 | ООО «МИЗЕРИКОРД» | 22.03.2018 | В.В. Башкирцев, Генеральный директор | 1-й Варшавский пр-д, д. 1А, стр. 10 РФ, г. Москва, 115201 | Тел/факс (495) 916-74-06 misericorde.llc@yandex.ru |
| 23 | ООО «Промышленно-производственный концерн «Реал» | 22.03.2018 | Г.Г. Людков, Генеральный директор | ул. Пушкинская, д. 264, Удмуртская республика, г. Ижевск, 426008 | Тел/факс: (3412)43-90-09 43-90-09 real@real.udm.ru |
| 24 | ООО «Совместная юридическая компания» | 22.03.2018 | О.В. Лынова, Генеральный директор | Каширский пр., д.9, корп. 1, а/я 76, г. Москва, 115201 | Тел/факс 8 (495) 258-20-66, Sovurkom@bk.ru |
| 25 | ООО «Юридическое сопровождение бизнеса» | 28.08.2019 | Д.З. Епишева, Генеральный директор | ул. Халтурина, д. 16, г. Курск, 305004 | тел./факс 8-(4712)-31-08-69 8-(4712)-56-79-07 u_s_b@list.ru |

[Список аккредитованных организаций](#)