# EXHIBIT 6

# ПРИЛОЖЕНИЕ 6

| ОАО АКБ «Пробизнесбанк | JSC "Probusinessbank" |
|---|---|
| 119285, Россия, г. Москва, | 3 Pudovkina street, Moscow |
| ул. Пудовкина, д.3 | Russia 119285 |

«11» августа 2015 г | 11 August 2015

Уважаемые господа, | Dear Sirs,

Вчера 10 августа 2015 г мы получили от вас поручения на вывод активов со счета. | Yesterday, 10 August 2015 we received your orders for the withdrawal of the assets from the account.

Настоящим сообщаем, что мы не имеем возможности исполнить данные поручения на вывод активов по причине того, что данные активы заблокированы по обязательствам ОАО АКБ «Пробизнесбанк» (далее – «Банк») перед Otkritie Capital International Limited (далее – «Компания»), а также в качестве обеспечения по обязательствам третьих лиц. | We hereby inform you that we cannot to fulfil these orders for the withdrawal of assets on the grounds that the assets are blocked as collateral to secure obligations of the Bank "Probusinessbank" (hereinafter - the "Bank") to Otkritie Capital International Limited (hereinafter - the "Company"), as well as to secure for the obligations of third parties.

А именно, Банк предоставил поручительство (далее – «Гарантия»), по которому Банк обязался перед Компанией безусловно отвечать за исполнением обязательств компанией Ambika Investments Limited (далее – Должник) всем обязательств перед Компанией. | In particular, the Bank provided a guarantee (hereinafter - the "Guarantee"), under which the Bank has undertaken the responsibility to the Company for the fulfilment of obligations by Ambika Investments Limited (hereinafter - the "Debtor") all obligations to the Company.

Информируем, что по состоянию на 10 августа 2015 года стоимость активов на счетах Банка составляет: | Please be informed that as of 10 August 2015 the value of assets in the accounts of the Bank are as follows:

| № счета/Account Number | Требования/Обязательства / Claims/ Liabilities | Оценка в долларах США/ Value in USD |
|---|---|---|
| Обобщенная информация по всем счетам/ Summarized information on all accounts | Доступное обеспечение / Collateral | -434 572 302.06 |
| | Обязательства по различным операциям / Other Liabilities | -96 316 038.75 |
| | Требуемое гарантийное обеспечение / Required Initial Margin | -27 376 800.00 |
| | Гарантийные обязательства за Должника / Guarantee to the Borrower | -266 487 750.04 |
| | Избыток/Дефицит / Surplus/Deficit | 44 391 713.26 |
| PB1227 | Доступное обеспечение/ Collateral | 91 916 622.55 |
| | Обязательства по операциям СВОП/ Liabilities under SWAP transactions | -79 851 958.75 |
| | Требуемое гарантийное обеспечение/ Required Initial Margin | -12 673 600.00 |
| | Избыток/дефицит/ Surplus/Deficit | -608 936.20 |

| | | |
|---|---|---:|
| DPR2142 | Доступное обеспечение/ Collateral | 33 485 518.60 |
| | Нереализованный убыток / Unrealised Loss | -16 464 080.00 |
| | Требуемое гарантийное обеспечение / Required Initial margin | -14 703 200.00 |
| | Избыток/дефицит / Surplus/ Deficit | 2 318 238.60 |
| PB1594 | Доступное обеспечение/ Collateral | 307 863 224.12 |
| | Обязательства / Liabilities | 0.00 |
| | Требуемое гарантийное обеспечение/ Required Initial margin | 0.00 |
| | Избыток/дефицит / Surplus/Deficit | 307 863 224.12 |
| PB7202 | Доступное обеспечение/ Collateral | 1 306 936.79 |
| | Обязательства / Liabilities | 0.00 |
| | Требуемое гарантийное обеспечение/ Required Initial margin | 0.00 |
| | Избыток/дефицит / Surplus/Deficit | 1 306 936.79 |
| AM0280 | Доступное обеспечение/ Collateral | 517 968.90 |
| | Обязательства по выплате процентов / Interest expenses due to Broker | -2 150 740.05 |
| | Обязательства по сделкам РЕПО / Liabilities under REPO transactions | -213 023 556.78 |
| | Требуемое гарантийное обеспечение/ Required Initial margin | -51 831 422.11 |
| | Избыток/дефицит / Surplus/Deficit | -266 487 750.04 |

Необходимо принять во внимание, что Компания учитывает ценные бумаги Банка в качестве обеспечения с дисконтом, принимая во внимание динамику изменения стоимости ценных бумаг на рынке. Просим учесть, что в виду изменения котировок на рынке ценных бумаг и валютном рынке, стоимость активов Банка меняется ежедневно.

Please note that the Company takes into account the Bank's securities as collateral at a discount, taking into account the dynamics of changes in the value of securities in the market. Please note that in view of the changes in quotations on the securities market and the foreign exchange market, the value of the Bank's assets is changing daily.

С уважением,

Горвард Снел
Директор
Otkritie Capital International Limited

Kind regards,

Howard Snell
Director
Otkritie Capital International Limited