# EXHIBIT 7

# ПРИЛОЖЕНИЕ 7

OTKRITIE | CAPITAL INTERNATIONAL LIMITED

| ОАО АКБ «Пробизнесбанк 127051, Россия, г. Москва, ул. Петровка, д.18/2, стр. 1 | JSC "Probusinessbank" 18/2, bld 1, Petrovka street, Moscow Russia 127051 |

«15» сентября 2015 г

«15» September 2015

Уважаемые господа,

Dear Sirs,

На Ваш запрос от 11.09.2015 о предоставлении договора залога, заключенного с ОАО АКБ «Пробизнесбанк» (далее – «Пробизнесбанк») сообщаем следующее.

We hereby inform you of the following in response to your request of September 11, 2015 on submission of the collateral agreement with JSC Probusinessbank (hereinafter referred to as "Probusinessbank"):

Открытие Капитал Интернэшнл Лимитед (Otkritie Capital International Limited) (далее – «OCIL») является авторизованной инвестиционной фирмой, учрежденной в Великобритании и регулируемой Управлением по финансовой этике (Financial Conduct Authority, FCA), британским регулятором финансовых рынков и услуг.

Otkritie Capital International Limited (hereinafter referred to as "OCIL") is an authorized investment firm established in the United Kingdom and governed by the Financial Conduct Authority (FCA), the British authority for financial markets and services

Пробизнесбанк открыл в OCIL 4 счета на основании присоединения к Общим условиям ведения бизнеса и оказания услуг OCIL (Terms of Business) (далее - «Общие условия»). По условиям Общих условий Пробизнесбанк передал титул на все активы в пользу OCIL с целью обеспечения всех своих обязательств перед OCIL, в том числе по сделкам, которые OCIL заключает по поручению Пробизнесбанка, а также по иным договорам, заключенным между Пробизнесбанк и OCIL.

Probusinessbank has opened 4 accounts with OCIL based on joining the OCIL Terms of Business (hereinafter referred to as the "General Terms"). Under the General Terms Probusinessbank has transferred to OCIL the title to all assets as collateral for Probusinessbank's obligations towards OCIL, including those under transactions concluded by OCIL on behalf of Probusinessbank, as well as under other agreements entered into between Probusinessbank and OCIL.

Пробизнесбанк предоставил поручительство (далее – «Гарантия»), по которому Пробизнесбанк обязался перед OCIL безусловно отвечать за исполнением компанией Ambika Investments Limited (далее – «Должник») всех обязательств перед OCIL. OCIL с ведома Пробизнесбанк заключал сделки займа ценных бумаг и репо с

Probusinessbank has given a guarantee (hereinafter referred to as the "Guarantee") under which Probusinessbank undertakes to be unconditionally liable to OCIL for the fulfillment by Ambika Investments Limited (hereinafter referred to as the "Debtor") of its obligations to OCIL. OCIL has concluded securities loans and repo transactions with the

12th Floor, 88 Wood Street,
London, EC2V 7RS, UK

P. +44 (0) 207 8268200
F. +44 (0) 207 8268201
www.capital.otkritie.com

Otkritie Capital International Limited is authorised and regulated by the UK Financial Conduct Authority ("FCA") (FRN 225539)

| | |
|---|---|
| Должником. Должник также является клиентом OCIL. | Debtor with Probusinessbank's consent. The Debtor is a client of OCIL as well. |
| Считаем должным указать, что сделки займа ценных бумаг и репо под обеспечение Гарантии от Пробизнесбанк заключались неоднократно начиная с 29.11.2012. | We find it necessary to mention that the securities loans and repo transactions secured by Probusinessbank's Guarantee have been repeatedly concluded starting from November 29, 2012. |
| OCIL ведет внутреннюю проверку по данному делу с анализом почты работников, и предоставит информацию о лицах, участвовавших в переговорах со стороны Пробизнесбанка. | OCIL is carrying out an internal investigation with respect to this issue, including the analysis of the employees' mail. OCIL will inform you of individuals participating in the negotiations from Probusinessbank. |

Приложение / Attachments:

1. Общие условия ведения бизнеса и оказания услуг OCIL / Terms of Business for Professional Clients for Eligible Counterparties (http://www.otkritie-capital.com/common/img/uploaded/PDF-files1/osl/ToB_version-A.pdf);
2. Договор гарантии Пробизнесбанка за Должника / Deed of guarantee of Probusinessbank for Ambika Investments Limited;
3. TBMA/ISMA Генеральное соглашение по сделкам репо от 16.01.2013 между OCIL и Должником / TBMA/ISMA Global master repurchase agreement dated 16.01.2013 between OCIL and the Debtor;
4. Генеральное соглашение займа ценных бумаг №1/MLA от 11.03.2014 между OCIL и Должником /Loan agreement №1/MLA dd 11.03.2014 between OCIL and the Debtor;
5. Подтверждения по договору займа ценных бумаг между OCIL и Должником / Loan Confirmations between OCIL and the Debtor:
   - №219400245-1 от 27.07.2015;
   - №219400239-1 от 27.07.2015;
   - №219400241-1 от 27.07.2015;
   - №219400203-1 от 27.07.2015;
   - №219400205-1 от 27.07.2015;
   - №219213336-1 от 24.07.2015;
   - №219151999-1 от 23.07.2015;
   - №219148909-1 от 23.07.2015;
   - №219151997-1 от 23.07.2015;
   - №219444994-1 от 28.07.2015;

6. Подтверждения по договору репо между OCIL и Должником / REPO Confirmations between OCIL and the Debtor:
   - №219152572-1 от 23.07.2015;
   - №219152574-1 от 23.07.2015;
   - №219152576-1 от 23.07.2015;
   - №219213338-1 от 24.07.2015;
   - №5010333 от 27.07.2015;
   - №5010394 от 27.07.2015;
   - №5010245 от 27.07.2015;
   - №5010499 от 27.07.2015;
   - №5010414 от 27.07.2015;
   - №219444996-2 от 28.07.2015;

7. Соглашение о гарантии Пробизнесбанка за Должника от 29.11.2012 / Guarantee Agreement of Probusinessbank for the Debtor as of 29.11.2012;
8. Соглашение о гарантии Пробизнесбанка за Должника от 20.12.2012 / Guarantee Agreement of Probusinessbank for the Debtor as of 20.12.2012;
9. Соглашение о гарантии Пробизнесбанка за Должника от 15.03.2013 / Guarantee Agreement of Probusinessbank for the Debtor as of 15.03.2013
10. Изменения к Общим условиям ведения бизнеса и оказания услуг OCIL (Гарантия Пробизнесбанка за Должника) от 29.11.2012 / Amendments to Terms of Business for Professional Clients for Eligible Counterparties (Guarantee of Probusinessbank for the Debtor as of 29.11.2012);
11. Изменения к Общим условиям ведения бизнеса и оказания услуг OCIL (Гарантия Пробизнесбанка за Должника) от 20.12.2012 / Amendments to Terms of Business for Professional Clients for Eligible Counterparties (Guarantee of Probusinessbank for the Debtor as of 20.12.2012);
12. Изменения к Общим условиям ведения бизнеса и оказания услуг OCIL (Гарантия Пробизнесбанка за Должника) от 15.03.2013 / Amendments to Terms of Business for Professional Clients for Eligible Counterparties (Guarantee of Probusinessbank for the Debtor as of 15.03.2013).

С уважением / Kind regards,
Горвард Снел / Howard Snell
Директор / Director
Otkritie Capital International Limited