# EXHIBIT 8

# ПРИЛОЖЕНИЕ 8



**BROKERCREDITSERVICE (CYPRUS) LIMITED**
Suite 2, 2nd Floor, Geopyxis Center, 168 Makariou III
Avenue 3027 Limassol, Cyprus
Tel. +357 25 822734 Fax. +357 25 822735
www.bcscyprus.com

Commercial Bank
'Probusinessbank'
JSCB

18/2 Petrovka Street
127051 Moscow
Russia

Via e-mail: bank@prbb.ru
FAO Mr Alexander Zheleznyak
  Director

Dear Sirs,

**Re:** Terms of Business for Professional Clients and Eligible Counterparties entered into between BrokerCreditService (Cyprus) Limited and Commercial Bank 'Probusinessbank' JSCB on 29 March 2013, as amended in the Amendment dated 12 April 2013 (the 'Terms of Business')

We refer to the Terms of Business. Terms defined in the Terms of Business have the same meaning in this letter.

Subject to the Terms of Business you have agreed to unconditionally and irrevocably guarantee to us full payment and discharge by the Borrower of all of its obligations (Section I clause 2) and have authorised us to take Collateral as we may from time to time require with a view to secure or otherwise cover the Indebtedness (Section I clause 8). The Collateral has been defined to include cash funds (Section I Definition of Collateral). When we take cash as Collateral, full ownership of that cash is transferred to us on condition that we will transfer to you Equivalent when any and all Liabilities to us have been unconditionally and irrevocably paid and discharged in full (Section I clause 8). Before that, your right to call for the delivery of Equivalent is conditional upon you providing us with other assets we agree to accept as Collateral (Section I clause 8).

Yours faithfully,

Signed by Ms Olha Sidleruk
for and on behalf of
BrokerCreditService (Cyprus) Limited            ............................................
                                                Director

1