# EXHIBIT 9

# ПРИЛОЖЕНИЕ 9



BROKERCREDITSERVICE (CYPRUS) LIMITED
Spyrou Kyprianou &1 Oktovriou, 1
VASHIOTIS KALANDE OFFICES, 1st floor
Mesa Geitonia, 4004 Limassol, Cyprus
Tel. +357 25 822734 Fax. +357 25 822735
www.bcscyprus.com
CySEC Licence KEPEY 048/04

The Deposit Insurance Agency
Interim Bankruptcy Trustee for
Commercial Bank "Probusinessbank" JSCB

18/2 bld 1 Petrovka str.
127051 Moscow
Russia

FAO Mr Bednin

09 November 2015

Dear Mr Bednin,

We refer to your letter dated 15 October 2015 N BA-1-21380 ('the Letter').

We thank you for giving notice on revocation of the powers and authority to act on behalf of Commercial Bank "Probusinessbank" JSCB ('the Bank') with effect from 12 August 2015 which we have duly noted.

Regarding information you requested in your Letter under point 1 be kindly advised that subject to the contract entered into between us and the Bank we agreed to open and maintain an account or accounts in the name of the Bank on our internal books and records. No account(s) has been arranged to be opened in the name of the Bank with any nominee, depositary or securities registrar.

Regarding information you requested in your Letter under point 5 be kindly advised that we may disclose this information to you only to the extent this information is reasonably necessary to determine liabilities owed to us by the Bank under the contract.

Regarding information you requested in your Letter under point 6, 7 and 8 be kindly advised that we may not submit this information to your attention (except legal advice we received) unless instructed by Merrianol Investments Limited or required to do so by the competent regulator or a court order enforceable in Cyprus.

Disclosure you requested would otherwise constitute an offense under section 18 of the Law N 144(I)/2007 (as expended in section 10 of the CySEC Directive DI144-2007-01) and amount to breach of contract.

We provide you copies of the legal opinion issued to us by each Clifford Chance CIS Limited and Michael Kyprianou&Co LLC. The opinion by Clifford Chance CIS Limited has been redacted to matters referred to in your Letter.

On a separate note, we kindly remind you that we await receiving your instructions to return to you cash balances held in the Bank's account with us.

Apart from the above, be kindly informed that the registered office of BrokerCreditService (Cyprus) Limited has recently been changed. The new registered office of the company is at Spyrou Kyprianou &1 Oktovriou, 1, VASHIOTIS KALANDE OFFICES, 1st floor, Mesa Geitonia, 4004, Limassol, Cyprus. We would appreciate you cite the correct address in all correspondence.

Finally, we would reiterate we remain at your disposal and would be happy to provide further clarification, if required.

Yours faithfully,

Signed by Ms Olha Sidleruk
for and on behalf of
BrokerCreditService (Cyprus) Limited

Managing Director

*Enclosed: Copy documents bundle, 615 pages.*