# EXHIBIT 10

# ПРИЛОЖЕНИЕ 10


Bank of Russia

Online reception

# Press Service

**The Central Bank of the Russian Federation (Bank of Russia)**

**Press Service**

12 Neglinnaya Street, Moscow, 107016 Russia;
www.cbr.ru

**Information Notice**

## On results of inspection of financial standing of JSC JSCB Probusinessbank

During the examination of financial standing of JSC JSCB Probusinessbank its provisional administration found out that the management of this credit institution had carried out large-scale transactions bearing the evidence of moving out the assets from the bank.

For example, when placing the securities for storage in non-resident depositories, the bank concealed from the supervision authority the fact of their encumbrance and guarantees in favour of those non-resident companies which had obligations before the said depositaries as regards the funds received from them. As a result, in the wake of non-resident companies' failure to fulfill their obligations the bank lost its rights to highly liquid securities of a total balance value worth at least 12.2 billion rubles.

Besides, the bank placed the funds worth 8.4 billion rubles in the securities (participation shares) that lacked market quotations, rating and trading volume.

The examination also revealed that the bank's assets worth at least 10.3 billion rubles were represented with loans to several shell companies and interbank loans which served as a security for loans provided by counterparties and correspondent banks to third parties.

Also, the correspondent credit institutions didn't confirm their obligations before JSC JSCB Probusinessbank worth 3.4 billion rubles.

Under these circumstances, on 19 August 2015, the Bank of Russia filed an application to the Court of Arbitration of the city of Moscow to recognise JSC JSCB Probusinessbank insolvent (bankrupt) and initiate receivership.

The Bank of Russia submitted information on the financial transactions bearing the evidence of criminal offence conducted by the former management and owners of JSC JSCB Probusinessbank to the Prosecutor General's Office of the Russian Federation, the Russian Interior Ministry and the Investigative Committee of the Russian Federation for consideration and procedural decision making.

*16 October 2015*

*The reference to the Press Service is mandatory if you intend to use this material.*



© Bank of Russia, 2000–2018

Address: 12 Neglinnaya Street, Moscow, 107016 Russia
tel.: +7 495 771-91-00, fax: +7 495 621-64-65