# EXHIBIT 11

Central bank has uncovered a massive leak of the Probusinessbank assets

Finances, October 16, 2015, 18:08

91 101

Central bank has uncovered a massive leak of the Probusinessbank assets

According to the Central Bank, examination of Probusinessbank's financial standing revealed major transactions aimed at dissipating the bank's assets. The Russian regulator estimated that the bank's management caused damage amounting to over 34 billion roubles.



Photograph by: Oleg Yakovlev / RBC

Temporary administration introduced in Probusinessbank by the Central Bank found a series of transactions that can be attributed to the dissipation of assets. The regulator reported that the management deposited securities with foreign depositary institutions and did not disclose information about their encumbrance. These securities were highly liquid, with value of RUB 12.2 bn. The bank used the securities in order to grant sureties to non-resident (foreign) companies that took loans that were secured by pledge of said securities from the foreign depositories. The foreign companies eventually did not repay their debts to the depositories.

In addition, upon the information received by the Central Bank, the bank invested RUB 8.4 bn in securities without any market quotations, rating, and traded value. As the Central Bank's report goes, "Investigation revealed that the bank's assets totalling at least RUB 10.3 bn were loaned to sham companies and provided as interbank loans that served as security (collateral) for the loans granted by contracting parties and correspondent banks to third parties."

Furthermore, the temporary administration discovered that the bank had unconfirmed liabilities to other credit institutions totalling RUB 3.4 bn.

The Central Bank introduced the administration represented by the Deposit Insurance Agency and revoked the bank's license on August 7 and August 12, 2015 respectively. As of the revocation date, the bank ranked 51st among Russian banks based on its total assets.

On August 19, 2015, the Central Bank filed a bankruptcy claim with the Arbitrazh Court of Moscow and submitted relevant information about the management's actions to law enforcement agencies. RBC's sources in Probusinessbank said that Sergey Leontiev, main shareholder and chairman of the board of directors, stopped showing up in the offices after the revocation of license. A banker explained that Leontiev left the country.

The Central Bank estimated in mid-August that the gap between assets and liabilities amounted to RUB 67 bn. It also called some of the bank's assets fictitious. Namely, securities with foreign depositories, unsecured letters of credit devoid of any evident commercial logic, time transactions with financial instruments, and "transactions from which it is impossible to determine the real value of the assets". According to the Central Bank, almost half of Probusinessbank's securities (20 out of 46.2 billion roubles) was encumbered; the securities were deposited with a foreign depository. As of mid-September, the 'hole' in the bank's balance sheet reduced to RUB 40 bn., told Vedomosti Mikhail Sukhov, deputy president of the Central Bank.

DIA's representative previously told RBC that Probusinessbank's assets and liabilities were transferred to Binbank. According to the representative, the assets included RUB 24 bn worth of individual deposits, a portion of Probusinessbank's assets in the form of receivables (claims) under credit contracts, letters of credit, …urities, real-estate, and cash.

It was unknown until now whether the securities recognized on Probusinessbank's balance sheet, which constitute 1/3 of its assets, are actually existent. Securities of RUB 14 bn (with total portfolio of RUB 44 bn) are federal loan bonds (OFZ bonds) and other government obligations (liabilities). However, most of the portfolio was shares and bonds of Russian and foreign banks and entities. In late 2014, Fitch raised concerns in connection with this portfolio. The agency said that the bank used securities worth only 3 billion roubles in repurchase transactions, when their nominal value at the time was 47 billion roubles.

Author: Albert Koshkarov.
Tags: Probusinessbank, Central Bank, depository

# ПРИЛОЖЕНИЕ 11

ЦБ раскрыл масштабную операцию по выводу активов Пробизнесбанка
Финансы, 16 окт 2015, 18:08
91 101
ЦБ раскрыл масштабную операцию по выводу активов Пробизнесбанка
Проверка финансового состояния Пробизнесбанка выявила крупномасштабные операции по выводу активов банка, сообщил ЦБ на своем сайте. Регулятор оценил ущерб от действий руководства банка более чем в 34 млрд руб.



Фото: Олег Яковлев / РБК

Временная администрация ЦБ выявила в Пробизнесбанке целый ряд операций с ценными бумагами, которые имеют признаки вывода активов. Так, согласно сообщению регулятора, руководство банка размещало на хранение в депозитариях-нерезидентах ценные бумаги, при этом скрывая информацию об их обременении. Речь идет о высоколиквидных бумагах на 12,2 млрд руб. Банк выдавал поручительства по этим бумагам в пользу компаний-нерезидентов, которые кредитовались иностранных депозитариях под залог этих бумаг. Обязательства перед депозитариями компаниями-нерезидентами выполнены не были.

Кроме того, по информации ЦБ, банк размещал денежные средства в сумме 8,4 млрд руб. в ценные бумаги, не имеющие рыночных котировок, рейтинга и объема торгов. «В ходе обследования также установлено, что активы банка на сумму не менее 10,3 млрд руб. представлены кредитами ряду технических компаний и межбанковскими кредитами, служившими обеспечением по ссудам, предоставленным контрагентами и банками-корреспондентами третьим лицам», — говорится в сообщении ЦБ.

Кроме того, временная администрация выявила в активах банка наличие неподтвержденных обязательств на 3,4 млрд руб перед другими кредитными организациями.

Временная администрация АСВ была назначена в Пробизнесбанк 7 августа 2015 года, а 12 августа ЦБ лишил банк лицензии. На момент отзыва лицензии Пробизнесбанк занимал 51-е место по размеру активов среди банков России.

19 августа ЦБ подал иск в Арбитражный суд Москвы о признании Пробизнесбанка банкротом, а также направил информацию о деятельности руководства банка в правоохранительные органы. Источники РБК в Пробизнесбанке тогда сообщили, что после отзыва лицензии основной акционер и глава совета директоров банка Сергей Леонтьев перестал появляться в офисе. По словам одного из банкиров, Леонтьев уехал за рубеж.

В середине августа ЦБ оценивал разрыв между стоимостью активов и обязательств в 67 млрд руб. Регулятор счел ряд активов банка фиктивными: ценные бумаги в иностранных депозитариях, необеспеченные аккредитивы, не имеющие очевидного экономического смысла, срочные сделки, а также «операции, характер которых не позволяет определить действительную стоимость активов». По информации ЦБ, почти половина бумаг Пробизнесбанка (20 млрд руб. из 46,2 млрд руб.) находилась под обременением (бумаги хранились в зарубежном депозитарии). По данным на середину сентября, размер дыры сократился до 40 млрд руб., рассказал «Ведомостям» зампред ЦБ Михаил Сухов.

Активы и обязательства Пробизнесбанка были переданы Бинбанку, в частности, вклады физлиц на сумму 24 млрд руб. и часть имущества Пробизнесбанка в виде прав требования по кредитным договорам, аккредитивов, ценных бумаг, объектов недвижимости и денежных средств, говорил ранее РБК представитель АСВ.

До сих пор было неизвестно, есть ли физически ценные бумаги, которые числятся на балансе Пробизнесбанка и составляют треть его активов. Ценные бумаги на сумму более 14 млрд руб. при общем портфеле 44 млрд руб. — это ОФЗ и другие государственные обязательства. Но большая часть портфеля ценных бумаг — это акции и облигации российских и иностранных банков и компаний. Именно этот пакет в конце 2014 года вызвал вопросы у агентства Fitch, которое указывало на то, что при номинальной стоимости ценных бумаг 47 млрд руб. (на тот момент) для сделок РЕПО банк использует бумаги только на 3 млрд руб.

Автор: Альберт Кошкаров.
Теги: Пробизнесбанк , ЦБ , депозитарий

✕

Ваш браузер устарел
Пожалуйста, обновите его или установите новый.
Ваш браузер не обновлялся уже несколько лет. За это время некоторые сайты стали использовать новые технологии, которые он не поддерживает и не может корректно отобразить страницу. Чтобы это исправить, попробуйте установить новый браузер.