# EXHIBIT 15

*Life* time not yet come.
Newspaper № 145 (2162) (1408) Society, August 14, 2015, 00:25 41

## *Life* time not yet come.
Sergey Leontiev stopped showing up in the office



Photo: Kommersant

Th[e] sources in the Bank informed RBK that Main shareholder and Chairman of the board of the Directors of Probusinessbank not appearing in the office. One out of these so[urce]s telling that Leontiev may go abroad and refer to the hint given by the banker in the personal blog.

Sergey Leontiev who is owning (through Alivikt offshore Company) 52.9% of the shares of Probusinessbank (the bank license of the Bank was revoked on Wednesday, August 12) not appearing in the Bank. "I have not seen him from last week", informed RBK a top manager of the Bank. Another employee informed that he had seen Leontiev on Tuesday. The third employee is telling, "after the revocation of the bank license his assistants said that he sank into a depression, did not want to communicate with anyone and there are rumours in the Bank that he went abroad, probably to Singapore". Although the source close to the Bank declaring that Leontiev staying in Europe nowadays.

Reception office of the Bank informed RBK "he is in the office room" but refused to connect to his phone, due to "tight busy agenda". His assistant, Ksenia Koycheva promised that she would sent a photo of Leontiev, sitting in his office room to confirm the availability, but did not do it and stopped taking a phone calls. Press Service of Probusinessbank refuse to comment an information related to location of Leontiev. Head of the Management Board of the LIFE Group and a shareholder of Probusinessbank Aleksandr Zheleznyak stopped taking phone calls yesterday.

Earlier Leontiev hinted in internal bank blog that he may left Russia that the information to which Banki.ru portal is referring. Leontiev wrote, "Russia has not grown up to the level whenever such financial groups like LIFE may function properly". "Probably, *Life's* time not yet come in this country. Though over the next 50 years I will do LIFE in other parts of the world".

On August 12, Central Bank of Russian Federation revoked the bank license. Deputy Chairman of Central Bank of Russian Federation Mikhail Sukhov told that liability of the Bank exceeding at assets of the Bank in the amount not less than RUB 67 billion and arising from different financial assets having signs of fictitious assets. To the fictitious assets were referred securities in foreign depositories, financial claims for foreign pseudo-bank, unsecured letters of credit having no obvious economic value, clearly fictitious forward contract, etc.

The similar situation happened to main owner of RUSSIAN CREDIT - Anatoly Motylev; although his employees lose his sight a day before a bank license was revoked from this bank (the revocation took place of Friday, July 24). "After meeting in Central Bank late in the evening, Motylev called to the bank managers and said

that he could agree with the Central bank the issue with the bank resolution and after that no one has seen or heard Motylev", told RBK the source, which was close to the management team of this bank. Deputy Chairman of Central Bank of Russian Federation Mikhail Sukhov evaluated negative capital of 4 Motylev's banks in the amount not less than RUB 50 billion.

Actually, going abroad to the bankers as soon as they are facing problems rather popular. The same way used beneficiaries of MEZHPROMBANK Sergey Pugachev, BANK OF MOSCOW Andrey Borodin, TRUST Andrey Borodin and many others.

Author: Tatyana Aleshkina

# ПРИЛОЖЕНИЕ 15

09.02.2018 «Время «Лайф» еще не пришло» :: Общество :: Газета РБК

Газета
«Время «Лайф» еще не пришло»
Газета № 145 (2162) (1408) Общество, 14 авг 2015, 00:25
41
«Время «Лайф» еще не пришло»
Сергей Леонтьев перестал появляться в офисе



Фото: Коммерсантъ

...новной акционер и глава совета директоров Пробизнесбанка Сергей Леонтьев не появляется в офисе, рассказали три источника РБК в банке. Один из них говорит, что Леонтьев мог уехать за границу, на что намекнул в своем блоге.

Сергей Леонтьев, который через офшорную компанию Alivikt владеет 52,9% акций Пробизнесбанка, лишившегося лицензии ЦБ в среду, 12 августа, не появляется в банке. «Я не видел его с конца прошлой недели», — сказал РБК один из топ-менеджеров банка. Другой сотрудник банка говорит, что видел его в последний раз во вторник. «После отзыва лицензии его помощники сказали, что он впал в депрессию и ни с кем общаться не будет, по банку ходят слухи, что он уехал за границу, возможно в Сингапур», — говорит третий сотрудник банка. Впрочем, источник, близкий к банку, утверждает, что Леонтьев сейчас находится в Европе.

В приемной Леонтьева РБК сказали, что он на месте, но соединить отказались, сославшись на «плотный график встреч». Помощница Леонтьева Ксения Койчева пообещала в качестве доказательства присутствия Леонтьева прислать его фото в кабинете, однако не прислала, а на звонки отвечать перестала. Пресс-служба Пробизнесбанка отказалась комментировать информацию о местонахождении Леонтьева. Предправления группы «Лайф» и один из акционеров Пробизнесбанка Александр Железняк вчера не подходил к телефону.

Ранее Леонтьев намекнул на то, что может покинуть Россию, в своем внутрикорпоративном блоге, на который ссылается портал «Банки.ру». «Россия пока еще не доросла до того, чтобы в ней могла нормально работать такая финансовая группа, как «Лайф», — написал он. — Видимо, время «Лайф» в этой стране еще не пришло. Поэтому в ближайшие 50 лет я буду делать «Лайф» в других частях земного шара».

12 августа ЦБ отозвал лицензию у Пробизнесбанка. Зампред ЦБ Михаил Сухов сообщал, что превышение обязательств над активами Пробизнесбанка составляет не менее 67 млрд руб. и вызвано наличием у банка различных финансовых активов, имеющих признаки фиктивности. К этим активам он отнес ценные бумаги в иностранных депозитариях, финансовые требования на иностранный «псевдобанк», необеспеченные аккредитивы, не имеющие очевидного экономического смысла, очевидно фиктивные срочные сделки и т. п.

Похожая история недавно произошла с основным владельцем «Российского кредита» Анатолием Мотылевым — только его сотрудники потеряли из виду еще накануне отзыва у банка лицензии (отзыв состоялся 24 июля, в пятницу). «После совещания в ЦБ в четверг поздним вечером Мотылев позвонил

09.02.2018 «Время «Лайф» еще не пришло» :: Общество :: Газета РБК

менеджерам банка, сказал им, что удалось договориться о его санации, после этого Мотылева никто не видел и не слышал», — рассказывал тогда РБК источник, близкий к менеджменту. Зампред ЦБ Сухов оценивал отрицательный капитал четырех банков Мотылева в сумму не менее 50 млрд руб.

Вообще, отъезд за границу довольно популярен у банкиров, когда в их банках случаются проблемы. Именно так поступили бенефициары Межпромбанка Сергей Пугачев, Банка Москвы Андрей Бородин, «Траста» Илья Юров и многие другие.

Автор: Татьяна Алешкина.
Теги: Илья Юров
×
Ваш браузер устарел
Пожалуйста, обновите его или установите новый.
Ваш браузер не обновлялся уже несколько лет. За это время некоторые сайты стали использовать новые технологии, которые он не поддерживает и не может корректно отобразить страницу. Чтобы это исправить, попробуйте установить новый браузер.