# EXHIBIT 22

Finance / Banks

# *BINBANK* ready to write-off subordinated debts

*Owners of the Bank will lose USD 26 million*

December 1, 2017 15.10 Aleksandra Astapenko / Vedomosti

The shareholders of *BINBANK* (which is under financial rehabilitation procedure) took a decision to to write-off subordinated debts. It's stated in the Bank's statement. Undistributed earnings (in the amount RUB 17.6 billion) and share premium (in the amount RUB 25.3 billion) shall be used to cover the banks debts. That's the decision taken by the shareholders on extraordinary meeting which took place on November 30.

The press release of the bank declares, "the solution is required to follow order No. 395-11 of the Central Bank of Russia in order to terminate liabilities for subordinated debts".

The bank reporting of the results of the nine months 2017 (pdf) stated that due to decrease of Tier I capital adequacy ratio (H1.1) Binbank shall reflect termination of subordinated debts (including accumulated interest) starting from November 30, 2017. The rate H1.1 come down to the allowable limit (5.125%) within 6 days starting from September 19, 2017.

Binbank informed earlier that the Bank shall write-off subordinated liabilities of the shareholders to the bank in the amount USD 226.56 million. Deputy Chairman of the Central Bank Vasily Pozdyshev said on air of ROSSIYA-24 (cited by PRIME), "Holders of subordinated instruments of BINBANK were the shareholders, though they will lose them"

Former co-owner of *BINBANK*, Mikail Shishkhanov mentioned in his interview to *VEDOMOSTI* that he has subordinated deposits in the bank in the unt "approximately to USD 100 million" and he is ready to lose them.

*BINBANK* has subordinated debts to the following 3 Cypriot companies: *Navta Overseas* belonging to Shishkhanov (USD 100 million), *Hanberg Finance Limited* belonging to Mikhail Gutseriev (USD 50 million) and *Jagerberg Holding SE* ($76.56 млн). The information is presented in Risk report as of July 1, 2017. *Jagerberg Holding* contributed RUB 4.5 billion into capital of *MDM BANK* at the moment whenever this bank was bought by Gutseriev and Shishkhanov.

What stores and real estates shall Central Bank get from *BINBANK*.



Andrey Gordeev / Vedomosti   Photos 1 of 9

Owners of *BINBANK* will transfer their assets to Central Bank in the amount as a minimum equal to RUB 79 billion. In addition to the banks and pension funds, the Central Bank shall get office premises, construction projects, stores (see *DOBRYNINSKIY* store on the photo), warehouses and one of the biggest in Moscow region (Podmoskovye) vegetable warehouse. According to preliminary evaluation of the Central Bank, *BINBANK* and *ROST* bank (financial rehabilitation of the *ROST* bank was performed by former owner of *SAMFAR* company and *BINBANK* - Mikail Shishkhanov) shall need additional capitalization in the amount equal to RUB 250 - 350 billion.

Technologies \ Telecommunications

# MTS bought ticket agencies Ticketland and Ponominalu

*MTS promises discounts to their customers*

February 12, 13.18. Pavel Kantyshev / Vedomosti

MTS informed that the company bought ticket agencies *Ticketland.ru* and *Ponominalu*. 100% of shares of *Ticketland* cost to MTS RUB 3.25 billion. *Ponominalu* was evaluated to the amount RUB 495 million. MTS informed that it bought 78.2% of shares of the service and agreed that shall buy the rest amount of shares (through stock plan) in 2020.

*Ticketland* and *Ponominalu* selling movie tickets, theatre tickets and tickets for sport events. According to MTS evaluation, the companies hold a market share equal to 25% of the market. *MTS* informs that integration with digital services of MTS and big data experts shall give to the companies additional marketing tools. Even now, *MTS* providing their customers digital content an in a future it will provide discounts to their customers to the tickets sold through these companies basing on a loyalty program

For MTS it's not the first step outside of telecommunication business. In the middle of January *MTS* bought *Gambit Esports* cyber club consisting of 16 players for 4 disciplines. *Counter-Strike Global Offensive, League of Legends, Dota 2 and FIFA.*

In October 2017 *MTS* invested RUB 620 million into the project aimed at developing of online cashier under the name *Cloud retail* (working under *LiteBox* brand) The company provides software for retail purposes and combines point-of-sale terminal and goods accounting system. Through buying of the company, *MTS* plans to achieve a leadership positions in the sphere of automation of servicing for SME.

...ct, legislation requirements accelerating transition to new type of cashiers. It stipulates step by step transition of commercial facilities and service rendering enterprises to cash register equipment, which delivers (in online mode) the relevant data directly to Federal Tax Inspection. Businessmen should conclude a contract with fiscal data operator and deliver tax data to tax bodies electronically through fiscal data operator.

MTS informed that former owner of *Ticketland* was Cypriot company *Foldban Investments* owned by number of shareholders (including co-founder of Qiwi company Sergey Solonin and *iTech Capital* venture fund). The shares of PONOMINALU company were bought from *Business Link Corp* company and *Buran VC* venture fund.

Representative of *iTech Capital* confirmed to VEDOMOSTI that they sold the company and that annual internal rate of return of the company is close to 38%.

Solonin confirmed to VEDOMOSTI the information related to the deal. VEDOMOSTI waiting feedback from *Buran VC*.

# ПРИЛОЖЕНИЕ 22

12.02.2018   Бинбанк готов списать субординированные долги – ВЕДОМОСТИ

Финансы / Банки

# Бинбанк готов списать субординированные долги

*Собственники банка потеряют $226 млн*

01 декабря 2017 15:10   Александра Астапенко / Ведомости

Акционеры санируемого Бинбанка приняли решение, необходимое для списания субординированных обязательств, говорится в сообщении банка. Нераспределенная прибыль (17,6 млрд руб.) и эмиссионный доход (25,3 млрд руб.) пойдут на покрытие убытков банка, решили акционеры на внеочередном собрании, которое прошло 30 ноября.

«Данное решение, согласно положению Банка России №395-П, необходимо для прекращения обязательств по субординированным займам», – говорится в пресс-релизе банка.

В отчетности банка по итогам 9 месяцев 2017 г. (pdf) было указано, что из-за снижения норматива достаточности базового капитала (Н1.1) Бинбанк отразит прекращение признания обязательств по субординированным инструментам, включая накопленные по ним проценты 30 ноября 2017 г. Норматив Н1.1 находился ниже предельного значения в 5,125% в течении шести дней начиная с 19 сентября 2017 г.

Бинбанк ранее сообщал, что спишет субординированные обязательства акционеров перед банком на $226,56 млн. «Держателями субординированных инструментов Бинбанка были собственники, и они их потеряют», - говорил зампред ЦБ Василий Поздышев в эфире телеканала «Россия 24» (цитата по «Прайму»).

Бывший совладелец Бинбанка Микаил Шишханов в интервью «Ведомостям» говорил, что у него есть субординированные депозиты в банке на сумму «где-то $100 млн» и он готов их потерять.

Субординированные долги Бинбанка есть перед тремя кипрскими компаниями: Navta Overseas Шишханова ($100 млн), Hanberg Finance Limited Михаила Гуцериева ($50 млн) и Jagerberg Holding SE ($76,56 млн), следует из данных отчета по рискам на 1 июля 2017 г. Jagerberg Holding вносила 4,5 млрд руб. в капитал «МДМ банка» в тот период, когда его покупали Гуцериев и Шишханов.

Какие универмаги и другие здания ЦБ получит вместе с Бинбанком



Андрей Гордеев / Ведомости                                                      1/9

Владельцы Бинбанка передают Центробанку активы минимум на 70 млрд руб. В довесок к банкам и пенсионным фондам ЦБ получит офисы, стройки, универмаги (на фото «Добрынинский»), склад и одну из крупнейших в Подмосковье овощебаз. По предварительной оценке ЦБ, Бинбанку и банку «Рост» (его санацией занимался экс-совладелец «Сафмара» и Бинбанка Микаил Шишханов) необходимо дорезервирование в 250–350 млрд руб.

Технологии / Телекоммуникации

12.02.2018                                             Бинбанк готов списать субординированные долги – ВЕДОМОСТИ

# МТС купила билетных операторов Ticketland и «Пономиналу»

*Оператор обещает своим абонентам скидки на билеты*

12 февраля 13:38   Павел Кантышев / Ведомости

МТС сообщила о покупке операторов продажи билетов Ticketland.ru и «Пономиналу». За 100% Ticketland оператор заплатил 3,25 млрд руб. А «Пономиналу» оценен в 495 млн руб. МТС купила 78,2% сервиса и заключила опцион на доведение оставшейся доли до 100% к 2020 г., сообщил оператор.

Ticketland и «Пономиналу» продают билеты в кино, театры и на спортивные мероприятия. По данным МТС, на них приходится четверть российского рынка продажи билетов. Интеграция с цифровыми сервисами МТС и экспертизой в области больших данных даст оператору дополнительные маркетинговые инструменты, говорится в сообщении оператора. Сейчас МТС уже предлагает абонентам цифровой контент, а в будущем предложит им со скидками билеты на мероприятия по программе лояльности.

Для МТС это далеко не первый шаг за пределы телекоммуникационного бизнеса. В середине января оператор купил киберспортивный клуб Gambit Esports, в который входят 16 игроков по четырем дисциплинам: Counter-Strike Global Offensive, League of Legends, Dota 2 и FIFA.

В октябре 2017 г. оператор вложил 620 млн руб. в разработчика онлайн-касс «Облачный ритейл» (работает под брендом LiteBox). Компания предоставляет программное обеспечение для розничной торговли, которое сочетает в себе кассовый терминал и товароучетную систему. Купив компанию, МТС надеется получить лидерство на рынке автоматизации обслуживания малого и среднего бизнеса.

Действительно, законодательные требования ускоряют переход на новые кассы. Речь идет о поэтапном переходе предприятий торговли и сферы услуг на контрольно-кассовую технику (ККТ), передающую информацию о расчетах в Федеральную налоговую службу (ФНС) в режиме онлайн. Предприниматели обязаны заключать договор с оператором фискальных данных (ОФД) и передавать данные в налоговые органы в электронной форме через ОФД.

Прежним владельцем Ticketland была кипрская Foldban Investments, принадлежавшая ряду инвесторов (включая сооснователя Qiwi Сергея Солонина и венчурный фонд iTech Capital), говорится в сообщении МТС. А долю в «Пономиналу» оператор купил у компании Business Link Corp и венчурного фонда Buran VC, сообщает МТС.

Представитель iTech Capital подтвердил «Ведомостям» выход из актива и уточнил, что внутренняя норма доходности для инвесторов фонда близка к 38% годовых.

Солонин подтвердил «Ведомостям» информацию о сделке. «Ведомости» ожидают комментарий фонда Buran VC.