# EXHIBIT 23

# ПРИЛОЖЕНИЕ 23

FEDERAL LAW
NO. 127-FZ OF OCTOBER 26, 2002
ON INSOLVENCY (BANKRUPTCY)
(with the Amendments and Additions of August 22, December 29, 31, 2004,
October 24, 2005, July 18, December 18, 2006, February 5, April 26, July 19,
October 2, December 1, 2007, July 23, December 3, 30, 2008, April 28, July 19,
December 17, 27, 2009, April 22, July 27, December 28, 2010, February 7, May 3,
July 1, 12, 18, November 21, 28, 30, December 3, 6, 7, July 28, December 29, 30,
2012, June 7, 28, July 2, 23, December 21, 28, 2013, March 12, July 21, December
1, 22, 29, 2014, June 29, July 13, December 29, 2015)

Adopted by the State Duma on September 27, 2002
Approved by the Federation Council on October 16, 2002

**Article 189.78.** The Authority of the Bankruptcy Receiver

1. The bankruptcy receiver shall exercise the authority of the head of a credit organisation and of other managerial bodies of a credit organisation within the limits, in the procedure and under the terms which are established by this paragraph.

2. The bankruptcy receiver is bound to act fairly and reasonably subject to the rights and legitimate interests of creditors, a credit organisation, society and the state.

3. The bankruptcy receiver is bound:

1) to accept under control thereof the credit organisation's property and to hold an inventory thereof;

2) to notify the credit organisation's employees of forthcoming dismissal at the latest in a month from the date of starting bankruptcy proceedings;

3) to take measures aimed at ensuring the safekeeping of the credit organisation's property;

4) to raise against third persons that have debts with respect to the credit organisation claims for their recovery in the procedure established by this paragraph;

5) to establish creditors' claims in the procedure provided for by Articles 189.85 and 189.86 of this Federal Law;

6) to keep a register of creditors' claims;

7) to take measures aimed at searching for, detection and return of the credit organisation's property held by third persons;

8) to transfer the documents made in the course of the credit organisation's activities for custody in the procedure established by federal laws and other regulatory legal acts in compliance with a list of documents made in the course of the credit organisation's activities to be endorsed by the federal executive power body authorized by the Government of the Russian Federation and the Bank of Russia, citing the time period for keeping the cited documents;

9) to discover the signs of intended and fictitious bankruptcy, as well as the circumstances punishable under Article 189.23 of this Federal Law;

10) to return clients' securities and other property accepted and/or acquired by a credit organisation exercising professional activities in the securities market on accounts of clients under custody contracts, trust management contracts, depository contracts and brokerage contracts in the procedure established by Article 189.33 of this Federal Law;

11) to discharge other duties established by federal law.

4. The bankruptcy receiver is entitled:

1) to dispose of the credit organisation's property in the procedure and under the terms established by this Federal Law;

2) to dismiss the credit organisation's employees, in particular the head of the

credit organisation, to change the terms of labour contracts, to move employees to another job in the procedure and under the terms established by federal law.

3) to file an application in the procedure established by Item 4 of Article 136 of this Federal Law with a court for reducing the amount of claims of the head of the credit organisation, the chief accountant of the credit organisation, deputies thereof, the head of an affiliate or representative office of the credit organisation, deputies thereof and other credit organisation employees for labour remuneration, if within six months before the date of the provisional administration's appointment the labour remuneration of such persons was increased as compared to the rate of labour remuneration fixed before the start of the cited time period;

4) to declare the refusal thereof to execute contracts and other deals on the grounds established by Article 189.90 of this Federal Law and in the procedure established by Article 102 of this Federal Law;

5) to send applications for declaring invalid or for applying the effects of invalidity of void transactions made by the credit organisation, in particular in the procedure and on the grounds which are provided for by this Federal Law, for obtaining on demand the credit organisation's property held by third persons, for dissolution of contracts made by the credit organisation and for taking other actions aimed at the protection of the credit organisation's rights and legitimate interests and of those of its creditors provided for by federal law and other regulatory legal acts of the Russian Federation;

6) to engage accountants, auditors, appraisers and other specialists for accomplishing the tasks arising in connection with bankruptcy proceedings with their services to be paid for at the expense of the credit organisation's property;

7) to exercise other rights established by federal law which are connected with the exercise of the duties imposed thereupon.

5. Where there are the grounds established by federal law, the bankruptcy receiver shall raise claims against the third persons which under federal law bear subsidiary liability under the credit organisation's liabilities.

6. The bankruptcy receiver is entitled to pay an advance to cover the outlays connected with the discharge of the duties imposed upon him out of its own assets with the subsequent reimbursement of these outlays from the credit organisation's property in the procedure established for the discharge of the credit organisation's current obligations in the course of bankruptcy proceedings.