UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of DEPOSIT INSURANCE AGENCY for an order to conduct discovery for use in a foreign proceeding.<br><br>Petitioner. | Case No. 1:17-mc-00414-GBD |

## DECLARATION OF PETER MAGGS

I, Peter Maggs, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

### INTRODUCTION

1.    I have been retained by counsel to the Deposit Insurance Agency of the Russian Federation ("DIA") to discuss the statements made by declarants for Respondent Sergey Leontiev ("Leontiev") in his motion to quash DIA's subpoena.

### MY QUALIFICATIONS AND EXPERIENCE

2.    I teach at the University of Illinois, where I am Professor of Law Emeritus and holder of the Clifford M. & Bette A. Carney Chair Emeritus.  My specialty is law of the Russian Federation, law of the other former Soviet republics, and law of the former Soviet Union.

3.    I have consulted on Soviet and Russian law for government agencies and for lawyers with clients investing in and trading with the USSR and, more recently, Russia and other former Soviet republics. I speak, read, and write Russian fluently, and I have visited Russia frequently.

4.    I have studied law both in the United States and in Russia.  In 1957, I received an A.B. Degree from Harvard College in Classics and Slavic and, in 1961, I received a J.D. Degree from Harvard Law School.  During 1961-1962, I was an exchange post-graduate

student at the Faculty of Law of Leningrad (now St. Petersburg) State University. There, I studied with Professor O.S. Ioffe, a leading expert on Russian civil law. In 1963-1964, I was an associate of the Harvard Russian Research Center and a Research Associate at Harvard Law School. In 1977, I taught as a Fulbright Lecturer at Moscow State University.

5.      After the dissolution of the Soviet Union, I worked extensively under United States government auspices on foreign aid projects designed to help with the creation of the legal basis for a market economy in the Russian Federation and the other former Soviet republics. One important part of this effort was the creation of model Civil Code legislation, which eventually became a basis for the civil codes of a number of former republics. In connection with this project, I met frequently with civil code drafters from Russia and other former republics during the 1990s.

6.      I am author, co-author, co-editor, translator, or co-translator of a dozen books and numerous articles on Soviet and Russian law, including a translation of the Russian Civil Code and a book, Law and Legal System of the Russian Federation, which I co-authored with Professor William Burnham, Olga Schwartz, and the late Professor Gennady M. Danilenko. In addition to my writings on Russian law, I am also the co-author of several casebooks and the author of various articles on United States law.

7.      A copy of my curriculum vitae is attached as Exhibit 1 to this report.

**GENERAL NATURE OF THE RUSSIAN LEGAL SYSTEM**

**Introduction**

8.      Before discussing the specific issues in this case, I would like to provide some general background on the Russian legal system. The Russian legal system belongs to the European civil law family (or continental system). Russian law makes a strict division between

different branches of law, such as criminal law, civil law and labor law. Each branch has its own principles and sources of legislation. Usually the key principles of each branch are codified, for instance in the Civil Code and the Civil Procedure Code. The system of Russian law and of Russian civil law, in particular, is much more closely related to German law than to French law. However, it would be a great mistake to assume that any rule or the interpretation of any legal provision in Russia would necessarily follow the law in other civil law countries.

**Sources of Law**

9.      The principal sources of the law of the Russian Federation, in hierarchical order, are: the Constitution of the Russian Federation, laws adopted by the Russian Parliament, decrees of the President and regulations issued by the Government and governmental agencies. There is also legislation adopted at regional and city levels, but this legislation rarely plays a role in commercial disputes. When ordinary laws in a particular branch are changed, generally the codes are changed at the same time to avoid conflicts. Codes and statutes often contain cross-references clarifying their relationship to various branches of law.

**Court Systems**

10.      Russia has two senior courts, namely the Constitutional Court and the Supreme Court.

11.      The Constitutional Court plays an important role in enforcing provisions of the Constitution of the Russian Federation. The Court has jurisdiction over cases involving constitutional issues. Individuals and legal entities claiming violations of their constitutional rights may bring cases before the Constitutional Court. Other courts may seek rulings from the Constitutional Court on constitutional issues that arise in the course of a particular case. Rulings

of the Constitutional Court constitute precedents binding on all other courts, not only as to their direct holding, but also by analogy in similar situations.

12.     The Supreme Court is at the top of three court systems, the arbitrazh courts, the military courts, and the courts of general jurisdiction.

13.     The arbitrazh court system has jurisdiction over economic disputes and other disputes related to performance of entrepreneurial and other economic activity, which usually (but not necessarily) involves legal entities or registered private entrepreneurs as parties, as well as certain cases whether or not business-related, for example, corporate disputes, intellectual property litigation, and bankruptcy proceedings. Proceedings in the arbitrazh court system are governed by the Arbitrazh Procedure Code. In a bankruptcy proceeding, such as the present case, a single arbitrazh court has responsibility for supervising the bankruptcy process. The person appointed as bankruptcy administrator may, by motion, ask the court to take various actions. Likewise, a creditor that is dissatisfied with the actions of the bankruptcy administrator may, by motion ask the court to take various actions in case of violation of the Bankruptcy Law.

14.     The arbitrazh court system is often called the "arbitration" court system. I avoid this terminology because it may be confusing. Despite its name, the arbitrazh court system has nothing to do with private, voluntary arbitration. Rather, it is a regular judicial system with compulsory jurisdiction. At the top of the hierarchy, until August 2014, was the High Arbitrazh Court (whose name is often translated as "Supreme Arbitrazh Court"), which had co-equal status with the Supreme Court. Arbitrazh court decisions are systematically published on public and private databanks. The High Arbitrazh Court and the Supreme Court were independent and co-equal for many years. In August 2014, the High Arbitrazh Court was abolished and the lower

arbitrazh courts and the courts of general jurisdiction were brought under the jurisdiction of a restructured Supreme Court.

15.    At present there are three levels of arbitrazh courts below the Supreme Court are three levels, trial courts, appeals courts, and cassation courts.  A party that has lost in the cassation court may petition for review by an appropriate level of the Supreme Court. Typically such a petition is heard by a single judge. Often the judge will deny review by a collegiate body of the Supreme Court on the ground that the decision of the cassation court clearly was correct. Such denials do not have precedential value, but offer valuable insights into judicial thinking.  Decisions of a cassation court, while not precedential, are typically followed by the lower courts under the particular cassation court.

16.    The courts of general jurisdiction (sometimes translated as "courts of common jurisdiction") hear those cases that do not fall within the jurisdiction of the Constitutional Court or the arbitrazh courts. These cases include all criminal cases and all civil suits not subject to the jurisdiction of the arbitrazh courts. There are several levels of appeal in the courts of general jurisdiction. Civil proceedings in the courts of general jurisdiction are governed by the Civil Procedure Code. Criminal proceedings are governed by the Criminal Procedure Code.

17.    The former High Arbitrazh court had, and the Supreme Court has the power to give abstract guidance on the law as well as to decide specific cases.  Russian courts are required to treat as binding or do treat as binding such abstract guidance, given in "Resolutions," "Information Letters," and "Surveys of Practice." Abstract guidance by the High Arbitrazh Court remains effective, even though the High Arbitrazh Court has been abolished, unless there is contrary guidance from the Supreme Court.   At the top of the hierarchy is the Supreme Court,

which, as well as deciding individual cases, has the right to issue abstract explanations of the law that are effectively binding on the lower courts. I believe that because the present case involves business issues it would be under the jurisdiction of the arbitrazh courts rather than that of the courts of general jurisdiction. However, if the present dispute were under the jurisdiction of the courts of general jurisdiction, it would make no difference in my opinion, because both types of court apply the same substantive law and the procedural codes governing proceedings in both types of court are highly similar.

18.    Scholarly writings are very useful in understanding Russian law. However, in recent years, because of the availability of millions of court decisions in publicly-available databanks, their influence has declined relative to that of judicial practice.

## ISSUES IN THE PRESENT CASE

### Duties of the Bankruptcy Administrator

19.    Mr. Leontiev submitted a Declaration by Russian lawyer, Yuri Monastyrsky, in which Mr. Monastyrsky alleges that in this proceeding DIA is "overstepping its limited authority under Russian law." That is simply incorrect. In fact, DIA is expected and required to seek information concerning transactions pursuant to which assets of the bankrupt Probusinessbank ("PRBB") have been transferred out of the bankruptcy estate.

20.    Paragraph 4 of Article 20.3 of the Law on Insolvency (Bankruptcy) provides (with respect to the bankruptcy administrator -- here the DIA):

> 4. In conducting the procedures applicable to a case on bankruptcy, the bankruptcy administrator shall have the duty to act in good faith and reasonably in the interests of the debtor, the creditors and society.[1]

---

[1]    The Russian text of this statute is as follows:

6

21.    In particular, the bankruptcy administrator acting as liquidation administrator during liquidation must exercise in good faith the administrator's powers to make motions to the court: (1) to declare improper transactions invalid and order restitution to the debtor of amounts paid under these actions and (2) to recover from controlling persons any shortfall of assets to pay the debtor's liability.  Paragraphs 3 and 5 of Article 129 of the Law on Insolvency (Bankruptcy) provide in relevant part:

> 3. The liquidation administrator shall have the power to:
>   . . .
> file with the arbitrazh court in the debtor's name applications for declaring invalid deals and decisions, as well as for applying the effects of invalidity of void deals concluded or performed by the debtor, claims for recovery of losses caused by actions (or omission to act) of the debtor's head, persons who are members of the board of directors (or supervisory board), the debtor's collective executive body or other managerial body, owner of the debtor's property, persons which have acted on behalf of the debtor in compliance with a power of attorney, other persons that have acted in compliance with the debtor's constituent documents, raise claims for obtaining on demand the debtor's property from third persons, for dissolving contracts made by the debtor and make other actions provided for by federal laws and other regulatory legal acts of the Russian Federation which are aimed at the return of the debtor's property;
>
> exercise other rights relating to the execution of the duties vested therein as established by the present Federal Law.
>
> 5. If grounds established by a federal law exist, the liquidation administrator shall present demands to third persons which having subsidiary liability under a federal law for the debtor's obligations.[2]

22.    Recent legislation has clarified and substantially broadened the liability of controlling persons who bear subsidiary liability for having caused a shortfall in bankruptcy.

---

4. При проведении процедур, применяемых в деле о банкротстве, арбитражный управляющий обязан действовать добросовестно и разумно в интересах должника, кредиторов и общества.

[2]    The Russian text of this statute is attached as Exhibit 2.

Under this legislation, assuming allegations made on behalf of the DIA are true, it is clear that Mr. Leontiev will be liable for any shortfall.

23.    As Exhibit 3, I have appended a detailed explanation prepared by the leading international law firm, Baker & McKenzie of such liability.

24.    The discovery sought in the present case is of facts that would be relevant to both the declaration in the bankruptcy proceeding of transactions as invalid and to the liability of Mr. Leontiev for the insufficiency of assets to pay liability.

**Report Crime and Victim's Rights**

25.    As liquidation administrator, the DIA has the obligation under Paragraph 2 of Article 129 of the Law on Insolvency (Bankruptcy) to report crimes that have come to its attention.

> 2. The bankruptcy administrator in a case on bankruptcy shall have the duty:
>
> . . .
>
> In case of appearance of the indicia of administrative violations and/or crimes to report on them to the bodies of which are assigned the initiation of cases on administrative violations and the consideration of communications about crimes.[3]

26.    Crime victims in Russia have very substantial discovery powers and other rights that they can exercise during the process of a criminal case. In particular such powers are available to a bankruptcy administrator on behalf of the bankruptcy debtor in cases in which criminal activity has harmed the bankruptcy debtor.

27.    Article 42 of the Criminal Procedure Code provides very extensive rights to victims:

---

[3]    The Russian text of this statute is attached as Exhibit 4.

Article 42. The Victim

1. The victim is a natural person, to whom physical, property or moral damage was caused by the crime or a legal person, whose property or business reputation were damaged by the crime. The decision to recognize a person as a victim shall be made immediately after initiating a criminal matter and shall be documented by a resolution of the inquirer, investigator, a judge or by a court ruling. If at the time of initiation of a criminal matter no information is available about the person to whom damage was caused by the crime a decision on recognizing the victim shall be made immediately after the information about this person becomes known.

2. The victim shall have the right:

1) to know about the charge brought against the accused;

2) to give testimony;

3) to refuse to testify against himself, his/her spouse and the other close relatives, whose scope is defined in clause 4 of Article 5 of the present Code. If the victim consents to give testimony, he shall be warned that his testimony may be used as the proof in the criminal case, including even if he subsequently renounces this testimony;

4) to submit evidence;

5) to enter petitions and to file motions for recusal;

6) to give evidence in his native language or in a language of which he has a good command;

7) to make use of an interpreter's services free of charge;

8) to have a representative;

9) to take part with the permission of the investigator or of the inquirer in the investigative actions performed at his own petition or at the petition of his representative;

10) to get acquainted with the records of the investigative actions carried out with his participation, and to submit comments on them;

11) to be acquainted with a decision on the appointment of a court-ordered expert examination and with the expert's conclusion

12) after the preliminary investigation is completed, including in the event of termination of the criminal case, to get acquainted with all materials of the criminal case, to write out of the criminal case any information and in any volume, and to make copies of the criminal case materials, including with the use of technical devices. If several victims participate in the criminal case, each of them shall have the right to get acquainted with those materials of the criminal case that concern the harm caused to the given victim;

13) to receive the copies of decisions on institution of a criminal case, on recognizing him as a victim, on refusal to select a measure of restriction in the form of custody in respect of the accused, on termination of the criminal case, on suspension of the proceedings in a criminal case, on referral the criminal matter according to the jurisdiction thereof, on scheduling a preliminary hearing, or a court examination, to receive copies of the verdict-sentence of the first instance court, of decisions of the courts of appeals and court of cassations. The victim in a case has right to receive at request copies of other procedural documents affecting his interests;

14) to participate in the court examination of the criminal case in courts of the first, second, cassation and supervisory instances, to raise objections against the issuing of a sentence without conducting a court examination in accordance with general procedure, and in cases provided for by this Code, to participate in the court hearing during consideration by the court of the issues related to the execution of the sentence;

15) to take part in the judicial final arguments;

16) to support the prosecution;

17) to get acquainted with the official summary of the court session and to submit comments on it;

18) to lodge complaints against the actions (omissions) and decisions of the inquirer, the investigator, head of the division of an inquiry body, head of the inquiry body, inquirer's agency, investigator and the court;

19) to file appeals against the sentence, the ruling or the resolution of the court;

20) to know about the complaints and submissions filed in the criminal case, and to submit objections against them;

21) to petition the application of security measures in accordance with Part three of Article 11 of the present Code;

21.1) On the basis of a decision or ruling of the court adopted on the petition of the victim, his legal representative, representative, which had been submitted before the completion of the arguments of the parties, - to receive information on the convict's arrival to the place of serving punishment, including when moving from one correctional institution to another, on the movements of the convicted person outside the institution enforcing a sentence in the form of imprisonment, on the time of release of the convicted person from places of imprisonment, and also to be notified of the examination by the court of the issues related to the enforcement of the sentence on releasing the convict from punishment, on postponement of the execution of the sentence or on replacing the unserved part of the sentence with a milder form of punishment for the convicted person;

22) to exercise the other powers stipulated by the present Code.

3. The victim shall be compensated for property damage caused by the crime, as well as expenses incurred in connection with his participation in the preliminary investigation and in court, including expenses for the representative, in accordance with the requirements of Article 131 of this Code.

4. On suit by the victim for compensation in monetary terms of the moral damage caused to him, the amount of compensation shall be determined by the court when considering a criminal case or by way of civil proceedings.[4]

28.    Contrary to Mr. Monastyrsky's implication, there is nothing wrong with the DIA using the victim status of the bankrupt debtor. Indeed, if the DIA failed to use the debtor's rights as a victim, the DIA would be failing to fulfill its "duty to act in good faith and reasonably in the interests of the debtor, the creditors and society."

29.    The instances of exercise of victim's rights cited by Mr. Monastyrsky show that far from seeking to substitute strong United States discovery procedures for weak Russian procedures, the DIA has made excellent use of the strong (though indirect) discovery

---

[4]    The Russian text of this statute is attached as Exhibit 5.

procedures available to victims in Russia to obtain information from private individuals and businesses in Russia, and now is seeking discovery from Mr. Leontiev, who has left the Russian jurisdiction and thus put himself beyond the reach of Russian discovery.

**Role of the Bank of Russia (the Central Bank)**

30.    Mr. Leontiev has submitted a declaration from Swedish economist Anders Aslund. Professor Aslund condemns Russia as "characterized by an absence of the rule of law," the Central Bank of Russia as "a corrupt government entity" and the Prosecutor General's Office as "a highly corrupt entity." These broad, sweeping allegations based on anecdotal hearsay are irresponsible and inflammatory. They have no bearing on the DIA's efforts to obtain information concerning the transfer of PRBB assets from the reach of PRBB's depositors and creditors.

31.    The consolidation of banks in Russia to which Aslund infers nefarious purpose is in fact the result of the strengthening of banking regulations in Russia. In order to avoid a worldwide recession and more bank failures, increasingly rigorous international standards of bank regulations Basel I, Basel II, and Basel III were created.[5] These standards recommended increasingly strict bank regulations including, for example, increased reserve requirements. Following the creation of these standards, Russia, too, implemented substantially stricter banking regulations. *See* Exhibit 6 attached hereto, which is a recent interview with the First Deputy Governor of the Central Bank of Russia concerning the implementation of these stricter bank regulations. International commentators have suggested that these corrective actions by the Central Bank of Russia were overdue but highly beneficial. As a result of the imposition of stricter standards, banks that could not meet the new regulations were shut down.

---

[5]    *See* the detailed explanation at: https://wwwbis.org.

32.    The Central Bank is charged with enforcing these regulations.  That is its job.  Banks that cannot meet international standards are closed to protect their clients and to avoid a domino effect of bank failures.

33.    As in the United States, when a bank fails in Russia, where possible a new bank is brought in as soon as possible to continue the operations of the failed bank.  We saw similar bailouts in the U.S. during the savings and loan crisis, as well as the recession of 2007-2009.  Russian bank failures are no different.  The operations (assets as well as liabilities) of failed banks are consolidated in order to maintain their operations with as little disruption to depositors as possible. Incentives may be offered to other banks to take over a "bad" bank and keep it running.  Banks that cannot be saved are liquidated in accordance with the law.

34.    The Central Bank has tightened requirements for banks like PRBB in order to protect the Russian economic system. The DIA plays a crucial role in paying insured depositors up to the insurance limit and recovering funds wrongly taken from banks for the benefit of depositors and creditors.

35.    Professor Aslund's criticism of the Prosecutor General's office is curious. The criminal case involving Mr. Leontiev was brought not by the Prosecutor General's office but by the Investigative Committee, a separate Russian government body that often is engaged in serious disagreements with the Russian Prosecutor' General's office.

**DECLARATION**

36.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this Sixteenth day of February, 2018 in Washington, D.C.

_____

Peter Maggs