# EXHIBIT 1

## EXHIBIT 1

## CURRICULUM VITAE OF PETER B. MAGGS

Peter B. Maggs -- Biographical Information

Office Address:

University of Illinois College of Law, 504 East Pennsylvania Avenue, Champaign, Illinois 61820, USA

Telephones: office: (217) 333-6711, mobile: (202) 413-3213

Fax: (217) 244-1478

Email: p-maggs @ illinois.edu.

Homepage: http://www.illinois.edu/ph/www/p-maggs

Employment:

Professor of Law and Clifford M. and Bette A. Carney Chair Emeritus, University of Illinois at Urbana-Champaign, 2014-

Professor of Law, Clifford M. and Bette A. Carney Chair in Law, University of Illinois at Urbana-Champaign, 2002-2014.

Peer & Sarah Pedersen Professor of Law, University of Illinois at Urbana-Champaign, 1998-2002.

Richard W. & Marie L. Corman Professor of Law, University of Illinois at Urbana-Champaign, 1988-1998.

Acting Dean, College of Law, University of Illinois at Urbana-Champaign, fall 1990.

Professor of Law, University of Illinois at Urbana-Champaign, 1969-1988.

Associate Professor of Law, University of Illinois at Urbana-Champaign, 1967-69.

Assistant Professor of Law, University of Illinois at Urbana-Champaign, 1964-67.

Associate, Harvard Russian Research Center and Research Associate, Harvard Law School, 1963-64.

Fellowships, Visiting Appointments, etc.:

Summer 2004.  Worked in Serbia for National Center for State Courts evaluating legal education and designing a program for assistance to law schools.  Visited law schools, wrote extensive report

Winter 2002-2003.  Worked in Russia for USAID evaluating legal education and designing programs for assistance to legal education.  Visited law schools, participated in writing extensive report.

Spring Semester 2002. Fulbright Distinguished Chair, University of Trento, Italy.

Summer 2001. Fulbright Senior Scholar, University of Malaya, Petaling Jaya, Malaysia

Spring 1998 - Visiting Professor, George Washington University Law School

January 1995 - present.  Consultant for USAID contractors and the World Bank on numerous law reform projects in the former USSR, including legislative drafting and legal education projects in Armenia, Belarus, Moldova, Kazakstan, Kyrgyzstan, Russia, Tajikistan, and Ukraine.

1995-2000; 2005-2015. - Member, Panel of Recommended Arbitrators, International Commercial Arbitration Court of the Russian Chamber of Commerce and Industry

2015-2018 – Panelist of the Kuala Lumpur Regional Centre for Arbitration

January 1994 - January 1995. On leave from the University of Illinois to serve as Director/Legal Reform Specialist for the Rule of Law Consortium, Washington, D.C., administering a contract from the United States Agency for International Development to support the "rule of law" in the newly independent states of the former Soviet Union.

Fulbright, Lecturer, Universidade Federal de Santa Catarina, Florianopolis, Brazil, May-August 1982.

Guggenheim Fellow, January-December 1979.

Fulbright Lecturer, Moscow State University, Spring Semester, 1977.

ACLS - Soviet Academy of Sciences Exchange Scholar, Novosibirsk, USSR, August 1972.

Senior Fellow, East-West Population Institute, Honolulu, Hawaii, Spring Semester 1972.

ACLS Summer Language Fellowship, Rumania, June-August 1969.

IUCTG Exchange Scholar, Bulgarian Academy of Sciences, Sofia, Bulgaria, June-August 1967.

Fulbright Scholar, Belgrade University, Belgrade, Yugoslavia, January-June 1967.

IUCTG Exchange Student, Leningrad State University [now St. Petersburg State University], Leningrad, USSR, September 1961 - June 1962.

Education:

A.B., Harvard College, 1957; J.D., Harvard Law School, 1961.

Subjects Taught:

Contracts; Sales, Copyright, Trademark & Unfair Competition, Statutory Interpretation, Russian Law.

Foreign Languages:

Fluent in Russian; good in Portuguese, competent in French; reading knowledge of German, Serbian, Bosnian & Croatian; Bulgarian; Macedonian; Ukrainian; Italian; Spanish; Romanian & "Moldovan".

Major Funded Research Projects Completed:

The Process of Making and Implementing Laws in the Soviet Union in the Gorbachev and Brezhnev Periods, under a contract with the U.S. Department of State, 1988-1989.

Soviet Law Under Gorbachev, under a contract with the U.S. Department of State, 1987-1988.

The Soviet Economy: A Legal Analysis, supported by the National Council for Soviet and East European Research, 1985-1986.

Soviet and East European Law and the Scientific and Technical Revolution, supported by the National council for Soviet and East European Research, 1979-1981.

Talking Computer Terminals for the Blind, supported by the U.S. Department of Health, Education, and Welfare, 1978- 1979, 1980-1981.

Soviet Law Under Khrushchev and Brezhnev, supported by the Ford Foundation, 1975-1978.

Computer-Based Legal Education, supported by the Council of Legal Education for Professional Responsibility, 1973-1975.

Miscellaneous:

Member, Board of Directors, Open Voting Consortium, <http://www.openvotingconsortium.org>, 2004-2006.

Member, Practicing Law Institute Advisory Committee on Intellectual Property Law, 1996-present.
Member, American Law Institute, Members Consultative Group on Uniform Commercial Code, Articles 2 (Sales), 2A (Leases), and 2B (Licenses), 1996-2003.

Member, American Law Institute Members Consultative Group on Intellectual Property: Principles Governing Jurisdiction, Choice of Law, and Judgments in Transnational Disputes, 2004-present.

Member, Board of Editors, The Uppsala Yearbook of East European Law, 2004-present.

Member, Board of Advisors, Central and East European Legal Materials, 1990-present.

Corresponding Member, International Academy of Comparative Law, 1988-present.

Member, American Law Institute, Members Consultative Group on Restatement of the Law, Third, Unfair Competition, 1987-1995.

Member, American Law Institute, 1986-present.

Member, Subcommission on Law, American Council of Learned Societies--USSR Academy of Sciences Commission on the Humanities and Social Sciences, 1986-1989.

Member, Board of Directors, Center for Computer-Assisted Legal Instruction, 1982-1985.

Parliamentarian, American Association for the Advancement of Slavic Studies, 1978-1983.

Editor, Soviet Statutes and Decisions, 1976-1984.

Consultant on Computer Systems, U.S. Department of Justice, 1979-1981.

Chairman, Committee on Soviet Law, American Bar Association Section of International Law, 1975-1981.

Co-Editor-in-Chief, Bulletin on Current Research in Soviet and East European Law, 1974-1981.

Chairperson, Section of Comparative Law, Association of American Law Schools, 1976-1977.

Member, Advisory Committee on Research on Law and Computer Technology, American Bar Foundation, 1975-1977.

Reporter, Uniform Land Transaction and Uniform Simplification of Land Transfers Act, National Council of Commissioners on Uniform State Laws, January 1974 - August 1976.

Guide, American National Exhibition, Moscow, summer 1959; awarded Medal of Merit of United States Information Agency.

Admitted to practice in the District of Columbia.

Peter B. Maggs -- List of Publications

Books

Translator and editor (with cotranslator and coeditor Alexei Zhilstov), *Civil Code of the Russian Federation as Amended through  February 7, 2017* (with introduction by Olga Kozyr, Peter Maggs, and Alexei Zhiltsov).  Book version: Createspace, 2017. Electronic Version: Kindle, 2017.

Translator and editor (with cotranslator and coeditor Alexei Zhilstov), *Civil Code of the Russian Federation, First Part, as of May 23, 2016* (with introduction by Olga Kozyr, Peter Maggs, and Alexei Zhiltsov).  Book version: Createspace, 2016. Electronic Version: Kindle, 2016.

Translator and editor (with cotranslator and coeditor Alexei Zhilstov), *Civil Code of the Russian Federation, First Part, as of January 31, 2016* (with introduction by Olga Kozyr, Peter Maggs, and Alexei Zhiltsov).  Book version: Createspace, 2016. Electronic Version: Kindle, 2016.

(with coauthors Olga Schwartz, William Burnham and the late Gennady Danilenko), *Law and Legal System of the Russian Federation*, 6th Ed. (Huntington, N.Y.: Juris Publishing, 2015).

(with coauthors John Soma and the late James Sprowl, *Computer and Internet Law*, 4th ed. (St. Paul, Minn.: West 2013).

(with coauthor Roger Schechter), *Trademark and Unfair Competition, Cases and Comments*, 7th ed. (St. Paul, Minn.: West, 2012).

(with coauthors William Burnham and the late Gennady Danilenko), *Law and Legal System of the Russian Federation*, 5th Ed. (Huntington, N.Y.: Juris Publishing, 2012).

Author of the introduction and translator, *Kazakhstan Law on Joint-Stock Company* (2012).  This book is published in three forms: electronic for the Amazon Kindle, electronic for Barnes & Noble Nook, and paperback by Createspace. The paperback version has the English translation and Russian text of the law on parallel pages.

Translator and editor (with cotranslator and coeditor Alexei Zhilstov), *Civil Code of the Russian Federation, First Part* (in parallel official Russian text and English translation by Peter B. Maggs and Alexei Zhiltsov, with introduction by Olga Kozyr, Peter Maggs, and Alexei Zhiltsov). (Moscow & Berlin: Infotropic, 2010).

#7692988 v1 \026113 \0001

Translator and editor (with cotranslator and coeditor Alexei Zhilstov), *Civil Code of the Russian Federation, Second Part* (in parallel official Russian text and English translation by Peter B. Maggs and Alexei Zhiltsov) (Moscow & Berlin: Infotropic, 2010).

Translator and editor (with cotranslator and coeditor Alexei Zhilstov), *Civil Code of the Russian Federation, Third Part* (in parallel official Russian text and English translation by Peter B. Maggs and Alexei Zhiltsov) (Moscow & Berlin: Infotropic, 2010).

Translator and editor (with cotranslator and coeditor Alexei Zhilstov), *Civil Code of the Russian Federation, Fourth Part* (in parallel official Russian text and English translation by Peter B. Maggs and Alexei Zhiltsov) (Moscow & Berlin: Infotropic, 2010).

(with coauthors James Sprowl and John Soma) *Internet and Computer Law: Cases – Comments – Questions*, 3rd ed. (St. Paul: West, 2010.

(with coauthors James Sprowl and John Soma) *Teacher's Manual to Internet and Computer Law: Cases – Comments – Questions, 3rd ed.* (St. Paul: West, 2010.

(with coauthors William Burnham and Gennady Danilenko), Law and Legal System of the Russian Federation, 4th Ed. (Huntington, N.Y.: Juris Publishing, 2009).

Translator and editor (with cotranslator and coeditor Alexei Zhilstov) *Civil Code of the Russian Federation, Fourth Part* (in parallel official Russian text and English translation by Peter B. Maggs and Alexei Zhiltsov, with introductions by Alexander Makovsky and Peter Maggs), (Moscow: Wolters-Kluwer, 2008).

(with coauthors John Soma and James Sprowl) *Internet and Computer Law: Cases--Comments--Questions*, 2nd ed. (St. Paul: West Group, 2005).

(with coauthors William Burnham and Gennady Danilenko), Law and Legal System of the Russian Federation, 3rd Ed. (Huntington, N.Y.: Juris Publishing, 2004).

Translator and editor (with cotranslator and coeditor Alexei Zhiltsov), *Civil Code of the Russian Federation: Parallel Russian and English Texts* (Moscow: Norma, 2003).

(with coauthor Roger Schechter), *Teacher's Manual for Use With Trademark and Unfair Competition, Cases and Comments*, 6th ed. (St. Paul, Minn.: West Group, 2003).

(with coauthors John Soma and James Sprowl) *2002 Supplement to Internet and Computer Law: Cases--Comments--Questions* (St. Paul: West Group, 2002).

Translator and editor, *The Civil Code of the Russian Federation, Third Part* (Armonk, N.Y.: M.E. Sharpe, (2002).

(with coauthor Roger Schechter), *Trademark and Unfair Competition, Cases and Comments*, 6th ed. (St. Paul, Minn.: West Group, 2002).

(with John Soma and James Sprowl) *Teacher's Manual to Accompany Internet and Computer Law: Cases--Comments--Questions* (St. Paul: West Group, 2001).

(with John Soma and James Sprowl) *Internet and Computer Law: Cases--Comments--Questions* (St. Paul: West Group, 2001).

(with A.P. Sergeev) *Intelektual'naia sobstvennost'* ("Intellectual Property") (Moscow: Iurist, 2000). Also published on the Internet by the Open Society Institute (Moscow) (supported by the Soros Foundation) at: <http://www.auditorium.ru/books/343/.

*Copyright / Statutory Interpretation* (Teaching Materials) (Champaign: University of Illinois College of Law, 1998, 1999, 2001)

Translator (with Anna Tarassova and Alexei Zhiltsov) and editor (with Vladimir Nazaryan and Anna Tarassova), *Civil Code of the Republic of Armenia* (Yerevan: Iris, 1999). Published on the Internet by the "Law Reform in Transition States" project at the University of Bremen with the support of "Deutsche Gesellschaft für Technische Zusammenarbeit GmbH" (GTZ) at: <http://www.cis-legal-reform.org/civil-code/armenia/civ-arm-eng.htm>

Translator (with Alexei Zhiltsov) and editor, *The Civil Code of the Russian Federation*, with a Preface by A. Makovsky and an Introduction by A. Makovsky and S. Khokhlov (Armonk, N.Y.: M.E. Sharpe, 1997) (prepublished, without the Preface and Introduction in *Soviet Statutes and Decisions*, 1996-1997).

Translator (with Alexei Zhiltsov) and editor, *The Civil Code of the Russian Federation*, with a Preface by A. Makovsky and an Introduction by A. Makovsky and S. Khokhlov (Moscow: International Centre for Financial and Economic Development, 1997).

(With John Soma and James Sprowl), *1996 Supplement to Computer Law, Cases-Comments-Questions*, (St. Paul, Minn.: West Publishing Co., 1996).

*The Mandelstam File, the Der Nister File: An Introduction to Stalin-Era Prison and Labor Camp Records* (Armonk, N.Y.: M.E. Sharpe, 1996)

(With John Soma and James Sprowl), *Teacher's Manual for Use With Computer Law, Cases, Comments, and Questions*, (St. Paul, Minn.: West Publishing Co., 1992).

(With Glen E. Weston, and Roger Schechter), *Teacher's Manual for Use With Unfair Trade Practices and Consumer Protection, Cases and Comments, 5th ed.* (St. Paul, Minn.: West Publishing Co., 1992).

(With Glen E. Watson, and Roger Schechter), *Unfair Trade Practices and Consumer Protection, Cases and Comments*, 5th ed. (St. Paul, Minn.: West Publishing Co., 1992).

(With John Soma and James Sprowl), *Computer Law, Cases, Comments, and Questions*, (St. Paul, Minn.: West Publishing Co., 1992).

(Translator and co-editor with Robert Sharlet and Piers Beirne), *Stuchka: Selected Writings on Soviet Law and Marxism* (Armonk: M.E. Sharpe, 1988).

(With William E. Butler and John B. Quigley, Jr., co-editors), *Law After Revolution (New York: Oceana Publications*, 1988).

(With O.S. Ioffe), *The Soviet Economic System: A Legal Analysis* (Boulder: Westview, 1987).

(With James Sprowl), *Computer Applications in the Law* (St. Paul, Minn.: West Publishing Co., 1987).

(With D.A. Loeber, editor-in-chief, Donald Barry, F.J.M. Feldbrugge, and George Ginsburgs, co-editors) *Ruling Communist Parties and Their Status Under Law* (Dordrecht: Martinus Nijhoff, 1986).

(With S. Chesterfield Oppenheim, Glen E. Weston, and Roger Schechter), *1986 Supplement to Unfair Trade Practices and Consumer Protection* (St. Paul, Minn.: West Publishing Co., 1986).

(With John N. Hazard and William E. Butler) *The Soviet Legal System: The Law in the 1980's (New York: Oceana Publications*, 1984).

(With S. Chesterfield Oppenheim, Glen E. Weston, and Roger Schechter) *Teacher's Manual for Use With Unfair Trade Practices and Consumer Protection, Cases and Comments, 4th ed.* (St. Paul, Minn.: West Publishing Co., 1983).

(With O.S. Ioffe) *Soviet Law in Theory and Practice* (New York: Oceana Publications, 1983).

(With S. Chesterfield Oppenheim, Glen E. Watson, and Roger Schechter) *Unfair Trade Practices and Consumer Protection, Cases and Comments*, 4th ed. (St. Paul, Minn.: West Publishing Co., 1983).

(With Gordon Smith and George Ginsburgs, co-editors) *Law and Economic Development in the Soviet Union* (Boulder, Colorado: Westview Press, 1982).

(With Gordon Smith and George Ginsburgs, co-editors) *Soviet and East European Law and the Scientific-Technical Revolution* (New York: Pergamon, 1981).

(With S. Chesterfield Oppenheim and Glen E. Weston) *1981 Supplement to Oppenheim and*

*Weston's Unfair Trade Practices and Consumer Protection* (St. Paul, Minn.: West Publishing Co., 1981).

(Translator) *Pashukanis: Selected Writings on Marxism and Law*, edited by Piers Beirne and Robert Sharlet (London: Academic Press, 1979). Full text with original pagination available on the Internet at: <http://www.uiuc.edu/ph/www/p-maggs/pashukanis.htm>.

(With Donald Barry, F.J.M. Feldbrugge, and George Ginsburgs, co-editors) *Soviet Law After Stalin, III: Soviet Institutions and the Administration of Law* (Alphen aan den Rijn: Sijthoff & Noordhof, 1979).

(With Donald Barry and George Ginsburgs, co-editors) *Soviet Law After Stalin, II: Social Engineering through Law in the USSR* (Alphen aan den Rijn: Sijthoff & Noordhof, 1978).

(With Donald Barry and George Ginsburgs, co-editors) *Soviet Law After Stalin, I: The Citizen and the State in Contemporary Soviet Law* (Leiden: A.W. Sijthoff, 1977).

(With John N. Hazard & William E. Butler) *The Soviet Legal System*, 3d ed. (Dobbs Ferry, N.Y.: Oceana Publications, 1977).

(With John N. Hazard & Isaac Shapiro) *The Soviet Legal System*, 2nd ed. (Dobbs Ferry, N.Y.: Oceana Publications, 1969).

(With Harold J. Berman) *Disarmament Verification Under Soviet Law* (Dobbs Ferry, N.Y.: Oceana Publications, 1967).

Laws, Monographs, Translations, and Technical Reports

"Soviet Health Law" (400 pages of selected and translated legislative materials constituting Volume XX of Soviet Statutes and Decisions).

"Soviet Economic Law Reform" (400 pages of selected and translated legislative materials constituting Volume XIX of Soviet Statutes and Decisions).

"Soviet Higher Education Law" (400 pages of selected and translated legislative materials constituting Volume XVIII os Soviet Statutes and Decisions).

"Soviet Social Welfare Law" (400 pages of selected and translated legislative materials constituting Volume XVII of Soviet Statutes and Decisions).

"Soviet Labor Law" (800 pages of selected and translated legislative materials constituting Volumes XV and XVI of Soviet Statutes and Decisions).

"Soviet Copyright Law" (400 pages of selected and translated legislative materials and judicial

decisions constituting Volume XIV of Soviet Statutes and Decisions).

"Soviet Patent Law" (400 pages of selected and translated legislative materials constituting Volume XIII of Soviet Statutes and Decisions).
Law and Population in Eastern Europe. Medford, Mass.: Fletcher School of Law and Diplomacy, Law and Population Monograph Series, No. 3 (1977).

Reporter (with Marion Benfield), Uniform Simplification of Land Transfers Act, Uniform Laws Annotated, Vol. 14, 209-349.

Reporter (with Marion Benfield, chief reporter), Uniform Land Transactions Act, 1975 Official Text with Comments, (St. Paul, Minn., West Publishing Co., 1976).

"Report of Research on Computer Model of the Legal Regulation of the Communist Economic Enterprise," American Philosophical Society Yearbook 1972 (Philadelphia, 1973), p. 496.

Representation of National and Regional Political Units in a Computerized World Future Model. Honolulu: East-West Population Institute, East-West Center, Worker Paper No. 27, October 1972.

Legal regulation of Population Movement to, from and within the United States--A Survey of Current Law and Constitutional Limitations. Honolulu: East-West Population Institute, East-West Center, Working Paper No. 25, June 1972.

Law and Population Growth in Eastern Europe. Medford, Mass.: Fletcher School of Law and Diplomacy, Law and Population Monograph Series, No. 3 [1972].

"A Proposal for Cooperation . . .," Second Symposium on the coordination of Research Concerning the Legal Systems of Central and Eastern Europe, Strasbourg, 1971. Document AS/Coll. RSJ (71) 17.

(With R.T. Chien and F.A. Stahl) New Directions in Legal Information Processing. Urbana, Ill.: University of Illinois Coordinated Science Laboratory, Report R-538, December 1971.

Nonmilitary Secrecy Under Soviet Law. RAND Corp. P-2856-1, 1964.

Articles

"The Uncertain Legal Status of Free and Open Source Software in the United States." In Axel Metzger ed., Free and Open Source Software (FOSS) and other Alternative License Models: A Comparative Analysis. *Ius Comparatum* – Global Studies in Comparative Law, Vol. 12, Springer International Publishing Switzerland, 2016, pp. 477-493.

"К вопросу о правовой охране ноу-хоу по российскому законодательству." [Regarding

Legal Protection of Knowhow in Russian Legislation]. Труды по интеллектуальной собственности [Works on intellectual property]. Vol. XVII, No. 2, pp. 102-117. (2014).

"К вопросу о технических средствах защиты авторских и смежных прав." [Regarding Technical Measures of Protecting Copyright and Neighboring Rights] Труды по интеллектуальной собственности [Works on intellectual property] Vol. XVI, No. 1, pp. 102-115. (2014).

"License Contracts, Free Software and Creative Commons in the United States." American Journal of Comparative Law, Supplement, Volume 62 (Supplement) 2014, pp. 407-423.

"Lost in Translation (Interpretation)?" in *Liber Amicorum* in Honour of 50th Anniversary of Alexey Zhiltsov: Transational Trade and Law, compiled and edited by A. Muranov and V. Plekhanov, Moscow-Berlin, Infotropic Media, 2013, pp. 139-145.

"Islamic Banking in Kazakhstan Law," Review of Central and East European Law, Volume 36 (2011), pp. 1-32. http://www.law.illinois.edu/pmaggs/arts.htm.

"The Balance of Copyright in the United States of America," American Journal of Comparative Law, Supplement, Volume 58 (Supplement) 2010, pp. 369-376.

"Conflict of Laws in the Area of Intellectual Property" (in Russian) in a forthcoming Festschrift honoring M.M. Boguslavsky. (Corrected final proofs have been returned to publisher; awaiting publication).

"Unconscionability of the Arbitral Clause under United States Law," *Vestnik mezhdunarodnogo kommercheskogo arbitrazha*, Vol. I, No. 1 (2010), pp. 167-181.

"Reflections of Anglo-American Legal Concepts and Language in the New Russian Civil Code, " in William Simons, ed., *Private and Civil Law in the Russian Federation. Law in Eastern Europe: Essays in Honor of FJ.M. Feldbrugge,* 60 (Martinus Nijhoff: Leiden-Boston, 2009) 197-203.

"O prave na sekret proizvodstva (nou-khau). Kriticheskii analiz polozhenii IV chasti Grazhdanskogo kodeksa Rossiiskoi Federatsii" [The Right to Secrets of Production (Know-How). A Critical Analysis of Provisions of the Fourth Part of the Civil Code of the Russian Federation], *Voprosy pravovedeniia* (Questions of Legal Thought), 2009, No. 3-4, pp. 76-91.

"Zhong Ou ya guo jia min fa dian yi ge bi jiao xing de gai guan [On Eurasian civil codes], 74 *Graduate Law Review of CUPL* (2007), pp. 143-154.

"From Goldilocks to Micky Mouse - the Limits of Intellectual Property Protection," in Grazhdanskoe zakonodatel'stvo [Civil Legislation], Issue 27, edited by A.G. Didenko and E.A. Belianevich (Almaty, Kazakhstan, 2007), pp. 306-314. Also in Russian in the same volume as

"Ot Zlatovlaski k Mikki Mausu - predely zashchity intellektual'noi sobstvennosti," pp. 294-305.

"Constitution of 1977," *Encyclopedia of Russian History.*

"High Arbitration Court," *Encyclopedia of Russian History.*

*"Supreme Court," Encyclopedia of Russian History.*

"Free Legal Advice on the Internet," *International Journal of Legal Information*, Vol. 34, No. 3 (Winter 2006), pp. 483-513.

"United States Courts Judge Transition Country Legal Systems," in Rechtslage von Auslandsinvestitionen in Transformationsstaaten (Berlin: Berliner Wissenschafts Verlag, 2006), pp. 529-539.

"Abusive Advertising on the Internet (SPAM) Under United States Law", 2006 *American Journal of Comparative Law, Supplement* 385-394, reprinted in John Kozyris, ed., *Regulating Internet Abuses: Invasion of Privacy* (Alphen aan den Rijn: Kluwer Law International, 2007), 203-211.

"Dietrich André Loeber," *Sudebnik,* Vol. 9 (2004), No. 2, p. 265.

"Public Land Ownership in the Russian Federation," in *Public Policy and Law in Russia: In Search of a Unified Legal and Political Space, Essays in Honor of Donald D. Barry, Law in Eastern Europe* 55, edited by Robert Sharlet and Ferdinand Feldbrugge (Leiden: Brill, 2005), pp. 199-211.

"Russia's Writing Requirement under the Convention on Contracts for International Sale of Goods," in *Balancing of Interests Liber Amicorum Professor Peter Hay zum 70. Geburtstag* (Frankfurt am Main: Verlag Recht und Wirtschaft GmbH, 2005), pp. 279-283.

"Commercial Law, 1917-1990s," in *Supplement to the Modern Encyclopedia of Russian, Soviet & Eurasian History,* Vol. 6, pp. 179-182.

"Civil Law in Russia, Soviet Union, Russian Federation," in *Supplement to the Modern Encyclopedia of Russia, Soviet & Eurasian History*, Vol. 6, pp. 117-123 (2005).

"Struggling towards Law? Human Rights and Legislative Reform in Moldova," in Ann Lewis, ed., *The EU and Moldova: On a Fault-line of Europe* (London: Federal Trust, 2004), pp. 149-154.

"Conflict of Laws and Russian-U.S. Intellectual Property Relations," in Alexander Trunck, Rolf Knieper, and Andrej G. Svetlanov, editors, Russland im Kontext der internationalen

Entwicklung: Internationales Privatrecht, Kulturgüterschutz, geistiges Eigentum, Rechtsvereinheitlichung; Russia in the International Context: Private International Law, Cultural Heritage, Intellectual Property, Harmonization of Laws; Rossiia v kontekste mezhdunarodnogo razvitiia: mezhdunarodnoe chastnoe pravo, zashchita kul'turnyskh tennostei, intellektual'naia sobststvennost', unifikatsiia prava: Festschrift für Mark Moiseevič Boguslavskij (Berlin: BMV Berliner Wissenschafts-Verlag, 2004).

"Judicial Precedent Emerges at the Supreme Court of the Russian Federation," 9 *The Journal of East European Law* 479-500 (2002). (actually published in 2004).

"Ronald Rotunda, Friend and Colleague," 2003 *University of Illinois Law Review* 1169-1170.

"The Effect of Proposed Amendments to Uniform Commercial Code Article 2," *University of Illinois Journal of Law, Technology and Policy*, 2002 U. Ill. J.L. Tech. & Pol'y 311.

"Soviet Law." *Encyclopaedia Britannica* 2003 http://www.britannica.com/eb/article?eu=70730 Also to appear in bound and CD-ROM editions.

"The '.us' Internet Domain," *American Journal of Comparative Law*, Vol. 50 Supplement (2002), pp. 297-318.

"*The Process of Codification in Russia:* Lessons Learned from the Uniform Commercial Code." *McGill Law Review*, Vol. 44, No. 2 (August 1999), 281-300.

"The Impact of the Internet on Legal Bibliography," *American Journal of Comparative Law*, Vol. 46, Supplement 1998, pp. 665-675.

"Civil Law Reform and Privatization in the Newly Independent States," *Rule of Law Consortium Newsletter*, Spring 1998, pp. 3-4.

"Consumer Protection on the Internet," *Ajuris*, March 1998, pp. 105-112. (This is a paper presented at the First Interamerican Congress of Consumer Law.)

"The Russian Courts and the Russian Constitution," *Indiana International and Comparative Law Review*, Vol. 8, No. 1, pp. 99-117 (1997) (This is an expanded version of the Third John N. Hazard Lecture at the Association of the Bar of the City of New York.).

"The Mutual Restoration of Russian and United States Copyright," 3 *Parker School Journal of East European Law* 305-324 (1996).

"The Right Arbitration Forum Can Make the Difference Between Wining and Losing Disputes," *Russian Petroleum Investor*, June/July 1996, pp. 71-73.

"Russia's New Production Sharing Law Provides for Arbitration, But is Hampered by Politics,"

*Mealey's International Arbitration Report*, May 1996; reprinted in *Mealy's International Arbitration Review* 1996.

(With Robert Sharlet) "Reforming Legal Education in the Newly Independent States," *Rule of Law Consortium Newsletter*, Winter/Spring 1996, pp. 1-3.

"The Uniform Simplification of Land Transfers Act and the Politics and Economics of Law Reform," 20 *Nova Law Review* 1091- 1093 (1996).

"Industrial Property in the Russian Federation," in G. Ginsburgs et al., eds., *The Revival of Private Law in Central and Eastern Europe* (Leiden: Kluwer, 1996), pp. 377-90.

"The Russian Constitutional Court's Decisions on Residence Permits and Housing," 2 *Parker School Journal of East European Law* 561-582 (1995).

"Russian Commercial Courts Expand Jurisdiction Over International Business Disputes," *International Practitioner's Notebook*, August 1995, pp. 20-21.

"Legal Databanks in the United States and their Use in Comparative Law," 22 *International Journal of Legal Information*, 214-227 (1994).

"The Non-Role of Financial Intermediaries in Voucher Privatization in Russia, October 1992- February 1993," in Hans Smit & Vratislav Pechota, eds., *Privatization in Eastern Europe: Legal, Economic, and Social Aspects* (Irvington-on-Hudson: Transnational Juris Publications, 1994), 104-107.

"Overcoming Legal Obstacles to Doing Business in Russia," in *Law in Russia* (Donald W. Treadgold Papers, No. 101, 1994), 18-27.

"Importing Russian Intellectual Property; the Interaction of Russian and United States Law," 1 *Parker School Journal of East European Law* (1994).

"The Use of Expert Systems in Comparative Law," United States national report prepared for the XIVth International Congress of Comparative Law, *American Journal of Comparative Law, Supplement 1994*, 801-812.

"International Trade and Commerce" in the proceedings of a conference on the work of Harold J. Berman, 42 *Emory Law Journal*, 449-473 (1993); reprinted in Harold O. Hunter, ed., *The Integrative Jurisprudence of Harold J. Berman* (Boulder: Westview Press, 1996), pp. 51-74.

"Russian International Arbitration Legislation, *International Arbitration Report*, Nov. 11, 1993, (Vol. 8, #11), pp. 16-18.

"The Role of Publishing Houses in Developing Legal Research and Publication," Académie

intenationale de droit comparé- International Academy of Comparative Law, *Rapports Généraux XIIIe Congrè international Montreal 1990 XIIIth International Congress General Reports* (Cowansville, Québec: Yvon Blais, 1992), 961-967.

"Legal forms of doing business in Russia," *North Carolina Journal of International Law and Commercial Regulation*, Vol. 18, No. 1, pp 173-192 (1992).

With Leonid P. Malkov, "Protecting Intellectual Property in Russia," *Research-Technology Management*, Jan.-Feb. 1993 (Vol. 36, No. 1), pp. 15-16.

"New Russian Intellectual Property Legislation," *Mealey's Litigation Reports: Intellectual Property*, Dec. 28, 1992 (Vol. 1, #6), pp. 43-47.

"Substantive and Procedural Protection of Enterprise Rights," in Donald D. Barry, ed., *Toward the "Rule of Law" in Russia; Political and Legal Reform in the Transition Period* (Armonk, M.E. Sharpe, 1992), pp. 277-290.

Translator, "Soviet Enterprises on the Difficult Path to a Market Economy," by V.P. Mozolin, in Donald D. Barry, ed., *In Search of the Law Governed State: Political and Societal Reform Under Gorbachev* (1992).

"The Ministry of Finance," in Eugene Huskey, ed., *Executive Power and Soviet Politics; The Rise and Decline of the Soviet State*, (Armonk, M.E. Sharpe, 1992), pp. 129-142.

"Legal Rights of the Handicapped in the USSR," in *The Emancipation of Soviet Law* [*Law in Eastern Europe* No. 44], 1992, pp. 249-255.

"Developments in Arbitration Law in Russia, Ukraine, and Kazakhstan," *International Arbitration Report*, Nov. 1992, pp. 16- 18.

With Leonid P. Malkov, "Telfonye brokery." *Delovoi mir*, Sept. 18,1992, p. 15.

"Taking the 'Poison Pill': A Commentary on a Case Study," *Soviet Economy*, April-June 1992 (Vol. 8, No. 2), 158-163.

"Enforcing the Bill of Rights in the Twilight of the Soviet Union,"1991 *University of Illinois Law Review* 1049-1063.

"Legal Forms of Doing Business in Russia," 18 *North Carolina Journal of International Law and Com. Reg.* 173-192 (1992).

"Ownership Rights." In Michael P. Claudon and Tamar L. Gutner, *Investing in Reform: Doing Business in a Changing Soviet Union* (New York: New York University Press, 1991), pp. 155-169.

#7692988 v1 \026113 \0001

"Judicial Activism in the USSR." In Kenneth M. Holland, ed., *Judicial Activism in Comparative Perspective* (Houndmills: MacMillan, 1991), pp. 202-214.

"Post-Soviet Law: The Case of Intellectual Property Law." *Harriman Institute Forum*, Vol. 5, No. 3 (Nov. 1991), pp. 3-9.

"Special Section on the Fundamentals of Civil Law: Intellectual Property," *Soviet & East European Law*, 2 (1991), No. 6.

"Special Section on the Fundamentals of Civil Law: Choice of Law," *Soviet & East European Law*, 2(1991), No. 6.

"Law on Inventions," *Soviet & East European Law*, 2 (1991), No. 5.

"Systems for the Automated Storage and Retrieval of Legal Information: Their Use in Research on Foreign, Comparative, and International Law," *Proceedings of the XIIth International Congress of Comparative Law*.

"Recent Developments in Products Liability Law in the USA," *Journal of Consumer Policy* 14 (1991), 29-33.

"Product Liability Law in the US," *Australian Product Liability Reporter*, April 1991, pp. 7-9.

"Secret Soviet Economic Legislation," in *The Soviet Sobranie of Laws* (Berkeley: University of California, 1991), pp. 55-67.

"Edward Cleary as Colleague and Mentor," *University of Illinois Law Review*, 1990, 901-902.

"Marion Benfield as Colleague, Friend, Neighbor, Co-Reporter, and Fellow North Carolinian," *University of Illinois Law Review* (1990), 761-762.

(With co-authors Robert Sharlet et al., "P.I. Stuchka and Soviet Law," in *Revolution in Law, Contributions to the Development of Soviet Legal Theory*, 1917-1938 (Armonk: M.E. Sharpe, 1990), pp. 45-60.

"The 1987 Decree on The State Committee on Science and Technology," in Albert J. Schmidt, ed., *The Impact of Perestroika on Soviet Law* (Dordrecht: Martinus Nijhoff, 1990), pp. 289-298.

"Second Soviet Draft Law on Inventions Published," *Soviet & East European Law*, 1 (1990), 7, 10.

"Property and Rights of the Individual: Definition and Enforcement," *Moscow Conference on Law and Bilateral Relations* (1990), 169-171.

#7692988 v1 \026113 \0001

"U.S. and Soviet Barriers to Bilateral Trade: Using Trade as an Instrument of Foreign Policy, Currency Controls, Intellectual Property Protection, and the Authority to Contract," *Moscow Conference on Law and Bilateral Relations* (1990), 77-79.

"Facilitating U.S.-Soviet Joint Ventures Through Legislative Reform," *in Financial Markets, Joint Ventures, and Business Opportunities in the Soviet Union* (Middlebury: Geonomics Institute, 1990).

"Constitutional Implications of Changes in Property Rights in the USSR," *Cornell International Law Journal* 23 (1990) 363-375.

Participant in roundtable discussion, "Crises in the USSR: are the constitutional and legislative changes enough?" (Symposium: Perspectives on the Legal Perestroika; Soviet Constitutional and Legislative Changes), *Cornell International Law Journal* 23 (1990) 377-398.

"Access to Justice for the Consumer in the USA," *Journal of Consumer Policy*, 13 (1990), 45-58.

"The Restructuring of the Soviet Law of Inventions," *Columbia Journal of Transnational Law* 28 (1990) 277-289; reprinted in *Legal Reform in the USSR* (Transnational Juris Publications: Ardsley-on-Hudson, 1991).

(With co-author Ronald Rotunda), "Meanwhile, back in Mother Russia," *Legal Times*, Oct. 2, 1989, p. 35, col. 2.

"Systems for the Automated Storage and Retrieval of Legal Information: Their Use in Research on Foreign, Comparative, and International Law," *Proceedings of the XIIth International Congress of Comparative Law.*

"Administrative Law and Finance Law," in G. Ginsburgs, ed., *Soviet Administrative Law: Theory and Property* [*Law in Eastern Europe* No. 40] (Dordrecht: Martinus Nijhoff, 1989), 387-397.

"Reglament Arbitrazhnogo Instituta Stokgol'mskoi Torgovoi Palaty," *Arbitration International* 4 (1988) 331-333.

"The Role of Soviet Banking and Finance Law in Joint Enterprises," *Columbia Journal of International Business*, 23:2 (Summer 1988), 13-24.

"Introduction," in *Advertising Law Anthology*, Vol. XI (1988), ix- xii.

"Introduction," in *Model Jury Instructions for Business Tort Litigation*, 2nd ed. (Chicago: American Bar Association, 1988), xv-xxviii.

"Choice and Compulsion in Soviet Labor Law: Labor Conscription 1917-21," *Law After*

*Revolution*, edited by William E. Butler, Peter B. Maggs, and John Quigley, Jr., (New York: Oceana Publications, 1988), 35-45.

"Law," a chapter of James Cracraft, ed., *The Soviet Union Today: an Interpretative Guide*, 2d ed. (Chicago: University of Chicago Press, 1987), pp. 339-348.

"Direct Contacts of Soviet Organizations in International Economic Relations," in *The Distinctiveness of Soviet Law* (Dordrecht: Martinus Nijhoff, 1987), pp. 183-195.

"Legal Regulation of the Dissemination of Scientific and Technical Information in the USSR," in Olimpiad S. Ioffe and Mark W. Janis, ed., *Soviet Law and Economy* (Dordrecht: Martinus Nijhoff, 1987), pp. 103-126.

"The League of Communists of Yugoslavia and the Law," in *Communist Parties and the Law*, (pp. 347-356).

"The Party of Labor of Albania and the Law," in Communist Parties and the Law, (pp. 211-221).

"Marxism and Soviet Environmental Law," *Columbia Journal of Transnational Law* 23 (1985) 510-522.

"Accounting," *Encyclopedia of Soviet Law*, 2nd ed. (Leiden, 1985), pp. 3-4.

"Budgets of Enterprises" *Encyclopedia of Soviet Law*, 2nd ed. (Leiden, 1985), pp. 92-93.

"Cooperatives," *Encyclopedia of Soviet Law*, 2nd ed. (Leiden, 1985), p. 184.

"Computers and the Law," *Encyclopedia of Soviet Law*, 2nd ed. (Leiden, 1985), p. 153.

"The Legal Impact of Modernization in the USSR," in *Law and Economic Development in the Soviet Union* (Boulder, Colorado: Westview Press, 1982), 1-10.

"Legal Aspects of the Computerization of Management Systems in the USSR and Eastern Europe," in *Law and Economic Development in the Soviet Union* (Boulder, Colorado: Westview Press, 1982), 133- 157.

"Computer Programs as the Object of Intellectual Property in the United States of America," *American Journal of Comparative Law*, 30 (1982), Supplement, 251-273.

"The Soviet Constitution . . ." *Human Rights*, 10 (1982), No. 2, pp. 34-39, 55-56.
"Land Records of the Uniform Simplification of Land Transfers Act," *Southern Illinois University Law Journal* (1981), 491-510.

"The Soviet Union's Approach to Coping with the Economic Aspects of National Security and

Foreign Policy: The Soviet Legal Structure and the Development of Computer Technology," 1 *St. Louis University Public Law Forum*, 111-114 (1981).

"The Legal Structure of Technology Transfer in Eastern Europe," *Soviet and East European Law and the Scientific Technical Revolution*, edited by Gordon Smith, George Ginsburgs, and Peter B. Maggs (New York: Pergamon, 1981), 272-294.

"Socialist Law," *Academic American Encyclopedia*, Vol. 18, p. 25 (1981).

"New Life for Patents: Chakrabarty and Rohm and Haas Co.," *Supreme Court Review* (1980), 57-75.

"Characteristics of Soviet Tax and Budgetary Law," in Barry, Feldbrugge, Ginsburgs, and Maggs, eds., *Soviet Law After Stalin, III: Soviet Institutions and the Administration of Law*, (Alphen aan den Rijn: Sijthoff & Noordhoof, 1979), 93-106.

"Some Problems of Legal Protection of Programs for Microcomputer Control Systems," *University of Illinois Law Forum*, 1979, 453- 468.

"Automated Processing of Legal Information," *American Journal of Comparative Law*, Vol. 26 (Supplement) 1978: Law in the U.S.A. in the Bicentennial Era, 517-529.

"Improving the Legal Mechanisms for Economic Change," in Barry, Ginsburgs, and Maggs, eds., *Soviet Law After Stalin, II: Social Engineering Through Law* (Alphen aan den rijn: Sijthoff & Noordhoof, 1978), 117-138.

"Strict Law in Soviet Contract Law," in *The Unity of Strict Law: A Comparative Study*, ed. Ralph A. Newman. Brussels: Establissements Emile Bruylant, 1978, pp. 311-318.

"The Legal Status of Collective Farm Members," in *Soviet Law After Stalin, I: The Citizen and the State in Contemporary Soviet Law*. (Leiden: A.W. Sijthoff, 1977), 159-178.

"Remedies for Breach of Contract Under Article Two of the Uniform Land Transaction Act," *Georgia Law Review*, 11 (1977), 275-296.

"Teaching Law by Computer," *LeCourt*, 1 (1976), No. 2, pp. 10-13.

"Tube-watching in Law School," *Trial* 12 (1976), No. 12, pp. 32- 38.

(With Luke T. Lee), "North African Migrants Under Western European Law," *Texas International Law Journal*, 11 (1976), 225- 250; reprinted as *Law and Population Mongraph Series* No. 37 (1976) by the Law and Population Programme of the Fletcher School of Law and Diplomacy.

#7692988 v1 \026113 \0001

"Amnesty and Prisoner Population," *Soviet Union*, 3 (1976), 51-62.

"Legal Problems of Patents, Industrial Designs, Technical Data, Trademarks, and Copyrights in Soviet-American Trade," *Denver Journal of International Law and Policy*, 5 (1975), 311-322.

"Law and Sociology in Bulgaria: The Experiments with Pronatalist Legislation, *Review of Socialist Law*, 1 (1975), 253-260.

(With T.D. Morgan) "Computer-Based Legal Education at the University of Illinois: A Report of Two Years' Experience," *Journal of Legal Education*, 27 (1975), 138-156.

"Legal Controls on American Publication of Heterodox Soviet Writings," *Dissent in the USSR: Politics, Ideology, and People*, Ed. R.L. Tökés. Baltimore: John Hopkins, 1975, pp. 310-325.

"The Language of Codification: A Computer Analysis of the Family Code of the R.S.F.S.R.," *Codification in the Communist World*, Leiden: A.W. Sijthoff, 1975, pp. 239-290.

"Unification of Methods of Legal Automation," *Law in the United States in Social and Technical Revolution; Reports from the United States of America on Topics of Major Concern as Established for the IX Congress of the International Academy of Comparative Law*, Ed. J. Hazard & W.J. Wagner. Brussels: Establissements Emile Bruylant, 1974, pp. 677-694.

"A Computer Model of the System of Legal Regulation of the Soviet State Industrial Enterprise," *Contemporary Soviet Law: Essays in Honor of John N. Hazard*, ed. D.D. Barry, W.E. Butler & G. Ginsburgs. The Hague: Martinus Nijhoff, 1974, pp. 175-194.

"Compression of Legal Texts for More Economical Computer Storage, *Jurimetrics Journal*, 14 (1974). 254-261.

"New Directions in U.S.-U.S.S.R. Copyright Relations," *American Journal of International Law*, 68 (July 1974), 391-409.

"The Construction of a Concordance to the Uniform Commercial Code," *University of Illinois Law Forum*, 1974, 7-10.

(With W.D. Hawkland) "UCC Concordance,: *University of Illinois Law Forum*, 1974, 11-136; reprinted in William Hawkland, *Uniform Commercial Code Series*, Vol. 1, "Concordance Introduction," pp. 1-9, "Concordance," pp. 1-252.
"Accounting," *Encyclopedia of Soviet Law*, Ed. F. Feldbrugge. Leiden: A.W. Sijthoff, 1974, pp. 5-6.

"Budgets of Enterprises," *Encyclopedia of Soviet Law*, Ed. F. Feldbrugge. Leiden: A.W. Sijthoff, 1974, p. 90.

#7692988 v1 \026113 \0001

"Cooperatives," *Encyclopedia of Soviet Law*, Ed. F. Feldbrugge. Sijthoff, 1974, pp. 168-169.

"Englischsprachige Veröffentlichungen zum sowjetischen Zivil-und Wirtschaftsrecht," *Osteuropa-Recht*, 19 (1973), 283-299.

"Population Laws of Eastern Europe," Law and Population: *Lectures and Reading Materials Computer from the Seminar on Law and Population*, E.L. Lee. Medford, Mass.: Fletcher School of Law and Diplomacy, 1973, pp. 1-27.

"An Evolutionary Approach to Compatible Identifiers for Computerized Land Records," *Land Parcel Identifiers for Information Systems*, Ed. D. Moyer and K. Fisher. Chicago: American Bar Foundation, 1973, pp. 183-197.

"Automation of the Land Title System," *American University Law Review*, 22 (Winter 1973), 369-391, reprinted in R.N. Freed, *Computers and the Law—A Reference Work*. Boston: Freed, 4th ed. 1974, 467-478.

"A Computer Service Utility for the Legal Profession," *ACM Urban Symposium 1972*, Computers and Urban Society, pp. 133-146.

(With R.T. Chien and F.A. Stahl) "New Directions in Legal Information Processing," *1972 Spring Joint Computer Conference*, pp. 531-540.

(With Cary B. deBessonet) "Automated Logical Analysis of Systems of Legal Rules," *Jurimetrics Journal*, 12 (1972), 158-169.

*"The Law of Farm-Farmer Relations," The* Soviet Rural Community, ed. J.R. Millar. Urbana: University of Illinois, 1971, pp. 139- 156.

"Investment in Yugoslavia and Eastern Europe" (with co-author, Milan Smiljanic), *Journal of Law and Economic Development*, 4 (1969), 1-15.

"Negative Votes in Soviet Elections," Res Baltica, ed. A. Sprudz and A. Rusis. Leiden: Sijthoff, 1968, pp. 146-151.

"Unification of Law in Eastern Europe," *American Journal of Comparative Law*, 16 (1968), 107-126.
(With K. Winkler) "Libel in the Soviet Press: The New Civil Remedy in Theory and Practice," *Tulane Law Review*, 41 (December 1966), 55-74.

(With J.W. Jerz) "The Significance of Soviet Accession to the Paris Convention for the Protection of Industrial Property," *Journal of the Patent Office Society*, 48 (April 1966), 242-263.

"Soviet Corporation Law: The New Statute on the Socialist State Production Enterprise," *American Journal of Comparative Law*, 14 (Summer 1965), 478-489.

"Les aspects juridiques de la planification economique en U.R.S.S.," *Annuaire de L'U.R.S.S.*, 3 (1965). 231-257.

"Der nichtmilitärische Geheimschutz nach Sowjetrecht," *Osteuropa Recht*, 11 (September 1965), 161-181.

"The Soviet Viewpoint on Nuclear Weapons in International Law," *Law and Contemporary Problems*, 29 (Autumn 1964), 956-970. Reprinted in *The Soviet Impact on International Law*, Ed. H.W. Baade. Dobbs Ferry, N.Y.: Oceana Publications, 1965.

"Commentary on 'Liberty, Law and the Legal Order,' " *Northwestern University Law Review*, 58 (November-December 1963), 657-662.

"The Security of Individually-Owned Property Under Soviet Law," *Duke Law Journal*, (Autumn 1961), pp. 525-537. Reprinted in Durham, N.C.: Duke University, World Rule of Law Center, *World Rule of Law Center Booklet Series*, No. 11.

Radio Talk

"Doing Business in Russia," *Common Ground Radio Series on World Affairs*, January 1994.

Educational Computer Programs

(Published on the PLATO/NOVANET Systems)

Contracts -- Offer and Acceptance

Contracts -- Statute of Frauds

(With Robert Platt) Regulated Industries -- Basic Legal Accounting

(With Thomas Morgan and Robert Platt) Regulated Industries -- Simulation Exercise

Legal Writing -- Citation Abbreviations
Legal Writing -- Latin Words and Phrases

Book Reviews

Review of Aleksei Gennad'evich Nazarov, *Predely osushchestvleniia iskliuchitelnogo prava na rezul'taty intellektual'noi deiatel'nosti* [Limits on the Exercise of the Exclusive Right to the Results of Intellectual Activity], Review of Central and East European Law, 2015, No. 3-4, 375-

376.

Review of William R. Spiegelberger, *The Enforcement of Arbitral Awards in Russia: Eleven Years of Commercial Court Practice Applying the New York Convention*, Review of Central and East European Law, Vol. 40, No. 2 (2015), pp. 203-204.

Review of *The Legal Dimension in Cold War Interactions: Some Notes from the Field*, ed. by Tatiana Borisova and William Simons, *Journal of Cold War Studies*, Vol. 16, No. 1, Winter 2014, pp. 244-245.

Review of Trygve Ben Holland, *Legal Commentary: Russian Competition Law* Trygve Ben Holland, Saarbrücker Verlag für Rechtswissenschaften, Saarbrücken, 2011, *Review of Central and East European Law*, 38 (2013) 195-196.

Review of *"The Judiciary in Central and Eastern Europe: Mechanical Jurisprudence in Transformation."* (*Law in Eastern Europe*, no. 61). By Zdenek Kühn. *Slavic Review*, 2012, p. 936.

Review of "*International Law: A Russian Introduction.* By V. I. Kuznetsov and B. R. Tuzmukamedov. Edited and translated by William E. Butler," to be published in *American Journal of International Law*, April 2010, p. 342.

Review of Patricia Kennedy Grimstead, F. J. Hoogewoud, and Eric Ketelaar, eds., *Returned from Russia: Nazi Archival Plunder in Western Europe and Recent Restitution.* Journal of Cold War Studies, Winter 2010, Vol. 12, No. 1, pp. 200-202.

Review of Noel Calhoun, *Dilemmas of Justice in Eastern Europe's Democratic Transitions*, Canadian American Slavic Studies, Vol. 41, No. 4, pp. 451-452 (2007).

Review of *Ruling Russia: Law, Crime, and Justice in a Changing Society*, ed. William Alex Pridemore, Slavic Review, Vol. 65, No. 3, pp. 614-615 (2006).

Review of W.E. Butler, *The Law of Treaties in Russia and the Commonwealth of Independent States: Text and Commentary.* Canadian American Slavic Studies, Vol. 38, No. 4, pp. 473-474 (2004).

Review of Soli Nysten-Haarala. *Russian Law in Transation: Law and Institutional Change,* Canadian American Slavic Studies, Vol. 37, No. 4, pp. 444-445 (2003).

Review of Hildegard Kochanek. *Die russisch--nationale Rechte von 1968 bis zum Ende der Sowjetunion: eine Diskursanalyse,* Canadian American Slavic Studies, Vol. 37, No. 4, pp. 443-444 (2003).

Abstract of Virginia Martin, *Law and Custom in the Steppe: The Kazakhs of the Middle Horde*

*and Russian Colonialism in the Ninteenth Century*, Journal of the Central Eurasian Studies Society, Vol. 2, No. 1 (Winter 2003), p. 26.

Review of Hiroshi Oda, *Russian Commercial Law*, American Journal of Comparative Law, Vol. 50, No. 4, pp. 875-877 (2002).

Review of Gordon Smith, *Reforming the Russian Legal System*, 61 Law and History Review 607-608 (1998).

Review of F.J.M. Feldbrugge, *Russian Law, the End of the Soviet System and the Role of Law*, 41 *American Journal of Comparative Law* 513-514 (1993).

Review of Antonio Boggiano, *International Standard Contracts: The Price of Fairness* (1991), *International Journal of Legal Information*, 20 (1992) 179-180.

Review of C. Prins, *Computer Program Protection in the USSR: A New Era for Socialist Copyright*, 1991. *Review of Central and East European Law*, 18 (1992) 293-296.

Review of Dencho Georgiev, *Suverenitetut v suvremennoto mezhdunarodno pravo I sutrudnichestvoto mezhdu durzhavite*, *American Journal of International Law*, 86 (1992), 438.

Review of Esa Paasivirta, *Participation of States in International Contracts and Arbitral Settlement of Disputes*, 1990. *International Journal of Legal Information*, 19 (1991) 260- 261.

Review of Heinz Schäffer and Attila Rácz, eds. (in collaboration with Barbara Rhode), *Quantitative Analyses of Law: A Comparative Empirical Study: Sources of Law in Eastern and Western Europe*, *International Journal of Legal Information*, 19 (1991) 136-137.

Review of Raymond Hutchings, *Soviet Secrecy and Non-Secrecy*, 1987. *The Russian Review*, 50 (1991) 379-380.

Review of Miodrag Sukijasovic, *Pravno regulisanje medunarodne trgovine kafom*, *American Journal of International Law*, 85 (1991) 249-50.

Review of William E. Butler, *Arbitration in the Soviet Union*, *International Journal of Legal Information*, 18 (1990), 169-170.

Review of Marc Maresceau, ed.*, The Political and Legal Framework of Trade Relations Between the European Community and Eastern Europe*, *International Journal of Legal Information*, 18 (1990), 90-91.

Review of *Medunarodno pravo mora i izvori medunarodnog prava*, *American Journal of International Law*, 84 (1990), 614-615.

#7692988 v1 \026113 \0001

Review of A.W. Koers, D. Kracht, M. Smith, J.M. Smits and M.C.M. Weusten, *Knowledge-Based Systems in Law: In Search of Methodologies and Tools* (1989). *International Journal of Legal Information* 17 (1989) 286-287.

Review of G.P.V. Vandenberghe, ed., *Advanced Topics of Law and Information Technology*, *International Journal of Legal Information* 17 (1989) 204.

Review of Arie Bloed, *The External Relations of the Council for Mutual Economic Assistance* and of George Ginsburgs, *The Soviet Union and International Cooperation in Legal Matters (Part 1): Recognition of Arbitral Agreements and Execution of Foreign Commercial Arbitral Awards*, *American Journal of International Law* 83 (1989) 701-702.

Review of O.N. Sadikov, *Soviet Civil Law* and of Olimpiad S. Ioffe, *Soviet Civil Law*. *Russian Review* 48 (1989) 227-228.

Review of Ernst-Joachim Mestm„ker (ed.), *The Law and Economics of Transborder Telecommunications*. *International Journal of Legal Information* 17 (1989) 104.

Review of P.D. Finn, *Essays on Contract*. *International Journal of Legal Information* 17 (1989) 55.

Review of H.W.K. Kaspersen, et al., *Telebanking, Teleshopping and the Law*. *International Journal of Legal Information* 68-69 (1989).

Review of Melville B. Nimmer and Paul Edward Geller (eds.) *International Copyright Law and Practice*. *International Journal of Legal Information* 17 (1989) 88.

Review of J.A. Keustermans and I.M. Arckens, *International Computer Law; A Practical Guide to the International Distribution and Protection of Software and Integrated Circuits*. *International Journal of Legal Information* 17 (1989) 82-84.

Review of Robert P. Bigelow, *Computer Contracts: Negotiating and Drafting Guide*. *International Journal of Legal Information*, 17 (1989) 189-190.

Review of Kazimierz Grzybowski, *Soviet International Law and the World Economic Order*. *Canadian-American Slavic Studies* (1989).

Review of E. Allan Farnsworth and Viktor P. Mozolin, *Contract Law in USSR and the United States: History and General Concept*. *Connecticut Journal of International Law*, 3 (1988) 519-523.

Review of Wolfgang Gößmann, *Die Kombinate in der DDR: Eine wirtschaftsrechtliche Untersuchung*. *Review of Socialist Law*, 14 (1988), 298-299.

Review of John N. Hazard, *Reflections of a Pioneering Sovietologist. International Journal of Legal Information* 16 (1988), 141.

Review of Daniel J. Meador, *Impressions of Law in East Germany; Legal Education and Legal Systems in the German Democratic Republic. University of Illinois Law Review* (1987), 543-545.

Review of Marie Helen Pichler, *Copyright Problems of Satellite and Cable Television in Europe. International Journal of Legal Information,* 16 (1988), 217-218.

Review of Stanley S. Arkin et al., *Prevention and Prosecution of Computer and High Technology Crime. International Journal of Legal Information,* 16 (1988), 237-238.

Review of M.M. Boguslavskii, *Mezhdunarodnoe ekonomicheskoe pravo. American Journal of International Law,* 81 (1987) 1007.

Review of John Livermore, *Exemption Clauses and Implied Obligations in Contracts. International* Journal of Legal Information, 15 (1987), 157-158.

Review of Henry Carr, *Computer Software: Legal Protection in the United Kingdom. International Journal of Legal Information,* 15 (1987) 181-182.

Review of Kojo Yelpaala, Maro Rubino-Sammartano, and Dennis Campbell, eds., *Drafting and Enforcing Contracts in Civil and Common Law Jurisdictions. International Journal of Legal Information,* 15 (1987), 76-77.

Review of *Yearbook on Socialist Legal Systems, 1986. American Journal of International Law,* 81 (1987), 821-822.

Review of Vojin Dmitrijevic, Strahovlada: *Ogled o ljudskim pravima I drzavnom teroru. American Journal of International Law,* 81 (1987), 799-800.

Review of Eugene Huskey, *Russian Lawyers and the Soviet State. American Historical Review,* 1987.
Review of Ger P. van den Berg, *The Soviet System of Justice: Figures and Policy. The Russian Review,* 1986.

Review of J. Fraser Mann; *Computer Technology and The Law in Canada. International Journal of Legal Information,* 15 (1987) 280-281.

Review of Bernard D. Reams, *University-Industry Research Partnerships.* International Journal of Legal Information, 14 (1986) 185-186.

Review of W.E. Butler and V.N. Kudriavtsev, eds., *Comparative Law and Legal System: Historical and Socio-Legal Perspectives. American Journal of International Law,* 80 (1986),

771-772.

Review of Danilo Türk, *Nacelo neintervencije v mednarodnih odnosih in v mednarodnem pravu*. *American Journal of International Law* 80 (1986), 403-404.

Review of James M. Swanson, *Scientific Discoveries and Soviet Law: A Sociohistorical analysis*. *American Historical Review*, (1986), 158-159.

Review of W.E. Butler, *Basic Documents on the Soviet Legal System*, 23 *American Journal of International Law*, 23 (1985), 521- 522.

Review of Hazard, *Managing Change in the USSR: The Politico- Legal Role of the Soviet Jurist* (1983). *International Journal of Legal Information*, 12 (1984), 162-163.

Review of Pretnar, *Inventor's Certificates, Rationalization Proposals and Discoveries* (1982). *American Journal of Comparative Law*, 32 (1984), 775-776.

Review of *The Soviet Union Through its Laws*, edited and translated by Leo Hecht. *Slavic Review*, 42 (1984), 320-3231.

Review of Ciampi, Femeli, and Trivisonno, *THES-BID: A Computer- Based Thesaurus of Terminology in Computers and the Law*. *International Journal of Legal Information*, 11 (1983), 90-91.

Review of Kourilsky, Racz and Schaffer, *The Sources of Law: A Comparative Empirical Study -- National Systems of Sources of Law*. *International Journal of Legal Information*, 11 (1983), 190-191.

Review of Rudolph and Strohbach: *Die rechtlich Regelung der internationalen Wirtschaftsbeziehungen der DDR zu Partnern im nichtsozialistischen Wirtschaftsgebiet*. *International Journal of Legal Information*, 11 (1983), 201-202.

Review of F.J.M. Feldbrugge, and William B. Simons, editors, *Perspectives on Soviet Law for the 1980s* (1982). *Soviet Union/Union Sovietique*, 10 (1983), 104.

Review of Konstantin Simis, *USSR: The Corrupt Society* and Logan Robinson, *An American in Leningrad*. *Slavic Review*, 42 (1983), 501-503.

Review of Milan Bulajic, *Medunarodno pravo ekonomskog razvoja: Pravni aspekti novog medunarodnog ekonomskog poretka*. *American Journal of International Law*, 77 (1983), 193.

Review of *The Soviet Codes of Law*, edited by William B. Simons. *Slavic Review*, 41 (1982), 729.

Review of Manfred Balz, *Eigentumsordmung und Technologiepolitik. Eine system-vergliechende Studie zum sowjetischen Patent-und Technologierecht. Review of Socialist Law*, 4 (1982), 392.

Review of *Deutsches und sowjetisches Wirtschaftsrecht; Rechtliche Aspekte der internen und bilateralen Wirtschaftsbeziehungen: Sowjetunion und BRD. Review of Socialist Law*, 4 (1982), 396.

Review of Mark Boguslavsky, *The USSR and International Copyright Protection*, translated by Yuri Shirokov. *Slavic Review*, 40 (1981), 122-123.

Review of Beith Krevitt Eres, *Legal and Legislative Information Processing. International Journal of Law Libraries*, 9 (1981), 119.

Review of Davorin Rudolf, *Neutralnost I paksaktivnost: Medunarodnopravni aspekti. American Journal of International Law*, 74 (1980), 490.

Review of Budislav Vukas, *Relativno djelovanje medunarodnih ugovora. American Journal of International Law*, 74 (1980), 248.

Review of George Dana Cameron III, *The Soviet Lawyer and His System: A Historical and Bibliographic Study. The Russian Review*, 39 (1980), 256.

Review of Serge L. Levitsky, *Copyright, Defamation, and Privacy in Soviet Civil Law*. The *Russian Review*, 39 (1980), 381-382.

Review of Gyula Eörsi, Comparative Civil (Private) Law; Law Types, Law Groups, the Roads of Legal Development. International Journal of Law Libraries, 8 (1980), 178-179.

Review of Benninger, *Die sowjetische Gesetzgebung zur rechtlichen Stellung des nichtehelichen Kindes unter besonderes Berücksichtigung ihres Einflusses auf die Geburtenzhal. Review of Socialist Law*, Vol 4 (1978), 399-491.

Review of Michael A. Newcity, *Copyright Law in the Soviet Union. Russian Review*, 37 (1978), 472.

Review of Stanislaw J. Sawicki, *Soviet Land and Housing Law. Russian Review*, 37 (1978), 354-355.

Review of D.A. Loeber, *East-West Trade: A Sourcebook on the International Economic Regulations of Socialist Countries and Their Legal Aspects. American Journal of Comparative Law*, 25 (1977), 571-573.

Review of Manfred Balz, *Innovation and Invention Under Soviet Law. Technology and Culture*, 17 (1976), 561-562.

Review of Ronald A. May, ed. *Sense and Systems in Automated Law Research*. *American Bar Association Journal*, 62 (1976), 570-572.

Review of R.J. Erickson, *International Law and the Revolutionary State: A Case Study of the Soviet Union and International Law*. *American Political Science Review*, 70 (1976), 675-676.

Review of W. Kilian, *Juristiche Entscheidung und elektronische Datenverarbeitung*. *American Journal of Comparative Law*, 23 (1975) 772-773.

Review of J. Quigley, *The Soviet Foreign Trade Monopoly*. *American Journal of Comparative Law*, 23 (1975), 154-156.

Review of E.W. Kitch and H.S. Perlman, *Legal Regulation of the Competitive Process, Cases, Materials and Notes on Unfair Business Practices, Trademarks, Copyright and Patents*. *Nebraska Law Review*, 52 (1973), 308-312.

Review of Gy. Eörsi and A. Harmathy, *Law and Economic Reform in Socialist Countries*. *American Journal of Comparative Law*, 21 (1973), 187-188.

Review of K. Grzybowski, *Soviet International Law, Doctrines and Diplomatic Practice*. *The Russian Review*, 31 (April 1972), 184- 185.

Review of J.N. Hazard, *Communists and Their Law*, and S. Kucherov, *The Organs of Soviet Administration of Justice*. *Harvard Law Review*, 85 (December 1971), 530.

Review of S. Schwarz, *Sot'sial'noe strakhovanie v Rossii v 1917- 1919 godakh*. *American Historical Review*, 74 (June 1969), 1670.

Review of Conquest, *The Soviet Police System & Justice and the Legal System in the U.S.S.R. American Bar Association Journal*, 55 (January 1969), 168-169.
Review of M. Jaworskij, *Soviet Political Thought*. *American Journal of Comparative Law*, 16 (1968), 643.

Review of translations of Soviet Civil Legislation. *American Journal of Comparative Law*, 14 (1966), 729.

Review of Seara Vazquez, *Cosmic International Law*. *Journal of Legal Education*, 18 (1966), 490.

Review of J.F. Triska and R.M. Slusser, *The Theory, Law and Policy of Soviet Treaties*. *Slavic Review*, 22 (December 1963), 767.