# EXHIBIT 2

## EXHIBIT 2

3. Конкурсный управляющий вправе:

. . .

подавать в арбитражный суд от имени должника заявления о признании недействительными сделок и решений, а также о применении последствий недействительности ничтожных сделок, заключенных или исполненных должником, иски о взыскании убытков, причиненных действиями (бездействием) руководителя должника, лиц, входящих в совет директоров (наблюдательный совет), коллегиальный исполнительный орган или иной орган управления должника, собственника имущества должника, лицами, действовавшими от имени должника в соответствии с доверенностью, иными лицами, действовавшими в соответствии с учредительными документами должника, предъявлять иски об истребовании имущества должника у третьих лиц, о расторжении договоров, заключенных должником, и совершать другие действия, предусмотренные федеральными законами и иными нормативными правовыми актами Российской Федерации и направленные на возврат имущества должника;

осуществлять иные права, связанные с исполнением возложенных на него обязанностей, установленных настоящим Федеральным законом.

5. При наличии оснований, установленных федеральным законом, конкурсный управляющий предъявляет требования к третьим лицам, которые в соответствии с федеральным законом несут субсидиарную ответственность по обязательствам должника.