# EXHIBIT 4

## EXHIBIT 4

2. Арбитражный управляющий в деле о банкротстве обязан:

. . .

в случае выявления признаков административных правонарушений и (или) преступлений сообщать о них в органы, к компетенции которых относятся возбуждение дел об административных правонарушениях и рассмотрение сообщений о преступлениях;

. . .