# EXHIBIT 5

# EXHIBIT 5

**Статья 42. Потерпевший**

1. Потерпевшим является физическое лицо, которому преступлением причинен физический, имущественный, моральный вред, а также юридическое лицо в случае причинения преступлением вреда его имуществу и деловой репутации. Решение о признании потерпевшим принимается незамедлительно с момента возбуждения уголовного дела и оформляется постановлением дознавателя, следователя, судьи или определением суда. Если на момент возбуждения уголовного дела отсутствуют сведения о лице, которому преступлением причинен вред, решение о признании потерпевшим принимается незамедлительно после получения данных об этом лице.

2. Потерпевший вправе:

1) знать о предъявленном обвиняемому обвинении;

2) давать показания;

3) отказаться свидетельствовать против самого себя, своего супруга (своей супруги) и других близких родственников, круг которых определен пунктом 4 статьи 5 настоящего Кодекса. При согласии потерпевшего дать показания он должен быть предупрежден о том, что его показания могут быть использованы в качестве доказательств по уголовному делу, в том числе и в случае его последующего отказа от этих показаний;

4) представлять доказательства;

5) заявлять ходатайства и отводы;

6) давать показания на родном языке или языке, которым он владеет;

7) пользоваться помощью переводчика бесплатно;

8) иметь представителя;

9) участвовать с разрешения следователя или дознавателя в следственных действиях, производимых по его ходатайству либо ходатайству его представителя;

10) знакомиться с протоколами следственных действий, произведенных с его участием, и подавать на них замечания;

11) знакомиться с постановлением о назначении судебной экспертизы и заключением эксперта;

12) знакомиться по окончании предварительного расследования, в том числе в случае прекращения уголовного дела, со всеми материалами уголовного дела, выписывать из уголовного дела любые сведения и в любом объеме, снимать копии с материалов уголовного дела, в том числе с помощью технических средств. В случае, если в уголовном деле участвует несколько потерпевших, каждый из них вправе знакомиться с теми материалами уголовного дела, которые касаются вреда, причиненного данному потерпевшему;

13) получать копии постановлений о возбуждении уголовного дела, о признании его потерпевшим, об отказе в избрании в отношении обвиняемого меры пресечения в виде заключения под стражу, о прекращении уголовного дела, о приостановлении производства по уголовному делу, о направлении уголовного дела по подсудности, о назначении предварительного слушания, судебного заседания, получать копии приговора суда первой инстанции, решений судов апелляционной и кассационной инстанций. Потерпевший по ходатайству вправе получать копии иных процессуальных документов, затрагивающих его интересы;

14) участвовать в судебном разбирательстве уголовного дела в судах первой, второй, кассационной и надзорной инстанций, возражать против постановления приговора без проведения судебного разбирательства в общем порядке, а также в предусмотренных настоящим Кодексом случаях участвовать в судебном заседании при рассмотрении судом вопросов, связанных с исполнением приговора;

15) выступать в судебных прениях;

16) поддерживать обвинение;

17) знакомиться с протоколом судебного заседания и подавать на него замечания;

18) приносить жалобы на действия (бездействие) и решения дознавателя, начальника подразделения дознания, начальника органа дознания, органа дознания, следователя, прокурора и суда;

19) обжаловать приговор, определение, постановление суда;

20) знать о принесенных по уголовному делу жалобах и представлениях и подавать на них возражения;

21) ходатайствовать о применении мер безопасности в соответствии с частью третьей статьи 11 настоящего Кодекса;

21.1) на основании постановления, определения суда, принятого по заявленному до окончания прений сторон ходатайству потерпевшего, его законного представителя, представителя, получать информацию о прибытии осужденного к лишению свободы к месту отбывания наказания, в том числе при перемещении из одного исправительного учреждения в другое, о выездах осужденного за пределы учреждения, исполняющего наказание в виде лишения свободы, о времени освобождения осужденного из мест лишения свободы, а также быть извещенным о рассмотрении судом связанных с исполнением приговора вопросов об освобождении осужденного от наказания, об отсрочке исполнения приговора или о замене осужденному неотбытой части наказания более мягким видом наказания;

22) осуществлять иные полномочия, предусмотренные настоящим Кодексом.

3. Потерпевшему обеспечивается возмещение имущественного вреда, причиненного преступлением, а также расходов, понесенных в связи с его участием в

#7692988 v1 \026113 \0001

ходе предварительного расследования и в суде, включая расходы на представителя, согласно требованиям статьи 131 настоящего Кодекса.

4. По иску потерпевшего о возмещении в денежном выражении причиненного ему морального вреда размер возмещения определяется судом при рассмотрении уголовного дела или в порядке гражданского судопроизводства.