# EXHIBIT 1

Extract from Minutes №103 of the meeting of State Corporation Deposit Insurance Agency

Date: August 24 2017.

III. Regarding assignment of Bankruptcy Manager of *OJSC JSCB Probusinessbank, CJSC JSCB SLAVYANSKY BANK, LLP Trustoviy Respublikanskiy Bank, LLP CB MEZHTRUSTBANK.*

1. Relieve Vasily Feliksovich Bednin of his duties of representative of the bankruptcy Manager of Open Joint Stock Company Joint Stock Commercial Bank Probusinessbank (hereinafter OJSC JSCB Probusinessbank), Joint-stock commercial bank *SLAVYANSKY BANK* (CJSC), hereinafter *CJSC JSCB SLAVYANSKY BANK.*

3. Assign Maksim Aleksandrovich Khamchich to the position of representative of the bankruptcy Manager of OJSC JSCB Probusinessbank.

This is a true extract from the Minutes

| | | |
|---|---|---|
| Head of general affairs division Administration and Maintenance Department | /SIGNATURE/ | T.P. Osaulenko |

/STAMP OF ADMINISTRATION AND MAINTENANCE DEPARTMENT/

# ПРИЛОЖЕНИЕ 1

# ВЫПИСКА ИЗ ПРОТОКОЛА № 103
заседания Правления Государственной корпорации
«Агентство по страхованию вкладов»

от 24 августа 2017 г.

**III. О переназначении представителя конкурсного управляющего ОАО АКБ «Пробизнесбанк», АКБ «СЛАВЯНСКИЙ БАНК» (ЗАО), ООО «Трастовый Республиканский Банк», ООО «КБ «МЕЖТРАСТБАНК»**

1. Освободить Беднина Василия Феликсовича от выполнения полномочий представителя конкурсного управляющего АКЦИОНЕРНЫМ КОММЕРЧЕСКИМ БАНКОМ «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее – ОАО АКБ «Пробизнесбанк»), Акционерным коммерческим банком «СЛАВЯНСКИЙ БАНК» (Закрытое акционерное общество) (далее – АКБ «СЛАВЯНСКИЙ БАНК» (ЗАО)).

3. Назначить Хамчича Максима Александровича представителем конкурсного управляющего ОАО АКБ «Пробизнесбанк».

Выписка верна

Начальник Общего отдела
Административно-хозяйственного
департамента                                    Т.П. Осауленко