# EXHIBIT 2



## 77 A B 5113939

**Power of Attorney No.1425**

Russian Federation,
Moscow.
The twenty-fourth day of August two thousand and seventeen.

**State Corporation Deposit Insurance Agency** [hereinafter referred to as the Agency], TIN (Taxpayer Identification Number): 7708514824, KPP (Tax Registration Code): 775001001, Location address: 109240, Russia, Moscow, Vysotsky Street, h.4 record on creation of a legal entity had been entered into Uniform State Register of Legal Entities by Interdistrict Inspectorate No. 46 of the Ministry of Taxes and Levies of Russian Federation for the city of Moscow on January 29, 2004, under primary State Registration Number (OGRN): 1047796046198, represented by General Director of the Agency Yuri Olegovich Isaev, acting on a basis of Federal Law No. 177-FZ "Deposits of individuals insurance in Russian Federation" dated December 23, 2003 and Solution of the Board of the Directors of the Agency dated December 25, 2012 (Minutes of the Meeting No. 5),
   **which is performing** according to court decree of Commercial Arbitration Court of Moscow dd. October 28, 2015 for a case № A40-154909/15 liabilities of **the Bankruptcy Manager of Open Joint Stock Company Joint Stock Commercial Bank Probusinessbank (OJSC JSCB Probusinessbank)**, hereinafter referred to as the Bank

Authorize by the Power of Attorney,

**Maksim Aleksandrovich Khamchich**, citizen of Russian Federation, Passport No. 07 04 246247, issued by the District Department of Internal Affairs of Shpackovsky district, the Stavropol Territory; date of issue: February 18, 2004; subdivision code: 2620032; registration address: 141730, Moscow region, Lobnya city, Katyushky street, h.56, apartment 17, working in the Agency at the position of General Representative of Liquidation Credit Organization Department (acc. To Order No. 42-л dd. February 6, 2017),

Represent the Agency as the Bankruptcy Manager of the Bank, and perform among other the following authorities on behalf of the Agency or (and) the Bank, in accordance with Federal legislation and other normative legal acts.
   **1. Perform duties of the Manager and other management bodies of the Bank (including the separate subdivisions of the Bank) and among other:**
   1) dispose the Bank property, including funds on accounts of the Bank in other Credit institutions and Bank of Russia, as well as to sign cash and settlement documents and sign in a card with sample of the signatures and seal impression, which are used to perform transactions through correspondent account of the Bank:
   a) dispose independently, with a limit of RUB 1,000,000.00 (One million), and for the transactions performed from the Bank account in Bank of Russia to the Bank account in the Agency without any limitation;
   b) upon approval of Deputy General Director of the Agency or Head of Directorate to perform the transactions exceeding at the level of RUB 1,000,000.00 (One million);
   2) Perform other transactions and other activities on behalf of the Bank, which are determining, changing and (or) terminating rights and liabilities of the Bank, among other:
   a) withdraw cash from the correspondent account of the Bank in the Bank of Russia or Credit institutions;
   b) deposit cash in the Bank of Russia, Credit or cash courier organizations;
   c) conclude or terminate all type of contracts, among other to open and close accounts in credit institutions and Bank of Russia and sign all relevant documents;
   d) state refusal from performing liabilities arising out the contracts or other transactions;
   e) get claims of the creditors of the Bank and documents confirming the claims, as well as determine requirements of the creditors and enter the requirements into Creditors' register;
   f) approve (change) maintenance expenditures of the Bank;
   3) Issue orders and other internal regulatory acts of the Bank, among other orders regarding hiring \ dismissing of the Bank employees (including the managing staff), modify terms of the labour contracts, transfer the employees to other duties, reward and impose disciplinary sanctions to the employees.
   **2. Perform liabilities related to selling the Bank's property on bidding, by public offering and any other forms stipulated by legislation related to bankruptcy, among other:**

77 A B 5113940

<u>1)</u>  perform assessment of the Bank property;
<u>2)</u>  publish and post information related to selling of the property and the results of the selling;
<u>3)</u>  hold a tender (selling through public offering), among other accept participation bids, determine bidders, sign prepayment contracts with bidders, determine winning bidder, sign results of the selling reports or paper determining results of the bidding invalid;
<u>4)</u>  conclude sale and purchase contracts for the property (assignment of right of claim);
<u>5)</u>  perform other relevant activities to sell the Bank property.

3. **Represent the Bank or (and) the Agency as the bankruptcy Manager for** legal entities and individuals, State bodies of Russian Federation and foreign countries, State government body of a constituent entity of the Russian Federation, State local authorities of Russian Federation and other organizations (including organizations located abroad), Bank of Russia and their branches, departments, operation departments, cash settlement centres, Federal tax Inspection and their branches, non-budgetary funds, Federal Service for State Registration, Cadastral Records and Cartography and their branches, State Traffic Safety Inspectorate, Federal Bailiff Service and their branches, Federal Anti-Monopoly Service of Russian Federation and their branches, depositories, registrars, registrars of securities, archive organizations, as well as to perform relevant actions with the organizations hereabove aimed at establishment, changing or termination rights and liabilities of the bank and their clients, among other:

1)  perform relevant actions aimed at confirmation of their right to perform transactions with the Bank accounts and corresponding account of the Bank in the Bank of Russia;
2)  get in the Bank of Russia and their branches any documents (including financial documents);
3)  Represent the Bank's interest on a general meeting of shareholders (hereinafter referred to as the meetings) for legal entities, founders (members) or trustee (owning share(s) of the Bank) and among other to participate in the meetings (with a right to vote and discuss the agenda), sign voting bulletins and other papers related to performing the meeting and voting on the meeting, as well as participate in the election and to be elected as a Chairman, to be introduced with all materials for the meetings, collect information related to activity of the legal entity;
4)  represent the Bank's interests as a Creditor for the debtors (among other creditor in bankruptcy) in accordance and order specified in insolvency (bankruptcy) legislation and among other to demand accounts receivable, participate in creditors' meetings (creditors committee meeting) with a right to vote and discuss the agenda, sign voting bulletins and other papers related to performing the meeting and voting on the meeting, as well as participate in the election and to be elected as a Chairman, to be introduced with all materials for the meetings, (creditors committee meeting), introduce with the reports of court-appointed manager, request and get references from creditors' register;
5)  perform all legal and actual activities related to enforcement of property rights of securities, disposing the Bank's securities or clients' (third parties) securities being clients' accounts, DEPO accounts, opened for the Bank's name in registrars, registrars of securities, depositories and among other to perform any actions for the accounts and close the accounts;
6)  perform all legal and actual activities related to registration of movable property, as well as to the rights to immovable property and transactions related to that, as well as ease the restrictions and limitations to the property;
7)  perform negotiations and correspondence in the name of the Bank and among other to sign or (and) submit (deliver) to relevant bodies letters, applications, requests, documents which are basis for registration of rights and transaction of the Bank's (or their clients) property, including securities and among other registered persons' forms, transfer \ pledge orders, reporting and other documents (including documents which should be kept in archive);
8)  get replies to the letters, references, certificates, extracts, reports, notifications and other papers and documents which may be requested by the Bank acting as owner and the property trustee, including the rights to securities;
9)  send and receive the Bank correspondence via post;
10) appeal against the actions \ inaction of bodies and organizations violating right and legal interests of the Bank and (or) the Agency.

77 77 A B 5113940

11)   certify with his own hand, true copies of original documents of the Bank and the Agency and

4. **Represent the Bank or (and) the Agency as the Bankruptcy Manager in courts, arbitration courts, commercial courts** for the cases related to insolvency, for administrative offences along with all rights to the person participating in the case or party to enforcement proceedings and perform all procedural acts, and among other:

1)   Signing and submitting all relevant procedural documents, among other
   a) legal claim (including administrative), among other counter claims (including administrative counter claims);
   b) statement of defense;
   c) application for interim relief and application for applying preliminary protection for administrative claim;
   d) notices of opposition (including notices of opposition for administrative claims), explanations and petitions including the documents related to prolonging \ termination bankruptcy proceeding;
   e) application regarding adjudication of bankruptcy;
   f) application regarding judicial liquidation;

2)   Transfer the case (dispute) to the consideration of arbitration court;
3)   Change reasoning or subject of the proceeding, including administrative dispute, decrease \ increase amount of the claim;
4)   Accept the claim partially or completely (including administrative cases);
5)   Refuse from claims partially or completely (including administrative disputes);
6)   Conclude amicable agreements, accord and satisfaction agreements, and settlement on factual circumstances agreement (including administrative cases);
7)   Sign applications regarding review of judicial decisions \ decrees basing on new or newly opened circumstances (including administrative cases);
8)   appeal a judge's decrees and among other to sign appeal, cassational, supervisory appeal and other similar appeals (including appeals for administrative cases);
9)   introduce with case materials and make copies of documents, certify true copies of the documents;
10)   Get court decrees, records of proceedings and other documents;
11)   Request enforcement of judicial acts (including administrative cases);
12)   Sign and submit application regarding issuing of writs of execution, as well as to get the documents;
13)   Provide writs of execution to collection;
14)   Recall writs of execution;
15)   Appeal against action (inaction) of a bailiff;
16)   Get rewarded funds, securities or other property;
17)   Refuse to recall writs of execution;
18)   Sign and submit claims against judgement on the case on administrative violation, to claim decision on judgement on the case on administrative violation, as well as to recall the type of claims;
19)   Get amount recovered arising from consideration of administrative case;
20)   Get expropriated \ returned weapon and (or) instrument of administrative crime.

5. **Represent the Bank and (or) the Agency as the Bankruptcy manager in law-enforcement agencies, pre-trial investigation agencies, courts of general jurisdiction for criminal cases**, where the Bank or the Agency acting as injured party or (and) civilian and use all the rights stipulated by criminal procedure legislation.

The powers specified in the Power of Attorney may be delegated to other person with no further right to delegate the rights, excluding rights stipulated in item 1 clause 1, subclause a; item 2 clause 1, and item 1 clause 2, subclause 3 (related to decrease of claim requirements), 4, 5, 6, 14, 17, 18 (related to refuse from claim), 19, 20 clause 4, 5

The present Power of Attorney shall be valid until the twenty-eighth day of November two thousand twenty.

General Director of the Agency   /SIGNATURE/   Yu. O. Isaev

/STAMP of the AGENCY/

Russian Federation,
Moscow.
The twenty-fourth day of August two thousand and seventeen.
The present Power of Attorney certified by
Shishkina Olga Viktorovna, substitute of a Notary officer Saveliev Alexander Evgenievich.
The content of the Power of Attorney corresponds to declaration of will of the person issuing the Power of Attorney.
The present Power of Attorney is signed within my presence.
Identity of the person whose name is subscribed to the foregoing Power of Attorney and his competence has been checked.
Legal capability of legal entity and authorities of the representative has been checked.
Entered into the registrar under: No. 1-1218.
Charged as per tariff: RUB 750.
Paid for legal and technical services: RUB 1800.
Place of the notarial act: Moscow, Vysotsky street h.4.

Notary officer        /SIGNATURE/        O.V. Shishkina

/STAMP of Notary Officer A.E. Saveliev/

Tied, stamped and numbered 3 (three) pages.
Substitute of a Notary officer /SIGNATURE/

/STAMP of Notary Officer A.E. Saveliev/

# ПРИЛОЖЕНИЕ 2



77 А В 5113939

ДОВЕРЕННОСТЬ № 1425

Российская Федерация
Город Москва
Двадцать четвертого августа две тысячи семнадцатого года

Государственная корпорация «Агентство по страхованию вкладов» (далее по тексту – «Агентство»), ИНН 7708514824, КПП 770901001, местонахождение: 109240, г. Москва, ул. Высоцкого, д. 4, запись о создании юридического лица внесена Межрайонной инспекцией МНС России № 46 по г. Москве в Единый государственный реестр юридических лиц 29 января 2004 года за Основным государственным регистрационным номером 1047796046198, в лице Генерального директора Агентства Исаева Юрия Олеговича, действующего на основании Федерального закона от 23 декабря 2003 года № 177-ФЗ «О страховании вкладов физических лиц в банках Российской Федерации» и решения Совета директоров Агентства от 31 июля 2017 года (протокол № 5),

являющаяся, на основании решения Арбитражного суда г. Москвы от 28 октября 2015 г. по делу № А40-154909/15, конкурсным управляющим АКЦИОНЕРНЫМ КОММЕРЧЕСКИМ БАНКОМ «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (ОАО АКБ «Пробизнесбанк») (далее по тексту – «Банк»),

настоящей доверенностью уполномочивает

Хамчича Максима Александровича, гражданство Российской Федерации, паспорт 07 04 246247 выдан Отделом внутренних дел Шпаковского района Ставропольского края 18 февраля 2004 года, код подразделения 262-032, адрес регистрации: 141730, Московская область, г. Лобня, ул. Катюшки, д. 56, кв. 17, состоящего в штате Агентства в должности генерального представителя Департамента ликвидации кредитных организаций (приказ от 6 февраля 2017 г. № 42-л),

представлять Агентство как конкурсного управляющего Банком, в т.ч. осуществлять от имени Агентства и (или) Банка следующие полномочия в соответствии с федеральными законами и иными нормативными правовыми актами.

**1. Осуществлять полномочия руководителя и иных органов управления Банка, в т.ч. его обособленных подразделений, в т.ч.:**

1) распоряжаться имуществом Банка, в т.ч. денежными средствами на счетах Банка в иных кредитных организациях, а также в Банке России с правом подписи в расчетно-денежных документах и в карточке с образцами подписей и оттиска печати, используемой для совершения операций по корреспондентскому счету Банка:

а) самостоятельно, если его стоимость не превышает 1 000 000,00 руб. (Один миллион рублей 00 копеек), а в случае перечисления денежных средств со счетов Банка в Банке России на счет Банка в Агентстве – без ограничения суммы;

б) по согласованию с заместителем Генерального директора Агентства или Руководителем дирекции, если его стоимость превышает 1 000 000,00 руб. (Один миллион рублей 00 копеек);

2) совершать от имени Банка сделки и иные действия, устанавливающие, изменяющие и (или) прекращающие права и обязанности Банка, в т.ч.:

а) снимать наличные денежные средства с корреспондентского счета Банка, открытого в Банке России или кредитных организациях;

б) сдавать наличные денежные средства в Банк России, кредитные или инкассаторские организации;

в) заключать или расторгать все виды договоров, в т.ч. открывать и закрывать счета в кредитных организациях и Банке России, подписывать все необходимые документы;

г) заявлять отказ от исполнения договоров и иных сделок;

д) принимать требования кредиторов Банка и документы, их подтверждающие, а также устанавливать требования кредиторов и вносить их в реестр требований кредиторов;

е) утверждать (изменять) смету текущих расходов Банка;

3) издавать приказы и иные внутренние регулятивные акты Банка, в т.ч. о приеме или увольнении работников Банка, включая его руководителей, изменять условия трудовых договоров, переводить работников на другую работу, поощрять и налагать дисциплинарные взыскания на работников.

**2. Осуществлять полномочия по продаже имущества Банка на торгах, посредством публичного предложения, а также в иных формах, предусмотренных законодательством о банкротстве, в т.ч.:**



77 А В 5113940

1) проводить оценку имущества Банка;
2) опубликовывать и размещать сообщения о продаже имущества и ее результатах;
3) проводить торги (продажу посредством публичного предложения), в т.ч. принимать заявки на участие, определять участников, подписывать с участниками договоры о задатке, определять победителя, подписывать протоколы о результатах торгов либо о признании торгов (продажи) несостоявшимися;
4) заключать договоры купли-продажи имущества (уступки прав требования);
5) совершать иные необходимые действия по продаже имущества Банка.

3. Представлять Банк и (или) Агентство как конкурсного управляющего Банком в отношениях с физическими и юридическими лицами, органами государственной власти Российской Федерации и иностранных государств, органами государственной власти субъектов Российской Федерации, органами местного самоуправления и иными организациями, включая иностранные, в т.ч. с Банком России и его территориальными органами и подразделениями, операционными управлениями и расчетно-кассовыми центрами, Федеральной налоговой службой и ее территориальными органами, внебюджетными фондами, Федеральной службой государственной регистрации, кадастра и картографии и ее территориальными органами, органами Государственной инспекции безопасности дорожного движения, Федеральной службой судебных приставов и ее территориальными органами, Федеральной антимонопольной службой и ее территориальными органами, депозитариями, регистраторами, реестродержателями ценных бумаг, архивными организациями, а также совершать в отношении указанных органов и организаций необходимые действия, направленные на установление, изменение или прекращение прав и обязанностей Банка или его клиентов, в т.ч.:

1) осуществлять действия по подтверждению своего права совершать операции по счетам Банка в иных кредитных организациях, а также по корреспондентскому счету Банка в Банке России;
2) получать в Банке России и его территориальных органах различные документы, в т.ч. финансовые;
3) представлять интересы Банка на общих собраниях учредителей (участников) (далее – Собрания) юридических лиц, учредителем (участником) или доверительным управляющим долей (акций) которых является Банк, в т.ч. принимать участие в Собраниях с правом обсуждения вопросов и голосования по вопросам повестки дня Собрания, подписания бюллетеней для голосования и иных документов, связанных с проведением Собрания и голосованием на нем, а также избирать и быть избранным председательствующим, знакомиться со всеми материалами, предоставленными для Собрания, получать информацию о деятельности юридического лица;
4) представлять интересы Банка как кредитора в отношении его должников, в т.ч. конкурсного кредитора, в случаях и в порядке, установленных законодательством о банкротстве, в т.ч. совершать действия по взысканию дебиторской задолженности, принимать участие в собраниях кредиторов (заседаниях комитета кредиторов) с правом обсуждения вопросов и голосования по вопросам повестки дня собрания кредиторов (заседания комитета кредиторов), подписания бюллетеней для голосования и иных документов, связанных с проведением собрания кредиторов (заседания комитета кредиторов) и голосованием на нем, а также избирать и быть избранным председательствующим, знакомиться со всеми материалами, предоставленными для собрания кредиторов (заседания комитета кредиторов), знакомиться с отчетами арбитражного управляющего, запрашивать и получать выписки из реестра требований кредиторов;
5) совершать все юридические и фактические действия, связанные с реализацией прав собственников (владельцев) ценных бумаг по распоряжению ценными бумагами Банка или его клиентов (третьих лиц), находящимися на клиентских лицевых счетах или счетах депо, открытых на имя Банка у регистраторов, реестродержателей, в депозитариях, в т.ч. осуществлять любые операции по всем указанным счетам и закрывать их;
6) совершать все юридические и фактические действия, связанные с учетом, регистрацией движимого имущества, а также прав на недвижимое имущество и сделок с ним и снятием существующих ограничений и обременений в отношении указанного имущества;
7) вести переговоры и деловую переписку от имени Банка, в т.ч. подписывать и (или) представлять (передавать) в соответствующие организации письма, заявления, запросы, документы, являющиеся основанием для регистрации прав и операций с имуществом Банка или его клиентов, включая ценные бумаги, в т.ч. анкеты зарегистрированного лица, передаточные и (или) залоговые распоряжения (поручения), формы отчетности и иные документы (в т.ч. на хранение);
8) получать ответы на письма, справки, свидетельства, выписки, отчеты, уведомления и иные сведения и документы, включая те, которые Банк может запрашивать и получать как владелец или доверительный управляющий имуществом, в т.ч. правами, включая права на ценные бумаги;
9) отправлять и получать корреспонденцию Банка в организациях связи;
10) обжаловать действия (бездействие) органов и организаций, нарушающие права и законные интересы Банка и (или) Агентства;



77 А В 5113941

11) собственноручно свидетельствовать верность копий оригиналам документов Агентства и Банка.

4. Представлять Банк и (или) Агентство как конкурсного управляющего Банком в судах, арбитражных судах и третейских судах, в т.ч. по делам о несостоятельности (банкротстве), по административным делам, а также по делам об административных правонарушениях, со всеми правами, предоставленными лицу, участвующему в деле, или стороне исполнительного производства, и совершать все процессуальные действия, в т.ч.:

1) подписывать и предъявлять все необходимые процессуальные документы, в т.ч.:
   а) исковые заявления (включая административные), в т.ч. встречные иски (включая встречные административные иски);
   б) отзывы на исковые заявления;
   в) заявления об обеспечении иска и заявления о применении мер предварительной защиты по административному иску;
   г) возражения (включая возражения на административные иски), пояснения и ходатайства, в т.ч. о продлении срока и завершении процедуры конкурсного производства;
   д) заявления о признании лица несостоятельным (банкротом);
   е) заявления о принудительной ликвидации лица;
2) передавать дело (спор) в третейский суд (на рассмотрение третейского суда);
3) изменять основания или предмет иска, в т.ч. административного иска, уменьшать или увеличивать размер исковых требований;
4) признавать иск полностью или частично (в т.ч. административные иски);
5) отказываться от исковых требований полностью или частично (включая административные иски);
6) заключать мировые соглашения, соглашения о примирении сторон и соглашения по фактическим обстоятельствам (в т.ч. по административным делам);
7) подписывать заявления о пересмотре судебных актов по новым и вновь открывшимся обстоятельствам (в т.ч. по административным делам);

8) обжаловать судебные акты, в т.ч. подписывать апелляционные, кассационные, надзорные, частные и иные жалобы (в т.ч. по административным делам);
9) знакомиться с материалами дела, снимать с них копии, удостоверять подлинность копий документов;
10) получать судебные акты, протоколы судебных заседаний и иные документы;
11) требовать принудительного исполнения судебных актов (в т.ч. по административным делам);
12) подписывать и предъявлять заявления о выдаче исполнительных документов, а также получать таковые;
13) предъявлять исполнительные документы ко взысканию;
14) отзывать исполнительные документы;
15) обжаловать постановления и действия (бездействие) судебного пристава-исполнителя;
16) получать присужденные денежные средства, ценные бумаги или иное имущество;
17) отказываться от взыскания по исполнительному документу;
18) подписывать и подавать жалобы на постановление по делу об административном правонарушении, на решение по жалобе на постановление по делу об административном правонарушении, а также отказываться от таких жалоб;
19) получать взысканные расходы, понесенные в связи с рассмотрением дела об административном правонарушении;
20) получать изъятые и возвращаемые орудия совершения и (или) предметы административного правонарушения.

5. Представлять Банк и (или) Агентство как конкурсного управляющего Банком в правоохранительных органах, органах предварительного следствия, судах общей юрисдикции по уголовным делам, в которых Банк или Агентство, являясь конкурсным управляющим Банком, выступает в качестве потерпевшего и (или) гражданского истца, и пользоваться всеми правами, предоставленными им уголовно-процессуальным законодательством.

Полномочия, предусмотренные настоящей доверенностью, могут быть передоверены другому лицу без права последующего передоверия, за исключением полномочий, предусмотренных п. 1 ч. 1, подп. «а» п. 2 ч. 1, п. 1 ч. 2, пп. 3 (в части уменьшения размера исковых требований), 4, 5, 6, 14, 17, 18 (в части отказа от жалоб), 19, 20 ч. 4, ч. 5.

Настоящая доверенность выдана сроком по двадцать восьмое ноября две тысячи двадцатого года.

Генеральный директор Агентства _____ Ю.О. Исаев

3

Российская Федерация
Город Москва
Двадцать четвертого августа две тысячи семнадцатого года
Настоящая доверенность удостоверена мной,
Шишкиной Ольгой Викторовной, временно исполняющим обязанности
нотариуса города Москвы Савельева Александра Евгеньевича.
Содержание доверенности соответствует волеизъявлению лица, выдавшего доверенность.
Доверенность подписана в моем присутствии.
Личность подписавшего доверенность установлена, его дееспособность проверена.
Правоспособность юридического лица и полномочия его представителя проверены.
Зарегистрировано в реестре: № 1-1218.
Взыскано по тарифу: 750 рублей.
Уплачено за оказание услуг правового и технического характера: 1800 рублей.
Место совершения нотариального действия: г. Москва, ул. Высоцкого, д. 4.

_____ О.В. Шишкина

Итого пронумеровано, прошнуровано
и скреплено печатью 3 (три) листа.
Врио Нотариуса

