# EXHIBIT 3

## EXTRACT FROM MINUTES OF THE MEETING NO. 75
### of the meeting of State Corporation
### Deposit Insurance Agency

Date: June 2, 2016

## II Regarding assignment of Bankruptcy Manager of OPEN JOINT STOCK COMPANY COMMERCIAL BANK PROBUSINESSBANK
### (OJSC JSCB Probisinessbank)

1.  Relieve Baklitskiy Denis Nikolaevich of his duties of representative of the bankruptcy Manager of Open Joint Stock Company Commercial Bank Probusinessbank (OJSC JSCB Probusinessbank).

2.  Assign Vasily Feliksovich Bednin to the position of representative of the bankruptcy Manager of OJSC JSCB Probusinessbank

This is a true extract
THE SECRETARY OF THE BOARD OF THE AGENCY
Olga Aleksandrovna Trishkina
\STAMP and SIGNATURE\

## EXTRACT FROM MINUTES OF THE MEETING NO. 56
### of the meeting of State Corporation
### Deposit Insurance Agency

Date: April 21, 2016

### V Regarding assignment of Bankruptcy Manager of OPEN JOINT STOCK COMPANY COMMERCIAL BANK PROBUSINESSBANK
### (OJSC JSCB Probisinessbank)

1. Relieve Vasily Feliksovich Bednin of his duties of representative of the bankruptcy Manager of Open Joint Stock Company Commercial Bank Probusinessbank (OJSC JSCB Probusinessbank).

2. Assign Baklitskiy Denis Nikolaevich to the position of representative of the bankruptcy Manager of OJSC JSCB Probusinessbank

This is a true extract
THE SECRETARY OF THE BOARD OF THE AGENCY
Olga Aleksandrovna Trishkina
\STAMP and SIGNATURE\

# EXTRACT FROM MINUTES OF THE MEETING NO. 157
## of the meeting of State Corporation
## Deposit Insurance Agency

Date: October 29, 2015

**I. Regarding high priority measures related to performing receivership proceedings concerned to OJSC JSCB PROBUSINESSBANK (Moscow)**

1. Assign Representative of Bankruptcy Manager of OPEN JOINT STOCK COMPANY COMMERCIAL BANK PROBUSINESSBANK (OJSC JSCB PROBUSINESSBANK), hereinafter the Bank, the employee of Liquidation of credit institutions Department Vasily Feliksovich Bednin

The copy is true

Head of general affairs division
Administration and Maintenance Department
Tatyana Petrovna Osaulenko
/SIGNATURE and STAMP OF ADMINISTRATION AND MAINTENANCE DEPARTMENT/

# ПРИЛОЖЕНИЕ 3

ВЫПИСКА ИЗ ПРОТОКОЛА № 75
заседания Правления Государственной корпорации
«Агентство по страхованию вкладов»

от 2 июня 2016 г.

## II. О переназначении представителя конкурсного управляющего АКЦИОНЕРНЫМ КОММЕРЧЕСКИМ БАНКОМ «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (ОАО АКБ «Пробизнесбанк»)

1. Освободить Баклицкого Дениса Николаевича от выполнения полномочий представителя конкурсного управляющего ОАО АКБ «Пробизнесбанк».

2. Назначить Беднина Василия Феликсовича представителем конкурсного управляющего ОАО АКБ «Пробизнесбанк».

Выписка верна
Секретарь Правления
Агентства                                                      Ольга Александровна Тришкина

ВЫПИСКА ИЗ ПРОТОКОЛА № 56
заседания Правления Государственной корпорации
«Агентство по страхованию вкладов»

от 21 апреля 2016 г.

V. О переназначении представителя конкурсного управляющего
АКЦИОНЕРНЫМ КОММЕРЧЕСКИМ БАНКОМ «ПРОБИЗНЕСБАНК»
(ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)
(ОАО АКБ «Пробизнесбанк»)

1. Освободить Беднина Василия Феликсовича от выполнения полномочий представителя конкурсного управляющего ОАО АКБ «Пробизнесбанк».

2. Назначить Баклицкого Дениса Николаевича представителем конкурсного управляющего ОАО АКБ «Пробизнесбанк».

Выписка верна
Секретарь Правления
Агентства                                           Ольга Александровна Тришкина

ВЫПИСКА ИЗ ПРОТОКОЛА № 157
заседания Правления Государственной корпорации
«Агентство по страхованию вкладов»

от 29 октября 2015 г.

I. О первоочередных мероприятиях по проведению конкурсного производства в отношении ОАО АКБ «Пробизнесбанк», г. Москва

1. Назначить представителем конкурсного управляющего АКЦИОНЕРНЫМ КОММЕРЧЕСКИМ БАНКОМ «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (ОАО АКБ «Пробизнесбанк») (далее – Банк) работника Департамента ликвидации кредитных организаций Беднина Василия Феликсовича.

Выписка верна

Начальник Общего отдела
Административно-хозяйственного
департамента                                              Татьяна Петровна Осауленко