# EXHIBIT 3

ENGLISH

Telephone **+ 7 (495) 258 09 09**

search

HOME PAGE     ABOUT     OUR TEAM     ACTIVITIES     CAREERS     NEWS     OFFICES

# Team

## Pavlov Andrey

Head of the Bar Association



Graduated from Moscow State Law Academy in 1999, postgraduate studies at the Institute of State and Law of the Russian Academy of Sciences in 2002. In 1997-1999 he was working in organizations — professional securities market participants, participated in preparing number of regulative acts of the Federal Commission for Securities Markets. Since 1999 he was trainee, attorney, deputy and acting manager of the legal advice office No.65 of Inter-Republic Bar Association. Since 2003 he was managing partner and attorney of Law Bureau "Tekhnologiya Prava" ("Law Technology" ). From 2001 to 2005 he was the head of legal committee of the Russian Association for Networks and Services, expert of the State Duma Security Committee. Andrey participated in the drafting of the Federal Law "On Electronic Digital Signature" and is the winner of the Prize named after G.G. Starodubtseva.

After leaving the bar, he became one of Quorum founders in 2009 and director of the company Quorumdebt management ltd. Since 2014 he is Quorum attorney and senior partner.

Andrey is responsible for internal compliance control, including prevention of possible conflicts of interest and counteraction to legalization of funds obtained by criminal means.

Main specialization: criminal prosecution matters, in the area of communication, criminal international judicial cooperation, exclusive rights, securities, lost assets tracing, cross-border disputes, and disputes on protection of honor and dignity, and corporate matters.

Patent Attorney of the Russian Federation No.714 with specialization of no limitation, the Member of the Moscow Bar Chamber. He has qualification certificate of the Federal Commission for Securities Markets.

| | |
|---|---|
| ABDULLINA ADELIA | BONDARENKO KIRILL |
| BURNASHOVA VALERIA | CHERNYSHOVA EUGENYA |
| DAVYDOVA ELENA | DYACHENKO DARIA |
| GALKINA EKATERINA | IZOTOV DMITRIY |
| KARAGASHKIN ALEXEY | KHLEBNOVA MARIA |
| KOZLOV IGOR | KHOLODILINA MARIANNA |
| KURGANEVICH ALENA | KURINA JULIA |
| LUSHKINA JULIA | OKISHEVA VERA |
| MIKHEYEV IGOR | MUHAMATZYANOVA ILVIRA |
| MUBARAKSHINA AIGUL | PAVLOV ANDREY |
| PAVLOVA TATIANA | PRIVALOVA JULIA |
| POPOV ILIA | SOLOVIEVA KSENIA |
| SPIRINA EKATERINA | SUDENKOV IGOR |
| TERYAEV SERGEI | USHAKOVA ANNA |
| UZDIMAEVA ALENA | ZHIDCHENKO ANASTASIA |

## MAIN OFFICE

Vtoraya Zvenigorodskaya str., 13/43 Moscow 123022 Russia

Phone: + 7 (495) 258 09 09
E-mail: quorum@qlegal.ru

Personal data processing policy

SITE MAP

| | | |
|---|---|---|
| HOME PAGE | ACTIVITIES | OFFICES |
| ABOUT | CAREERS | |
| OUR TEAM | NEWS | |

© 2017 QUORUM