# EXHIBIT 4

24

## MINUTES No. 48
## of the Meeting of the Committee of Creditors
## of Probusinessbank JSCB OJSC

**Full name and place of business of debtor:** PROBUSINESSBANK JOINT-STOCK COMMERCIAL BANK (OPEN JOINT-STOCK COMPANY) (hereinafter, Probusinessbank JSCB OJSC, the bank or the lending institution), PSRN [Primary State Registration No.] 1027700508978, TIN [Taxpayer ID No.] 7729086087, place of business: 3 ul. Pudovkina, Moscow, 119285; actual place of business: 59 ul. Lesnaya, Bldg. 2, Moscow, 127055.

**Arbitrazh court hearing the bankruptcy case, court decision and bankruptcy case number:** Moscow City Arbitrazh Court, dated October 28, 2015 (date of announcement of operative part of decision: October 27, 2015), Case No. A40-154909/15.

**Court-appointed receiver:** Deposit Insurance Agency State Corporation (hereinafter, the Agency or the court-appointed receiver). Representative of court-appointed receiver: Maksim Aleksandrovich Khamchich (power of attorney No. 1425 dated August 24, 2017).

**Reason for holding meeting of Creditors' Committee (hereinafter, the meeting):** the meeting is being held on the initiative of the court-appointed receiver of Probusinessbank JSCB OJSC.

**Date and place of meeting:** February 16, 2018, at address: remotely.

**Date of delivery of minutes of meeting of Creditors' Committee to representative of court-appointed receiver:** February *16,* 2018.

**Elected members of Creditors' Committee:** Vladimir Nikolayevich Krasnoslobodtsev, Nikolay Grigoryevich Korchagin, Marina Yuryevna Yelistratova.

**Members of Creditors' Committee participating in meeting of the bank's Creditors' Committee:** Vladimir Nikolayevich Krasnoslobodtsev, Nikolay Grigoryevich Korchagin, Marina Yuryevna Yelistratova.

Materials for reviewing the agenda items and ballots for voting have been delivered to the members of the Creditors' Committee.

### AGENDA:

Re: An increase in the amount of funding for services of Morrison Cohen LLP in connection with representing the interests of Probusinessbank JSCB OJSC in court proceedings.

### Wording of resolution on the agenda item:

"To approve an increase of USD 110,000 to USD 195,000 in the amount of funding for services of Morrison Cohen LLP in connection with representing the interests of Probusinessbank JSCB OJSC

in foreign court proceedings in regard to the persons controlling the Bank."

In regard to this item the members of the Creditors' Committee voted as follows:

| In favor | *3* |
|---|---|
| Opposed | -- |
| Abstained | -- |

☑ **RESOLUTION ADOPTED**
☐ **RESOLUTION NOT ADOPTED**

| | | |
|---|---|---|
| **Chairman, Creditors' Committee, Probusinessbank JSCB OJSC** | [signature] | **V. N. Krasnoslobodtsev** |
| **Secretary, Creditors' Committee, Probusinessbank JSCB OJSC** | | |
| **Representative of court-appointed receiver of Probusinessbank JSCB OJSC** | [signature] | **M. A. Khamchich** |

[stamp:] Probusinessbank JSCB PJSC – Probusinessbank Joint-Stock Commercial Bank – (OPEN JOINT-STOCK COMPANY) – Moscow -- PSRN 1027700508978 – COURT-APPOINTED RECEIVER DEPOSIT INSURANCE AGENCY STATE CORPORATION

24

# ПРОТОКОЛ № 48
## Заседания Комитета кредиторов
## ОАО АКБ «Пробизнесбанк»

**Полное наименование и место нахождения должника:** АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК «ПРОБИЗНЕСБАНК» (ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (далее – ОАО АКБ «Пробизнесбанк», банк или кредитная организация), ОГРН 1027700508978, ИНН 7729086087, место нахождения: 119285, г. Москва, ул. Пудовкина, д. 3, фактическое место нахождения: 127055, г. Москва, ул. Лесная, д. 59, стр. 2.

**Арбитражный суд, в производстве которого находится дело о банкротстве, решение суда и номер дела о банкротстве:** Арбитражный суд г. Москвы, от 28 октября 2015 года (дата объявления резолютивной части решения: 27 октября 2015 года), дело № А40-154909/15.

**Конкурсный управляющий:** Государственная корпорация «Агентство по страхованию вкладов» (далее – Агентство или конкурсный управляющий). Представитель конкурсного управляющего – Хамчич Максим Александрович (доверенность от 24 августа 2017 года № 1425).

**Основание проведения заседания Комитета кредиторов (далее – заседание):** заседание проводится по инициативе конкурсного управляющего ОАО АКБ «Пробизнесбанк».

**Дата и место проведения заседания:** «16» февраля 2018 года, по адресу: заочно

**Дата передачи протокола заседания комитета кредиторов представителю конкурсного управляющего:** «16» февраля 2018 года.

**Персональный состав избранных членов Комитета кредиторов:** Краснослободцев Владимир Николаевич, Корчагин Николай Григорьевич, Елистратова Марина Юрьевна.

**Персональный состав членов Комитета кредиторов, участвующих в заседании Комитета кредиторов банка:** Краснослободцев Владимир Николаевич, Корчагин Николай Григорьевич, Елистратова Марина Юрьевна.

Материалы для рассмотрения вопросов повестки дня и бюллетени для голосования переданы членам Комитета кредиторов.

## ПОВЕСТКА ДНЯ:

Об увеличении объема финансирования услуг компании Morrison Cohen LLP в связи с представлением интересов ОАО АКБ «Пробизнесбанк» в судебных разбирательствах.

### Формулировка решения по вопросу повестки дня:

«Согласовать увеличение объема финансирования услуг компании Morrison Cohen LLP в связи с представлением интересов ОАО АКБ

«Пробизнесбанк» в иностранных судебных разбирательствах в отношении контролирующих Банк лиц на 110 000 долларов США до 195 000 долларов США»

По данному вопросу члены комитета кредиторов голосовали следующим образом:

| За | 3 |
|---|---|
| Против | — |
| Воздержались | — |

☑ РЕШЕНИЕ ПРИНЯТО
☐ РЕШЕНИЕ НЕ ПРИНЯТО

Председатель комитета кредиторов
ОАО АКБ «Пробизнесбанк»                           В.Н. Краснослободцев
Секретарь комитета кредиторов
ОАО АКБ «Пробизнесбанк»
Представитель конкурсного управляющего
ОАО АКБ «Пробизнесбанк»                           М.А. Хамч...



translations@geotext.com
www.geotext.com

STATE OF NEW YORK    )
                     )
                     )   ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Minutes No. 48 of the Meeting of the Committee of Creditors of Probusinessbank JSCB OJSC.

Jeff Cureton, Senior Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 6th day of March, 20 18.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143

## Addendum to Agenda Item of Minutes of the Meeting of the Committee of Probusinessbank JSCB OJSC's Creditors

## Explanatory Memorandum

## On the Increase in the Amount of Funding for Services of Morrison Cohen LLP in Connection with Representing the Interests of Probusinessbank JSCB OJSC in Court Proceedings

The Bank's court-appointed receiver, when the relevant grounds exist, must take any and all actions to hold the persons controlling the bank financially liable and to file the relevant claims against them.

For purposes of representing the Bank's interests in court proceedings in the United States, on April 4, 2017, a meeting of the Creditors' Committee made the decision to hire Morrison Cohen LLP and approved a cost of services in the amount of not more than USD 85,000.

On April [text cut off]0, 2017, the Bank and attorney A. A. Pavlov, Chairman of the Quorum Moscow Bar Association ("MKA Quorum"), entered into Agreement No. 2017-1092/03 on the provision of consulting services for the initiation of court proceedings for pretrial discovery against the persons controlling the Bank, S. Leontiev and A. Zheleznyak (hereinafter, "the Agreement").

Clause 1.2 of the Agreement specifies that, in order to take procedural actions outside the RF, the Attorney shall, with the prior consent of the Bank, hire legal consultants.

As part of the Agreement, in order to represent the Bank's interests before competent jurisdictions, MKA Quorum MLF entered into the relevant contracts (letters of agreement) for the rendering of services with Morrison Cohen LLP (U.S.).

Initially, the hiring of Morrison Cohen LLP was agreed to on the following terms and conditions:

2

- the preparation and filing with competent courts of a motion for pretrial discovery in regard to the persons controlling the Bank: USD 50,000 (the services have been rendered in full, payment made);

- depositions of the persons controlling the Bank: USD 35,000 (service not rendered due to a statement received from S. L. Leontiev on the reversal of the court order for pretrial discovery, payment not made);

- in addition, payment is to be made by the bankruptcy estate for VAT expenses, state duty, services of foreign consultants retained and third parties, postal and other expenses.

As part of the rendering of services under the Agreement, actions were taken to file motions with the competent judicial authorities for pretrial discovery (the "Section 1782 Action") in regard to the persons controlling the Bank, S. L. Leontiev and A. D. Zheleznyak.

The Federal District Court for the Southern District of New York issued court orders on November 1 and 15, 2017, for pretrial discovery in regard to S. L. Leontiev.

The Federal District Court for the District of Massachusetts issued court orders on December 15, 2017, and January 16, 2018, for pretrial discovery in regard to A. D. Zheleznyak.

On January 17, 2018, S. L. Leontiev sent the court a reasoned motion for reversal of the court order of November 1, 2017.

As part of the cooperation with the hired consultants, Morrison Cohen LLP proposed a strategy for protecting the Bank's interests and recommended that an independent expert on Russian law be hired. At the same time, Morrison Cohen LLP submitted a candidate for consideration.

Among other things, a proposal was received from Morrison Cohen LLP for further cooperation in submitting objections to S. L. Leontiev's motion for reversal of the court order for pretrial discovery, subject to the following terms and conditions:

*30*

3

Among other things, a proposal was received from Morrison Cohen LLP for further cooperation in submitting objections to S. L. Leontiev's motion for reversal of the court order for pretrial discovery, subject to the following terms and conditions: [sic]

- hiring of an expert to provide an opinion regarding Russian law; [text cut off] of precedents; preparation of the necessary procedural documents; selection of the necessary evidence for submission to the court; filing of documents with a competent court: USD 100,000;[1]

- preparation and participation in hearings, provided they are scheduled by the court as a result of examining the written evidence: USD 10,000.

The Bank may submit objections and written evidence to the Federal District Court for the Southern District of New York until February [text cut off]0, 2018.

In order to prevent the reversal of the court order for pretrial discovery in regard to S. L. Leontiev, considering the tight deadline set by the court and the necessity of submitting objections, it is proposed that an increase of USD 110,000 to USD [text cut off]95,000 be approved in the amount of funding for services of Morrison Cohen LLP in connection with representing the Bank's interests in foreign court proceedings in regard to the parties controlling the Bank.

[signature]

[seal:] Probusinessbank JSCB PJSC –
Probusinessbank Joint-Stock Commercial
Bank – (OPEN JOINT STOCK
COMPANY) – [illegible]

---

[1] Expenses for expert's fee have been included in this cost.

Приложение к вопросу повестки дня протокола заседания комитета кредиторов
ОАО АКБ «Пробизнесбанк»

Пояснительная записка

Об увеличении объема финансирования услуг компании Morrison Cohen LLP в связи с представлением интересов ОАО АКБ «Пробизнесбанк» в судебных разбирательствах.

Конкурсный управляющий Банком при наличии соответствующих оснований обязан предпринять все действия, направленные на привлечение контролирующих Банк лиц к имущественной ответственности и предъявление к ним соответствующих требований.

Для представления интересов Банка в судебных разбирательствах на территории США на заседании Комитета кредиторов 4 апреля 2017 года принято решение о привлечении компании Morrison Cohen LLP и утверждена стоимость услуг в размере не более 85 000 долларов США.

Между Банком и Председателем МКА «Кворум» адвокатом Павловым А.А. 10 апреля 2017 года заключено Соглашение № 2017-1092/03 об оказании консультационных услуг по инициированию судебных процессов по раскрытию доказательств против контролирующих Банк лиц – Леонтьева С. и Железняка А. (далее – «Соглашение»).

Пунктом 1.2. Соглашения установлено, что в целях совершения процессуальных действий за пределами РФ Адвокат с предварительного согласия Банка привлекает юридических консультантов.

В рамках заключенного Соглашения в целях представления интересов Банка в компетентных юрисдикциях МКА «Кворум» были заключены соответствующие договоры (письма-соглашения) на оказание услуг, с компанией Morrison Cohen LLP (США).

Первично привлечение Morrison Cohen LLP согласовано на следующих условиях:

– подготовка и подача в компетентные суды ходатайства о раскрытии доказательств в отношении контролирующих Банк лиц – 50 000 долларов США (услуги оказаны в полном объеме, оплата произведена);

– проведение допросов контролирующих Банк лиц – 35 000 долларов США (услуга не оказана в связи с поступлением заявления Леонтьева С.Л. об отмене судебного приказа о раскрытии доказательств, оплата не произведена);

– дополнительно за счет конкурсной массы подлежат оплате расходы НДС, государственная пошлина, услуги привлеченных иностранных консультантов и третьих лиц, почтовые и прочие расходы.

В рамках оказания услуг по Соглашению совершены мероприятия по подаче в компетентные судебные органы ходатайств о раскрытии доказательств (в соответствии с главой 1782 (the «Section 1782 Action») в отношении контролирующих Банк лиц – Леонтьева С.Л. и Железняка А.Д.

Федеральным окружным судом Южного округа г. Нью-Йорк 1 и 15 ноября 2017 года выданы судебные приказы о раскрытии доказательств в отношении Леонтьева С.Л.

Федеральным окружным судом Округа Массачусетс 15 декабря 2017 года и 16 января 2018 года выданы судебные приказы о раскрытии доказательств в отношении Железняка А.Д.

Леонтьев С.Л. 17 января 2018 года направил в суд мотивированное ходатайство об отмене судебного приказа от 1 ноября 2017 года.

В рамках взаимодействия с привлеченными консультантами Morrison Cohen LLP предложена стратегия по защите интересов Банка, а также получена рекомендация о привлечении независимого эксперта по российскому праву. Одновременно, Morrison Cohen LLP на рассмотрение представлена кандидатура.

Помимо прочего, от Morrison Cohen LLP получено предложение о дальнейшем сотрудничестве по предоставлению возражений на ходатайство Леонтьева С.Л. с отмене судебного приказа о раскрытии доказательств на следующих условиях:

3

Помимо прочего, от Morrison Cohen LLP получено предложение о дальнейшем сотрудничестве по предоставлению возражений на ходатайство Леонтьева С.Л. об отмене судебного приказа о раскрытии доказательств на следующих условиях:

– привлечение эксперта для получения заключения по российскому праву, изучение прецедентов, подготовка необходимых процессуальных документов, подбор необходимых доказательств для представления в суд, подача документов в компетентный суд – 100 000 долларов США[1];

– подготовка и участие в слушаниях, при условии их назначения судом по итогу рассмотрения письменных доказательств – 10 000 долларов США.

Возражения и письменные доказательства Банком могут быть представлены в Федеральный окружной суд Южного округа г. Нью-Йорк в срок до 10 февраля 2018 года.

В целях недопущения отмены судебного приказа о раскрытии доказательств в отношении Леонтьева С.Л., учитывая сжатые сроки, установленные судом, и необходимость предоставления возражений, предлагается согласовать увеличение объема финансирования услуг компании Morrison Cohen LLP в связи с представлением интересов Банка в иностранных судебных разбирательствах в отношении контролирующих Банк лиц на 110 000 долларов США до 295 000 долларов США.

---

[1] В указанную стоимость включены расходы на оплату услуг эксперта



translations@geotext.com
www.geotext.com

STATE OF NEW YORK      )
                       )
                       )    ss
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Addendum to Agenda Item of Minutes of the Meeting of the Committee of Probusinessbank JSCB OJSC's Creditors.

Laura Musich, Senior Proofreader
Geotext Translations, Inc.

Sworn to and subscribed before me this 4th day of March, 20 18.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York t: +1.212.631.7432
Washington, D.C. t: +1.202.828.1267
Chicago t: +1.312.242.3756
Houston t: +1.713.353.3909
San Francisco t: +1.415.576.9500
London t: +44.20.7553.4100
Paris t: +33.1.42.68.51.47
Stockholm t: +46.8.463.11.87
Frankfurt t: +49.69.7593.8434
Hong Kong t: +852.2159.9143