# EXHIBIT 8

2/27/2018 DIA: Deposit Insurer Not Insured Against General Prosecutor's Office – Kommersant Newspaper No. 6 of 01.19.2016

Case 1:17-mc-00414-GBD-SN Document 24-8 Filed 03/13/18 Page 2 of 9

February 28, Wednesday

# Kommersant.ru

## DIA: Deposit Insurer Not Insured Against General Prosecutor's Office

Agency employees held responsible for their work with problem banks

01.19.2016

**For the first time ever, the Office of the Prosecutor General took a negative stance on the efforts by the Deposit Insurance Agency (DIA) to manage problem banks. As a result of a prosecutorial audit of the claims made by a number of Probusinessbank customers, the DIA was given formal notice based on which disciplinary action was taken against a number of the agency's employees. The Moscow [Directorate] of the Ministry of Internal Affairs was asked to consider potential criminal charges against them for having given [unlawful] preference to some of the creditor claims.**

The response by the Prosecutor General's Office to a joint claim by more than 200 customers of Probusinessbank regarding the Central Bank's and DIA's actions over Probusinessbank's failure (the bank collapsed at the beginning of August of last year, prompting the Central Bank to appoint the DIA as a temporary administrator on August 7 and recalling the bank's license on August 12—Note by Kommersant) was received by the bank's clients at the beginning of January. The letter itself (of which Kommersant has a copy) is dated December 17, 2015. According to it, "in view of the unlawful transfer by Probusinessbank's temporary administrator of over RUB 600 million to the Russian Capital Bank, the Office of the RF Prosecutor General gave the DIA a formal notice of an internal investigation of the actions by the agency employee members of that temporary administration that made the transfer, based on which they were subjected to disciplinary action. The funds were returned to Probusinessbank." Let us remind the readers (who may want to see the October 28 issue of the Kommersant for more details) that the issue concerned the legality of certain transactions conducted by the bank while under the temporary administration by the DIA, and in particular, the transfer of RUB 600 million to DIA's subsidiary bank, Russian Capital Bank, while no other transactions were made by the bank, which, in the opinion of the bank's clients, constitutes unacceptable preferential treatment.

Said response from the Prosecutor General's Office does not give any details of the Central Bank's actions, which was indeed to be expected since only the most general of claims have been made against the regulator.

It was the first ever joint client complaint filed with a law enforcement agency against the Central Bank and the DIA on account of a bank failure. As indicated by Kommersant's sources with access to the Ministry of Internal Affairs, law enforcement agencies put such claims under special scrutiny in view of the interests of multiple parties being affected. Overall, Probusinessbank had over RUB 20 billion on deposit across some 50+ thousand accounts held by legal entities.

The DIA confirmed to Kommersant that its "employees who committed violations have been disciplined as provided in the RF labor law," without giving any specific details as to who these employee were and what specific action was taken. According to Igor Dubov, a partner with the law firm of Yakovlev and Partners, "disciplinary action includes [letters] and notices of reprimand, as well as termination, as an extreme measure." Still, Kommersant was told that no DIA employee involved with the temporary administration of Probusinessbank will face termination. Nor did the Office of the Prosecutor General name any of those subjected to disciplinary action. What is known though is that prior to the bank's license being recalled, DIA's temporary administration at Probusinessbank was headed by Andrey Opekunov.

As to the criminal charges Probusinessbank clients asked be brought against Central Bank and DIA employees, the response from the Prosecutor General's Office only states as follows: "To assess whether the arguments made in the complaint warrant bringing criminal charges, a copy of said complaint was forwarded to the Russian Ministry of Internal Affairs' Main Directorate for the City of Moscow. The Office of the City Prosecutor will monitor the action taken to verify [the claims made]." Therefore, the issue remains unresolved for the time being. Furthermore, according to the chairwoman of the International Partnership Bar Association of Moscow Tatyana Protsenko, "if the Ministry of Internal Affairs finds that members of DIA's temporary administration have committed prosecutable offenses, it will matter none that they have already been disciplined." "Disciplinary action may have been taken in response to violations that were not criminal. It is then the Ministry's job to see if these violations are crimes or not," said Ms. Protsenko. Furthermore, she added, the fact that the funds have already been returned to Probusinessbank will be of no import either since "correcting a violation is no evidence of it having not been committed." To date, nothing has come out of the attempts to bring criminal charges against DIA personnel (for actions allegedly taken in the course of some bank bankruptcies); a number of criminal cases were closed and charges dropped as no crimes were found to have been committed.

Time will show how the situation will develop in this particular case with respect to the Central Bank's actions, among those by others. However, Probusinessbank clients do not intend to rest on their laurels. "The Prosecutor General's Office has failed to respond to a number of questions raised in the complaint—such as, for example, the cooking of the Probusinessbank's books (which the bank's clients claim the Central Bank did nothing about—Kommersant)," said their spokesperson Nerses Grigoryan. He also added that "in the end of December, we filed a joint complaint with the Investigative Committee against the actions by the Central Bank and DIA's temporary administration."

*Valeriya Frantseva*

[Newspaper] Kommersant No. 6 (https://www.kommersant.ru/daily/95241) 01.19.2016, [Page] 1

[Comment] (HTTPS://KOMMERSANT.RU#COMMENTS)

Case 1:17-mc-00414-GBD-SN   Document 24-8   Filed 03/13/18   Page 5 of 9

# Коммерсантъ.ru

## АСВ не застраховалось от Генпрокуратуры

Сотрудников агентства привлекли за работу с проблемными банками

19.01.2016

**Впервые деятельность сотрудников Агентства по страхованию вкладов (АСВ) по управлению пошатнувшимися банками получила негативную оценку со стороны Генпрокуратуры. В результате прокурорской проверки по коллективному заявлению клиентов Пробизнесбанка АСВ было внесено представление, по результатам которого ряд сотрудников агентства были привлечены к дисциплинарной ответственности. Уголовно-правовую оценку их действиям по предпочтительному удовлетворению требований кредиторов поручено дать МВД по Москве.**

Ответ Генпрокуратуры на коллективное заявление более 200 клиентов Пробизнесбанка в отношении действий ЦБ и АСВ при крахе банка (банк пошатнулся в начале августа прошлого года, 7 августа ЦБ ввел туда временную администрацию АСВ, а 12 августа отозвал лицензию.— **"Ъ"**) был получен клиентами банка в начале января. Само письмо (есть в распоряжении "Ъ") датировано 17 декабря 2015 года. Согласно ему, "в связи с допущенными фактами неправомерного перечисления временной администрацией (ВА.— **"Ъ"**) по управлению Пробизнесбанком денежных средств в сумме свыше 600 млн руб. в пользу банка "Российский капитал" Генпрокуратурой РФ в ГК АСВ внесено представление, в отношении осуществивших указанный денежный перевод работников агентства, входивших в состав ВА, проведено служебное расследование, по итогам которого они привлечены к дисциплинарной ответственности. Денежные средства возвращены в Пробизнесбанк",— говорится в ответе Генпрокуратуры. Напомним (подробно см. "Ъ" от 28 октября), речь — о правомерности проведения банком, находившимся под управлением ВА АСВ, отдельных операций, в частности перевода около 600 млн руб. в дочерний банк АСВ "Российский капитал", в то время как других операций банк не проводил, что, по мнению клиентов, является недопустимыми сделками с предпочтением.

В отношении действий ЦБ в ответе Генпрокуратуры нет никакой конкретики, что, впрочем, ожидаемо: претензии в адрес регулятора были изложены лишь в общих чертах.

С коллективным заявлением в правоохранительные органы по фактам действий ЦБ и АСВ при крахе банков клиенты обратились впервые. Как указывали источники "Ъ", близкие к МВД, к таким заявлениям у правоохранительных органов повышенное внимание в связи с тем, что затронуты интересы многих сторон. Всего в Пробизнесбанке на более чем 50 тыс. счетов были размещены средства юрлиц более чем на 20 млрд руб.

В АСВ "Ъ" подтвердили, что "работники, допустившие нарушения, привлечены к дисциплинарной ответственности в соответствии с трудовым законодательством РФ", не уточнив данных о нарушителях, а также конкретных примененных к ним мер. По словам юриста, партнера компании "Яковлев и партнеры" Игоря Дубова, "к дисциплинарным наказаниям относятся выговоры и замечания, в крайнем случае — увольнение сотрудника". Впрочем, по данным "Ъ", об увольнении сотрудников временной администрации АСВ в Пробизнесбанке речи не идет. Кто именно подвергся дисциплинарным наказаниям, не раскрывает и Генпрокуратура. Известно, что в период до отзыва у банка лицензии возглавлял временную администрацию АСВ в Пробизнесбанке Андрей Опекунов.

Что касается уголовной ответственности сотрудников ЦБ и АСВ, о которой в заявлении просили клиенты Пробизнесбанка, в ответе Генпрокуратуры говорится лишь следующее: "В целях дачи уголовно-правовой оценки доводам, изложенным в обращении, его копия направлена в ГУ МВД России по г. Москве. Ход и результаты проверочных мероприятий контролируются прокуратурой города". Таким образом, этот вопрос пока остается открытым. При этом, по словам председателя московской коллегии адвокатов "Международное партнерство" Татьяны Проценко, "если МВД установит в действиях сотрудников временной администрации АСВ признаки уголовно наказуемого деяния, тот факт, что они уже привлекались к дисциплинарной ответственности, никакого веса иметь не будет". "Дисциплинарная ответственность могла наступить и за нарушения, не имеющие состава преступления. А квалифицировать эти нарушения — есть в них или нет состав преступления — будут уже в МВД",— поясняет госпожа Проценко. При этом тот факт, что деньги уже были возвращены в Пробизнесбанк, также не будет играть роли, уточняет она, так как "устранение нарушения не свидетельствует об отсутствии факта его совершения". До сих пор попытки привлечь сотрудников АСВ к уголовной ответственности (правда, за якобы имевшие место действия уже в ходе банкротства банков) ничем не заканчивались: несколько уголовных дел было закрыто за отсутствием состава преступления, обвинения были сняты.

Как будет развиваться ситуация в этом конкретном случае, в том числе и в отношении действий ЦБ, покажет время. Но клиенты Пробизнесбанка не намерены останавливаться на достигнутом. "Генпрокуратура не ответила на многие вопросы, поставленные нами в обращении — например, по поводу фальсификации финансовой отчетности Пробизнесбанка (к ЦБ клиенты банка предъявляли претензии в попустительстве.— **"Ъ"**)",— заявил их представитель Нерсес Григорян. Он также отметил: "В конце декабря нами было подано коллективное обращение с жалобой на деятельность ЦБ и временной администрации АСВ в Следственный комитет".

*Валерия Францева*

Газета "Коммерсантъ" №6 (https://kommersant.ru/daily/95241) от 19.01.2016, стр. 1

■ **КОММЕНТИРОВАТЬ (HTTPS://KOMMERSANT.RU#COMMENTS)**



translations@geotext.com
www.geotext.com

STATE OF NEW YORK     )
                      )  ss
                      )
COUNTY OF NEW YORK    )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached article, "DIA: Deposit Insurer Not Insured Against General Prosecutor's Office," dated January 19, 2016.

David Rene, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this 3rd day of March, 20 18.

HOA WIN LY
Notary Public, State of New York
No. 01LY6323702
Qualified in New York County
Term Expires April 27, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143