# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

March 13, 2018

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *In re Application of the Deposit Insurance Agency*, No. 17-mc-414 (GBD) (SN)

Dear Judge Netburn:

      On behalf of Respondent Sergey Leontiev, we write pursuant to Rule III.e of Your Honor's Individual Practices to request that the Court hold oral argument with respect to Respondent's Motion to Quash Petitioner's subpoena seeking discovery in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782, filed January 16, 2018, Dkt. 8, in the above-captioned matter.

Respectfully submitted,

Robert Weigel

RLW

cc: All Counsel (via ECF)