UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
DEPOSIT INSURANCE AGENCY,  :
:
                Petitioner, : Case No. 1:17-mc-00414-GBD-SN
:
  -against- :
: **ORAL ARGUMENT REQUESTED**
SERGEY LEONTIEV, :
:
                Movant. :
:
:
-----------------------------------------------------------------x

# NOTICE OF MOVANT SERGEY LEONTIEV'S MOTION FOR LEAVE TO FILE A COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Movant Sergey Leontiev's Motion for Leave to File a Complaint, dated October 11, 2018, the accompanying Declaration of Robert L. Weigel, dated October 11, 2018, and all Exhibits annexed thereto, Movant Sergey Leontiev, by and through his undersigned counsel, Gibson, Dunn & Crutcher LLP, will move this Court, before the Honorable Sarah Netburn, in Courtroom 219 of the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for an Order granting Movant's Motion for Leave to File a Complaint, and for any further relief that the Court may deem just and proper.

Dated: New York, New York  
October 11, 2018

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Robert L. Weigel

    Robert L. Weigel  
       rweigel@gibsondunn.com  
    Marshall R. King  
       mking@gibsondunn.com  
    Alison L. Wollin  
       awollin@gibsondunn.com

200 Park Avenue  
New York, NY 10166-0193  
Telephone: 212-351-4000  
Facsimile: 212-351-4035

*Attorneys for Movant Sergey Leontiev*