# EXHIBIT 6

# EXHIBIT 2

Case 1:17-mc-00414-GBD-SN   Document 33-6   Filed 10/11/18   Page 3 of 8
Case 1:17-mc-00414-GBD   Document 9-2   Filed 01/10/18   Page 2 of 7

1/5/2018      VEDOMOSTI - DIA suggests that Russian Capital return to Probusinessbank the money taken out prior to license revocation

# VEDOMOSTI

Banks

# DIA suggests that Russian Capital return to Probusinessbank the money taken out prior to license revocation

*The deal nearly cost Mikhail Kuzovlev Chairman of Russian Capital his job*

September 18 2015 **00:10**    Daria Borisyak / *Vedomosti*

The Deposit Insurance Agency (DIA) has suggested to its subsidiary bank, Russian Capital, that it return the funds received from Probusinessbank two days before the withdrawal of its license, according to a letter dated September 10, signed by the head of the interim administration of Probusinessbank, Vasily Bednin, and addressed to Mikhail Kuzovlev, Chairman of Russian Capital (and seen by Vedomosti). The DIA press service confirmed the existence of this letter.

The letter stated that on May 27, 2015 Probusinessbank issued a guarantee on a loan to Life Factoring, a member of FG Life, undertaking to pay the creditor 622.9 million rubles in the event of the company's default. On August 3, Russian Capital sent Probusinessbank a demand for payment under the guarantee (at the time, the DIA's interim administration was already in place at the bank). The Bank accelerated the guarantee payment, as the Life Factoring loan was not due until August 25, according to a person close to the interim administration of Probusinessbank. "It is clear that the bank would not have paid on the maturity date, and that Russian Capital would have become a third priority creditor", the source explained to Vedomosti. On August 12, the Central Bank revoked Probusinessbank's license, the bank having paid out under the guarantee on August 10, transferring 604 million rubles to Russian Capital.

It was on August 10 that the Central Bank suddenly unblocked all Probusinessbank's accounts, having blocked them on August 7 and introduced the interim administration, shutting out the bank's management and shareholders. Thus, the transaction took place when the bank was already being managed by the interim administration. Two days later, on August 12, the bank lost its Central Bank license.

"After the withdrawal of the license, it was found that on the guarantee payment date the bank had outstanding client orders to be executed ahead of the payments made to Russian Capital", - the letter said. The interim administration came to the conclusion that Russian Capital's claims were settled out of turn, and that the deal could be declared invalid by the arbitration court, because it bears the hallmarks of preferential claim satisfaction. For this reason, the DIA suggested that Russian Capital return the 604 million rubles to Probusinessbank.

The DIA press service stated in its response that the payments made by the bank under the previously issued guarantee of repayment of the debt of Life Factoring Company to Russian Capital bear the hallmarks of preferential satisfaction of the claims of one creditor over other creditors, and may be declared invalid by an arbitration court, and that therefore the state corporation was asking for them to be returned without recourse to the courts.

The deal became one of the causes of the conflict which arose around Kuzovlev, said a person close to the bank. On September 10 the Board of Directors of Russian Capital decided to terminate his employment contract, and Kuzovlev had to leave his post as Chairman. However, within a few days his authority was restored.

If one party considers that it has done something wrong, then the transaction can be unwound, as it is the stated will of that one party, while the other is hardly likely to refuse to take back the money, said Igor Dubov, a partner at Yakovlev and Partners, concluding that this would make legal proceedings unnecessary, as there would be no conflict situation.

Case 1:17-mc-00414-GBD-SN   Document 33-6   Filed 10/11/18   Page 4 of 8
Case 1:17-mc-00414-GBD   Document 32-6   Filed 01/16/18   Page 39 of 77

1/5/2018                    VEDOMOSTI - DIA suggests that Russian Capital return to Probusinessbank the money taken out prior to license revocation

1/5/2018 АСВ предлагает «Российскому капиталу» вернуть Пробизнесбанку деньги, выведенные до отзыва лицензии - ВЕДОМОСТИ

Case 1:17-mc-00414-GBD-SN Document 33-6 Filed 10/11/18 Page 6 of 8
Case 1:17-mc-00414-GBD Document 9-12 Filed 01/19/18 Page 9 of 7

ВЕДОМОСТИ • HARVARD BUSINESS REVIEW – РОССИЯ • КАК ПОТРАТИТЬ • ВЕДОМОСТИ & • КОНФЕРЕНЦИИ      Подарите «Ведомости»

# ВЕДОМОСТИ

Банки

## АСВ предлагает «Российскому капиталу» вернуть Пробизнесбанку деньги, выведенные до отзыва лицензии

*Сделка едва не стоила кресла председателю правления «Российского капитала» Михаилу Кузовлеву*

18 сентября 2015 00:10 | Дарья Борисяк / Ведомости

Агентство по страхованию вкладов (АСВ) предлагает своему дочернему банку «Российский капитал» вернуть средства, полученные им от Пробизнесбанка за два дня до отзыва лицензии, следует из письма за подписью руководителя временной администрации Пробизнесбанка Василия Беднина на имя предправления «Российского капитала» Михаила Кузовлева от 10 сентября (есть в распоряжении «Ведомостей»). Пресс-служба АСВ подтвердила наличие такого письма.

27 мая 2015 г. Пробизнесбанк выдал гарантию по кредиту компании «Лайф факторинг», входящей в ФГ «Лайф», говорится в письме, по ней банк обязался в случае неисполнения обязательств компанией выплатить кредитору 622,9 млн руб. 3 августа «Российский капитал» направил Пробизнесбанку (в банке в тот момент уже работала временная администрация АСВ) требование выплатить гарантию. Гарантию банк потребовал досрочно, срок погашения кредита «Лайф факторингом» – 25 августа, рассказывал человек, близкий к временной администрации Пробизнесбанка. «Понятно, что банк бы не расплатился в дату погашения, а «Российский капитал» стал бы кредитором третьей очереди», – объяснял собеседник «Ведомостей». 12 августа ЦБ отозвал у Пробизнесбанка лицензию, а по гарантии банк расплатился 10 августа, передав 604 млн руб. «Российскому капиталу».

Именно 10 августа ЦБ внезапно включил Пробизнесбанку все расчеты, хотя 7 августа от этих расчетов его отключил и ввел временную администрацию, отстранив руководство и акционеров банка. Таким образом, сделка проходила тогда, когда банк уже управлялся временной администрацией. Спустя два дня – 12 августа – банк лишился лицензии ЦБ.

«После отзыва лицензии было установлено, что на даты выплаты гарантийной суммы банк имел неисполненные поручения клиентов, подлежащие исполнению ранее платежей, перечисленных «Российскому капиталу», – говорится в письме. «Российский капитал» получил удовлетворение своих требований вне очереди, констатирует временная администрация, эта сделка может быть признана арбитражным судом недействительной, поскольку имеет признаки преимущественного удовлетворения требований. В связи с этим АСВ предложило банку «Российский капитал» вернуть 604 млн руб. обратно Пробизнесбанку.

Платежи, осуществленные банком по выданной ранее гарантии в счет погашения задолженности факторинговой компании «Лайф» перед «Российским капиталом», имеют признаки преимущественного удовлетворения требований одного кредитора перед иными кредиторами и могут быть признаны арбитражным судом недействительными, говорится в ответе пресс-службы АСВ, в связи с этим госкорпорация и просит вернуть их в досудебном порядке.

Эта сделка стала одной из причин конфликтной ситуации вокруг Кузовлева, рассказывал человек, близкий к банку. 10 сентября совет директоров «Российского капитала» решил расторгнуть с ним договор, и Кузовлев должен был оставить должность предправления банка. Однако уже через несколько дней его полномочия были восстановлены.

Если одна сторона считает, что сделала что-то не так, то сделку можно развернуть – это волеизъявление одной стороны, а вторая вряд ли откажется денежные средства принять обратно, говорит партнер «Яковлев и партнеры» Игорь Дубов. Судебные разбирательства в этом случае не потребуются, поскольку ситуация не конфликтная, заключает он.



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
)
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached article titled "DIA suggests that Russian Capital return to Probusinessbank the money taken out prior to license revocation."

Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me this 12 day of January, 20 18.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143