# EXHIBIT 8

# EXHIBIT 6

Case 1:17-mc-00414-GBD-SN   Document 33-8  Filed 10/11/18   Page 3 of 8
Case 1:17-mc-00414-GBD   Document 36-8 Filed 01/16/18 Page 2 of 7

125040_11362986



**MOSCOW ARBITRATION COURT**
17 ul. Bolshaya Tulskaya, Moscow 115191
http://www.msk.arbitr.ru
Tel: 8 (495) 600-99-26 Fax 8 (495) 600-99-42
**In the name of the Russian Federation**
**DECISION**

Moscow                                                                                              Case № A40-154909/15
October 28, 2015
The resolutive part of the decision was announced on October 27, 2015.
The full decision was prepared on October 28, 2015.
The Moscow Arbitration Court consisting of:
Judge I.A. Belova (Judge ID code 101-162),
and with the record of the court hearing kept by the Clerk of the Court, T.T.Ragimov,
Having considered in an open court hearing, held with the participation of the persons listed in the record of the hearing, the petition filed by the RF CB, represented by the Main Directorate of the Bank of Russia for the Central Federal District, for a declaration of insolvency (bankruptcy) of JSCB "PROBUSINESSBANK" (OJSC) (PSRN [Primary State Registration Number] 1027700508978, INN [Tax Reference Number] 7729086087),

**FOUND AS FOLLOWS:**

The court examined the petition of the RF CB, represented by the Main Directorate of the Bank of Russia for the Central Federal District, for a declaration of insolvency (bankruptcy) of JSCB "PROBUSINESSBANK" (OJSC) (PSRN [primary state registration number] 1027700508978, INN [tax reference number] 7729086087).
    The representative of the Bank of Russia supported the petition in full.
    The representative of the State Corporation Deposit Insurance Agency supported the petition.
    The representative of LLC CB [Commercial Bank] Eurasian Investment Bank also supported the petition in full.
    The Court, having heard the views of the participants in the case and having analyzed the evidence submitted to it, finds the declaration of insolvency (bankruptcy) of the Bank, the initiation of liquidation proceedings against the debtor and the assignment of the functions of Liquidator to the State Corporation Deposit Insurance Agency (hereinafter "SC DIA") to be well-founded, on the following grounds.
    Bank of Russia Order № OD-2071 dated August 12, 2015, revoked the Bank's banking operations license as of August 12.
    As at the date of revocation of the banking operations license the bank had liabilities to its creditors exceeding by more than a thousand-fold the minimum wage specified by Federal law, outstanding for over 14 days.
    As at August 12, 2015, the total amount of the bank's outstanding liabilities was 148,096,037,000 rubles.
    Moreover, the Bank's interim administration conducted an audit of the credit institution's financial position which found that the value of its property (assets) on the date of license revocation was 146,824,909,000 rubles, and that its liabilities to its creditors were 148,096,037,000 rubles, i.e. the amount of The Bank's liabilities exceeded the value of its assets (property) by 1,271,128,000 rubles, which according to Paragraph 1, Article 189.8 of the Federal Insolvency (Bankruptcy) Act

Case 1:17-mc-00414-GBD-SN   Document 33-8   Filed 10/11/18   Page 4 of 8
Case 1:17-mc-00414-GBD   Document 36   Filed 01/16/18   Page 39 of 74

2

(hereinafter "the Bankruptcy Act") is also regarded as an indication of insolvency (bankruptcy).

It follows therefore that on the date of the Bank of Russia Order revoking the Bank's banking operations license, it displayed symptoms of insolvency (bankruptcy) as envisaged by Paragraph 1, Article 189.8 of the Bankruptcy Act.

As the Bank had a Bank of Russia retail funds deposit license, a Liquidator [was appointed] to the above credit institution in accordance with Article 189.77 of the Bankruptcy Act.

Based on the above and guided by Articles 180, 181, 189.8, 189.69, 189.77 of the Federal Insolvency (Bankruptcy) Act, and Articles 64, 71, 106, 112, 167-170, 176, 223 of the Code of Arbitration Procedure of the Russian Federation, the court

**DECIDED AS FOLLOWS:**

To declare JSCB "PROBUSINESSBANK" (OJSC) (PSRN [Primary State Registration Number] 1027700508978, INN [Tax Reference Number] 7729086087) insolvent (bankrupt).

To initiate liquidation proceedings against JSCB "PROBUSINESSBANK" (OJSC) for a period of one year.

To appoint by law as the Official Liquidator of JSCB "PROBUSINESSBANK" (OJSC) the State Corporation Deposit Insurance Agency.

To terminate the powers of the Chief Executive Officer of the debtor, JSCB PROBUSINESSBANK (OJSC) and those of its other management bodies, except for the power of the management bodies to decide on entering into agreements on the terms of provision of funds by third parties to discharge the debtor's obligations.

To terminate the powers of the interim administration of JSCB PROBUSINESSBANK (OJSC), having ordered it to hand over the debtor's seals and stamps to the Liquidator within three days, and to hand over all its accounting and other documentation, as well as its material and other assets, to the Liquidator within not more than 10 days.

To lift the existing attachments of the debtor's property and other restrictions on its disposal.

To set the court hearing of the Liquidator's report on the results of the liquidation of JSCB PROBUSINESSBANK (OJSC) for 09.30 on October 27, 2016, to be held in the Moscow Arbitration Court at the following address: 17 ul. Bolshaya Tulskaya, Moscow 115191, Room 8063, Floor 8.

The Liquidator shall submit to the Court a report on the results of the liquidation procedure, together with the documents specified in Article 189.99 of the Federal Insolvency (Bankruptcy) Act.

This Decision may be appealed to the Arbitration Court of Appeal within one month of its date.

**JUDGE**                                                                                                **I.A. BELOVA**

Case 1:17-mc-00414-GBD Document 36-8 Filed 01/10/18 Page 4 of 7


Case 1:17-mc-00414-GBD-SN   Document 33-8 Filed 10/11/18   Page 6 of 8
Case 1:17-mc-00414-GBD   Document 9-6 Filed 01/10/18   Page 6 of 7
125040_11362986



# АРБИТРАЖНЫЙ СУД ГОРОДА МОСКВЫ

115191, г.Москва, ул. Большая Тульская, д. 17
http://www.msk.arbitr.ru
тел. 8 (495) 600-99-26 факс 8 (495) 600-99-42

**Именем Российской Федерации**

**Р Е Ш Е Н И Е**

город Москва                                                                             Дело № А40-154909/15
28 октября 2015 года

Резолютивная часть решения оглашена 27 октября 2015г.
Решение в полном объеме изготовлено 28 октября 2015г.
Арбитражный суд г. Москвы в составе:
Судьи Беловой И. А. (шифр судьи 101-162),
При ведении протокола судебного заседания секретарем Рагимовым Т.Т.
рассмотрев в открытом судебном заседании заявление ЦБ РФ в лице ГУ Банка России по Центральному федеральному округу о признании несостоятельным (банкротом) АКБ «ПРОБИЗНЕСБАНК» (ОАО) (ОГРН 1027700508978, ИНН 7729086087),
с участием лиц, указанных в протоколе судебного заседания,

**У С Т А Н О В И Л:**

В судебном заседании рассматривалось заявление ЦБ РФ в лице ГУ Банка России по Центральному федеральному округу о признании несостоятельным (банкротом) АКБ «ПРОБИЗНЕСБАНК» (ОАО) (ОГРН 1027700508978, ИНН 7729086087).
Представитель Банка России заявление поддержал в полном объеме.
Представитель Государственной Корпорации «Агентство по страхованию вкладов» заявление поддержал.
Представитель ООО КБ «Евроазиатский Инвестиционный Банк» заявление также поддержал в полном объеме.
Суд, заслушав мнение лиц, участвующих в деле, исследовав представленные доказательства, находит обоснованным признание Банка несостоятельным (банкротом), открытии в отношении должника конкурсного производства и возложении функции конкурсного управляющего на Государственную корпорацию «Агентство по страхованию вкладов» (далее – ГК «АСВ») по следующим основаниям.
Приказом Банка России от 12 августа 2015 года № ОД-2071 у Банка с 12 августа 2015 года отозвана лицензия на осуществление банковских операций.
На дату отзыва лицензии на осуществление банковских операций у банка имелись неисполненные более 14 дней обязательства перед его кредиторами, в сумме составляющие более тысячекратного размера минимального размера оплаты труда, установленного федеральным законом.
По состоянию на 12 августа 2015г. общая сумма неисполненных банком обязательств составляет 148 096 037 000 руб.
Кроме того, временной администрацией по управлению Банком проведено обследование финансового состояния кредитной организации, в результате которого установлено, что стоимость имущества (активов) Банка на дату отзыва лицензии составляет 146 824 909 000 руб., а размер ее обязательств перед кредиторами – 148 096 037 000 руб., т.е. размер обязательств Банка превышает стоимость его активов (имущества) на 1 271 128 000 руб., что в соответствии с пунктом 1 статьи 189.8 Федерального закона «О несостоятельности (банкротстве)» также является признаком

2

несостоятельности (банкротства) (далее – Закон о банкротстве).

Таким образом, на момент издания Банком России приказа об отзыве у Банка лицензии на осуществление банковских операций, у Банка имелись признаки несостоятельности (банкротства), предусмотренные пунктом 1 статьи 189.8 Закона о банкротстве.

Поскольку Банк имел лицензию Банка России на привлечение во вклады денежных средств физических лиц, конкурсным управляющим указанной кредитной организацией в соответствии со статьей 189.77 Закона о банкротстве.

На основании изложенного и руководствуясь статьями 180, 181, 189.8, 189.69, 189.77 Федерального закона «О несостоятельности (банкротстве)», статьями 64, 71, 106, 112, 167-170, 176, 223 АПК РФ, суд

Р Е Ш И Л:

Признать АКБ «ПРОБИЗНЕСБАНК» (ОАО) (ОГРН 1027700508978, ИНН 7729086087) несостоятельным (банкротом).

Открыть в отношении АКБ «ПРОБИЗНЕСБАНК» (ОАО) конкурсное производство сроком на один год.

Конкурсным управляющим АКБ «ПРОБИЗНЕСБАНК» (ОАО) в силу закона является Государственная корпорация «Агентство по страхованию вкладов».

Прекратить полномочия руководителя должника – АКБ «ПРОБИЗНЕСБАНК» (ОАО) и иных органов управления должника, за исключением полномочий органов управления в части принятия решения о заключении соглашений об условиях предоставления денежных средств третьими лицами для исполнения обязательств должника.

Прекратить полномочия временной администрации АКБ «ПРОБИЗНЕСБАНК» (ОАО), обязав которую передать конкурсному управляющему в трехдневный срок печати и штампы должника, а в срок, не превышающий 10 дней – передать конкурсному управляющему бухгалтерскую и иную документацию, материальные и иные ценности должника.

Снять ранее наложенные аресты имущества должника и иные ограничения по распоряжению имуществом должника.

Судебное разбирательство по рассмотрению отчета конкурсного управляющего о результатах проведения конкурсного производства в отношении АКБ «ПРОБИЗНЕСБАНК» (ОАО) назначить на 09 часов 30 минут 27 октября 2016 года в Арбитражном суде города Москвы по адресу: 115191, город Москва, Большая Тульская ул., дом 17, зал 8063, этаж 8.

Конкурсному управляющему представить в суд отчет о результатах проведения конкурсного производства с документами, предусмотренными статьей 189.99 Федерального закона «О несостоятельности (банкротстве)».

Решение может быть обжаловано в месячный срок в арбитражный суд апелляционной инстанции.

СУДЬЯ                                                              И.А. БЕЛОВА



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
                         ) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached Decision, dated October 28, 2015.

_____
Ethan Ly, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this 12 day of January, 20 18.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

---

| New York | Washington, D.C. | Chicago | Houston | San Francisco |
|---|---|---|---|---|
| t: +1.212.631.7432 | t: +1.202.828.1267 | t: +1.312.242.3756 | t: +1.713.353.3909 | t: +1.415.576.9500 |
| London | Paris | Stockholm | Frankfurt | Hong Kong |
| t: +44.20.7553.4100 | t: +33.1.42.68.51.47 | t: +46.8.463.11.87 | t: +49.69.7593.8434 | t: +852.2159.9143 |