# EXHIBIT 9

# EXHIBIT 3



# Press Service

**The Central Bank of the Russian Federation (Bank of Russia)**

**Press Service**

12 Neglinnaya Street, Moscow, 107016 Russia;
www.cbr.ru

**Information Notice**

## On settling obligations of OJSC JSCB Probusinessbank

Pursuant to the plan for participation of the state corporation Deposit Insurance Agency (hereinafter, the Agency) in settling obligations of OJSC JSCB Probusinessbank approved by the Bank of Russia, the Agency held a tender to select a bank to purchase a part of assets and liabilities of the bank.

PJSC BINBANK who offered the best conditions for the transfer of assets and liabilities has won the tender.

Pursuant to the approved participation plan, obligations to more than 330 thousand depositors in the total amount of 25 billion rubles will be transferred to PJSC BINBANK.

PJSC BINBANK is to start servicing depositors of OJSC JSCB Probusinessbank not later than 26 August 2015.

*20 August 2015*

*The reference to the Press Service is mandatory if you intend to use this material.*

© Bank of Russia, 2000–2016

Address: 12 Neglinnaya Street, Moscow, 107016 Russia
tel.: +7 495 771-91-00, fax: +7 495 621-64-65
Questions about the operation of the Bank of Russia's website shall be addressed at: