# EXHIBIT 12

# EXHIBIT 13

1/5/2018
Magnitsky-related Designations
Case 1:17-mc-00414-GBD-SN   Document 23-12   Filed 10/11/18   Page 3 of 3
Case 1:17-mc-00414-GBD   Document 5-13   Filed 01/10/18   Page 2 of 2

🇺🇸 An official website of the United States Government    Skip Navigation    Accessibility

# U.S. DEPARTMENT OF THE TREASURY

SECRETARY MNUCHIN    ABOUT TREASURY    POLICY ISSUES    DATA    SERVICES    NEWS

## Resource Center

**Magnisky-related Designations**

12/29/2014
**OFFICE OF FOREIGN ASSETS CONTROL**
**Specially Designated Nationals List Update**

**The following individuals have been added to OFAC's SDN List:**

ALAUDINOV, Apti Kharonovich (a.k.a. ALAUDINOV, Apt Aaronovitch; a.k.a. ALAUDINOV, Apty); DOB 05 Oct 1973; POB Stavropol, Russia; Deputy Minister of Internal Affairs of the Chechen Republic and Major General of the Police (individual) [MAGNIT].

DAUDOV, Magomed Khozhakhmedovich (a.k.a. DAUDOV, Magomed Hojahmedovich; a.k.a. DAUDOV, Magomed Hozhahmedovich); DOB 26 Feb 1980; POB Shpakovskoe, Shpakovsky District, Stravopol, Russia; Chief of Staff of the Executive Office of Head and Government of the Chechen Republic; Chief of Presidential Administration for the Russian North Caucasus Region of Chechnya (individual) [MAGNIT].

GRIN, Victor Yakovlevich (a.k.a. GRIN, Viktor); DOB 01 Jan 1951 (individual) [MAGNIT].

STRIZHOV, Andrei Alexandrovich; DOB 01 Aug 1983 (individual) [MAGNIT].