# EXHIBIT 14

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-MC-91383-GAO

In re Application of DEPOSIT INSURANCE AGENCY for an order to conduct discovery for use in a foreign proceeding,
Petitioner.

ORDER
March 19, 2018

O'TOOLE, D.J.

Petitioner, Deposit Insurance Agency, and Respondent, Alexander Zheleznyak (the "Movants"), having jointly moved for a limited stay of these proceedings, and the Court having reviewed the Joint Motion of Petitioner and Respondent to Stay Proceedings (the "Joint Motion"), and due deliberation having been had, it is now therefore:

ORDERED that the Joint Motion (dkt. no. 25) is GRANTED and these proceedings are stayed until 30 days after the issuance of a final order by the United States District Court for the Southern District of New York, that is no longer subject to objection or appeal within the Southern District of New York, in the matter entitled In Re Application of Deposit Insurance Agency for an Order to Conduct Discovery for Use in a Foreign Proceeding, Case No. 1:17-MC-00414-GBD, resolving Sergey Leontiev's Motion to Quash Subpoena Issued Pursuant to 28 U.S.C. § 1782. (DE #8).

IT IS FURTHER ORDERED that the date for Respondent to respond to the Subpoena is extended until the expiration of the stay of these proceedings.

It is SO ORDERED.

/s/ George O'Toole, Jr.
United States District Judge