# MorrisonCohen LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2018

October 12, 2018

Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse - Thurgood Marshall
40 Foley Square
New York, New York 10007

Re: <u>Deposit Insurance Agency</u>, Docket No. 1:17-mc-00414-GBD-SN

Dear Judge Netburn:

We are counsel to the Petitioner, Deposit Insurance Agency ("DIA"). Per Your Honor's Order dated October 1, 2018, counsel for DIA and counsel for Respondent Sergey Leontiev ("Leontiev") are reporting on the status of negotiations to modify the scope of the subpoena and to discuss whether a protective order is necessary. As we reported on September 28, 2018, Leontiev proposed a significant narrowing of the subpoena, subject to also agreeing on the terms of a protective order, and DIA has agreed to same with a reservation of rights to seek additional categories of documents requested in the original subpoena. A copy of Leontiev's proposal is attached. The parties have continued to have several discussions concerning the terms of a protective order, and have exchanged several drafts, the last of which was proposed yesterday by Leontiev. Although progress has been made on reaching agreement, yesterday's draft proposed terms that require review by DIA which cannot be completed until next week. The parties are continuing to meet and confer in good faith in an effort to reach agreement. We jointly propose to report to Your Honor on the status of these continued negotiations by October 19, 2018.

Respectfully,

/s/ Mary E. Flynn

Mary E. Flynn

---

The parties' motion is GRANTED. The deadline to file the discovery agreement is enlarged to Friday, October 19, 2018.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

October 12, 2018
New York, New York

909 Third Avenue, New York, NY 10022-4784 • p:212.735.8600 • f:212.735.8708 • www.morrisoncohen.com