UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of DEPOSIT INSURANCE AGENCY for an order to conduct discovery for use in a foreign proceeding.

Petitioner.

Case No. 17-MC-00414-GBD

## DECLARATION OF MAKSIM ALEKSANDROVICH KHAMCHICH IN OPPOSITION TO RESPONDENT'S MOTION FOR LEAVE TO FILE A COMPLAINT

I, Maksim Aleksandrovich Khamchich, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am the representative of the State Corporation "Deposit Insurance Agency" ("DIA"), the Petitioner in this proceeding.

2. My native language is Russian, and I am executing this Declaration in Russian with the understanding that it will be translated into English and submitted to the Court in support of DIA's opposition to the motion for leave to file a complaint filed by Respondent Sergey Leontiev. The facts set forth below are based upon my best personal knowledge.

3. I started working at DIA in 2009. I was hired to the position of legal counsel of the first category and am currently a general representative. Since August 24, 2017, I have represented the Bankruptcy manager of a Russian bank named OJSC JSCB Probusinessbank.

4. DIA is not found in the Southern District of New York, nor is DIA found elsewhere in the United States. DIA has no assets in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15 day of November, 2018 in Moscow, Russia.

/signature/

Maksim Aleksandrovich Khamchich

**ФЕДЕРАЛЬНЫЙ ОКРУЖНОЙ СУД**
**ЮЖНОГО ОКРУГА г. НЬЮ-ЙОРК**

| | |
|---|---|
| По: заявлению Агентства по страхованию вкладов о выдаче приказа о раскрытии доказательств в поддержку иностранного судебного производства<br><br>Заявитель. | Дело №: 17-MC-00414-GBD |

## ВОЗРАЖЕНИЯ МАКСИМА АЛЕКСАНДРОВИЧА ХАМЧИЧА НА ХОДАТАЙСТВО ОТВЕТЧИКА О ПРЕДОСТАВЛЕНИИ РАЗРЕШЕНИЯ НА ПОДАЧУ ЖАЛОБЫ

Я, Максим Александрович Хамчич, будучи предупрежденным об уголовной ответственности за предоставление заведомо ложных сведений согласно §1746 раздела 28 Свода законов США, настоящим заявляю:

1. Я – представитель Государственной корпорации «Агентство по страхованию вкладов» (далее – АСВ), Заявителя в рамках настоящего судебного производства.

2. Моим родным языком является русский и я предоставляю настоящие Возражения на русском языке, осознавая, что они будут переведены на английский язык и поданы в Суд в поддержку возражений на ходатайство Сергея Леонтьева о предоставлении разрешения на подачу жалобы. Изложенные ниже факты приведены на основании известной мне информации.

3. Начиная с 2009 года осуществляю свою трудовую деятельность в АСВ. Был принят на работу на должность юрисконсульта 1-й категории, в настоящий момент - генеральный представитель. Начиная с 24 августа 2017 года, я являюсь

представителем конкурсного управляющего российского банка ОАО АКБ «Пробизнесбанк».

4. АСВ не присутствует ни на территории Южного округа штата Нью-Йорк, ни в каком-либо любом ином месте в Соединенных Штатах Америки. АСВ не располагает какими-либо активами в Соединенных Штатах Америки.

Осознавая ответственность за предоставление ложных сведений в соответствии с законами Соединенных Штатов Америки, я подтверждаю, что вышеизложенная информация является верной.

Подписано 15 ноября 2018 года в городе Москве, Российская Федерация

Максим Александрович Хамчич

# CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the following documents attached:

DECLARATION of Maksim Aleksandrovich Khamchich in opposition to respondent's motion for leave to file a complaint [In re Application of DEPOSIT INSURANCE AGENCY for an order to conduct discovery for use in a foreign proceeding];

DECLARATION of Anastasia Nikolaevna Zhidchenko in opposition to respondent's motion for leave to file a complaint [In re Application of DEPOSIT INSURANCE AGENCY for an order to conduct discovery for use in a foreign proceeding];

EXHIBIT 1: A copy of letter dated November 6, 2018 issued by Deloitte and Touche CIS, ref. No. Z-2018-1030;

EXHIBIT 5: A copy of the Ruling of Commercial Arbitrazh Court of Moscow dated October 25, 2018, case No. A40-154909/15-101-162;

I, Kuliev Bairam Durdyklychevich, hereby confirm that I am certified English language translator. Higher education diploma No.: 0009569 issued by decision of the State Examination Board of Turkmen State University named after Magtymguly, on June 11, 1997. Registration No. 22.

Executed this 15th day of November 2018 in Moscow, Russia.

B.D. Kuliev

RUSSIAN FEDERATIVE REPUBLIC )
MOSCOW OBLAST )
CITY OF MOSCOW )SS:
EMBASSY OF THE UNITED STATES OF AMERICA )
CONSULAR SECTION )
SUBSCRIBED AND SWORN TO BEFORE ME THIS
_____ DAY OF _____ 15 NOV 2018

Amy A. Simms
Vice Consul
U.S. Embassy Moscow

Commission Indefinite