GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

December 3, 2018

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *In re Application of the Deposit Insurance Agency*, No. 17-mc-414 (GBD) (SN)

Dear Judge Netburn:

On behalf of Movant Sergey Leontiev, we write pursuant to Rule III.e of Your Honor's Individual Practices to request that the Court hold oral argument with respect to Mr. Leontiev's Motion for Leave to File a Complaint, filed October 11, 2018, Dkt. 31, in the above-captioned matter.

Respectfully submitted,

*/s/ Robert Weigel*

Robert Weigel

RLW

cc: All Counsel (via ECF)