# MorrisonCohen LLP

Mary E. Flynn<br>
Partner<br>
(212) 735-8631<br>
mflynn@morrisoncohen.com

December 10, 2018

**VIA ECF**
Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse - Thurgood Marshall
40 Foley Square
New York, New York  10007

Re: In re Application of Deposit Insurance Agency
    Docket No. 1:17-mc-00414-GBD-SN

Dear Judge Netburn:

We are counsel to the Petitioner, Deposit Insurance Agency ("DIA"). We write in furtherance of our letter dated December 3, 2018 (DE # 49), where we advised that the Declaration of Anna Viacheslavovna Zernitskaia (the "Declaration"), which is Exhibit B to the Protective Order (DE # 50, 53), was not notarized as declarant was unable to secure an appointment at the Russian Consulate prior to the filing.  The notarized version of the Declaration is being filed herewith.

Respectfully,

*/s/ Mary E. Flynn*

Mary E. Flynn

cc: Counsel of Record (via ECF)