UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re Application of DEPOSIT INSURANCE
AGENCY for an order to conduct discovery
for use in a foreign proceeding,

                       Petitioner.

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 6 2019
```

~~ORDER~~

17 Misc. 414 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: New York, New York
       September 6, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge